1        IN THE UNITED STATES DISTRICT COURT

2     NORTHERN DISTRICT OF OHIO - EASTERN DIVISION

3   RICKY JACKSON,

4            Plaintiff,
                                JUDGE BOYKO
5      -vs-                     CASE NO. 1:15-CV-00989

6   CITY OF CLEVELAND, et al.,

7            Defendants.
    _____/
8   KWAME AJAMU, et al.,

9            Plaintiffs,

10     -vs-                     JUDGE BOYKO
                                CASE NO 1:15-CV-01320
11
    CITY OF CLEVELAND, et al.,
12
             Defendants.
13  _____/

14     Deposition of EDWARD TOMBA, taken as if upon

15   examination before Brian A. Kuebler, a Notary

16   Public within and for the State of Ohio, at the

17   offices of Friedman & Gilbert, 55 Public Square,

18   Suite 1055, Cleveland, Ohio, at 9:05 a.m. on

19   Monday, February 22, 2016, pursuant to notice

20   and/or stipulations of counsel, on behalf of the

21   Plaintiffs in this cause.

22                    -   -   -   -

23

24

25



EDWARD TOMBA                                          February 22, 2016
JACKSON vs CITY OF CLEVELAND                                          2

```
 1   APPEARANCES:

 2       Elizabeth Wang, Esq.
         Loevy & Loevy
 3       2060 Broadway, Suite 460
         Boulder, Ohio  80302
 4       (720) 328-5642,

 5           On behalf of the Plaintiff;
             Ricky Jackson;
 6
         Terry H. Gilbert, Esq.
 7       Jacqueline C. Greene, Esq.
         Friedman & Gilbert
 8       55 Public Square, Suite 1022
         Cleveland, Ohio  44113
 9       (216) 241-1430,

10           and

11       David E. Mills, Esq.
         The Mills Law Office, LLC
12       1300 West Ninth Street, Suite 636
         Cleveland, Ohio  44113
13       (216) 929-4747,

14           On behalf of the Plaintiffs,
             Kwame Ajamu and Wiley Bridgeman;
15
         Stephen W. Funk, Esq.
16       Roetzel & Andress
         222 South Main Street
17       Suite 400
         Akron, Ohio  44308
18       (330) 376-2700,

19           On behalf of the Individual
             and Estate Defendants;
20
         Shawn Mallamad, Esq.
21       City of Cleveland Law Department
         601 Lakeside Avenue
22       Room 106 City Hall
         Cleveland, Ohio  44114
23       (216) 664-2569,

24           On behalf of the Defendant,
             City of Cleveland.
25
```



```
1                    I N D E X

2    EXAMINATION
     EDWARD TOMBA
3    BY MS. WANG                          4
     EXAMINATION
4    EDWARD TOMBA
     BY MR. GILBERT                       184
5    RE-EXAMINATION
     EDWARD TOMBA
6    BY MS. WANG                          192

7

     Deposition Exhibit 1                 11
8    Deposition Exhibit 2                 36
     Deposition Exhibit 3                 63
9    Deposition Exhibit 4                 67
     Deposition Exhibit 5                 67
10   Deposition Exhibit 6                 111
     Plaintiff's Exhibit 7                132
11   Plaintiff's Exhibit 8                132
     Plaintiff's Exhibit 9                136
12   Plaintiff's Exhibit 10               144
     Plaintiff's Exhibit 11               146
13   Plaintiff's Exhibit 12               176
     Plaintiff's Exhibit 13               192
14   Plaintiff's Exhibit 14               203

15

16

17

18

19

20

21

22

23

24

25
```



1          EDWARD TOMBA, of lawful age, called by the

2     Plaintiffs for the purpose of examination, as

3     provided by the Rules of Civil Procedure, being

4     by me first duly sworn, as hereinafter certified,

5     deposed and said as follows:

6                EXAMINATION OF EDWARD TOMBA

7     BY MS. WANG:

8  Q.  Would you please state your name and spell it for

9     the record?

10  A.  Edward Tomba, T-o-m-b-a.

11  Q.  What's your -- do you have a current position in

12     the Cleveland Police Department?

13  A.  Yes.  I am the deputy chief of homeland security

14     and special operations.

15  Q.  What, generally, are your duties and

16     responsibilities in that position?

17  A.  My duties and responsibilities are to oversee the

18     operations of three commands within the division

19     of police; the Bureau of Homeland Services, the

20     Bureau of Special Investigations, and the Bureau

21     of Special Services.

22     And under those commands are three

23     commanders, all the investigative functions

24     within the division of police, our organized

25     crime and intelligence unit, and the staff at



1          the Cleveland Hopkins Airport.

2     Q.   How long have you had that position?

3     A.   Seven years.

4     Q.   Prior to -- well, let's start from the beginning,

5          actually.

6               When were you first appointed to the

7          Cleveland Police Department?

8     A.   July 29th, 1985.

9     Q.   Okay.  And at that time, what was your -- did you

10         go to the police academy?

11    A.   Yeah.  Yes, I did.

12    Q.   Okay.  By the way, have you been deposed before?

13    A.   Once before, yes.

14    Q.   How long ago?

15    A.   Probably ten years ago.

16    Q.   Okay.  So just -- I'll go over some preliminary

17         rules for a deposition just to refresh your

18         recollection.

19              So we're here for a deposition that the City

20         of Cleveland has designated you for in the case

21         of Ricky Jackson versus the City of Cleveland and

22         Kwame Ajamu and Wiley Bridgeman versus the City

23         of Cleveland.

24              I'll be asking you some questions.  If you

25         don't understand any of my questions, let me



1    know, and I'll try to rephrase or make it

2    understandable; is that fair?

3  A.  Okay.  Yep.

4  Q.  All right.  And so the record is clear, please

5    allow me to finish asking my question before you

6    begin your answer.  That way the record will be

7    clear; is that fair?

8  A.  Yes.

9  Q.  Okay.  We can take a break at any time that you

10    wish, except for when a question is pending; is

11    that fair?

12  A.  Okay.  Yes.

13  Q.  All right.  So the police academy.  How long were

14    you in the police academy?

15  A.  Four months.

16  Q.  And then where were you assigned?

17  A.  I was assigned to the basic patrol division of

18    the Sixth District, which is on the east side of

19    the city.

20  Q.  How long were you in that position?

21  A.  Six years.

22  Q.  All right.  And then after that, what was your

23    next position?

24  A.  I was assigned as a vice detective, vice

25    detective in the Sixth District --



```
 1   Q.  What kind --
 2   A.  -- for 18 months.
 3   Q.  What kind of crimes did you investigate in vice?
 4   A.  Prostitution, illegal gambling, and narcotics.
 5   Q.  All right.  And then where did you go after that?
 6   A.  I was promoted to sergeant in 1993.  And I worked
 7       the -- I was a road supervisor in the uniform
 8       division for a year, and I supervised a group of
 9       officers for a year.
10           And then after that, I was transferred to the
11       internal affairs bureau for four and a half
12       years, where we investigated allegations of
13       police misconduct.
14   Q.  What did you do as a road supervisor?
15   A.  Road supervisor is, I was in a patrol car, a
16       supervisor, and I supervised the men and women
17       in the Sixth District on a specific shift that
18       answered calls for service.
19           So if there was a serious crime or something
20       that they needed supervisory guidance, I would
21       respond in uniform and talk to the officers on
22       the scene, and we would come to a decision as to
23       exactly what action to take.
24   Q.  Okay.  And then when you were transferred to
25       internal affairs, you were there for four and a
```



```
 1      half years?
 2  A.  Yes.
 3  Q.  Okay.  So was that '95 to '99?
 4  A.  Yes.  Exactly.
 5  Q.  Did you have a supervisory position in internal
 6      affairs?
 7  A.  No.  I was a sergeant, and all the investigators
 8      were supervisors.  We answered to a lieutenant,
 9      who answered directly to the chief of police.
10  Q.  After your stint in internal affairs, where did
11      you go?
12  A.  I went to the Third District, strike force unit,
13      which covered the downtown business district.
14      And we investigated -- I was a supervisor.  We
15      investigated pattern crimes within the downtown
16      business district, street robberies, auto thefts,
17      narcotics, complaints.
18          I did that for about a year, and then I was
19      promoted to lieutenant.
20  Q.  What year was it that you made lieutenant?
21  A.  That was 2000.
22  Q.  Where did you go next as lieutenant?
23  A.  I was assigned to the Third District detective
24      bureau, and I was responsible for the general
25      duty detectives, who investigated crimes
```



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                              9

```
 1          throughout the Third District and the strike
 2          force, who investigated pattern crimes, and
 3          also the vice unit.
 4              And I had three sergeants underneath me that
 5          were the direct supervisors in those units.
 6    Q.   Okay.  So you supervised the sergeants?
 7    A.   I supervised the sergeants, yes.
 8    Q.   And the sergeants supervised the detectives?
 9    A.   The detectives.  Correct.
10    Q.   Okay.  How long were you in that position?
11    A.   I was in that position until 2002.  And then I
12          was appointed as the commander of the Bureau of
13          Special Investigations.
14    Q.   And what where your duties and responsibilities
15          there?
16    A.   I oversaw the investigative function of the
17          major investigative bureaus within the city,
18          the homicide unit, sex crimes and child abuse
19          unit, financial crimes unit, domestic violence
20          unit, our bomb squad, our forensic lab.  Any
21          specialized investigation was handled by our
22          unit.
23    Q.   How long were you in that position?
24    A.   Until 2005 -- 2006, 2006.
25    Q.   Where did you go in 2006?
```



```
 1   A.   And I was promoted to deputy chief, my current
 2        position.
 3   Q.   Where did you go to college?
 4   A.   Cleveland State University.
 5   Q.   When did you graduate?
 6   A.   2007.
 7   Q.   You got a BA or --
 8   A.   Bachelor's degree in public safety management.
 9   Q.   Did you work before you joined the Cleveland
10        Police Department?
11   A.   I did for three -- before that, I got out of --
12        I was at Ashley University when I got out of high
13        school.  And then from 1981 until I was hired, I
14        worked at the Cleveland Clinic Foundation.
15   Q.   What did you do at the Cleveland Clinic
16        Foundation?
17   A.   I was an orderly.
18   Q.   And you said 1980 to 1981?
19   A.   1981 until I was appointed in '85.
20   Q.   Oh, okay.
21   A.   About four years.
22                    MS. WANG:  All right.  I'm going
23           to -- it's just the deposition notice.
24                    MR. MALLAMAD:  I can look at the
25           chief's if you guys need an extra copy.
```



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                                  11

1                (Thereupon, Deposition Exhibit 1 was marked

2             for purposes of identification.)

3       BY MS. WANG:

4    Q.  All right.  I have handed you what the court

5        reporter has marked as Deposition Exhibit 1.  It

6        is the Amended Notice of Rule 30(b)(6) Deposition

7        to Defendant City of Cleveland.  And just take a

8        look at that.

9             Have you seen that document before?

10   A.  Yes.

11   Q.  Okay.  Now, I'm just going to go through these

12       topics and confirm that you have, in fact, been

13       designated by the city to testify about these

14       topics here today.

15   A.  Okay.

16   Q.  So are you the person who has been designated

17       by the City of Cleveland to provide binding

18       testimony on the city's behalf on the following

19       topics?

20            One:  The city's written and unwritten

21       policies, practices, and customs in effect from

22       May 19th, 1970, through May 19th, 1980, relating

23       to:  A.  Documenting or memorializing the

24       developments in an investigation in such a way

25       that they would become part of the official file



1          during the course of an investigation, including

2          documentation and preservation of information

3          learned during a homicide investigation,

4          including placing witness statements and notes

5          thereof in the official investigation file.

6              Have you been so designated?

7    A.   Yes.

8                    MR. MALLAMAD:  Liz, if I could

9              just interrupt, obviously, you're going to

10             read each and every one of these sentences

11             and paragraphs.  That's fine, but I'm sure

12             the chief could review this and give you a

13             global response if you --

14                   MS. WANG:  Well, I want it on the

15             record.  So I'm going to read each of the

16             topics.

17                   MR. MALLAMAD:  Okay.

18   BY MS. WANG:

19   Q.   B.  Conducting and documenting photo or in-person

20        lineup or showup.  Have you been designated to

21        testify about that topic?

22   A.   Yes, I have.

23   Q.   C.  Use of informants or witnesses during a

24        criminal investigation, including disclosure of

25        such witnesses and payments, gifts, promises,



1      and threats made to such witnesses.

2  A.   Yes.

3  Q.   D.  Disclosure of exculpatory evidence,

4       including, but not limited to, impeachment

5       materials, to criminal defendants, defense

6       attorneys, or prosecutors.

7  A.   Yes.

8  Q.   E.  Conducting and documenting interrogations or

9       interviews of suspects and witnesses, including

10      juveniles.

11 A.   Yes.

12 Q.   F.  Writing, preserving, and destroying police

13      reports, investigator/detective notes, memos,

14      and exculpatory evidence, including impeachment

15      materials, during the course of an investigation,

16      including use, creation, contents of, storage,

17      location, movement, and preservation of homicidal

18      investigative files kept by the Cleveland Police

19      Department and Cleveland detectives.

20 A.   Yes.

21 Q.   G.  Discipline, training, and supervision of

22      detectives.

23 A.   Yes.

24 Q.   Okay.  Have you been designated by the city to

25      testify -- to provide binding testimony on the



```
 1          city's behalf on the topic of:  2.  The city's
 2          training of its law enforcement officers
 3          in effect from May 19th, 1970, through May
 4          19th, 1980, relating to A:  Documenting
 5          or memorializing the developments in an
 6          investigation in such a way that they would
 7          become part of the official file during
 8          the course of an investigation, including
 9          documentation and preservation of information
10          learned during a homicide investigation,
11          including placing witness statements and notes
12          thereof in the official investigation file?
13   A.   Yes.
14   Q.   B.   Conducting and documenting photo or in-person
15          lineup or showup.
16              Have you been designated on topic 2B?
17   A.   Yes.
18   Q.   Have you been --
19   A.   I'm sorry.
20   Q.   Are you following along?
21   A.   Yes, I am.
22   Q.   All right.  Have you been designated on topic
23          2C?  Use of informants or witnesses during a
24          criminal investigation, including disclosure
25          of such witnesses and payments, gifts, promises,
```



```
 1        and threats made to such witnesses.
 2   A.   Yes.
 3   Q.   Have you been designated on topic 2D?
 4        Disclosure of exculpatory evidence, including,
 5        but not limited to impeachment materials, to
 6        criminal defendants, defense attorneys, or
 7        prosecutors?
 8   A.   Yes.
 9   Q.   2E.  Conducting and documenting interrogations or
10        interviews with suspects and witnesses, including
11        juveniles.
12   A.   Yes.
13   Q.   2F.  Writing, preserving, and destroying police
14        reports, investigator/detective notes, memos,
15        and exculpatory evidence, including impeachment
16        materials, during the course of an investigation,
17        including the use, creation, contents of,
18        storage, location, movement, and preservation
19        of homicidal investigative files kept by the
20        Cleveland Police Department and Cleveland
21        detectives.
22   A.   Yes.
23   Q.   2G.  Discipline, training, and supervision of
24        detectives.
25   A.   Yes.
```



1   Q.   Have you been designated to provide binding

2        testimony on behalf of the City of Cleveland on

3        the topic of 3?

4            Any and all training provided to Eugene

5        Terpay, James Farmer, Frank Stoiker, John

6        Staimpel, Peter Comodeca, Michael Cummings,

7        James White, Jerold Englehart.

8   A.   Yes.

9   Q.   Have you been designated by the City of Cleveland

10       to provide binding testimony on topic 4?

11           The city's efforts to locate and produce

12       files responsive to plaintiff's document request

13       in this case.  This request includes, but is not

14       limited to, the persons with knowledge about

15       those search efforts where efforts have been

16       undertaken to locate and produce documents

17       relating to the Franks' homicide investigation or

18       to the police department's policies and

19       procedures from different areas of the Cleveland

20       Police Department and the City of Cleveland,

21       including, but not limited to, location of the

22       documents produced in this case between 1975 and

23       the present day.

24  A.   Yes.

25  Q.   Have you been designated by the City of Cleveland



EDWARD TOMBA                                        February 22, 2016
JACKSON vs CITY OF CLEVELAND                                      17

```
 1        to provide binding testimony on topic 5?
 2             The Cleveland Police Department and the
 3        city's document retention policies from May 1975
 4        to the present.
 5   A.   Yes.
 6   Q.   Have you been designated by the City of Cleveland
 7        to provide binding testimony on topic 6?
 8             Any efforts by the City of Cleveland to
 9        identify, investigate, or present any of the
10        following types of misconduct and discipline
11        imposed by the city as a result of such
12        investigations.
13             A.   Improper eyewitness identification
14        procedures, including misconduct related to live
15        in-person lineup and photographic showup or lack
16        of documentation regarding the same.
17   A.   Yes.
18   Q.   6B.  Failure to place Brady evidence and
19        information in the official investigative file or
20        otherwise withholding material, exculpatory
21        information from prosectors, suspects, criminal
22        defendants and their attorneys.
23   A.   Yes.
24   Q.   6C.  Failure to document and preserve information
25        learned during a homicide investigation.
```



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                              18

1   A.   Yes.

2   Q.   6D.   Improper interviews, interrogations, or

3        interactions with juvenile witnesses and/or

4        juvenile suspects.

5   A.   Yes.

6   Q.   Have you been designated by the City of Cleveland

7        to provide binding testimony on behalf of topic

8        7, which is the final policymaking authority for

9        the City of Cleveland for the time period of May

10       19th, 1970, through May 19th, 1980, on policies,

11       procedures, practices, and training relating to

12       topics 1 through 6 listed above?

13  A.   Yes.

14  Q.   Thank you.

15  A.   Uh-huh.

16  Q.   Now, what did you do to prepare for this

17       deposition?

18  A.   I met with Mr. Mallamad, and I reviewed some

19       documents that he had provided from the City of

20       Cleveland.

21  Q.   Okay.   When did you meet with Mr. Mallamad?

22  A.   We met twice last week.  I believe it was on

23       Tuesday and Friday.

24  Q.   Is that it?  Are those the only times you met

25       with him?



1   A.   Yes.

2   Q.   How long did you meet with Mr. Mallamad?

3   A.   Total?  Probably about six hours.

4   Q.   What documents did you review in preparation for

5        your deposition?

6   A.   It was a series of documents that were responsive

7        to the requests that were made.  And there was

8        policy, general police orders, some policies from

9        the State of Ohio.  There were documents that

10       were related to the Manual of Rules during the

11       years in question.

12            There was a large, large group of responsive

13       documents.  We reviewed all of those.  Exactly,

14       every single document, I couldn't tell you

15       exactly what it was, but...

16  Q.   All right.  So it's your understanding that you

17       reviewed documents that have been produced in

18       this case?

19  A.   Yes.

20  Q.   Okay.  Did you speak with anyone else, besides

21       Mr. Mallamad, in preparation for the deposition

22       today?

23  A.   Yes.

24  Q.   Who else did you speak to?

25  A.   I talked to -- a phone conversation with Steve.



EDWARD TOMBA                                        February 22, 2016
JACKSON vs CITY OF CLEVELAND                                      20

```
1   Q.  With Mr. Funk?

2   A.  Yes.

3   Q.  When did you speak with him?

4   A.  That was Friday afternoon.

5   Q.  What did you say to him?  What did he say to you?

6   A.  Just a general overview of what to expect today,

7       being the fact that I haven't been deposed in

8       quite a long time.

9           Just that -- really, reiterated a lot

10      of things that Shawn and I spoke about about

11      answering the questions relative to the

12      responsive documents that were provided.

13  Q.  Did Mr. Funk call you, or did you call him?

14  A.  Shawn called him, and we had a conference call.

15  Q.  So who else was present for that conversation --

16  A.  Just the two of us.

17  Q.  Sorry.  Just let me finish the question so the

18      record is clear.

19          Who else was present for that conversation,

20      besides yourself, Mr. Mallamad, and Mr. Funk?

21  A.  It was just myself, Mr. Mallamad, and Mr. Funk

22      was on the phone.

23  Q.  Okay.  And I'm sorry if I just asked you this,

24      but how long was that phone call?

25  A.  Ten minutes at best.
```



1   Q.  Was there anything else that was said in that

2       conversation, other than what you've already

3       testified to?

4   A.  No.

5   Q.  Did Mr. Funk point out any documents for you to

6       review?

7   A.  No, he didn't.

8   Q.  Did he tell you anything about what the defendant

9       officers were alleged to have done in this case?

10  A.  I was aware of what they were alleged to have

11      done.

12  Q.  Did you review the complaint in this case?

13  A.  Yes.

14  Q.  Besides anything that you might have learned from

15      speaking with your attorney, how else are you

16      aware of what the allegations are in this case?

17  A.  I really don't have any other knowledge, except

18      when I was contacted by the law department to

19      start this process.

20  Q.  Okay.  Now, was there anybody who was in the

21      Cleveland Police Department in the 1970s that

22      you spoke with in preparation for your deposition

23      today?

24  A.  No, there isn't.

25  Q.  What is your understanding, generally, of how



1      written policies for the Cleveland Police

2      Department were established in the 1970s?

3   A.  Well, I can speak as to how things are done

4      today.  And after reviewing those documents, it

5      looked like they were about the same.  So I can

6      tell you how we do things today.

7          We have a Manual of Rules.  We have general

8      police orders, and we have divisional notices.

9      And reviewing some of those documents, I see that

10     they had the same thing back in the 1970s.

11         So, you know, the orders and the notices are

12     established by the chief of police, and they are

13     given to the members of the Division of Police to

14     follow.

15  Q.  And so I just want to be clear which time period

16     you're speaking of now.  The orders in the 1970s

17     were -- both today and in the 1970s are

18     established by the chief of police?

19  A.  By the chief of police, yes.

20  Q.  And you're talking about the general police

21     orders?

22  A.  Yes, I am.

23  Q.  Okay.  And in the 1970s, was there anybody else

24     responsible for establishing or promulgating

25     police orders, general police orders, besides



1       the chief of police?

2   A.  The ultimate responsibility comes from the chief

3       of police, but he gathers information from a lot

4       of different sources.  It could be new case

5       law.  It could be new policies within different

6       organizations that we work with.

7           Anything that would change or guide the men

8       and women of the Division of Police about how

9       they do their jobs.

10          So he is the sole policy setter for the

11      division, but there are a lot of other outside,

12      I would have to say, people that make

13      recommendations.

14          And, you know, we do follow the law.  So if

15      the law changes, the chief will put that in the

16      policy.

17  Q.  Okay.  So in the 1970s, the chief of police was

18      the final policy maker for the department?

19  A.  Yes.

20  Q.  And that's on any of the topics -- any of the

21      issue areas that might confront a police officer?

22  A.  Yes.

23  Q.  What was the role in the 1970s of the director

24      of public safety in relationship to the police

25      chief?



1    A.   Well, the director of public safety answers to

2         the mayor of the City of Cleveland.  And the

3         director of public safety is responsible for

4         management and oversight of the Division of

5         Police, the Division of Fire, the Division of

6         EMS, and the dog warden.

7    Q.   And that was true in the 1970s as well?

8    A.   Yes.

9    Q.   Did the director of public safety have any

10        responsibility for creating or promulgating rules

11        or general orders for the department?

12   A.   In the 1970s, no.  I believe it was still the

13        office of the chief of police was the final

14        policy maker.  And I think -- I believe that is

15        set by the charter of the City of Cleveland.

16   Q.   Okay.  You mentioned there was a Manual -- there

17        is a Manual of Rules --

18   A.   Yes.

19   Q.   -- that was in existence in the 1970s?

20   A.   Yes, there is.

21   Q.   Is there still a Manual of Rules today?

22   A.   Yes, there is.

23   Q.   The Manual of Rules, in the 1970s, do you know

24        who created that, the one that was in existence

25        in the 1970s?



```
 1   A.   No.  I don't recall.
 2   Q.   Today, who is responsible for creating or
 3        revising the Manual of Rules?
 4   A.   Chief Williams.
 5   Q.   Chief Williams?
 6   A.   The chief of police.
 7   Q.   Oh, the chief of police.
 8   A.   Yes.
 9   Q.   And does he receive input from people in the same
10        way, in terms of the Manual of Rules and making
11        updates or edits to it, as he did -- as he does
12        with the police orders?
13   A.   Yes, he does.
14   Q.   What's the difference between the kinds of items,
15        you know, rules that were in the Manual of Rules,
16        versus the general police orders?
17   A.   The Manual of Rules is a document that provides
18        responsibility, job descriptions of different
19        ranks within the division.  It provides a broad
20        overview of what is expected, as far as conduct
21        for the members of the Division of Police.
22            And the general police orders -- I could
23        describe them as more operational, day-to-day
24        responsibilities that a supervisory officer, all
25        the way down to a first line uniformed officer
```



```
 1        would follow.
 2             So the Manual of Rules is very -- is broad,
 3        and it encompasses our conduct and our
 4        responsibilities.  And then the general police
 5        orders encompass the day-to-day things that take
 6        place in the field.
 7   Q.   Today, in the general police orders, is there an
 8        order concerning the officer's obligation to
 9        disclose exculpatory evidence?
10   A.   Today?
11   Q.   Yes.
12   A.   Not in a general police order, but, you know,
13        the number one responsibility for a police
14        officer is to follow the law and, you know, be
15        honest and conduct their job with integrity, but
16        is it documented anywhere in a general police
17        order?  No.  But that is following the law that
18        is expected of them.
19   Q.   Is there any rule, policy, or written document
20        in the Cleveland Police Department today that
21        explains to officers what their duties are to
22        disclose exculpatory evidence?
23   A.   Well, I would have to say that they -- their
24        responsibilities, particularly in the detective
25        function, is that we are the -- it's outlined
```



EDWARD TOMBA                                        February 22, 2016
JACKSON vs CITY OF CLEVELAND                                      27

```
 1        that we are the gatherer of information and

 2        facts.

 3            And we present everything that we gather to

 4        the prosecutor for that decision.  We don't

 5        make that decision as to what is exculpatory or

 6        not.  We provide everything that we get during

 7        the course of an investigation, and we give it

 8        to the prosecutor's office.  That is our duty.

 9            And then they decide what is or what isn't

10        through the legal process.  That isn't something

11        that is mandated, or that is not a responsibility

12        of a Cleveland police officer.

13   Q.   The duty and obligation that you just described

14        to disclose all evidence to the prosecutor, is

15        that written down?

16   A.   That's in -- those are in different policy

17        manuals within the Division of Police.

18   Q.   Today?

19   A.   Yes.

20   Q.   Which policy manual?

21   A.   It's in the homicide unit policy manual,

22        sex crimes.  Any investigative unit within the

23        Division of Police is -- it's pretty much a

24        standard operating procedure when conducting

25        an investigation, that any and all evidence,
```



1   information gathered, is turned over to the

2   prosecutor's office so they can make an informed

3   decision.

4       And all of our cases are reviewed by a

5   prosecutor.  We don't make any of those decisions

6   on our own.

7   Q.  Okay.  And that is written down in policy

8   manuals --

9   A.  Yes.

10  Q.  -- that exist today?

11  A.  Yes, it is.

12  Q.  And you said in any of the -- that is in -- so

13  there is more than one policy manual?

14  A.  Yes.

15  Q.  There is a policy manual for each investigative

16  division?

17  A.  Each investigative unit.

18  Q.  Oh, unit.

19  A.  Each investigative unit.

20  Q.  And what do you mean by investigative unit?

21  A.  I would say homicide is an investigative unit.

22  Sex crimes and child abuse is an investigative

23  unit.  Narcotics is an investigative unit.

24      There are broad investigative

25  responsibilities and requirements that we



1    all follow.  And then the uniqueness of the

2    investigation to a particular unit, there

3    are policies that guide them also.

4  Q.  Okay.  The requirement of officers to disclose

5    evidence to the prosecutors, where else is that

6    written down today, besides in the policy manual?

7  A.  I don't think it's written anywhere else.

8  Q.  In the 1970s, what was the role of -- or sorry.

9    Strike that.

10         Today, you said you have divisional notices?

11  A.  Yes.

12  Q.  Okay.  And what is the purpose of divisional

13    notices today?

14  A.  Divisional notices are temporary notices, such

15    as -- a general police order is an order that is

16    to be followed until the general police order is

17    revised.

18         A divisional notice is a notice of -- such

19    as December 23rd and 21st, municipal prosecutor's

20    office will not be open for prosecutor

21    consultation.  Tomorrow is St. Patrick's Day.

22    The uniform of the day will be such and such.

23         So they're operational notices that have an

24    expiration, usually, within a week or so.  It's

25    just information that the police chief wants to



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                                  30

```
 1        get out to the division.
 2   Q.   Okay.  And back in the 1970s, were there
 3        divisional notices then, too?
 4   A.   During the review of my documents, I did not see
 5        any.
 6   Q.   I saw a reference to departmental notices that
 7        existed back in 1970.
 8   A.   Same thing.  Departmental notices could be the
 9        same thing as a divisional notice.
10   Q.   Do you have things called departmental notices
11        today?
12   A.   No.  We have divisional notices.
13   Q.   So you think that the -- if there was a reference
14        to departmental notices in one of these documents
15        from the 1970s, it may be the same thing as the
16        divisional notices today?
17   A.   It may be, yes.
18   Q.   All right.  Besides -- today, you mentioned
19        there is Manual of Rules, general police orders,
20        divisional notices.  There is policy manuals for
21        each investigative unit.
22   A.   Yes.
23   Q.   Where else are there written policies and
24        procedures for the operation of the department
25        today?
```



1    A.   That is it.

2    Q.   Okay.

3    A.   I believe that is it.

4    Q.   Okay.  Back in the 1970s, were there written

5         policies or procedures for the operation of the

6         department besides what you've already testified

7         to, which were the Manual of Rules, the general

8         police orders?

9    A.   Just what -- from the documents that I reviewed,

10        those were the only documents that had the rules

11        and regulations.  And I didn't see any policy

12        manuals.

13   Q.   Okay.  With respect -- today, you -- strike that.

14            You testified that, currently, detectives

15        have an obligation to turn over information that

16        is in their file to the prosecutor?

17   A.   Yes.

18   Q.   Is that correct?

19   A.   I did.

20   Q.   Today, if there were information that was known

21        to the detective that was not contained within

22        the investigative file, would they have an

23        obligation to turn that over to the prosecutor?

24   A.   Yes, they would.

25   Q.   And how would they -- how would they communicate



EDWARD TOMBA                                           February 22, 2016
JACKSON vs CITY OF CLEVELAND                                          32

```
 1        that information?
 2   A.   A lot of different ways, but I would imagine
 3        face-to-face.
 4   Q.   Is there a requirement that that -- a written
 5        policy or requirement or rule that requires
 6        officers to document the fact that they have
 7        communicated such information to prosecutors?
 8   A.   Could you rephrase that?
 9   Q.   Okay.  If there were information that an officer
10        verbally communicated to the prosecutor's office,
11        is there any -- does he have to document that
12        somewhere?
13   A.   Yes.
14   Q.   Where does he have to document that?
15   A.   He would document that in -- today?
16   Q.   Yes.
17   A.   We call that a form 10, and that would be a
18        written -- a written report.  And at times, that
19        would be at the request of the prosecutor's
20        office.
21            There are conversations that take place that
22        are not documented in a form 10, but if it's an
23        investigative -- if it's something that is
24        relevant to the investigation, the prosecutor
25        may even say, "You know, I need you to type
```



EDWARD TOMBA                                              February 22, 2016
JACKSON vs CITY OF CLEVELAND                                           33

1        that out and document it in a form 10."
2    Q.  Is there a department -- is there a rule in the
3        department or a policy somewhere that explains
4        to officers that they are to document that
5        information in a form 10?
6    A.  Yes, there is.  It's in the policy manuals.
7    Q.  For each of the investigative units?
8    A.  For each of the investigative units.  Yes, there
9        is.
10   Q.  When were the policy manuals, the ones that
11       exist currently, the policy manuals for the
12       investigative units, when were those created?
13   A.  I don't know exactly.  I don't know.  I know
14       when I was appointed in my command of special
15       investigations, those manuals existed, and we
16       update them every year.
17            So I can tell you from my experience in the
18       last ten years that they have been updated every
19       year for the last ten years.
20   Q.  And is the police chief responsible for updating
21       those, too?
22   A.  He gives us the order, and we push that down to
23       our commanders and our lieutenants, who do the
24       operational work in those bureaus.
25            We'll tell the lieutenant January 1st, "By



```
 1        March 1st, please have your manuals updated

 2        with any new case law, any new policy, any new

 3        procedure that's taken place over the last year."

 4   Q.   Okay.  Taking a look at the deposition notice,

 5        let's talk about topic 1A.  Topic 1A relates

 6        to the city's written and unwritten policies,

 7        practices, and customs in effect from May 19th,

 8        1970, through May 19th, 1980, relating to

 9        documenting or memorializing the developments in

10        an investigation in such a way that they would

11        become part of the official file during the

12        course of an investigation.

13            What written policies or procedures were

14        there in place during that time period, relating

15        to that topic?

16   A.   You know, when I was reviewing this, as far as

17        written policies in the '70s and the 1980s, I

18        can't speak with certainty on that, but I go back

19        to the Manual of Rules and to, you know, what the

20        duty of a law enforcement officer is.

21            And it's to follow the law.  And all this is

22        part of, I believe -- and it is definitely, you

23        know, following the law.

24            So I would assume -- I don't have any

25        evidence to prove it, but I would assume that the
```



```
 1        officers that were conducting that -- those

 2        types of investigations during that time frame

 3        would document their work and provide everything

 4        that they have to the prosecutor, but as far as

 5        manuals and any type of guidance, just what is

 6        in the general police orders and the departmental

 7        notices.

 8   Q.   Well, have you seen a departmental notice on --

 9        specifically about officers' obligation to

10        document or memorialize the developments in an

11        investigation in such a way that they would

12        become part of an official file during the

13        course --

14   A.   I saw that.

15   Q.   -- of an investigation?

16   A.   Yes, I did.

17   Q.   A departmental notice?

18   A.   Yeah.  I believe I saw that in the documents that

19        we reviewed.

20   Q.   Which one was it?

21   A.   I believe that was the -- I believe that was

22        the document that was created after a letter was

23        received from the Cuyahoga County prosecutor at

24        the time about turning over evidence and making

25        sure all the evidence that was obtained was given
```



1        to the prosecutor's office.

2    Q.  Because that was a general police order, right?

3    A.  Right.  It was.

4    Q.  That's was number 19-73?

5    A.  Yes.

6    Q.  Okay.  We'll talk about that.

7    A.  Okay.

8    Q.  Let's talk about the Manual of Rules.

9                    MS. WANG:  Can I have this marked

10            as Exhibit 2?

11                        -  -  -  -

12        (Thereupon, Deposition Exhibit 2 was marked

13            for purposes of identification.)

14                        -  -  -  -

15    BY MS. WANG:

16   Q.  All right.  So this is -- for the record, it's

17        the version of the Manual of Rules produced by

18        the City of Cleveland.  It is Bates stamped CLE

19        3219 through CLE 3305.

20            Could you take a look at that and let me know

21        if you've seen it before?

22   A.  I have seen this document before.

23   Q.  Okay.  And this is one of the documents that you

24        reviewed in preparation for your deposition?

25   A.  Yes, it was.



1   Q.   Okay.  Now, if you turn to the second page right

2        here.

3   A.   Uh-huh.

4   Q.   That is CLE 3220.  There is a cover or an inside

5        cover that lays out the title of this manual.

6        It's the Rules of Conduct and Discipline for the

7        Officers, Members, and Employees of the Division

8        of Police and the Department of Public Safety

9        1950.

10           Is it your understanding that this manual was

11       published in 1950?

12  A.   Yes.

13  Q.   And this was the -- this was the Manual of Rules

14       that governed, generally, the conduct of officers

15       in the department?

16  A.   Correct.  It is.

17  Q.   And it was in effect in 1975?

18  A.   I believe it was.

19  Q.   Okay.  Do you know when this manual stopped being

20       in effect?

21  A.   The manual is still in effect today.  We still

22       have a Manual of Rules.  So I don't believe that

23       there was ever an interruption in the producing

24       of the manual.

25  Q.   The Manual of Rules that you have today, does it



1      look like this one?  Is it the 1950 one?

2  A.  It looks similar.

3  Q.  Is there -- the one that you have today, is that

4      a different publications date?

5  A.  Yes.  That is updated also every year.

6  Q.  That is updated every year?

7  A.  Yes.

8  Q.  Do you know when the -- this version of the

9      Manual of Rules, the 1950 one, stopped being in

10      effect and there was like a new one that was in

11      effect?

12  A.  No, I don't.  No, I don't.

13  Q.  Do you know what the handwritten markings are on

14      the bottom here?

15  A.  No, I don't.

16  Q.  And by that, I just mean, for the record, there

17      is a handwritten number 609 Clifton John.  And

18      then under that, it says 902 of Rocha 3/1/57.

19          Do you see that?

20  A.  Yes, I do.

21  Q.  Do you know where this Manual of Rules was

22      obtained from to produce it in discovery?

23  A.  Yes.  I believe it was discovered in our police

24      museum.

25  Q.  Okay.  Do you know if perhaps the names that are



1      handwritten here were officers who donated their

2      copy to the museum?

3  A.  Yeah.  That is a good possibility.  We -- number

4      609, the way that is written, traditionally, I

5      mean, it looks like a badge number to me.

6          I mean, I would write my badge number like

7      that with that sign and then my badge number and

8      then my last name first and then my first name.

9          That is just kind of a traditional way that

10     law enforcement officers within the city would

11     write things.

12  Q.  Okay.  Do you know how this -- in the 1970s, do

13     you know how the Manual of Rules was distributed

14     to the officers?

15  A.  In the 1970s, I would say it was distributed in a

16     hard copy version given to each officer maybe in

17     a binder, but each officer was required to have a

18     copy of this.

19  Q.  Okay.  And so when would officers get their copy

20     of the Manual of Rules?  Like, for instance --

21     and I'm just going to give an example -- if an

22     officer -- you know, this was originally

23     published in 1950, but if an officer didn't come

24     onto the force until 1962 or something, would

25     they just get a copy of the Manual of Rules at



EDWARD TOMBA                                          February 22, 2016
JACKSON vs CITY OF CLEVELAND                                        40

1        that time?
2    A.  The Manual of Rules was discussed, and the
3        officers were trained on it while they were in
4        the academy.  So in your scenario, if an officer
5        was in the police academy in 1962, when he or she
6        left the police academy, they would have a copy
7        of this.
8    Q.  Okay.  And then if there were changes made to the
9        Manual of Rules, were there inserts that were
10       given to officers to put into the copies that
11       they had, or were new -- whole new copies issued?
12   A.  In the 1950s, I really can't speak on that, but I
13       can tell you today how we do things is, it would
14       be a divisional notice.
15           If it was in the middle of the year, the
16       chief would put out a divisional notice and say,
17       "This change will be in effect immediately for
18       the Manual of Rules and Regulations of the
19       Division of Police.  The manual will be updated
20       annually."
21           And whenever that annually is -- it's not
22       every January.  It's, you know, on a 12-month
23       cycle.  Then the chief would update the manual,
24       and he would push it out again as a whole.
25   Q.  Do you know, in the 1970s, how the manual -- how



 1        amendments to the Manual of Rules would be made?
 2   A.   No, I don't.
 3   Q.   All right.  So if you turn to the page that is
 4        Bates stamped at the bottom CLE 3229, it says
 5        Section 8, Chief of Police.
 6             "The chief of police shall be the executive
 7        head of the Division of Police who shall direct
 8        all activities of the division and cause to be
 9        enforced all laws and ordinances."
10             Do you see that?
11   A.   Yes, I do.
12   Q.   And just for the record, there is highlighting
13        there that was not in the original copy that was
14        produced to me, but somehow my highlighting got
15        reproduced, but just for the record.
16             So the manual itself states that the chief of
17        police is responsible for promulgating orders and
18        enforcing all laws and ordinances; is that
19        correct?
20   A.   Yes, it does.
21   Q.   And that's what it says in Section 83 as well?
22   A.   Yes.
23   Q.   If you turn to page 3231, Rule 1, obedience to
24        rules, Section 1.
25             It says, "All officers, members, and



1        employees of the Division of Police shall

2        familiarize themselves with these rules and

3        obey them."

4   A.   Yes.  That is correct.

5   Q.   How -- so the city expected officers to follow

6        the rules, correct?

7   A.   Oh, yes.

8   Q.   Okay.  How did the city enforce this in the

9        1970s?

10  A.   Well, in reviewing some of the documents that

11       I reviewed, if there was an allegation or if

12       someone didn't follow the rules, either on the

13       recommendation of a superior officer or by a

14       complaint, the chief would cause an investigation

15       into that alleged rule violation, but that is a

16       supervisor's responsibility.

17  Q.   So prior to the violation of a rule, how did the

18       city ensure that officers were following the

19       rules?

20  A.   Prior --

21  Q.   Was it -- go ahead.

22  A.   No.  Go ahead.

23  Q.   So you're saying that if a rule was violated,

24       then certain disciplinary action would be taken?

25  A.   Right.



1   Q.   Okay.  So how did -- besides giving officers a

2        copy of the rules and saying, "Here, these are

3        the rules," was there anything else that the

4        department did to ensure that officers would

5        actually read this and follow the rules?

6   A.   Right.  I understand.  Number one, they were

7        required to read it.  And they were required --

8        it's assumed throughout the division that you

9        read this and you know what the rules are and

10       what the laws are.

11           There was training within the different units

12       as to the operational procedures.  So if you came

13       into the unit and they had -- and there was this

14       list of rules and obligations, your training

15       officer would explain those to you.  You would

16       follow those.  And the oversight was by the

17       superior officers.

18   Q.  And that was in the 1970s?

19   A.  That was in the 1970s, and it continues today.

20       That is the way it is today also.

21   Q.  Going back to the topic 1A that's in the

22       notice --

23   A.  Okay.

24   Q.  -- do you see any written rule in the Manual

25       of Rules that specifically requires officers to



1      document or memorialize the developments in an

2      investigation so that they become part of the

3      official file?

4  A.  No, I don't.

5  Q.  Okay.  Now, turning to document -- or Bates stamp

6      CLE 3242, that is Rule 14?

7  A.  Yes.

8  Q.  So Rule 14.2 says, "The officer in charge

9      shall cause statements to be taken from persons

10     brought to the unit in the course of criminal

11     investigations and shall see that such statements

12     are properly filed and preserved.  These

13     statements shall be available only to the

14     officers and members of the Division of Police

15     who are interested in the preparation of a

16     particular case, to the officers of the county

17     prosecutor, or the law department of the City of

18     Cleveland.  Under no circumstances shall they be

19     given or exhibited to any other person without

20     the written consent of the chief of police."

21          What's your understanding of how that rule

22     worked within the department in the 1970s?

23  A.  How that rule worked in the 1970s, based on what

24     is written here, is there was a separate unit

25     that was called the statement unit.  And there



```
 1        were city officers and employees in that

 2        statement unit.

 3              And if a detective was required to obtain a

 4        written statement, they would take the person to

 5        that unit, and they would type it out on a

 6        typewriter and obtain that statement.

 7              And then it was part of the investigative

 8        file, which was turned over to the prosecutor's

 9        office as part of that file.

10   Q.   And the statements -- where were the statements

11        kept, the typed statements?

12   A.   Well, I can tell you that the statement unit

13        still exists today in our building, which I

14        believe was built in 1976.  And there is a

15        statement unit that houses all the statements

16        throughout the division.

17   Q.   Okay.  So they keep the statements there?

18   A.   They keep them there, and investigators have them

19        in their -- in their case files also.

20   Q.   And officers were expected not to give the

21        statements to anyone, other than the officers

22        who were involved in the case or the county

23        prosecutor or the law department?

24   A.   Correct.  Unless they had written consent from

25        the chief of police.
```



EDWARD TOMBA                                      February 22, 2016
JACKSON vs CITY OF CLEVELAND                                    46

1    Q.   Where does it say that?

2    A.   It says it in Rule 14 at the end of number 2.

3             "Under no circumstances shall they be given

4         or exhibited to any other person without the

5         written consent of the chief of police."

6    Q.   Do you know what was the purpose of that rule?

7    A.   No, I don't.

8    Q.   Does that rule still exist today?

9    A.   No, it doesn't.

10   Q.   Do you know why not?

11   A.   No, I don't.

12   Q.   Okay.  Do you know why the rule was changed?

13   A.   No, I don't.

14   Q.   If you turn to page CLE 3264, Rule 42 states,

15        "Officers and members shall, at the end of their

16        tour of duty, advise the relieving officers and

17        members of all important police business

18        transacted during that tour of duty and of all

19        unfinished police business in their jurisdiction.

20        They shall familiarize themselves at the

21        commencement of their tour of duty with all

22        important police business transacted since their

23        last tour of duty and all unfinished police

24        business within their jurisdiction."

25            What is your understanding of how that rule



1    worked in the 1970s?  What did this rule require

2    officers to do?

3  A.  Well, my understanding, this rule or some

4    iteration of this rule still is in effect

5    today.  So I can tell you that before we would

6    leave, as an officer or superior officer, if

7    anything unusual took place in your area of

8    responsibility, your zone, or the area that you

9    were to patrol that you think may affect the

10    officers that are relieving you, that you should

11    talk to them and tell them kind of as a heads-up.

12        "I want to give you a heads-up.  This is what

13    is going on," such as -- you know, we get off at

14    3 o'clock, but at 5 o'clock tonight, there is

15    going to be a parade downtown in your zone.

16        So that's the way it's done today, and

17    that's the way I expected that it was done in the

18    1970s throughout law enforcement, that they would

19    communicate what took place during their day,

20    anything of any significance, be on the lookout

21    for maybe a suspect or a stolen car or something

22    like that.

23  Q.  So let's take, for example, detectives who are

24    assigned to investigate a homicide.  And we're

25    talking about in the 1970s.



EDWARD TOMBA                                     February 22, 2016
JACKSON vs CITY OF CLEVELAND                              48

1           There may be more than one team of detectives
2      that were assigned to investigate a case, right?
3  A.   Correct.
4  Q.   And so there may be a team, you know, a
5      partner pair of detectives who were assigned to
6      investigate a case during a day shift and then
7      also another team or pair of detectives assigned
8      to investigate during the night shift.
9           Is that fair to say?
10 A.   That is.
11 Q.   Okay.  And so this rule, Rule 42, would require
12      the pair, you know, who were working on the case
13      throughout the day to, before they left, make
14      sure that the next pair of detectives working on
15      that case would know what it is they had done on
16      that investigation and what there was left to do,
17      for instance?
18                    MR. FUNK:  Objection.
19 Q.   Is that fair to say?
20                    MR. MALLAMAD:  You can answer.
21 A.   It would be.  The way things are done is,
22      usually, one team of detectives is the primary.
23      And that's the way it was in the '70s.  They are
24      the primary investigative team.
25           If there was a request -- and a lot of --



1    even these requests are documented.

2         If there was a request, if they work day

3    shift, they could give a request to the second

4    shift, afternoon shift, and say, "We need to

5    speak with Mrs. Jones.  She doesn't get home from

6    work until 6 o'clock.  You guys working 4 to

7    midnight, could you go talk to Mrs. Jones and ask

8    her the following questions?"

9         So, historically, there's only one primary

10   set of investigators, one set of detectives that

11   primarily investigates.

12        Very complicated cases, they do use more than

13   one team, but, historically, it's just been one

14   team.

15   BY MS. WANG:

16   Q.  Okay.  So the primary set of detectives could ask

17       another set of detectives who are coming on the

18       following shift to do certain tasks in the case?

19   A.  Yes.

20   Q.  And if those -- the second set of detectives did

21       complete whatever task it was that the first set

22       of detectives had asked them to do, were they

23       expected to communicate that information to the

24       primary set of detectives when they're done with

25       their shift?



```
 1   A.   Yes.

 2   Q.   Okay.  Rule 66, which is on page 3273 --

 3   A.   Okay.

 4   Q.   -- says, Section 1, "Officers and members

 5        prosecuting persons charged with a crime shall

 6        thoroughly familiarize themselves with all the

 7        facts and details concerning the case so that all

 8        of the evidence may be properly presented to the

 9        court."

10            What is your understanding of what this rule

11        required officers to do in the 1970s?

12   A.   My understanding is that -- really, just what it

13        says.  It's not a suggestion.  It's a -- it's a

14        shall.  It's an order that they be familiarized

15        with all the facts and details and that all

16        the evidence is properly presented to the

17        prosecutor's office for presentation to the

18        court.

19   Q.   Okay.  So did this rule require officers to

20        familiarize themselves with the evidence in the

21        case just prior to trial in preparation for trial

22        or like throughout their investigation?

23   A.   No.  The way I read it and the way it's done

24        today -- and I can tell you, being a policeman

25        for 31 years, historically, when you're assigned
```



```
 1        a case, you know the intricacies of that case as

 2        it's going on, not just for -- not just before

 3        you go to trial.

 4   Q.   And were you -- you were a detective at some

 5        point?

 6   A.   I was.

 7   Q.   And so you considered it your responsibility to

 8        know what all the facts were in the case as you

 9        were investigating it?

10   A.   Yes.

11   Q.   And you would keep yourself apprised of what

12        facts were learned by -- you know, may have

13        been learned by other detectives or other

14        investigators in a particular case?

15   A.   Yes.

16   Q.   And why did you consider it your -- part of your

17        duty to make sure that you were apprised of all

18        the facts in a particular case that you were

19        investigating?

20   A.   Well, number one, it was our duty.  It's the law.

21        It's our duty.  And that is what the system is

22        based on is to gather all the facts as we know

23        them and present them to the prosecutor.

24             You know, in this rule, it says, "Officers

25        and members prosecuting persons."  You know, we
```



1        don't prosecute people.  We're the gatherer of

2        facts, and that is the prosecutor's job to decide

3        whether they go forward with the prosecution.

4    Q.  And you gather facts to present to the prosecutor

5        so that they may prosecute; is that correct?

6    A.  Facts, anything, things that aren't based in

7        facts.  Your job is to present everything.  Any

8        rumor, innuendo, tip that goes nowhere.  Your

9        job is to present that and let them make that

10       determination.

11   Q.  When you were a detective, did you consider it

12       your -- or did you make it a practice to apprise

13       yourself of all the facts known about how a

14       particular crime occurred before interviewing

15       witnesses -- potential witnesses to a crime?

16                   MR. FUNK:  Objection.  You can

17               answer.

18                   THE WITNESS:  No, no.  That -- I

19               would have to say that was on a case by

20               case basis, and it was kind of up to that

21               particular detective and whatever the case

22               was before you would decide exactly how you

23               wanted to proceed with that case.

24                   I can give you an example.  If

25               there was something that happened immediate



1           and there was witnesses there, it's always

2           a good practice to interview people right

3           away.

4                    Things are a little fresh in their

5           minds, but we've interviewed people months

6           and years after cases have taken place,

7           because facts have come to light.

8                    There really isn't one -- I guess

9           if you're looking for a standard operating

10          procedure, exactly how to go about it, I

11          don't think there -- that one exists.

12     BY MS. WANG:

13     Q.   In the 1970s, you mentioned that the practice

14          was to have a pair of -- if there were -- there

15          would -- in terms of a homicide, investigation of

16          a homicide in the 1970s, there would have been a

17          primary set of investigative detectives; is that

18          correct?

19     A.   Yes.

20     Q.   Now, was it expected, you know, under the rules

21          or the policies or procedures of the department,

22          that the primary set of investigating detectives

23          would read the reports or form 10's or what have

24          you that were created by any other detectives or

25          officers in the case, you know, once they came



 1      back on shift?

 2   A.  Yes.  That was expected.

 3   Q.  Rule 71 on page 3274 simply states in Section

 4      1, "Officers and members shall familiarize

 5      themselves with all general orders issued by

 6      the chief of police."

 7          And then number two basically says, if there

 8      were orders issued in their absence, they would

 9      be expected to know them after they came back?

10   A.  Yes.  That is still in place today.

11   Q.  And members of the department were expected to

12      follow that rule, right?

13   A.  Yes, they were.

14   Q.  Now, page 3277, Rule 77, Section 1, states,

15      "Officers and members shall report on all matters

16      referred to and investigated by them.  Such

17      reports may be either verbal or written, as the

18      officer in charge may direct."

19          Were -- so written reports -- were the

20      written reports just form 10's in the '70s, do

21      you know, or was there some other kind of form?

22   A.  Well, there were form 10's.  There were form 1's,

23      which is a written documentation of -- form 10's

24      are investigative follow-up reports.  Form 1's

25      are informational reports that any officer can



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                                    55

```
 1      do.
 2           If I was -- we knew there was a crime that
 3      was committed and I was working a particular zone
 4      and I received information about that crime, I
 5      would type a form 1 and give that to the
 6      investigator.
 7           So anyone can do a form 1.  Follow-up
 8      investigations require a form 10.
 9  Q.  Okay.  In a particular case?
10  A.  Yes.
11  Q.  How would verbal reports on the progress of an
12      investigation be documented?
13  A.  The way they're documented today is, some of
14      them are documented in a daily duty report, an
15      assignment that the supervisors are required to
16      fill out every day.
17           If you're the sergeant in the homicide unit
18      and I brief you, an overview, "Sarge, today, we
19      did A, B, C, and D," you would just put in your
20      daily duty report, "Conferred with Detective
21      Jones, who stated they conducted follow-up
22      investigations on this case," very broad, very
23      generic.
24           If it was something specific, they would
25      document it in that report.  We're all required
```



1        to do a daily duty assignment.

2    Q.   And that includes detectives, too?

3    A.   Pardon me?

4    Q.   That includes detectives?

5    A.   Oh, yes.

6    Q.   And that is today.  That is the requirement

7         today?

8    A.   Yes.

9    Q.   Was there a requirement for detectives to do

10        daily duty reports in the 1970s?

11   A.   I don't know if there was, and I didn't --

12        don't recall seeing them in any of the responsive

13        documents, but that is the -- today and the 30

14        years plus that I have been on the job, that is

15        the number one police 101 bit of administrative

16        work that you're taught from day one you're in

17        the academy, to document what happens during your

18        shift.

19   Q.   And where are those -- today, where are those

20        daily duty reports kept for --

21   A.   Today, they're -- excuse me.  Go ahead.

22   Q.   -- for detectives?

23   A.   They're kept in our inspection unit.

24   Q.   And how long are they retained?

25   A.   I don't know what the -- what the retention



1    schedule is.  I couldn't tell you, but whatever

2    the retention schedule is, we follow it.

3  Q.  So the daily duty reports -- they're not kept in

4    specific case files, are they, like there --

5    because they might cover a lot of things that

6    don't have to do with a particular case?

7  A.  Correct.

8  Q.  So I just want to make sure I understand.  The

9    requirement today for what goes into a daily duty

10    report is anything that an officer does during

11    his shift?

12  A.  Yeah.  Specifically, today --

13  Q.  Yes.

14  A.  -- I will have my starting time, what I did

15    today, and my completion time, what I did today.

16    If I'm here for 8, 10, 12 hours, however long

17    I'm here --

18  Q.  It won't be 12 hours.

19  A.  -- it's going to be -- it's going to be one line.

20    If I was a uniformed officer and I answered 15

21    calls for service, parking violation, domestic

22    violence, it'll all be documented in that report.

23        So they vary.  They're not -- it's just what

24    did you do today, and we are taught early on to

25    put any significant items in there.



1    Q.  Okay.  And how long are they, usually?  Just one

2        page?

3    A.  They're one page.

4    Q.  Okay.  Does -- is the supervisor supposed to sign

5        off on them?

6    A.  Yes.  Both -- if you're -- yes.  The supervisor

7        signs off on them.  It is an accounting of your

8        daily duty.  You sign it.  Your partner signs it.

9        Your supervisor reviews it, and they sign it.

10            You could go an entire shift without having

11       any face-to-face discussion with your supervisor.

12       So he or she could come in the next morning, look

13       at it, this is what I did yesterday, maybe ask

14       you a question about it or whatever.

15            If not, it's just -- it's like our --

16       you know, our time would be -- you know, our

17       timecard.  We're tracking exactly what you did.

18   Q.  Okay.  Rule 85.  It's on page 3281.  It states,

19       "Officers and members shall have in their

20       possession a memorandum book, in which they shall

21       record information necessary for the performance

22       of their duty."

23            Do you know what this memorandum book was in

24       the 1970s?

25   A.  In the 1970s, there was -- throughout law



1   enforcement, officers had a memo book.  And what

2   it was, it was -- if you were walking a beat or

3   you were working, you would jot down things on

4   that book as to what you were doing, kind of like

5   a duty report.

6       And then the supervisor could come up to

7   you and say, "Let me see your memorandum book,"

8   and he or she would initial it, or if something

9   significant happened, the boss would tell you,

10  "Put that in your memorandum book," and then

11  they would initial it.

12      That is how it was.  It was a little more

13  formalized.  We do not have memorandum books

14  today.  We have what we call run sheets.

15      And, basically, a run sheet, if you see any

16  officer today working, there is paper like this

17  folded, and they usually have it in their pocket.

18  And they just jot things down.

19      If the police radio gives you an assignment

20  to respond to 123 Main Street for a parked

21  vehicle, you write that down.  You write the

22  disposition down.

23      And then you transpose that onto your daily

24  duty report, but that is all -- that is all that

25  is.  It's -- the daily -- the run sheets, I have



1    had them.  I have done it.  I still do it.  You

2    know, you get rid of them at the end of the day.

3 Q.  So there is no rule -- today, there is no rule

4    that requires officers to keep their run sheets?

5 A.  No.  There is no rule.

6 Q.  And officers are allowed to dispose of their run

7    sheets?

8 A.  Yes.

9 Q.  And in the 1970s, officers were allowed by

10    department policy to dispose of their memorandum

11    books?

12 A.  I don't believe so.  I believe the memorandum

13    book was a little more formal, because it was

14    issued by the Division of Police.  And it was

15    usually in a leather case.

16       It would almost look like a reporter's

17    notebook.  They would flip it over, and they

18    would jot things down in that -- in that

19    book --

20 Q.  Okay.

21 A.  -- for the officer's supervisor to review.

22 Q.  What written policy required the -- what written

23    policy required officers to turn in their

24    memorandum books?

25 A.  I don't know.



EDWARD TOMBA                                           February 22, 2016
JACKSON vs CITY OF CLEVELAND                                         61

1   Q.   Did you see any written policies or rules or

2        regulations in your review of the documents in

3        preparation for your deposition here today that

4        required officers in the 1970s to keep their

5        memorandum books?

6   A.   No, I did not.

7   Q.   And did you see any memorandum books of any of

8        the defendant officers in this case in your

9        preparation for your deposition here today?

10  A.   No, I did not.

11  Q.   Have you ever seen a memorandum book?

12  A.   Yes.

13  Q.   When did you last see one?

14  A.   I couldn't tell you exactly when, but I saw them

15       when I was a rookie policeman when I came on the

16       job.  I came on in 1985, and some of the men and

17       women that broke me in on the job were hired in

18       the '60s.

19            And, you know, we would have these run

20       sheets, and they would say, "Oh, we used to carry

21       these, you know.  Now we carry run sheets."

22            So yeah.  I mean, I remember seeing them.

23       Like I said, the men and women that trained me

24       were hired in the '50s, '60s, and '70s.  So, you

25       know, customary to say, "Kid, this is the way we



EDWARD TOMBA                                      February 22, 2016
JACKSON vs CITY OF CLEVELAND                                    62

1       did things now, and this is the way we do

2       things."

3   Q.  And so when you started, you didn't --

4   A.  No.

5   Q.  You did not have a memorandum book when you

6       started?

7   A.  Run sheets.  No memorandum book.

8   Q.  Did you know any of the defendant officers in

9       this case?

10  A.  No, I did not.  Let me -- no.  Let me -- let me

11      back up.  I'm sorry.  Jerry Englehart.

12          I didn't know him when he was on the job,

13      but after he retired, he was -- he worked for the

14      county at the grand jury.  And I knew him from

15      there.

16          I mean, I knew he was a Cleveland policeman,

17      but when he was on the job, I never had the

18      opportunity to work with him, or I'm not exactly

19      sure when he retired, but he was, I guess, the

20      scheduler for the grand jury.  And when I would

21      testify, I would see him, and we would say hello.

22  Q.  Did you know him any more specifically than

23      just --

24  A.  No.

25  Q.  -- through your dealings with the grand jury?



```
 1    A.   No.

 2                    MR. FUNK:  Is this a good time for

 3            a break?

 4                    MS. WANG:  Sure.

 5                       -  -  -  -

 6            (Thereupon, a recess was had.)

 7                       -  -  -  -

 8                    MS. WANG:  Let's mark this as

 9            Exhibit 3.

10                    (Thereupon, Deposition Exhibit 3

11            was marked for purposes of identification.)

12    BY MS. WANG:

13    Q.   So the court reporter has handed you what has

14         been marked as Deposition Exhibit 3.  And it is

15         another version of the Manual of Rules.  It is

16         Bates stamped Jackson 4682 through 4755.

17            This one, I believe, was obtained from the

18         Cleveland Public Library, this version.

19            Did you review this one in preparation for

20         your deposition?

21    A.   Yes.

22    Q.   Did you see any noticeable differences between

23         this version of the Manual of Rules and the other

24         one?

25    A.   No, nothing that I can recall.  Noticeable
```



EDWARD TOMBA                                          February 22, 2016
JACKSON vs CITY OF CLEVELAND                                        64

1        difference?  I don't know what --

2   Q.   Well, would it be fair to say that Deposition

3        Exhibit 2 has a few rules that were updated after

4        1950, whereas this version, Deposition Exhibit 3,

5        appears to have been published in 1950 without

6        any revisions?

7   A.   Yes.  That would be fair to say.

8   Q.   And the couple revisions that were in Deposition

9        Exhibit 2 were from later in the '50s; is that

10       fair?

11  A.   Yes, they were.

12  Q.   Okay.  Do you know when this Manual of Rules was

13       published, the one that's Deposition Exhibit 3?

14  A.   No, I don't.

15  Q.   Okay.  It says 1950 on the cover?

16  A.   Right.

17  Q.   Is it fair to say that it was published in 1950?

18  A.   I could assume that, yes.

19  Q.   And it would have been in effect in 1975?

20  A.   This or some iteration of this, yes.

21  Q.   Okay.

22  A.   It's still in effect today, the Manual of Rules.

23       So I could make that assumption, yes.

24  Q.   Now, when the police chief promulgated the Manual

25       of Rules, the 1950 Manual of Rules, did he have



1      to get approval from anybody else, like the mayor

2      or the director of public safety or anyone, prior

3      to promulgating the Manual of Rules?

4   A.  I can tell you today.  Everything -- we operate

5      with a paramilitary chain of command.  Anything

6      that we do goes up to the next person for review.

7          So in this case, the chief answers to the

8      safety director.  The safety director answers to

9      the mayor.

10         By looking at this, I would assume, yes.  The

11     mayor is the final authority in the division --

12     in the city, just as he is today.

13         So everything goes up the next level until

14     it stops.  It can either -- it can stop with

15     the chief of police as a divisional notice, but

16     something as important as this, I would assume

17     by looking at this, since his name is on it, it

18     probably did go up to the mayor's office for

19     final approval.

20  Q.  Does the mayor have the power to veto any of the

21     rules?

22  A.  Yes.  The mayor can do -- yeah.

23  Q.  Okay.  So is the chief of police -- in 1975, was

24     the chief of police the final policy maker for

25     rules in the department?



```
 1   A.   Yes, he was.  And everything -- yeah.  He is the

 2        final policy maker by the charter, but,

 3        obviously, the director of public safety and the

 4        mayor have final authority.

 5            If they felt something was not appropriate or

 6        something was missing, they would recommend to

 7        the chief, you know, "Maybe this needs to go in."

 8            And we've changed our uniform, or we've done

 9        something like that, but all the final decisions

10        do rest with the chief.  The chief is appointed

11        by the mayor in the City of Cleveland.

12            Technically, the mayor's got final say on

13        everything.

14   Q.   If the director of public safety or the mayor

15        don't have any -- well, you gave an example.  You

16        know, the public -- the director of public safety

17        or the mayor might make a recommendation to the

18        police chief as to how a specific rule or order

19        should look.

20            Was the police chief free to reject those

21        recommendations or suggestions?

22   A.   I can tell you today, Chief Williams has that

23        authority.  He can talk to the mayor and say he

24        doesn't believe that this is in the best interest

25        of the Division of Police and the citizens that
```



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                            67

```
 1    we serve.
 2         In the 1950s and the 1970s, I would imagine
 3    that the chief did have a lot of input into that,
 4    exactly what went into that manual.
 5         The mayors have enough confidence to appoint
 6    somebody to be the chief of that division.  They
 7    expect them to be able to run it.
 8  Q. Okay.  And part of running it includes having
 9    final say over the rules that would govern the
10    department?
11  A. Yes, yes.
12  Q. Now, let's take a look at --
13                     MS. WANG:  Let's mark another one.
14                     (Thereupon, Deposition Exhibit 4
15             was marked for purposes of identification.)
16                     (Thereupon, Deposition Exhibit 5
17             was marked for purposes of identification.)
18    BY MS. WANG:
19  Q. Deposition Exhibit 4, which the court reporter
20    just handed you, is Bates stamped CLE 2983
21    through 3092.  And Deposition Exhibit 5 is
22    3093 -- CLE 3093 through 4172.
23         Okay.  Deputy Chief, did you review these
24    documents in preparation for your deposition?
25  A. Yes, I did.  Uh-huh.
```



1                    THE WITNESS:  These are the GPOs

2              that were in that -- yes, I did.

3                    MR. MALLAMAD:  Answer her

4              question.

5                    THE WITNESS:  Yes, I did.

6     BY MS. WANG:

7     Q.  Have you had a chance to look at that?

8     A.  Yes, I did.

9     Q.  Now, this Deposition Exhibit 4 says at the top,

10        "Draft Copy, Manual of Duties and Procedures,

11        with Index of GPOs, 1969 to 1974, Cleveland

12        Police Department, October 1974."

13            And in the note, it says that this manual

14        is the first draft of an updated version of the

15        Cleveland Police -- Cleveland Division of Police

16        duties and procedures complied by Inspector Lloyd

17        Gary in 1969.

18            And, essentially, it says -- and I won't

19        read the whole thing, but, essentially, it says

20        that it is a draft copy.  And so it's not in the

21        complete format that it would exist in the final

22        copy, but they're giving it out to the police

23        officers so that they will have it.

24            Is that fair to say?

25     A.  Yes, it is.



1  Q.  And then it appears this general police orders

2      that's Deposition Exhibit 5, 1969 to 1974, is

3      what was attached with this draft copy of the

4      Manual of Duties and Procedures?

5  A.  Yes.

6  Q.  Okay.  And Deposition Exhibit 5, general police

7      orders dated 1969 to 1974, is this a complete

8      copy of the general police orders that were in

9      existence in 1969 to 1974?

10 A.  This is everything that was located and produced.

11     I could say that if there were any other orders,

12     I didn't have a chance to review them, but this

13     was everything that was located during that time

14     frame.

15 Q.  And, in fact, there is a -- so the Bates numbers

16     that begin with CLE, those were stamped -- those

17     were page numbers that were stamped by the city,

18     but there is a separate set of page numbers.  If

19     you turn to the second page, it says G1 at the

20     bottom.

21 A.  Oh, yes.

22 Q.  Okay.  And then if you look at all the page

23     numbers, it goes from G1 to G79.  The last page

24     is G79.

25 A.  Correct.



1    Q.   And all the pages are there, right?  G1 through

2         G79?

3    A.   Yes.

4    Q.   Now, do you know what was the purpose of the

5         manual -- going back to Deposition Exhibit 4 --

6    A.   Okay.

7    Q.   -- what was the purpose of this Manual of Duties

8         and Procedures, with the index of GPOs, do you

9         know?

10   A.   This was a manual that was produced to provide

11        guidance to the men and women of the Division of

12        Police about how to perform their duties and what

13        procedures to follow during the performance of

14        those duties.

15   Q.   There is a reference to the -- sorry.  Strike

16        that.

17             And so it's dated October 1974.  Is it your

18        understanding that this document with the GPOs

19        was distributed to officers at that time?

20   A.   Yes.

21   Q.   And it would have been distributed to all

22        officers in the department?

23   A.   Yes, it would have.

24   Q.   And do you know where this copy was found?

25   A.   No, I don't.



EDWARD TOMBA                                February 22, 2016
JACKSON vs CITY OF CLEVELAND                              71

1  Q.  What about the general police orders, Deposition

2      Exhibit 5?  Do you know where this was found?

3  A.  I believe that was located in our police museum.

4  Q.  Okay.  If you'd turn to page 3,000 in this

5      Deposition Exhibit 4.

6  A.  Okay.

7  Q.  All right.  So there is a section on writing

8      reports.  And the general rule, Section A,

9      governing written reports says, "Anything that

10     requires immediate police action or which will

11     necessitate future action by police or other

12     units of government should be reported in written

13     form by the officer receiving the complaint or

14     learning of the incident or information."

15          What was your understanding of what this rule

16     required?

17 A.  My understanding of this rule is that any

18     incident either immediate or that will require

19     police action needs to be documented in what I

20     described earlier as either a form 10 or an

21     offense incident report, which back in the --

22     when this was written, they were called RC1

23     reports.

24          And it is an officer's first observation

25     of what took place.  It's very generic, date,



```
 1        time, location, witnesses.  And that's how it's
 2        documented.
 3             So that is my understanding, that our job
 4        requires the documentation of action that is
 5        taken immediate and for future investigative
 6        purposes.
 7   Q.   How were officers -- besides -- I'm sorry.
 8        Strike that.
 9             Were officers trained on how -- strike that.
10             All officers in the department got a copy of
11        this manual in October of 1974; is that correct?
12   A.   I would assume they did, yes.
13   Q.   Was there any instruction given to officers about
14        anything that was in the manual for the general
15        police orders when they received it?
16   A.   I don't know if there was additional instruction
17        given in 1970.
18   Q.   And if there was instruction, it would be
19        reflected in the training documents that we
20        received in this litigation?
21   A.   It may -- it may have been reflected in that.
22        This is a requirement.  When you're given a
23        general police order, when you're given --
24        provided a policy document, it is understood
25        that you will know the document and follow the
```



1          document.  That is what it's there for.

2    Q.    So you're expected to read it, right?

3    A.    Yes, you are.

4    Q.    Is there any explanation or training given to

5          officers, besides expecting them to read it?

6    A.    No, there is not, but the expectation is, you're

7          expected to read it.  If you don't understand

8          something -- and that is the way it is today --

9          you need to go to your supervisor, and that

10         particular section or policy that you don't

11         understand will be explained further to you.

12   Q.    Is that documented somewhere?

13   A.    Pardon me?

14   Q.    How is it -- how do officers know that that's

15         what they're to do, that they're to ask questions

16         if they don't understand something that's --

17   A.    Well, today, we put it in our general police

18         orders.  And in the last 31 years, since I've

19         been a police officer, it says you're to know

20         this, particularly, orders that are -- general

21         police orders that we update every year.  You

22         are expected to understand this order.

23              They read it at roll call for seven days.  It

24         says right in the instructions:  "Supervisor

25         shall read this order at roll call for seven



1      days.  Anyone that doesn't understand it, you

2      will assume to have understanding of this order.

3      If not, you are to talk to your supervisor."

4   Q. Was that done in 1970?

5   A. I don't know if it was.

6   Q. That is your experience since you joined the

7      department?

8   A. That is my experience, yes.

9   Q. All right.  Turning to 3010, page 3010, there is

10     a memo here on this page and the next page about

11     the message reporting report system.

12         Do you know how that process worked?

13  A. Yes.  This was before -- long before we had the

14     technology that we have today.  Our reports were

15     called in to a central reporting system by

16     telephone.  You would dictate your report almost

17     to like a stenographer type.

18         And that is what that was.  So -- and then

19     if there was a message to be left, if they were

20     overloaded or they were busy, they could call in

21     and leave a message.

22         "I got this incident.  I need to report it.

23     I need to get it documented.  I will be on shift

24     tomorrow.  Get ahold of me, and I will make that

25     report."



1              A vehicle was stolen, or a business was

2        broken into, something along those lines.

3    Q.  Was this just for a patrolman, or did detectives

4        use this, too?

5    A.  In my experience, it was just for the patrolmen.

6        When I came on, we actually still had some of

7        this in 1985.  And when I first started, we would

8        call in our reports on a telephone and dictate

9        exactly what took place.

10   Q.  Did you also -- you know, at the end of your

11       shift, did you also write up your report, or was

12       a written report generated from the system?

13   A.  A written report was generated from that system,

14       yes.

15   Q.  And so you were expected to dictate your report

16       and do this verbally for any report that you

17       had --

18   A.  Yes.

19   Q.  -- as opposed to writing it down yourself?

20   A.  Yes, we were.  Yes.

21   Q.  Okay.  Were you ever -- were you ever aware of

22       detectives using this message recording system?

23   A.  In my experience, I was not.  And when I became a

24       detective, we didn't use that.  We did everything

25       on form 10's and form 1's.



```
1   Q.   And then if a written report was generated from

2        the message recording report system, did you then

3        have an opportunity to review it to make sure

4        that it was written correctly?

5   A.   In my experience, no.  There was a supervisor

6        at the report center.  They would review it for

7        accuracy, and they would have the final say-so.

8   Q.   How would they know what it was that you knew --

9        I mean, the supervisor wouldn't have been there

10       for whatever it was that you were reporting,

11       right?

12  A.   Right.

13  Q.   So how would they know whether it was accurate?

14  A.   Because I dictated it.  So they would -- they

15       would just review what I told them.

16  Q.   Oh, the recording, the actual --

17  A.   Yes, yes.

18  Q.   All right.  The page that is Bates stamped CLE

19       3020 --

20  A.   Okay.

21  Q.   -- there is a section on the officer's notebook.

22       It says, "Type of notebook.  A regular bound

23       notebook is preferred with entries made in ink;

24       one, it provides a chronological personal record

25       of duties, findings, and occurrences; two,
```



1    reduces the possibility of lost pages and

2    contentions by the defense that pages have

3    been removed or newly inserted."

4         Then it gives three reasons for the purpose

5    of the notebook.

6         Is this the same thing as the memo book that

7    was mentioned in Rule 85, the Manual of Rules?

8  A.  No.  I don't believe it is.  This is a different

9    type of notebook that they were required to keep.

10    And it looks like it was a little more formal as

11    to what took place.

12  Q.  And was this notebook issued by the department to

13    officers?

14  A.  I don't know.

15  Q.  Do you know anything about what was required to

16    be -- what officers were required to put into the

17    notebook, besides what it says here?

18  A.  No.  I don't know what the -- you know, what the

19    requirements were.

20  Q.  Okay.  So it says in the purpose section that

21    the purpose is, one, to record details of all

22    investigations; two, to serve as the basis for

23    official reports; three, to refresh the memory

24    of the officer/investigator.

25         A.  In criminal cases, the notebook should be



1    turned over to the county prosecutor to prevent

2    its being used as an article of evidence by the

3    defense attorney.

4        Was this rule followed?

5    A.   Yes.  I -- yes.  That rule -- if it was in this,

6    you were expected to follow that rule, yes.

7    Q.   Were supervisors required to sign off on what was

8    in the notebook?

9    A.   I don't think so.  And I don't -- I don't see it

10   anywhere, unless it's documented somewhere in

11   this document that they were required to do it

12   under supervisory responsibilities.

13   Q.   Have you ever seen a notebook of this

14   description?

15   A.   No, I haven't.

16   Q.   The older officers who trained you when you first

17   started, do you remember them ever having a

18   notebook like this?

19   A.   No, I don't.

20   Q.   Do you remember there ever being any discussion

21   within the department of a regular bound notebook

22   like this?

23   A.   No, I don't.  In the reviewing of this, I found

24   this -- I had never heard of that.

25   Q.   And were there any policies, rules, or procedures



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                                 79

1       that required detectives to place their notebook

2       or make a copy of it and place it into the

3       official investigative file?

4   A.  It's stated right here that they were required to

5       do that.  They were required to turn it over to

6       the county prosecutor.

7   Q.  Was there an official investigative file in the

8       1970s for each investigation?

9   A.  For each investigation?

10  Q.  Right.

11  A.  Yes.

12  Q.  Okay.  And there still is today, right?

13  A.  Yes.

14  Q.  And is there any written policy that required

15      officers to turn in their notebooks and place

16      them into the official investigative file?

17  A.  No.  I don't see any.

18  Q.  Was there any written policy or procedure that

19      required officers to turn -- to place their -- a

20      copy -- to either place their original memo book

21      or a copy of it into the official investigative

22      file?

23  A.  No.  I don't see it.

24  Q.  If you'd turn to page 3064.

25  A.  Okay.



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                              80

1   Q.   So there is a number of pages here that go to

2        3069, detailing the law on -- what appears to be

3        the law on searches of a person and of vehicles

4        and so forth.

5             Do you see that?

6   A.   Yes.

7   Q.   Okay.  Was there any instruction given to

8        officers on any of these topics, besides the fact

9        that they just got a copy of this document?

10  A.   In the 1970s?

11  Q.   In the 1970s.

12  A.   In the 1970s, I'm not aware if there was any

13       additional, no.

14  Q.   In this Deposition Exhibit 4, the document

15       here, were there any -- do you see any policies

16       or procedures relating to the requirement of

17       officers to document developments in an

18       investigation so that they would be maintained

19       in an official investigative file?

20  A.   I think that -- I see documentation where it says

21       that they shall have documents and maintain them,

22       but to be exact, where it says putting them in an

23       investigative file, no, I don't see that.

24  Q.   In the document that has been marked as

25       Deposition Exhibit 4, is there any policy that --



1       is there any policy relating to the conducting or

2       documenting of photo or in-person lineups or

3       show-ups?

4    A.  I have to go through this.  No, there is not.

5    Q.  In the document -- go ahead.

6    A.  No.  Go ahead.

7    Q.  Are you done?

8    A.  Yeah.  I'm done.

9    Q.  In that document, Deposition Exhibit 4, is

10      there any policy or procedure relating to the

11      use of informants or witnesses during a criminal

12      investigation, including disclosure of such

13      witnesses and payments, gifts, promises, and

14      threats made to such witnesses?

15   A.  Not in the documents provided.

16   Q.  In the document before you, Deposition Exhibit

17      4, is there any policy or procedure or rule or

18      regulation relating to the conducting and

19      documenting of interrogations or interviews of

20      suspects and witnesses, include juveniles?

21   A.  No.  I don't believe there is.

22   Q.  In the document marked as Exhibit 4, is there

23      any policy or procedure or rule or regulation

24      relating to the writing, preserving, and

25      destroying of police reports,



```
 1        investigator/detective notes, memos, and
 2        exculpatory evidence, including the course of --
 3        during the course of an investigation?
 4   A.   In this document, there is not.  That is -- in
 5        this document, no.
 6   Q.   Okay.  And in this document, Deposition Exhibit
 7        4, is there any policy, procedure, rule, or
 8        regulation relating to the discipline, training,
 9        or supervision of detectives?
10   A.   Yes.  In this document, there is.
11   Q.   What page is that on?
12   A.   There is documentation regarding the duties and
13        procedures of members of the Division of Police,
14        but there is no documentation as to exactly what
15        their training is, but there is a guide here as
16        to what they're supposed to do.
17   Q.   Just identify the page for me.
18   A.   Well, there is numerous pages, but I can point
19        to -- on page 3060, it has what you would do --
20        page 73, Bates number 3060, what you would do in
21        the event that there was a felony arrest.  So
22        that is a guide there as to exactly what the
23        detectives would do.
24   Q.   Okay.  Going back to Deposition Exhibit 1 -- or
25        not 1 -- 2 -- sorry -- is there anything in that
```



EDWARD TOMBA
JACKSON vs CITY OF CLEVELAND

February 22, 2016
83

```
1        Manual of Rules that relates to the conducting --
2        or the conducting and documenting -- strike that.
3            Is there anything in Deposition Exhibit 2,
4        the Manual of Rules, relating to conducting and
5        documenting photo or in-person line-ups or
6        show-ups?
7   A.   No, there is not.
8   Q.   Is there anything in Deposition Exhibit 2, the
9        Manual of Rules, relating to use of informants
10       or witnesses during a criminal investigation,
11       including disclosure of such witnesses and
12       payments, gifts, promises, and threats made
13       to such witnesses?
14  A.   I would point to Rule 104.  "No member of the
15       Division of Police shall directly or indirectly
16       give, offer, solicit, or receive or be in any
17       manner concerned in giving, offering, soliciting,
18       receiving any assessment, subscription, or
19       contribution of money or any other thing of value
20       to or for any ranking officer to include or
21       persuade such officer to resign/retire for the
22       purpose of accelerating a promotion or a
23       promotional list."
24           Basically, that covers that in our -- in the
25       law and in our rules and regulations, that will
```



1     not be subject to any type of, I guess, financial

2     gain or gift to do anything that is contrary to

3     the law.  So I think Rule 104 would cover that.

4     That rule is still in effect today.

5   Q.  Okay.  Any other rule in the Manual of Rules

6     that covers the topic of making payments, gifts,

7     threats, or promises to witnesses?

8   A.  Rule number 99.  "Officers, members, and

9     employees shall violate no laws of the United

10    States, the State of Ohio, no ordinances of the

11    City of Cleveland.  They shall not willfully

12    disobey any lawful order issued to them by a

13    superior officer."

14       I think Rule 99, Section 1, would cover that.

15   Q.  Okay.  So an officer is supposed to know, based

16    on reading Rule 99, that he is not to make any

17    promises, threats, gifts, payments to witnesses?

18   A.  Well, that is against the law.  So I would assume

19    that they would understand that.

20   Q.  Okay.  But it's not spelled out in the Manual of

21    Rules, correct?

22            MR. FUNK:  Objection.

23            MR. MALLAMAD:  Objection.  You can

24     answer.

25   BY MS. WANG:



EDWARD TOMBA                                      February 22, 2016
JACKSON vs CITY OF CLEVELAND                                    85

 1  Q.  It doesn't specifically say anything about

 2      threats or promises to witnesses in Rule 99,

 3      does it?

 4  A.  No, it does not say that.  It just says obey the

 5      law.

 6  Q.  Okay.  In the Manual of Rules that has been

 7      marked as Deposition Exhibit 2, is there any

 8      rule relating to the disclosure of exculpatory

 9      evidence, including, but not limited to,

10      impeachment material to criminal defendants,

11      defense attorneys, or prosecutors?

12  A.  There isn't.  I would still answer that as a

13      follow-up and say I would still point to that

14      Rule 99, that they should not violate the law

15      of the state, the city.

16  Q.  When -- you're familiar with the case Brady

17      versus Maryland, correct?

18  A.  Yes, I am.

19  Q.  Okay.  And what's your understanding of what it

20      obligates officers to do?

21                  MR. FUNK:  Objection.

22                  MR. MALLAMAD:  Objection.

23                  Go ahead, Chief.  You can answer.

24          It's not a 30(b) subject, but if you can

25              answer in a -- to the best of your ability.



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                              86

1              Plus it calls for a legal analysis.

2    A.   I'm limited familiar with it, that their officers

3         are required to provide any and all evidence and

4         reports to the prosecution so it can be

5         determined as to the value of what it -- the

6         value of that evidence is in a court proceeding.

7         BY MS. WANG:

8    Q.   When Brady versus Maryland was decided in 1963,

9         was there any notice or anything given to any of

10        the officers in the department so that they would

11        know that this decision had come down?

12                   MR. FUNK:  Objection.

13                   MR. MALLAMAD:  Objection.  You can

14             answer.

15   A.   Yeah.  In 1963, I couldn't answer that.

16   Q.   Okay.  At any time between 1963 and 1975, were

17        officers informed of what their obligations were

18        under Brady versus Maryland?

19   A.   I can't answer that to that date.  I can tell you

20        that we are notified today.  I can tell you how

21        we do it today in any Supreme Court decision that

22        relates to law enforcement or how we do our job.

23        Those are promulgated by Chief Williams through

24        the law department.

25   Q.   In what kind of notice?



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                              87

1    A.   Usually, a divisional notice.

2    Q.   Okay.  Did you see any divisional notices from

3         the 1970s, relating to Brady versus Maryland?

4    A.   No, I did not.

5    Q.   Did you see any written policies whatsoever,

6         whether it was a rule from the Manual of Rules

7         or a general police order or a departmental

8         or divisional notice, relating to officers'

9         obligation to disclose exculpatory evidence?

10   A.   No, I didn't.

11   Q.   And so your belief is that officers in the 1970s

12        would read Rule 99 and think that they were

13        required to disclose exculpatory evidence to

14        prosecutors and criminal defendants?

15                   MR. MALLAMAD:  Objection.  It

16             really is outside of the scope of the

17             deposition, but, Chief, if you have a

18             response, you can respond.

19   A.   I can tell you that -- I can't tell you what they

20        were thinking or assuming then, but I know the

21        standard that for the last 31 years that we've

22        been held to is that you are required to know

23        this and follow this.

24             And when we come on this job to be police

25        officers, it's unique, because we do take an oath



```
 1        to uphold that law, the laws of the state and the
 2        federal government and the city.
 3            So I think that is all-encompassing, but that
 4        particular -- the way you worded it in
 5        particular, I would have to say no, but my
 6        assumption would be that everybody knew that they
 7        had to follow the law.  If that was the law, then
 8        I assume it would be followed.
 9        BY MS. WANG:
10   Q.   So you did not go to law school, right?
11   A.   No, I didn't.
12   Q.   And police officers, most of them, are not
13        lawyers, correct?
14   A.   Yeah.
15   Q.   So would you agree that officers would need to
16        get training or instruction of some sort to know
17        what the law is?
18   A.   Well, I think -- I would agree, and I would agree
19        that officers do receive -- officers do and
20        continue to receive training.  And the basic --
21        it's very elementary.  Very basic police 101 is
22        that you know the law and you follow the law.
23        That is your profession, that you do know that.
24            Was there anything formal that is documented
25        from the 1970s?  I don't know, but I do know
```



EDWARD TOMBA                                       February 22, 2016
JACKSON vs CITY OF CLEVELAND                                      89

1    that the officers that -- they have supervisors

2    that train them, teach them.  They have senior

3    detectives that would reiterate that to those

4    officers.

5         And that is how I was trained also.  My

6    training was a little more formal, but in the

7    '60s and '70s, I think it was a little more

8    informal, but I still believe that it all goes

9    back to this rule, to follow that, to follow

10   the law.

11  Q.  Okay.  And so the only way that officers would

12   know -- in the 1970s would know what the law

13   required of them is if somebody else in the

14   department told them?

15                  MR. FUNK:  Objection.

16                  MR. MALLAMAD:  Objection.  That's

17        not his testimony, but you can answer,

18        Chief.

19  A.  I don't -- I don't think it would be if somebody

20   else told them.  I think if -- I don't see any

21   divisional notices that address that.

22       I know there was a document that we haven't

23   located that was then put into a general police

24   order.

25       If I remember correctly, I think it was at



```
 1        the time Prosecutor John Corrigan, who sent a

 2        letter to the then chief that said, "Make sure

 3        you follow A, B, C, and D, as far as evidence."

 4             And the chief took that and put that into a

 5        divisional notice.  I don't believe I've seen the

 6        letter, but yeah.  That's how they would --

 7        that's how they would be notified of it.

 8        BY MS. WANG:

 9   Q.   So officers would be notified by a divisional

10        notice or if it was in a rule?

11   A.   In a rule.

12   Q.   In a general police order; is that right?

13   A.   Yes.

14   Q.   Are there any other written forms that -- in

15        which an officer would be informed of what the

16        law is?

17   A.   No, not that I'm aware of at that time.

18   Q.   And let's go back to the Manual of Rules for a

19        second.

20             Deposition Exhibit 2, the Manual of Rules,

21        do you see anything in there that relates to the

22        conducting and documenting of interrogations or

23        interviews of suspects and witnesses, including

24        juveniles?

25   A.   No.  That would not be contained in the Manual of
```



EDWARD TOMBA                                      February 22, 2016
JACKSON vs CITY OF CLEVELAND                              91

```
 1      Rules.
 2  Q.  Is there anything in the Manual of Rules,
 3      Deposition Exhibit 2, that relates to writing,
 4      preserving, and destroying police reports,
 5      investigator/detective notes, memos, exculpatory
 6      evidence during the course of an investigation?
 7                  MR. MALLAMAD:  I will object,
 8            because it's already been asked and
 9            answered, but go ahead.
10                  THE WITNESS:  As far as -- the
11            answer to the question is no, with this
12            explanation, that if -- it's not our
13            determination nor a law enforcement
14            officer's determination to decide what is
15            exculpatory or not.  That decision is made
16            by the prosecutor's office.
17                  So our job and our requirement is
18            to follow the law and turn everything over
19            to the prosecutor's office to make that
20            determination.
21      BY MS. WANG:
22  Q.  Where does it say that in the Manual of Rules?
23  A.  It says that -- I don't believe it's in the
24      Manual of Rules, but I believe it says in the
25      investigative process that any and all evidence
```



```
 1        that you obtain is to be turned over to the

 2        prosecutor's office.

 3             And I think we did reference it in one of

 4        these other documents earlier that you had

 5        highlighted.

 6   Q.   Okay.  And so what you're referring to is what we

 7        previously discussed?

 8   A.   Yes.

 9   Q.   Is there anything else that you're thinking of

10        that is responsive to whether or not there is any

11        rules or regulations or policies on the writing,

12        preserving, and destroying of police reports,

13        investigator/detective notes, memos, and

14        exculpatory evidence?

15   A.   No, there was not.

16                    MR. MALLAMAD:  You're referring to

17             this Manual of Rules, Exhibit 2?

18                    MS. WANG:  Yes.

19                    MR. MALLAMAD:  Then I object.

20             It's been asked and answered as cited

21             previously.

22        BY MS. WANG:

23   Q.   The deposition Exhibit 5 -- actually, one last

24        question.

25             Is there anything in the Manual of Rules,
```



1       Deposition Exhibit 2, that relates to the

2       discipline, training, and supervision of

3       detectives?

4  A.   The discipline?  Could you repeat that?

5  Q.   Discipline, training, and supervision of

6       detectives.

7  A.   No.  To detectives specifically, no, there is

8       not.

9  Q.   Okay.  The document that has been Bates stamped

10      Deposition Exhibit 5.

11           Okay.  So let's take a look at -- well,

12      actually, first of all, a background question

13      about the general police orders.

14           This is a book of general police orders from

15      1969 to 1974; is that right?

16 A.   Yes, it is.

17 Q.   And these police orders were promulgated by the

18      police chief, correct?

19 A.   Yes.

20 Q.   Do you know why this particular set of police

21      orders only covers 1969 to 1974?

22 A.   No, I don't.

23 Q.   Okay.  There were police orders that existed

24      prior to 1969, right?

25 A.   Yes, there were.



1    Q.   And there were police orders that existed after

2         1974?

3    A.   Yes, there were.

4    Q.   If there had been police orders that -- strike

5         that.

6              Let's take a look at page 3108.

7    A.   Okay.

8    Q.   So on page 3108, there's a Rule number 2-74.  It

9         says, "January 25th, 1974, Subject:  Amendment to

10        the Manual of Rules."

11             And it says, "To the Members of the

12        Department by the Authority of James T. Conny,

13        Director of Public Safety, the Manual of Rules of

14        the Department of Public Safety, Division of

15        Police, shall be revised as follows."

16             And then it gives what appears to be an

17        amendment to the rules; is that right?

18   A.   Yes.  That's correct.

19   Q.   Okay.  So it appears that the amendments to the

20        Manual of Rules were issued in police orders?

21   A.   Yes.

22   Q.   Was there any other way in which amendments to

23        the Manual of Rules were issued?

24   A.   No, not that I'm aware of.

25   Q.   And if you'd just take a look at page 3110.



1    A.   Okay.

2    Q.   Number 22-73 dated August 31st, 1973, says,

3         "Subject:  Procedure Before a Custodial

4         Interrogation."

5              And this rule has to do with the procedure

6         that officers are expected to follow, in terms of

7         giving a suspect their Miranda rights; is that

8         right?

9    A.   Yes.  That is right.

10   Q.   So this is the type of rule or policy that would

11        be promulgated per general police order?

12   A.   That's correct.

13   Q.   Okay.  Can you think of any other place that a

14        rule relating to, you know, procedures during a

15        custodial interrogation would be given, besides

16        in a general police order?

17   A.   In --

18   Q.   In the 1970s.

19   A.   No.

20   Q.   It's not the kind of thing that would be in the

21        Manual of Rules, right?

22   A.   Right.

23   Q.   And it's not the kind of thing that would be

24        given by a divisional or departmental notice?

25   A.   No.  It would be in a general police order.



1    Q.    Okay.  And if you'd just look at the number, it

2          says number 22-73.  So the 73 refers to the year

3          that the rule is promulgated, right?

4    A.    Yes.

5    Q.    And they're given in order; is that fair to say?

6    A.    Yes.

7    Q.    All right.  So starting in January of a given

8          year, you would start numbering the police orders

9          for that year 1 dash year?

10   A.    Yes.

11   Q.    And then at the end of the year, it would be

12         whatever the last one for the year would be?

13   A.    That's correct.

14   Q.    Is that still how it's done today, the numbers?

15   A.    No.

16   Q.    No?

17   A.    No.  It's different today.

18   Q.    Okay.  And if you'd turn to page 3112.

19   A.    Okay.

20   Q.    Number 19-73, dated July 18th, 1973, the subject

21         is pretrial discovery rights of defense attorneys

22         in court in criminal cases.

23             Now, this one states, "To Members of the

24         Department, in a letter to this department,

25         County Prosecutor John T. Corrigan has defined



1        the legal rights of defense attorneys in court to
2        statements, reports, and other items in criminal
3        cases.  His letter, as a part of this order,
4        shall be considered an integral part of criminal
5        case preparation procedures, and all members
6        shall comply with this provision.  A copy shall
7        be forwarded to all divisions, districts, and
8        units."
9           And then what follows appears be the text of
10       Attorney Corrigan's letter; is that right?
11                    MR. MALLAMAD:  Objection.  If you
12           know.
13  Q.  Well, take a minute to review it.
14  A.  Yeah.  That appears to be the text of his letter.
15  Q.  Okay.  It says at the end, "Respectfully
16       Submitted, signed John T. Corrigan" --
17  A.  Yes.
18  Q.  -- "Prosecuting Attorney," right?
19  A.  Yes.
20  Q.  All right.  So --
21                    MR. FUNK:  I'm sorry.  What's the
22           Bates number on this?
23                    MS. WANG:  3112, CLE 3112.
24       BY MS. WANG:
25  Q.  Now, in approximately the middle of the page, in



```
 1        the first column, it says, "No police department
 2        is required or shall give to the defense counsel
 3        any -- and/or any court any record, paper,
 4        statement, report, or tangible object of a
 5        criminal case."
 6                    MR. MALLAMAD:  Wait for the
 7            question.
 8    BY MS. WANG:
 9    Q.  This letter from Attorney Corrigan was adopted by
10        the police department in a general police order,
11        right?
12    A.  Yes, it was.
13    Q.  In this police order?
14    A.  Yes.
15    Q.  And this police order was distributed to all the
16        officers in the department?
17    A.  Yes, it was.
18    Q.  And the officers, including detectives, were
19        expected to follow this order?
20    A.  Yes.
21    Q.  It then says, "Under proper circumstances under
22        this rule, by application to the prosecuting
23        attorney and/or the court, the defense counsel
24        may be entitled to the following."
25            And then it gives a number of items.  Number
```



1    6 is evidence favorable to the defendant.  Do you

2    see that?

3  A.  Yes, I do.

4  Q.  Was there any explanation in any of the general

5    police orders that you have here before you in

6    Deposition Exhibit 5 of what evidence favorable

7    to the defendant was?

8  A.  No, there wasn't.

9  Q.  Okay.  Is there any other written document that

10    you're aware of from the 1970s that explained

11    what evidence favorable to the defendant was?

12  A.  No, there is not.

13  Q.  And then it says, "Exception to the foregoing.

14    The foregoing does not authorize the discovery or

15    the inspection of reports, memoranda, or other

16    internal documents made by the prosecuting

17    attorney or his agents" -- police departments or

18    his agents" -- in connection with the

19    investigation or prosecution of a case or of

20    statements made by witnesses or prospective

21    witnesses to state agents."

22       Do you see that?

23  A.  Yes, I do.

24  Q.  So this rule set out in numbers 1 through 6

25    items that police officers were expected to give



1      to defense counsel, but witness statements were

2      excepted from that?

3                    THE COURT:  Objection.

4                    MR. MALLAMAD:  Objection.

5      BY MS. WANG:

6   Q.  Is that fair to say?

7                    MR. MALLAMAD:  Objection.  You can

8           answer it to the best of your ability.

9                    THE WITNESS:  The foregoing does

10          not -- yes.  That appears to be what it

11          says.

12     BY MS. WANG:

13  Q.  And officers were expected to follow this rule?

14  A.  Yes.  It was a law.

15  Q.  And it was adopted by the police department in a

16      general police order?

17  A.  Yes.

18  Q.  Is that still a rule that the police department

19      follows today?

20  A.  Yes.  And I believe it's been expanded upon with

21      the rules of discovery, if I'm not mistaken, but

22      yes.  Any and all information is to go to the

23      prosecutor's office.

24  Q.  Actually, that's not what this says, right?  So

25      you're saying the rule today is that any and all



1       information that an investigating officer --

2  A.   Right.

3                      MR. MALLAMAD:   Hold on.

4       BY MS. WANG:

5  Q.   -- obtains today is to be given to a prosecutor,

6       right?

7  A.   Correct.

8  Q.   This rule says items 1 through 6 -- and 6 is

9       evidence favorable to the defense.

10  A.   Right.

11  Q.   -- may be given -- by application to the

12       prosecutor or the court may be given to the

13       defense counsel, except witness statements?

14  A.   Right.  So the answer to your question --

15                      MR. FUNK:   Objection.

16                      MR. MALLAMAD:   Objection.   Go

17             ahead and answer.

18                      THE WITNESS:   Okay.

19       BY MS. WANG:

20  Q.   Is that your understanding -- is that your

21       understanding of what it says?

22  A.   That's my understanding of what it says.   And the

23       answer to the question is -- is this in effect

24       today?   The answer is no.

25  Q.   Okay.



1  A.  This is not in effect today.

2  Q.  Okay.  It was in effect in 1975, right?

3  A.  Correct.

4  Q.  It was in effect as of July 18th of 1973?

5  A.  Yes.

6  Q.  Why isn't it in effect today?

7  A.  It is not in effect today because of the --

8      our procedures, our rules have changed.  And

9      the rules of discovery and what the prosecutor

10     requires us to provide them is any and all

11     documentation in a case.

12         Exactly how that came about, I think it was a

13     legal matter that was decided in court.  So...

14 Q.  If you'd turn to 3149, number 2171, do you see

15     that at the top of that page?

16 A.  I do.

17 Q.  Okay.  And it's dated May 3rd, 1971.  The subject

18     is supplement to GPO 3370, field training program

19     procedures.

20         So this general -- is it fair to say that

21     this general order establishes some revision or

22     supplement to the field training procedures?

23 A.  Yes, it does.

24 Q.  Okay.  And let's go to number 3370, which is on

25     page 3159, all right?



1   A.   Yes.

2   Q.   So number 3370, which was promulgated on

3        September 10th of 1970, the subject is

4        responsibilities and operational and assignment

5        procedures in the field training program.

6             So this general order lays out the field

7        training program, correct?

8   A.   Yes, it does.

9   Q.   Was there any other training provided to

10       detectives of the Cleveland Police Department in

11       the 1970s, besides the field training program?

12  A.   Yes, there was.

13  Q.   And what training was there?

14  A.   They received training from the police academy

15       before they were sworn in as a law enforcement

16       officer.  There was training from supervisors

17       and other officers that were memorialized or

18       formalized in the field training officer program.

19            And there were some opportunities for what we

20       would call today continuing education training

21       for our officers.

22  Q.   All right.  So was there any other training

23       provided to officers in the 1970s?

24  A.   Not that -- not that I'm aware of.

25  Q.   Okay.  What was taught to officers in the



1    academy?

2  A.  Well, in the 1970s, I can tell you what we were

3      taught.  In 1984, when I attended the police

4      academy, rules, regulations, laws, Supreme Court

5      decisions, physical fitness, firearms training,

6      how to conduct interviews, diversity training,

7      how to deal with the public, you know, how to

8      write tickets, just, you know, six months of law

9      enforcement training from -- like I said, from

10     rules and regulations all the way down to your

11     responsibilities when you're on and off duty.

12  Q.  And this was when you attended the academy in

13     1985?

14  A.  Yes.

15  Q.  Did they have diversity training in the 1970s?

16  A.  I don't believe they did, but I couldn't speak on

17     it, but I don't believe they did.  I believe that

18     was something that evolved over the years.

19  Q.  Okay.  And so how did you -- so you were -- what

20     is your understanding of what training officers

21     in the 1960s, let's say, had at the academy?

22  A.  My understanding is from one of the reports that

23     I reviewed.  It was a form 1 report from the

24     training academy supervisor, and it listed -- I

25     think there was six or seven different categories



1    with the officers' grades, you know, how they

2    scored on it.

3         Exactly the fact that they -- if there was

4    any lesson plans or anything, I don't have any

5    knowledge of that.

6         I know there was a peace officer training

7    council that was set up by the State's Attorney

8    General, and they followed some of those

9    guidelines.

10        It's quite a bit more formalized today than

11   it was in the '70s.

12  Q.  Okay.  What else did officers -- or sorry.

13   Strike that.

14        How else did officers get training in the

15   1960s and '70s, besides from the police

16   academy --

17              MR. MALLAMAD:  Objection.  You can

18        answer.

19  Q.  -- and the field training program?

20              MR. MALLAMAD:  Objection.  Asked

21        and answered.  You can answer.

22              THE WITNESS:  Okay.

23  A.  I believe in the 1960s and 1970s, a lot of it was

24   from your supervisor and from your senior

25   officers.  I think you could define it as



1          on-the-job training, just as in any profession.

2               A more experienced officer would assist you

3          until you became comfortable in what you were

4          doing.

5          BY MS. WANG:

6     Q.   Did you -- when you became a detective, did you

7          have to go to detective school?

8     A.   No, I didn't.

9     Q.   Did you have to receive any kind of specialized

10         training to be a detective?

11    A.   No.  The detective function within the Division

12         of Police is not a rank.  It is an assignment.

13         And you're a patrol officer, working in a plain

14         clothes investigative assignment.

15              So your training was -- we do have detective

16         training now, but to your question, when I was a

17         detective, you were detailed to an investigative

18         bureau, and you were trained by the investigators

19         in that bureau.

20    Q.   Like on-the-job training?

21    A.   On-the-job training, reviewing some of these

22         policies in the manuals, but, mostly, it was, you

23         just shadowed somebody for a while, until you

24         became comfortable with the process.

25    Q.   And in the 1960s and '70s, was there any



1          formalized training for detectives?

2    A.   I believe it was the same thing.

3    Q.   On-the-job training?

4    A.   Yes.

5    Q.   Is there anything in Deposition Exhibit 5,

6         the general police orders from 1969 to 1974,

7         that relates to topic 1A of the deposition

8         notice, which is documenting or memorializing

9         the developments in an investigation in such a

10        way that they would become part of the official

11        file during the course of an investigation?

12                    MR. MALLAMAD:  Objection to the

13             extent that the documents speak for

14             themselves, but you can go ahead and review

15             this document, Chief.

16   A.   There is no index here, obviously, right?

17                    MR. FUNK:  All the GPOs?

18                    MR. MALLAMAD:  No.  I'm sorry.

19             The exhibit, Deposition Exhibit 5, what's

20             been identified as general police orders,

21             1969 to 1974.

22                    MR. FUNK:  Okay.

23   A.   Could you repeat that, please?

24   Q.   Sure.  Is there anything in the general police

25        orders, 1969 to 1974, Deposition Exhibit 5,



1     that relates to documenting or memorializing

2     the developments in an investigation in such a

3     way that they would become part of the official

4     file during the course of an investigation?

5                    MR. MALLAMAD:  Objection.  Asked

6          and answer.  You can answer, Chief.

7  A.  There are -- in the general police orders, there

8     are guidelines regarding reports and what they

9     should include, but there is nothing that says

10    exactly where those reports shall go.  So the

11    first answer is yes.  It's on page 3103.

12        The second answer is no, that there is no

13    place listed in here, where those reports should

14    go.

15  BY MS. WANG:

16  Q.  All right.  Is there anything in Deposition

17    Exhibit 5 that relates to conducting and

18    documenting photo or in-person lineups or

19    showups?

20                    MR. FUNK:  Objection.  Asked and

21          answered.

22                    THE WITNESS:  I don't believe

23          there is, no.

24                    MR. FUNK:  You can answer.

25                    MS. WANG:  He hasn't answered with



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                              109

1              respect to this document.

2                    MR. FUNK:  His prior answer

3              would have encompassed the answer to

4              that question, but go ahead, Chief.

5                    THE WITNESS:  No.

6     BY MS. WANG:

7     Q.  Did you have something else to say?

8     A.  No, I didn't.

9     Q.  Okay.  Is there anything in Deposition Exhibit

10        5 that relates to topic 1C of the deposition

11        notice, which is use of informants or witnesses

12        during a criminal investigation, including

13        disclosure of such witnesses and payments, gifts,

14        promises, or threats made to such witnesses?

15                    MR. FUNK:  Objection.  Asked and

16              answered.  You can answer, Chief.

17                    THE WITNESS:  Yeah.  In these

18              documents, no, there is not.  I cited

19              the Manual of Rules is where that would

20              be.

21     BY MS. WANG:

22     Q.  The Deposition Exhibit 5, is there anything

23        in there that relates to D, 1D, disclosure of

24        exculpatory evidence, including, but not limited

25        to, impeachment materials to criminal defendants,



1     defense attorneys, or prosecutors, other than

2     Rule 19-73, which we already discussed?

3  A.  Other than --

4              MR. MALLAMAD:  Objection.  Asked

5          and answered.  You can answer.

6  A.  Other than that rule with the letter, no.

7     BY MS. WANG:

8  Q.  And by that rule with the letter, we're talking

9     about the one with the prosecutor's letter?

10 A.  Yes.

11 Q.  Okay.  Is there anything in Deposition Exhibit 5

12    that relates to topic 1F, writing, preserving,

13    and destroying police reports, investigator/

14    detective notes, memos, exculpatory evidence

15    during the course of an investigation?

16              MR. FUNK:  Objection.  Asked and

17          answered.  You can answer, Chief.

18              THE WITNESS:  Just the writing of

19          the police reports.

20    BY MS. WANG:

21 Q.  And do you recall which general order it is?

22 A.  That would be -- I just read it.  That is on page

23    3103, reports, what shall be included in the

24    reports.

25 Q.  Okay.  Is there anything in Deposition Exhibit 5



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                              111

1      that relates to discipline, training, and

2      supervision of detectives?

3                   MR. FUNK:  Objection.  It's been

4            answered.  You can answer, Chief.

5                   THE WITNESS:  No, there is not.

6                   MS. WANG:  Okay.  Let's mark that

7            as an exhibit.

8                   (Thereupon, Deposition Exhibit 6

9            was marked for purposes of identification.)

10     BY MS. WANG:

11  Q.  Okay.  So we -- I have handed you what's been

12      marked as Deposition Exhibit 6.  That is -- it's

13      Bates stamped CLE 160 through 976.

14  A.  Yes.

15  Q.  So I know it's a very large document, but is

16      that one of the documents that you reviewed in

17      preparation for your deposition?

18  A.  Some of the documents in this, I reviewed.

19  Q.  Okay.  Do you know where this copy was obtained

20      from?

21  A.  I think it was -- I believe it was obtained from

22      our police museum.  Now, I know that we had two

23      retired police officers working diligently to

24      find all the responsive documents, and I know

25      they recovered a lot of it from our police



1    museum.

2  Q.  So the cover here is -- it has handwritten on it

3      Sergeant C.H. Breaery, B-R-E-A-E-R-Y.  Is it your

4      understanding that this was that person's copy of

5      the manual?

6  A.  Yes.  Yes, it is.

7  Q.  Not manual, but of the police orders?

8  A.  Yes.

9  Q.  And he likely donated it to the museum?

10  A.  It appears that way.

11  Q.  So these documents are in reverse chronological

12      order, it appears from the approximately -- if

13      you go to the last page, the date is from 1961.

14  A.  Okay.

15  Q.  I will just let you get there.

16  A.  1959.

17  Q.  Or 1959, actually.

18  A.  Yes.

19  Q.  It goes from 1959 to 1976.

20  A.  Correct.

21  Q.  Do you know if this is a complete copy of this

22      person's, Sergeant Breaery, police orders, or

23      this is some subset?

24  A.  No.  I do not know if this is a complete copy.

25  Q.  Okay.  Now, these -- if you flip through it, you



1       will see that it contains the police orders,

2       essentially, from 1959 to 1976.

3  A.   Yes.

4  Q.   Is this --

5                   MR. FUNK:  Wait for the question.

6                   THE WITNESS:  Okay.

7  BY MS. WANG:

8  Q.   Is it your understanding that these are the

9       police orders that existed from 1959 to 1976?

10                  MR. MALLAMAD:  Objection.  You can

11            answer to the best of your ability.

12                  THE WITNESS:  To the best of my

13            ability, I would have to say yes.  There

14            may be other documents out there, but these

15            are all the documents that could have been

16            located.

17 BY MS. WANG:

18 Q.   Okay.  So when you say there may have been other

19      documents out there, what are you referring to?

20 A.   I'm talking about -- I would refer to these

21      general police orders.  Exactly how many were

22      issued, if there were any addendums or any other

23      orders that could still be -- we could be unable

24      to locate them, but --

25 Q.   So the city has already -- has done a search for



1       all of the documents that constituted general

2       police orders dating from the 1960s and '70s; is

3       that true?

4   A.  Yes, they have.  Yes.

5   Q.  And you've produced already the ones that you

6       have obtained, right?

7   A.  Yes.

8   Q.  And you're not -- are you still continuing your

9       search for additional documents?

10  A.  I don't know if the search is ongoing, but the

11      possibility that other documents may exist or

12      could have existed is -- it's possible.

13  Q.  And you don't know what those are?

14  A.  No.  I am not -- I'm not in charge of that search

15      process.  I'm not in charge of producing these.

16      So --

17  Q.  Right.  But whatever documents you haven't

18      seen, if there was some general police order out

19      there from the 1960s or '70s that is not in the

20      documents before you that you've reviewed, you

21      would not know what it said, right?

22  A.  Right, correct.  I would not.

23  Q.  Okay.  And the general police orders in this set

24      of general police orders are also numbered, you

25      know, 1 through whatever it is at the end of the



1    year, and then the second set of numbers is the

2    year, correct?

3  A.  Yes.

4  Q.  Okay.  To your knowledge, were there any general

5    police orders that were not numbered in that

6    fashion from the 1960s and '70s?

7  A.  I can't answer.  I don't know.

8  Q.  If you take a look at -- just one moment.

9        All right.  If you look at CLE 822.  So this

10    just has to do with building permits.  It's the

11    general police order number 25-53 and the date is

12    April 26, 1963.

13       It says towards the bottom, "All such

14    inspections" -- and it's talking about building

15    inspections -- "are to be included in the

16    member's daily duty report."

17       Do you see that?

18  A.  Yes.

19  Q.  Okay.  So there is a reference here to the daily

20    duty report that we discussed earlier?

21  A.  Yes, there is.

22  Q.  So at least according to this document, daily

23    duty reports were required of officers at least

24    in 1963?

25  A.  Yes.



1  Q.  And they still are today?

2  A.  Yes, they are.

3  Q.  And is it your understanding that they were

4      required of officers and detectives in the 1970s

5      as well?

6  A.  Yes.

7  Q.  Now, turning to page 732, this one is general

8      police order number 1070, dated April 14th, 1970.

9      It's an amendment to training bulletin 82.53.

10         And then there is a discussion of different

11     training bulletins in this general order.  Do you

12     still have training bulletins today?

13 A.  No, we don't.

14 Q.  What is your understanding of when training

15     bulletins were issued?

16 A.  When there was -- my understanding today is, we

17     issue training opportunities, which probably back

18     then would be a bulletin, in divisional notices.

19     So that's a divisional notice today.

20         There is a training opportunity for search

21     and seizure at Tri-C this date.  If you'd like to

22     attend, fill out the following form.

23         That is how we do it today.  Maybe they did

24     it a little bit different back then, but I'm not

25     -- but today this would be a divisional notice.



1    Q.   Okay.  And did you come across any training

2         bulletins in your search for responsive documents

3         regarding training materials in the 1970s?

4    A.   No, I didn't.

5    Q.   So the best of your understanding is that a

6         training bulletin from the 1960s and '70s were

7         notices that the department would put out about

8         training opportunities.  That is kind of how it

9         would be done today, and you would expect it

10        would be the same back then?

11                   MR. FUNK:  Objection.  You can

12             answer.

13                   THE WITNESS:  Right.  I would

14             expect it would be the same.  Reading this

15             document, all new legislation and the

16             statutes would have been amended and

17             repealed.  Same thing today.

18                   A divisional notice would tell you

19             if there was new legislation or a statute

20             or an ordinance in the City of Cleveland

21             has been repealed or is no longer

22             enforceable, yes.

23        BY MS. WANG:

24   Q.   Let's take a look at CLE 685.  So there is --

25        that is general order 3470, dated September 16th,



 1        1970.  There is a reference there to the general

 2        record room.

 3             Do you see that?

 4   A.   Yes.

 5   Q.   Do you still have a general record room today?

 6   A.   No, we don't.

 7   Q.   What was the general record room?

 8   A.   The general record room was just what it said.

 9        It kept all general records for the Division of

10        Police internally.

11             So your employment application, your

12        assignment -- we have a card that tells you where

13        you have been assigned throughout the division.

14             Those are general records that were -- now

15        they're maintained in all sorts of different

16        units; police academy unit, inspection unit.

17             It's been decentralized.  This was just a

18        general record room where files were kept.

19   Q.   Was it just for personnel type files or

20        investigative files also?

21   A.   It was not investigatory files.

22   Q.   So where were -- in the 1970s, where were the

23        investigatory files kept for the homicide unit?

24   A.   For the homicide unit, where they're kept today,

25        in the homicide unit.



```
 1   Q.  All right.  Turning to CLE 601, this is general
 2       police order number 28-71, dated June 1st, 1971.
 3       And it's a rescinding of a rule from the Manual
 4       of Rules; is that accurate?
 5                    MR. FUNK:  Objection.  If you
 6            know.
 7                    THE WITNESS:  Yeah.  It looks like
 8            it, yes.
 9       BY MS. WANG:
10   Q.  So changes, amendments, rescinding of rules were
11       done by general police orders, at least as of
12       1971?
13   A.  Yes.  It appears so.
14   Q.  And -- strike that.
15                    MR. FUNK:  What's that general
16            order number?  I'm sorry.
17                    MS. WANG:  That one is 28-71.
18                    MR. FUNK:  28-71.
19       BY MS. WANG:
20   Q.  All right.  Let's take a look at CLE 434 through
21       435.
22   A.  Okay.
23   Q.  Actually, I think I asked you about this one
24       already.  So strike that.
25            All right.  CLE 323 is general police
```



```
 1      order number 26-75, dated July 18th, 1975.

 2      This rule -- or police order -- the subject

 3      is unauthorized and prohibited comments,

 4      communications, and interviews.

 5          And it says, "To the Members of the

 6      Department.  All members are expressly directed

 7      to give full compliance to Rule 4147 and Rule

 8      97."

 9          So the reference to the rules here is a

10      reference to the Manual of Rules; is that right?

11  A.  Yes.

12  Q.  Okay.  And it's the manual that we were

13      discussing earlier?

14  A.  Yes, it was.

15  Q.  Page 172, CLE 172.  It's general police order

16      number 35-76, and it's dated May 24th, 1976.  The

17      subject line is acknowledgement of receipt of

18      general police orders, departmental notices, and

19      memorandums.

20          And it says, "To the Members of the

21      Department.  Within 48 hours of receipt of a

22      general police order, departmental notice, or

23      memorandum, every commanding officer shall

24      receive a copy of same and return a receipt

25      of copy to the chief's office."
```



1          What is your understanding of whether or not

2      this rule was in place before 1976?

3  A.  I don't know if it was in place before 1976.

4  Q.  Do you have to do that today?  Do officers have

5      to sign acknowledgement that they've received a

6      general order?

7  A.  No.

8  Q.  Did you have to do that when you first started at

9      the department in '85?

10 A.  No.  We are required to keep an updated general

11     police order book, which is subject to inspection

12     at any time.  And it's done randomly at roll

13     calls.  You may be asked to attend roll call

14     tomorrow night at 10:00 o'clock.  Bring your

15     general police order book with you and then it

16     will be inspected there.  And if it's not in

17     compliance, you'll be told to get it in

18     compliance.  You're usually given three days.  If

19     it's not in compliance then, then there's formal

20     discipline.

21 Q.  Well, where -- these days where do officers keep

22     their general police office book?

23 A.  Some officers have them in their car when they're

24     driving around.  Mine is on my desk.  I'm

25     required to keep it.  It all depends.  Some of



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                                    122

 1          them keep it in their lockers.  It's up to you to
 2          have that and to be able to refer to that.  So
 3          there is no specific place.
 4     Q.   Okay.  Is there anything in Deposition Exhibit 6
 5          that relates to topic 1A of the Notice of
 6          Deposition, which is, "Documenting or
 7          memorializing the developments in an
 8          investigation in such a way that they would
 9          become part of the official file during the
10          course of an investigation"?
11     A.   There are -- there is an order on page 170 that
12          is significant and it deals with evidence in sex
13          crimes cases.
14     Q.   Okay.
15     A.   But as far as -- I wish they had an index because
16          I could tell you --
17                    MR. MALLAMAD:  Well, objection to
18               the extent that the documents speak for
19               themselves and their completeness is not
20               being attested to.
21                    Beyond that you can review every
22               page of that if you wish to to try and
23               answer the question.
24     A.   There are guidelines for how certain offenses
25          should be handled and documented in these general



1       police orders, but to answer your specific

2       question, I'd have to say that -- I'd imagine

3       that they're in these documents, but exactly

4       where they're at, I cannot point out to you at

5       the moment.

6   Q.  All right.  So if there were a written policy

7       relating to topic 1A of the Amended Notice of

8       Deposition, it would be in that document?

9   A.  It would be --

10                      MR. MALLAMAD:  Objection.

11                      THE WITNESS:  Go ahead.

12                      MR. MALLAMAD:  To the extent that

13              these documents may reflect that, the City

14              is not attesting that these are a complete

15              set of general police orders in effect in a

16              period of time.  These are what had been

17              able to be located.

18                      MS. WANG:  Shawn, you're not

19              testifying --

20                      MR. MALLAMAD:  Well, let me get my

21              objection on the record and then the Chief

22              can answer.

23                      MS. WANG:  What is the objection?

24              There's no speaking objections.  You're

25              giving a speaking objection.



EDWARD TOMBA                                              February 22, 2016
JACKSON vs CITY OF CLEVELAND                                          124

```
 1                    MR. MALLAMAD:  Okay.  I think that
 2             the court reporter got it all down, so,
 3             Chief, you can testify.
 4      BY MS. WANG:
 5      Q.  And just so the record is clear, my question is:
 6          If there were a general police order that existed
 7          from 1971 through 19 -- or I'm sorry, strike
 8          that.
 9             If there were a general police order that
10          existed in that book of general police -- sorry,
11          strike that.
12             If there were a general police order relating
13          to topic 1A in the deposition notice, it would be
14          reflected in that document CLE 160 through 976;
15          is that correct?
16                    MR. MALLAMAD:  And I assert the
17             same objection.
18                    MR. FUNK:  Objection.
19                    MR. MALLAMAD:  You can answer,
20             Chief.
21      A.  Yes.
22      Q.  If there were a general police order relating to
23          topic 1B of the deposition notice, which is
24          conducting and documenting photo or in-person
25          lineups or showups, it would be contained in
```



```
 1        Deposition Exhibit 6, which is CLE 160 through
 2        976?
 3                    MR. MALLAMAD:  Same objection.
 4   A.   Yes, it would be in the documents provided.
 5   Q.   If there were a general police order relating to
 6        topic 1C of the deposition notice, which is use
 7        of informants or witnesses during a criminal
 8        investigation including disclosure of such
 9        witnesses and payments, gifts, promises or
10        threats made to such witnesses, it would be
11        contained in Deposition Exhibit 6?
12                    MR. MALLAMAD:  Same objection.
13   A.   Yes, it would.
14   Q.   If there were a general police order relating to
15        topic 1D of the deposition notice, which is
16        disclosure of exculpatory evidence including but
17        not limited to impeachment material, to criminal
18        defendants, defense attorneys or prosectors, it
19        would be contained in CLE 160 through 976, which
20        is Deposition Exhibit 6?
21                    MR. MALLAMAD:  Same objection.
22   A.   Yes, it would.
23   Q.   If there were a general police order relating to
24        the documenting and conducting of interrogations
25        or interviews of suspects and witnesses,
```



1    including juveniles, it would be contained in the

2    general police orders Bates Stamped CLE 160

3    through 976?

4                    MR. MALLAMAD:  Same objection.

5    A.  Yes, it would.

6    Q.  If there were a general police order relating to

7    topic 1F of the deposition notice, which is

8    writing, observing and destroying police reports,

9    investigator/detective notes, memos and

10   exculpatory evidence during the course of an

11   investigation, it would be contained in

12   Deposition Exhibit 6, which is CLE 160 through

13   976?

14                   MR. MALLAMAD:  Same objection.

15   A.  Yes.

16   Q.  If there were a general police order relating to

17   the topic 1G of the deposition notice, which is

18   discipline, training and supervision of

19   detectives, it would be contained in Deposition

20   Exhibit 6, which is Bates Stamped CLE 160 through

21   976?

22                   MR. MALLAMAD:  Same objection.

23   A.  Yes.

24   Q.  Okay.  Thank you.

25                   MS. WANG:  Let's take a quick



 1          break.

 2                    -   -   -   -

 3          (Thereupon, a recess was had.)

 4                    -   -   -   -

 5     BY MS. WANG:

 6  Q.   All right.  So now, Deputy Chief Tomba, we've

 7       reviewed the Manual of Rules, both versions, that

 8       we got in this case as well as two different

 9       versions of the general police orders.

10          So, having reviewed those documents and --

11       well, strike that.

12          So, I just want to go through a couple of

13       these topics in the notice and ask you about any

14       unwritten policies or procedures relating to the

15       topics, all right?

16  A.   Okay.

17  Q.   We talked about the written and I just want to

18       talk about if there's any unwritten.

19          So, for topic 1A for the deposition and

20       that's documenting or memorializing the

21       developments in an investigation in such a way

22       that it would become part of an official file

23       during the course of an investigation.

24          Was there any unwritten -- were there any

25       unwritten policies or practices in place during



1         the relevant time period relating to that topic?

2    A.   During that time period, I don't know if there

3         were.

4    Q.   In the relevant time period, were there any

5         unwritten policies, procedures or practices

6         relating to topic 1B?

7    A.   You know, during that time period I don't know.

8         I can speak on how we did things -- how we did

9         things in the 1980s up until now, but during that

10        time frame, no.

11   Q.   Okay.  During the relevant time period of 1970

12        through 1980, were there any unwritten policies,

13        procedures or practices relating to topic 1C?

14   A.   No, not that I'm aware of.

15   Q.   During the time period of 1970 to 1980, were

16        there any unwritten policies, practices or

17        procedures relating to topic 1D?

18   A.   No, not that I'm aware of.

19   Q.   During the relevant time period of 1970 to 1980,

20        were there any unwritten policies, procedures or

21        practices relating to topic 1E?

22   A.   No, not that I'm aware of.

23   Q.   During the time period of 1970 to 1980, were

24        there any unwritten policies, procedures or

25        practices relating to topic 1F?



1   A.   No, not that I'm aware of.

2   Q.   During the time period of 1970 to 1980, were

3        there any unwritten policies, procedures or

4        practices relating to 1G?

5   A.   Not that I'm aware of, no.

6   Q.   Okay.  Now, who was responsible for the

7        maintenance and preservation of general police

8        orders in the 1970s?

9   A.   Who was -- I'd have to -- the chief of police.

10  Q.   Okay.  And what is your understanding of what the

11       retention policies were for general police orders

12       in the 1970s?

13  A.   The only time a general police order would not be

14       retained is when it was not in effect.  So, if

15       the general police order was amended, that old

16       general police order would no longer be in

17       effect.

18            Now, if your question is how long do we

19       maintain those older ones?  I don't have an

20       answer for you.  But if it's not in effect, then

21       it's not a relevant document.  I don't believe it

22       was retained.

23  Q.   So, it appeared -- you know, from reviewing the

24       general police orders that were produced in this

25       case, there would be general police orders that



1       would be issued that were amendments to prior

2       orders.  Is that fair to say?

3   A.  Yes, it is fair to say.

4   Q.  Is that still how it's done today?

5   A.  Yes.

6   Q.  So, older police orders would still be in effect

7       until it was rescinded or amended in some way?

8   A.  Correct.

9   Q.  And then -- so, when a new officer joins the

10      force, would they just be given a copy of all the

11      current general police orders that are in effect

12      as of that date?

13  A.  Yes.

14  Q.  And then as new ones are added or old ones are

15      rescinded, they would get inserts that they would

16      put into their books?

17  A.  Yes.

18  Q.  Okay.  And that's still how it works today?

19  A.  Yes.  The filing system is a little different,

20      but general police orders are classified in broad

21      categories.  Administration, investigation,

22      traffic, communications.  That's the way they're

23      classified today.  So, General Police Order 4.011

24      is always going to be how we investigate use of

25      force.  If that's changed, it will just be sent



```
 1        out, this has now been changed -- the Section G1
 2        is now changed.  Review it.  But that number
 3        stays the same.  A little bit different in the
 4        '70s.
 5   Q.   The numbering system?
 6   A.   The numbering system, that's all.
 7   Q.   And there was the one general police order we
 8        talked about, which is No. 19-73 relating to the
 9        obligation to disclose evidence to the
10        prosecutor, correct?
11   A.   Yes.
12   Q.   That's the one that contained the prosecutor's
13        letter?
14   A.   Yes.
15   Q.   So, that topic area, the topic area of disclosure
16        of evidence to prosecutors and defense counsel,
17        is the kind of topic area that would be discussed
18        in a general police order?
19   A.   Yes, it is.
20   Q.   And so if there were other general police orders
21        relating to the topic of disclosure of evidence
22        to criminal defense counsel or to prosecutors, it
23        would be in a general police order?
24   A.   Yes, it would.
25                    MS. WANG:  Let's have this marked
```



```
 1           as 7.

 2                          -  -  -  -

 3           (Thereupon, Plaintiff's Exhibit 7 was marked

 4           for purposes of identification.)

 5                          -  -  -  -

 6   Q.   So, I have handed you what has been marked as

 7        Deposition Exhibit 7.

 8           So, Deposition Exhibit 7 is the City of

 9        Cleveland's answer to Plaintiff's first amended

10        -- amended first set of interrogatories to

11        Defendant City of Cleveland.

12           Could you take a look at that and let me know

13        if you've seen that before.

14   A.   I have seen this document before.

15                    MS. WANG:  Let's have this marked

16           as Exhibit 8.

17                          -  -  -  -

18           (Thereupon, Plaintiff's Exhibit 8 was marked

19           for purposes of identification.)

20                          -  -  -  -

21   Q.   All right.  So, Deposition Exhibit 8 is a

22        verification.  And it is -- is that your

23        signature there?

24   A.   That is, yes.

25   Q.   Okay.  And so you have verified on this form that
```



```
 1        you have answered the interrogatories and given

 2        supplemental answers to the interrogatories under

 3        oath?

 4   A.   Yes, I have.

 5   Q.   Okay.  Now, let's take a look at Deposition

 6        Exhibit 7, No. 8.

 7   A.   Okay.

 8   Q.   All right.  So, Interrogatory No. 8 states,

 9        please state whether any of the individual

10        defendants or any other defendant city employee

11        involved in the Harold Franks' homicide

12        investigation acted inconsistently with any of

13        the policies, customs or practices of the City of

14        Cleveland at any time during the events described

15        in Plaintiff's Complaint.

16             Now, you read Plaintiff's Complaint, correct?

17   A.   Yes.

18   Q.   So, what is -- what is the city's position with

19        respect to whether any of the individual

20        defendants involved in the homicide investigation

21        acted inconsistently with any of the policies or

22        practices with the City of Cleveland?

23                    MR. FUNK:  Objection.

24                    MR. MALLAMAD:  Objection.  To the

25             extent that Chief Tomba can answer beyond
```



EDWARD TOMBA                                        February 22, 2016
JACKSON vs CITY OF CLEVELAND                                      134

1              what's already in the answer to

2              interrogatory, in light of the objection

3              that's also contained in there, you may

4              respond, Chief.

5    A.   My response is there was no inconsistency within

6         the policy and the Manual of Rules.  And I cannot

7         make a determination about customs or practices

8         during that time frame.

9    Q.   Okay.  The officers, the defendant officers in

10        the case, acted consistently with the policies as

11        reflected in the manual of rules in the general

12        police orders?

13              MR. MALLAMAD:  Objection.

14              MR. FUNK:  Objection.

15   A.   As far as I was concerned, yes, that they

16        followed the Manual of Rules and the general

17        police orders, yes.

18   Q.   With respect to Interrogatory No. 10, which is on

19        page 7, it states for any document requested in

20        Plaintiff's discovery requests that have been

21        lost, discarded or destroyed, please identify

22        each such document as completely as possible and

23        state the approximate date it was lost, discarded

24        or destroyed.

25            The answer that was given here says documents



1        may have been destroyed in accordance with the

2        city's record retention policy.

3             Are you aware specifically of any documents

4        that have been destroyed in this case relating to

5        any policies or procedures of the city?

6    A.  No, I am not.

7    Q.  Okay.  Interrogatory No. 12 states, do you

8        contend that the City of Cleveland had in place

9        between 1950 and 1980 a written policy or

10       procedure that -- and then it lists a bunch of

11       topic areas.  Just take a moment to read through

12       those subsections and then I'll ask you some

13       questions about it.

14   A.  Okay.  I'm done.  Go ahead.

15   Q.  All right.  So, we've spent a lot of time already

16       today talking about the policies and procedures

17       relating to topics 12A through E, correct?

18   A.  Yes, we have.

19   Q.  Are there any other policies, written policies or

20       procedures, that the City of Cleveland had

21       relating to any of these topics, which you're

22       aware of, other than what we've discussed today?

23   A.  Other than what we've discussed and what's been

24       provided, no.

25                        MS. WANG:  Let's mark this as



1          Exhibit 9.

2                    -   -   -   -

3          (Thereupon, Plaintiff's Exhibit 9 was marked

4          for purposes of identification.)

5                    -   -   -   -

6    Q.   Deposition Exhibit 9 is your -- the City of

7         Cleveland's supplemental answers to Plaintiff's

8         First Set of Interrogatories.  Just take a moment

9         to look at that and let me know if you've seen

10        that before?

11   A.   Yes.  I have seen this document before.

12   Q.   Okay.  And this one is also verified under oath

13        under the verification that you signed, correct?

14   A.   Yes, it is.

15   Q.   Okay.  If you turn to page 3, Interrogatory No.

16        12, Interrogatory No. 12 says -- now, this

17        relates to the one that we were just discussing

18        on the other exhibit --

19   A.   Yes.

20   Q.   -- the policies and procedures that we talked

21        about today.

22             So, the City of Cleveland has supplemented

23        its answer by saying, upon information and belief

24        Defendant, City of Cleveland, states that there

25        were written policies and procedures between 1950



1    and 1980 regarding all the subject areas

2    referenced in Interrogatory No. 12.

3         Upon a diligent search of its records from

4    the relevant time period, the City of Cleveland

5    has located some of the general police orders,

6    written training manuals and other written

7    procedures from the relevant period of time and

8    has produced such documents to the Plaintiff.

9         Upon information and belief, the documents

10   produced are all not the written policies,

11   procedures and training manuals that were in

12   existence at this time.

13        Are there any written policies or procedures

14   relating to any of the topics in 12A through E

15   other than what we've discussed today?

16                MR. MALLAMAD:  Objection.  You can

17         answer.

18                MR. FUNK:  Objection.  Asked and

19         answered.

20   A.  The answer is that I don't know, but I know the

21   efforts that were made to locate all these

22   documents were Herculian efforts by a couple of

23   retired policemen.  So, is there a possibility

24   that other information does exist, that

25   possibility is there, but exactly where it's at,



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                              138

```
 1        I don't have any knowledge of it.  And like I
 2        said, I believe that the men that worked on this
 3        did everything they could to locate it.
 4   Q.   And so on what basis have you said under oath
 5        that upon information and belief the documents
 6        produced are not all the written policies,
 7        procedures and training materials that were in
 8        existence at the time?
 9                    MR. MALLAMAD:  Objection.  You can
10            answer.
11   A.   I'm sorry.  Upon --
12   Q.   So, you're -- what you're aware of --
13   A.   Right.
14   Q.   -- is the efforts that certain officers with CPD
15        made --
16   A.   Yes.
17   Q.   -- to locate documents, right?
18   A.   Correct.
19   Q.   And you don't know what documents may have
20        existed other than the ones that have been
21        produced, if any?
22   A.   That's correct.
23   Q.   You don't know if there are other general police
24        orders or versions of the Manual of Rules that
25        did exist that you haven't found?
```



EDWARD TOMBA                                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                                                 139

1   A.   That's correct.

2   Q.   Okay.  You understand that you signed the answers

3        to these interrogatories under oath on behalf of

4        the City of Cleveland?

5   A.   Yes.  Yes.

6   Q.   In your supplemental interrogatory answer No. 12,

7        it states that at the end, upon information and

8        belief, the documents produced are not all the

9        written policies, procedures and training manuals

10       that were in existence at this time.

11            Upon what information or belief did you write

12       that sentence?

13  A.   I would say it's not information.  It's being a

14       police officer for 31 years, knowing how police

15       departments operate.  Knowing how our police

16       department operates with the volume of records

17       that we produce daily, yearly, that I'm confident

18       that they -- their search was exhaustive.  But

19       are there other documents?  There is a

20       possibility.

21            So, I'm not saying it is a definite, I'm not

22       giving you that.  In fact, I said, there is a

23       belief that there could be something else out

24       there.

25            That I have knowledge of?  No, absolutely



EDWARD TOMBA                                          February 22, 2016
JACKSON vs CITY OF CLEVELAND                                      140

1        not.  I do not have knowledge that there's

2        something that's out there that's being withheld

3        at all, but I do know how police departments run

4        and how the Cleveland Police Department runs.

5   Q.   Okay.  And so you don't know, one way or the

6        other, what any missing policies or procedures

7        might have said?

8   A.   No, I don't.  I do not.

9   Q.   Or even if there are any?

10  A.   Correct, I do not know.

11  Q.   And the chief of police would have been

12       responsible for maintaining or preserving any

13       policies and procedures; is that true?

14  A.   Yes.

15  Q.   Okay.  No. 13, Interrogatory No. 13 in Deposition

16       Exhibit 7, it states do you contend that the City

17       of Cleveland had in place between 1950 and 1980

18       any training for its police officers, formal or

19       informal, relating to any of the subject areas

20       identified in Interrogatory No. 12A through E

21       above?

22            So, we talked a little bit about training

23       that existed in the 1960s and '70s.  And talked

24       about the police academy.  You mentioned the

25       police officer -- peace officer's training



1      council, and you mentioned on-the-job training

2      from supervisors.

3                    MR. MALLAMAD:  Wait for the

4           question.

5  Q.  Okay.  Is there any other training that existed

6      for police officers in the 1960s and '70s?

7                    MR. MALLAMAD:  Objection.  You can

8           answer.

9  A.  In reviewing the documents that were provided, I

10     do recall seeing some training certificates for

11     some officers limited to that.  Other than that,

12     I do not know.

13 Q.  Okay.  So there would have been training, as

14     reflected in whatever training certificates the

15     officers had, right?

16 A.  It is documented that were the -- some of the

17     documents that were provided.

18 Q.  Okay.  Are you aware of there being any training

19     of detectives in the Cleveland Police Department

20     on how to document or memorialize the various

21     developments in an investigation in such a way

22     that it would become part of the official file?

23                   MR. MALLAMAD:  Objection.  Asked

24          and answered.  You can answer.

25 A.  I believe that those policies and that training



1    was outlined in the document from the Ohio Police

2    Officers Training Academy, and some of it we

3    discussed that were in the Manual of Rules and

4    Regulations.

5  Q.  Is there any training that the Cleveland Police

6    Department provided to detectives that required

7    them to place any witness statements in the

8    official file or otherwise make them available to

9    criminal defendants, defense counsels, and

10    prosecutors?

11                MR. MALLAMAD:  Objection.  Asked

12          and answered.  You can answer, Chief.

13  A.  As far as training, I would have to say no.  But

14    still going back to what I said earlier, being

15    guided by the law and the general police orders.

16  Q.  Was there any training that the City of Cleveland

17    provided between 1950 and 1980 to its detectives

18    regarding documenting or memorializing photo or

19    in-person lineups or otherwise governing the

20    conduct of detectives during photo or in-person

21    lineups?

22                MR. MALLAMAD:  Objection.  Asked

23          and answered.  You can answer, Chief.

24  A.  Specifically training, once again, my answer

25    would be the same, no.  But under the law and



1      under the general police orders, we were expected

2      to follow those.

3   Q.  Was there any training that the City of Cleveland

4      had in place between 1950 and 1980 for

5      detectives, requiring them to disclose

6      exculpatory evidence?

7                  MR. MALLAMAD:  Objection.  Asked

8           and answered.  You can answer, Chief.

9   A.  No.  No specific training.  Just once again,

10     following the law and the general police orders.

11  Q.  Was there any training that the City of Cleveland

12     had in place between 1950 and 1980 relating to

13     requiring detectives of the Cleveland Police

14     Department to document or memorialize

15     interrogations or interviews of suspects and

16     witnesses including that police officers retain

17     notes of interviews?

18                  MR. MALLAMAD:  Objection.  Asked

19          and answered.  You can answer, Chief.

20  A.  No.  No specific training as to that.  Just the

21     rules of the department.

22  Q.  Okay.  So the -- let's take a look at

23     Interrogatory No. 14 in Deposition Exhibit 7 --

24     actually strike that, let's go to something

25     else.                      -  -  -  -



1          (Thereupon, Plaintiff's Exhibit 10 was marked

2          for purposes of identification.)

3                    - - - -

4    Q.  All right.  Take a look at Deposition Exhibit 10

5        and let me know if you've seen that before.

6    A.  Yes, I've seen this document before.

7    Q.  Okay.  Now, that is a document Bates Stamped CLE

8        2589 through 2886, titled Source Document for

9        Police Training.

10         Is that one of the documents that you

11       reviewed for your deposition?

12   A.  Yes, it was.

13   Q.  And do you know when this was published?

14   A.  No, I don't unless there's a -- no, I don't.

15   Q.  Do you know if this is distributed to officers or

16       detectives through the department?

17   A.  No, I don't.

18   Q.  Do you know how this document was obtained?

19   A.  It was obtained on the -- through a request from

20       the law department.  And I believe it was

21       obtained by the two investigators from the law

22       department.

23   Q.  Okay.  So, do you know whether or not this

24       document was given to two detectives or officers

25       in the 1970s as a part of their training?



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                              145

1              MR. MALLAMAD:  Objection.  You can
2          answer.
3  A.  No, I don't.  This particular document, no, I do
4      not know if this was provided.
5  Q.  Okay.  So, do you know why this document was
6      produced in discovery in this case?
7  A.  I do not know why it was produced.  I would
8      imagine it was produced at the request of
9      somebody, whoever.
10 Q.  But you have no information that this was
11     actually given to officers as a part of their
12     training in the 1970s?
13             MR. MALLAMAD:  Objection.  You can
14         answer.
15 A.  No, I have no facts that this was provided to
16     officers in the 1970s.
17 Q.  Okay.  What does the peace officers training
18     council do?
19 A.  The Ohio Peace Officers Training Council is a
20     group that is -- they set standards for police
21     officers' training throughout the state under the
22     guidance and the direction of the Ohio Attorney
23     General.
24        Currently our officers have to be OPOTA, Ohio
25     Peace Officers Training, it's an association now.



1    They have to be OPOTA certified.  They provide
2    certification for law enforcement officers
3    across the state.  And they set standards for law
4    enforcement.
5  Q.  Did that exist in the 1970s?
6  A.  Yes, it did.
7  Q.  Okay.  And what was the peace officers training
8    council's role with respect to training Cleveland
9    police officers in the 1960s and '70s, if any?
10  A.  I don't know if they had any role in the actual
11    training of Cleveland police officers.  I believe
12    they set forth a source document, a best
13    practice, what they felt was the best way to
14    conduct law enforcement at that time throughout
15    the state.
16                    -  -  -  -
17      (Thereupon, Plaintiff's Exhibit 11 was marked
18       for purposes of identification.)
19                    -  -  -  -
20  Q.  I'll give the Bates numbers for the record.
21    Deposition Exhibit 11 is CLE 3640, 3641, 3337,
22    3342, 3949, 3945 -- sorry --
23  A.  36.
24  Q.  3545, 3546, 3416, 3417, 3429, 3957, 3960, 3965
25    and 3967.



1    A.   Yes.

2    Q.   So, these are some training certificates that

3         were in the personnel files of the defendant

4         officers in this case that were produced to us in

5         discovery.  Could you just take a look through it

6         and let me know if you've seen this before.

7    A.   Yes, I have seen these before.

8    Q.   Okay.  Let's start at the beginning.  The first

9         page, 3640 is the certificate from the State of

10        Ohio to Peter Comodeca from the Peace Officer

11        Training council.  And it's dated 9/13/74.  It

12        says this is to certify that Peter Comodeca is an

13        instructor in the criminal code training program.

14             Do you know what this certificate was for

15        exactly?

16   A.   Just what it says is that Officer Comodeca was

17        certified to be an instructor in criminal code

18        training, which is not unusual.  We still do that

19        today.  We still have our officers that are

20        certified by OPOTA to train our officers.  Today

21        it's called Train the Trainer.  You train a group

22        of officers, they become the internal trainers to

23        train their members of the division.

24   Q.   Do you know what was taught in the criminal code

25        training program?



1    A.  No, I don't.

2    Q.  Did you see documents that were produced in this

3        case that related to a criminal code training

4        program?

5    A.  I don't -- I don't recall if I did.

6    Q.  Okay.  The second page is another certificate

7        relating to Peter Comodeca from the Ohio Peace

8        Officer Training council and it says this is to

9        certify that Peter Comodeca completed the Ohio

10       Peace Officer criminal code training program.

11       Awarded September 1st, 1974.

12           So, do you know what this certificate was

13       for?

14   A.  This certificate looks like a certificate of

15       completion of a certain amount of hours of a

16       course regarding the criminal code that was given

17       by the Ohio Peace Officer Training council.

18   Q.  And do you know what the substance of the

19       criminal code training program was?

20   A.  No, I don't.

21   Q.  Okay.  So it appears that he received his

22       certificate to be an instructor in the program 12

23       days after he received training in the program

24       itself.  Is that accurate?

25   A.  Yes.



1   Q.   The next page is a certificate, the same kind of

2        certificate, but to Frank Stoiker, for completing

3        the Ohio Peace Officer criminal code training

4        program dated September 1st, 1974.

5             And what's your understanding of what this

6        certificate was for?

7   A.   My understanding is the same, that Officer

8        Stoiker attended a training session and completed

9        it successfully and was provided this certificate

10       as proof.

11  Q.   Okay.  So, if there were documents that were

12       produced in this case relating to the criminal

13       code training program, would it be fair to say

14       that your knowledge of what was taught in that

15       training program is reflected in the documents?

16  A.   Yes.  My knowledge is -- I really don't have

17       exact knowledge.  I can only assume that it was

18       the criminal code at that time that they trained

19       them on.

20  Q.   On what kinds of things were offenses and so on?

21  A.   Correct.

22  Q.   Okay.  The next page is CLE 3343.  This appears

23       to be a student registration form signed by Frank

24       Stoiker --

25  A.   3342?



EDWARD TOMBA                                        February 22, 2016
JACKSON vs CITY OF CLEVELAND                                     150

1   Q.  I'm sorry -- what did I say?  3342.

2   A.  Okay.  Yes, that's correct.

3   Q.  All right.  So this was a signup form it looks

4       like for criminal code training.  Is that fair to

5       say?

6   A.  Yes, it is.  It's a student registration form.

7   Q.  Now, at the bottom it says, there's a signature

8       for the training officer of the police academy,

9       Francis Reagan, Lieutenant.  Do you see that?

10  A.  Yes.

11  Q.  Actually I'm not sure it says Francis, but it

12      says F-r-a -- I'm not sure what it says, but the

13      last name is Reagan.  Are you familiar with a

14      lieutenant named Reagan?

15  A.  No.

16  Q.  Do you know who were the people who were training

17      officers in the police academy at the time?

18  A.  No, I don't.

19  Q.  Are there records of who the police officer

20      training officers were in the 1970s?

21  A.  I don't know if they -- if those exist.

22  Q.  The next page is CLE 4949 and it is also a

23      criminal code training program certificate.  This

24      one is to Eugene Terpay dated September 1st,

25      1974.



1        And so what's your understanding of what the

2    certificate was for?

3 A.  My understanding is the same criminal code

4    training Officer Terpay participated in and was

5    given this certificate upon completion.

6 Q.  All right.  And then the next page is CLE 3545.

7    It's also the same certificate, but to John

8    Staimpel, dated September 1st, 1974.  Is this

9    also for completing the criminal code training

10   program?

11 A.  Yes, it is.

12 Q.  Page 3546 is a student registration form for John

13   Staimpel.  We don't need to ask about that.

14       All right.  The next page is CLE 3516.  It's

15   also a criminal code training program certificate

16   to James Farmer, dated September 1st, 1974.

17       And is it your understanding that this

18   certificate was for completing the criminal code

19   training program?

20 A.  Yes, it is.

21 Q.  All right.  Turning -- skipping the next page and

22   turning to 3429.  It's an international homicide

23   seminar certificate to JT Farmer.  This states,

24   this certifies that JT Farmer has satisfactorily

25   completed a course in homicide investigation as



1    prescribed by the board of trustees of the

2    Hocking Technical College, Nelsonville, Ohio.

3    Total clock hours 40.  Dates March 18 through 23,

4    1979.

5        What is your understanding of what this

6    certificate is for?

7  A.  My understanding is that Officer Farmer attended

8    a one-week course, 40 hours, and that he

9    completed that course and was issued that

10   certificate of completion by Hocking Technical

11   College.

12 Q.  And he completed that in 1979?

13 A.  Yes, he did.

14 Q.  Do you know what the substance -- do you know

15   anything about the substance of what was taught

16   during that course?

17 A.  No, I don't.

18 Q.  Page CLE 3957 is a departmental information form

19   that's dated June 30th, 1980.  Take a look at

20   this form for a moment and then I will ask you a

21   question about it.

22       All right.  Ready?

23       So this one states at the top, during the

24   week of June 23 through 27, 1980, a training

25   seminar, first one, supervision was held at the



1    police academy, and then it basically states, you

2    know, there were sergeants and certain other

3    people who were in attendance and topics that

4    they were taught on.  One of the sergeants in

5    attendance was Jerold Englehart.  He had a score

6    on a posttest of 83.

7        Do you have any knowledge of what was taught

8    during this training seminar?

9  A.  Only what's listed on this.  This is a Form 1.

10  Q.  Okay.  This is a Form 1.

11  A.  This is a Form 1.  You can see it up on top, CFC

12    Form 71-1.  So this is an internal document from

13    Sergeant Mengle to her lieutenant.  And exactly

14    what was taught, just what she has documented,

15    leadership, interpersonal communications,

16    everything else on this document.

17  Q.  Is it fair to say that generally what was taught

18    involved the subject matter of supervision?

19  A.  Yes.

20  Q.  Do you have any other knowledge of what was

21    taught during this course?

22  A.  No, I do not.

23  Q.  On the next page, CLE 3960, it is also a Form 1.

24    It's dated March 31st, 1977.  And the subject is

25    numbers in attendance, juvenile handling seminar



1    conducted at the police academy on March 30th,

2    1977.

3        Then it says in the narrative part:  Sir, the

4    following is a list of members in attendance at

5    the police academy for the juvenile handling

6    seminar conducted on Wednesday, March 30th, 1977,

7    between 1230 and 1630 hours.  And Detective

8    Englehart -- or I don't know if he was a

9    detective then, but Englehart is listed there.

10   Do you see that?

11   A.  Yes, I do.  And he was a detective at the time.

12   Q.  Oh, he was.  Okay.

13       So this -- is it your understanding that this

14   document states that Detective Englehart attended

15   a juvenile handling seminar in 1977?

16   A.  Yes.

17   Q.  Do you know -- and this seminar lasted four

18   hours?

19                 MR. MALLAMAD:  Objection.

20   A.  That's what the document states.

21   Q.  Do you have any understanding of what

22   specifically was taught during that seminar?

23   A.  Specific, no, I do not.

24   Q.  Page 3965 is a certificate issued to Jerold

25   Englehart for completion of the criminal code



1  |  training program on September 1st, 1974.  Do you
2  |  see that?
3  | A.  Yes, I do.
4  | Q.  So, is it your understanding that this indicates
5  |  that Detective Englehart finished that training
6  |  program on that date?
7  | A.  Yes, it is.
8  | Q.  Okay.  Do you have any knowledge of what -- I'm
9  |  sorry, strike that.
10 |  What is your understanding of what any of the
11 |  defendant officers or detectives in this case
12 |  were trained on other than what's reflected in
13 |  these documents that we just discussed, which is
14 |  Deposition Exhibit 11?
15 | A.  I don't have any other documents or knowledge of
16 |  what they were trained on besides what's
17 |  reflected in these documents.
18 | Q.  If any of the defendant detectives in this case
19 |  had received any additional training or
20 |  certificates of any kind from specific programs,
21 |  would you expect that to have been contained in
22 |  their personnel files?
23 | A.  I would have expected that, yes.
24 | Q.  Okay.  Let's talk about topic 6 in the deposition
25 |  notice.



1          So, 6A asks for testimony on any efforts by

2     the City of Cleveland to identify, investigate,

3     or present any of the following types of

4     misconduct, and discipline imposed by the city as

5     a result of such investigations.

6          6A is, improper eyewitness identification

7     procedures including misconduct related to live

8     in-person lineups and photographic showups, or

9     lack of documentation regarding the same.

10         What is your -- what efforts did the City of

11    Cleveland make to identify or prevent any of

12    these types of misconducts listed in topic 6A?

13                   MR. MALLAMAD:  Objection.  You can

14         answer.

15  A.  The efforts at the time go back to following the

16    law and the general police orders.  If I

17    understand your question correctly.  If you're

18    asking for the efforts to locate these types of

19    things, like I said before, the efforts were by

20    the two retired police officers and numerous

21    members of the division of police.

22  Q.  And let me be clear, I'm not asking about

23    documentary evidence --

24  A.  Okay.

25  Q.  -- I'm asking about the topic -- topic in topic



1       six relates to what efforts the City of Cleveland

2       made to identify, investigate or prevent any of

3       those types of misconduct that are listed in A

4       through D?

5                       MR. MALLAMAD:  Let me just object.

6              What time period are you asking about?

7                       MS. WANG:  1970 through 1980.

8    A.  Okay.

9    Q.  So, during that time period, what efforts --

10       let's break this down.  What efforts did the City

11       of Cleveland make to identify any misconduct

12       relating to improper eyewitness identification

13       procedures?

14   A.  Okay.  I don't think effort was made to identify

15       misconduct, but by those training records and our

16       general police orders I think there was guidance

17       provided to avoid misconduct.  And as far as

18       discipline, I don't see any discipline in any of

19       these records where anyone was disciplined for

20       not following any of these orders that were --

21       orders or laws.

22   Q.  Were there any general police orders relating to

23       eyewitness identification procedures at all in

24       all of the documents that we looked at today?

25                       MR. MALLAMAD:  Objection.  You can



```
 1                    answer.
 2   A.   I don't believe there was, no.
 3   Q.   Okay.  Were there any efforts made by the City of
 4        Cleveland to investigate any misconduct relating
 5        to improper eyewitness identification procedures?
 6                    MR. MALLAMAD:  Again, same
 7              objection.  You're referring to the 1970s?
 8                    MS. WANG:  Yes, that's what the
 9              notice says.  May 19 -- in the front
10              page --
11                    MR. MALLAMAD:  Just so we're
12              clear.  There's other subjects mentioned in
13              those dates, so I wanted to be -- just
14              wanted to have the deputy chief clear that
15              you're asking about between 1970 and 1980
16              is what she's referring to.
17                    THE WITNESS:  Yes, I'm clear and
18              the answer is no.
19   Q.   Okay.  Were there any efforts by the City of
20        Cleveland to prevent misconduct relating to
21        eyewitness identification procedures in the time
22        period of 1970 to 1980?
23                    MR. MALLAMAD:  Objection.  Go
24              ahead.
25   A.   I would to have say, no, not to my knowledge
```



1    there wasn't.

2  Q.  Were there any efforts by the City of Cleveland

3      to identify, investigate or prevent misconduct

4      relating to conduct of in-person lineups during

5      the 1970s or '80s?

6              MR. MALLAMAD:  Objection.  You can

7          answer.

8  A.  No, not that I'm aware.

9  Q.  During the time period of 1970 to 1980, were

10     there any efforts by the City of Cleveland to

11     identify, investigate or prevent misconduct

12     relating to failure to place Brady evidence and

13     information in the official investigative file or

14     otherwise withholding material, exculpatory

15     evidence?

16             MR. MALLAMAD:  Objection.  You may

17         answer.

18 A.  I would say that there was in the general police

19     orders as a follow-up to the letter written by

20     John Corrigan.

21 Q.  Are you saying -- are you just referring to the

22     general police order?  The one that we talked

23     about before?

24 A.  Yes, that's correct.

25 Q.  I just want to be clear in your answer.  Are you



1      saying there was follow-up to that general police

2      order?

3   A.  No.

4   Q.  Are you aware of any other efforts by the City of

5      Cleveland to identify, investigate or prevent

6      misconduct relating to withholding exculpatory

7      evidence besides what's in the general police

8      order?

9              MR. MALLAMAD:  Objection.  You can

10          answer, Chief.

11  A.  No, I am not.

12  Q.  Are you aware of any efforts by the City of

13      Cleveland to identify, investigate or prevent

14      misconduct relating to failure to identify -- or

15      failure to document and preserve information

16      learned during a homicide investigation?

17              MR. MALLAMAD:  Objection.  You can

18          answer, Chief.

19  A.  No, not to my knowledge I'm not.

20  Q.  Are you aware of any efforts by the City of

21      Cleveland to identify, investigate or prevent

22      misconduct relating to improper interviews,

23      interrogations or interactions with juvenile

24      witnesses?

25              MR. MALLAMAD:  Objection.  You can



```
 1                    answer.
 2   A.  No, not to my knowledge.
 3   Q.  Are you aware of any audits or other sort of
 4       internal reviews conducted of any of the general
 5       police orders in the 1970s or '80s to insure that
 6       they were, in fact, being followed by officers?
 7                    MR. MALLAMAD:  Objection.  You can
 8               answer.
 9   A.  No, I'm not aware of any audits.
10                    MR. FUNK:  Can we take a break?
11                    MS. WANG:  Well, let's go off the
12               record.
13                         -  -  -  -
14               (Thereupon, a recess was had.)
15                         -  -  -  -
16       BY MS. WANG:
17   Q.  Okay.
18   A.  Can I say something?
19   Q.  Yes.
20   A.  When I was providing my answers regarding
21       efforts, I was under the impression you were
22       looking for documents.  So, what I would like to
23       add, if it's okay, is that the efforts that were
24       made were in the form of, you know, supervision.
25       We had complaints that were investigated, and I
```



1        think some of those are documented in the

2        responsive documents that I reviewed.

3            So, as far as efforts to identify,

4        investigate or present, any of the following

5        types of misconduct, discipline imposed by the

6        city, I didn't have documentation, but I can tell

7        you the efforts were internally supervision of

8        the supervisors.

9            And then secondly is, like I said I believe I

10       did see a document in there where a complaint was

11       lodged in writing and that was investigated.

12           So, if that's a little different from the

13       one-word answer that I gave you, I'd have to say

14       that those were some of the efforts that were

15       made, but as far as having actual documentation

16       of that, we do not.

17   Q.  So, in what way do supervisors make efforts to

18       investigate or prevent improper eyewitness

19       identification procedures?

20   A.  Well, and the way we do it today is still in

21       place is they are responsible for those under

22       their command for review of reports, for review

23       of an oversight of anything that they're doing.

24       If they were conducting an interview, they would

25       view that from a separate room, they would view



1   that interview.  If they were conducting a

2   lineup, a supervisor would have to be there.

3   That's part of our -- that would be part of their

4   internal policy.

5       So, I think the first-line supervision are

6   the ones that are really charged with the

7   integrity and performance of the officers that

8   they supervise.

9   Q.  So, can you think of anything specifically that

10      any supervisors did in the 1970s -- strike that.

11      I understand your answer to be directed to

12      what happens today.  Is that what you're saying?

13  A.  And from the time I was on the police department,

14      yes.

15  Q.  Okay.  So, in the 1970s, what efforts did

16      supervisors make to identify, investigate or

17      prevent improper eyewitness identification?

18  A.  Okay.  That is in the specific -- I cannot give

19      you specifics, but it is in the Manual of Rules

20      what their responsibilities are.  And their

21      responsibilities are guidance and oversight.  To

22      make sure that the rules and regulations and the

23      laws are followed.  But specifically I can't tell

24      you what took place in the 1970s.

25  Q.  But specifically did you see any rules or





EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                                 164

```
 1        regulations relating to supervisors
 2        investigating, preventing or identifying improper
 3        eyewitness identification?
 4   A.   Did I see?
 5   Q.   Right.
 6   A.   In the 1970s?
 7   Q.   Did you see any in any of the documents that have
 8        been produced?
 9   A.   No, I didn't.
10   Q.   Okay.  With respect to topic 6B, speaking of,
11        since you brought up supervision, what efforts
12        did supervisors make in the 1970s to identify,
13        investigate or prevent officers from withholding
14        exculpatory evidence?
15                  MR. MALLAMAD:  Objection.  Asked
16             and answered.  To the extent you can
17             expand.
18   A.   Yeah, I would say that their efforts were, as I
19        stated before, the oversight of the officers.
20        And as far as the exculpatory evidence, they
21        would really never have a role in that.  All that
22        was done by the prosecutor's office.  It was up
23        to those supervisors to insure that everything
24        related to that case was provided to the
25        prosecutor's office.
```



1   Q.   The supervisors are not there with investigating

2        detectives during an investigation, correct?

3                      MR. MALLAMAD:  Objection.  You can

4             answer.

5   A.   No, that's not correct, they are there.  For

6        every part of it?  No.  But they are there for

7        quite a bit of it.

8   Q.   But there are things that an investigating

9        detective would do in an investigation in the

10       absence of a supervisor, right?

11  A.   Yes, there are.

12  Q.   Investigating detectives might interview

13       witnesses, right?

14  A.   Yes.

15  Q.   They might receive tips about information in a

16       case, right?

17  A.   Yes.

18  Q.   A supervisor may or may not be aware of that

19       depending on whether they were there for that,

20       right?

21                      MR. MALLAMAD:  Objection.  You can

22            answer.

23  A.   Immediately at that time they might not be aware

24       of it, but that's part of the Form 10, Form 1,

25       and the daily debriefing that we talked about



1    earlier.

2 Q.  So, if the investigating detective decides not to

3     write something down in a Form 1 or a Form 10 or

4     tell their supervisor about something that's

5     going on in a case, how would the supervisor know

6     what was going on?

7                    MR. MALLAMAD:  Objection.  You can

8          answer.

9 A.  They wouldn't know.

10 Q.  Okay.  So a supervisor just depends -- just

11     relies on what the investigating detective

12     decides to tell them --

13                    MR. MALLAMAD:  Objection.

14 Q.  -- about an investigation.  Is that fair to say?

15                    MR. MALLAMAD:  Objection.  You can

16          answer.

17 A.  Yes.

18 Q.  And so a supervisor can only insure that an

19     investigating detective turned over everything to

20     the prosecutor if the investigating detective had

21     decided to turn over everything to the

22     supervisor?

23                    MR. MALLAMAD:  Objection.  You can

24          answer.

25 A.  Correct.  And that is the detective's



1     responsibility to do that.

2 Q.  What efforts do supervisors at the City of

3     Cleveland make to identify, investigate or

4     prevent the failure to document and preserve

5     information learned during a homicide

6     investigation?

7           MR. MALLAMAD:  Objection.  Asked

8        and answered.  To the extent you can

9        expand, you can answer, Chief.

10 A.  Okay.  The efforts would be the same with the

11     supervisors.  It's their responsibility to

12     oversee that investigation and insure that things

13     are being done properly and within the law.

14 Q.  And if there was information that was learned by

15     an investigating detective that the supervisor

16     was unaware of, how does the supervisor become

17     apprised of it?

18           MR. MALLAMAD:  Objection.

19           MR. FUNK:  Objection.

20           MR. MALLAMAD:  You can answer.

21 A.  They wouldn't know about it.

22 Q.  What efforts did the supervisors at the City of

23     Cleveland make to identify, investigate, or

24     prevent improper interviews, interrogations, or

25     interactions with juvenile witnesses?



```
 1                  MR. MALLAMAD:  Objection.  Asked
 2            and answered.  To the extent you can
 3            expand, Chief, you can answer.
 4    A.  That would just be the supervisor's
 5        responsibility is to provide that oversight and
 6        to make sure things are done correctly with the
 7        information that they have provided to them.
 8    Q.  Today do you have general orders or any other
 9        kind of rules or regulations related to juvenile
10        witnesses?
11    A.  Yes.
12    Q.  And what do those rules and orders say generally?
13                  MR. MALLAMAD:  Objection.  Beyond
14            the scope of the deposition, but go ahead,
15            Chief, you can answer.
16    A.  Generally, that it's a general guidance about how
17        we interact with juveniles when we're either
18        questioning them or just the daily interaction
19        with them, that there has to be an adult with
20        them now.  And, you know, we treat them a little
21        bit different than we do adult witnesses and/or
22        suspects.
23    Q.  What is the reason that juvenile witnesses or
24        suspects are treated differently than adults?
25                  MR. MALLAMAD:  Objection.  You can
```



EDWARD TOMBA                                        February 22, 2016
JACKSON vs CITY OF CLEVELAND                                     169

```
 1                    answer.
 2   A.   The way it is now is that's -- you know, we felt
 3        that -- I don't know if there was any one
 4        specific incident that led to that, but being
 5        that they're underage, you know, we just thought
 6        it was best that we had an adult there with them.
 7   Q.   Would you ever question a juvenile witness
 8        without an adult present?
 9                    MR. MALLAMAD:  Objection.
10   A.   Yes, we would.
11   Q.   Under what circumstance?
12                    MR. MALLAMAD:  Same objection.
13   A.   An interview on the street.  If a juvenile came
14        up and engaged us and said, hey, this is what's
15        going on, you know, we would continue that dialog
16        with them.  We do it all the time.  You know, we
17        interact and interview and speak with juveniles
18        without adults there all the time.  If it became
19        part of a, you know, specific investigation, it
20        all depends where that investigation would lead,
21        if we would require a parent.
22   Q.   Now, what if you were going to take a statement
23        from a juvenile regarding something he had
24        witnessed, a crime he had witnessed, is that a
25        situation --
```



EDWARD TOMBA                                February 22, 2016
JACKSON vs CITY OF CLEVELAND                            170

```
 1                      MR. FUNK:  Objection.
 2   Q.  -- where you would have a parent present or an
 3       adult present?
 4                      MR. MALLAMAD:  Same objection in
 5           that it exceeds the scope of this
 6           deposition.  You can answer, Chief.
 7   A.  Today we would.
 8   Q.  And why?
 9                      MR. MALLAMAD:  Same objection.
10   A.  It's in our general police orders.
11   Q.  Do you think that's a good idea to do that?
12                      MR. MALLAMAD:  Objection.
13                      MR. FUNK:  Objection.
14                      MR. MALLAMAD:  You can answer,
15           Chief.
16   A.  Do you want my opinion?
17   Q.  Yeah.
18   A.  Yes.
19   Q.  Why?
20   A.  I just think it's a good idea, just like I think
21       Miranda is a good idea and now it's case law.  So
22       I think juveniles need to feel comfortable and,
23       you know, be allowed to speak freely.
24   Q.  Was there a requirement that an adult be present
25       for juvenile interviews in the 1970s?
```



1              MR. MALLAMAD:  Objection.  Asked

2         and answered.  You can answer.

3   A.  I don't believe there was.

4   Q.  Do you know when the department first adopted a

5       policy that an adult should be present?

6   A.  No, I don't.

7   Q.  Was that the case -- was that rule in place when

8       you first started in 1985?

9   A.  I don't know if it was.  I couldn't tell you.  I

10      would have to look.

11  Q.  Are you aware of any instance between 1950 and

12      May 19th, 1975 in which the final policy maker

13      for the police department undertook to review or

14      analyze whether there were any problems with any

15      of the policies or procedures in the department?

16              MR. MALLAMAD:  Objection.  You can

17         answer, Chief.

18  A.  No, I do not.

19  Q.  Are you aware of any instance between 1950 and

20      May 19th, 1975, in which the final policy maker

21      for the department undertook to review,

22      investigate or determine whether there was

23      misconduct going on with respect to withholding

24      exculpatory evidence?

25              MR. MALLAMAD:  Objection.  You can



```
 1                  answer, Chief.
 2   A.   No, I do not.
 3   Q.   If there had been efforts to systematically
 4        review the policies and procedures of the
 5        department to insure that they were, in fact,
 6        acting effectively to prevent the violation of
 7        civilians' constitutional rights, is that
 8        something that would be documented by the
 9        department?
10                  MR. MALLAMAD:  Objection.
11                  MR. FUNK:  Objection.
12                  MR. MALLAMAD:  It's way beyond the
13             scope of the deposition, but if you know,
14             Chief, you can answer.
15   A.   Yeah.  During those times, that time period, I
16        don't know.
17   Q.   Are you aware of any instance between 1950 and
18        May 19th, 1975, in which the final policy maker
19        of the department undertook to review or
20        determine whether there was any misconduct going
21        on with respect to interviews of juvenile
22        witnesses?
23                  MR. MALLAMAD:  Objection.  Same
24             basis.  You can answer.
25   A.   No, I do not know that.
```



1    Q.   If you turn back to Deposition Exhibit 8.

2    A.   The verification?

3    Q.   Oh, sorry.  Seven.

4    A.   That's the other interrogatories.

5    Q.   All right.  Interrogatory No. 15 on page 10, it

6         states please identify and describe any and all

7         changes made between 1950 to May 19th, 1975 for

8         the City of Cleveland or Cleveland Police

9         Department's policies, practices and/or training

10        relating to any of the policies, procedures or

11        training identified in Interrogatory numbers 12

12        through 13 above.

13            Are there any changes that you're aware of

14        relating to any of the policies, practices or

15        training other than what's reflected in the

16        documents that we discussed today?

17                         MR. MALLAMAD:  Objection.  Same

18                 basis.  Asked and answered.  You can

19                 answer, Chief.

20   A.   No, I'm not aware.  No, I do not know.

21   Q.   If you turn to Deposition Exhibit 9, page 4,

22        there's Interrogatory No. 15, which is the

23        supplement to your prior interrogatory answer.

24        And this one states that Defendant, City of

25        Cleveland, states that there were a number of



1        changes made to its written policies, procedures

2        and training materials from 1950 to 1980.  The

3        general police orders that were issued to members

4        of the division of police have been produced.

5            Is that a true statement?

6    A.  Yes.

7    Q.  And what changes were made to the written

8        policies, procedures and training materials from

9        1950 to 1980?

10                   MR. MALLAMAD:  Objection.  That's

11            a pretty broad question and it's been asked

12            and answered throughout this deposition,

13            but if you have additional information,

14            Chief, you can answer.

15                   THE WITNESS:  Yeah.

16   A.  No, I don't.  I do not know.  I don't have any

17       additional information.

18   Q.  So if there's changes that were made to the

19       policies, procedures and training materials from

20       1950 to 1980 they would be reflected in the

21       documents that have been produced?

22                   MR. FUNK:  Objection.

23                   MR. MALLAMAD:  Objection.

24            That's not the testimony, but go

25            ahead, Chief.



1    A.   Yeah, I'd have to say that, like we said before,

2         there are -- the documents that have been

3         produced are one thing, there may be other

4         documents out there that answer those questions

5         but I don't know where they're located at.

6    Q.   What are those changes?  Do you know of any

7         changes to any policies, procedures or training

8         from 1950 to 1980?

9                        MR. MALLAMAD:  Objection.  Asked

10             and answered.  To the extent that you can

11             provide additional information, Chief, go

12             ahead and answer.

13   A.   No, I do not know what those changes were.

14   Q.   So, on the last sentence of Interrogatory No. 15,

15        the supplemental answer, it says upon information

16        and belief, the documents produced are not all

17        the written policies, procedures and training

18        materials that were in existence at this time.

19            And you said already that there may have

20        existed other things out there, but you don't

21        know what they are.  Is that fair to say?

22   A.   Yes, that's fair to say.

23   Q.   Can you identify any of the changes made to any

24        policies, procedures or training between 1950 to

25        1980?



1            MR. MALLAMAD:  Objection.  Asked

2       and answered.  I'm not sure how many --

3            MR. GILBERT:  Shawn, you're not

4       keeping track of all the questions.  That

5       was related to something else.  You know,

6       she's asking the same question for policy,

7       supervision, GPOs, this is now training.

8            MR. MALLAMAD:  That was asked and

9       answered, but to the extent you can answer,

10       Chief, go ahead.

11  A.  No, I don't have any information on that.  I

12      cannot answer that.

13  Q.  All right.  Let's take a look at --

14            MS. WANG:  Mark this as Exhibit

15       12.

16                 -  -  -  -

17      (Thereupon, Plaintiff's Exhibit 12 was marked

18       for purposes of identification.)

19                 -  -  -  -

20  Q.  All right.  Take a look at Deposition Exhibit 12

21      and let me know if you've seen it before.  And

22      I'll say for the record it's CLE 3912 through CLE

23      3919.

24  A.  Yes, I've seen this before.

25  Q.  Okay.  This is a complaint report filed by an



1      attorney named Stanley Tolliver against Detective

2      Terpay, Eugene Terpay; is that fair?

3  A.  Yes, it is.

4  Q.  And on page 2, which is CLE 3913, there is a

5      letter from Stanley Tolliver to Chief of Police

6      Garrity at the time, dated November 25th, 1975.

7      And in it he advises the chief of police that --

8      and I'll just paraphrase here -- he brought his

9      client to the Police Department.  He advised the

10     police that no statements were to be asked of his

11     client unless he was present, and then later that

12     day Detective Terpay called to say that his

13     client had quote, changed his mind, and was

14     willing to give a written statement.

15          Tolliver then recounts that on consultation

16     with Clayton, the client, I've learned that he

17     had not changed his mind, but was beaten by the

18     police, one of which was Terpay.

19          Do you see that letter?

20 A.  Yes, I do.

21                  MR. FUNK:  Objection.

22                  MS. WANG:  What's the objection?

23                  MR. FUNK:  It's hearsay.  It's

24     multiple hearsays.

25 Q.  The letter states, we are asking that you check



1    into this matter.

2         Are you aware of any action that the Police

3    Department took to check into this matter?

4                   MR. MALLAMAD:  Objection.  You can

5              answer that, Chief.

6    A.  The action that I'm aware of is an investigation

7    by Sergeant Comodeca in response to this

8    complaint.

9    Q.  That's Peter Comodeca?

10   A.  Yes, it is.

11   Q.  And what was the nature of his investigation?

12                   MR. MALLAMAD:  Objection.  The

13             documents speak for themselves.  But if you

14             wish, the chief can review the documents

15             and tell you what they reflect.  He can do

16             that.  He obviously wasn't part of the

17             investigation.

18   A.  At an overview look at this, this is a standard

19   procedure.  Whenever any type of complaint is

20   received, that it's investigated by a supervisory

21   officer.  That's still true today.  It appears

22   that this letter was provided to the sergeant at

23   the time and he asked him to investigate it.  And

24   his results of what he did and exactly how he

25   investigated are in this Form 1 that was



1    generated by Sergeant Comodeca and signed off on

2    by his captain.

3  Q.  Okay.  And the investigation of Sergeant Comodeca

4    was that he interviewed the involved officers; is

5    that correct?

6              MR. MALLAMAD:  Objection.  To the

7         extent that you can glean from that

8         40-year-old document, Chief, go ahead.

9  A.  Yes, correct.

10  Q.  Is there any evidence that Sergeant Comodeca

11    interviewed the complainant, Stanley Tolliver?

12              MR. MALLAMAD:  Objection.  Same

13         basis.

14  A.  No, there's not.  I do see he interviewed some

15    FBI agents who were speaking to the complainant

16    after the alleged allegation took place, but, no.

17    And I don't see anything where he interviewed

18    Stanley Tolliver.

19  Q.  Is there any evidence that Sergeant Comodeca

20    interviewed George Clayton who was the person

21    that was Stanley Tolliver's client?

22              MR. MALLAMAD:  Objection.  Same

23         basis.

24  A.  No.

25  Q.  Is the investigation that Sergeant Comodeca



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                                  180

1        conducted into this complaint, consistent with

2        the kind of investigation that would be conducted

3        into a complaint like this today?

4   A.   No, it's not consistent.

5   Q.   And how would an investigation into an allegation

6        that police officers had beaten somebody in the

7        police station, how would that be conducted

8        today?

9                    MR. MALLAMAD:  Objection.  Beyond

10               the scope of the deposition, but you can

11               answer, Chief.

12  A.   Well, it's actually changed dramatically.  There

13       are several avenues that one can use to file a

14       complaint of alleged misconduct against an

15       officer.  They are assigned police investigators

16       and at different times civilian investigators,

17       which require that statements are obtained.  And

18       it's required that photographs are taken.  It's

19       required that the interviews are audio taped and

20       transcribed.  And every effort is to be made to

21       do a complete impartial investigation.  And the

22       complainant is notified of the results of the

23       investigation.

24  Q.   And do you agree with the use of those procedures

25       today in investigating an allegation of



1    misconduct against a department member?

2              MR. MALLAMAD:  Objection.  Beyond

3         the scope.  If you have an opinion, you can

4         express it.

5  A.  My opinion is today, yeah, I believe that those

6      are good policies that we have in place.

7  Q.  Would you characterize the investigation that

8      Sergeant Comodeca did into the complaints of

9      Stanley Tolliver concerning his client, George

10     Clayton, a full and complete investigation?

11             MR. FUNK:  Objection.

12             MR. MALLAMAD:  Objection.  Beyond

13        the scope.  To the extent that this

14        reflects the entirety of the investigation,

15        beyond that, Chief, you can answer if you

16        have an opinion.

17 A.  No.  As far as today's standards, it would be a

18     little bit different, but I believe that -- I

19     mean the sergeant did what he thought was

20     appropriate as far as investigating this at the

21     time.

22 Q.  Are you aware of anything that Sergeant Comodeca

23     did in relation to this investigation other than

24     what's reflected in these documents?

25             MR. MALLAMAD:  Objection.  Beyond



```
 1              the scope.  If you know, Chief, you can
 2              answer.
 3   A.  No, I do not know of anything else that he did.
 4   Q.  Is there any discipline, that you're aware of,
 5       that Detective Terpay -- strike that.
 6           Is there any discipline -- strike that.
 7           Did the Cleveland Police Department issue any
 8       discipline to Detective Terpay as a result of
 9       this complaint?
10                    MR. MALLAMAD:  Objection.
11                    MR. FUNK:  Objection.
12                    MR. MALLAMAD:  Same basis.  Beyond
13              the scope of this deposition.  If you know,
14              Chief, you can answer.
15   A.  I do not know if any discipline was given to
16       Officer Terpay.
17   Q.  If there was any discipline that was given to
18       Officer Terpay as a result of this complaint,
19       would you expect that to be reflected in his
20       personnel file?
21                    MR. FUNK:  Objection.
22                    MR. MALLAMAD:  Objection.  Same
23              basis.  You can answer, chief.
24   A.  I would, yes.
25   Q.  Who is the final policy maker in the 1970s with
```



1    respect to discipline of detectives?

2  A.  The chief of police.

3  Q.  Was there any in-service training program in

4    existence in 1975 for the members of the Police

5    Department?

6  A.  I don't know if there was.

7  Q.  Was there anything done by the final policy maker

8    in the 1970s to insure that officers who withheld

9    exculpatory evidence were disciplined?

10            MR. MALLAMAD:  Objection.  Asked

11        and answered.  Beyond the scope.  You can

12        answer if you have a response, Chief.

13  A.  No, I don't have any additional information on

14    that.

15  Q.  Were you able to find any instance of an officer

16    or a detective who was cited or disciplined for

17    engaging in unlawful interrogation tactics in the

18    1970s?

19            MR. MALLAMAD:  Objection.  Same

20        basis.  You can answer, Chief.

21  A.  No.

22  Q.  In the 1970s, was there any sort of policy or

23    practice in place for insuring that officers who

24    suppressed evidence and then, you know,

25    subsequently a motion to suppress was granted,



1    that they were disciplined or retrained in some

2    way?

3                    MR. MALLAMAD:  Objection.  Asked

4          and answered.

5                    MR. FUNK:  Objection.

6                    MR. MALLAMAD:  You can answer,

7          Chief.

8    A.  In the 1970s, no, I do not know if there was.

9                    MS. WANG:  All right.  Okay.

10                    -  -  -  -

11                EXAMINATION OF EDWARD TOMBA

12    BY MR. GILBERT:

13    Q.  Just a few questions and then we'll be done.  I

14    won't keep you long.  We'll be out of here by

15    1:30.

16    A.  Okay.

17    Q.  Good afternoon.

18    A.  Good afternoon.

19    Q.  I'll try to be brief.

20        Deputy Chief, you read the complaint in this

21    case, correct?

22    A.  Yes.

23    Q.  All right.  There was a reference, if you recall,

24    to a report that was done, funded by the

25    Cleveland Foundation regarding the Cleveland --



1       the operation of the Cleveland Police Department.

2       This would have been in 1975.  You saw that in

3       the complaint, correct?

4   A.  That reference?

5   Q.  Yes --

6   A.  Yes.

7   Q.  -- that reference.

8   A.  Yes.

9   Q.  Did you through your efforts to review the

10      materials that were requested in this case, come

11      across any reference to that report?

12  A.  No.

13  Q.  Any of the visits to the Cleveland Police Museum

14      or any other repository of a document?

15  A.  No, I did not.

16  Q.  Okay.  Do you have any knowledge as to whether

17      any of the criticism or recommendations in that

18      report were followed up by the Cleveland Police

19      Department during the period of 1975 and

20      thereafter?

21                  MR. MALLAMAD:  Objection.  You can

22          answer, Chief.

23  A.  No, I do not, no.

24  Q.  Have you ever read that report?

25  A.  No, sir, I have not.



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                                  186

1                       MR. MALLAMAD:  I'm sorry, for the
2               record, what's the name of the report?
3                       MR. GILBERT:  The name of the
4               report is -- thank you -- for Private
5               Sector Assistance to the Cleveland Police
6               Department, authored by John Maddox and
7               Mark Furstenberg.
8                       MS. WANG:  And produced by the
9               city in this case.
10      BY MR. GILBERT:
11      Q.  So, your answer is that you have not seen it,
12          correct?
13      A.  That's correct.  I have not seen that report.
14      Q.  And you have not seen any written indication that
15          any response or follow-up was done by the
16          Cleveland Police Department?
17                      MR. MALLAMAD:  Objection.  You can
18              answer, Chief.
19      A.  That's correct, I'm not aware of that.
20      Q.  Are you aware of a document called the 1974
21          report by the mayor's crime commission concerning
22          police corruption and criminal conduct in 1974?
23      A.  No, I'm not aware of that.
24      Q.  Okay.  You saw this in the lawsuit complaint, did
25          you not?



EDWARD TOMBA                                        February 22, 2016
JACKSON vs CITY OF CLEVELAND                                     187

1   A.  I did, yes.

2   Q.  Well, there was an appendix to that which was a

3       1966 study by public administrations service on

4       the Cleveland Police Department.  Were you aware

5       of that?

6   A.  Just by reading that document.

7   Q.  Are you aware of a study that was actually

8       conducted by the Cleveland Police Department

9       itself called the Cleveland Police Department

10      1970 to 1980?

11              MR. MALLAMAD:  Objection.  Beyond

12          the scope.  You can answer, Chief.

13  A.  No, I'm not aware of that document.

14              MR. GILBERT:  Okay.  Well, there's

15          references there I believe that relate to

16          training, guidance, supervision and things

17          like that.  So, I think it's within the

18          scope, but if he doesn't know about it, he

19          doesn't know about.

20  A.  I don't, I'm not aware of that.

21  Q.  Okay.  Earlier in the deposition you mentioned

22      some reference to diversity training that I

23      believe you said it has existed since you came on

24      the department, but you didn't believe it was in

25      existence prior to your getting on the



1    department.  Do you remember that?

2  A.  Yes, I did.

3  Q.  Did I state your testimony correctly?

4  A.  Yes, you did.

5  Q.  Okay.  Now, in addition to diversity training,

6      were you aware of actual problems between

7      minorities and white officers within the

8      department before you came on the job in the

9      1980s?

10                 MR. MALLAMAD:  Objection.  Beyond

11            the scope.  You can answer, Chief, to the

12            extent that you have knowledge of that.

13  A.  Yeah, no, I had no knowledge of that.

14  Q.  Were you aware of any kinds of cartoons, lynching

15      pictures, derogatory, racially negative postings

16      in various districts of the Cleveland Police

17      Department?

18                 MR. MALLAMAD:  For what period of

19            time?

20  Q.  When you came on the force in the '80s.

21                 MR. MALLAMAD:  Objection.  Beyond

22            the scope of this deposition.  You can

23            answer, Chief.

24  A.  Yeah.  No, I never saw anything like that in the

25      Sixth District.



EDWARD TOMBA                                      February 22, 2016
JACKSON vs CITY OF CLEVELAND                                    189

```
 1   Q.  Okay.  But in the department in general?
 2   A.  No.
 3                 MR. MALLAMAD:  Same objection.
 4   A.  No.
 5   Q.  Have you heard about these kinds of things going
 6       on in the Cleveland Police Department?
 7                 MR. MALLAMAD:  For what period of
 8            time, Terry?  In his career?
 9                 MR. GILBERT:  Anytime.  Anytime.
10                 MR. MALLAMAD:  Objection.  Beyond
11            the scope of this deposition.  To the
12            extent that you can answer, Chief, go
13            ahead.
14   A.  Yes, I have heard of those things.
15   Q.  And tell me about that.
16   A.  I heard that there were some derogatory things
17       that were posted in different city buildings that
18       were investigated by members of the division of
19       police and other people, but never saw anything,
20       never had any dealing with any of that during my
21       tenure within the police division.
22   Q.  Was this during the term of Mayor White, if you
23       know?
24   A.  I don't know when it was.
25   Q.  Okay.  Now, were you aware of a lawsuit regarding
```



1    discriminatory hiring practices in federal court

2    that was ongoing from 1977 into the period where

3    you were on the department?  Were you aware of

4    this?

5                MR. MALLAMAD:  Objection.  Beyond

6           the scope of this deposition.  If you have

7           knowledge, Chief, go ahead.

8    A.  Yes, I was aware of that.

9    Q.  And what were you aware that that -- generally

10       speaking, what that lawsuit was about?

11               MR. MALLAMAD:  Same objection.

12   A.  In general -- in general terms, it was about the

13       hiring practices of the division of police and

14       the promotional practices of the division of

15       police.  I wasn't involved in that as far as

16       being hired or promoted, so I really -- I didn't

17       pay a whole lot of attention to it.

18   Q.  Were you aware that the City of Cleveland was

19       under some kind of court order regarding the

20       practices?

21               MR. MALLAMAD:  Same objection.

22          You can answer to the extent you have

23          knowledge.

24   A.  Right.  No, I don't believe -- no, I don't have

25       any knowledge of a court order.



1  Q.  Did you come across, in your search for

2      documents, any kind of documents, any kind of

3      letters or references or memos, regarding reform

4      efforts in the Cleveland Police Department during

5      the period of our case, from 1950 to 1980?

6                  MR. MALLAMAD:  Objection.

7                  MR. FUNK:  Objection.

8                  MR. MALLAMAD:  You can answer,

9          Chief.

10 A.  And just to be clear, I didn't perform any

11     searches.  You know, the officers, retired

12     officers did, and the answer to that is, no, I

13     did not.

14 Q.  So, specifically do you know -- did you know if

15     there was any effort on the part of the people

16     that were doing actually the search for

17     documents, did you ask them to look for any kind

18     of internal documents that refer to any kind of

19     reform efforts?

20                  MR. MALLAMAD:  Objection.

21                  MR. FUNK:  Objection.

22                  MR. MALLAMAD:  You can answer to

23          the extent you can.

24 A.  No, I did not.

25 Q.  Are you aware of any kind of document, any



EDWARD TOMBA                                        February 22, 2016
JACKSON vs CITY OF CLEVELAND                                      192

```
 1      documents or memos or letters that refer to

 2      reform efforts in the Cleveland Police Department

 3      between 1950 and 1980?

 4                  MR. MALLAMAD:  Objection.  You can

 5            answer.

 6   A.  No, I'm not aware of any.

 7                  MR. GILBERT:  I have no further

 8            questions.

 9                  MR. MALLAMAD:  The chief would

10            like to read his deposition.

11                  MS. WANG:  Oh, I have a couple

12            follow-ups from what Terry asked.  Sorry.

13                  MR. MALLAMAD:  Go ahead.

14                  MS. WANG:  Since he mentioned some

15            documents, I have more.

16                        -  -  -  -

17      (Thereupon, Plaintiff's Exhibit 13 was marked

18            for purposes of identification.)

19                        -  -  -  -

20               RE-EXAMINATION OF EDWARD TOMBA

21      BY MS. WANG:

22   Q.  All right.  So, the court reporter has handed you

23      what's been marked as Deposition Exhibit 13.  And

24      it's titled Private Sector Assistance to the

25      Cleveland Police Department.  And that is the
```



1    version produced by the city in this case,

2    although unfortunately the little Bates numbers

3    in the bottom got cut off.

4        So, I'll let you take a look at that and then

5    my question is just -- my first question is just:

6    Have you seen that before?

7                    MR. FUNK:  Do you know what the

8            Bates numbers are?

9                    MS. WANG:  Yes.  CLE 977 through

10           1026.  Also produced in this case is

11           Jackson 4905 to 4957.

12   A.  No, I have not reviewed this document previous

13       'til today.

14   Q.  Okay.  So on page -- there's a little roman

15       numeral --

16   A.  Right.

17   Q.  -- page 7 of the little roman numerals --

18   A.  Okay.

19   Q.  -- so under the training section, No. 2 there, it

20       says a California based consultant group has been

21       engaged by the city to develop a department

22       in-service training program that's separate and

23       as a result to given rise to concern within the

24       department.

25       Do you know what this -- what this California



1      based consultant group was?

2  A.  No, I do not.

3  Q.  Do you know if there's any records kept by the

4      city or the Police Department about the

5      consulting group?

6  A.  No, I don't know if there are any records.

7  Q.  Okay.  And so is it your understanding that the

8      department did not have any in-service training

9      programs at the time of this report in 1975?

10             MR. MALLAMAD:  Objection.  Asked

11       and answered.

12 A.  Yeah, I believe I did answer that before and I

13     was not sure if there was in-service the way we

14     run it today, an annual in-service training.

15 Q.  If this report indicates that there was not an

16     in-service training program and they were as of

17     September 1975 developing one, do you have any

18     information to dispute that?

19             MR. MALLAMAD:  Objection.

20 A.  No, I don't.

21             MR. MALLAMAD:  You can answer.

22 A.  No, I do not.

23 Q.  Does the Cleveland Police Department do anything

24     with the Cleveland Foundation these days?

25             MR. MALLAMAD:  Objection.  Beyond



1          the scope.  You can answer, Chief.

2   A.  Yes, we do.

3   Q.  Okay.  And today what does the Cleveland

4       Foundation do for the Police Department?

5              MR. MALLAMAD:  Same objection.

6   A.  The Cleveland Foundation, they do numerous

7       things.  They're a wonderful community partner

8       for us.  At times we've gone to them and asked

9       them for funding for certain projects that

10      they've provided us.  They sit on some of our

11      boards, including our police foundation.  So

12      specifically what they funded -- they are a

13      source of funding for us.  So, exactly what they

14      funded specifically, you know, I really couldn't

15      tell you, but I've been involved with numerous

16      representatives from that foundation and they're

17      just a great civic asset to the city and to the

18      division of police.

19  Q.  Okay.  And just going back to the foreword at the

20      very beginning of this document, it says in May

21      of 1975 the Cleveland Foundation asked a number

22      of lawyers, businessmen, civic leaders, to serve

23      on a special committee of citizens concerned

24      about criminal justice, which would recommend

25      ways private funds could best be used to help



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                              196

1    improve local criminal -- the local criminal

2    justice system.  This is one of five staff

3    reports made to the committee.

4        Is that characterization, is that familiar to

5    you in terms of the role that the Cleveland

6    Foundation plays today with respect to the

7    Cleveland Police Department?

8                    MR. MALLAMAD:  Objection.  Beyond

9        the scope.  You can answer, Chief.

10  A.  You know, I really don't know.  I mean, I can --

11      like I said before, my experience with them, but

12      exactly how their organization is set up and what

13      they do, I really can't comment on that, I don't

14      know.

15  Q.  Okay.  So going back to inside the document, the

16      page that's roman numeral six, the little ones --

17      not roman but --

18  A.  Uh-huh.

19  Q.  -- the little numbers.

20                  MR. MALLAMAD:  I'm sorry, roman

21      numeral six or the number six?

22                  MS. WANG:  Is that roman numerals?

23                  MR. FUNK:  They're all roman

24      numerals.

25                  MS. WANG:  Oh, those are roman



```
 1              numerals.  The other ones are arabic
 2              numerals.  Okay.
 3   A.  Right, I got it.
 4   Q.  The bottom it says "project recommendations"?
 5   A.  Correct.
 6   Q.  Each of these recommended projects arose from our
 7       discussions with one or more Cleveland police
 8       officials or officers?
 9   A.  Right.
10   Q.  Then it says the police manual project has been
11       formally requested by the chief.  And it says
12       one, police manual, the Cleveland Police Manual
13       is out of date in light of new standards.  The
14       modern police manual is drafted pursuant to these
15       standard to create departmental uniformity.
16       Provide guidance to officers in complex
17       situations and instill public confidence and
18       protect conforming officers from civil liability.
19       The Cleveland Police Department is currently
20       rewriting its manual.
21           Do you know anything about the effort to
22       rewrite the manual during this time period of
23       September 1975?
24   A.  No, I do not.
25   Q.  Okay.  And is it your understanding that the
```



```
 1        manual -- as of the publishing of this document

 2        which is September of 1975 -- the manual was in

 3        the process of being rewritten, but that had not

 4        yet been completed?

 5                      MR. MALLAMAD:  Objection.  Beyond

 6             the scope.  Assuming you have knowledge,

 7             Chief, go ahead.

 8   A.   Right.  By reading this I would say that is

 9        correct.

10   Q.   Okay.  And you have no information to contest

11        that?

12   A.   No.

13                      MR. MALLAMAD:  Same objection.

14   A.   No, I do not.

15   Q.   Okay.  Now -- by the way, are there annual

16        reports of the Cleveland Police Department put

17        out in the 1970s?

18                      MR. MALLAMAD:  Objection.  Beyond

19             the scope, but you can answer.

20   A.   I don't know if there were annual reports.

21   Q.   Today are there annual reports?

22                      MR. MALLAMAD:  Same objection.

23   A.   Yes.

24   Q.   And what do the annual reports cover generally

25        today?
```



```
 1                    MR. MALLAMAD:   Same objection.
 2   A.   They cover, obviously, crime statistics.
 3        Budgetary expenditures.   Programs that we
 4        implemented within the division of police.   I
 5        mean, just -- I would have to say a broad review
 6        or overview of what took place during our last 12
 7        months of the division, in the division of
 8        police.
 9   Q.   On page 11 the arabic numerals.
10   A.   Regular page 11?
11   Q.   Regular page 11.
12   A.   Okay.  Got it.
13   Q.   The second full paragraph says the lack of
14        non-salaried funds to be used as the discretion
15        of the department is evidenced by one, the
16        absence of ongoing in-service training for all
17        officers.
18            Do you see that sentence?
19   A.   Yes, I do.
20   Q.   Do you have any information to dispute that there
21        was no ongoing in-service training for all
22        officers?
23                    MR. MALLAMAD:   Objection.
24   A.   No, I --
25                    MR. MALLAMAD:   Beyond the scope.
```



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                              200

```
 1              To the extent you have personal knowledge,
 2          Chief, you can answer.
 3   A.  No, I do not.
 4   Q.  Well, you've been designated by the city to
 5       testify about all training that existed in the
 6       1970s; is that right?
 7   A.  Yes, I have been.
 8   Q.  All right.  Your answers are in the capacity as
 9       the person who was designated by the city to
10       testify about the training that did or did not
11       exist in 1970 to 1980 --
12              MR. MALLAMAD:  Objection.
13   Q.  -- is that true?
14              MR. MALLAMAD:  Based on the
15          records that were available and have been
16          located.  This gentleman is not a member of
17          the Police Department in the 1970s.
18   A.  Yes.
19              MS. GILBERT:  Then we need
20          somebody, right?
21              MR. MALLAMAD:  Good luck.
22   A.  Yes, that's correct and I fully understand that.
23   Q.  All right.  And if there were some other training
24       that the City of Cleveland provided, you don't
25       know what that is?
```



1              MR. MALLAMAD:  Objection.  Same

2         basis.  You can answer.

3    A.  Right.  That is correct.  I am unaware of that.

4    Q.  All right.  Turning to page 25 -- actually go to

5         24, which is the page before.

6    A.  Okay.

7    Q.  So, on page 24 the Cleveland Foundation here is

8         giving project recommendations.  And at the

9         bottom it says "police manual".  Now, turn to

10        page 25.

11   A.  Okay.

12             MR. MALLAMAD:  There's not a

13        question yet, Chief, so I'm going to object

14        to the beginning of that statement, but go

15        ahead.

16   Q.  The Cleveland -- on page 25 it says the Cleveland

17        Police Manual rules of conduct was promulgated in

18        1950 and like the manuals of many departments is

19        out of date in light of these new standards.

20            Actually, let me read the sentence before.

21        So from the bottom of 24 to 25 it says, 1, police

22        manual, the importance of police policy has been

23        recognized widely during the past few years

24        culminating in recommended national standards for

25        implementing police policy.



1          And then in a footnote it cites to ABA

2     standards and MAC standards dating to 1973.

3          Then it says the Cleveland Police Manual

4     rules of conduct and discipline was promulgated

5     in 1950 and like the manuals of many departments

6     is out of date in light of these new standards.

7          Do you have any information to dispute that

8     there were, in fact, national standards for

9     implementing police policy that existed at the

10    time?

11                    MR. MALLAMAD:  Objection --

12                    MR. FUNK:  Objection.

13                    MR. MALLAMAD:  -- to form, as to

14         the scope of the deposition.  To the extent

15         you have personal knowledge, Chief, you can

16         answer.

17    A.  No, I do not have knowledge of that.

18    Q.  Okay.  Do you have any information, one way or

19        another, with respect to -- sorry, strike that.

20          Do you have any information to contest that

21        the Cleveland Police Manual that was promulgated

22        in 1950 was still in existence and in effect in

23        September of 1975?

24                    MR. MALLAMAD:  Same objection.

25         You can answer, Chief.



EDWARD TOMBA                                          February 22, 2016
JACKSON vs CITY OF CLEVELAND                                        203

 1   A.  No, I don't have any information if it was the
 2       same manual.
 3   Q.  On page 27 on the training, it says presently
 4       there is little formal training going on in the
 5       department and there's little reason to believe
 6       that the department can make a major investment
 7       in training; however much importance it may
 8       attach to training.
 9           Do you have any information to dispute that
10       there was little formal training going on in the
11       department at the time?
12                   MR. MALLAMAD:  Objection.  Beyond
13               the scope.  Beyond this mans' personal
14               knowledge, but to the extent you know,
15               Chief, you may answer.
16   A.  No, I do not know.
17                        -  -  -  -
18       (Thereupon, Plaintiff's Exhibit 14 was marked
19           for purposes of identification.)
20                        -  -  -  -
21   Q.  So, the court reporter has handed to you what has
22       been marked as Deposition Exhibit 14.  It is
23       Bates Stamped Jackson 4756 through 4904.  And for
24       the record it was also produced by the city as
25       CLE 1105 through 1252.



1        Have you ever see that document before?

2                    MR. MALLAMAD:  This one appears to

3            be blank.

4                    MS. WANG:  Oh, what happened to my

5            --

6    A.  Here we go -- well -- here, these are all blank.

7                    -  -  -  -

8                    (Off the record.)

9                    -  -  -  -

10   BY MS. WANG:

11   Q.  So, if you would just turn to -- oh, have you

12       seen that document?

13   A.  Yes.

14   Q.  Okay.  And did you review it in the context of

15       preparing for your deposition today?

16   A.  I reviewed parts of it, yes.

17   Q.  Okay.  If you turn to the first little tab there,

18       that Jackson 4762, there's a highlighted sentence

19       there that states departmental procedures and

20       rules have not been revised in nearly one quarter

21       of a century despite the overwhelming changes in

22       society and the police functions which have taken

23       place in that time.

24          Are you aware of any information to disagree

25       with that statement?



1                      MR. MALLAMAD:  Objection.  Form.

2               Beyond the scope of the deposition.  To the

3               extent you have any personal knowledge,

4               Chief, you can answer.

5    A.  No, I have no knowledge if that's true.

6    Q.  Okay.  And this is a preliminary report of the

7        mayor's crime commission created March 16th, 1974

8        with recommendations, and then there's another

9        date, June 6th, 1974, right?

10   A.  Yes, there is.

11   Q.  So actually this is a document that was

12       commissioned by the mayor itself concerning the

13       Cleveland Police Department and issues concerning

14       police corruption that were taking place in the

15       Police Department at the time.  Is that fair to

16       say?

17                      MR. MALLAMAD:  Objection.  Beyond

18               the scope.  To the extent you have personal

19               knowledge of the reason this was created,

20               Chief, you can answer.

21   A.  I don't know the reason why it was created.

22   Q.  Okay.  Do you have any information to dispute the

23       fact that the Cleveland Crime Commission was

24       commissioned by the mayor of Cleveland at the

25       time?



1              MR. MALLAMAD:  Objection.  Same

2         basis.

3   A.  Yeah, I have no -- nothing to dispute that.

4   Q.  Okay.  So, if you turn to the page that is Bates

5       Stamped Jackson 4843, it is labeled appendix item

6       F and it is a memo from Mayor Ralph Perk to James

7       Carney, Director of Safety, and Gerald Rademaker,

8       Chief of Police, it's dated October 5th, 1972.

9       Do you see that?

10  A.  Yes, I do.

11  Q.  Now, on page 6 of the memo, which is Bates

12      Stamped Jackson, 4848, it says at the bottom,

13      immediate steps should also be undertaken for a

14      complete revision of the rules of conduct and

15      discipline written in 1950 for members of the

16      Cleveland Police Department so that it is

17      consistent with the requirements and conditions

18      that exist today in 1972.

19          Do you see that?

20  A.  Yes, I do.

21  Q.  Are you aware of whether or not the Mayor, Ralph

22      Perk, issued a memo to the chief of police and

23      the director of public safety in 1972 telling the

24      Police Department that they needed to revise

25      their 1950 police manual?



1              MR. MALLAMAD:  Objection.  Beyond

2         the scope.  To the extent you have personal

3         knowledge of that, you can answer, Chief.

4  A.  No, I don't -- no, I do not have any personal

5      knowledge of that.

6  Q.  Okay.  Are you aware of whether or not the

7      Cleveland Police Manual was revised at any time

8      between 1972 and 1975?

9              MR. MALLAMAD:  Objection.  Same

10         basis.  You can answer.

11  A.  No, I did not.

12              MS. WANG:  I have no further

13         questions.

14              MR. MALLAMAD:  The chief would

15         like to read.  Thank you.

16

17

18

19

20

21

22

23

24

25



EDWARD TOMBA                                           February 22, 2016
JACKSON vs CITY OF CLEVELAND                                        208

```
 1              SIGNATURE OF DEPONENT

 2
        I, the undersigned, EDWARD TOMBA, do hereby
 3
    certify that I have read the foregoing
 4
    deposition and find it to be a true and
 5
    accurate transcription of my testimony, with
 6
    the following corrections, if any:
 7
    PAGE   LINE        CHANGE            REASON
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
                    _____
24                  EDWARD TOMBA

25
```



1

2

3                    C E R T I F I C A T E

4

   The State of Ohio, )   SS:
5  County of Cuyahoga.)

6

7         I, Brian A. Kuebler, a Notary Public within
   and for the State of Ohio, authorized to
8  administer oaths and to take and certify
   depositions, do hereby certify that the
9  above-named witness was by me, before the giving
   of their deposition, first duly sworn to testify
10 the truth, the whole truth, and nothing but the
   truth; that the deposition as above-set forth was
11 reduced to writing by me by means of stenotypy,
   and was later transcribed by computer-aided
12 technology under my direction; that this is a
   true record of the testimony given by the
13 witness; that said deposition was taken at the
   aforementioned time, date and place, pursuant to
14 notice or stipulations of counsel; that I am not
   a relative or employee or attorney of any of the
15 parties, or a relative or employee of such
   attorney or financially interested in this
16 action; that I am not, nor is the court reporting
   firm with which I am affiliated, under a contract
17 as defined in Civil Rule 28(D).

18       IN WITNESS WHEREOF, I have hereunto set my
   hand and seal of office, at Cleveland, Ohio, this
19 _____ day of _____, A.D. 20 ___.

20

21 _____
   Brian A. Kuebler, Notary Public, State of Ohio
22 55 Public Square, Suite 1332
   Cleveland, Ohio 44113
23 My commission expires June 12, 2017

24

25



```
1    Reference No.: 355660

2

3    Case:  JACKSON vs CITY OF CLEVELAND

4

          DECLARATION UNDER PENALTY OF PERJURY

5

          I declare under penalty of perjury that

6    I have read the entire transcript of my Depo-
     sition taken in the captioned matter or the

7    same has been read to me, and the same is
     true and accurate, save and except for

8    changes and/or corrections, if any, as indi-
     cated by me on the DEPOSITION ERRATA SHEET

9    hereof, with the understanding that I offer
     these changes as if still under oath.

10

11          _____

12          Edward Tomba

13

14          NOTARIZATION OF CHANGES

15              (If Required)

16

17   Subscribed and sworn to on the _____ day of

18

19   _____, 20____ before me,

20

21   (Notary Sign)_____

22

23   (Print Name)                   Notary Public,

24

25   in and for the State of _____
```



EDWARD TOMBA                                    February 22, 2016
JACKSON vs CITY OF CLEVELAND                              211

```
 1    Reference No.: 355660

      Case:  JACKSON vs CITY OF CLEVELAND

 2

 3    Page No._____Line No._____Change to:_____

 4    _____

 5    Reason for change:_____

 6    Page No._____Line No._____Change to:_____

 7    _____

 8    Reason for change:_____

 9    Page No._____Line No._____Change to:_____

10    _____

11    Reason for change:_____

12    Page No._____Line No._____Change to:_____

13    _____

14    Reason for change:_____

15    Page No._____Line No._____Change to:_____

16    _____

17    Reason for change:_____

18    Page No._____Line No._____Change to:_____

19    _____

20    Reason for change:_____

21    Page No._____Line No._____Change to:_____

22    _____

23    Reason for change:_____

24

      SIGNATURE:_____DATE:_____

25    Edward Tomba
```



EDWARD TOMBA                                          February 22, 2016
JACKSON vs CITY OF CLEVELAND                                       212

```
 1   Reference No.: 355660

     Case:  JACKSON vs CITY OF CLEVELAND
 2

 3   Page No._____Line No._____Change to:_____

 4   _____

 5   Reason for change:_____

 6   Page No._____Line No._____Change to:_____

 7   _____

 8   Reason for change:_____

 9   Page No._____Line No._____Change to:_____

10   _____

11   Reason for change:_____

12   Page No._____Line No._____Change to:_____

13   _____

14   Reason for change:_____

15   Page No._____Line No._____Change to:_____

16   _____

17   Reason for change:_____

18   Page No._____Line No._____Change to:_____

19   _____

20   Reason for change:_____

21   Page No._____Line No._____Change to:_____

22   _____

23   Reason for change:_____

24

     SIGNATURE:_____DATE:_____

25   Edward Tomba
```



**A**

**aba**
202:1
**ability**
85:25 100:8
113:11,13
**able**
67:7 122:2
123:17 183:15
**abovenamed**
209:9
**aboveset**
209:10
**absence**
54:8 165:10
199:16
**absolutely**
139:25
**abuse**
9:18 28:22
**academy**
5:10 6:13,14
40:4,5,6 56:17
103:14 104:1,4
104:12,21,24
105:16 118:16
140:24 142:2
150:8,17 153:1
154:1,5
**accelerating**
83:22
**accounting**
58:7
**accuracy**
76:7
**accurate**
76:13 119:4
148:24 208:5
**acknowledge...**
120:17 121:5
**acted**
133:12,21
134:10
**acting**
172:6
**action**
7:23 42:24
71:10,11,19
72:4 178:2,6

209:16
**activities**
41:8
**actual**
76:16 146:10
162:15 188:6
**add**
161:21
**added**
130:14
**addendums**
113:22
**addition**
188:5
**additional**
72:16 80:13
114:9 155:19
174:13,17
175:11 183:13
**address**
89:21
**administer**
209:8
**administration**
130:21
**administrations**
187:3
**administrative**
56:15
**adopted**
98:9 100:15
171:4
**adult**
168:19,21 169:6
169:8 170:3,24
171:5
**adults**
168:24 169:18
**advise**
46:16
**advised**
177:9
**advises**
177:7
**affairs**
7:11,25 8:6,10
**affect**
47:9
**affiliated**

209:16
**aforementioned**
209:13
**afternoon**
20:4 49:4
184:17,18
**age**
4:1
**agents**
99:17,18,21
179:15
**ago**
5:14,15
**agree**
88:15,18,18
180:24
**ahead**
42:21,22 56:21
81:5,6 85:23
91:9 101:17
107:14 109:4
123:11 135:14
158:24 168:14
174:25 175:12
176:10 179:8
189:13 190:7
192:13 198:7
201:15
**ahold**
74:24
**airport**
5:1
**ajamu**
1:8 2:14 5:22
**akron**
2:17
**al**
1:6,8,11
**allegation**
42:11 179:16
180:5,25
**allegations**
7:12 21:16
**alleged**
21:9,10 42:15
179:16 180:14
**allencompassi...**
88:3
**allow**

6:5
**allowed**
60:6,9 170:23
**amended**
11:6 117:16
123:7 129:15
130:7 132:9,10
**amendment**
94:9,17 116:9
**amendments**
41:1 94:19,22
119:10 130:1
**amount**
148:15
**analysis**
86:1
**analyze**
171:14
**andress**
2:16
**annual**
194:14 198:15
198:20,21,24
**annually**
40:20,21
**answer**
6:6 48:20 52:17
68:3 84:24
85:12,23,25
86:14,15,19
89:17 91:11
100:8 101:14
101:17,23,24
105:18,21
108:6,6,11,12
108:24 109:2,3
109:16 110:5
110:17 111:4
113:11 115:7
117:12 122:23
123:1,22
124:19 129:20
132:9 133:25
134:1,25
136:23 137:17
137:20 138:10
139:6 141:8,24
142:12,23,24
143:8,19 145:2

145:14 156:14
158:1,18 159:7
159:17,25
160:10,18
161:1,8 162:13
163:11 165:4
165:22 166:8
166:16,24
167:9,20 168:3
168:15 169:1
170:6,14 171:2
171:17 172:1
172:14,24
173:19,23
174:14 175:4
175:12,15
176:9,12 178:5
180:11 181:15
182:2,14,23
183:12,20
184:6 185:2
186:11,18
187:12 188:11
188:23 189:12
190:22 191:8
191:12,22
192:5 194:12
194:21 195:1
196:9 198:19
200:2 201:2
202:16,25
203:15 205:4
205:20 207:3
207:10
**answered**
7:18 8:8,9 57:20
91:9 92:20
105:21 108:21
108:25 109:16
110:5,17 111:4
133:1 137:19
141:24 142:12
142:23 143:8
143:19 164:16
167:8 168:2
171:2 173:18
174:12 175:10
176:2,9 183:11
184:4 194:11

**answering**
20:11
**answers**
24:1 65:7,8
133:2 136:7
139:2 161:20
200:8
**anybody**
21:20 22:23
65:1
**anytime**
189:9,9
**appearances**
2:1
**appeared**
129:23
**appears**
64:5 69:1 80:2
94:16,19 97:9
97:14 100:10
112:10,12
119:13 148:21
149:22 178:21
204:2
**appendix**
187:2 206:5
**application**
98:22 101:11
118:11
**appoint**
67:5
**appointed**
5:6 9:12 10:19
33:14 66:10
**apprise**
52:12
**apprised**
51:11,17 167:17
**appropriate**
66:5 181:20
**approval**
65:1,19
**approximate**
134:23
**approximately**
97:25 112:12
**april**
115:12 116:8
**arabic**

**197:1 199:9**
**area**
47:7,8 131:15,15
131:17
**areas**
16:19 23:21
135:11 137:1
140:19
**arent**
52:6
**arose**
197:6
**arrest**
82:21
**article**
78:2
**ashley**
10:12
**asked**
20:23 49:22
91:8 92:20
105:20 108:5
108:20 109:15
110:4,16
119:23 121:13
137:18 141:23
142:11,22
143:7,18
164:15 167:7
168:1 171:1
173:18 174:11
175:9 176:1,8
177:10 178:23
183:10 184:3
192:12 194:10
195:8,21
**asking**
5:24 6:5 156:18
156:22,25
157:6 158:15
176:6 177:25
**asks**
156:1
**assert**
124:16
**assessment**
83:18
**asset**
195:17

**assigned**
6:16,17,24 8:23
47:24 48:2,5,7
50:25 118:13
180:15
**assignment**
55:15 56:1
59:19 103:4
106:12,14
118:12
**assist**
106:2
**assistance**
186:5 192:24
**association**
145:25
**assume**
34:24,25 64:18
65:10,16 72:12
74:2 84:18
88:8 149:17
**assumed**
43:8
**assuming**
87:20 198:6
**assumption**
64:23 88:6
**attach**
203:8
**attached**
69:3
**attend**
116:22 121:13
**attendance**
153:3,5,25 154:4
**attended**
104:3,12 149:8
152:7 154:14
**attention**
190:17
**attested**
122:20
**attesting**
123:14
**attorney**
21:15 78:3
97:10,18 98:9
98:23 99:17
105:7 145:22

**177:1 209:14**
209:15
**attorneys**
13:6 15:6 17:22
85:11 96:21
97:1 110:1
125:18
**audio**
180:19
**audits**
161:3,9
**august**
95:2
**authored**
186:6
**association**
18:8 65:11 66:4
66:23 94:12
**authorize**
99:14
**authorized**
209:7
**auto**
8:16
**available**
44:13 142:8
200:15
**avenue**
2:21
**avenues**
180:13
**avoid**
157:17
**awarded**
148:11
**aware**
21:10,16 75:21
80:12 90:17
94:24 99:10
103:24 128:14
128:18,22
129:1,5 135:3
135:22 138:12
141:18 159:8
160:4,12,20
161:3,9 165:18
165:23 171:11
171:19 172:17
173:13,20

**178:2,6 181:22**
182:4 186:19
186:20,23
187:4,7,13,20
188:6,14
189:25 190:3,8
190:9,18
191:25 192:6
204:24 206:21
207:6

_____
**B**
_____
**b**
11:6 12:19
14:14 55:19
85:24 90:3
**ba**
10:7
**bachelors**
10:8
**back**
22:10 30:2,7
31:4 34:18
43:21 54:1,9
62:11 70:5
71:21 82:24
89:9 90:18
116:17,24
117:10 142:14
156:15 173:1
195:19 196:15
**background**
93:12
**badge**
39:5,6,7
**based**
44:23 51:22
52:6 84:15
193:20 194:1
200:14
**basic**
6:17 88:20,21
**basically**
54:7 59:15
83:24 153:1
**basis**
52:20 77:22
138:4 172:24
173:18 179:13
179:23 182:12

182:23 183:20
201:2 206:2
207:10
**bates**
36:18 41:4 44:5
63:16 67:20
69:15 76:18
82:20 93:9
97:22 111:13
126:2,20 144:7
146:20 193:2,8
203:23 206:4
206:11
**beat**
59:2
**beaten**
177:17 180:6
**beginning**
5:4 147:8
195:20 201:14
**behalf**
1:20 2:5,14,19
2:24 11:18
14:1 16:2 18:7
139:3
**belief**
87:11 136:23
137:9 138:5
139:8,11,23
175:16
**believe**
18:22 24:12,14
31:3 34:22
35:18,21,21
37:18,22 38:23
45:14 60:12,12
63:17 66:24
71:3 77:8
81:21 89:8
90:5 91:23,24
100:20 104:16
104:17,17
105:23 107:2
108:22 111:21
129:21 138:2
141:25 144:20
146:11 158:2
162:9 171:3
181:5,18

187:15,23,24
190:24 194:12
203:5
**best**
20:25 66:24
85:25 100:8
113:11,12
117:5 146:12
146:13 169:6
195:25
**beyond**
122:21 133:25
168:13 172:12
180:9 181:2,12
181:15,25
182:12 183:11
187:11 188:10
188:21 189:10
190:5 194:25
196:8 198:5,18
199:25 203:12
203:13 205:2
205:17 207:1
**binder**
39:17
**binding**
11:17 13:25
16:1,10 17:1,7
18:7
**bit**
56:15 105:10
116:24 131:3
140:22 165:7
168:21 181:18
**blank**
204:3,6
**board**
152:1
**boards**
195:11
**bomb**
9:20
**book**
58:20,23 59:1,4
59:7,10 60:13
60:19 61:11
62:5,7 77:6
79:20 93:14
121:11,15,22

124:10
**books**
59:13 60:11,24
61:5,7 130:16
**boss**
59:9
**bottom**
38:14 41:4
69:20 115:13
150:7 193:3
197:4 201:9,21
206:12
**boulder**
2:3
**bound**
76:22 78:21
**boyko**
1:4,10
**brady**
17:18 85:16
86:8,18 87:3
159:12
**breaery**
112:3,3,22
**break**
6:9 63:3 127:1
157:10 161:10
**brian**
1:15 209:7,21
**bridgeman**
2:14 5:22
**brief**
55:18 184:19
**bring**
121:14
**broad**
25:19 26:2
28:24 55:22
130:20 174:11
199:5
**broadway**
2:3
**broke**
61:17
**broken**
75:2
**brought**
44:10 164:11
177:8

**budgetary**
199:3
**building**
45:13 115:10,14
**buildings**
189:17
**built**
45:14
**bulletin**
116:9,18 117:6
**bulletins**
116:11,12,15
117:2
**bunch**
135:10
**bureau**
4:19,20,20 7:11
8:24 9:12
106:18,19
**bureaus**
9:17 33:24
**business**
8:13,16 46:17,19
46:22,24 75:1
**businessmen**
195:22
**busy**
74:20

---
**C**
---

**c**
2:7 12:23 55:19
90:3 112:3
209:3,3
**california**
193:20,25
**call**
20:13,13,14,24
32:17 59:14
73:23,25 74:20
75:8 103:20
121:13
**called**
4:1 20:14 30:10
44:25 71:22
74:15 147:21
177:12 186:20
187:9
**calls**
7:18 57:21 86:1

121:13
**cant**
34:18 40:12
86:19 87:19
115:7 163:23
196:13
**capacity**
200:8
**captain**
179:2
**car**
7:15 47:21
121:23
**card**
118:12
**career**
189:8
**carney**
206:7
**carry**
61:20,21
**cartoons**
188:14
**case**
1:5,10 5:20
16:13,22 19:18
21:9,12,16
23:4 34:2
44:16 45:19,22
48:2,6,12,15
49:18 50:7,21
51:1,1,8,14,18
52:19,20,21,23
53:25 55:9,22
57:4,6 60:15
61:8 62:9 65:7
85:16 97:5
98:5 99:19
102:11 127:8
129:25 134:10
135:4 145:6
147:4 148:3
149:12 155:11
155:18 164:24
165:16 166:5
170:21 171:7
184:21 185:10
186:9 191:5
193:1,10

**cases**
28:4 49:12 53:6
  77:25 96:22
  97:3 122:13
**categories**
104:25 130:21
**cause**
1:21 41:8 42:14
  44:9
**center**
76:6
**central**
74:15
**century**
204:21
**certain**
42:24 49:18
  122:24 138:14
  148:15 153:2
  195:9
**certainty**
34:18
**certificate**
147:9,14 148:6
  148:12,14,14
  148:22 149:1,2
  149:6,9 150:23
  151:2,5,7,15
  151:18,23
  152:6,10
  154:24
**certificates**
141:10,14 147:2
  155:20
**certification**
146:2
**certified**
4:4 146:1
  147:17,20
**certifies**
151:24
**certify**
147:12 148:9
  208:3 209:8,8
**cfc**
153:11
**chain**
65:5
**chance**

68:7 69:12
**change**
23:7 40:17
  208:7
**changed**
46:12 66:8
  102:8 130:25
  131:1,2 177:13
  177:17 180:12
**changes**
23:15 40:8
  119:10 173:7
  173:13 174:1,7
  174:18 175:6,7
  175:13,23
  204:21
**characterization**
196:4
**characterize**
181:7
**charge**
44:8 54:18
  114:14,15
**charged**
50:5 163:6
**charter**
24:15 66:2
**check**
177:25 178:3
**chief**
4:13 8:9 10:1
  12:12 22:12,18
  22:19 23:1,2
  23:15,17,25
  24:13 25:4,5,6
  25:7 29:25
  33:20 40:16,23
  41:5,6,16
  42:14 44:20
  45:25 46:5
  54:6 64:24
  65:7,15,23,24
  66:7,10,10,18
  66:20,22 67:3
  67:6,23 85:23
  86:23 87:17
  89:18 90:2,4
  93:18 107:15
  108:6 109:4,16

110:17 111:4
123:21 124:3
124:20 127:6
129:9 133:25
134:4 140:11
142:12,23
143:8,19
158:14 160:10
160:18 167:9
168:3,15 170:6
170:15 171:17
172:1,14
173:19 174:14
174:25 175:11
176:10 177:5,7
178:5,14 179:8
180:11 181:15
182:1,14,23
183:2,12,20
184:7,20
185:22 186:18
187:12 188:11
188:23 189:12
190:7 191:9
192:9 195:1
196:9 197:11
198:7 200:2
201:13 202:15
202:25 203:15
205:4,20 206:8
206:22 207:3
207:14
**chiefs**
10:25 120:25
**child**
9:18 28:22
**chronological**
76:24 112:11
**circumstance**
169:11
**circumstances**
44:18 46:3
  98:21
**cited**
92:20 109:18
  183:16
**cites**
202:1
**citizens**

66:25 195:23
**city**
1:6,11 2:21,22
  2:24 5:19,21
  5:22 6:19 9:17
  11:7,13,17
  13:24 16:2,9
  16:20,25 17:6
  17:8,11 18:6,9
  18:19 24:2,15
  36:18 39:10
  42:5,8,18
  44:17 45:1
  65:12 66:11
  69:17 84:11
  85:15 88:2
  113:25 117:20
  123:13 132:8
  132:11 133:10
  133:13,22
  135:5,8,20
  136:6,22,24
  137:4 139:4
  140:16 142:16
  143:3,11 156:2
  156:4,10 157:1
  157:10 158:3
  158:19 159:2
  159:10 160:4
  160:12,20
  162:6 167:2,22
  173:8,24 186:9
  189:17 190:18
  193:1,21 194:4
  195:17 200:4,9
  200:24 203:24
**citys**
11:18,20 14:1,1
  16:11 17:3
  34:6 133:18
  135:2
**civic**
195:17,22
**civil**
4:3 197:18
  209:17
**civilian**
180:16
**civilians**

172:7
**classified**
130:20,23
**clayton**
177:16 179:20
  181:10
**cle**
36:18,19 37:4
  41:4 44:6
  46:14 67:20,22
  69:16 76:18
  97:23 111:13
  115:9 117:24
  119:1,20,25
  120:15 124:14
  125:1,19 126:2
  126:12,20
  144:7 146:21
  149:22 150:22
  151:6,14
  152:18 153:23
  176:22,22
  177:4 193:9
  203:25
**clear**
6:4,7 20:18
  22:15 124:5
  156:22 158:12
  158:14,17
  159:25 191:10
**cleveland**
1:6,11,18 2:8,12
  2:21,22,24
  4:12 5:1,7,20
  5:21,23 10:4,9
  10:14,15 11:7
  11:17 13:18,19
  15:20,20 16:2
  16:9,19,20,25
  17:2,6,8 18:6,9
  18:20 21:21
  22:1 24:2,15
  26:20 27:12
  36:18 44:18
  62:16 63:18
  66:11 68:11,15
  68:15 84:11
  103:10 117:20
  132:11 133:14

133:22 135:8
135:20 136:22
136:24 137:4
139:4 140:4,17
141:19 142:5
142:16 143:3
143:11,13
146:8,11 156:2
156:11 157:1
157:11 158:4
158:20 159:2
159:10 160:5
160:13,21
167:3,23 173:8
173:8,25 182:7
184:25,25
185:1,13,18
186:5,16 187:4
187:8,9 188:16
189:6 190:18
191:4 192:2,25
194:23,24
195:3,6,21
196:5,7 197:7
197:12,19
198:16 200:24
201:7,16,16
202:3,21
205:13,23,24
206:16 207:7
209:18,22
**clevelands**
132:9 136:7
**client**
177:9,11,13,16
179:21 181:9
**clifton**
38:17
**clinic**
10:14,15
**clock**
152:3
**clothes**
106:14
**code**
147:13,17,24
148:3,10,16,19
149:3,13,18
150:4,23 151:3

151:9,15,18
154:25
**college**
10:3 152:2,11
**column**
98:1
**come**
7:22 39:23 53:7
58:12 59:6
86:11 87:24
117:1 185:10
191:1
**comes**
23:2
**comfortable**
106:3,24 170:22
**coming**
49:17
**command**
33:14 65:5
162:22
**commander**
9:12
**commanders**
4:23 33:23
**commanding**
120:23
**commands**
4:18,22
**commencement**
46:21
**comment**
196:13
**comments**
120:3
**commission**
186:21 205:7,23
209:23
**commissioned**
205:12,24
**committed**
55:3
**committee**
195:23 196:3
**communicate**
31:25 47:19
49:23
**communicated**
32:7,10

**communicatio...**
120:4 130:22
153:15
**community**
195:7
**comodeca**
16:6 147:10,12
147:16 148:7,9
178:7,9 179:1
179:3,10,19,25
181:8,22
**complainant**
179:11,15
180:22
**complaint**
21:12 42:14
71:13 133:15
133:16 162:10
176:25 178:8
178:19 180:1,3
180:14 182:9
182:18 184:20
185:3 186:24
**complaints**
8:17 161:25
181:8
**complete**
49:21 68:21
69:7 112:21,24
123:14 180:21
181:10 206:14
**completed**
148:9 149:8
151:25 152:9
152:12 198:4
**completely**
134:22
**completeness**
122:19
**completing**
149:2 151:9,18
**completion**
57:15 148:15
151:5 152:10
154:25
**complex**
197:16
**compliance**
120:7 121:17,18

121:19
**complicated**
49:12
**complied**
68:16
**comply**
97:6
**computeraided**
209:11
**concern**
193:23
**concerned**
83:17 134:15
195:23
**concerning**
26:8 50:7 181:9
186:21 205:12
205:13
**conditions**
206:17
**conduct**
25:20 26:3,15
37:6,14 104:6
142:20 146:14
159:4 186:22
201:17 202:4
206:14
**conducted**
55:21 154:1,6
161:4 180:1,2
180:7 187:8
**conducting**
12:19 13:8
14:14 15:9
27:24 35:1
81:1,18 83:1,2
83:4 90:22
108:17 124:24
125:24 162:24
163:1
**conference**
20:14
**conferred**
55:20
**confidence**
67:5 197:17
**confident**
139:17
**confirm**

11:12
**conforming**
197:18
**confront**
23:21
**connection**
99:18
**conny**
94:12
**consent**
44:20 45:24
46:5
**consider**
51:16 52:11
**considered**
51:7 97:4
**consistent**
180:1,4 206:17
**consistently**
134:10
**constituted**
114:1
**constitutional**
172:7
**consultant**
193:20 194:1
**consultation**
29:21 177:15
**consulting**
194:5
**contacted**
21:18
**contained**
31:21 90:25
124:25 125:11
125:19 126:1
126:11,19
131:12 134:3
155:21
**contains**
113:1
**contend**
135:8 140:16
**contentions**
77:2
**contents**
13:16 15:17
**contest**
198:10 202:20

**context**
204:14
**continue**
88:20 169:15
**continues**
43:19
**continuing**
103:20 114:8
**contract**
209:16
**contrary**
84:2
**contribution**
83:19
**conversation**
19:25 20:15,19
21:2
**conversations**
32:21
**copies**
40:10,11
**copy**
10:25 39:2,16,18
39:19,25 40:6
41:13 43:2
68:10,20,22
69:3,8 70:24
72:10 79:2,20
79:21 80:9
97:6 111:19
112:4,21,24
120:24,25
130:10
**correct**
9:9 31:18 37:16
41:19 42:4,6
45:24 48:3
52:5 53:18
57:7 69:25
72:11 84:21
85:17 88:13
93:18 94:18
95:12 96:13
101:7 102:3
103:7 112:20
114:22 115:2
124:15 130:8
131:10 133:16
135:17 136:13

138:18,22
139:1 140:10
149:21 150:2
159:24 165:2,5
166:25 179:5,9
184:21 185:3
186:12,13,19
197:5 198:9
200:22 201:3
**corrections**
208:6
**correctly**
76:4 89:25
156:17 168:6
188:3
**corrigan**
90:1 96:25
97:16 98:9
159:20
**corrigans**
97:10
**corruption**
186:22 205:14
**couldnt**
19:14 57:1
61:14 86:15
104:16 171:9
195:14
**council**
105:7 141:1
145:18,19
147:11 148:8
148:17
**councils**
146:8
**counsel**
1:20 98:2,23
100:1 101:13
131:16,22
209:14
**counsels**
142:9
**county**
35:23 44:16
45:22 62:14
78:1 79:6
96:25 209:5
**couple**
64:8 127:12

137:22 192:11
**course**
12:1 13:15 14:8
15:16 27:7
34:12 35:13
44:10 82:2,3
91:6 107:11
108:4 110:15
122:10 126:10
127:23 148:16
151:25 152:8,9
152:16 153:21
**court**
1:1 11:4 50:9,18
63:13 67:19
86:6,21 96:22
97:1 98:3,23
100:3 101:12
102:13 104:4
124:2 190:1,19
190:25 192:22
203:21 209:16
**cover**
37:4,5 57:5
64:15 84:3,14
112:2 198:24
199:2
**covered**
8:13
**covers**
83:24 84:6
93:21
**cpd**
138:14
**create**
197:15
**created**
24:24 33:12
35:22 53:24
205:7,19,21
**creating**
24:10 25:2
**creation**
13:16 15:17
**crime**
4:25 7:19 50:5
52:14,15 55:2
55:4 169:24
186:21 199:2

205:7,23
**crimes**
7:3 8:15,25 9:2
9:18,19 27:22
28:22 122:13
**criminal**
12:24 13:5
14:24 15:6
17:21 44:10
77:25 81:11
83:10 85:10
87:14 96:22
97:2,4 98:5
109:12,25
125:7,17
131:22 142:9
147:13,17,24
148:3,10,16,19
149:3,12,18
150:4,23 151:3
151:9,15,18
154:25 186:22
195:24 196:1,1
**criticism**
185:17
**culminating**
201:24
**cummings**
16:6
**current**
4:11 10:1
130:11
**currently**
31:14 33:11
145:24 197:19
**custodial**
95:3,15
**customary**
61:25
**customs**
11:21 34:7
133:13 134:7
**cut**
193:3
**cuyahoga**
35:23 209:5
**cycle**
40:23

————— D —————

**d**
3:1 13:3 55:19
90:3 109:23
157:4 209:17
209:19
**daily**
55:14,20 56:1,10
56:20 57:3,9
58:8 59:23,25
115:16,19,22
139:17 165:25
168:18
**dash**
96:9
**date**
38:4 71:25
86:19 112:13
115:11 116:21
130:12 134:23
155:6 197:13
201:19 202:6
205:9 209:13
**dated**
69:7 70:17 95:2
96:20 102:17
116:8 117:25
119:2 120:1,16
147:11 149:4
150:24 151:8
151:16 152:19
153:24 177:6
206:8
**dates**
152:3 158:13
**dating**
114:2 202:2
**david**
2:11
**day**
16:23 29:21,22
47:19 48:6,13
49:2 55:16
56:16 60:2
177:12 209:19
**days**
73:23 74:1
121:18,21
148:23 194:24
**daytoday**

25:23 26:5
**deal**
104:7
**dealing**
189:20
**dealings**
62:25
**deals**
122:12
**debriefing**
165:25
**december**
29:19
**decentralized**
118:17
**decide**
27:9 52:2,22
91:14
**decided**
86:8 102:13
166:21
**decides**
166:2,12
**decision**
7:22 27:4,5 28:3
86:11,21 91:15
**decisions**
28:5 66:9 104:5
**defendant**
2:24 11:7 21:8
61:8 62:8 99:1
99:7,11 132:11
133:10 134:9
136:24 147:3
155:11,18
173:24
**defendants**
1:7,12 2:19 13:5
15:6 17:22
85:10 87:14
109:25 125:18
133:10,20
142:9
**defense**
13:5 15:6 77:2
78:3 85:11
96:21 97:1
98:2,23 100:1
101:9,13 110:1

125:18 131:16
131:22 142:9
**define**
105:25
**defined**
96:25 209:17
**definite**
139:21
**definitely**
34:22
**degree**
10:8
**department**
2:21 4:12 5:7
10:10 13:19
15:20 16:20
17:2 21:18,21
22:2 23:18
24:11 26:20
30:24 31:6
33:2,3 37:8,15
43:4 44:17,22
45:23 53:21
54:11 60:10
65:25 67:10
68:12 70:22
72:10 74:7
77:12 78:21
86:10,24 89:14
94:12,14 96:24
96:24 98:1,10
98:16 100:15
100:18 103:10
117:7 120:6,21
121:9 139:16
140:4 141:19
142:6 143:14
143:21 144:16
144:20,22
163:13 171:4
171:13,15,21
172:5,9,19
177:9 178:3
181:1 182:7
183:5 185:1,19
186:6,16 187:4
187:8,9,24
188:1,8,17
189:1,6 190:3

191:4 192:2,25
193:21,24
194:4,8,23
195:4 196:7
197:19 198:16
199:15 200:17
203:5,6,11
205:13,15
206:16,24
**departmental**
30:6,8,10,14
35:6,8,17 87:7
95:24 120:18
120:22 152:18
197:15 204:19
**departments**
16:18 99:17
139:15 140:3
173:9 201:18
202:5
**depending**
165:19
**depends**
121:25 166:10
169:20
**deponent**
208:1
**deposed**
4:5 5:12 20:7
**deposition**
1:14 3:7,8,8,9,9
3:10 5:17,19
10:23 11:1,5,6
18:17 19:5,21
21:22 34:4
36:12,24 61:3
61:9 63:10,14
63:20 64:2,4,8
64:13 67:14,16
67:19,21,24
68:9 69:2,6
70:5 71:1,5
80:14,25 81:9
81:16 82:6,24
83:3,8 85:7
87:17 90:20
91:3 92:23
93:1,10 99:6
107:5,7,19,25

108:16 109:9
109:10,22
110:11,25
111:8,12,17
122:4,6 123:8
124:13,23
125:1,6,11,15
125:20 126:7
126:12,17,19
127:19 132:7,8
132:21 133:5
136:6 140:15
143:23 144:4
144:11 146:21
155:14,24
168:14 170:6
172:13 173:1
173:21 174:12
176:20 180:10
182:13 187:21
188:22 189:11
190:6 192:10
192:23 202:14
203:22 204:15
205:2 208:4
209:9,10,13
**depositions**
209:8
**deputy**
4:13 10:1 67:23
127:6 158:14
184:20
**derogatory**
188:15 189:16
**describe**
25:23 173:6
**described**
27:13 71:20
133:14
**description**
78:14
**descriptions**
25:18
**designated**
5:20 11:13,16
12:6,20 13:24
14:16,22 15:3
16:1,9,25 17:6
18:6 200:4,9

**desk**
121:24
**despite**
204:21
**destroyed**
134:21,24 135:1
135:4
**destroying**
13:12 15:13
81:25 91:4
92:12 110:13
126:8
**detailed**
106:17
**detailing**
80:2
**details**
50:7,15 77:21
**detective**
6:24,25 8:23
13:13 15:14
26:24 31:21
45:3 51:4
52:11,21 55:20
75:24 82:1
91:5 92:13
106:6,7,10,11
106:15,17
110:14 126:9
154:7,9,11,14
155:5 165:9
166:2,11,19,20
167:15 177:1
177:12 182:5,8
183:16
**detectives**
8:25 9:8,9 13:19
13:22 15:21,24
31:14 47:23
48:1,5,7,14,22
49:10,16,17,20
49:22,24 51:13
53:17,22,24
56:2,4,9,22
75:3,22 79:1
82:9,23 89:3
93:3,6,7 98:18
103:10 107:1
111:2 116:4

126:19 141:19
142:6,17,20
143:5,13
144:16,24
155:11,18
165:2,12
166:25 183:1
**determination**
52:10 91:13,14
91:20 134:7
**determine**
171:22 172:20
**determined**
86:5
**develop**
193:21
**developing**
194:17
**developments**
11:24 14:5 34:9
35:10 44:1
80:17 107:9
108:2 122:7
127:21 141:21
**dialog**
169:15
**dictate**
74:16 75:8,15
**dictated**
76:14
**didnt**
21:7 31:11
39:23 42:12
56:11 62:3,12
69:12 75:24
87:10 88:11
106:8 109:8
117:4 162:6
164:9 187:24
190:16 191:10
**difference**
25:14 64:1
**differences**
63:22
**different**
16:19 23:4,5
25:18 27:16
32:2 38:4
43:11 77:8

96:17 104:25
116:10,24
118:15 127:8
130:19 131:3
162:12 168:21
180:16 181:18
189:17
**differently**
168:24
**diligent**
137:3
**diligently**
111:23
**direct**
9:5 41:7 54:18
**directed**
120:6 163:11
**direction**
145:22 209:12
**directly**
8:9 83:15
**director**
23:23 24:1,3,9
65:2,8,8 66:3
66:14,16 94:13
206:7,23
**disagree**
204:24
**discarded**
134:21,23
**disciplinary**
42:24
**discipline**
13:21 15:23
17:10 37:6
82:8 93:2,4,5
111:1 121:20
126:18 156:4
157:18,18
162:5 182:4,6
182:8,15,17
183:1 202:4
206:15
**disciplined**
157:19 183:9,16
184:1
**disclose**
26:9,22 27:14
29:4 87:9,13

131:9 143:5
**disclosure**
12:24 13:3
14:24 15:4
81:12 83:11
85:8 109:13,23
125:8,16
131:15,21
**discovered**
38:23
**discovery**
38:22 96:21
99:14 100:21
102:9 134:20
145:6 147:5
**discretion**
199:14
**discriminatory**
190:1
**discussed**
40:2 92:7 110:2
115:20 131:17
135:22,23
137:15 142:3
155:13 173:16
**discussing**
120:13 136:17
**discussion**
58:11 78:20
116:10
**discussions**
197:7
**disobey**
84:12
**dispose**
60:6,10
**disposition**
59:22
**dispute**
194:18 199:20
202:7 203:9
205:22 206:3
**distributed**
39:13,15 70:19
70:21 98:15
144:15
**district**
1:1,2 6:18,25
7:17 8:12,13

8:16,23 9:1
188:25
**districts**
97:7 188:16
**diversity**
104:6,15 187:22
188:5
**division**
1:2 4:18,24 6:17
7:8 22:13 23:8
23:11 24:4,5,5
25:19,21 27:17
27:23 28:16
30:1 37:7
40:19 41:7,8
42:1 43:8
44:14 45:16
60:14 65:11
66:25 67:6
68:15 70:11
82:13 83:15
94:14 106:11
118:9,13
147:23 156:21
174:4 189:18
189:21 190:13
190:14 195:18
199:4,7,7
**divisional**
22:8 29:10,12,14
29:18 30:3,9
30:12,16,20
40:14,16 65:15
87:1,2,8 89:21
90:5,9 95:24
116:18,19,25
117:18
**divisions**
97:7
**document**
11:9 16:12 17:3
17:24 19:14
25:17 26:19
32:6,11,14,15
33:1,4 35:3,10
35:22 36:22
44:1,5 55:25
56:17 70:18
72:24,25 73:1

78:11 80:9,14
80:17,24 81:5
81:9,16,22
82:4,5,6,10
89:22 93:9
99:9 107:15
109:1 111:15
115:22 117:15
123:8 124:14
129:21 132:14
134:19,22
136:11 141:20
142:1 143:14
144:6,7,8,18
144:24 145:3,5
146:12 153:12
153:16 154:14
154:20 160:15
162:10 167:4
179:8 185:14
186:20 187:6
187:13 191:25
193:12 195:20
196:15 198:1
204:1,12
205:11
**documentary**
156:23
**documentation**
12:2 14:9 17:16
54:23 72:4
80:20 82:12,14
102:11 156:9
162:6,15
**documented**
26:16 32:22
49:1 55:12,13
55:14 57:22
71:19 72:2
73:12 74:23
78:10 88:24
122:25 141:16
153:14 162:1
172:8
**documenting**
11:23 12:19
13:8 14:4,14
15:9 34:9 81:2
81:19 83:2,5

90:22 107:8
108:1,18 122:6
124:24 125:24
127:20 142:18
**documents**
16:16,22 18:19
19:4,6,9,13,17
20:12 21:5
22:4,9 30:4,14
31:9,10 35:18
36:23 42:10
56:13 61:2
67:24 72:19
80:21 81:15
92:4 99:16
107:13 109:18
111:16,18,24
112:11 113:14
113:15,19
114:1,9,11,17
114:20 117:2
122:18 123:3
123:13 125:4
127:10 134:25
135:3 137:8,9
137:22 138:5
138:17,19
139:8,19 141:9
141:17 144:10
148:2 149:11
149:15 155:13
155:15,17
157:24 161:22
162:2 164:7
173:16 174:21
175:2,4,16
178:13,14
181:24 191:2,2
191:17,18
192:1,15
**doesnt**
46:9 49:5 66:24
74:1 85:1
187:18,19
**dog**
24:6
**doing**
59:4 106:4
162:23 191:16

**domestic**
9:19 57:21
**donated**
39:1 112:9
**dont**
5:25 21:17 25:1
27:4 28:5 29:7
33:13,13 34:24
37:22 38:12,12
38:15 41:2
44:4 46:7,11
46:13 52:1
53:11 56:11,12
56:25 57:6
60:12,25 64:1
64:14 66:15
70:25 72:16
73:7,10,16
74:5 77:8,14
77:18 78:9,9,9
78:19,23 79:17
79:23 80:23
81:21 88:25
89:19,19,20
90:5 91:23
93:22 104:16
104:17 105:4
108:22 114:10
114:13 115:7
116:13 118:6
121:3 128:2,7
129:19,21
137:20 138:1
138:19,23
140:5,8 144:14
144:14,17
145:3 146:10
148:1,5,5,20
149:16 150:18
150:21 151:13
152:17 154:8
155:15 157:14
157:18 158:2
169:3 171:3,6
171:9 172:16
174:16,16
175:5,20
176:11 179:17
183:6,13

187:20 189:24
190:24,24
194:6,20
196:10,13
198:20 200:24
203:1 205:21
207:4
**downtown**
8:13,15 47:15
**draft**
68:10,14,20 69:3
**drafted**
197:14
**dramatically**
180:12
**driving**
121:24
**duly**
4:4 209:9
**duties**
4:15,17 9:14
26:21 68:10,16
69:4 70:7,12
70:14 76:25
82:12
**duty**
8:25 27:8,13
34:20 46:16,18
46:21,23 51:17
51:20,21 55:14
55:20 56:1,10
56:20 57:3,9
58:8,22 59:5
59:24 104:11
115:16,20,23

———— E ————
**e**
2:11 3:1 13:8
135:17 137:14
140:20 209:3,3
**earlier**
71:20 92:4
115:20 120:13
142:14 166:1
187:21
**early**
57:24
**east**
6:18

**eastern**
1:2
**edits**
25:11
**education**
103:20
**edward**
1:14 3:2,4,5 4:1
4:6,10 184:11
192:20 208:2
208:24
**effect**
11:21 14:3 34:7
37:17,20,21
38:10,11 40:17
47:4 64:19,22
84:4 101:23
102:1,2,4,6,7
123:15 129:14
129:17,20
130:6,11
202:22
**effectively**
172:6
**effort**
157:14 180:20
191:15 197:21
**efforts**
16:11,15,15 17:8
137:21,22
138:14 156:1
156:10,15,18
156:19 157:1,9
157:10 158:3
158:19 159:2
159:10 160:4
160:12,20
161:21,23
162:3,7,14,17
163:15 164:11
164:18 167:2
167:10,22
172:3 185:9
191:4,19 192:2
**either**
42:12 54:17
65:14 71:18,20
79:20 168:17
**elementary**

88:21
**elizabeth**
2:2
**employee**
133:10 209:14
209:15
**employees**
37:7 42:1 45:1
84:9
**employment**
118:11
**ems**
24:6
**encompass**
26:5
**encompassed**
109:3
**encompasses**
26:3
**enforce**
42:8
**enforceable**
117:22
**enforced**
41:9
**enforcement**
14:2 34:20
39:10 47:18
59:1 86:22
91:13 103:15
104:9 146:2,4
146:14
**enforcing**
41:18
**engaged**
169:14 193:21
**engaging**
183:17
**englehart**
16:7 62:11
153:5 154:8,9
154:14,25
155:5
**ensure**
42:18 43:4
**entire**
58:10
**entirety**
181:14

**entitled**
98:24
**entries**
76:23
**esq**
2:2,6,7,11,15,20
**essentially**
68:18,19 113:2
**established**
22:2,12,18
**establishes**
102:21
**establishing**
22:24
**estate**
2:19
**et**
1:6,8,11
**eugene**
16:4 150:24
177:2
**event**
82:21
**events**
133:14
**everybody**
88:6
**evidence**
13:3,14 15:4,15
17:18 26:9,22
27:14,25 29:5
34:25 35:24,25
50:8,16,20
78:2 82:2 85:9
86:3,6 87:9,13
90:3 91:6,25
92:14 99:1,6
99:11 101:9
109:24 110:14
122:12 125:16
126:10 131:9
131:16,21
143:6 156:23
159:12,15
160:7 164:14
164:20 171:24
179:10,19
183:9,24
**evidenced**

199:15
**evolved**
104:18
**exact**
80:22 149:17
**exactly**
7:23 8:4 19:13
19:15 33:13
52:22 53:10
58:17 61:14
62:18 67:4
75:9 82:14,22
102:12 105:3
108:10 113:21
123:3 137:25
147:15 153:13
178:24 195:13
196:12
**examination**
1:15 3:2,3 4:2,6
184:11
**example**
39:21 47:23
52:24 66:15
**exceeds**
170:5
**excepted**
100:2
**exception**
99:13
**exculpatory**
13:3,14 15:4,15
17:20 26:9,22
27:5 82:2 85:8
87:9,13 91:5
91:15 92:14
109:24 110:14
125:16 126:10
143:6 159:14
160:6 164:14
164:20 171:24
183:9
**excuse**
56:21
**executive**
41:6
**exhaustive**
139:18
**exhibit**

3:7,8,8,9,9,10,10
3:11,11,12,12
3:13,13,14
11:1,5 36:10
36:12 63:9,10
63:14 64:3,4,9
64:13 67:14,16
67:19,21 68:9
69:2,6 70:5
71:2,5 80:14
80:25 81:9,16
81:22 82:6,24
83:3,8 85:7
90:20 91:3
92:17,23 93:1
93:10 99:6
107:5,19,19,25
108:17 109:9
109:22 110:11
110:25 111:7,8
111:12 122:4
125:1,11,20
126:12,20
132:3,7,8,16
132:18,21
133:6 136:1,3
136:6,18
140:16 143:23
144:1,4 146:17
146:21 155:14
173:1,21
176:14,17,20
192:17,23
203:18,22
**exhibited**
44:19 46:4
**exist**
28:10 33:11
46:8 68:21
114:11 137:24
138:25 146:5
150:21 200:11
206:18
**existed**
30:7 33:15
93:23 94:1
113:9 114:12
124:6,10
138:20 140:23

141:5 175:20
187:23 200:5
202:9
**existence**
24:19,24 69:9
137:12 138:8
139:10 175:18
183:4 187:25
202:22
**exists**
45:13 53:11
**expand**
164:17 167:9
168:3
**expanded**
100:20
**expect**
20:6 67:7 117:9
117:14 155:21
182:19
**expectation**
73:6
**expected**
25:20 26:18
42:5 45:20
47:17 49:23
53:20 54:2,9
54:11 73:2,7
73:22 75:15
78:6 95:6
98:19 99:25
100:13 143:1
155:23
**expecting**
73:5
**expenditures**
199:3
**experience**
33:17 74:6,8
75:5,23 76:5
196:11
**experienced**
106:2
**expiration**
29:24
**expires**
209:23
**explain**
43:15

**explained**
73:11 99:10
**explains**
26:21 33:3
**explanation**
73:4 91:12 99:4
**express**
181:4
**expressly**
120:6
**extent**
107:13 122:18
123:12 133:25
164:16 167:8
168:2 175:10
176:9 179:7
181:13 188:12
189:12 190:22
191:23 200:1
202:14 203:14
205:3,18 207:2
**extra**
10:25
**eyewitness**
17:13 156:6
157:12,23
158:5,21
162:18 163:17
164:3

─────────

**F**

**f**
13:12 206:6
209:3
**facetoface**
32:3 58:11
**fact**
11:12 20:7 32:6
69:15 80:8
105:3 139:22
161:6 172:5
202:8 205:23
**facts**
27:2 50:7,15
51:8,12,18,22
52:2,4,6,7,13
53:7 145:15
**failure**
17:18,24 159:12
160:14,15

167:4
**fair**
6:2,7,11 48:9,19
64:2,7,10,17
68:24 96:5
100:6 102:20
130:2,3 149:13
150:4 153:17
166:14 175:21
175:22 177:2
205:15
**familiar**
85:16 86:2
150:13 196:4
**familiarize**
42:2 46:20 50:6
50:20 54:4
**familiarized**
50:14
**far**
25:20 34:16
35:4 90:3
91:10 122:15
134:15 142:13
157:17 162:3
162:15 164:20
181:17,20
190:15
**farmer**
16:5 151:16,23
151:24 152:7
**fashion**
115:6
**favorable**
99:1,6,11 101:9
**fbi**
179:15
**february**
1:19
**federal**
88:2 190:1
**feel**
170:22
**felony**
82:21
**felt**
66:5 146:13
169:2
**field**

26:6 102:18,22
103:5,6,11,18
105:19
**file**
11:25 12:5 14:7
14:12 17:19
31:16,22 34:11
35:12 44:3
45:8,9 79:3,7
79:16,22 80:19
80:23 107:11
108:4 122:9
127:22 141:22
142:8 159:13
180:13 182:20
**filed**
44:12 176:25
**files**
13:18 15:19
16:12 45:19
57:4 118:18,19
118:20,21,23
147:3 155:22
**filing**
130:19
**fill**
55:16 116:22
**final**
18:8 23:18
24:13 65:11,19
65:24 66:2,4,9
66:12 67:9
68:21 76:7
171:12,20
172:18 182:25
183:7
**financial**
9:19 84:1
**financially**
209:15
**find**
111:24 183:15
208:4
**findings**
76:25
**fine**
12:11
**finish**
6:5 20:17

**finished**
155:5
**fire**
24:5
**firearms**
104:5
**firm**
209:16
**first**
4:4 5:6 25:25
39:8,8 49:21
68:14 71:24
75:7 78:16
93:12 98:1
108:11 121:8
132:9,10 136:8
147:8 152:25
171:4,8 193:5
204:17 209:9
**firstline**
163:5
**fitness**
104:5
**five**
196:2
**flip**
60:17 112:25
**folded**
59:17
**follow**
22:14 23:14
26:1,14 29:1
34:21 42:5,12
43:5,16 54:12
57:2 70:13
72:25 78:6
87:23 88:7,22
89:9,9 90:3
91:18 95:6
98:19 100:13
143:2
**followed**
29:16 78:4 88:8
105:8 134:16
161:6 163:23
185:18
**following**
11:18 14:20
17:10 26:17

34:23 42:18
49:8,18 98:24
116:22 143:10
154:4 156:3,15
157:20 162:4
208:6
**follows**
4:5 94:15 97:9
100:19
**followup**
54:24 55:7,21
85:13 159:19
160:1 186:15
**followups**
192:12
**footnote**
202:1
**force**
8:12 9:2 39:24
130:10,25
188:20
**foregoing**
99:13,14 100:9
208:3
**forensic**
9:20
**foreword**
195:19
**form**
32:17,22 33:1,5
53:23 54:20,21
54:22,22,23,24
55:5,7,8 71:13
71:20 75:25,25
104:23 116:22
132:25 149:23
150:3,6 151:12
152:18,20
153:9,10,11,12
153:23 161:24
165:24,24
166:3,3 178:25
202:13 205:1
**formal**
60:13 77:10
88:24 89:6
121:19 140:18
203:4,10
**formalized**

59:13 103:18
105:10 107:1
**formally**
197:11
**format**
68:21
**forms**
90:14
**forth**
80:4 146:12
209:10
**forward**
52:3
**forwarded**
97:7
**found**
70:24 71:2
78:23 138:25
**foundation**
10:14,16 184:25
194:24 195:4,6
195:11,16,21
196:6 201:7
**four**
6:15 7:11,25
10:21 154:17
**fra**
150:12
**frame**
35:2 69:14
128:10 134:8
**francis**
150:9,11
**frank**
16:5 149:2,23
**franks**
16:17 133:11
**free**
66:20
**freely**
170:23
**fresh**
53:4
**friday**
18:23 20:4
**friedman**
1:17 2:7
**front**
158:9

**full**
120:7 181:10
199:13
**fully**
200:22
**function**
9:16 26:25
106:11
**functions**
4:23 204:22
**funded**
184:24 195:12
195:14
**funding**
195:9,13
**funds**
195:25 199:14
**funk**
2:15 20:1,13,20
20:21 21:5
48:18 52:16
63:2 84:22
85:21 86:12
89:15 97:21
101:15 107:17
107:22 108:20
108:24 109:2
109:15 110:16
111:3 113:5
117:11 119:5
119:15,18
124:18 133:23
134:14 137:18
161:10 167:19
170:1,13
172:11 174:22
177:21,23
181:11 182:11
182:21 184:5
191:7,21 193:7
196:23 202:12
**furstenberg**
186:7
**further**
73:11 192:7
207:12
**future**
71:11 72:5

**G**

**g**
13:21
**g1**
69:19,23 70:1
131:1
**g79**
69:23,24 70:2
**gain**
84:2
**gambling**
7:4
**garrity**
177:6
**gary**
68:17
**gather**
27:3 51:22 52:4
**gathered**
28:1
**gatherer**
27:1 52:1
**gathers**
23:3
**general**
8:24 19:8 20:6
22:7,20,25
24:11 25:16,22
26:4,7,12,16
29:15,16 30:19
31:7 35:6 36:2
54:5 69:1,6,8
71:1,8 72:14
72:23 73:17,20
87:7 89:23
90:12 93:13,14
95:11,16,25
98:10 99:4
100:16 102:20
102:21 103:6
105:8 107:6,20
107:24 108:7
110:21 113:21
114:1,18,23,24
115:4,11 116:7
116:11 117:25
118:1,5,7,8,9
118:14,18
119:1,11,15,25
120:15,18,22

121:6,10,15,22
122:25 123:15
124:6,9,10,12
124:22 125:5
125:14,23
126:2,6,16
127:9 129:7,11
129:13,15,16
129:24,25
130:11,20,23
131:7,18,20,23
134:11,16
137:5 138:23
142:15 143:1
143:10 145:23
156:16 157:16
157:22 159:18
159:22 160:1,7
161:4 168:8,16
170:10 174:3
189:1 190:12
190:12
**generally**
4:15 21:25
37:14 153:17
168:12,16
190:9 198:24
**generated**
75:12,13 76:1
179:1
**generic**
55:23 71:25
**gentleman**
200:16
**george**
179:20 181:9
**gerald**
206:7
**getting**
187:25
**gift**
84:2
**gifts**
12:25 14:25
81:13 83:12
84:6,17 109:13
125:9
**gilbert**
1:17 2:6,7 3:4

176:3 184:12
186:3,10
187:14 189:9
192:7 200:19
**give**
12:12 27:7
39:21 45:20
47:12 49:3
52:24 55:5
83:16 98:2
99:25 120:7
146:20 163:18
177:14
**given**
22:13 35:25
39:16 40:10
44:19 46:3
72:13,17,22,23
73:4 80:7 86:9
95:15,24 96:5
96:7 101:5,11
101:12 121:18
130:10 133:1
134:25 144:24
145:11 148:16
151:5 182:15
182:17 193:23
209:12
**gives**
33:22 59:19
77:4 94:16
98:25
**giving**
43:1 68:22
83:17 95:7
123:25 139:22
201:8 209:9
**glean**
179:7
**global**
12:13
**go**
5:10,16 7:5 8:11
8:22 9:25 10:3
11:11 34:18
42:21,22 49:7
51:3 52:3
53:10 56:21
58:10 65:18

66:7 73:9 80:1
81:4,5,6 85:23
88:10 90:18
91:9 100:22
101:16 102:24
106:7 107:14
108:10,14
109:4 112:13
123:11 127:12
135:14 143:24
156:15 158:23
161:11 168:14
174:24 175:11
176:10 179:8
189:12 190:7
192:13 198:7
201:4,14 204:6
**goes**
52:8 57:9 65:6
65:13 69:23
89:8 112:19
**going**
10:22 11:11
12:9,15 39:21
43:21 47:13,15
51:2 57:19,19
70:5 82:24
130:24 142:14
166:5,6 169:15
169:22 171:23
172:20 189:5
195:19 196:15
201:13 203:4
203:10
**good**
39:3 53:2 63:2
170:11,20,21
181:6 184:17
184:18 200:21
**govern**
67:9
**governed**
37:14
**governing**
71:9 142:19
**government**
71:12 88:2
**gpo**
102:18

gpos
68:1,11 70:8,18
    107:17 176:7
grades
105:1
graduate
10:5
grand
62:14,20,25
granted
183:25
great
195:17
greene
2:7
group
7:8 19:12
    145:20 147:21
    193:20 194:1,5
guess
53:8 62:19 84:1
guidance
7:20 35:5 70:11
    145:22 157:16
    163:21 168:16
    187:16 197:16
guide
23:7 29:3 82:15
    82:22
guided
142:15
guidelines
105:9 108:8
    122:24
guys
10:25 49:6

**H**

h
2:6 112:3
half
7:11 8:1
hall
2:22
hand
209:18
handed
11:4 63:13
    67:20 111:11
    132:6 192:22

203:21
handled
9:21 122:25
handling
153:25 154:5,15
handwritten
38:13,17 39:1
    112:2
happened
52:25 59:9
    204:4
happens
56:17 163:12
hard
39:16
harold
133:11
hasnt
108:25
havent
20:7 78:15
    89:22 114:17
    138:25
head
41:7
headsup
47:11,12
heard
78:24 189:5,14
    189:16
hearsay
177:23
hearsays
177:24
held
87:22 152:25
hello
62:21
help
195:25
herculian
137:22
hereinafter
4:4
hereunto
209:18
hey
169:14
high

10:12
highlighted
92:5 204:18
highlighting
41:12,14
hired
10:13 61:17,24
    190:16
hiring
190:1,13
historically
49:9,13 50:25
hocking
152:2,10
hold
101:3
home
49:5
homeland
4:13,19
homicidal
13:17 15:19
homicide
9:18 12:3 14:10
    16:17 17:25
    27:21 28:21
    47:24 53:15,16
    55:17 118:23
    118:24,25
    133:11,20
    151:22,25
    160:16 167:5
honest
26:15
hopkins
5:1
hours
19:3 57:16,18
    120:21 148:15
    152:3,8 154:7
    154:18
houses
45:15

**I**

id
123:2,2 129:9
    162:13 175:1
idea
170:11,20,21

identification
11:2 17:13
    36:13 63:11
    67:15,17 111:9
    132:4,19 136:4
    144:2 146:18
    156:6 157:12
    157:23 158:5
    158:21 162:19
    163:17 164:3
    176:18 192:18
    203:19
identified
107:20 140:20
    173:11
identify
17:9 82:17
    134:21 156:2
    156:11 157:2
    157:11,14
    159:3,11 160:5
    160:13,14,21
    162:3 163:16
    164:12 167:3
    167:23 173:6
    175:23
identifying
164:2
ill
5:16,24 6:1
    135:12 146:20
    176:22 177:8
    184:19 193:4
illegal
7:4
im
10:22 11:11
    12:11,15 14:19
    20:23 39:21
    57:16,17 62:11
    62:18 72:7
    80:12 81:8
    86:2 90:17
    94:24 97:21
    100:21 103:24
    107:18 113:20
    114:14,15
    116:24 119:16
    121:24 124:7

128:14,18,22
129:1,5 135:14
138:11 139:17
139:21,21
150:1,11,12
155:8 156:22
156:25 158:17
159:8 160:19
161:9 173:20
176:2 178:6
186:1,19,23
187:13,20
192:6 196:20
201:13
imagine
32:2 67:2 123:2
    145:8
immediate
52:25 71:10,18
    72:5 206:13
immediately
40:17 165:23
impartial
180:21
impeachment
13:4,14 15:5,15
    85:10 109:25
    125:17
implemented
199:4
implementing
201:25 202:9
importance
201:22 203:7
important
46:17,22 65:16
imposed
17:11 156:4
    162:5
impression
161:21
improper
17:13 18:2
    156:6 157:12
    158:5 160:22
    162:18 163:17
    164:2 167:24
improve
196:1

incident
71:14,18,21
  74:22 169:4
include
81:20 83:20
108:9
included
110:23 115:15
includes
16:13 56:2,4
67:8
including
12:1,4,24 13:4,9
  13:14,16 14:8
  14:11,24 15:4
  15:10,15,17
  16:21 17:14
  81:12 82:2
  83:11 85:9
  90:23 98:18
  109:12,24
  125:8,16 126:1
  143:16 156:7
  195:11
inconsistency
134:5
inconsistently
133:12,21
index
68:11 70:8
  107:16 122:15
indicates
155:4 194:15
indication
186:14
indirectly
83:15
individual
2:19 133:9,19
informal
89:8 140:19
informants
12:23 14:23
  81:11 83:9
  109:11 125:7
information
12:2 14:9 17:19
  17:21,24 23:3
  27:1 28:1

29:25 31:15,20
32:1,7,9 33:5
49:23 55:4
58:21 71:14
100:22 101:1
136:23 137:9
137:24 138:5
139:7,11,13
145:10 152:18
159:13 160:15
165:15 167:5
167:14 168:7
174:13,17
175:11,15
176:11 183:13
194:18 198:10
199:20 202:7
202:18,20
203:1,9 204:24
205:22
informational
54:25
informed
28:2 86:17
90:15
initial
59:8,11
ink
76:23
innuendo
52:8
inperson
12:19 14:14
  17:15 81:2
  83:5 108:18
  124:24 142:19
  142:20 156:8
  159:4
input
25:9 67:3
inserted
77:3
inserts
40:9 130:15
inservice
183:3 193:22
  194:8,13,14,16
  199:16,21
inside

37:4 196:15
inspected
121:16
inspection
56:23 99:15
  118:16 121:11
inspections
115:14,15
inspector
68:16
instance
39:20 48:17
  171:11,19
  172:17 183:15
instill
197:17
instruction
72:13,16,18 80:7
  88:16
instructions
73:24
instructor
147:13,17
148:22
insure
161:5 164:23
  166:18 167:12
  172:5 183:8
insuring
183:23
integral
97:4
integrity
26:15 163:7
intelligence
4:25
interact
168:17 169:17
interaction
168:18
interactions
18:3 160:23
  167:25
interest
66:24
interested
44:15 209:15
internal
7:11,25 8:5,10

99:16 147:22
153:12 161:4
163:4 191:18
internally
118:10 162:7
international
151:22
interpersonal
153:15
interrogation
95:4,15 183:17
interrogations
13:8 15:9 18:2
  81:19 90:22
  125:24 143:15
  160:23 167:24
interrogatories
132:10 133:1,2
  136:8 139:3
  173:4
interrogatory
133:8 134:2,18
  135:7 136:15
  136:16 137:2
  139:6 140:15
  140:20 143:23
  173:5,11,22,23
  175:14
interrupt
12:9
interruption
37:23
interview
53:2 162:24
  163:1 165:12
  169:13,17
interviewed
53:5 179:4,11,14
  179:17,20
interviewing
52:14
interviews
13:9 15:10 18:2
  81:19 90:23
  104:6 120:4
  125:25 143:15
  143:17 160:22
  167:24 170:25
  172:21 180:19

intricacies
51:1
investigate
7:3 17:9 47:24
  48:2,6,8
  130:24 156:2
  157:2 158:4
  159:3,11 160:5
  160:13,21
  162:4,18
  163:16 164:13
  167:3,23
  171:22 178:23
investigated
7:12 8:14,15,25
  9:2 54:16
  161:25 162:11
  178:20,25
  189:18
investigates
49:11
investigating
51:9,19 53:22
  101:1 164:2
  165:1,8,12
  166:2,11,19,20
  167:15 180:25
  181:20
investigation
9:21 11:24 12:1
  12:3,5,24
  13:15 14:6,8
  14:10,12,24
  15:16 16:17
  17:25 27:7,25
  29:2 32:24
  34:10,12 35:11
  35:15 42:14
  44:2 48:16
  50:22 53:15
  55:12 79:8,9
  80:18 81:12
  82:3 83:10
  91:6 99:19
  107:9,11 108:2
  108:4 109:12
  110:15 122:8
  122:10 125:8
  126:11 127:21

127:23 130:21
133:12,20
141:21 151:25
160:16 165:2,9
166:14 167:6
167:12 169:19
169:20 178:6
178:11,17
179:3,25 180:2
180:5,21,23
181:7,10,14,23
**investigations**
4:20 9:13 17:12
33:15 35:2
44:11 55:8,22
77:22 156:5
**investigative**
4:23 9:16,17
13:18 15:19
17:19 27:22
28:15,17,19,20
28:21,22,23,24
30:21 31:22
32:23 33:7,8
33:12 45:7
48:24 53:17
54:24 72:5
79:3,7,16,21
80:19,23 91:25
106:14,17
118:20 159:13
**investigator**
13:13 15:14
55:6 77:24
82:1 91:5
92:13 110:13
126:9
**investigators**
8:7 45:18 49:10
51:14 106:18
144:21 180:15
180:16
**investigatory**
118:21,23
**investment**
203:6
**involved**
45:22 133:11,20
153:18 179:4

190:15 195:15
**isnt**
21:24 27:9,10
53:8 85:12
102:6
**issue**
23:21 116:17
182:7
**issued**
40:11 54:5,8
60:14 77:12
84:12 94:20,23
113:22 116:15
130:1 152:9
154:24 174:3
206:22
**issues**
205:13
**item**
206:5
**items**
25:14 57:25
97:2 98:25
99:25 101:8
**iteration**
47:4 64:20
**itll**
57:22
**ive**
73:18 90:5
144:6 176:24
177:16 195:15

**J**

**jackson**
1:3 2:5 5:21
63:16 193:11
203:23 204:18
206:5,12
**jacqueline**
2:7
**james**
16:5,7 94:12
151:16 206:6
**january**
33:25 40:22
94:9 96:7
**jerold**
16:7 153:5
154:24

**jerry**
62:11
**job**
25:18 26:15
52:2,7,9 56:14
61:16,17 62:12
62:17 72:3
86:22 87:24
91:17 188:8
**jobs**
23:9
**john**
16:5 38:17 90:1
96:25 97:16
151:7,12
159:20 186:6
**joined**
10:9 74:6
**joins**
130:9
**jones**
49:5,7 55:21
**jot**
59:3,18 60:18
**jt**
151:23,24
**judge**
1:4,10
**july**
5:8 96:20 102:4
120:1
**june**
119:2 152:19,24
205:9 209:23
**jurisdiction**
46:19,24
**jury**
62:14,20,25
**justice**
195:24 196:2
**juvenile**
18:3,4 153:25
154:5,15
160:23 167:25
168:9,23 169:7
169:13,23
170:25 172:21
**juveniles**
13:10 15:11

81:20 90:24
126:1 168:17
169:17 170:22

**K**

**keep**
45:17,18 51:11
60:4 61:4 77:9
121:10,21,25
122:1 184:14
**keeping**
176:4
**kept**
13:18 15:19
45:11 56:20,23
57:3 118:9,18
118:23,24
194:3
**kid**
61:25
**kind**
7:1,3 39:9 47:11
52:20 54:21
59:4 86:25
95:20,23 106:9
117:8 131:17
149:1 155:20
168:9 180:2
190:19 191:2,2
191:17,18,25
**kinds**
25:14 149:20
188:14 189:5
**knew**
55:2 62:14,16
76:8 88:6
**know**
6:1 22:11 23:14
24:23 25:15
26:12,14 32:25
33:13,13,13
34:16,19,23
36:20 37:19
38:8,13,21,25
39:12,13,22
40:22,25 43:9
46:6,10,12
47:13 48:4,12
48:15 51:1,8
51:12,22,24,25

53:20,25 54:9
54:21 56:11,25
58:16,16,23
60:2,25 61:19
61:21,25 62:8
62:12,22 64:1
64:12 66:7,16
70:4,9,24 71:2
72:16,25 73:14
73:19 74:5,12
75:10 76:8,13
77:14,15,18,18
84:15 86:11
87:20,22 88:16
88:22,23,25,25
89:12,12,22
93:20 95:14
97:12 104:7,8
105:1,6 111:15
111:19,22,24
112:21,24
114:10,13,21
114:25 115:7
119:6 121:3
128:2,7,7
129:23 132:12
136:9 137:20
137:20 138:19
138:23 140:3,5
140:10 141:12
144:5,13,15,18
144:23 145:4,5
145:7 146:10
147:6,14,24
148:12,18
150:16,21
152:14,14
153:2 154:8,17
161:24 166:5,9
167:21 168:20
169:2,3,5,15
169:16,19
170:23 171:4,9
172:13,16,25
173:20 174:16
175:5,6,13,21
176:5,21 182:1
182:3,13,15
183:6,24 184:8
187:18,19

189:23,24
191:11,14,14
193:7,25 194:3
194:6 195:14
196:10,10,14
197:21 198:20
200:25 203:14
203:16 205:21
**knowing**
139:14,15
**knowledge**
16:14 21:17
105:5 115:4
138:1 139:25
140:1 149:14
149:16,17
153:7,20 155:8
155:15 158:25
160:19 161:2
185:16 188:12
188:13 190:7
190:23,25
198:6 200:1
202:15,17
203:14 205:3,5
205:19 207:3,5
**known**
31:20 52:13
**kuebler**
1:15 209:7,21
**kwame**
1:8 2:14 5:22

**L**

**lab**
9:20
**labeled**
206:5
**lack**
17:15 156:9
199:13
**lakeside**
2:21
**large**
19:12,12 111:15
**lasted**
154:17
**law**
2:11,21 14:2
21:18 23:5,14

23:15 26:14,17
34:2,20,21,23
39:10 44:17
45:23 47:18
51:20 58:25
80:2,3 83:25
84:3,18 85:5
85:14 86:22,24
88:1,7,7,10,17
88:22,22 89:10
89:12 90:16
91:13,18
100:14 103:15
104:8 142:15
142:25 143:10
144:20,21
146:2,3,14
156:16 167:13
170:21
**lawful**
4:1 84:12
**laws**
41:9,18 43:10
84:9 88:1
104:4 157:21
163:23
**lawsuit**
186:24 189:25
190:10
**lawyers**
88:13 195:22
**lays**
37:5 103:6
**lead**
169:20
**leaders**
195:22
**leadership**
153:15
**learned**
12:3 14:10
17:25 21:14
51:12,13
160:16 167:5
167:14 177:16
**learning**
71:14
**leather**
60:15

**leave**
47:6 74:21
**led**
169:4
**left**
40:6 48:13,16
74:19
**legal**
27:10 86:1 97:1
102:13
**legislation**
117:15,19
**lesson**
105:4
**letter**
35:22 90:2,6
96:24 97:3,10
97:14 98:9
110:6,8,9
131:13 159:19
177:5,19,25
178:22
**letters**
191:3 192:1
**level**
65:13
**liability**
197:18
**library**
63:18
**lieutenant**
8:8,19,20,22
33:25 150:9,14
153:13
**lieutenants**
33:23
**light**
53:7 134:2
197:13 201:19
202:6
**limited**
13:4 15:5 16:14
16:21 85:9
86:2 109:24
125:17 141:11
**line**
25:25 57:19
120:17 208:7
**lines**

75:2
**lineup**
12:20 14:15
17:15 163:2
**lineups**
81:2 83:5
108:18 124:25
142:19,21
156:8 159:4
**list**
43:14 83:23
154:4
**listed**
18:12 104:24
108:13 153:9
154:9 156:12
157:3
**lists**
135:10
**litigation**
72:20
**little**
53:4 59:12
60:13 77:10
89:6,7 116:24
130:19 131:3
140:22 162:12
168:20 181:18
193:2,14,17
196:16,19
203:4,5,10
204:17
**live**
17:14 156:7
**liz**
12:8
**llc**
2:11
**lloyd**
68:16
**local**
196:1,1
**locate**
16:11,16 113:24
137:21 138:3
138:17 156:18
**located**
69:10,13 71:3
89:23 113:16

123:17 137:5
175:5 200:16
**location**
13:17 15:18
16:21 72:1
**lockers**
122:1
**lodged**
162:11
**loevy**
2:2,2
**long**
5:2,14 6:13,20
9:10,23 19:2
20:8,24 56:24
57:16 58:1
74:13 129:18
184:14
**longer**
117:21 129:16
**look**
10:24 11:8 34:4
36:20 38:1
58:12 60:16
66:19 67:12
68:7 69:22
93:11 94:6,25
96:1 115:8,9
117:24 119:20
132:12 133:5
136:9 143:22
144:4 147:5
152:19 171:10
176:13,20
178:18 191:17
193:4
**looked**
22:5 157:24
**looking**
53:9 65:10,17
161:22
**lookout**
47:20
**looks**
38:2 39:5 77:10
119:7 148:14
150:3
**lost**
77:1 134:21,23

**lot**
20:9 23:3,11
32:2 48:25
57:5 67:3
105:23 111:25
135:15 190:17
**luck**
200:21
**lynching**
188:14

---

**M**

**m**
1:18
**mac**
202:2
**maddox**
186:6
**main**
2:16 59:20
**maintain**
80:21 129:19
**maintained**
80:18 118:15
**maintaining**
140:12
**maintenance**
129:7
**major**
9:17 203:6
**maker**
23:18 24:14
65:24 66:2
171:12,20
172:18 182:25
183:7
**making**
25:10 35:24
84:6
**mallamad**
2:20 10:24 12:8
12:17 18:18,21
19:2,21 20:20
20:21 48:20
68:3 84:23
85:22 86:13
87:15 89:16
91:7 92:16,19
97:11 98:6
100:4,7 101:3

101:16 105:17
105:20 107:12
107:18 108:5
110:4 113:10
122:17 123:10
123:12,20
124:1,16,19
125:3,12,21
126:4,14,22
133:24 134:13
137:16 138:9
141:3,7,23
142:11,22
143:7,18 145:1
145:13 154:19
156:13 157:5
157:25 158:6
158:11,23
159:6,16 160:9
160:17,25
161:7 164:15
165:3,21 166:7
166:13,15,23
167:7,18,20
168:1,13,25
169:9,12 170:4
170:9,12,14
171:1,16,25
172:10,12,23
173:17 174:10
174:23 175:9
176:1,8 178:4
178:12 179:6
179:12,22
180:9 181:2,12
181:25 182:10
182:12,22
183:10,19
184:3,6 185:21
186:1,17
187:11 188:10
188:18,21
189:3,7,10
190:5,11,21
191:6,8,20,22
192:4,9,13
194:10,19,21
194:25 195:5
196:8,20 198:5
198:13,18,22

199:1,23,25
200:12,14,21
201:1,12
202:11,13,24
203:12 204:2
205:1,17 206:1
207:1,9,14
**management**
10:8 24:4
**mandated**
27:11
**manner**
83:17
**mans**
203:13
**manual**
19:10 22:7
24:16,17,21,23
25:3,10,15,17
26:2 27:20,21
28:13,15 29:6
30:19 31:7
34:19 36:8,17
37:5,10,13,19
37:21,22,24,25
38:9,21 39:13
39:20,25 40:2
40:9,18,19,23
40:25 41:1,16
43:24 63:15,23
64:12,22,24,25
65:3 67:4
68:10,13 69:4
70:5,7,10
72:11,14 77:7
83:1,4,9 84:5
84:20 85:6
87:6 90:18,20
90:25 91:2,22
91:24 92:17,25
94:10,13,20,23
95:21 109:19
112:5,7 119:3
120:10,12
127:7 134:6,11
134:16 138:24
142:3 163:19
197:10,12,12
197:14,20,22

198:1,2 201:9
201:17,22
202:3,21 203:2
206:25 207:7
**manuals**
27:17 28:8
30:20 31:12
33:6,10,11,15
34:1 35:5
106:22 137:6
137:11 139:9
201:18 202:5
**march**
34:1 152:3
153:24 154:1,6
205:7
**mark**
63:8 67:13
111:6 135:25
176:14 186:7
**marked**
11:1,5 36:9,12
63:11,14 67:15
67:17 80:24
81:22 85:7
111:9,12
131:25 132:3,6
132:15,18
136:3 144:1
146:17 176:17
192:17,23
203:18,22
**markings**
38:13
**maryland**
85:17 86:8,18
87:3
**material**
17:20 85:10
125:17 159:14
**materials**
13:5,15 15:5,16
109:25 117:3
138:7 174:2,8
174:19 175:18
185:10
**matter**
102:13 153:18
178:1,3

**matters**
54:15
**mayor**
24:2 65:1,9,11
65:20,22 66:4
66:11,14,17,23
189:22 205:12
205:24 206:6
206:21
**mayors**
65:18 66:12
67:5 186:21
205:7
**mean**
28:20 38:16
39:5,6 61:22
62:16 76:9
181:19 196:10
199:5
**means**
209:11
**meet**
18:21 19:2
**member**
83:14 181:1
200:16
**members**
22:13 25:21
37:7 41:25
44:14 46:15,17
50:4 51:25
54:4,11,15
58:19 82:13
84:8 94:11
96:23 97:5
115:16 120:5,6
120:20 147:23
154:4 156:21
174:3 183:4
189:18 206:15
**memo**
59:1 74:10 77:6
79:20 206:6,11
206:22
**memoranda**
99:15
**memorandum**
58:20,23 59:7,10
59:13 60:10,12

60:24 61:5,7
61:11 62:5,7
120:23
**memorandums**
120:19
**memorialize**
35:10 44:1
141:20 143:14
**memorialized**
103:17
**memorializing**
11:23 14:5 34:9
107:8 108:1
122:7 127:20
142:18
**memory**
77:23
**memos**
13:13 15:14
82:1 91:5
92:13 110:14
126:9 191:3
192:1
**men**
7:16 23:7 61:16
61:23 70:11
138:2
**mengle**
153:13
**mentioned**
24:16 30:18
53:13 77:7
140:24 141:1
158:12 187:21
192:14
**message**
74:11,19,21
75:22 76:2
**met**
18:18,22,24
**michael**
16:6
**middle**
40:15 97:25
**midnight**
49:7
**mills**
2:11,11
**mind**

177:13,17
**minds**
53:5
**mine**
121:24
**minorities**
188:7
**minute**
97:13
**minutes**
20:25
**miranda**
95:7 170:21
**misconduct**
7:13 17:10,14
156:4,7 157:3
157:11,15,17
158:4,20 159:3
159:11 160:6
160:14,22
162:5 171:23
172:20 180:14
181:1
**misconducts**
156:12
**missing**
66:6 140:6
**mistaken**
100:21
**modern**
197:14
**moment**
115:8 123:5
135:11 136:8
152:20
**monday**
1:19
**money**
83:19
**months**
6:15 7:2 53:5
104:8 199:7
**morning**
58:12
**motion**
183:25
**movement**
13:17 15:18
**multiple**

177:24
**municipal**
29:19
**museum**
38:24 39:2 71:3
111:22 112:1,9
185:13

---

### N

**n**
3:1
**name**
4:8 39:8,8 65:17
150:13 186:2,3
**named**
150:14 177:1
**names**
38:25
**narcotics**
7:4 8:17 28:23
**narrative**
154:3
**national**
201:24 202:8
**nature**
178:11
**nearly**
204:20
**necessary**
58:21
**necessitate**
71:11
**need**
10:25 32:25
49:4 73:9
74:22,23 88:15
151:13 170:22
200:19
**needed**
7:20 206:24
**needs**
66:7 71:19
**negative**
188:15
**nelsonville**
152:2
**never**
62:17 78:24
164:21 188:24
189:19,20

**new**
23:4,5 34:2,2,2
38:10 40:11,11
117:15,19
130:9,14
197:13 201:19
202:6
**newly**
77:3
**night**
48:8 121:14
**ninth**
2:12
**nonsalaried**
199:14
**northern**
1:2
**notary**
1:15 209:7,21
**note**
68:13
**notebook**
60:17 76:21,22
76:23 77:5,9
77:12,17,25
78:8,13,18,21
79:1
**notebooks**
79:15
**notes**
12:4 13:13
14:11 15:14
82:1 91:5
92:13 110:14
126:9 143:17
**notice**
1:19 10:23 11:6
29:18,18 30:9
34:4 35:8,17
40:14,16 43:22
65:15 86:9,25
87:1,8 90:5,10
95:24 107:8
109:11 116:19
116:25 117:18
120:22 122:5
123:7 124:13
124:23 125:6
125:15 126:7

126:17 127:13
155:25 158:9
209:14
**noticeable**
63:22,25
**notices**
22:8,11 29:10,13
29:14,14,23
30:3,6,8,10,12
30:14,16,20
35:7 87:2
89:21 116:18
117:7 120:18
**notified**
86:20 90:7,9
180:22
**november**
177:6
**number**
26:13 36:4
38:17 39:3,5,6
39:7 43:6 46:2
51:20 54:7
56:15 80:1
82:20 84:8
94:8 95:2 96:1
96:2,20 97:22
98:25,25
102:14,24
103:2 115:11
116:8 119:2,16
120:1,16 131:2
173:25 195:21
196:21
**numbered**
114:24 115:5
**numbering**
96:8 131:5,6
**numbers**
69:15,17,18,23
96:14 99:24
115:1 146:20
153:25 173:11
193:2,8 196:19
**numeral**
193:15 196:16
196:21
**numerals**
193:17 196:22

196:24 197:1,2
199:9
**numerous**
82:18 156:20
195:6,15

---

**O**

**oath**
87:25 133:3
136:12 138:4
139:3
**oaths**
209:8
**obedience**
41:23
**obey**
42:3 85:4
**object**
91:7 92:19 98:4
157:5 201:13
**objection**
48:18 52:16
84:22,23 85:21
85:22 86:12,13
87:15 89:15,16
97:11 100:3,4
100:7 101:15
101:16 105:17
105:20 107:12
108:5,20
109:15 110:4
110:16 111:3
113:10 117:11
119:5 122:17
123:10,21,23
123:25 124:17
124:18 125:3
125:12,21
126:4,14,22
133:23,24
134:2,13,14
137:16,18
138:9 141:7,23
142:11,22
143:7,18 145:1
145:13 154:19
156:13 157:25
158:7,23 159:6
159:16 160:9
160:17,25

161:7 164:15
165:3,21 166:7
166:13,15,23
167:7,18,19
168:1,13,25
169:9,12 170:1
170:4,9,12,13
171:1,16,25
172:10,11,23
173:17 174:10
174:22,23
175:9 176:1
177:21,22
178:4,12 179:6
179:12,22
180:9 181:2,11
181:12,25
182:10,11,21
182:22 183:10
183:19 184:3,5
185:21 186:17
187:11 188:10
188:21 189:3
189:10 190:5
190:11,21
191:6,7,20,21
192:4 194:10
194:19,25
195:5 196:8
198:5,13,18,22
199:1,23
200:12 201:1
202:11,12,24
203:12 205:1
205:17 206:1
207:1,9
**objections**
123:24
**obligates**
85:20
**obligation**
26:8 27:13
31:15,23 35:9
87:9 131:9
**obligations**
43:14 86:17
**observation**
71:24
**observing**

126:8
**obtain**
45:3,6 92:1
**obtained**
35:25 38:22
63:17 111:19
111:21 114:6
144:18,19,21
180:17
**obtains**
101:5
**obviously**
12:9 66:3
107:16 178:16
199:2
**occurred**
52:14
**occurrences**
76:25
**oclock**
47:14,14 49:6
121:14
**october**
68:12 70:17
72:11 206:8
**offense**
71:21
**offenses**
122:24 149:20
**offer**
83:16
**offering**
83:17
**office**
2:11 24:13 27:8
28:2 29:20
32:10,20 36:1
45:9 50:17
65:18 91:16,19
92:2 100:23
120:25 121:22
164:22,25
209:18
**officer**
23:21 25:24,25
26:14 27:12
32:9 34:20
39:16,17,22,23
40:4 42:13

43:15 44:8
47:6,6 54:18
54:25 57:10,20
59:16 71:13
73:19 77:24
83:20,21 84:13
84:15 90:15
101:1 103:16
103:18 105:6
106:2,13
120:23 130:9
139:14 140:25
147:10,16
148:8,10,17
149:3,7 150:8
150:19 151:4
152:7 178:21
180:15 182:16
182:18 183:15
**officers**
7:9,21 14:2 21:9
26:8,21 29:4
32:6 33:4 35:1
35:9 37:7,14
39:1,10,14,19
40:3,10 41:25
42:5,18 43:1,4
43:17,25 44:14
44:16 45:1,20
45:21 46:15,16
47:2,10 50:4
50:11,19 51:24
53:25 54:4,15
58:19 59:1
60:4,6,9,21,23
61:4,8 62:8
68:23 70:19,22
71:24 72:7,9
72:10,13 73:5
73:14 76:21
77:13,16 78:16
79:15,19 80:8
80:17 84:8
85:20 86:2,10
86:17 87:8,11
87:25 88:12,15
88:19,19 89:1
89:4,11 90:9
91:14 95:6
98:16,18 99:25

100:13 103:17
103:21,23,25
104:20 105:1
105:12,14,25
111:23 115:23
116:4 121:4,21
121:23 134:9,9
138:14 140:18
140:25 141:6
141:11,15
142:2 143:16
144:15,24
145:11,16,17
145:19,21,24
145:25 146:2,7
146:9,11 147:4
147:19,20,22
150:17,20
155:11 156:20
161:6 163:7
164:13,19
179:4 180:6
183:8,23 188:7
191:11,12
197:8,16,18
199:17,22
**offices**
1:17
**official**
11:25 12:5 14:7
14:12 17:19
34:11 35:12
44:3 77:23
79:3,7,16,21
80:19 107:10
108:3 122:9
127:22 141:22
142:8 159:13
**officials**
197:8
**oh**
10:20 25:7
28:18 42:7
56:5 61:20
69:21 76:16
154:12 173:3
192:11 196:25
204:4,11
**ohio**

1:2,16,18 2:3,8
2:12,17,22
19:9 84:10
142:1 145:19
145:22,24
147:10 148:7,9
148:17 149:3
152:2 209:4,7
209:18,21,22
**okay**
5:9,12,16 6:3,9
6:12 7:24 8:3
9:6,10 10:20
11:11,15 12:17
13:24 18:21
19:20 20:23
21:20 22:23
23:17 24:16
28:7 29:4,12
30:2 31:2,4,13
32:9 34:4 36:6
36:7,23 37:1
37:19 38:25
39:12,19 40:8
42:8 43:1,23
44:5 45:17
46:12 48:11
49:16 50:2,3
50:19 55:9
58:1,4,18
60:20 64:12,15
64:21 65:23
67:8,23 69:6
69:22 70:6
71:4,6 75:21
76:20 77:20
79:12,25 80:7
82:6,24 84:5
84:15,20 85:6
85:19 86:16
87:2 89:11
92:6 93:9,11
93:23 94:7,19
95:1,13 96:1
96:18,19 97:15
99:9 101:18,25
102:2,17,24
103:25 104:19
105:12,22
107:22 109:9

110:11,25
111:6,11,19
112:14,25
113:6,18
114:23 115:4
115:19 117:1
119:22 120:12
122:4,14 124:1
126:24 127:16
128:11 129:6
129:10 130:18
132:25 133:5,7
134:9 135:7,14
136:12,15
139:2 140:5,15
141:5,13,18
143:22 144:7
144:23 145:5
145:17 146:7
147:8 148:6,21
149:11,22
150:2 153:10
154:12 155:8
155:24 156:24
157:8,14 158:3
158:19 161:17
161:23 163:15
163:18 164:10
166:10 167:10
176:25 179:3
184:9,16
185:16 186:24
187:14,21
188:5 189:1,25
193:14,18
194:7 195:3,19
196:15 197:2
197:25 198:10
198:15 199:12
201:6,11
202:18 204:14
204:17 205:6
205:22 206:4
207:6
**old**
129:15 130:14
**older**
78:16 129:19
130:6

**once**
5:13 53:25
142:24 143:9
**ones**
33:10 114:5
129:19 130:14
130:14 138:20
163:6 196:16
197:1
**oneweek**
152:8
**oneword**
162:13
**ongoing**
114:10 190:2
199:16,21
**onthejob**
106:1,20,21
107:3 141:1
**open**
29:20
**operate**
65:4 139:15
**operates**
139:16
**operating**
27:24 53:9
**operation**
30:24 31:5
185:1
**operational**
25:23 29:23
33:24 43:12
103:4
**operations**
4:14,18
**opinion**
170:16 181:3,5
181:16
**opota**
145:24 146:1
147:20
**opportunities**
103:19 116:17
117:8
**opportunity**
62:18 76:3
116:20
**opposed**

75:19
**order**
26:8,12,17 29:15
29:15,16 33:22
36:2 50:14
66:18 72:23
73:22,25 74:2
84:12 87:7
89:24 90:12
95:11,16,25
96:5 97:3
98:10,13,15,19
100:16 102:21
103:6 110:21
112:12 114:18
115:11 116:8
116:11 117:25
119:2,16 120:1
120:2,15,22
121:6,11,15
122:11 124:6,9
124:12,22
125:5,14,23
126:6,16
129:13,15,16
130:23 131:7
131:18,23
159:22 160:2,8
190:19,25
**orderly**
10:17
**orders**
19:8 22:8,11,16
22:21,25,25
24:11 25:12,16
25:22 26:5,7
30:19 31:8
35:6 41:17
54:5,8 69:1,7,8
69:11 71:1
72:15 73:18,20
73:21 93:13,14
93:17,21,23
94:1,4,20 96:8
99:5 107:6,20
107:25 108:7
112:7,22 113:1
113:9,21,23
114:2,23,24

115:5 119:11
120:18 123:1
123:15 126:2
127:9 129:8,11
129:24,25
130:2,6,11,20
131:20 134:12
134:17 137:5
138:24 142:15
143:1,10
156:16 157:16
157:20,21,22
159:19 161:5
168:8,12
170:10 174:3
**ordinance**
117:20
**ordinances**
41:9,18 84:10
**organization**
196:12
**organizations**
23:6
**organized**
4:24
**original**
41:13 79:20
**originally**
39:22
**outlined**
26:25 142:1
**outside**
23:11 87:16
**overloaded**
74:20
**oversaw**
9:16
**oversee**
4:17 167:12
**oversight**
24:4 43:16
162:23 163:21
164:19 168:5
**overview**
20:6 25:20
55:18 178:18
199:6
**overwhelming**
204:21

**P**

**page**
37:1 41:3,23
46:14 50:2
54:3,14 58:2,3
58:18 69:17,18
69:19,22,23
71:4 74:9,10
74:10 76:18
79:24 82:11,17
82:19,20 94:6
94:8,25 96:18
97:25 102:15
102:25 108:11
110:22 112:13
116:7 120:15
122:11,22
134:19 136:15
147:9 148:6
149:1,22
150:22 151:6
151:12,14,21
152:18 153:23
154:24 158:10
173:5,21 177:4
193:14,17
196:16 199:9
199:10,11
201:4,5,7,10
201:16 203:3
206:4,11 208:7
**pages**
70:1 77:1,2 80:1
82:18
**pair**
48:5,7,12,14
53:14
**paper**
59:16 98:3
**parade**
47:15
**paragraph**
199:13
**paragraphs**
12:11
**paramilitary**
65:5
**paraphrase**
177:8

**pardon**
56:3 73:13
**parent**
169:21 170:2
**parked**
59:20
**parking**
57:21
**part**
11:25 14:7
34:11,22 35:12
44:2 45:7,9
51:16 67:8
97:3,4 107:10
108:3 122:9
127:22 141:22
144:25 145:11
154:3 163:3,3
165:6,24
169:19 178:16
191:15
**participated**
151:4
**particular**
29:2 44:16
51:14,18 52:14
52:21 55:3,9
57:6 73:10
88:4,5 93:20
145:3
**particularly**
26:24 73:20
**parties**
209:15
**partner**
48:5 58:8 195:7
**parts**
204:16
**patricks**
29:21
**patrol**
6:17 7:15 47:9
106:13
**patrolman**
75:3
**patrolmen**
75:5
**pattern**
8:15 9:2

**pay**
190:17
**payments**
12:25 14:25
81:13 83:12
84:6,17 109:13
125:9
**peace**
105:6 140:25
145:17,19,25
146:7 147:10
148:7,10,17
149:3
**pending**
6:10
**people**
23:12 25:9 52:1
53:2,5 150:16
153:3 189:19
191:15
**perform**
70:12 191:10
**performance**
58:21 70:13
163:7
**period**
18:9 22:15
34:14 123:16
128:1,2,4,7,11
128:15,19,23
129:2 137:4,7
157:6,9 158:22
159:9 172:15
185:19 188:18
189:7 190:2
191:5 197:22
**perk**
206:6,22
**permits**
115:10
**person**
11:16 44:19
45:4 46:4 65:6
80:3 179:20
200:9
**personal**
76:24 200:1
202:15 203:13
205:3,18 207:2

207:4
**personnel**
118:19 147:3
155:22 182:20
**persons**
16:14 44:9 50:5
51:25 112:4,22
**persuade**
83:21
**peter**
16:6 147:10,12
148:7,9 178:9
**phone**
19:25 20:22,24
**photo**
12:19 14:14
81:2 83:5
108:18 124:24
142:18,20
**photographic**
17:15 156:8
**photographs**
180:18
**physical**
104:5
**pictures**
188:15
**place**
17:18 26:6
32:21 34:3,14
47:7,19 53:6
54:10 71:25
75:9 77:11
79:1,2,15,19
79:20 95:13
108:13 121:2,3
122:3 127:25
135:8 140:17
142:7 143:4,12
159:12 162:21
163:24 171:7
179:16 181:6
183:23 199:6
204:23 205:14
209:13
**placing**
12:4 14:11
**plain**
106:13

**plaintiff**
1:4 2:5 137:8
**plaintiffs**
1:9,21 2:14 3:10
3:11,11,12,12
3:13,13,14 4:2
16:12 132:3,9
132:18 133:15
133:16 134:20
136:3,7 144:1
146:17 176:17
192:17 203:18
**plans**
105:4
**plays**
196:6
**please**
4:8 6:4 34:1
107:23 133:9
134:21 173:6
**plus**
56:14 86:1
**pocket**
59:17
**point**
21:5 51:5 82:18
83:14 85:13
123:4
**police**
4:12,19,24 5:7
5:10 6:13,14
7:13 8:9 10:10
13:12,18 15:13
15:20 16:18,20
17:2 19:8
21:21 22:1,8
22:12,13,18,19
22:20,25,25
23:1,3,8,17,21
23:24 24:5,13
25:6,7,12,16
25:21,22 26:4
26:7,12,13,16
26:20 27:12,17
27:23 29:15,16
29:25 30:19
31:8 33:20
35:6 36:2 37:8
38:23 40:5,6

40:19 41:5,6,7
41:17 42:1
44:14,20 45:25
46:5,17,19,22
46:23 54:6
56:15 59:19
60:14 64:24
65:15,23,24
66:18,20,25
68:12,15,15,22
69:1,6,8 70:12
71:1,3,10,11
71:19 72:15,23
73:17,19,21
81:25 82:13
83:15 87:7,24
88:12,21 89:23
90:12 91:4
92:12 93:13,14
93:17,18,20,23
94:1,4,15,20
95:11,16,25
96:8 98:1,10
98:10,13,15
99:5,17,25
100:15,16,18
103:10,14
104:3 105:15
106:12 107:6
107:20,24
108:7 110:13
110:19 111:22
111:23,25
112:7,22 113:1
113:9,21 114:2
114:18,23,24
115:5,11 116:8
118:10,16
119:2,11,25
120:2,15,18,22
121:11,15,22
123:1,15 124:6
124:9,10,12,22
125:5,14,23
126:2,6,8,16
127:9 129:7,9
129:11,13,15
129:16,24,25
130:6,11,20,23
131:7,18,20,23

134:12,17
137:5 138:23
139:14,14,15
140:3,4,11,18
140:24,25
141:6,19 142:1
142:5,15 143:1
143:10,13,16
144:9 145:20
146:9,11 150:8
150:17,19
153:1 154:1,5
156:16,20,21
157:16,22
159:18,22
160:1,7 161:5
163:13 170:10
171:13 173:8
174:3,4 177:5
177:7,9,10,18
178:2 180:6,7
180:15 182:7
183:2,4 185:1
185:13,18
186:5,16,22
187:4,8,9
188:16 189:6
189:19,21
190:13,15
191:4 192:2,25
194:4,23 195:4
195:11,18
196:7 197:7,10
197:12,12,14
197:19 198:16
199:4,8 200:17
201:9,17,21,22
201:25 202:3,9
202:21 204:22
205:13,14,15
206:8,16,22,24
206:25 207:7
**policeman**
50:24 61:15
62:16
**policemen**
137:23
**policies**
11:21 16:18

17:3 18:10
19:8 22:1 23:5
29:3 30:23
31:5 34:6,13
34:17 53:21
61:1 78:25
80:15 87:5
92:11 106:22
127:14,25
128:5,12,16,20
128:24 129:3
129:11 133:13
133:21 134:10
135:5,16,19,19
136:20,25
137:10,13
138:6 139:9
140:6,13
141:25 171:15
172:4 173:9,10
173:14 174:1,8
174:19 175:7
175:17,24
181:6
**policy**
19:8 23:10,16,18
24:14 26:19
27:16,20,21
28:7,13,15
29:6 30:20
31:11 32:5
33:3,6,10,11
34:2 60:10,22
60:23 65:24
66:2 72:24
73:10 79:14,18
80:25 81:1,10
81:17,23 82:7
95:10 123:6
134:6 135:2,9
163:4 171:5,12
171:20 172:18
176:6 182:25
183:7,22
201:22,25
202:9
**policymaking**
18:8
**position**

4:11,16 5:2 6:20
6:23 8:5 9:10
9:11,23 10:2
133:18
**possession**
58:20
**possibility**
39:3 77:1
114:11 137:23
137:25 139:20
**possible**
114:12 134:22
**posted**
189:17
**postings**
188:15
**posttest**
153:6
**potential**
52:15
**power**
65:20
**practice**
52:12 53:2,13
146:13 183:23
**practices**
11:21 18:11
34:7 127:25
128:5,13,16,21
128:25 129:4
133:13,22
134:7 173:9,14
190:1,13,14,20
**preferred**
76:23
**preliminary**
5:16 205:6
**preparation**
19:4,21 21:22
36:24 44:15
50:21 61:3,9
63:19 67:24
97:5 111:17
**prepare**
18:16
**preparing**
204:15
**prescribed**
152:1

**present**
16:23 17:4,9
20:15,19 27:3
51:23 52:4,7,9
156:3 162:4
169:8 170:2,3
170:24 171:5
177:11
**presentation**
50:17
**presented**
50:8,16
**presently**
203:3
**preservation**
12:2 13:17 14:9
15:18 129:7
**preserve**
17:24 160:15
167:4
**preserved**
44:12
**preserving**
13:12 15:13
81:24 91:4
92:12 110:12
140:12
**pretrial**
96:21
**pretty**
27:23 174:11
**prevent**
78:1 156:11
157:2 158:20
159:3,11 160:5
160:13,21
162:18 163:17
164:13 167:4
167:24 172:6
**preventing**
164:2
**previous**
193:12
**previously**
92:7,21
**primarily**
49:11
**primary**
48:22,24 49:9,16

49:24 53:17,22
**prior**
5:4 42:17,20
50:21 65:2
93:24 109:2
130:1 173:23
187:25
**private**
186:4 192:24
195:25
**probably**
5:15 19:3 65:18
116:17
**problems**
171:14 188:6
**procedure**
4:3 27:24 34:3
53:10 79:18
81:10,17,23
82:7 95:3,5
135:10 178:19
**procedures**
16:19 17:14
18:11 30:24
31:5 34:13
43:12 53:21
68:10,16 69:4
70:8,13 78:25
80:16 82:13
95:14 97:5
102:8,19,22
103:5 127:14
128:5,13,17,20
128:24 129:3
135:5,16,20
136:20,25
137:7,11,13
138:7 139:9
140:6,13 156:7
157:13,23
158:5,21
162:19 171:15
172:4 173:10
174:1,8,19
175:7,17,24
180:24 204:19
**proceed**
52:23
**proceeding**

86:6
**process**
21:19 27:10
74:12 91:25
106:24 114:15
198:3
**produce**
16:11,16 38:22
139:17
**produced**
16:22 19:17
36:17 41:14
69:10 70:10
114:5 129:24
137:8,10 138:6
138:21 139:8
145:6,7,8
147:4 148:2
149:12 164:8
174:4,21 175:3
175:16 186:8
193:1,10
203:24
**producing**
37:23 114:15
**profession**
88:23 106:1
**program**
102:18 103:5,7
103:11,18
105:19 147:13
147:25 148:4
148:10,19,22
148:23 149:4
149:13,15
150:23 151:10
151:15,19
155:1,6 183:3
193:22 194:16
**programs**
155:20 194:9
199:3
**progress**
55:11
**prohibited**
120:3
**project**
197:4,10 201:8
**projects**

195:9 197:6
**promises**
12:25 14:25
81:13 83:12
84:7,17 85:2
109:14 125:9
**promoted**
7:6 8:19 10:1
190:16
**promotion**
83:22
**promotional**
83:23 190:14
**promulgated**
64:24 86:23
93:17 95:11
96:3 103:2
201:17 202:4
202:21
**promulgating**
22:24 24:10
41:17 65:3
**proof**
149:10
**proper**
98:21
**properly**
44:12 50:8,16
167:13
**prosectors**
17:21 125:18
**prosecute**
52:1,5
**prosecuting**
50:5 51:25
97:18 98:22
99:16
**prosecution**
52:3 86:4 99:19
**prosecutor**
27:4,14 28:5
29:20 31:16,23
32:24 35:4,23
44:17 45:23
51:23 52:4
78:1 79:6 90:1
96:25 101:5,12
102:9 131:10
166:20

**prosecutors**
13:6 15:7 27:8
28:2 29:5,19
32:7,10,19
36:1 45:8
50:17 52:2
85:11 87:14
91:16,19 92:2
100:23 110:1,9
131:12,16,22
142:10 164:22
164:25
**prospective**
99:20
**prostitution**
7:4
**protect**
197:18
**prove**
34:25
**provide**
11:17 13:25
16:1,10 17:1,7
18:7 27:6 35:3
70:10 86:3
102:10 146:1
168:5 175:11
197:16
**provided**
4:3 16:4 18:19
20:12 72:24
81:15 103:9,23
125:4 135:24
141:9,17 142:6
142:17 145:4
145:15 149:9
157:17 164:24
168:7 178:22
195:10 200:24
**provides**
25:17,19 76:24
**providing**
161:20
**provision**
97:6
**public**
1:16,17 2:8 10:8
23:24 24:1,3,9
37:8 63:18

65:2 66:3,14
66:16,16 94:13
94:14 104:7
187:3 197:17
206:23 209:7
209:21,22
**publications**
38:4
**published**
37:11 39:23
64:5,13,17
144:13
**publishing**
198:1
**purpose**
4:2 29:12 46:6
70:4,7 77:4,20
77:21 83:22
**purposes**
11:2 36:13
63:11 67:15,17
72:6 111:9
132:4,19 136:4
144:2 146:18
176:18 192:18
203:19
**pursuant**
1:19 197:14
209:13
**push**
33:22 40:24
**put**
23:15 40:10,16
55:19 57:25
59:10 73:17
77:16 89:23
90:4 117:7
130:16 198:16
**putting**
80:22

_____
**Q**
_____

**quarter**
204:20
**question**
6:5,10 19:11
20:17 58:14
68:4 91:11
92:24 93:12
98:7 101:14,23

106:16 109:4
113:5 122:23
123:2 124:5
129:18 141:4
152:21 156:17
169:7 174:11
176:6 193:5,5
201:13
**questioning**
168:18
**questions**
5:24,25 20:11
49:8 73:15
135:13 175:4
176:4 184:13
192:8 207:13
**quick**
126:25
**quite**
20:8 105:10
165:7
**quote**
177:13

---

**R**

**r**
209:3
**racially**
188:15
**rademaker**
206:7
**radio**
59:19
**ralph**
206:6,21
**randomly**
121:12
**rank**
106:12
**ranking**
83:20
**ranks**
25:19
**rc1**
71:22
**read**
12:10,15 43:5,7
43:9 50:23
53:23 68:19
73:2,5,7,23,25

87:12 110:22
133:16 135:11
184:20 185:24
192:10 201:20
207:15 208:3
**reading**
84:16 117:14
187:6 198:8
**ready**
152:22
**reagan**
150:9,13,14
**really**
20:9 21:17
40:12 50:12
53:8 87:16
149:16 163:6
164:21 190:16
195:14 196:10
196:13
**reason**
168:23 203:5
205:19,21
208:7
**reasons**
77:4
**recall**
25:1 56:12
63:25 110:21
141:10 148:5
184:23
**receipt**
120:17,21,24
**receive**
25:9 83:16
88:19,20 106:9
120:24 165:15
**received**
35:23 55:4
72:15,20
103:14 121:5
148:21,23
155:19 178:20
**receiving**
71:13 83:18
**recess**
63:6 127:3
161:14
**recognized**

201:23
**recollection**
5:18
**recommend**
66:6 195:24
**recommendati...**
42:13 66:17
**recommendati...**
23:13 66:21
185:17 197:4
201:8 205:8
**recommended**
197:6 201:24
**record**
4:9 6:4,6 12:15
20:18 36:16
38:16 41:12,15
58:21 76:24
77:21 98:3
118:2,5,7,8,18
123:21 124:5
135:2 146:20
161:12 176:22
186:2 203:24
204:8 209:12
**recording**
75:22 76:2,16
**records**
118:9,14 137:3
139:16 150:19
157:15,19
194:3,6 200:15
**recounts**
177:15
**recovered**
111:25
**reduced**
209:11
**reduces**
77:1
**reexamination**
3:5 192:20
**refer**
113:20 122:2
191:18 192:1
**reference**
30:6,13 70:15
92:3 115:19
118:1 120:9,10

184:23 185:4,7
185:11 187:22
**referenced**
137:2
**references**
187:15 191:3
**referred**
54:16
**referring**
92:6,16 113:19
158:7,16
159:21
**refers**
96:2
**reflect**
123:13 178:15
**reflected**
72:19,21 124:14
134:11 141:14
149:15 155:12
155:17 173:15
174:20 181:24
182:19
**reflects**
181:14
**reform**
191:3,19 192:2
**refresh**
5:17 77:23
**regarding**
17:16 82:12
108:8 117:3
137:1 142:18
148:16 156:9
161:20 169:23
184:25 189:25
190:19 191:3
**registration**
149:23 150:6
151:12
**regular**
76:22 78:21
199:10,11
**regulation**
81:18,23 82:8
**regulations**
31:11 40:18
61:2 83:25
92:11 104:4,10

142:4 163:22
164:1 168:9
**reiterate**
89:3
**reiterated**
20:9
**reject**
66:20
**relate**
187:15
**related**
17:14 19:10
148:3 156:7
164:24 168:9
176:5
**relates**
34:5 83:1 86:22
90:21 91:3
93:1 107:7
108:1,17
109:10,23
110:12 111:1
122:5 136:17
157:1
**relating**
11:22 14:4
16:17 18:11
34:8,14 80:16
81:1,10,18,24
82:8 83:4,9
85:8 87:3,8
95:14 123:7
124:12,22
125:5,14,23
126:6,16
127:14 128:1,6
128:13,17,21
128:25 129:4
131:8,21 135:4
135:17,21
137:14 140:19
143:12 148:7
149:12 157:12
157:22 158:4
158:20 159:4
159:12 160:6
160:14,22
164:1 173:10
173:14

relation
181:23
relationship
23:24
relative
20:11 209:14,15
relevant
32:24 128:1,4,11
128:19 129:21
137:4,7
relies
166:11
relieving
46:16 47:10
remember
61:22 78:17,20
89:25 188:1
removed
77:3
repealed
117:17,21
repeat
93:4 107:23
rephrase
6:1 32:8
report
32:18 54:15
55:14,20,25
57:10,22 59:5
59:24 71:21
74:11,16,22,25
75:11,12,13,15
75:16 76:1,2,6
98:4 104:23
115:16,20
176:25 184:24
185:11,18,24
186:2,4,13,21
194:9,15 205:6
reported
71:12
reporter
11:5 63:13
67:19 124:2
192:22 203:21
reporters
60:16
reporting
74:11,15 76:10

209:16
reports
13:13 15:14
53:23 54:17,19
54:20,24,25
55:11 56:10,20
57:3 71:8,9,23
74:14 75:8
77:23 81:25
86:4 91:4
92:12 97:2
99:15 104:22
108:8,10,13
110:13,19,23
110:24 115:23
126:8 162:22
196:3 198:16
198:20,21,24
repository
185:14
representatives
195:16
reproduced
41:15
request
16:12,13 32:19
48:25 49:2,3
144:19 145:8
requested
134:19 185:10
197:11
requests
19:7 49:1
134:20
require
47:1 48:11
50:19 55:8
71:18 169:21
180:17
required
39:17 43:7,7
45:3 50:11
55:15,25 60:22
60:23 61:4
71:16 77:9,15
77:16 78:7,11
79:1,4,5,14,19
86:3 87:13,22
89:13 98:2

115:23 116:4
121:10,25
142:6 180:18
180:19
requirement
29:4 32:4,5 56:6
56:9 57:9
72:22 80:16
91:17 170:24
requirements
28:25 77:19
206:17
requires
32:5 43:25 60:4
71:10 72:4
102:10
requiring
143:5,13
rescinded
130:7,15
rescinding
119:3,10
resign
83:21
respect
31:13 109:1
133:19 134:18
146:8 164:10
171:23 172:21
183:1 196:6
202:19
respectfully
97:15
respond
7:21 59:20
87:18 134:4
response
12:13 87:18
134:5 178:7
183:12 186:15
responsibilities
4:16,17 9:14
25:24 26:4,24
28:25 78:12
103:4 104:11
163:20,21
responsibility
23:2 24:10
25:18 26:13

27:11 42:16
47:8 51:7
167:1,11 168:5
responsible
8:24 22:24 24:3
25:2 33:20
41:17 129:6
140:12 162:21
responsive
16:12 19:6,12
20:12 56:12
92:10 111:24
117:2 162:2
rest
66:10
result
17:11 156:5
182:8,18
193:23
results
178:24 180:22
retain
143:16
retained
56:24 129:14,22
retention
17:3 56:25 57:2
129:11 135:2
retire
83:21
retired
62:13,19 111:23
137:23 156:20
191:11
retrained
184:1
return
120:24
reverse
112:11
review
12:12 19:4 21:6
21:12 30:4
60:21 61:2
63:19 65:6
67:23 69:12
76:3,6,15
97:13 107:14
122:21 131:2

162:22,22
171:13,21
172:4,19
178:14 185:9
199:5 204:14
reviewed
18:18 19:13,17
28:4 31:9
35:19 36:24
42:11 104:23
111:16,18
114:20 127:7
127:10 144:11
162:2 193:12
204:16
reviewing
22:4,9 34:16
42:10 78:23
106:21 129:23
141:9
reviews
58:9 161:4
revise
206:24
revised
29:17 94:15
204:20 207:7
revising
25:3
revision
102:21 206:14
revisions
64:6,8
rewrite
197:22
rewriting
197:20
rewritten
198:3
ricky
1:3 2:5 5:21
rid
60:2
right
6:4,13,22 7:5
10:22 11:4
14:22 19:16
30:18 36:2,3
36:16 37:1

41:3 42:25
43:6 48:2 53:2
54:12 64:16
70:1 71:7 73:2
73:24 74:9
76:11,12,18
79:4,10,12
88:10 90:12
93:15,24 94:17
95:8,9,21,22
96:3,7 97:10
97:18,20 98:11
100:24 101:2,6
101:10,14
102:2,25
103:22 107:16
108:16 114:6
114:17,21,22
115:9 117:13
119:1,20,25
120:10 123:6
127:6,15
132:21 133:8
135:15 138:13
138:17 141:15
144:4 150:3
151:6,14,21
152:22 164:5
165:10,13,16
165:20 173:5
176:13,20
184:9,23
190:24 192:22
193:16 197:3,9
198:8 200:6,8
200:20,23
201:3,4 205:9
**rights**
95:7 96:21 97:1
172:7
**rise**
193:23
**road**
7:7,14,15
**robberies**
8:16
**rocha**
38:18
**roetzel**

2:16
**role**
23:23 29:8
146:8,10
164:21 196:5
**roll**
73:23,25 121:12
121:13
**roman**
193:14,17
196:16,17,20
196:22,23,25
**rookie**
61:15
**room**
2:22 118:2,5,7,8
118:18 162:25
**rule**
11:6 26:19 32:5
33:2 41:23
42:15,17,23
43:24 44:6,8
44:21,23 46:2
46:6,8,12,14
46:25 47:1,3,4
48:11,11 50:2
50:10,19 51:24
54:3,12,14
58:18 60:3,3,5
66:18 71:8,15
71:17 77:7
78:4,5,6 81:17
81:23 82:7
83:14 84:3,4,5
84:8,14,16
85:2,8,14 87:6
87:12 89:9
90:10,11 94:8
95:5,10,14
96:3 98:22
99:24 100:13
100:18,25
101:8 110:2,6
110:8 119:3
120:2,7,7
121:2 171:7
209:17
**rules**
4:3 5:17 19:10

22:7 24:10,17
24:21,23 25:3
25:10,15,15,17
26:2 30:19
31:7,10 34:19
36:8,17 37:6
37:13,22,25
38:9,21 39:13
39:20,25 40:2
40:9,18 41:1
41:24 42:2,6
42:12,19 43:2
43:3,5,9,14,25
53:20 61:1
63:15,23 64:3
64:12,22,25,25
65:3,21,25
67:9 77:7
78:25 83:1,4,9
83:25 84:5,21
85:6 87:6
90:18,20 91:1
91:2,22,24
92:11,17,25
94:10,13,17,20
94:23 95:21
100:21 102:8,9
104:4,10
109:19 119:4
119:10 120:9
120:10 127:7
134:6,11,16
138:24 142:3
143:21 163:19
163:22,25
168:9,12
201:17 202:4
204:20 206:14
**rumor**
52:8
**run**
59:14,15,25 60:4
60:6 61:19,21
62:7 67:7
140:3 194:14
**running**
67:8
**runs**
140:4

| **S** |
|---|
**safety**
10:8 23:24 24:1
24:3,9 37:8
65:2,8,8 66:3
66:14,16 94:13
94:14 206:7,23
**sarge**
55:18
**satisfactorily**
151:24
**saw**
30:6 35:14,18
61:14 185:2
186:24 188:24
189:19
**saying**
42:23 43:2
100:25 136:23
139:21 159:21
160:1 163:12
**says**
38:18 41:4,21,25
44:8 46:2 50:4
50:13 51:24
54:7 64:15
68:9,13,18,19
69:19 71:9
73:19,24 76:22
77:17,20 80:20
80:22 85:4
91:23,24 94:9
94:11 95:2
96:2 97:15
98:1,21 99:13
100:11,24
101:8,21,22
108:9 115:13
120:5,20
134:25 136:16
147:12,16
148:8 150:7,11
150:12,12
154:3 158:9
175:15 193:20
195:20 197:4
197:10,11
199:13 201:9
201:16,21

202:3 203:3
206:12
**sayso**
76:7
**scenario**
40:4
**scene**
7:22
**schedule**
57:1,2
**scheduler**
62:20
**school**
10:13 88:10
106:7
**scope**
87:16 168:14
170:5 172:13
180:10 181:3
181:13 182:1
182:13 183:11
187:12,18
188:11,22
189:11 190:6
195:1 196:9
198:6,19
199:25 202:14
203:13 205:2
205:18 207:2
**score**
153:5
**scored**
105:2
**seal**
209:18
**search**
16:15 113:25
114:9,10,14
116:20 117:2
137:3 139:18
191:1,16
**searches**
80:3 191:11
**second**
37:1 49:3,20
69:19 90:19
108:12 115:1
148:6 199:13
**secondly**

162:9
**section**
41:5,21,24 50:4
54:3,14 71:7,8
73:10 76:21
77:20 84:14
131:1 193:19
**sector**
186:5 192:24
**security**
4:13
**see**
22:9 30:4 31:11
38:19 41:10
43:24 44:11
59:7,15 61:1,7
61:13 62:21
63:22 78:9
79:17,23 80:5
80:15,20,23
87:2,5 89:20
90:21 99:2,22
102:14 113:1
115:17 118:3
148:2 150:9
153:11 154:10
155:2 157:18
162:10 163:25
164:4,7 177:19
179:14,17
199:18 204:1
206:9,19
**seeing**
56:12 61:22
141:10
**seen**
11:9 35:8 36:21
36:22 61:11
78:13 90:5
114:18 132:13
132:14 136:9
136:11 144:5,6
147:6,7 176:21
176:24 186:11
186:13,14
193:6 204:12
**seizure**
116:21
**seminar**

151:23 152:25
153:8,25 154:6
154:15,17,22
**senior**
89:2 105:24
**sent**
90:1 130:25
**sentence**
139:12 175:14
199:18 201:20
204:18
**sentences**
12:10
**separate**
44:24 69:18
162:25 193:22
**september**
103:3 117:25
148:11 149:4
150:24 151:8
151:16 155:1
194:17 197:23
198:2 202:23
**sergeant**
7:6 8:7 55:17
112:3,22
153:13 178:7
178:22 179:1,3
179:10,19,25
181:8,19,22
**sergeants**
9:4,6,7,8 153:2,4
**series**
19:6
**serious**
7:19
**serve**
67:1 77:22
195:22
**service**
7:18 57:21
187:3
**services**
4:19,21
**session**
149:8
**set**
24:15 49:10,10
49:16,17,20,21

49:24 53:17,22
69:18 93:20
99:24 105:7
114:23 115:1
123:15 132:10
136:8 145:20
146:3,12
196:12 209:18
**setter**
23:10
**seven**
5:3 73:23,25
104:25 173:3
**sex**
9:18 27:22
28:22 122:12
**shadowed**
106:23
**shawn**
2:20 20:10,14
123:18 176:3
**sheet**
59:15
**sheets**
59:14,25 60:4,7
61:20,21 62:7
**shes**
158:16 176:6
**shift**
7:17 48:6,8 49:3
49:4,4,18,25
54:1 56:18
57:11 58:10
74:23 75:11
**showup**
12:20 14:15
17:15
**showups**
81:3 83:6
108:19 124:25
156:8
**side**
6:18
**sign**
39:7 58:4,8,9
78:7 121:5
**signature**
132:23 150:7
208:1

signed
97:16 136:13
139:2 149:23
179:1
**significance**
47:20
**significant**
57:25 59:9
122:12
**signs**
58:7,8
**signup**
150:3
**similar**
38:2
**simply**
54:3
**single**
19:14
**sir**
154:3 185:25
**sit**
195:10
**situation**
169:25
**situations**
197:17
**six**
6:21 19:3 104:8
104:25 157:1
196:16,21,21
**sixth**
6:18,25 7:17
188:25
**skipping**
151:21
**society**
204:22
**sole**
23:10
**solicit**
83:16
**soliciting**
83:17
**somebody**
67:6 89:13,19
106:23 145:9
180:6 200:20
**sorry**

14:19 20:17,23
29:8 62:11
70:15 72:7
82:25 97:21
105:12 107:18
119:16 124:7
124:10 138:11
146:22 150:1
155:9 173:3
186:1 192:12
196:20 202:19
**sort**
88:16 161:3
183:22
**sorts**
118:15
**source**
144:8 146:12
195:13
**sources**
23:4
**south**
2:16
**speak**
19:20,24 20:3
22:3 34:18
40:12 49:5
104:16 107:13
122:18 128:8
169:17 170:23
178:13
**speaking**
21:15 22:16
123:24,25
164:10 179:15
190:10
**special**
4:14,20,21 9:13
33:14 195:23
**specialized**
9:21 106:9
**specific**
7:17 55:24 57:4
66:18 122:3
123:1 143:9,20
154:23 155:20
163:18 169:4
169:19
**specifically**

**specifically**
35:9 43:25
  57:12 62:22
  85:1 93:7
  135:3 142:24
  154:22 163:9
  163:23,25
  191:14 195:12
  195:14
**specifics**
163:19
**spell**
4:8
**spelled**
84:20
**spent**
135:15
**spoke**
20:10 21:22
**squad**
9:20
**square**
1:17 2:8 209:22
**ss**
209:4
**st**
29:21
**staff**
4:25 196:2
**staimpel**
16:6 151:8,13
**stamp**
44:5
**stamped**
36:18 41:4
  63:16 67:20
  69:16,17 76:18
  93:9 111:13
  126:2,20 144:7
  203:23 206:5
  206:12
**standard**
27:24 53:9
  87:21 178:18
  197:15
**standards**
145:20 146:3
  181:17 197:13
  201:19,24

202:2,2,6,8
**stanley**
177:1,5 179:11
  179:18,21
  181:9
**start**
5:4 21:19 96:8
  147:8
**started**
62:3,6 75:7
  78:17 121:8
  171:8
**starting**
57:14 96:7
**state**
1:16 4:8 10:4
  19:9 84:10
  85:15 88:1
  99:21 133:9
  134:23 145:21
  146:3,15 147:9
  188:3 209:4,7
  209:21
**stated**
55:21 79:4
  164:19
**statement**
44:25 45:2,4,6
  45:12,15 98:4
  169:22 174:5
  177:14 201:14
  204:25
**statements**
12:4 14:11 44:9
  44:11,13 45:10
  45:10,11,15,17
  45:21 97:2
  99:20 100:1
  101:13 142:7
  177:10 180:17
**states**
1:1 41:16 46:14
  54:3,14 58:18
  84:10 96:23
  105:7 133:8
  134:19 135:7
  136:24 139:7
  140:16 151:23
  152:23 153:1

154:14,20
  173:6,24,25
  177:25 204:19
**station**
180:7
**statistics**
199:2
**statute**
117:19
**statutes**
117:16
**stays**
131:3
**stenographer**
74:17
**stenotypy**
209:11
**stephen**
2:15
**steps**
206:13
**steve**
19:25
**stint**
8:10
**stipulations**
1:20 209:14
**stoiker**
16:5 149:2,8,24
**stolen**
47:21 75:1
**stop**
65:14
**stopped**
37:19 38:9
**stops**
65:14
**storage**
13:16 15:18
**street**
2:12,16 8:16
  59:20 169:13
**strike**
8:12 9:1 29:9
  31:13 70:15
  72:8,9 83:2
  94:4 105:13
  119:14,24
  124:7,11

127:11 143:24
  155:9 163:10
  182:5,6 202:19
**student**
149:23 150:6
  151:12
**study**
187:3,7
**subject**
84:1 85:24 94:9
  95:3 96:20
  102:17 103:3
  120:2,17
  121:11 137:1
  140:19 153:18
  153:24
**subjects**
158:12
**submitted**
97:16
**subscription**
83:18
**subsections**
135:12
**subsequently**
183:25
**subset**
112:23
**substance**
148:18 152:14
  152:15
**successfully**
149:9
**suggestion**
50:13
**suggestions**
66:21
**suite**
1:18 2:3,8,12,17
  209:22
**superior**
42:13 43:17
  47:6 84:13
**supervise**
163:8
**supervised**
7:8,16 9:6,7,8
**supervision**
13:21 15:23

82:9 93:2,5
  111:2 126:18
  152:25 153:18
  161:24 162:7
  163:5 164:11
  176:7 187:16
**supervisor**
7:7,14,15,16
  8:14 58:4,6,9
  58:11 59:6
  60:21 73:9,24
  74:3 76:5,9
  104:24 105:24
  163:2 165:10
  165:18 166:4,5
  166:10,18,22
  167:15,16
**supervisors**
8:8 9:5 42:16
  55:15 78:7
  89:1 103:16
  141:2 162:8,17
  163:10,16
  164:1,12,23
  165:1 167:2,11
  167:22 168:4
**supervisory**
7:20 8:5 25:24
  78:12 178:20
**supplement**
102:18,22
  173:23
**supplemental**
133:2 136:7
  139:6 175:15
**supplemented**
136:22
**supposed**
58:4 82:16
  84:15
**suppress**
183:25
**suppressed**
183:24
**supreme**
86:21 104:4
**sure**
12:11 35:25
  48:14 51:17

57:8 62:19
63:4 76:3 90:2
107:24 150:11
150:12 163:22
168:6 176:2
194:13
**suspect**
47:21 95:7
**suspects**
13:9 15:10
17:21 18:4
81:20 90:23
125:25 143:15
168:22,24
**sworn**
4:4 103:15
209:9
**system**
51:21 74:11,15
75:12,13,22
76:2 130:19
131:5,6 196:2
**systematically**
172:3

**T**

**t**
94:12 96:25
97:16 209:3,3
**tab**
204:17
**tactics**
183:17
**take**
6:9 7:23 11:7
26:5 32:21
36:20 45:4
47:23 67:12
87:25 93:11
94:6,25 97:13
115:8 117:24
119:20 126:25
132:12 133:5
135:11 136:8
143:22 144:4
147:5 152:19
161:10 169:22
176:13,20
193:4 209:8
**taken**

1:14 34:3 42:24
44:9 53:6 72:5
180:18 204:22
209:13
**talk**
7:21 34:5 36:6,8
47:11 49:7
66:23 74:3
127:18 155:24
**talked**
19:25 127:17
131:8 136:20
140:22,23
159:22 165:25
**talking**
22:20 47:25
110:8 113:20
115:14 135:16
**tangible**
98:4
**taped**
180:19
**task**
49:21
**tasks**
49:18
**taught**
56:16 57:24
103:25 104:3
147:24 149:14
152:15 153:4,7
153:14,17,21
154:22
**teach**
89:2
**team**
48:1,4,7,22,24
49:13,14
**technical**
152:2,10
**technically**
66:12
**technology**
74:14 209:12
**telephone**
74:16 75:8
**tell**
19:14 21:8 22:6
33:17,25 40:13

45:12 47:5,11
50:24 57:1
59:9 61:14
65:4 66:22
86:19,20 87:19
87:19 104:2
117:18 122:16
162:6 163:23
166:4,12 171:9
178:15 189:15
195:15
**telling**
206:23
**tells**
118:12
**temporary**
29:14
**ten**
5:15 20:25
33:18,19
**tenure**
189:21
**term**
189:22
**terms**
25:10 53:15
95:6 190:12
196:5
**terpay**
16:5 150:24
151:4 177:2,2
177:12,18
182:5,8,16,18
**terry**
2:6 189:8
192:12
**testified**
21:3 31:6,14
**testify**
11:13 12:21
13:25 62:21
124:3 200:5,10
209:9
**testifying**
123:19
**testimony**
11:18 13:25
16:2,10 17:1,7
18:7 89:17

156:1 174:24
188:3 208:5
209:12
**text**
97:9,14
**thank**
18:14 126:24
186:4 207:15
**thats**
12:11 23:20
27:16 34:3
36:4 41:21
43:21 47:16,17
48:23 64:13
69:2 72:1
73:14,16 89:16
90:6,7 94:18
95:12 96:13
100:24 101:22
116:19 127:20
130:18,22,25
131:6,12 134:3
138:22 139:1
140:2,2 150:2
152:19 154:20
158:8 159:24
162:12 163:3
165:5,24 166:4
169:2 170:11
173:4 174:10
174:24 175:22
178:9,21
186:13,19
193:22 196:16
200:22 205:5
**thefts**
8:16
**thereof**
12:5 14:12
**theres**
49:9 94:8
121:19 123:24
127:18 140:1
144:14 150:7
158:12 173:22
174:18 179:14
187:14 193:14
194:3 201:12
203:5 204:18

205:8
**theyre**
29:23 49:24
55:13 56:21,23
57:3,23 58:3
68:22 73:15,15
82:16 96:5
118:15,24
121:23 123:3,4
130:22 162:23
169:5 175:5
195:7,16
196:23
**theyve**
121:5 195:10
**thing**
22:10 30:8,9,15
68:19 77:6
83:19 95:20,23
107:2 117:17
175:3
**things**
20:10 22:3,6
26:5 30:10
39:11 40:13
48:21 52:6
53:4 57:5 59:3
59:18 60:18
62:1,2 128:8,9
149:20 156:19
165:8 167:12
168:6 175:20
187:16 189:5
189:14,16
195:7
**think**
24:14 29:7
30:13 47:9
53:11 78:9
80:20 84:3,14
87:12 88:3,18
89:7,19,20,25
92:3 95:13
102:12 104:25
105:25 111:21
119:23 124:1
157:14,16
162:1 163:5,9
170:11,20,20

170:22 187:17
**thinking**
87:20 92:9
**third**
8:12,23 9:1
**thoroughly**
50:6
**thought**
169:5 181:19
**threats**
13:1 15:1 81:14
83:12 84:7,17
85:2 109:14
125:10
**three**
4:18,22 9:4
10:11 77:4,23
121:18
**tickets**
104:8
**time**
5:9 6:9 18:9
20:8 22:15
34:14 35:2,24
40:1 57:14,15
58:16 63:2
69:13 70:19
72:1 86:16
90:1,17 121:12
123:16 128:1,2
128:4,7,10,11
128:15,19,23
129:2,13
133:14 134:8
135:15 137:4,7
137:12 138:8
139:10 146:14
149:18 150:17
154:11 156:15
157:6,9 158:21
159:9 163:13
165:23 169:16
169:18 172:15
175:18 177:6
178:23 181:21
188:19 189:8
194:9 197:22
202:10 203:11
204:23 205:15

205:25 207:7
209:13
**timecard**
58:17
**times**
18:24 32:18
172:15 180:16
195:8
**tip**
52:8
**tips**
165:15
**title**
37:5
**titled**
144:8 192:24
**today**
11:14 19:22
20:6 21:23
22:4,6,17
24:21 25:2
26:7,10,20
27:18 28:10
29:6,10,13
30:11,16,18,25
31:13,20 32:15
37:21,25 38:3
40:13 43:19,20
45:13 46:8
47:5,16 50:24
54:10 55:13,18
56:6,7,13,19
56:21 57:9,12
57:15,15,24
59:14,16 60:3
61:3,9 64:22
65:4,12 66:22
73:8,17 74:14
79:12 84:4
86:20,21 96:14
96:17 100:19
100:25 101:5
101:24 102:1,6
102:7 103:20
105:10 116:1
116:12,16,19
116:23,25
117:9,17 118:5
118:24 121:4

130:4,18,23
135:16,22
136:21 137:15
147:19,20
157:24 162:20
163:12 168:8
170:7 173:16
178:21 180:3,8
180:25 181:5
193:13 194:14
195:3 196:6
198:21,25
204:15 206:18
**todays**
181:17
**told**
76:15 89:14,20
121:17
**tolliver**
177:1,5,15
179:11,18
181:9
**tollivers**
179:21
**tomba**
1:14 3:2,4,5 4:1
4:6,10,10
127:6 133:25
184:11 192:20
208:2,24
**tomorrow**
29:21 74:24
121:14
**tonight**
47:14
**top**
68:9 102:15
152:23 153:11
**topic**
12:21 14:1,16,22
15:3 16:3,10
17:1,7 18:7
34:5,5,15
43:21 84:6
107:7 109:10
110:12 122:5
123:7 124:13
124:23 125:6
125:15 126:7

126:17 127:19
128:1,6,13,17
128:21,25
131:15,15,17
131:21 135:11
155:24 156:12
156:25,25,25
164:10
**topics**
11:12,14,19
12:16 18:12
23:20 80:8
127:13,15
135:17,21
137:14 153:3
**total**
19:3 152:3
**tour**
46:16,18,21,23
**track**
176:4
**tracking**
58:17
**traditional**
39:9
**traditionally**
39:4
**traffic**
130:22
**train**
89:2 147:20,21
147:21,23
**trained**
40:3 61:23 72:9
78:16 89:5
106:18 149:18
155:12,16
**trainer**
147:21
**trainers**
147:22
**training**
13:21 14:2
15:23 16:4
18:11 43:11,14
72:19 73:4
82:8,15 88:16
88:20 89:6
93:2,5 102:18

102:22 103:5,7
103:9,11,13,14
103:16,18,20
103:22 104:5,6
104:9,15,20,24
105:6,14,19
106:1,10,15,16
106:20,21
107:1,3 111:1
116:9,11,12,14
116:17,20
117:1,3,6,8
126:18 137:6
137:11 138:7
139:9 140:18
140:22,25
141:1,5,10,13
141:14,18,25
142:2,5,13,16
142:24 143:3,9
143:11,20
144:9,25
145:12,17,19
145:21,25
146:7,8,11
147:2,11,13,18
147:25 148:3,8
148:10,17,19
148:23 149:3,8
149:13,15
150:4,8,16,20
150:23 151:4,9
151:15,19
152:24 153:8
155:1,5,19
157:15 173:9
173:11,15
174:2,8,19
175:7,17,24
176:7 183:3
187:16,22
188:5 193:19
193:22 194:8
194:14,16
199:16,21
200:5,10,23
203:3,4,7,8,10
**transacted**
46:18,22

**transcribed**
180:20 209:11
**transcription**
208:5
**transferred**
7:10,24
**transpose**
59:23
**treat**
168:20
**treated**
168:24
**trial**
50:21,21 51:3
**tric**
116:21
**true**
24:7 114:3
140:13 174:5
178:21 200:13
205:5 208:4
209:12
**trustees**
152:1
**truth**
209:10,10,10
**try**
6:1 122:22
184:19
**tuesday**
18:23
**turn**
31:15,23 37:1
41:3,23 46:14
60:23 69:19
71:4 79:5,15
79:19,24 91:18
96:18 102:14
136:15 166:21
173:1,21 201:9
204:11,17
206:4
**turned**
28:1 45:8 78:1
92:1 166:19
**turning**
35:24 44:5 74:9
116:7 119:1
151:21,22

201:4
**twice**
18:22
**two**
20:16 54:7
76:25 77:22
111:22 127:8
144:21,24
156:20
**type**
32:25 35:5 45:5
55:5 74:17
76:22 77:9
84:1 95:10
118:19 178:19
**typed**
45:11
**types**
17:10 35:2
156:3,12,18
157:3 162:5
**typewriter**
45:6

——————————
U
——————————
**uhhuh**
18:15 37:3
67:25 196:18
**ultimate**
23:2
**unable**
113:23
**unauthorized**
120:3
**unaware**
167:16 201:3
**underage**
169:5
**underneath**
9:4
**undersigned**
208:2
**understand**
5:25 43:6 57:8
73:7,11,16,22
74:1 84:19
139:2 156:17
163:11 200:22
**understandable**
6:2

**understanding**
19:16 21:25
37:10 44:21
46:25 47:3
50:10,12 70:18
71:15,17 72:3
74:2 85:19
101:20,21,22
104:20,22
112:4 113:8
116:3,14,16
117:5 121:1
129:10 149:5,7
151:1,3,17
152:5,7 154:13
154:21 155:4
155:10 194:7
197:25
**understood**
72:24
**undertaken**
16:16 206:13
**undertook**
171:13,21
172:19
**unfinished**
46:19,23
**unfortunately**
193:2
**uniform**
7:7,21 29:22
66:8
**uniformed**
25:25 57:20
**uniformity**
197:15
**unique**
87:25
**uniqueness**
29:1
**unit**
4:25 8:12 9:3,18
9:19,19,20,22
27:21,22 28:17
28:18,19,20,21
28:23,23 29:2
30:21 43:13
44:10,24,25
45:2,5,12,15

55:17 56:23
118:16,16,23
118:24,25
**united**
1:1 84:9
**units**
9:5 33:7,8,12
43:11 71:12
97:8 118:16
**university**
10:4,12
**unlawful**
183:17
**unusual**
47:7 147:18
**unwritten**
11:20 34:6
127:14,18,24
127:25 128:5
128:12,16,20
128:24 129:3
**update**
33:16 40:23
73:21
**updated**
33:18 34:1 38:5
38:6 40:19
64:3 68:14
121:10
**updates**
25:11
**updating**
33:20
**uphold**
88:1
**use**
12:23 13:16
14:23 15:17
49:12 75:4,24
81:11 83:9
109:11 125:6
130:24 180:13
180:24
**usually**
29:24 48:22
58:1 59:17
60:15 87:1
121:18

——————————
V
——————————

**value**
83:19 86:5,6
**various**
141:20 188:16
**vary**
57:23
**vehicle**
59:21 75:1
**vehicles**
80:3
**verbal**
54:17 55:11
**verbally**
32:10 75:16
**verification**
132:22 136:13
173:2
**verified**
132:25 136:12
**version**
36:17 38:8
39:16 63:15,18
63:23 64:4
68:14 193:1
**versions**
127:7,9 138:24
**versus**
5:21,22 25:16
85:17 86:8,18
87:3
**veto**
65:20
**vice**
6:24,24 7:3 9:3
**view**
162:25,25
**violate**
84:9 85:14
**violated**
42:23
**violation**
42:15,17 57:21
172:6
**violence**
9:19 57:22
**visits**
185:13
**volume**
139:16

**vs**
1:5,10

---
**W**
---

**w**
2:15
**wait**
98:6 113:5
141:3
**walking**
59:2
**wang**
2:2 3:3,6 4:7
10:22 11:3
12:14,18 36:9
36:15 49:15
53:12 63:4,8
63:12 67:13,18
68:6 84:25
86:7 88:9 90:8
91:21 92:18,22
97:23,24 98:8
100:5,12 101:4
101:19 106:5
108:15,25
109:6,21 110:7
110:20 111:6
111:10 113:7
113:17 117:23
119:9,17,19
123:18,23
124:4 126:25
127:5 131:25
132:15 135:25
157:7 158:8
161:11,16
176:14 177:22
184:9 186:8
192:11,14,21
193:9 196:22
196:25 204:4
204:10 207:12
**want**
12:14 22:15
47:12 57:8
127:12,17
159:25 170:16
**wanted**
52:23 158:13,14
**wants**

29:25
**warden**
24:6
**wasnt**
99:8 159:1
178:16 190:15
**way**
5:12 6:6 11:24
14:6 25:10,25
34:10 35:11
39:4,9 43:20
47:16,17 48:21
48:23 50:23,23
55:13 61:25
62:1 73:8 88:4
89:11 94:22
104:10 107:10
108:3 112:10
122:8 127:21
130:7,22 140:5
141:21 146:13
162:17,20
169:2 172:12
184:2 194:13
198:15 202:18
**ways**
32:2 195:25
**wednesday**
154:6
**week**
18:22 29:24
152:24
**went**
8:12 67:4
**west**
2:12
**weve**
53:5 66:8,8
87:21 127:6
135:15,22,23
137:15 195:8
**whats**
4:11 25:14
44:21 85:19
97:21 107:19
111:11 119:15
134:1 135:23
149:5 151:1
153:9 155:12

155:16 160:7
169:14 173:15
177:22 181:24
186:2 192:23
**whatsoever**
87:5
**whereof**
209:18
**white**
16:7 188:7
189:22
**widely**
201:23
**wiley**
2:14 5:22
**willfully**
84:11
**williams**
25:4,5 66:22
86:23
**willing**
177:14
**wish**
6:10 122:15,22
178:14
**withheld**
140:2 183:8
**withholding**
17:20 159:14
160:6 164:13
171:23
**witness**
12:4 14:11
52:18 68:1,5
91:10 100:1,9
101:13,18
105:22 108:22
109:5,17
110:18 111:5
113:6,12
117:13 119:7
123:11 142:7
158:17 169:7
174:15 209:9
209:13,18
**witnessed**
169:24,24
**witnesses**
12:23,25 13:1,9

14:23,25 15:1
15:10 18:3
52:15,15 53:1
72:1 81:11,13
81:14,20 83:10
83:11,13 84:7
84:17 85:2
90:23 99:20,21
109:11,13,14
125:7,9,10,25
143:16 160:24
165:13 167:25
168:10,21,23
172:22
**women**
7:16 23:8 61:17
61:23 70:11
**wonderful**
195:7
**wont**
57:18 68:18
184:14
**worded**
88:4
**work**
10:9 23:6 33:24
35:3 49:2,6
56:16 62:18
**worked**
7:6 10:14 44:22
44:23 47:1
62:13 74:12
138:2
**working**
48:12,14 49:6
55:3 59:3,16
106:13 111:23
**works**
130:18
**wouldnt**
76:9 166:9
167:21
**write**
39:6,11 59:21,21
75:11 104:8
139:11 166:3
**writing**
13:12 15:13
71:7 75:19

81:24 91:3
92:11 110:12
110:18 126:8
162:11 209:11
**written**
11:20 22:1
26:19 27:15
28:7 29:6,7
30:23 31:4
32:4,18,18
34:6,13,17
39:4 43:24
44:20,24 45:4
45:24 46:5
54:17,19,20,23
60:22,22 61:1
71:9,12,22
75:12,13 76:1
76:4 79:14,18
87:5 90:14
99:9 123:6
127:17 135:9
135:19 136:25
137:6,6,10,13
138:6 139:9
159:19 174:1,7
175:17 177:14
186:14 206:15

---
**X**
---

**x**
3:1

---
**Y**
---

**yeah**
5:11 35:18 39:3
57:12 61:22
65:22 66:1
81:8 86:15
88:14 90:6
97:14 109:17
119:7 164:18
170:17 172:15
174:15 175:1
181:5 188:13
188:24 194:12
206:3
**year**
7:8,9 8:18,20
33:16,19 34:3

38:5,6 40:15
73:21 96:2,8,9
96:9,11,12
115:1,2
**yearly**
139:17
**years**
5:3,15 6:21 7:12
8:1 10:21
19:11 33:18,19
50:25 53:6
56:14 73:18
87:21 104:18
139:14 201:23
**yep**
6:3
**yesterday**
58:13
**youd**
71:4 79:24
94:25 96:1,18
102:14 116:21
**youll**
121:17
**youre**
12:9 22:16,20
42:23 50:25
53:9 55:17
56:16,16 58:6
72:22,23 73:2
73:6,19 85:16
92:6,9,16
99:10 100:25
104:11 106:13
114:8 121:18
123:18,24
135:21 138:12
138:12 156:17
158:7,15
163:12 173:13
176:3 182:4
**youve**
21:2 31:6 36:21
114:5,20
132:13 136:9
144:5 147:6
176:21 200:4

**Z**
**zone**

47:8,15 55:3

**0**
**00**
121:14
**000**
71:4
**011**
130:23
**05**
1:18

**1**
**1**
1:5,10 3:7 11:1
11:5 18:12
38:18 41:23,24
50:4 54:4,14
55:5,7 82:24
82:25 84:14
96:9 99:24
101:8 104:23
114:25 153:9
153:10,11,23
165:24 166:3
178:25 184:15
201:21
**10**
3:12 32:17,22
33:1,5 55:8
57:16 71:20
121:14 134:18
144:1,4 165:24
166:3 173:5
**101**
56:15 88:21
**1022**
2:8
**1026**
193:10
**104**
83:14 84:3
**1055**
1:18
**106**
2:22
**1070**
116:8
**10s**
53:23 54:20,22

54:23 75:25
**10th**
103:3
**11**
3:7,12 146:17,21
155:14 199:9
199:10,11
**1105**
203:25
**111**
3:10
**12**
3:13 57:16,18
135:7 136:16
136:16 137:2
139:6 148:22
173:11 176:15
176:17,20
199:6 209:23
**123**
59:20
**1230**
154:7
**1252**
203:25
**12a**
135:17 137:14
140:20
**12month**
40:22
**13**
3:13 140:15,15
147:11 173:12
192:17,23
**1300**
2:12
**132**
3:10,11
**1332**
209:22
**136**
3:11
**14**
3:14 44:6,8 46:2
143:23 203:18
203:22
**144**
3:12
**146**

3:12
**14th**
116:8
**15**
57:20 173:5,22
175:14
**15cv00989**
1:5
**15cv01320**
1:10
**160**
111:13 124:14
125:1,19 126:2
126:12,20
**1630**
154:7
**16th**
117:25 205:7
**170**
122:11
**172**
120:15,15
**176**
3:13
**18**
7:2 152:3
**184**
3:4
**18th**
96:20 102:4
120:1
**19**
124:7 158:9
**192**
3:6,13
**1950**
37:9,11 38:1,9
39:23 64:4,5
64:15,17,25
135:9 136:25
140:17 142:17
143:4,12
171:11,19
172:17 173:7
174:2,9,20
175:8,24 191:5
192:3 201:18
202:5,22
206:15,25

**1950s**
40:12 67:2
**1959**
112:16,17,19
113:2,9
**1960s**
104:21 105:15
105:23 106:25
114:2,19 115:6
117:6 140:23
141:6 146:9
**1961**
112:13
**1962**
39:24 40:5
**1963**
86:8,15,16
115:12,24
**1966**
187:3
**1969**
68:11,17 69:2,7
69:9 93:15,21
93:24 107:6,21
107:25
**1970**
11:22 14:3
18:10 30:7
34:8 72:17
74:4 103:3
116:8 118:1
128:11,15,19
128:23 129:2
157:7 158:15
158:22 159:9
187:10 200:11
**1970s**
21:21 22:2,10,16
22:17,23 23:17
23:23 24:7,12
24:19,23,25
29:8 30:2,15
31:4 39:12,15
40:25 42:9
43:18,19 44:22
44:23 47:1,18
47:25 50:11
53:13,16 56:10
58:24,25 60:9

61:4 67:2 79:8
80:10,11,12
87:3,11 88:25
89:12 95:18
99:10 103:11
103:23 104:2
104:15 105:23
116:4 117:3
118:22 129:8
129:12 144:25
145:12,16
146:5 150:20
158:7 159:5
161:5 163:10
163:15,24
164:6,12
170:25 182:25
183:8,18,22
184:8 198:17
200:6,17
**1971**
102:17 119:2,12
124:7
**1972**
206:8,18,23
207:8
**1973**
36:4 95:2 96:20
96:20 102:4
110:2 131:8
202:2
**1974**
68:11,12 69:2,7
69:9 70:17
72:11 93:15,21
94:2,9 107:6
107:21,25
148:11 149:4
150:25 151:8
151:16 155:1
186:20,22
205:7,9
**1975**
16:22 17:3
37:17 64:19
65:23 86:16
102:2 120:1
171:12,20
172:18 173:7

177:6 183:4
185:2,19 194:9
194:17 195:21
197:23 198:2
202:23 207:8
**1976**
45:14 112:19
113:2,9 120:16
121:2,3
**1977**
153:24 154:2,6
154:15 190:2
**1979**
152:4,12
**1980**
10:18 11:22
14:4 18:10
34:8 128:12,15
128:19,23
129:2 135:9
137:1 140:17
142:17 143:4
143:12 152:19
152:24 157:7
158:15,22
159:9 174:2,9
174:20 175:8
175:25 187:10
191:5 192:3
200:11
**1980s**
34:17 128:9
188:9
**1981**
10:13,18,19
**1984**
104:3
**1985**
5:8 61:16 75:7
104:13 171:8
**1993**
7:6
**19th**
11:22,22 14:3,4
18:10,10 34:7
34:8 171:12,20
172:18 173:7
**1a**
34:5,5 43:21

107:7 122:5
123:7 124:13
127:19
**1b**
124:23 128:6
**1c**
109:10 125:6
128:13
**1d**
109:23 125:15
128:17
**1e**
128:21
**1f**
110:12 126:7
128:25
**1g**
126:17 129:4
**1s**
54:22,24 75:25
**1st**
33:25 34:1
119:2 148:11
149:4 150:24
151:8,16 155:1

**2**

**2**
3:8 14:1 36:10
36:12 44:8
46:2 64:3,9
82:25 83:3,8
85:7 90:20
91:3 92:17
93:1 177:4
193:19
**20**
209:19
**2000**
8:21
**2002**
9:11
**2005**
9:24
**2006**
9:24,24,25
**2007**
10:6
**2016**
1:19

**2017**
209:23
**203**
3:14
**2060**
2:3
**216**
2:9,13,23
**2171**
102:14
**21st**
29:19
**22**
1:19
**222**
2:16
**2273**
95:2 96:2
**23**
152:3,24
**23rd**
29:19
**24**
201:5,7,21
**2411430**
2:9
**24th**
120:16
**25**
201:4,10,16,21
**2553**
115:11
**2589**
144:8
**25th**
94:9 177:6
**26**
115:12
**2675**
120:1
**27**
152:24 203:3
**274**
94:8
**28**
209:17
**2871**
119:2,17,18
**2886**

144:8
**2983**
67:20
**29th**
5:8
**2b**
14:16
**2c**
14:23
**2d**
15:3
**2e**
15:9
**2f**
15:13
**2g**
15:23

**3**

**3**
3:8 16:3 38:18
47:14 63:9,10
63:14 64:4,13
71:4 136:15
**30**
11:6 56:13
85:24 184:15
**3010**
74:9,9
**3020**
76:19
**3060**
82:19,20
**3064**
79:24
**3069**
80:2
**3092**
67:21
**3093**
67:22,22
**30th**
152:19 154:1,6
**31**
50:25 73:18
87:21 139:14
**3103**
108:11 110:23
**3108**
94:6,8

**3110**
94:25
**3112**
96:18 97:23,23
**3149**
102:14
**3159**
102:25
**31st**
95:2 153:24
**3219**
36:19
**3220**
37:4
**3229**
41:4
**323**
119:25
**3231**
41:23
**3242**
44:6
**3264**
46:14
**3273**
50:2
**3274**
54:3
**3277**
54:14
**3281**
58:18
**3285642**
2:4
**330**
2:18
**3305**
36:19
**3337**
146:21
**3342**
146:22 149:25
150:1
**3343**
149:22
**3370**
102:18,24 103:2
**3416**
146:24

**3417**
146:24
**3429**
146:24 151:22
**3470**
117:25
**3516**
151:14
**3545**
146:24 151:6
**3546**
146:24 151:12
**3576**
120:16
**36**
3:8 146:23
**3640**
146:21 147:9
**3641**
146:21
**3762700**
2:18
**3912**
176:22
**3913**
177:4
**3919**
176:23
**3945**
146:22
**3949**
146:22
**3957**
146:24 152:18
**3960**
146:24 153:23
**3965**
146:24 154:24
**3967**
146:25
**3rd**
102:17
_____
**4**
**4**
3:3,9 16:10 49:6
67:14,19 68:9
70:5 71:5
80:14,25 81:9
81:17,22 82:7

130:23 173:21
**40**
152:3,8
**400**
2:17
**40yearold**
179:8
**4147**
120:7
**4172**
67:22
**42**
46:14 48:11
**434**
119:20
**435**
119:21
**44113**
2:8,12 209:22
**44114**
2:22
**44308**
2:17
**460**
2:3
**4682**
63:16
**4755**
63:16
**4756**
203:23
**4762**
204:18
**48**
120:21
**4843**
206:5
**4848**
206:12
**4904**
203:23
**4905**
193:11
**4949**
150:22
**4957**
193:11
_____
**5**
**5**

3:9 17:1 47:14
67:16,21 69:2
69:6 71:2
92:23 93:10
99:6 107:5,19
107:25 108:17
109:10,22
110:11,25
**50s**
61:24 64:9
**53**
116:9
**55**
1:17 2:8 209:22
**57**
38:18
**5th**
206:8
_____
**6**
**6**
3:10 11:6 17:7
18:12 49:6
99:1,24 101:8
101:8 111:8,12
122:4 125:1,11
125:20 126:12
126:20 155:24
206:11
**601**
2:21 119:1
**609**
38:17 39:4
**60s**
61:18,24 89:7
**63**
3:8
**636**
2:12
**66**
50:2
**6642569**
2:23
**67**
3:9,9
**685**
117:24
**6a**
156:1,6,12
**6b**

17:18 164:10
**6c**
17:24
**6d**
18:2
**6th**
205:9
_____
**7**
**7**
3:10 18:8 132:1
132:3,7,8
133:6 134:19
140:16 143:23
193:17
**70s**
34:17 48:23
54:20 61:24
89:7 105:11,15
106:25 114:2
114:19 115:6
117:6 131:4
140:23 141:6
146:9
**71**
54:3
**711**
153:12
**720**
2:4
**73**
82:20 96:2
**732**
116:7
**74**
147:11
**77**
54:14
_____
**8**
**8**
3:11 41:5 57:16
132:16,18,21
133:6,8 173:1
**80302**
2:3
**80s**
159:5 161:5
188:20
**82**

116:9
**822**
115:9
**83**
41:21 153:6
**85**
10:19 58:18
77:7 121:9

---

**9**

**9**
1:18 3:11 136:1
136:3,6 147:11
173:21
**902**
38:18
**9294747**
2:13
**95**
8:3
**97**
120:8
**976**
111:13 124:14
125:2,19 126:3
126:13,21
**977**
193:9
**99**
8:3 84:8,14,16
85:2,14 87:12