# MANUAL
# OF
# RULES

DEPARTMENT OF PUBLIC SAFETY
DIVISION OF POLICE
CLEVELAND, OHIO

PLAINTIFF'S DEPOSITION
EXHIBIT

2

TOMBA

PENGAD 800-631-6989

THOMAS A. BURKE
*Mayor*

ALVIN J. SUTTON, JR.
*Director of Public Safety*

GEORGE J. MATOWITZ
*Chief*

## Rules of Conduct and Discipline

*for the*

Officers, Members and Employees

*of*

The Division of Police

*in the*

Department of Public Safety

**1950**

*#609 Clifton John*

*902 of Cocker*

*3/1/57*

CITY OF CLEVELAND, OHIO

*94.24.06*

---

*Dedication*

ᴛO THOSE INTREPID HEROES WHO,
IN THE PERFORMANCE OF THEIR
DUTY IN THE PRESERVATION
OF PEACE AND THE PROTECTION
OF LIFE AND PROPERTY, HAVE
MADE THE SUPREME SACRIFICE,
I DO DEDICATE AND
SUBSCRIBE THIS
BOOK

▼

*Thomas A Burke*

*Mayor of the City of Cleveland*

CLE003220

## Administration

THE following rules are administered pursuant to the provisions of the Charter of the City of Cleveland and the laws of the State of Ohio, and are published for the government, discipline and administration of the officers, members and employees of the Division of Police.

Any violation of these rules shall be the subject of disciplinary charges against all persons responsible for such violations, unless otherwise directed by the Chief of Police.

Superior officers shall instruct subordinates frequently, and exercise due diligence and zeal in the enforcement of the rules issued herewith.

ALVIN J. SUTTON, JR.
*Director of Public Safety*

## Introduction

THE public evaluates the work of a Police Department upon the service rendered. The manner in which a police officer performs his duties in the preservation of the public peace, the apprehension of offenders and the protection of life and property under the laws of the State and the ordinances of the City, is a criterion that determines the reputation of a Police Department.

Other factors taken into consideration are the officer's conduct, efficiency, intelligence, impartiality and diligence in the execution of his duties.

The public expects that an officer's every act shall be for the public interest and that all laws be enforced without fear, favor, prejudice or bias.

# DEFINITIONS

Wherever the following words or phrases appear in the text, their meaning shall be construed as herein defined:

## Basic Patrol

Uniformed officers assigned to vehicles patroling the zones comprising the police districts.

## Members

Persons holding positions in the Division of Police enumerated in the City Ordinance No. 2488-47 and Section 186-1 of the Municipal Code.

(1) Surgeon of Police

(2) Deputy Commissioner of Traffic

(3) Superintendent of Ballistics

(4) Superintendent of Safety Education

(5) Signal Electrician

(6) Supervisor of Teletype

(7) Radio Operators

(8) Ambulancemen

(9) Secretarial Stenographer to the Detective Bureau

(10) Junior Assistant Secretary of Police.

## Employees

Any person employed in the Division of Police other than an officer or member.

## Officer

Any Policeman or Policewoman of the Division of Police.

9

**Mobile Patrol**

Uniformed officers and ambulancemen assigned to vehicles used as ambulances and for transporting prisoners.

**Officer in Charge**

Any officer so designated by the Chief of Police or by a Commanding Officer.

**Superior Officer**

Any officer with the rank of Sergeant or above.

**Commanding Officer**

Any Inspector, Deputy Inspector or superior officer assigned to command a District or Bureau.

# ORGANIZATION

## PERSONNEL

### Section I

The order of rank in the Division of Police shall be as follows:

(1) Chief of Police
(2) Assistant Chief
(3) Inspectors
(4) Deputy Inspectors
(5) Captains
(6) Lieutenants
(7) Sergeants
(8) Patrolman

No person holding any of the above ranks in the Department of Public Safety shall perform any work which is of the same nature as, or included within, the duties of other

10

# DEFINITIONS

Wherever the following words or phrases appear in the text, their meaning shall be construed as herein defined:

**Basic Patrol**

Uniformed officers assigned to vehicles patroling the zones comprising the police districts.

**Members**

Persons holding positions in the Division of Police enumerated in the City Ordinance No. 2488-47 and Section 186-1 of the Municipal Code.

(1) Surgeon of Police
(2) Deputy Commissioner of Traffic
(3) Superintendent of Ballistics
(4) Superintendent of Safety Education
(5) Signal Electrician
(6) Supervisor of Teletype
(7) Radio Operators
(8) Ambulancemen
(9) Secretarial Stenographer to the Detective Bureau
(10) Junior Assistant Secretary of Police.

**Employees**

Any person employed in the Division of Police other than an officer or member.

**Officer**

Any Policeman or Policewoman of the Division of Police.

9

### Mobile Patrol

Uniformed officers and ambulancemen assigned to vehicles used as ambulances and for transporting prisoners.

### Officer in Charge

Any officer so designated by the Chief of Police or by a Commanding Officer.

### Superior Officer

Any officer with the rank of Sergeant or above.

### Commanding Officer

Any Inspector, Deputy Inspector or superior officer assigned to command a District or Bureau.

# ORGANIZATION

## PERSONNEL

### Section I

The order of rank in the Division of Police shall be as follows:

(1) Chief of Police
(2) Inspectors
(3) Deputy Inspectors
(4) Captains
(5) Lieutenants
(6) Sergeants
(7) Patrolman

No person holding any of the above ranks in the Department of Public Safety shall perform any work which is of the same nature as, or included within, the duties of other

10

classified employees of the City, except such as is immediately essential to the performance of the duties of such rank as is necessarily incidental thereto.

### Section II

In addition to the established ranks, the Division of Police shall include the following positions:

(1) Surgeon of Police
(2) Deputy Commissioner of Traffic
(3) Superintendent of Ballistics
(4) Superintendent of Safety Education
(5) Signal Electrician—Traffic Bureau
(6) Supervisor of Teletype
(7) Radio Operators
(8) Ambulancemen
(9) Secretarial Stenographer to the Detective Bureau
(10 Junior Assistant Secretary of Police

Whenever vacancies shall occur, by reason of death, disability, resignation, retirement or from any other cause, in any of the positions set forth in this section except that of Surgeon of Police, such vacancies shall not be filled and the positions in which such vacancies occur shall be, and they are hereby abolished as of the date when each such vacancy occurs.

### Section III

### BUREAUS

There is hereby created in the Division of Police the following Bureaus:

(1) Bureau of Patrol
(2) Bureau of Detectives

11

(3) Bureau of Traffic
(4) Headquarters Staff

   (A) Bureau of Welfare
   (B) Bureau of Training
   (C) Bureau of Records and Communications
   (D) Bureau of Special Investigation

The Bureau of Patrol, Bureau of Detectives, Bureau of Traffic and the Headquarters Staff shall each be under the command of an Inspector or such other superior officer as the Chief of Police may designate.

### Section IV

### BUREAU OF PATROL

The territory within the police jurisdiction of the City of Cleveland is divided into districts; the territory within the district is divided into sectors; the territory within the sectors is divided into half sectors; the territory within the half-sectors is divided into zones.

The Bureau of Patrol shall embrace all of the districts and the following units:

   (1) District Headquarters
   (2) Basic and Mobile Patrols
   (3) Hospital Prison
   (4) Store Room
   (5) Prison
   (6) Property Room
   (7) Court Officer
   (8) Beat Patrol
   (9) Vehicle Pound
   (10) Special Uniform Assignments

### Section V
### BUREAU OF DETECTIVES

The Bureau of Detectives shall be composed of the following units:

(1) General Criminal Investigation
(2) Homicide
(3) Case Preparation and Fraud
(4) Auto Theft
(5) Scientific Identification
   (A) Laboratory
   (B) Identification Records
   (C) Photography

### Section VI
### BUREAU OF TRAFFIC

The Bureau of Traffic shall be composed of the following units:

(1) Traffic Office
(2) Accident Investigation
(3) Traffic Enforcement
(4) Traffic Flow
(5) Mounted Unit
(6) Traffic Engineering

### Section VII
### HEADQUARTERS STAFF

The Headquarters Staff shall be composed of the following bureaus and units:

(A) Bureau of Welfare
   (1) Male Juvenile Unit
   (2) Bicycle Unit
   (3) Policewomen's Unit

13

CLE003228

    (4)  Sanitary Unit

    (5)  Public Relations Unit

    (6)  Labor Relations Unit

(B)  Bureau of Training

    (1)  Police Academy

    (2)  Arms and Range

    (3)  Uniform Clothing Unit

    (4)  Medical Unit

(C)  Bureau of Records and Communications

    (1)  General Records and Teletype Dispatching Unit

    (2)  Radio Broadcasting, Operation and Maintenance Unit

    (3)  Telephone Exchange

(D)  Bureau of Special Investigation

## Section VIII

### CHIEF OF POLICE

(1)  The Chief of Police shall be the executive head of the Division of Police. He shall direct all activities of the Division, and cause to be enforced all laws and ordinances. He shall maintain the peace and dignity of the city.

(2)  He shall have the exclusive right to station, transfer and assign the officers and members of the Division of Police.

(3)  He shall promulgate such orders from time to time as in his judgment are needed to maintain discipline, decorum and dignity.

(4)  He may suspend from duty any officer, member or employee for violation of any rules of the Division of Police.

14

(5) If any officer, member or employee be suspended, the Chief of Police shall forthwith, in writing, certify the fact together with the cause for the suspension to the Director of Public Safety.

### Section IX

### ACTING CHIEF

The Chief of Police shall designate an Inspector to assume the duties of Acting Chief of Police. The Inspector so designated shall assume the duties of Acting Chief upon notice that the Chief of Police is, or will be, absent for a period of seventy two (72) hours or longer.

### Section X

### INSPECTORS

Inspectors shall be assigned as commanding officers of Bureaus within the Division of Police, or assigned to such other supervisory duties as the Chief of Police may designate.

### Section XI

### DEPUTY INSPECTORS

Deputy Inspectors shall be assigned as commanding officers of Districts or Bureaus within the Division of Police, or assigned to such other supervisory duties as the Chief of Police may designate.

15

*Chapter Two*

## RULES

### RULE I

#### Obedience to Rules

(1) All officers, members and employees of the Division of Police shall familiarize themselves with these rules, and shall obey them.

(2) Superior officers shall prefer charges against any subordinate violating them.

(3) Such charges shall be forwarded, through the proper channels, to the officer in command of the Bureau to which the officer preferring the charges is assigned.

(4) The commanding officer may forward the charges so preferred, with his recommendations, to the Chief of Police.

(5) A separate set of charges shall be filed against each offending individual.

(6) The officer preferring charges, as well as any officer or member of the Division of Police against whom charges have been preferred, shall both be present at the hearing, and the former shall arrange for the proper presentation of all evidence and notification of all witnesses. A report shall be forwarded stating how, when and where such notifications were made.

(7) The commanding officer of the officer or member of the Division of Police against whom charges have been preferred shall be present at the hearing.

16

## RULE 2

### Commanding Officers

Commanding officers shall designate the hours of duty and assign the duties to be performed by all officers, members and employees of their respective command and shall provide for:

(1) The protection of persons and property.

(2) The preservation of public peace and order under the laws of the State of Ohio and the ordinances of the City of Cleveland.

(3) The efficient distribution of the personnel under their command.

(4) Uniformity of patrol.

(5) Cooperation and coordination of police activities.

(6) A uniform method of making reports and of keeping records.

(7) The prompt and thorough investigation of all matters coming within their jurisdiction.

## RULE 3

### Superior Officers

Superior officers shall be assigned to such duties as the Chief of Police designates. They shall, within their respective assignments, provide for:

(1) The efficient distribution of personnel.

(2) The prompt and proper investigation of complaints and action taken thereon.

(3) The establishment, without waiting for specific instructions, of necessary details for the preservation of peace, the protection of life and property and the guarding of prisoners.

17

CLE003232

(4) The suppression of crime, vice and gambling, by prompt and vigorous action.

(5) The rigid enforcement of traffic laws and ordinances.

(6) The frequent inspection of quarters and equipment.

(7) The general deportment and appearance of subordinates.

(8) The forwarding of such reports as may be required.

## RULE 4

### Officers in Charge of District Stations

(1) The officer in charge of a district station shall maintain good order and discipline and shall be responsible for conditions at the district station house under his control.

(2) He shall call the roll when required and inspect the condition of the men, uniforms, arms and equipment; read or furnish and explain all reports and orders pertaining to their duties.

(3) He shall relieve from duty any officer or member of the Division of Police found by him to be unfit for duty from any cause, promptly notify his superior officer of his action; and forward a report to him, giving full details concerning the matter.

(4) He shall not receive into custody or detain any person unless the person making the arrest is clothed with the proper authority to make the arrest. In case of a felony, he shall assume the responsibility for the arrest if he believes that a felony was committed.

(5) He shall make diligent inquiry into the cause for any arrest made without a warrant. Where he finds sufficient evidence of an offense, he shall detain and properly charge

18

the accused; and direct the preparation of the evidence for proper presentation in court.

(6) He shall cause all legal writs directed to his district to be served; have proper returns made on all original writs; and forward them to the Court Officer before 7:00 A. M. each day.

(7) He shall use good judgment and discretion in the execution of misdemeanor warrants during the night season.

(8) He shall forward to the Bureau of Detectives (to the Bureau of Traffic if a traffic violation) all warrants which have not been executed within seven days after their receipt, together with reports giving description of the persons charged in the warrants and all other information which may be helpful in the apprehension of persons wanted. Juvenile warrants not executed shall be returned to Juvenile Court.

(9) He shall keep in the district station-house a record of all warrants and subpoenas received and returned by the district.

(10) He shall, in all cases of arrest or detention of juveniles, cause the parents, guardians or relatives, the Policewomen's Unit and the Male Juvenile Unit to be notified.

(11) He shall, for the purpose of verifying the count and noting the condition of prisoners therein, inspect the prison at least once each hour, and also at the termination of his tour of duty in company with his relieving officer. The officer in charge of the Third District Station-house shall make such inspections at least once during his tour of duty. Notations of all such inspections shall be made in a book kept for that purpose.

(12) He shall, upon finding a prisoner in need of medical attention, summon a district

19

physician, or the nearest reputable physician if a district physician is not available. When the condition of the prisoner appears too serious to await the arrival of a physician, the prisoner shall be conveyed immediately to the nearest hospital under proper guard. A complete report shall be made of the incident.

(13) He shall, when a prisoner dies while in the prison or in custody, immediately notify his superior officer, the Homicide Unit and the Coroner; and shall make a complete report of the discovery and manner or probable cause of death.

(14) He shall, except in the Third District, cause all prisoners not released on bail and the bail bonds of those admitted to bail to be transferred to the Third District Headquarters between the hours of 3:30 A. M. and 5:00 A. M. each day.

(15) He shall release any prisoner in his custody upon the presentation of a properly executed bail bond issued by the court before which the prisoner is to appear for trial. He shall advise the clerk of the court when any irregularity in the bond is noticed or when the bond appears defective in any way; and shall decline to accept it until the necessary corrections are made.

(16) He shall, before releasing a prisoner on a bond furnished for him, have the prisoner sign his full name and address on the bond and inform him of the provisions stipulated in the bond and the obligation it imposes upon him.

(17) He shall enter in a book, kept for that purpose, an accurate record of the disposition of all persons arrested or brought to the district station-house, whether convicted, released on waivers or otherwise.

20

(18) He shall be diligent to prevent the unnecessary use of light, fuel, water and supplies.

(19) He shall permit no boisterous or profane language or offensive conduct; nor permit any loitering or lounging in or around the district station-house or garage.

(20) He shall file and index reports, orders and other required records, which shall not be removed from the files without his permission.

(21) He shall dispatch no radio equipped motor vehicles without first consulting the Radio Dispatcher, except in cases of emergency requiring prompt action, after which the Radio Dispatcher shall be notified immediately of the action taken.

(22) He shall accept and adjust or dispose of all complaints made at the district station-house which do not require immediate outside investigation; and shall not cause the detention of radio equipped motor vehicles at the district station-house for such purpose.

(23) He shall permit no person to solicit business of any kind in or upon the premises under his control without the written permission of the Chief of Police.

## RULE 5

The Officer or member in charge of any unit within the Division of Police shall be subject to all rules governing officers in charge of district station-houses which are applicable.

## RULE 6

(1) Officers and members of the Division of Police shall familiarize themselves with the territory to which they are assigned.

21

They shall give particular attention to persons of questionable character, noting their habits, movements and associates. They shall observe business places and dwellings and note the customary operations and the usual conditions with a view to preventing or discovering violence or injury to the occupants, or loss of or damage to property.

(2) They shall know the location of police and fire alarm boxes in their territory.

(3) They shall remove dangerous obstructions, if practicable; and shall not allow an obstruction to exist without a permit from the proper authority.

(4) They shall place, or cause to be placed, danger lamps during the hours of darkness, and barricades or other protective warning devices at all times at unprotected excavations, holes in streets or sidewalks, and upon public property where anything of a dangerous nature may cause injury to persons and animals or damage to vehicles.

(5) They shall report promptly all dangerous or defective street or sidewalk conditions.

## RULE 7

### Hospital Prison Unit

(1) Officers shall be detailed to the prison ward at the City Hospital under the command of the officer in charge of the Second District. They shall be governed by all general rules.

(2) No person, not an officer or member of the Division of Police or of the City Hospital Staff, shall be permitted to enter the prison ward or to visit or communicate with a prisoner unless such person presents a permit issued by the Chief of Police or the officer in charge of the Bureau of Detectives.

22

# RULE 8

## Prison Unit

(1) The personnel of the Prison Unit at Central Station shall consist of an officer in charge and such other officers and employees as may be assigned by the Chief of Police.

(2) The officer in charge shall be responsible for the safe keeping of all prisoners given into his charge. He shall be subject to the orders of the officer in charge of the Third District Headquarters.

(3) He shall cause a record to be kept of all prisoners in his custody and the disposition of them.

(4) All officers and matrons shall refer all inquiries regarding prisoners detained in the prison to the officer in charge of the Third District Headquarters.

(5) Matrons assigned to the Prison Unit shall be under the direction of the officer in charge of the Prison Unit.

(6) No male person shall enter the female prisoners' cell block unless accompanied by a policewoman or matron.

(7) No person, not an officer or member of the Division of Police, except a physician, near relative or spiritual or legal advisor of a prisoner, shall be permitted to enter the prison for the purpose of communicating with or visiting any prisoner.

(8) No person, not an officer or member of the Division of Police, shall be permitted to communicate with or visit a prisoner without the written consent of the officer in charge of the Third District or the officer in charge of the Bureau of Detectives.

23

CLE003238

(9) No person, not an officer or member of the Division of Police, shall be permitted to communicate with or visit a prisoner between the hours of 10:00 P. M. and 8:00 A. M.

## RULE 9

### Store Room Unit

(1) The officer in charge of the Store Room Unit shall make requisitions for all janitor's supplies and stationery for the various Bureaus. He shall, upon proper requisition, dispense these supplies to the Bureaus monthly.

(2) He shall be the custodian of all personal equipment, other than firearms, not actually issued to officers and members of the Division of Police; and shall cause repairs to be made when necessary.

(3) He shall keep an accurate record of all such supplies and equipment received, dispensed and on hand; and make an accounting of them to the Chief of Police.

(4) He shall perform such other duties and make such reports as may be required of him.

(5) He shall be governed by all general rules.

## RULE 10

### Property Room Unit

(1) The personnel of the Property Room Unit shall consist of an officer in charge and such other officers as may be assigned by the Chief of Police They shall be under the command of the officer in charge of the Third District, and shall be governed by all general rules

(2) The officer in charge shall have general supervision, and be responsible for the proper

24

performance of duty on the part of all officers assigned to the Property Room Unit; and for the proper care, custody and disposition of all property entrusted to him.

(3) Officers assigned to the Property Room Unit shall receive all property delivered to them and receipt for it on the inventory furnished. They shall keep a record showing the date received, its description and value, name and address of owner if known, date and place found, name of person from whom taken, name of officers recovering it and the general circumstances connected with the case; and shall number the case for convenience of reference. They shall keep all said property in a safe place designated by the Chief of Police.

(4) They shall deliver property in their custody to the person entitled thereto. Property which is contraband or needed as evidence shall be returned upon the order of the court. A receipt shall be taken for all property so delivered.

(5) The officer in charge shall have the authority to sell property which is perishable or when the expense of keeping it will absorb its value and shall make a written report and a return of the proceeds to the Division of Public Safety, as in the annual sale.

## RULE 11

### Court Officer Unit

(1) The personnel of the Court Officer Unit shall consist of an officer in charge and such other officers as may be assigned by the Chief of Police; and shall be under the command of the officer in charge of the Third District. They shall be governed by all general rules.

25

CLE003240

(2) The officer in charge shall report any officer or member of the Division of Police failing to appear promptly, with proper papers when required, in the prosecution of a case.

(3) He shall be responsible for maintaining proper decorum of officers and members attending court.

(4) Court officers shall make up the prosecutor's docket from the blotter at the Third District Headquarters. They shall return to the Clerk of the Criminal Branch of the Municipal Court, before each session of court, all writs that have been served by the Division of Police.

(5) They shall receive all prisoners held by the Prison Unit for Municipal Court; and shall be responsible for the safe keeping of said prisoners. They shall see that each and every person ordered remanded or fined by the court be either returned to prison or sent in charge of an officer, to the Clerk of Courts for payment of the fine.

(6) They shall record and properly distribute all warrants and subpoenas received from Municipal Court.

(7) They shall record and distribute to the Detective Bureau and districts concerned the disposition of cases completed in court.

(8) They shall maintain proper order and decorum in and about the Court Rooms; and shall prevent the congregating and loitering of all persons in the adjacent corridors.

## RULE 12

### General Criminal Investigation Unit

(1) The personnel of the General Criminal Investigation Unit shall consist of an officer

in charge and such other officers, members and employees as may be assigned by the Chief of Police.

(2) The officer in charge shall cause immediate investigation to be made of felony complaints and of all other matters coming within his jurisdiction.

## RULE 13

### Homocide Unit

(1) The personnel of the Homocide Unit shall consist of an officer in charge and such other officers as may be assigned by the Chief of Police.

(2) The officer in charge shall require the proper investigation of all homocides (excepting traffic manslaughter), suicides, sudden deaths where criminality is suspected, and assaults where death is imminent. He shall provide for the taking of dying declarations and the proper preparation and presentation of evidence to the prosecutor and to the court.

## RULE 14

### Case Preparation and Fraud Unit

(1) The personnel of the Case Preparation and Fraud Unit shall consist of an officer in charge and such other officers and employees as may be assigned by the Chief of Police.

(2) The officer in charge shall cause statements to be taken from persons brought to the Unit in the course of criminal investigations; and shall see that such statements are properly filed and preserved. These statements shall be available only to the officers and members of the Division of Police who are interested in the presentation of a parti-

27

cular case, to the office of the County Prosecutor or the Law Department of the City of Cleveland. Under no circumstances shall they be given or exhibited to any other person without the written consent of the Chief of Police.

(3) He shall cause investigation to be made of complaints of fraudulent checks, forgeries, embezzlement, confidence games and other fraud solicitations; and shall cause proper action to be taken.

(4) He shall cause pawn shops and second-hand dealers to be supervised and inspected; and shall cause proper records to be kept of all property coming into their possession or custody.

## RULE 15

### Auto Theft Unit

(1) The personnel of the Auto Theft Unit shall consist of an officer in charge and such other officers as may be assigned by the Chief of Police.

(2) The officer in charge shall require the proper investigation of all complaints of thefts of motor vehicles, parts and accessories. He shall cause records to be kept of motor vehicle license registrations, stolen and recovered motor vehicles, suspected auto and tire thieves and other necessary records. These records shall be available to officers and members of the Division of Police.

## RULE 16

### Scientific Identification Unit

(1) The personnel of the Scientific Identification Unit shall consist of an officer or member in charge and such other officers

28

and employees as may be assigned by the Chief of Police

(2) The officer or member in charge shall supervise and require the proper performance of duty by officers, and employees assigned to the Scientific Laboratory, the Photographic Laboratory and Identification Records.

(3) The results of scientific investigations and examinations, photographs, finger prints and criminal records shall be available to officers and members of the Division of Police requiring them for an official purpose, and not to any other person without the written consent of the Chief of Police.

(4) The officers assigned to the Scientific Laboratory shall make technical and scientific investigations as required. They shall make technical and scientific examinations of all specimens submitted. They shall make written reports of examinations and prepare, properly preserve and safe-guard specimens for presentation as evidence.

(5) The officers assigned to the Photographic Laboratory shall photograph all persons arrested and charged with a felony, and such other persons, scenes and objects as may be required.

(6) They shall develop or process the negatives of photographs made in connection with any investigation coming to the attention of the Division of Police.

(7) They shall, when requested, furnish prints, enlargements and reproductions to officers and members of the Division of Police who are officially interested.

(8) The officers and employees assigned to Identification Records shall make and pre-

29

serve fingerprint and criminal records of all persons arrested and charged with a felony, and such other persons as may be required. They shall maintain a file of photographs received from the Photographic Laboratory.

(9) They shall forward a copy of each fingerprint and criminal record to the Federal Bureau of Investigation at Washington, D. C. and to the Ohio State Bureau of Criminal Identification. They shall furnish copies of records and photographs to other Police Departments when requested.

(10) They shall forward to the office of the County Prosecutor all available criminal records of persons held for the Grand Jury or the Court of Common Pleas, and also to the Criminal Branch of Municipal Court when requested.

(11) They shall furnish a copy of any photograph and criminal record on file to any officer or member of the Division of Police who may require it for an official purpose. Under no circumstances shall they be given or exhibited to any other person without the written consent of the Chief of Police.

## RULE 17

### Traffic Office Unit

(1) The personnel of the Traffic Office Unit shall consist of an officer in charge and such other officers and employees as may be assigned by the Chief of Police.

(2) The officer in charge of the Traffic Office Unit shall be responsible for the proper care and filing of records, summonses and other traffic office reports except those of the Accident Investigation Unit.

30

(3) He shall require the proper performance of duty of employees assigned to Towing Service. Such employees shall tow automobiles found in violation of law and police cars damaged by accident or not in running condition; and shall perform such other duties as may be required by the officer in charge of the Traffic Office Unit.

### RULE 18

#### Accident Investigation Unit

(1) The personnel of the Accident Investigation Unit shall consist of an officer in charge and such other officers as may be assigned by the Chief of Police.

(2) The officer in charge shall require prompt and thorough investigations of all fatal traffic accidents.

(3) He shall require prompt and thorough investigation, including photographs, measurements and statements if necessary and available, of all traffic accidents which are likely to involve the City of Cleveland in litigation.

(4) He shall require prompt and thorough investigation of all traffic accidents coming to the attention of the Division of Police.

### RULE 19

#### Traffic Enforcement Unit

(1) The personnel of the Traffic Enforcement Unit shall consist of an officer in charge and such other officers as may be assigned by the Chief of Police.

(2) The officer in charge shall provide for the enforcement of traffic laws and ordinances.

31

## RULE 20
### Traffic Flow Unit

(1) The personnel of the Traffic Flow Unit shall consist of an officer in charge and such other officers as may be assigned by the Chief of Police.

(2) The officer in charge shall provide for the orderly regulation of street and highway traffic flow and parking.

(3) He shall arrange, without waiting for specific instructions, for the regulation of traffic occasioned by parades, ball games and other special events. In cases of emergency, he shall provide for the regulation of parking, rerouting and detouring of traffic.

## RULE 21
### Mounted Unit

The personnel of the Mounted Unit shall consist of an officer in charge and such other officers and employees as may be assigned by the Chief of Police.

## RULE 22
### Traffic Engineering Unit

(1) The personnel of the Traffic Engineering Unit shall consist of a traffic engineer and such officers and employees as may be assigned by the Chief of Police.

(2) The traffic engineer shall supervise the officers and employees assigned to his unit.

(3) He shall provide for the installation, maintenance and repair of traffic control devices and parking meters.

(4) He shall provide for observations and surveys of traffic conditions throughout the city; and shall make recommendations for the safe and expedient flow of traffic.

32

## RULE 23

### Male Juvenile Unit

The personnel of the Male Juvenile Unit shall consist of an officer or member in charge and such other officers and employees as may be assigned by the Chief of Police.

The officer or member in charge shall provide for:

(1) Male juvenile welfare and crime prevention activities of the Division of Police.

(2) The investigation of male juvenile cases throughout the city as may be required by the commanding officer of the Bureau of Welfare.

(3) Compiling records and statistics concerning male juveniles, which shall be available to officers and members of the Division of Police.

(4) The recruiting and instructing of civilian school guards; and the stationing of such school guards in the vicinity of schools and playgrounds.

(5) The notification of the Radio Dispatching Unit of the locations where such civilian school guards are not available.

(6) Child safety educational activities of the Division of Police, and for cooperation with school and playground authorities in such activities.

## RULE 24

### Bicycle Unit

(1) The personnel of the Bicycle Unit shall consist of an officer in charge and such other officers and employees as may be assigned by the Chief of Police.

33

CLE003248

(2) The officer in charge shall require the proper investigation of all complaints of thefts of bicycles, parts and accessories. He shall cause records to be kept of bicycle license registrations, stolen and recovered bicycles and other necessary records. These records shall be available to officers and members of the Division of Police.

## RULE 25

### Policewomen's Unit

The personnel of the Policewomen's Unit shall consist of an officer in charge and such other officers and employees as may be assigned by the Chief of Police.

The officer in charge shall provide for:

(1) Female juvenile welfare and crime prevention activities of the Division of Police.

(2) Investigation of juveniles and adult female cases throughout the city as may be required by the commanding officer of the Bureau of Welfare.

(3) Compiling records and statistics concerning juvenile and adult females, which shall be available to officers and members of the Division of Police.

(4) Maintaining a file and other required records concerning missing persons.

## RULE 26

### Sanitary Unit

(1) The personnel of the Sanitary Unit shall consist of an officer in charge and such other officers as may be assigned by the Chief of Police.

34

(2) The officer in charge shall provide for investigations, inspections, and the enforcement of health and sanitary regulations as required by state laws and city ordinances. He shall perform such other duties as may be required by the commanding officer of the Bureau of Welfare.

### RULE 27

#### Public Relations Unit

(1) The personnel of the Public Relations Unit shall consist of an officer in charge and such other officers as may be assigned by the Chief of Police.

(2) The officer in charge shall provide for all public relations and traffic safety educational activities of the Division of Police.

### RULE 28

#### Labor Relations Unit

The personnel of the Labor Relations Unit shall consist of an officer in charge and such other officers and employees as may be assigned by the Chief of Police.

### RULE 29

#### Police Academy Unit

(1) The personnel of the Police Academy Unit shall consist of an officer in charge and such other officers as may be assigned by the Chief of Police.

(2) The officer in charge shall prepare such courses, arrange for class instructors and conduct such classes as may be required by the Chief of Police.

35

## RULE 30
### Arms and Range Unit

(1) The personnel of the Arms and Range Unit shall consist of an officer in charge and such other officers and employees as may be assigned by the Chief of Police.

(2) The officer in charge shall provide for the maintenance of firearms, gas equipment and the reloading of ammunition.

(3) He shall instruct the personnel of the Division of Police in the care, handling and use of firearms and gas equipment.

(4) He shall maintain the firearms range and establish rules of conduct for all persons using it.

(5) He shall be custodian of all unissued firearms, ammunition and gas equipment of the Division of Police.

## RULE 31
### Uniform Clothing Unit

(1) The personnel of the Uniform Clothing Unit shall consist of an officer in charge assigned by the Chief of Police.

(2) He shall be the custodian of all uniform cloth, buttons, and other supplies. He shall dispense these supplies to the tailor as required; and keep a proper inventory thereof.

(3) He shall inspect uniforms and parts of uniforms in the process of tailoring to see that they are made according to specifications and that they are properly fitted to the individuals for whom they are intended.

(4) No uniforms or parts of uniforms shall be delivered without his approval.

36

## RULE 32

### Medical Unit

(1) There shall be a Medical and Surgical Bureau with offices and dispensary at Central Station under the supervision and direction of a Surgeon of Police who will be assisted by such professional, uniformed members and civilian personnel as is deemed necessary for the proper functioning of such a Bureau.

(2) The Dispensary shall be sufficiently equipped to provide for the Surgical and Medical Needs of members presenting themselves for treatment. It shall consist of the necessary Medical and Surgical equipment, Clinical Laboratory, X-ray Laboratory and office equipment to care for all members of the Division of Police.

(3) The Police Surgeon shall be responsible to the Chief of Police. He will be assisted by Physicians who will be responsible to him. The Police Surgeon will be further assisted by a Nurse who will be responsible to the Police Surgeon in carrying out the treatments ordered by him.

(4) The Physicians assisting the Police Surgeon will call on all members of the Department reporting sick and will report each instance to the Police Surgeon. They will assist at Sick Call where it is necessary.

(5) Uniformed members and civilian personnel, except the Physicians assigned to the Medical and Surgical Bureau, will be under the command of a Superior Officer. He will be responsible to the Police Surgeon with regard to the assignments of duties of the uniformed members and civilian personnel, maintenance of equipment, cleanliness of the Dispensary, maintenance of supplies and

37

CLE003252

proper keeping of records.

(6) The Police Surgeon shall be responsible for the maintenance and preservation of records concerning the sickness and disability of members who have been under his care or the care of the Assistant Physicians.

(7) The Police Surgeon shall effect and keep on file at the Medical and Surgical Bureau, the following records and reports:

    a) Members' Individual Health Records
    b) Daily Sick List
    c) Restricted Duty List
    d) Morbidity List and Report
    e) Surgeons' Visit Reports
    f) Injury Reports (Service Incurred)
    g) Private Physicians' Reports

(8) The Police Surgeon shall cause the following examinations to be made and shall report the results of such examinations with his recommendations to the Chief of Police:

    a) Examinations of applicants to the uniformed rank of the Division of Police.
    b) Re-examinations of cadets ten (10) days prior to completion of the probationary period.
    c) Examination of candidates for promotion to higher rank.
    d) Examinations of members returning to duty after injury or illness.
    e) Examinations (monthly) of members carried on the Restricted Duty List.
    f) Examinations where requested by a member's superior officer as to fitness to perform the duties of his rank.

(9) A daily Sick Call, Sundays and Holi-

38

days excepted, shall be conducted at the Dispensary at the Medical and Surgical Bureau where a member may present himself for treatment of service incurred injury or illness, and for examination and for advice and referring to his or her private physician in the event of non-service connected injuries or illness.

(10) The facilities of the Dispensary shall be available to all members presenting themselves for treatment and advice in matters of health not requiring prolonged care.

(11) The Police Surgeon and Assisting Physicians shall be empowered to excuse any member of the Division of Police from duty because of sickness or disability. The member, so excused, is to leave his place of residence only on permission from the Police Surgeon for the purpose of seeking medical attention at the Police Dispensary or for being treated by his private physician. Members, while on the Sick List under the care of a private physician shall furnish the Police Surgeon with the Attending Physician's Certificate of Disability after each visit by or to the Attending Physician. No member, excused from duty, by reason of injury or illness, may return to duty until he or she presents himself or herself at the Medical and Surgical Bureau for a return to duty examination. The Police Surgeon shall recommend that officers and members be assigned to restricted duties when he deems it advisable.

(12) Members absenting themselves from duty due to illness or injury shall promptly report such information to their District headquarters. They shall report in person to the Police Surgeon at the following Sick Call unless physically unable to do so, in

38 a

CLF003254

which event they shall cause the Medical and Surgical Bureau to be notified between 7:00 A.M. and 8:00 A.M. on the morning they are due to report. Except in case of emergency requiring immediate care, such member physically unable to report in person to the Police Surgeon shall remain at his usual place of residence until excused by the Police Surgeon.

(13) In the event of non-service connected disability, the member shall furnish the Police Surgeon, the following form reports as soon as is possible.

    a) Member's Disability Report. (Executed by Superior Officer)
    b) Attending Physician's Certificate of Disability.
    c) Attending Physician's Certificate of Release to Duty.

(14) The Police Surgeon shall effect a verification of all injuries or illnesses reported either through visits upon the member reporting, or through contact with the physician in attendance. In the event of service-connected disabilities, the Police Surgeon will assume responsibility for treatment and disposition. He may refer the member for care under the Assisting Physicians or to qualified specialists in the event such care is indicated.

(15) There shall be established, as an aid to the Medical Program of the Division of Police, a Board of Medical, Surgical and Dental Consultants, consisting of Physicians and Dentists certified in the allied specialities, whose duties will consist in the care and treatment of members wherever it is deemed necessary. They will function

38 b

days excepted, shall be conducted at the Dispensary at the Medical and Surgical Bureau where a member may present himself for treatment of service incurred injury or illness, and for examination and for advice and referring to his or her private physician in the event of non-service connected injuries or illness.

(10) The facilities of the Dispensary shall be available to all members presenting themselves for treatment and advice in matters of health not requiring prolonged care.

(11) The Police Surgeon and Assisting Physicians shall be empowered to excuse any member of the Division of Police from duty because of sickness or disability. The member, so excused, is to leave his place of residence only on permission from the Police Surgeon for the purpose of seeking medical attention at the Police Dispensary or for being treated by his private physician. Members, while on the Sick List under the care of a private physician shall furnish the Police Surgeon with the Attending Physician's Certificate of Disability after each visit by or to the Attending Physician. No member, excused from duty, by reason of injury or illness, may return to duty until he or she presents himself or herself at the Medical and Surgical Bureau for a return to duty examination. The Police Surgeon shall recommend that officers and members be assigned to restricted duties when he deems it advisable.

(12) Members absenting themselves from duty due to illness or injury shall promptly report such information to their District headquarters. They shall report in person to the Police Surgeon at the following Sick Call unless physically unable to do so, in

38 a

which event they shall cause the Medical and Surgical Bureau to be notified between 7:00 A.M. and 8:00 A.M. on the morning they are due to report. Except in case of emergency requiring immediate care, such member physically unable to report in person to the Police Surgeon shall remain at his usual place of residence until excused by the Police Surgeon.

(13) In the event of non-service connected disability, the member shall furnish the Police Surgeon, the following form reports as soon as is possible.

    a) Member's Disability Report. (Executed by Superior Officer)
    b) Attending Physician's Certificate of Disability.
    c) Attending Physician's Certificate of Release to Duty.

(14) The Police Surgeon shall effect a verification of all injuries or illnesses reported either through visits upon the member reporting, or through contact with the physician in attendance. In the event of service-connected disabilities, the Police Surgeon will assume responsibility for treatment and disposition. He may refer the member for care under the Assisting Physicians or to qualified specialists in the event such care is indicated.

(15) There shall be established, as an aid to the Medical Program of the Division of Police, a Board of Medical, Surgical and Dental Consultants, consisting of Physicians and Dentists certified in the allied specialities, whose duties will consist in the care and treatment of members wherever it is deemed necessary. They will function

38 b

also to improve the general medical program, to evaluate claims for disability, and to decide the matters of fitness for duty and eligibility for pensions as they arise.

(16) The Chief of Police shall, in consultation with the Surgeon of Police, promulgate Official Orders to implement this rule as circumstances may require.

*Former RULE 32 rescinded and New Rule adopted and effective November 20, 1953.*

### RULE 33

### General Records and Teletype Dispatching Unit

(1) The personnel of the General Records and Teletype Dispatching unit shall consist of an officer in charge and such other officers, members and employees as may be assigned by the Chief of Police.

(2) The officer in charge shall provide for the maintenance of the general record files of the Division of Police.

(3) He shall provide for the prompt teletype dispatching of general orders, reports and notices to the Districts and Bureaus.

(4) He shall provide for the receiving and recording of reports forwarded to the Unit by officers and members of the Division of Police.

(5) He shall permit no person, other than

38 c

an officer or member of the Division of Police requiring it for an official purpose, to have access to any official report in which the City of Cleveland may have an interest without the written consent of the Director of Law.

(6) He shall permit official records, reports and information on file in the General Records Unit to be given to any officer or member of the Division of Police requiring them for official purposes. He may permit information of reports of accidents to be available to the persons directly affected or to their authorized legal advisors.

(7) He shall compile such statistical information as may be required by the Chief of Police.

## RULE 34

### Radio Broadcasting, Operation and Maintenance Unit

(1) The personnel of the Radio Broadcasting, Operation and Maintenance Unit shall consist of an officer in charge and such other officers, members and employees as may be assigned by the Chief of Police.

38 d

also to improve the general medical program, to evaluate claims for disability, and to decide the matters of fitness for duty and eligibility for pensions as they arise.

(16) The Chief of Police shall, in consultation with the Surgeon of Police, promulgate Official Orders to implement this rule as circumstances may require.

*Former RULE 32 rescinded and New Rule adopted and effective November 20, 1953.*

## RULE 33

### General Records and Teletype Dispatching Unit

(1) The personnel of the General Records and Teletype Dispatching unit shall consist of an officer in charge and such other officers, members and employees as may be assigned by the Chief of Police.

(2) The officer in charge shall provide for the maintenance of the general record files of the Division of Police.

(3) He shall provide for the prompt teletype dispatching of general orders, reports and notices to the Districts and Bureaus.

(4) He shall provide for the receiving and recording of reports forwarded to the Unit by officers and members of the Division of Police.

(5) He shall permit no person, other than

38 c

an officer or member of the Division of Police requiring it for an official purpose, to have access to any official report in which the City of Cleveland may have an interest without the written consent of the Director of Law.

(6) He shall permit official records, reports and information on file in the General Records Unit to be given to any officer or member of the Division of Police requiring them for official purposes. He may permit information of reports of accidents to be available to the persons directly affected or to their authorized legal advisors.

(7) He shall compile such statistical information as may be required by the Chief of Police.

## RULE 34

### Radio Broadcasting, Operation and Maintenance Unit

(1) The personnel of the Radio Broadcasting, Operation and Maintenance Unit shall consist of an officer in charge and such other officers, members and employees as may be assigned by the Chief of Police.

38 d

(2) The officer in charge shall provide for the operation of the police radio station in accordance with the laws of the Federal Communications Commission governing installation, operation and maintenance.

(3) He shall require prompt attention be given to all complaints received.

(4) He shall dispatch adequate police personnel and mobile equipment to complaints requiring them.

(5) He shall require prompt acknowledgment by the personnel of radio-equipped vehicles of all radio broadcasts directed to them. He shall require them to report promptly the conditions at the scene and the disposition of the assignment.

(6) He shall require all radio broadcasts, radio telegrams and radiograms to be promptly received, dispatched and distributed.

## RULE 35

### Telephone Exchange Unit

(1) The personnel of the Telephone Exchange Unit shall consist of an officer in charge and such other officers and employees as may be assigned by the Chief of Police.

(2) The officer in charge of the Telephone Exchange Unit shall be responsible for the operation of the Private Branch Exchange.

(3) He shall be responsible for the receiving, reporting and recording of signals on patrol box and bank alarm circuits.

(4) He shall be responsible for the dispatching of ambulances other than emergency mobile patrol vehicles.

39

CLE003262

## RULE 36

### Bureau of Special Investigation

(1) The personnel of the Bureau of Special Investigation shall consist of an officer in charge and such other officers and employees as may be assigned by the Chief of Police.

(2) The officer in charge shall conduct investigations and perform such other duties as may be assigned to him by the Chief of Police.

*Chapter Three*

## CONDUCT AND DISCIPLINE

### RULE 37

It is the duty of officers and members of the Division of Police, at all times, to protect life and property, prevent crime, detect and arrest offenders, preserve the public peace and enforce laws and ordinances.

### RULE 38

Officers and members of the Division of Police shall not engage in any other gainful occupation; and for purposes of discipline they shall be considered to be on duty at all times. They must be prepared to act immediately on notice that their services are required or in all cases coming to their attention needing immediate action.

### RULE 39

Officers and members are expressly commanded to cooperate with each other in the performance of public duty, irrespective of

40

assignments, in order that the best interests
of the community and the Division of Police
be served.

## RULE 40

Officers and members shall be courteous
and respectful in their conduct and contacts
with others; and shall give their name, rank
and badge number to any person who may
request it.

## RULE 41

Officers and members shall treat as confi-
dential all business, orders and reports of the
Division of Police and information imparted
to them; and shall reveal them to no one for
whom they are not intended.

## RULE 42

Officers and members shall, at the end of
their tour of duty, advise the relieving offi-
cers and members of all important police
business transacted during that tour of duty
and of all unfinished police business within
their jurisdiction. They shall familiarize
themselves, at the commencement of their
tour of duty, with all important police busi-
ness transacted since their last tour of duty
and all unfinished police business within their
jurisdiction.

## RULE 43

Officers and members assigned to a specific
territory shall remain therein unless required
to leave it for reasons of police necessity.

They shall patrol the territory to which
they are assigned; and perform such other
duties as may be directed.

41

CLE003264

## RULE 44

(1) Officers and members assigned to the radio equipped police vehicles shall remain in the territory to which they are assigned unless directed otherwise by the Radio Dispatcher.

(2) If required to leave their territory for reasons of police necessity, they shall promptly notify the Radio Dispatcher.

(3) They shall promptly acknowledge and respond to all calls directed to them by the Radio Dispatcher. When acknowledging such calls they shall state their location.

(4) They shall carefully investigate all matters directed to their attention by the Radio Dispatcher or otherwise; and take proper police action. They shall keep the Radio Dispatcher advised of their activities or the progress of any investigation; and furnish preliminary descriptions of persons, property and motor vehicles wanted. They shall immediately notify the Radio Dispatcher by radio or telephone when completing any assignment.

(5) Employees assigned to radio equipped police towing vehicles shall keep the Radio Dispatcher informed of the completion and disposition of assignments.

## RULE 45

Officers and members shall not interfere with nor attempt to influence the lawful business of any person.

## RULE 46

They shall not enter or visit any house of ill fame, gambling house or other disreputable premises at any time, except on official business.

## RULE 47

Officers and members are forbidden to carry on political or religious discussions between themselves or with citizens; and shall exercise their right of suffrage quietly. They shall avoid any and all disparaging conversation detrimental to the Division of Police or to its officers and members.

## RULE 48

Officers and members shall not accept or solicit any present of money or other valuable thing from any person under their jurisdiction, control or with whom they have had or are likely to have official relations.

## RULE 49

Officers and members shall not solicit or accept contributions or sell tickets for any purpose without the written consent of the Chief of Police.

## RULE 50

Officers and members having business in the office of any District, Bureau or Unit shall transact such business with dispatch; and shall not loiter in or about such office.

## RULE 51

Officers and members shall promptly notify, in writing, the officer in charge of the District, Bureau or Unit to which they are assigned of a change of address or telephone number.

43

CLE003266

## RULE 52

Officers and members shall make no expenditures of money or incur financial obligations in the name of the Division of Police without the written consent of the Chief of Police.

## RULE 53

Officers and members shall collect all witness fees due them; and shall pay such fees into the Cleveland Police Relief and Pension Fund through the officer or member in charge of their District, Bureau or Unit.

## RULE 54

Officers and members shall be granted vacation days and furloughs in accordance with a schedule established by the Chief.

The following symbols shall be used in keeping the time records of the officers and members:

V—represents a Vacation day

F—represents a Furlough day

O—represents an Overtime day

S—represents an absence due to illness

D—represents an absence due to disability (injury)

Each day of a continuous absence due to an illness or disability shall be so marked, irrespective of any intervening vacation or furlough days.

## RULE 55

Officers and members shall not be absent from duty without permission from their superior officers.

44

An application for leave of absence shall be made in writing and shall include the recommendation of the commanding officer of the Bureau to which the applicant is assigned. The request and recommendation shall be forwarded to the Chief of Police.

## RULE 56

In the event of the death of a father, mother, brother, sister, husband, wife or child of an officer or member, such officer or member shall be allowed time off with pay to arrange for and attend the funeral of the deceased; and shall report for duty the following day. In all cases where more time is required, the officer or member shall make application in writing to his commanding officer, who shall advance sufficient vacation days to cover the emergency.

## RULE 57

(1) Officers and members becoming sick or disabled while on duty shall report to the officer or member in charge of the District, Bureau or Unit to which they are assigned; or, if detailed, they shall report to the officer or member in charge of the District, Bureau or Unit to which they are detailed. Those reporting sick or disabled shall then visit the Surgeon of Police, or, if unable to do so, the officer or member in charge of the District, Bureau or Unit to which they are assigned or detailed shall furnish them with two certificates of illness; and forward reports giving full particulars.

(2) Those becoming sick or disabled while off duty shall report by telephone or otherwise, before the commencement of their tour of duty, to the officer or member in charge

45

CLE003268

of the District, Bureau or Unit to which they are assigned; or, if detailed, they shall report to the officer or member in charge of the District, Bureau or Unit to which they are detailed. Such officer in charge shall notify the Radio Dispatcher, who shall cause an officer of superior rank to visit the officers or members reporting sick or disabled. The investigating officer shall furnish them with two certificates of illness; and shall forward a report giving full particulars.

(3) Those reporting off sick or disabled shall have two certificates of illness filled out by either a personal physician or the Surgeon of Police. The first certificate shall be filled out at the commencement of the illness or disability and the second at the time of return to duty. Certificates filled out by a personal physician shall be forwarded to the office of the Surgeon of Police without delay.

(4) Those on sick leave shall visit the office of the Police Surgeon at 9:00 A. M. daily, unless they are physically incapacitated, under the care of a physician or excused by the Surgeon of Police. When returning to duty after an illness they shall first report to the Surgeon of Police.

(5) They shall not leave their homes while on sick leave without permission of the Surgeon of Police.

(6) They shall notify the Surgeon of Police before undergoing any surgical operation, except in emergencies.

(7) They shall not be absent from duty because of sickness or disability which is feigned, simulated or the result of vicious or dissolute conduct or illegal or immoral practices.

46

(8) Those desiring leaves of absence because of physical incapacity shall submit written requests to their commanding officers, together with written reports by their personal physicians, stating the reasons for such requests. Such requests and reports shall be submitted to the Surgeon of Police; who shall make his recommendations in writing, to the Chief of Police.

(9) Whenever an officer or member has been deprived of his furlough, or vacation days, by the Chief of Police or the Director of Public Safety, for infraction of these rules, and he becomes ill or disabled before the order for penalty has been complied with, he shall, upon returning to duty, continue without vacation days until the order has been complied with.

## RULE 58

(1) Officers and members of the Division of Police shall wear such uniforms as may be designated by the Chief of Police.

(2) Those on duty shall be completely and properly uniformed and equipped according to their rank or position and the duty to which they are assigned or detailed. When engaged in special duty, they may be permitted to wear civilian clothing, upon the approval of the officer in charge.

(3) Those assigned to uniform duty shall appear in court in uniform.

(4) Those in uniform shall wear them completely buttoned; and shall display the badge on the outside of the outermost garment, over the left breast.

(5) They shall be neat, clean and well groomed at all times. Uniform and civilian

47

clothes shall be cleaned, pressed and kept in good repair.

## RULE 59

(1) There shall be an annual inspection of all uniforms worn by officers and members. Winter uniforms shall be inspected in April and summer uniforms shall be inspected in October, of each year.

(2) Commanding officers shall arrange for the annual inspection of all uniforms worn by officers and members under their command.

(3) They shall disapprove any uniform or parts of uniforms not in proper condition; and shall forward a report to the Chief of Police showing the result of such inspection.

(4) At regular inspections, officers and members shall appear in full uniform; and have with them all of their personal equipment.

(5) Officers and members, having ordered new uniforms, shall pay for them within three (3) days after receiving notice that the uniforms are finished. They shall report to the tailor shop within two (2) days after being notified that their uniforms are ready for "try on"; and they shall have their regulation revolver with them.

## RULE 60

Officers and members shall carry no packages, bundles, umbrellas or other articles while in uniform, except when necessary in the performance of police duty.

## RULE 61

Officers and members, when in uniform and traveling in a public conveyance, shall

48

not occupy a seat to the exclusion of a paid passenger. When in uniform or while on duty, they shall read no newspaper, book or periodical in public.

### RULE 62

Officers and members on duty shall avoid all unnecessary conversation with other officers and members, employees and civilians.

### RULE 63

(1) Officers and members shall not smoke in public places when in uniform, except between the hours of 1:00 A. M. and 5:00 A. M.

(2) They shall not smoke, chew gum or tobacco while attending court, roll call or marching in military order.

(3) They shall engage in no game of billiards, pool, checkers, dice or cards when in uniform or while on duty; nor at any time in any building occupied by the Division of Police.

### RULE 64

Officers and members shall render no assistance in civil cases, except to prevent an immediate breach of the peace or to quell a disturbance actually commenced.

### RULE 65

A superior officer, upon receiving a complaint of a violation of rules by an officer or member, shall take such immediate action as the circumstances may require; and shall make or cause to be made a complete investigation.

He shall notify the District or Bureau to which the offending officer or member is assigned; and shall forward complete reports

49

of the circumstances and action taken, through the proper channels, to the commanding officer of such District or Bureau.

## RULE 66

(1) Officers and members prosecuting persons charged with a crime shall thoroughly familiarize themselves with all of the facts and details concerning such case, so that all of the evidence may be properly presented to the court.

(2) They shall take care of their cases in court promptly. If, for any reason, they are unable to do so, they shall arrange with their superior officer to have some other officer or member attend court; and either have the same disposed of or continued.

## RULE 67

Officers and members shall see that permits and licenses, issued by lawful authority, are in the possession of the persons, firms, and corporations who are required by law or ordinance to have such permits and licenses.

## RULE 68

(1) Officers, members and employees shall not use police telephones for private purposes; nor shall they permit any one to do so.

(2) They shall answer police telephone calls promptly; and identify themselves by stating their rank, surname and the District, Bureau or Unit to which they are assigned. The officer or member calling shall identify himself in the same manner.

## RULE 69

An officer or member becoming involved in litigation in which the City is or may become a party thereto, because of his official act or conduct, shall report promptly, in writing, all of the facts pertaining to the cause of action. A copy of all legal service had on him shall be forwarded with his report to the Chief of Police.

## RULE 70

Officers and members shall give immediate obedience to all lawful orders issued to them by their Superior officers. For the purpose of clarification, where a conflict of orders is apparent it shall be the duty of the officer or member knowing of such conflict to so apprise the officer or member issuing the latest order.

## RULE 71

(1) Officers and members shall familiarize themselves with all general orders issued by the Chief of Police.

(2) Those who have been absent from duty for any reason whatsoever shall, upon their return to duty, familiarize themselves with all general orders issued during their absence by the Chief of Police.

## RULE 72

(1) On all occasions when officers and members are to act in concert, the ranking officer shall take command and march his men in military order.

(2) Platoons shall leave station houses for their beats or posts and return therefrom in military order.

51

## RULE 73

(1) Officers and members shall tender and return the personal salute prescribed by the United States Army Drill Regulations. The salute shall be tendered by the subordinate and returned by the superior. The salute shall only be tendered when both the superior and the subordinate are in uniform, except that the Chief of Police shall be saluted at all times by those in uniform.

(2) When the National Anthem is being played, all officers and members present in uniform shall stand at attention, salute and remain at salute until the playing stops. When the flag of the United States is formally carried in a parade or procession past an officer or member in uniform in a street or public place, he shall stand at attention, salute the flag at the head of each section when it approaches within six (6) paces of a point abreast of him, and shall remain at salute until the flag has passed.

## RULE 74

(1) Upon the death of any officer, member, retired officer or member, the officer in charge of the District in which the deceased resided, shall, when request is made, notify the officer in charge of the Funeral Detail; who shall provide an escort of not less than one Lieutenant, one Sergeant and twenty Patrolmen, all of whom shall be in full uniform.

(2) Upon the appearance of the casket, the officer in charge shall order his detail to "attention" and "salute". The detail shall salute with the right hand and shall not uncover. They shall remain at attention and

52

salute until the casket has been removed from view; and shall complete the salute upon the order of the officer in charge.

### RULE 75

Officers or members shall belong to no military organization without the written consent of the Chief of Police. They shall be connected in no way, directly or indirectly, with any political organization.

### RULE 76

(1) Officers, members and employees assigned to police motor vehicles shall inspect the vehicles and the equipment at the commencement of each tour of duty in company with those whom they relieved, promptly reporting to their superior officer, in writing, any damage or loss.

(2) Officers, members and employees shall be held responsible for the loss of or damage to police equipment placed in their charge. Any loss or damage will be presumed to have occurred during the tour of duty at the time such loss or damage is discovered, unless reported by them at the beginning of their tour of duty, in which event it will be presumed to have occurred during the next preceding tour of duty.

(3) They shall operate police motor vehicles in a careful manner. They shall permit no person other than an officer, member or employee, to ride in any of such vehicles except in the proper performance of their official duties.

(4) They shall make no alteration or change in the mechanism or other part of any police motor vehicle, except in an emergency.

53

CLE003276

They shall not install, affix or remove any accessory thereto.

(5) Those assigned to police motor vehicles are required to maintain such vehicles and the equipment in a neat, clean and serviceable condition.

(6) Those assigned to police motor vehicles shall convey no persons suffering from contagious diseases, decomposed bodies or anything which will contaminate, mar, or damage the vehicles.

(7) They shall return all police property entrusted to their charge or care in the same shape and condition as when issued, except for normal wear and deterioration.

(8) They shall take no gasoline or oil from any containers under the control of the Division of Police without the permission of the officer in charge of the station-house.

(9) Those having knowledge of a sickness of or injury to a police horse shall report the matter to the officer in charge of the Mounted Unit.

## RULE 77

(1) Officers and members shall report on all matters referred to or investigated by them. Such reports may be either verbal or written, as the officer in charge may direct.

(2) They shall, before reporting off duty, make such written reports as may be required on all matters coming to their attention or assigned to them for investigation. If the investigation has not been completed before he reports off duty, he shall make a report stating the progress made.

(3) He shall address his written reports to his superior officer and shall sign the reports, giving his full name and rank, title or num-

54

ber. When required, such reports shall be examined and signed by a superior officer. Written reports shall be forwarded to the commanding officer.

(4) Whenever officers a n d members assigned to any of the uniformed Units investigate a matter in conjunction with officers and members of the Bureau of Detectives, the officers or members of such uniformed Units shall promptly make the necessary report to the General Records Unit unless otherwise directed by a superior officer.

(5) Whenever any report is returned on account of errors or being incomplete, the officer returning it shall make a notation showing the error or incompleteness; and furnish such instructions as will enable the maker to correct or complete the report.

### RULE 78

Written and verbal reports, testimony in court and conversation of any kind affecting the Division of Police, its officers, members, employees or persons under its jurisdiction shall be truthful and unbiased.

### RULE 79

Officers and members shall promptly make, or cause to be made, written reports of all personal injuries sustained by them while on duty.

### RULE 80

(1) Officers and members shall make written reports of accidents to persons or property, coming to their attention, which occur on streets and public property. Written reports shall be made of all accidents in which the City of Cleveland is, or may be-

55

CLE003278

come, involved. The Accident Investigation Unit shall be notified when an officer or member finds that he is not equipped to investigate a traffic accident; and the personnel of such Unit shall be responsible for the completion of the investigation.

(2) Persons who are conveyed in police vehicles because of injury or illness shall be taken to the nearest hospital. Cases requiring confinement shall not be removed to any other hospital until the first hospital has made the necessary arrangements with the other hospital for admittance of the patient, except prisoners, who shall be transferred to the prison ward at City Hospital.

(3) In all cases of sudden illness or injury to person coming to the attention of the personnel of the Division of Police, which results in the confinement of such person in a hospital, the officer or member making the investigation shall notify the General Records Unit of the name, address and particulars of the confinement. The personnel of this Unit shall make the necessary arrangements to notify the near relatives of the sick or injured person unless such confinement is already known to the persons concerned.

## RULE 81

(1) Officers and members at the scene of an alleged homicide, suspicious death, felony or suspected felony shall exercise every precaution to prevent the destruction, impairment, disturbance or removal of any evidence upon bodies, the personal effects, and surrounding property and objects; so that everything possible may be kept intact until photographed, noted and examined by officers and members charged with that duty.

56

(2) They shall detain participants and witnesses and prevent unauthorized persons from entering upon the scene of the crime. Pending the arrival of officers or members of the Bureau of Detectives, those first upon the scene shall begin an immediate investigation into the circumstances of the crime, and obtain the names and addresses of participants and witnesses and other important details.

## RULE 82

Officers and members losing any city property issued to them shall reimburse the city for it within thirty days after such loss. If any such property is recovered in good condition, they shall be refunded the amount so paid.

## RULE 83

(1) When an officer or member resigns, retires, dies or is suspended or dismissed, his commanding officer shall obtain all city property which has been issued to him and forward it to the officers charged with the custody of the various items, and obtain a receipt for same.

(2) A written report shall accompany the returned property, stating what has been returned and what, if any, has not been returned. A copy of this report shall be forwarded to the Chief of Police.

## RULE 84

(1) Officers and members shall carry only such weapons as are furnished by the City of Cleveland or those which have been authorized by the Chief of Police.

57

CLE003280

(2) They shall use good judgment in the use of batons, firearms, other weapons and equipment in their possession.

(3) Those using batons, firearms and other weapons shall make a written report giving full particulars. No report shall be required when such weapons are used for training purposes.

(4) They shall keep their revolvers in a clean, serviceable condition, and shall keep fresh cartridges in their possession at all times. When firearms, other than revolvers, are issued to Units or vehicles, the officers in charge of the Units or vehicles shall keep such firearms in a clean condition and ready for use at all times.

## RULE 85

Officers and members shall have in their possession a memorandum book in which they shall record information necessary for the performance of their duty.

## RULE 86

(1) Officers and members who are on duty during such hours as the firearms range is open shall attend target practice at the range at least once a month.

(2) They shall not be excused from attending target practice by reason of physical incapacity except by the Surgeon of Police.

(3) They shall be granted days off upon attaining certain proficiency ratings on the range. The schedule for ratings and days off shall be established by the Chief of Police.

58

## RULE 87

(1) Officers and members shall use only such force as is necessary to effect the arrest and detention of persons.

(2) They shall search all persons arrested and taken into custody, thoroughly and completely, for deadly weapons.

(3) Those assigned to police vehicles shall search all persons, thoroughly and completely, for deadly weapons before placing them in such vehicles.

(4) They shall convey persons taken into custody to their destination by the most direct route.

(5) Female prisoners shall be conveyed, without unnecessary delay, to the Policewomen's Unit or to a prison having a matron and cell block for females.

## RULE 88

(1) Prisoners brought to the station must be thoroughly and completely searched at the Booking Window in the presence of the Booking Officer. All money, valuables, and articles which may be used for personal injury or for defacement of the prison shall be taken from them, and proper receipts shall be given to such prisoners. Separate receipts shall be given for all money and property taken from prisoners and held as evidence, and the receipts shall be plainly marked with the words "Held as evidence".

(2) When a prisoner is released from custody, money and property taken from him and not held as evidence shall be returned to him, and a receipt obtained. When a prisoner is released on a properly executed bail

59

CLE003282

bond, the fact shall be recorded in the Blotter and the bail bond recorded in the Prisoner's Receipt Book. The bail bond and Prisoner's Receipt Book shall be forwarded, in lieu of the prisoner, at the time of the transfer, and a receipt obtained from the receiving officer in the Prisoner's Receipt Book.

(3) When a prisoner is transferred, money and property taken from him and not held as evidence shall be recorded in a Prisoner's Receipt Book with the name of the prisoner. The money and property shall accompany him, and a receipt obtained from the receiving officer for the prisoner and his property in the Prisoner's Receipt Book.

(4) Money and property taken from prisoners and held as evidence shall be recorded in the Property Book, forwarded to the Property Room Unit before 9:00 A. M. of each day, and a receipt obtained from the receiving officer in the Property Book.

## RULE 89

(1) All property coming into the custody of the Division of Police as a result of being held in evidence, confiscated, lost, stolen, found or recovered shall be recorded in the Property Book.

(2) Such property shall be forwarded to the officer in charge of the Property Room Unit before 9:00 A. M. each day, except such property as will require special or technical examination by the Scientific Identification Unit or City Chemist, and such other property as can be returned to the rightful owner before time for forwarding to the Property Room Unit.

60

## RULE 90

Officers and members shall promptly mark for future identification and secure against tampering all articles held for evidence.

## RULE 91

Officers and members shall not recommend or suggest to prisoners or to persons involved in accident cases the employment or name of any person as attorney, counselor or bondsman. They shall become bail for no person arrested. They shall not directly or indirectly become a party to any arrangement between persons arrested and others to avoid prosecution.

## RULE 92

(1) Officers and members shall notify, without unnecessary delay, the officer in charge of the Bureau of Detectives of the arrest of any person who has committed a felony or who is suspected of having committed a felony and any such person shall be sent to the Bureau of Detectives upon request of the officer in charge of that Bureau.

(2) Officers and members of the Bureau of Detectives shall assist any officer or member of the Division of Police in securing evidence and preparing felony cases for court.

(3) All officers and members, upon making arrests in felony cases, shall convey, without unnecessary delay, all prisoners and witnesses to the Bureau of Detectives, so that necessary statements can be obtained from the arresting officers and members, principals and witnesses.

(4) Persons arrested for other authorities shall be sent to the Bureau of Detectives im-

61

mediately. The officer in charge of this Bureau shall notify the proper authority of the arrest, and make arrangements for detention, extradition and return of the prisoner.

### RULE 93

Officers and members shall accept every complaint made to them, and shall take necessary action, regardless of the District or Unit in which the complaint has occurred.

### RULE 94

(1) Officers and members securing any knowledge as to a violation of a law or ordinance within the limits of the city, not requiring immediate action, shall forward reports containing full particulars to their commanding officers without unnecessary delay.

(2) Those having knowledge of any suspicious person residing or operating within the territory to which they are assigned, or of any place which is suspected of being used as house of ill fame or assignation, for gambling or any other unlawful purpose, shall promptly forward reports containing all available particulars to their commanding officers.

### RULE 95

Erasures in official records shall not be made. When corrections are necessary, it shall be done by interlineation in red ink and initialed by the officer or member making the correction.

### RULE 96

Officers and members desiring a transfer or special assignment, or wishing to express

62

dissatisfaction with the treatment accorded them by their superior officers, shall make a report in writing, which shall be forwarded to the Chief of Police.

### RULE 97

Official communications with other Police Departments shall be forwarded through the Chief of Police, or with his authorization.

### RULE 98

Officers, members and employees shall become intoxicated at no time. They shall drink no intoxicating liquors while on duty or in uniform. They shall not engage, directly or indirectly, as vendors of intoxicating liquors.

### RULE 99

(1) Officers, members and employees shall violate no laws of the United States, of the State of Ohio nor ordinances of the City of Cleveland.

(2) They shall not wilfully disobey any lawful orders issued to them by a superior officer of the Division of Police.

(3) They shall not wilfully and continually violate rules governing the Division of Police.

### RULE 100

The following shall be grounds for disciplining any member of the police force, including removal therefrom:

1. Discourteous treatment of the public;

2. Dishonesty;

63

3. Drunkenness;

4. Failure to obey orders given by proper authority;

5. Immoral Conduct;

6. Incompetency;

7. Inefficiency;

8. Insubordination;

9. Neglect of duty;

10. Violation of Civil Service Laws or Rules of the Municipal Commission; or

any other failure of good behavior or any other acts of misfeasance, malfeasance or nonfeasance in office. (R.C. 143.27) R.C. 737.12; and Charter of Cleveland, Section 119.

*Former RULE 100 rescinded and New Rule adopted and effective July 19, 1954.*

### RULE 101

Officers and members shall conduct themselves as gentlemen and in such a manner as to command the respect of the public. They shall refrain from using harsh, profane or indecent language while on duty or in uniform. They shall show no disrespect to any officer or member of the Division of Police.

### RULE 102

Officers, members and employees shall not habitually contract debts which they are unable or unwilling to pay; and shall not refuse to discharge their lawful obligations without reasonable excuse.

64

dissatisfaction with the treatment accorded them by their superior officers, shall make a report in writing, which shall be forwarded to the Chief of Police.

### RULE 97

Official communications with other Police Departments shall be forwarded through the Chief of Police, or with his authorization.

### RULE 98

Officers, members and employees shall become intoxicated at no time. They shall drink no intoxicating liquors while on duty or in uniform. They shall not engage, directly or indirectly, as vendors of intoxicating liquors.

### RULE 99

(1) Officers, members and employees shall violate no laws of the United States, of the State of Ohio nor ordinances of the City of Cleveland.

(2) They shall not wilfully disobey any lawful orders issued to them by a superior officer of the Division of Police.

(3) They shall not wilfully and continually violate rules governing the Division of Police.

### RULE 100

The following shall be grounds for disciplining any member of the police force, including removal therefrom:

CLE003288

1. Incompetence;

2. Gross Neglect of Duty;

3. Gross Immorality;

4. Habitual Drunkenness;

5. Failure to obey orders given by proper authority;

6. Any other reasonable and just cause;

*(R.C. 737.12)*
*Effective April 1, 1957*

## RULE 101

Officers and members shall conduct themselves as gentlemen and in such a manner as to command the respect of the public. They shall refrain from using harsh, profane or indecent language while on duty or in uniform. They shall show no disrespect to any officer or member of the Division of Police.

## RULE 102

Officers, members and employees shall not habitually contract debts which they are unable or unwilling to pay; and shall not refuse to discharge their lawful obligations without reasonable excuse.

64

### RULE 103

Officers or members of the Division of Police shall not visit the office of the Mayor or the Director or Public Safety, on behalf of themselves or others, without permission from the Chief of Police.

### RULE 104

No member of the Division of Police shall directly or indirectly give, offer, solicit or receive, or be in any manner concerned in giving, offering, soliciting or receiving any assessment, subscription or contribution of money or any other thing of value to or for any ranking officer to induce or persuade such officer to resign or retire for the purpose of accelerating a promotion or promotions from one or more police promotional eligible lists.

*RULE 104 effective December 30, 1953.*

### RULE 105

Whenever an officer or member is injured or disabled while in the discharge of his duties and the cost of his treatment or rehabilitation is paid from funds of The Department of Public Safety, or if such officer or member is continued upon the payroll of The Division of Police during any period of treatment or rehabilitation, and he subsequently obtains a settlement from, or satisfies a judgment against, any person as a consequence of such injury or disability, he shall make restitution in full to the Department of Public Safety for all monies expended by it for his treatment or rehabilitation or for wages paid during such period of injury or disability. This obligation of reimbursement shall not exceed the amount received as a consequence of such settlement or judgment.

64 a

## RULE 103

Officers or members of the Division of Police shall not visit the office of the Mayor or the Director of Public Safety, on behalf of themselves or others, without permission from the Chief of Police.

## RULE 104

No member of the Division of Police shall directly or indirectly give, offer, solicit or receive, or be in any manner concerned in giving, offering, soliciting or receiving any assessment, subscription or contribution of money or any other thing of value to or for any ranking officer to induce or persuade such officer to resign or retire for the purpose of accelerating a promotion or promotions from one or more police promotional eligible lists.

*RULE 104 effective December 30, 1953.*

64 a

### RULE 103

Officers or members of the Division of Police shall not visit the office of the Mayor or the Director of Public Safety, on behalf of themselves or others, without permission from the Chief of Police.

### RULE 104

No member of the Division of Police shall directly or indirectly give, offer, solicit or receive, or be in any manner concerned in giving, offering, soliciting or receiving any assessment, subscription or contribution of money or any other thing of value to or for any ranking officer to induce or persuade such officer to resign or retire for the purpose of accelerating a promotion or promotions from one or more police promotional eligible lists.

*RULE 104 effective December 30, 1953.*

64 a

# INDEX

(Roman Numerals indicate Sections—
Arabic Numerals indicate Rules)

## A

| | Rule & Section | Page |
|---|---|---|
| Absence | | |
| Application for leave of | 55 | 44 |
| Due to death in family | 56 | 45 |
| Due to illness | 57 | 45 |
| Without leave | 55 | 44 |
| Accident Investigation Unit | 18 | 31 |
| Accidents—Reports of | 80 | 55 |
| Acting Chief | IX | 15 |
| Address—Change of, by Personnel | 51 | 43 |
| Arms and Range Unit | 30 | 36 |
| Arrest | | |
| Arrest without warrant | 4-5 | 18 |
| Arrester to have proper authority | 4-4 | 18 |
| Of juveniles, who notified | 4-10 | 19 |
| Of felons, etc. | 92 | 61 |
| General | 87 | 59 |
| Responsibility for felony | 4-4 | 18 |
| Auto Theft Unit | 15 | 28 |

## B

| | Rule & Section | Page |
|---|---|---|
| Bail | | |
| Defective bailbond | 4-15 | 20 |
| Prisoner to sign before release | 4-16 | 20 |
| Release of prisoner on | 4-15 | 20 |
| Shall not become bail for prisoners | 91 | 61 |
| Shall not recommend bondsman | 91 | 61 |
| Barricades to Be Placed, When | 6-4 | 22 |
| Bicycle Unit | 24 | 33 |

|  | Rule & Section | Page |
|---|---|---|
| Bureaus Within Division of Police.. | III | 11 |
| Bureau of Detectives Shall | | |
| Consist of ........................................... | V | 13 |
| Bureau of Patrol Shall Consist of.... | IV | 12 |
| Bureau of Records and | | |
| Communications ............................... | VII | 13 |
| Bureau of Special Investigation | VII and 36 | 13 & 40 |
| Bureau of Traffic Shall Consist of.... | VI | 13 |
| Bureau of Training Shall Consist of | VII | 13 |
| Bureau of Welfare Shall Consist of | VII | 13 |
| Business Transacted, Inform | | |
| Relief of ........................................... | 42 | 41 |

**C**

| Case Preparation and Fraud Unit.... | 14 | 27 |
|---|---|---|
| Change of Address or Telephone...... | 51 | 43 |
| Charges | | |
| Commanding officer to be | | |
| present at hearing of.................... | 1-7 | 16 |
| Forwarded, to whom........................ | 1-3-4 | 16 |
| Officer preferring to be present | | |
| at hearing of .................................. | 1-6 | 16 |
| Preferred, by whom......................... | 1-2 | 16 |
| Separate set against each offender | 1-5 | 16 |
| Chewing Tobacco or Gum, | | |
| When Prohibited ........................... | 63-2 | 49 |
| Chief of Police, Duties of.................... | VIII | 14 |
| City Property—Loss of (See | | |
| Property, City) .................................. | 82 | 57 |
| Civil Cases, Assistance in.................... | 64 | 49 |
| Commanding Officers, Duties of........ | 2 | 17 |
| Communications with Other Police | | |
| Departments ..................................... | 97 | 63 |
| Complaints Against Personnel .......... | 65 | 49 |
| Complaints Made to Police | | |
| Personnel ........................................... | 93 | 62 |

66

|  | Rule & Section | Page |
|---|---|---|
| Conduct |  |  |
| Carrying bundles or packages | 60 | 48 |
| Chewing tobacco or gum | 63-2 | 49 |
| Cowardly | 100 | 63 |
| Disobeying orders | 99-2 | 63 |
| Disparaging conversation forbidden | 47 | 63 |
| Disrespect to superior officer | 101 | 64 |
| General orders by chief | 71 | 51 |
| Gentlemanly | 101 | 64 |
| Intoxicating, becoming | 98 | 63 |
| Obedience to all orders | 70 | 51 |
| Obedience to all rules | 1-1 | 16 |
| Playing cards, etc., in station-house | 63-3 | 49 |
| Profane and indecent language | 101 | 64 |
| Reading newspapers, etc., in public | 61 | 48 |
| Recommending bondsmen prohibited | 91 | 61 |
| Salute tendered and returned, when | 73 | 52 |
| Smoking in public places | 63-1 | 49 |
| Truthfulness required | 78 | 55 |
| Violating laws and ordinances | 99-1 | 63 |
| Violating rules wilfully and continually | 99-3 | 63 |
| Visiting mayor or director | 103 | 64 |
| Visiting gambling house, etc., when prohibited | 46 | 42 |
| Confidential Police Business | 41 | 41 |
| Contributions, Shall Not Solicit or Accept | 49 | 43 |
| Conversation Forbidden, When | 47 and 62 | 43 & 49 |
| Cooperation Required Among Personnel | 39 | 40 |

67

|                                                              | Rule & Section | Page |
|--------------------------------------------------------------|:--------------:|:----:|
| Court                                                        |                |      |
|    Attendance in .....................................      | 66-2           | 50   |
|    Prosecution of crime by police......      | 66-1           | 50   |
|    Testimony truthful and unbiased..      | 78             | 55   |
| Court Officer Unit ..............................      | 11             | 25   |
| Courtesy                                                     |                |      |
|   Name, rank and badge number                      |                |      |
|     on request ........................      | 40             | 41   |
|    Telephone ...................................      | 68             | 50   |
| Criminal Investigation Unit,                                 |                |      |
|   General .............................................      | 12             | 26   |

### D

| Danger Lamps to Be Placed, When      | 6-4   | 22 |
| Dangerous Obstructions, Removal of   | 6-3   | 22 |
| Death                                |       |    |
|    Disposition of city property..........   | 83    | 57 |
|    Funeral escort consists of ...............   | 74-1  | 52 |
|    Funeral detail notified by whom..   | 74-1  | 52 |
|    In family .........................................   | 56    | 45 |
|   Of officer or member, active             |       |    |
|     or retired .......................................   | 74-1  | 52 |
|    Of prisoner in custody or jail........   | 4-13  | 20 |
| Debts                                |       |    |
|    Contracting of, prohibited when..   | 102   | 64 |
| Defective Streets and Sidewalks,     |       |    |
|   Report on .........................................   | 6-5   | 22 |
| Definitions ..........................................   |       | 9  |
| Deputy Inspectors, Assignment of....   | XI    | 15 |
| Detective Bureau ..............................   | V     | 13 |
| Detention of Juveniles ......................   | 4-10  | 19 |
| Disability of Personnel ......................   | 57    | 45 |
| Discipline ...........................................   | 1     | 16 |
| Disparaging Conversation             |       |    |
|    Forbidden ...........................................   | 47    | 43 |

CLF003296

| | Rule & Section | Page |
|---|---|---|
| Disreputable Houses, Shall Not Visit Except ................................ | 46 | 42 |
| Duties—General ................................ | 37 | 40 |

**E**

| | | |
|---|---|---|
| Erasures in Official Records.............. | 95 | 62 |
| Evidence | | |
| Forwarding of ................................ | 89-2 | 60 |
| Presentation of ................................ | 66-1 | 50 |
| Preservation of, at scene of crime | 81-1 | 56 |
| Recording of ................................ | 89-1 | 60 |
| Secure against tampering ................ | 90 | 61 |
| Supervise preparation of .................. | 4-5 | 18 |

**F**

| | | |
|---|---|---|
| Felony | | |
| Arrest in ................................ | 92 | 61 |
| Investigation of ................................ | 81-2 | 56 |
| Female Prisoners Cellblock, Who May Visit ................................ | 8-6 | 23 |
| Female Prisoners, Conveying .......... | 87-5 | 59 |
| Financial Obligations, Shall Not Incur, When ................................ | 52 | 44 |
| Fraud and Case Preparation Unit.... | 14 | 27 |
| Funeral Detail, Notified by Whom.... | 74-1 | 52 |
| Funeral Escort Consists of.................. | 74-1 | 52 |
| Furloughs ................................ | 54 | 44 |

**G**

| | | |
|---|---|---|
| Gainful Occupation Forbidden, Any Other ................................ | 38 | 40 |
| Gambling House, Shall Not Visit Except ................................ | 46 | 42 |
| Games Prohibited, Cards, Dice, etc.. | 63-3 | 49 |
| General Records and Teletype Dispatchers Unit ................................ | 33 | 37 |

**H**

| | Rule & Section | Page |
|---|---|---|
| Headquarters Staff | VII | 13 |
| Homicide, Conduct at Scene of | 81 | 56 |
| Homicide Unit, Duties of | 13 | 27 |
| Hospital Prison Unit | | |
| Duties of personnel detailed | 7-1 | 22 |
| Visiting hospital prison, by whom and when | 7-2 | 22 |
| Hours of Duty—In Emergencies | 38 | 40 |
| House of Ill Fame, Shall Not Visit, Except | 46 | 42 |

**I**

| | Rule & Section | Page |
|---|---|---|
| Injury or Illness | | |
| Hospital arrangements to be made | 80-2 | 56 |
| Prisoner to City Hospital | 80-2 | 56 |
| Record room to be notified, when | 80-3 | 56 |
| Record room to notify relatives | 80-3 | 56 |
| To police personnel | 57 | 45 |
| Inspectors, Assignment of | X | 15 |
| Intoxication of Personnel | 98 | 63 |

**J**

| | Rule & Section | Page |
|---|---|---|
| Juveniles, Detention of | 4-10 | 19 |
| Juvenile Unit, Male | 23 | 33 |
| Juvenile Warrants Not Executed | 4-8 | 19 |

**L**

| | Rule & Section | Page |
|---|---|---|
| Labor Relations Unit | 28 | 35 |
| Law Violations | | |
| By officers, members and employees | 99-1 | 63 |
| Knowledge of—how reported | 94 | 62 |

CLE003298

|                                                    | Rule & Section | Page |
|----------------------------------------------------|----------------|------|
| Lawful Business, Shall Not Interfere With          | 45             | 42   |
| Leaving Assigned Territory Prohibited, Except       | 43–1           | 41   |
| Licenses Required                                   | 67             | 50   |
| Light and Fuel, Conservation of                     | 4–18           | 21   |
| Liquor—Drinking, etc.—By Personnel                  | 98             | 63   |
| Litigation Against Police Personnel—City Involved   | 69             | 51   |
| Loitering Prohibited                                | 50             | 43   |

**M**

| Medical Unit                                        | 32             | 37   |
| Members in Charge of Units, Duties of               | 5              | 21   |
| Memorandum Book                                     | 85             | 58   |
| Military Organization, May Not Belong to            | 75             | 53   |
| Military Order, Marching in                         | 72             | 51   |
| Motor Vehicles Police                               |                |      |
| Alterations in mechanism                            | 76–4           | 53   |
| Damage or loss, how reported and when               | 76–1           | 53   |
| Gasoline and oil obtained, how                      | 76–8           | 54   |
| Inspect vehicle and equipment, when                 | 76–1           | 53   |
| Maintained neat, clean and serviceable              | 76–5           | 54   |
| Radio equipped, dispatch of                         | 4–21           | 21   |
| Responsibility for loss or damage                   | 76–2           | 53   |
| To be operated in a careful manner                  | 76–3           | 53   |
| What may not be transported in                      | 76–6           | 53   |
| Who may ride in                                     | 76–3           | 53   |
| Mounted unit                                        | 21             | 32   |

**N**

|  | Rule & Section | Page |
|---|---|---|
| Neglect of Duty ................................. | 100 | 63 |

**O**

|  | Rule & Section | Page |
|---|---|---|
| Obedience to Orders ........................ | 70 | 51 |
| Obedience to Rules |  |  |
| Charges forwarded, to whom........ | 1-3 | 16 |
| Charges preferred, by whom........ | 1-2 | 16 |
| Officer preferring charges, duty of | 1-6 | 16 |
| Personnel to be familiar with rules | 1-1 | 16 |
| Presence of C. O. at hearing |  |  |
| of charges ..................................... | 1-7 | 16 |
| Obstructions ................................... | 6-3 | 22 |
| Officers and Members, Duties of...... | 37 | 40 |
| Officers and Members, To Remain |  |  |
| in Assigned Territory ................... | 43-1 | 41 |
| Officers in Charge of District |  |  |
| Stations, Duties of ....................... | 4 | 18 |
| Officer in Charge of Any Unit, |  |  |
| Duties of ....................................... | 5 | 21 |
| Orders |  |  |
| Chief ............................................. | 71-1 | 51 |
| Conflicting ................................... | 70 | 51 |
| Familiar with after absence.......... | 71-2 | 51 |
| Obedience to all lawful................. | 70 | 51 |
| Organization ................................... | I | 10 |

**P**

|  | Rule & Section | Page |
|---|---|---|
| Patrol Bureau ................................. | IV | 12 |
| Pawn Shops ..................................... | 14-4 | 28 |
| Permits and Licenses Required........ | 67 | 50 |
| Personnel |  |  |
| Positional groups .......................... | II | 11 |
| Ranking groups ............................. | I | 10 |
| Police Academy Unit ....................... | 29 | 35 |
| Police Horses, Ill or Injured.............. | 76-9 | 54 |

72

|                                                      | Rule & Section | Page |
|------------------------------------------------------|----------------|------|
| Police Property, To Be Returned in Good Condition    | 76-7           | 54   |
| Police Surgeon                                       | 32             | 37   |
| Police Tow Trucks                                    | 44-5           | 42   |
| Police Vehicles (See Motor Vehicles)                 |                |      |
| Policewomen's Unit                                   | 25             | 34   |
| Political and Religious Discussions Forbidden        | 47             | 43   |
| Political Organizations, Membership Forbidden        | 75             | 53   |
| Prisoners                                            |                |      |
| Abuse of                                             | 87-1           | 59   |
| Conveying by direct route                            | 87-4           | 59   |
| Death of, while in custody or prison                 | 4-13           | 20   |
| Female                                               | 87-5           | 59   |
| Inspection of and verifying count                    | 4-11           | 19   |
| Needing medical attention                            | 4-12           | 19   |
| Property held as evidence                            | 88-4           | 60   |
| Property returned, when                              | 88-2           | 59   |
| Recommending attorney or bondsman to                 | 91             | 61   |
| Release of, on bail                                  | 4-15           | 20   |
| Search of, before placing in vehicle                 | 87-3           | 59   |
| Search of, at booking window                         | 88-1           | 59   |
| Search of, by arresting officer                      | 87-2           | 59   |
| Transfer of, to headquarters                         | 4-14           | 20   |
| Prison Unit                                          |                |      |
| Female prison, who may enter                         | 8-6            | 23   |
| Matrons, duties of                                   | 8-5            | 23   |
| Officers in charge, duties of                        | 8-2            | 23   |
| Permission to visit prisoners                        | 8-8            | 23   |
| Prisoners, inquiries regarding                       | 8-4            | 23   |
| Searching prisoners                                  | 88-1           | 59   |

73

|  | Rule & Section | Page |
|---|---|---|
| Visiting prisoners, who may | 8–7 | 23 |
| Visits permitted, when | 8–9 | 24 |
| Profane Language | 4–19 & 101 | 21 & 64 |
| Property, City or Police | | |
| Accidents involving | 80–1 | 55 |
| Death, retirement or resignation | 83 | 57 |
| Police horses, injured or ill | 76–9 | 54 |
| Reimbursing for loss of | 82 | 57 |
| To be returned in good condition | 76–7 | 54 |
| Property in Police Custody | | |
| Forwarded to property room, when | 89–2 | 60 |
| Held as evidence | 88–4 | 60 |
| Marked for future identification | 90 | 61 |
| Prisoners property forwarded | 88–3 | 60 |
| Property returned, when | 88–2 | 59 |
| To be entered in property book | 89–1 | 60 |
| Property Room Unit | 10 | 24 |
| Public Relations Unit | 27 | 35 |

## R

| Radio Broadcasting Operation and Maintenance Unit | 34 | 38 |
|---|---|---|
| Radio Equipped Motor Vehicles | | |
| Advise radio of progress of investigations | 44–4 | 42 |
| Acknowledge calls promptly | 44–3 | 42 |
| Detention of, at stations | 4–22 | 21 |
| Dispatch of | 4–21 | 21 |
| Notify radio when assignment complete | 44–4 | 42 |
| Respond promptly to calls | 44–3 | 42 |
| To be familiar with assigned territory | 6–1 | 21 |
| To remain in assigned territory | 44–1 | 42 |
| Rank—Order of | I | 10 |

CLE003302

| | Rule & Section | Page |
|---|---|---|
| Records and Communications, | | |
| Bureau of ...................................... | VII | 13 |
| Relieving Officers and Members | | |
| Advised of important police | | |
| business transacted .................. | 42 | 41 |
| Advised of unfinished police | | |
| business ........................................ | 42 | 41 |
| Visit prison with relieved | | |
| personnel ...................................... | 4-11 | 19 |
| Religious and Political Discussions | | |
| Forbidden ...................................... | 47 | 43 |
| Reports | | |
| Accidents involving city property | 80-1 | 55 |
| Accidents on streets or highways | 80-1 | 55 |
| How signed ...................................... | 77-3 | 54 |
| Made before reporting off duty.... | 77-2 | 54 |
| Partial reports, when made .......... | 77-2 | 54 |
| Personal injury, while on duty.... | 79 | 55 |
| Records unit, to be given | | |
| promptly to .................................. | 77-4 | 55 |
| Removal from files prohibited...... | 4-20 | 21 |
| Returned, error or incomplete........ | 77-5 | 55 |
| To be made by uniformed | | |
| personnel, except ........................ | 77-4 | 55 |
| To be truthful and unbiased.......... | 78 | 55 |
| To whom addressed ........................ | 77-3 | 54 |
| Written or verbal, when ................ | 77-1 | 54 |
| Written reports forwarded, | | |
| to whom ........................................ | 77-3 | 54 |
| Riding Public Conveyances | | |
| in Uniform .................................... | 61-1 | 48 |
| **S** | | |
| Salute | | |
| Funeral escort .................................... | 74-2 | 52 |
| National anthem ................................ | 73-2 | 52 |
| Tendered and returned, by | | |
| whom and when .......................... | 73-1 | 52 |
| U. S. flag passing ............................ | 73-2 | 52 |

| | Rule & Section | Page |
|---|---|---|
| Sanitary Unit | 26 | 34 |
| Scientific Identification Unit | 16 | 28 |
| Search of Prisoners | | |
|     At booking window | 88-1 | 59 |
|     Before placing in vehicle | 87-3 | 59 |
|     When taking into custody | 87-2 | 59 |
| Sick or Disabled | | |
|     Becoming sick or disabled while off duty | 57-2 | 45 |
|     Becoming sick or disabled while on duty | 57-1 | 45 |
|     Becoming sick or disabled while serving time | 57-9 | 47 |
|     Feigned sickness, disability, vicious conduct, etc. | 57-7 | 46 |
|     Leave of absence due to sickness or disability | 57-8 | 47 |
|     Shall remain at home, while on sick leave | 57-5 | 46 |
|     Sick certificate, how used | 57-3 | 46 |
|     Surgical operation, notify police surgeon | 57-6 | 46 |
|     Visiting surgeon or police while on sick leave | 57-4 | 46 |
| Sleeping While on Duty | 100 | 63 |
| Smoking in Public Permitted, When | 63-1 | 49 |
| Smoking Prohibited, When | 63-2 | 49 |
| Soliciting | | |
|     Business in station houses | 4-23 | 21 |
|     Contributions or selling tickets | 49 | 43 |
|     Money or present | 48 | 43 |
| Special Investigation, Bureau of | 36 | 40 |
| Store Room Unit | 9 | 24 |
| Subpoenas Served and Returned, How | 4-6 | 19 |
| Superior Officers, Assignment and Duties of | 3 | 17 |
| Suspension from Duty | VIII-4 | 14 |

CLE003304

**T**

| | Rule & Section | Page |
|---|---|---|
| Target Practice | | |
| Attendance required, when | 86-1 | 58 |
| Proficiency ratings in | 86-3 | 58 |
| Shall not be excused from, except | 86-2 | 58 |
| Telephone Exchange Unit | 35 | 39 |
| Telephone, Use of | | |
| For private purposes forbidden | 68-1 | 50 |
| Identification when answering | 68-2 | 50 |
| Identification when calling | 68-2 | 50 |
| Time Records—Keeping of | 54 | 44 |
| Tow Trucks | | |
| Shall report on assignments to radio | 44-5 | 42 |
| Under the command of | 17-3 | 31 |
| Traffic | | |
| Bureau of | VI | 13 |
| Accident investigation unit | 18 | 31 |
| Enforcement unit | 19 | 31 |
| Engineering unit | 22 | 32 |
| Mounted unit | 21 | 32 |
| Office unit | 17 | 30 |
| Flow unit | 20 | 32 |
| Training, Bureau of | VII | 13 |
| Transfers, Request for | 96 | 62 |

**U**

| | Rule & Section | Page |
|---|---|---|
| Uniforms | | |
| Appear in court in | 58-3 | 47 |
| As designated by chief | 58-1 | 47 |
| Badge shall be worn, where | 58-4 | 47 |
| Carrying objects while in | 60 | 48 |
| Civilian clothes worn, when | 58-2 | 47 |
| Clothing unit | 31 | 36 |
| Complete and proper | 58-2 | 47 |
| Inspection of | 59-1 | 48 |

|  | Rule & Section | Page |
|---|---|---|
| On public conveyances while in.... | 61 | 48 |
| Payment for ................................ | 59-5 | 48 |
| Reading newspapers, etc., while in ................................ | 61 | 48 |
| Report on inspection of.................. | 59-3 | 48 |
| Responsibility for inspection of.... | 59-2 | 48 |
| To be neat and clean...................... | 58-5 | 47 |
| Tryon of ...................................... | 59-5 | 48 |
| Unnecessary Conversation ............. | 62 | 49 |

**V**

| Vacation Days ...................................... | 54 | 44 |

**W**

| Warrants |  |  |
| Executing misdemeanor warrants at night ...................................... | 4-7 | 19 |
| Juvenile warrants not executed.... | 4-8 | 19 |
| Not executed within seven days.... | 4-8 | 19 |
| Record all warrants received and returned ................................ | 4-9 | 19 |
| Weapons, of Personnel ...................... | 84 | 57 |

78

CLE003306