1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

- - -

| | | |
|---|---|---|
| RICKY JACKSON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 1:15-CV-00989 |
| CITY OF CLEVELAND, et | ) | JUDGE CHRISTOPHER A. |
| al., | ) | BOYKO |
| Defendants. | ) | _____ |
| _____ | ) | |
| | ) | |
| KWAME AJAMU, et al., | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 1:15-CV-01320 |
| CITY OF CLEVELAND, et | ) | JUDGE CHRISTOPHER A. |
| al., | ) | BOYKO |
| Defendants. | ) | |
| | ) | |
| | ) | |

- - -

Deposition of WILLIAM TELL, SR., a witness
herein, called by the Defendants for Examination
pursuant to the Federal Rules of Civil
Procedure, taken before me, the undersigned,

2

1    Binnie Purser Martino, a Registered Diplomate

2    Reporter, Certified Realtime Reporter and Notary

3    Public in and for the State of Ohio, pursuant to

4    Notice and agreement of counsel at the law

5    offices of Roetzel & Andress, LPA, One Cleveland

6    Center, 10th Floor, 1375 East Ninth Street,

7    Cleveland, Ohio, on Tuesday, the 14th day of

8    June, 2016, commencing at 9:15 o'clock p.m.

9                         - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1    **APPEARANCES:**

2

3          On Behalf of the Plaintiff Ricky Jackson:

4                  LOEVY & LOEVY

5          BY:    Elizabeth Wang, Attorney at Law

6                  2060 Broadway

7                  Suite 460

8                  Boulder, Colorado 80302

9                  720/328-5642

10                 elizabethw@loevy.com

11

12         On Behalf of the Plaintiffs Kwame Ajamu and

13         Wiley Bridgeman:

14                 THE MILLS LAW OFFICE LLC

15         BY:    David E. Mills, Attorney at Law

16                 1300 West Ninth Street

17                 Suite 636

18                 Cleveland, Ohio 44113

19                 216/929-4747

20                 dm@MillsFederalAppeals.com

21                 AND

22

23

24

25

4

1    APPEARANCES (Continued):

2

3              FRIEDMAN & GILBERT

4     BY:    Terry H. Gilbert, Attorney at Law

5              Jacqueline Greene, Attorney at Law

6              55 Public Square

7              Suite 1055

8              Cleveland, Ohio 44113-1901

9              216/241-1430

10             tgilbert@f-glaw.com

11             jgreene@f-glaw.com

12

13      On Behalf of the Defendant City of

14      Cleveland:

15             FRANK G. JACKSON, MAYOR

16     BY:    Shawn M. Mallamad

17             Assistant Director of Law

18             Department of Law

19             601 Lakeside Avenue, Room 106

20             Cleveland, Ohio 44114

21             216/664-3774

22             SMallamad@city.cleveland.oh.us

23

24

25

5

```
 1    APPEARANCES (Continued):

 2

 3         On Behalf of individual and estate

 4         Defendants:

 5              ROETZEL & ANDRESS

 6    BY:    Stephen W. Funk, Attorney at Law

 7              222 South Main Street, Suite 400

 8              Akron, Ohio 44308

 9              330/376-2700

10              sfunk@ralaw.com

11

12

13                        - - -

14

15

16

17

18

19

20

21

22

23

24

25
```

6

1                      I N D E X

2

3

4     EXAMINATION (BY MR. MALLAMAD)          7

5     EXAMINATION (BY MR. FUNK)             133

6     EXAMINATION (BY MS. WANG)             154

7     EXAMINATION (BY MR. GILBERT)          183

8     FURTHER EXAMINATION (BY MR. MALLAMAD) 197

9     FURTHER EXAMINATION (BY MR. FUNK)     199

10    FURTHER EXAMINATION (BY MR. GILBERT)  202

11    FURTHER EXAMINATION (BY MR. FUNK)     203

12

13

14    Defendant's Exhibit 1                  20

15    Defendant's Exhibit 2                  21

16    Defendant's Exhibit 3                  55

17

18

19

20

21

22

23

24

25

7

1                    WILLIAM TELL, SR.

2   of lawful age, a witness herein, having been

3   first duly sworn, as hereinafter certified,

4   deposed and said as follows:

5                    EXAMINATION

6   **BY MR. MALLAMAD:**

7   **Q.**   Can you state your name, please?

8   **A.**   William, last name is Tell, T-e-l-l,

9   Senior.

10  **Q.**   Mr. Tell, my name is Shawn Mallamad, I

11  represent the City of Cleveland in the lawsuits

12  brought by Ricky Jackson, Kwame Ajamu and Wiley

13  Bridgeman.

14       You are here today because you received a

15  subpoena?

16  **A.**   Yes, I did.

17  **Q.**   Let me ask you initially, Mr. Tell, have

18  you ever had your deposition taken before?

19  **A.**   Yes.

20  **Q.**   So you understand that I am going to be

21  asking you questions, and that you and I both

22  need to use words, versus gestures or nods?

23  **A.**   That's correct.

24  **Q.**   If there is a question I ask you that you

25  do not understand, please ask me to rephrase it

1    and I will be happy to do so.

2    **A.**    Okay.

3    **Q.**    Is it fair for me to assume that if you

4    answer a question, you understood the question?

5    **A.**    Yes.

6    **Q.**    If you need a break, Mr. Tell, at any time,

7    as I told the court reporter, just please let us

8    know, you are not tethered to the chair.

9         The only other caveat is if there is a

10   question that has been posed, you need to answer

11   it first, before we let you take a break.

12        Did you review any documents before you

13   came today to assist you in preparation for your

14   deposition?

15   **A.**    No.

16   **Q.**    Are you on any medication, Mr. Tell, that

17   would affect your ability to remember or testify

18   truthfully?

19   **A.**    No.

20   **Q.**    Do you understand that this is the only

21   opportunity that we have to ask you questions

22   about what knowledge you may have about the

23   claims in this case, prior to the trial of this

24   matter?

25   **A.**    I understand.

9

1   **Q.**   Do you have any memory issues --

2   **A.**   No.

3   **Q.**   -- that would affect your ability to recall

4   things in your career?

5   **A.**   No.

6   **Q.**   I assume by your prior answer, you have not

7   read the civil complaints in this case?

8   **A.**   No.

9   **Q.**   Nor any of the discovery responses?

10   **A.**   None.

11   **Q.**   Can you tell me your present marital

12   status?

13   **A.**   I am divorced.

14   **Q.**   What is the highest level of education you

15   achieved?

16   **A.**   High school.

17   **Q.**   And where was that?

18   **A.**   East Technical High School.

19   **Q.**   And when did you graduate?

20   **A.**   1965.

21   **Q.**   I know that you were a police officer for a

22   long time, and I assume you have no criminal

23   convictions of any sort?

24   **A.**   None.

25   **Q.**   Is that correct?

1   **A.**   Right.

2   **Q.**   What is your date of birth?

3   **A.**   10/23/1946.

4   **Q.**   Have you ever been a party to a lawsuit

5   before where you have sued someone or have been

6   sued by somebody?

7   **A.**   Yeah.

8   **Q.**   Can you tell me how many?

9   **A.**   Automobile accidents.  How many?  I

10   couldn't tell.  I worked in the police

11   department, we had accidents in police cars, you

12   know, fender benders over the years.  I am 69

13   years old.  I did a lot of driving in my day.

14   **Q.**   Aside from motor-vehicle accident lawsuits,

15   have you been a party to a lawsuit where you

16   have sued or been sued somebody?

17   **A.**   No.

18   **Q.**   Did you serve in the military?

19   **A.**   No.

20   **Q.**   Mr. Tell, I know that you had a long career

21   with the City of Cleveland.  I would like to

22   walk you through that career right now, if we

23   can do that.

24   **A.**   Okay.

25   **Q.**   Tell me when you --

11

1    **A.**    I started October 1969 as a patrol officer.

2    I worked in patrol from 1969 to 1971 in the

3    Fourth District of the Cleveland Police

4    Department.

5         1971 to 1980, I was detective for the City

6    of Cleveland Auto Theft Unit.

7         1980 to 1983, I was a Sergeant, I was

8    assigned to the First District -- as a matter of

9    fact, I was the first minority ever assigned to

10   the First District.  There I was assigned to the

11   Fourth District patrol.  I was head of the Vice

12   Squad in the Fourth District.

13        And 1983 to 1991, I was Lieutenant.  I was

14   complaint investigation, Fourth District patrol,

15   Fifth District patrol, Fourth District Detective

16   Chief, Fifth District Detective Chief; and 1991

17   to 2001, I was commander of the Fifth District

18   and of the Fourth -- Sixth District, I am sorry,

19   Sixth District.

20        1991 until 2014, I was Chief of Police of

21   Utilities for the City of Cleveland.

22   **Q.**   You mean 2001?

23   **A.**   I am sorry, 2001.

24   **Q.**   Okay.  Let me -- does that conclude your

25   employment?

12

1   **A.**   Yes.

2   **Q.**   Have you worked since 2014?

3   **A.**   No.

4   **Q.**   What did you do just briefly between high

5   school and when you began at the police

6   department in 1969?

7   **A.**   I worked for Republic Steel, McDonald's

8   restaurant and TRW, Tapco Division.

9   **Q.**   Mr. Tell, let me go back to the various

10  stages in your career with the City of

11  Cleveland.  When you were a patrol officer

12  between '69 and '71, who were your supervisors?

13  **A.**   One was -- see, we were supervised by

14  Sergeants.  They come and go.  I can probably

15  give you a name of the Sergeant.  Vilk, V as in

16  Victor, i-l-k.

17  **Q.**   Sergeant Vilk?

18  **A.**   Um-hum.

19  **Q.**   Any other supervisors that you can recall

20  from your patrol?

21  **A.**   Gabaline, G-a-b-a-l-i-n-e.  Sergeant

22  Gabaline.  Sergeant Pope.

23  **Q.**   P-o-p-e.

24  **A.**   Lieutenant Caroselli.  That is about all.

25  **Q.**   Who was the Commander of the Fourth

13

1    District?

2    **A.**    It wasn't a Commander at that time.  It was

3    called Deputy Chief.

4    **Q.**    Who was the Deputy Chief that you answered

5    to?

6    **A.**    Smith, Smith.  I answered to Sergeants.

7    **Q.**    Right.

8    **A.**    He was just Commander of the district,

9    Deputy Chief of the district.

10    **Q.**    So from '71 to 1980, you were a detective

11    in the Auto Theft Unit, correct?

12    **A.**    Yes.

13    **Q.**    Just to be clear, your rank is still patrol

14    officer?

15    **A.**    That's correct.

16    **Q.**    Mr. Tell, if we can, it is easier for the

17    court reporter if I can finish my question and I

18    will let you finish your answer.  Normally we

19    talk over each other and that is fine, but we

20    are trying to create a transcript here.

21    **A.**    All right.

22    **Q.**    When you were a detective in the Auto Theft

23    Unit, was that a citywide unit?

24    **A.**    Yes, it was.

25    **Q.**    Who were your supervisors during that nine

14

1    year period?

2    **A.**   Sergeant Dierker, D-i-e-r-k-e-r, Sergeant

3    Dierker was my supervisor.

4    **Q.**   All nine years?

5    **A.**   Yeah.

6    **Q.**   And was there someone above Sergeant

7    Dierker that oversaw the Auto Theft Unit?

8    **A.**   No.

9    **Q.**   Then from '80 to '83, you were promoted to

10   Sergeant in 1980, correct?

11   **A.**   Right.

12   **Q.**   Then it sounds like for that three year

13   period, three or four year period, from '80 to

14   '83, you were Sergeant in both the First and

15   Fourth District?

16   **A.**   And the Fifth District.

17   **Q.**   Can you tell me who your supervisors were

18   during those three assignments?

19   **A.**   In the Fourth District, I worked for the

20   deputy -- I worked for the deputy, the

21   inspector, Inspector Balaga, B-a-l-a-g-a,

22   Balaga.  I was Vice Sergeant.  I worked for him.

23        On patrol, Sergeant -- there are so many

24   people I worked for over the years.  I can't

25   remember so many people I worked for over the

15

1  years.

2  **Q.**  If you can't recall, it is okay to tell me

3  you can't recall.  I just want to know what you

4  can recall.

5      How about when you were a Sergeant -- it

6  was also the First District during that period

7  of time?

8  **A.**  Yeah.

9  **Q.**  Any supervisors in the First you can

10  recall?

11  **A.**  I can't recall those.  It was my first

12  experience at that.

13  **Q.**  Any supervisors in the Fifth District you

14  can recall during that period of 1980 to '83?

15  **A.**  No.

16  **Q.**  What you can recall is that when you were

17  assigned to the Vice Unit of the Fourth

18  District, it was Inspector Balaga?

19  **A.**  That's correct.

20  **Q.**  Then from '83 to '91, you said you were

21  promoted to Lieutenant in '83?

22  **A.**  Yes.

23  **Q.**  And then you were Lieutenant in the

24  Complaint Investigation Unit?

25  **A.**  Yes.

16

1   **Q.**   And that was in the Fourth District?

2   **A.**   No, that was citywide.

3   **Q.**   That was citywide?

4   **A.**   That was citywide.

5   **Q.**   Tell me what that job involved.

6   **A.**   We investigated minor misdemeanor

7   complaints against police officers.

8   **Q.**   How long did you do that job?

9   **A.**   About a year.

10   **Q.**   Who was your supervisor?

11   **A.**   Captain Ralph Burk, B-u-r-k.

12   **Q.**   And from there you went to the Fourth

13   District?

14   **A.**   Yes.

15   **Q.**   As a patrol?

16   **A.**   Patrol Lieutenant, and then I went on to

17   the Lieutenant in charge of the Detective

18   Bureau.

19   **Q.**   In the Fourth?

20   **A.**   Yes.

21   **Q.**   So when you were initially a Lieutenant in

22   the Fourth District, who was your supervisor?

23   **A.**   Captain -- Captain was over me, I was a

24   Lieutenant.  Captain Steele, I think it was.  I

25   am not sure.  I think it was Captain Steele.

17

1   **Q.**   Steele?

2   **A.**   Um-hum.

3   **Q.**   And at what point during that '83 to '91

4   period did you become a Lieutenant that headed

5   up the Fourth District Detective Bureau?

6   **A.**   I did that under Inspector Balaga.  You

7   stay there and then he saw what I was, and then

8   he moved me.  I can't tell you what year it was.

9   That is what I did.

10   **Q.**   How many years were you the Lieutenant in

11   charge of the Fourth District Detective Bureau?

12   **A.**   Not years.  About six, seven months.

13   **Q.**   And then what did you --

14   **A.**   I went to the Fifth District.

15   **Q.**   Where you were a street Lieutenant, patrol

16   Lieutenant?

17   **A.**   No.  I was -- yeah, I was patrol

18   Lieutenant, then I went to the Detective Bureau,

19   they had a Detective Bureau there also.

20   **Q.**   In the Fifth?

21   **A.**   Yes.

22   **Q.**   Who was your supervisor when you were a

23   patrol Lieutenant?

24   **A.**   I think Lieutenant James.

25   **Q.**   How about when you were the Lieutenant in

1  charge of the Fifth District Detective Bureau?

2  **A.**   I was under Commander Stanley.

3  **Q.**   How long were you the Lieutenant in charge

4  of the Fifth District Detective Bureau?

5  **A.**   About a year.

6  **Q.**   And then where did you go after --

7  **A.**   Then also I had Commander Jackson also,

8  that is the last person there when I was in the

9  Detective Bureau.

10  **Q.**   We are talking about the period of '83 to

11  '91.  Were you the Lieutenant in charge of the

12  Fifth District Detective Bureau at the end of

13  that period of time?

14  **A.**   Yes.

15  **Q.**   I am sorry, I think I asked you.  You said

16  you held that position for about one year?

17  **A.**   Yes.

18  **Q.**   Then you went on to become the Fifth

19  District Commander?

20  **A.**   Commander, that's correct.

21  **Q.**   And also the Sixth District Commander

22  during the period of '91 to 2001?

23  **A.**   Yes, Fifth District first and Sixth

24  District second.

25  **Q.**   Can you break up that ten year period of

19

1    time as to when you --

2    **A.**    About five in each.

3    **Q.**    And who did you report to when you were a

4    Commander?

5    **A.**    I reported to the Chief.

6    **Q.**    Who were the Chiefs of Police during that

7    ten year period that you reported to?

8    **A.**    Rocky Polottro was the Chief of Police at

9    one time and Chief Hanton, H-a-n-t-o-n.  That

10   was it.

11   **Q.**    And did you retire from the Division of

12   Police in 2001?

13   **A.**    Yes, I did.

14   **Q.**    And then you became the --

15   **A.**    Chief of Police of Utilities for the City

16   of Cleveland.

17   **Q.**    That is the Department of Public Utilities?

18   **A.**    That's correct.

19   **Q.**    And you held that for --

20   **A.**    Fourteen years.

21   **Q.**    What caused you to stop being the Chief of

22   Police of the Department of Public Utilities?

23   **A.**    I was fired.  That is in litigation in

24   court at this time.

25   **Q.**    I am going to show you a couple of things

20

1   here, Mr. Tell.

2               (Thereupon, Defendant's Exhibit 1 to

3               the W. Tell deposition was marked for

4               purposes of identification.)

5   **BY MR. MALLAMAD:**

6   **Q.**   Take your time, let me pass these out to

7   everybody.  I am showing you what has been

8   marked as Defendant's Exhibit 1.

9   **A.**   I am familiar with it.  I am familiar with

10  it.

11  **Q.**   Let me let the attorneys have a chance to

12  look at it.  This is a July 10, 2013,

13  correspondence to you from --

14  **A.**   Paul Bender.

15  **Q.**   -- Paul Bender, the Director of the

16  Department of Public Utilities?

17  **A.**   Um-hum.

18  **Q.**   You have to say yes or no for the court

19  reporter.

20  **A.**   Yes, yes.

21  **Q.**   This is the correspondence that informed

22  you that your employment was being terminated?

23  **A.**   That's correct.

24  **Q.**   And after your employment was terminated,

25  did you appeal that termination to the Civil

21

1   Service Commission?

2   **A.**   Yes, I did.

3   **Q.**   And what was the result of that appeal?

4   **A.**   Denied.

5   **Q.**   After it was denied, did you commence a

6   lawsuit in the Cuyahoga County Common Pleas

7   Court in which you appealed the denial of the

8   Civil Service Commission's decision?

9   **A.**   That's correct.

10              (Thereupon, Defendant's Exhibit 2 to

11              the W. Tell deposition was marked for

12              purposes of identification.)

13  **BY MR. MALLAMAD:**

14  **Q.**   Let me show you what has been marked as

15  Defendant's Exhibit 2.  Just give me a second to

16  pass this out to the other attorneys here.

17       Mr. Tell, this is a document that I printed

18  off of the Cuyahoga --

19  **A.**   Website.

20  **Q.**   -- County Clerk of Courts' website.  It is

21  captioned William Tell versus the City of

22  Cleveland.  Is this the lawsuit that you filed

23  relative to the Civil Service Commission's

24  decision to uphold your termination?

25  **A.**   Yes.

22

1   **Q.**   And that case, according to the docket, is
2   still pending?
3   **A.**   That's correct.
4   **Q.**   Mr. Tell, during your career with the
5   Division of Police, you never worked in the
6   Homicide Unit; is that correct?
7   **A.**   I worked on special cold cases at one time
8   for the City of Cleveland Homicide Unit.
9   **Q.**   When was that?
10  **A.**   As an auto theft detective during that
11  time, auto theft detective.
12  **Q.**   You were an auto theft detective between
13  '71 and 1980?
14  **A.**   Yes.
15  **Q.**   And when during that period of time did you
16  work cold cases for the Homicide Unit?
17  **A.**   '80, 1980.
18  **Q.**   At the end of your term of assignment with
19  the Auto Theft Unit?
20  **A.**   Yes.
21  **Q.**   And how long, for the entire year?
22  **A.**   No, no, we worked months.  They gave you a
23  case, we worked about a month, month and a half,
24  trying to clean up some cold cases that they
25  had.

23

1 **Q.** And what were the cases you worked on?

2 **A.** A couple of murder cases where a kid was

3 killed out in the Lee-Harvard area.

4 **Q.** Do you remember the name of the victim?

5 **A.** No, I don't.

6 **Q.** How many cases did you work on?

7 **A.** One.

8 **Q.** Just that one case?

9 **A.** Um-hum.

10 **Q.** You have to say yes or no.

11 **A.** Yes.

12 **Q.** What work did you do on that case?

13 **A.** We interviewed witnesses, tried to locate

14 witnesses that could give information about the

15 murder.

16 **Q.** Aside from that one month period of time

17 where you worked one cold case for the Homicide

18 Unit in 1980, did you ever work in any capacity

19 in the Homicide Unit?

20 **A.** No.

21 **Q.** The cold case that you worked on in 1980,

22 was that case ever prosecuted?

23 **A.** I never found any information on it.

24 **Q.** And because you never worked in the

25 Homicide Unit, other than this one month period

24

1    of time, it is a correct statement that you

2    never supervised homicide detectives in your

3    career?

4    **A.**    No.

5    **Q.**    That's correct?

6    **A.**    That's correct.

7    **Q.**    I am going to go back to the beginning of

8    your career again, Mr. Tell.

9         You, I assume, took a Civil Service exam to

10   become a police officer?

11   **A.**    That's correct.

12   **Q.**    And then as part of your application, were

13   you also interviewed?

14   **A.**    Yes.

15   **Q.**    And then when did you begin the police

16   academy?

17   **A.**    October 1969.

18   **Q.**    And how long was the academy back then?

19   **A.**    Three months.

20   **Q.**    Where was the academy in 1969?

21   **A.**    On Carnegie Avenue, just adjacent to

22   Central Cadillac, the building adjacent to

23   Central Cadillac.  I can't tell you the address.

24   It is across from the music union there, about

25   22nd Street.

25

1   **Q.**   What were the subjects of your training

2   while you were in the academy?

3   **A.**   We went through traffic laws, through Ohio

4   Criminal Code, first aid, firearm training,

5   community relations.  That is about it.

6   **Q.**   Anything else you can recall?

7   **A.**   No.

8   **Q.**   Were you tested during the academy?

9   **A.**   Yes.

10   **Q.**   And in what areas were you tested on?

11   **A.**   Those areas that I just spoke of and others

12   that I can't remember.

13   **Q.**   Following the academy, did you have any

14   in-service training?

15   **A.**   Not that much, if any, until later in my

16   career.  Out of the police academy, none.

17   **Q.**   After you became a police officer, did you

18   have annual retraining or in-service training

19   regarding the use of deadly force?

20   **A.**   At that time, it wasn't called deadly

21   force.  We just had requalifications for firearm

22   training.

23   **Q.**   Were there also written tests you had to

24   take, as far as that firearms requalification?

25   **A.**   Not at that time.

26

1    **Q.**    Well, when did that start?

2    **A.**    It probably started in the '80s and '90s.

3    **Q.**    I guess we will just look at the first ten

4    years of your career.  Was there any in-service

5    training that you attended for that ten year

6    period, other than the requalification of your

7    firearms?

8    **A.**    No.

9    **Q.**    When do you recall undergoing your first

10   in-service as a police officer, besides the

11   firearms?

12   **A.**    In the late '70s.

13   **Q.**    And what was the subject area of that

14   in-service training?

15   **A.**    We would go for first aid and that was

16   about it.

17   **Q.**    Were there others you just can't recall or

18   was that the only one that you attended?

19   **A.**    I can't recall any more of them.

20   **Q.**    How about in the '80s, did you attend any

21   in-service training?

22   **A.**    Yeah, we started with like community

23   relations training then, it was big.  So we

24   would go through community relations training.

25   **Q.**    Anything else in the '80s, besides

27

1    community relations in-service training?

2    **A.**   Training with the defibrillator, first aid

3    training.  That was about it.

4    **Q.**   How about the 1990s, what in-service

5    training did you undergo?

6    **A.**   Oh, we went through community policing,

7    first aid, range, pursuit driving.  That was

8    about it.

9    **Q.**   Did you have a field training officer when

10   you first became a patrol officer with the

11   Division of Police?

12   **A.**   Well, at that time they didn't call them

13   field training officer, they just put me with

14   two officers, a senior officer on a car, and

15   they showed me what to do.

16   **Q.**   When you became a detective in the Auto

17   Theft Unit, how did you learn to do that job?

18   **A.**   Same way, put you with two senior officers

19   and they basically showed you what to do.

20   **Q.**   Is the Auto Theft Unit the only specialized

21   unit that you worked with in your career at the

22   Division of Police?

23   **A.**   The only one.

24   **Q.**   Do you recall who the senior officers were

25   in the Auto Theft Unit that showed you the

28

1    ropes?

2    **A.**    Walziki, last name Walziki, W-a-l-z-i-k-i,

3    and Vavarina, V-a-v-a-r-i-n-a, Vavarina.

4    **Q.**    What do you recall about what they taught

5    you about how to be an auto theft detective?

6    **A.**    Well, they taught you the interview

7    process, how to recognize stolen cars, how to

8    take cases to court, Grand Jury and basically

9    that was it.

10   **Q.**    Did you ever work with Joe Paskvan in the

11   Auto Theft Unit?

12   **A.**    No, he was after me.

13   **Q.**    Mr. Tell, when you -- beginning with your

14   academy training and then when you first became

15   a patrol officer, were you given a book of

16   general police orders?

17   **A.**    Yes.

18   **Q.**    And were you also given the manual of rules

19   and regulations for the Division of Police in

20   the academy?

21   **A.**    Yes.

22   **Q.**    And after you began working as a patrol

23   officer, were you provided with general police

24   orders as they were promulgated by the Division

25   of Police?

29

1    **A.**    No.  And I will tell you why.

2         They came off of a teletype, and officers

3    who wanted to be promoted would always steal

4    them before other people get them.  They were

5    far and few between.

6         As a matter of fact, the only time you

7    actually got them is when you started to pursue

8    promotions and then you would try to acquire

9    them by hook or crook.

10        Like now, they pass them out.  But in those

11   days, they came off of a teletype and if you

12   wasn't in the office that day, you didn't get

13   them.

14   **Q.**   Were you required to maintain your own

15   personal book of general police orders as a

16   police officer?

17   **A.**    You were required, but it was impossible to

18   do.

19   **Q.**   Because the GPOs were sometimes stolen?

20   **A.**    Yes.  Hoarded, hoarded.

21   **Q.**   And was there a general police order book

22   that was maintained at each district where you

23   worked?

24   **A.**    Yes.

25   **Q.**    I assume in the Commander or Sergeant's

30

1   office?

2   **A.**   Yes.

3   **Q.**   And that was always kept up to date,

4   though; is that correct?

5   **A.**   Yes.

6   **Q.**   Are general police orders the way in which

7   you learned about any changes in the law that

8   would affect your job?

9   **A.**   Yes.

10  **Q.**   In the time that you were a police officer

11  from the Division of Police, is it a fair

12  statement that the written materials that you

13  received, general police orders, the manuals,

14  departmental notices, instructed you to act in

15  accordance with the Constitution and the laws of

16  the State of Ohio?

17          **MS. WANG:**        Objection, vague,

18  ambiguous.

19          **THE WITNESS:**     Yeah.

20  **BY MR. MALLAMAD:**

21  **Q.**   Were you ever trained as a police officer

22  by the Division of Police to act contrary to the

23  Constitution or any state law?

24          **MR. GILBERT:**     Objection.

25          **THE WITNESS:**     No.

1    **BY MR. MALLAMAD:**

2    **Q.**    Is it a fair statement that you never

3    received any written material from the Division

4    of Police that instructed you to act contrary to

5    the Constitution or state law?

6    **A.**    I didn't.

7    **Q.**    When you were working with senior officers,

8    versus patrol officer then as you said in the

9    Auto Theft Unit, did any of those senior

10   officers train you to act contrary to the

11   Constitution or any state law?

12   **A.**    No.

13   **Q.**    Did you ever serve as an instructor in the

14   police academy?

15   **A.**    No.  Oh, I was a monitor in the police

16   academy under Mayor Michael White, to see that

17   minority employees received a fair shake in the

18   police academy.  I was sent there by State

19   Director Reggie Turner.

20   **Q.**    Was this a full-time assignment, while the

21   academy was in the session?

22   **A.**    That's correct.

23   **Q.**    Was that for just one academy class?

24   **A.**    Just one academy class.

25   **Q.**    And when was that?

32

1    **A.**    Between -- I was a Sergeant at that time,

2    in the '80s, back in the '80s.

3    **Q.**    If you can just briefly tell me what that

4    job involved.

5    **A.**    I had to monitor, I had to make sure that

6    all of the minority cadets had their paperwork

7    and were ready, I had to monitor classes to see

8    that they weren't being mistreated by the

9    instructors.

10        Basically I was there to assist them in any

11   problems they had in the police academy, to make

12   sure they received a fair shake and they could

13   graduate out of the academy.

14   **Q.**    During the period of time where you served

15   as a monitor, did you find any conduct by

16   instructors that you felt was inappropriate?

17   **A.**    None.

18   **Q.**    Did you ever receive a demotion while you

19   were a member of the Division of Police?

20   **A.**    Never.

21   **Q.**    Did you ever receive any commendations?

22   **A.**    Many.

23   **Q.**    Can you tell us what they were?

24   **A.**    I received the Medal of Heroism, I received

25   many community awards for my work in the

33

1    community.  Those are the type of awards that I

2    got.

3    **Q.**    What was the Medal of Heroism for?

4    **A.**    I stopped an individual from killing a man

5    on East 52nd and White.

6    **Q.**    When was that?

7    **A.**    That was during the time I was a Commander,

8    between 19 -- about 1996, I think it was.

9    **Q.**    You just came upon the incident?

10   **A.**    Yes.

11   **Q.**    Really?  By yourself?

12   **A.**    Yes.  And I disarmed two individuals in the

13   street that were going to kill each other.

14   **Q.**    Were you ever disciplined while a member of

15   the Division of Police?

16   **A.**    No.

17   **Q.**    During the period of time that you were a

18   Sergeant all the way through the period of time

19   that you served as a Commander, was part of your

20   job to teach more junior officers about how to

21   do their job?

22   **A.**    You could say yes.

23   **Q.**    Can you tell me any of the areas where you

24   provided instruction to more junior officers

25   about the job?

34

1  **A.**   Well, what I would do as a Commander, when

2  we get new policemen that come in, I would call

3  them in my office.  Mind you, they are working

4  under, at these times, field training officers,

5  certified field training officers, and I want to

6  find out if they knew anything about police

7  work, and if they were familiar with the area.

8         So I would call a kid in cold, and tell him

9  that my office had been broken into, and I

10  wanted him to make a police report for me.  Then

11  I would see how he would format the information,

12  ask me questions.

13        And sometimes I would tell them, you get

14  stopped by someone and they ask you directions

15  how to get somewhere, can you tell them how to

16  get there?  I want to make sure these kids, if

17  they are out on the streets and something

18  happened, they can tell radio where they are at.

19  These are the type of things that I did as a

20  Commander to make sure that these people stayed

21  safe and did their jobs.

22  **Q.**   How about when you were a Lieutenant or

23  Sergeant, did you provide training or

24  instruction to junior officers in other aspects

25  of the job?

35

1    **A.**    Yes, the main thing is that you would check

2    their work.  If you saw a kid had a problem, you

3    would kind of work with his problem to find if

4    you could solve it.  Problems like family

5    problems, problems with different police

6    officers on a shift, act like a buffer and quell

7    the problems that they had.

8    **Q.**    How about, for instance, investigative

9    techniques, did you ever pass on to the more

10   junior officers your knowledge about

11   investigative techniques?

12   **A.**    Yes.

13   **Q.**    Is it a fair statement, Mr. Tell, that from

14   being a Sergeant all the way through Commander,

15   you always instructed junior officers to act in

16   accordance with the Constitution and state laws?

17   **A.**    Yes.

18   **Q.**    You never trained or instructed any junior

19   officer to violate the Constitution or any state

20   law?

21   **A.**    No.  I have seen some do it, though.

22   **Q.**    I will ask about that in a second.  Let me

23   just ask you, did you ever provide written

24   materials to more junior officers, whether they

25   be general police orders or any other type of

1    document that instructed or trained them to act

2    contrary to the Constitution or any state law?

3    **A.**    No.

4    **Q.**    Now, you just said that you saw more senior

5    officers instruct junior officers to engage in

6    conduct that violated the Constitution?

7    **A.**    Yes.

8    **Q.**    Tell me about each of those occasions.

9    **A.**    Once I saw a police officer from Shaker

10   Heights on the corner of Milverton and Chagrin.

11   I was a patrol officer at that time, and the

12   police officer was shot, a Shaker Heights police

13   officer, on the corner of Milverton and Chagrin.

14   When we arrived on the scene, I was in the

15   Fourth District, I worked with a guy by the name

16   of Wayne Ayere, A-y-e-r-e, we responded.

17        We got there and found a black male laying

18   on the corner, on the east -- the northeast

19   corner of Milverton and Chagrin.  He had been

20   shot by one of -- another Shaker Heights police

21   officer.

22        At this time, we came up, and the senior

23   officers that was there started to stomp the

24   man, kick him, beat him, a Lieutenant,

25   Lieutenant Troyon, T-r-o-y-o-n.  He responded to

37

1   the scene, and the senior officer instructed him

2   to either get involved, go away or direct

3   traffic.  He came from the traffic unit.  He

4   immediately started to direct traffic as they

5   stomped and beat this individual.

6        Standing there at the same time was a

7   Shaker Heights police officer who was crying

8   about his partner being shot, and the Cleveland

9   policeman told him, "You going to stand there

10  and cry?  We show you what we do to somebody who

11  shoot a police."  That is when they started

12  stomping the guy.

13       They laid a stretcher on the ground beside

14  him and told him, if he wants to go to the

15  hospital, to get on the stretcher and get there

16  his own self.  This guy crawled and tried to get

17  on the stretcher.  At that time, we had a wagon

18  that would take people to the hospital.

19       So the ambulance drivers, Cleveland police

20  officers, put him on the stretcher, put him in

21  the ambulance, drove two houses down to

22  Milverton, one guy got out, got in the car, he

23  went stomping the guy, they drove off into the

24  distance.

25  **Q.**   The individual who was being mistreated was

38

1    a civilian?

2    **A.**    Yes.

3    **Q.**    And the officers who were mistreating him

4    were Cleveland police officers?

5    **A.**    That's right.

6    **Q.**    They were patrol officers?

7    **A.**    What?

8    **Q.**    They were patrol officers?

9    **A.**    Yes.

10    **Q.**    And did they do this in front of a

11    supervising Cleveland police officer?

12    **A.**    Lieutenant.

13    **Q.**    And you were a patrol officer at the time?

14    **A.**    Yeah.

15    **Q.**    This was 1970 --

16    **A.**    '69, '71, '71, somewhere around in there.

17    '70, '71.

18    **Q.**    What did you do after witnessing this?

19    **A.**    I did nothing.

20    **Q.**    What did you do?

21    **A.**    Nothing.  Nothing.  I was afraid.

22    **Q.**    You didn't report it to your Sergeant?

23    **A.**    No.

24    **Q.**    Why not?

25    **A.**    Because everybody else there -- there was

39

1    more than me.  There was seven, eight guys

2    there.  And the Lieutenant was there.  I had to

3    report it to the Sergeant.  The Lieutenant was

4    on the scene, Lieutenant Troyon.

5    **Q.**   Did you report it to internal affairs?

6    **A.**   No.

7    **Q.**   Why not?

8    **A.**   I was afraid.

9    **Q.**   What were you afraid of?

10   **A.**   If you did something like that you were

11   ostracized by the police that was on the shift.

12   I seen it happen to a friend of mine, who was a

13   police officer, and you didn't want to go

14   through that process as a young police officer.

15        I had a family, just got on the Cleveland

16   Police Department, best job I ever had.  I don't

17   want to lose my job.

18   **Q.**   Did you contact the FBI?

19   **A.**   No.

20   **Q.**   Why didn't you contact the FBI?

21   **A.**   I just didn't do it.  My friend, Stanley,

22   he went to a bank robbery on 116th and Buckeye,

23   and during the robbery, a guy abused the bank

24   robber and he was hurt, telling the guy, you

25   know, you might be able to get somebody -- a kid

40

1    named William Stanley was his name, he went on

2    to be Deputy Chief of the Cleveland Police

3    Department.  He was ostracized by the police on

4    the platoon, just by speaking to this guy who

5    had robbed a bank.

6         Another incident I saw, a guy by the name

7    of Pat Woods, I was a Sergeant at that time,

8    this was between '80 and '83, when I was a

9    Sergeant, and Pat Woods had a knife that he

10   played with, the blade would flick back and

11   forth, up and down, it wouldn't stay rigid.

12        Pat responded one night, he was chasing a

13   female and a boyfriend, who was out celebrating

14   a birthday, they were chasing them.

15        They went down Hough, and somehow the car

16   turned around and came back and scraped the

17   police car.

18        Well, the boyfriend jumped out of the car

19   and ran, the girl tried to get out, but she was

20   drunk.  He grabbed her by the hair, he slipped

21   in the mud, his gun went off and he shot the

22   girl.  I came on the scene, I saw it, and he

23   immediately took out the knife and said, "Hey,

24   she tried to pull a knife on me."

25        That is B.S.  Because I saw the knife with

41

1    this guy during his tenure.  And I reported it

2    to the internal affairs, I am not scared now

3    because I am on the job now, I reported it to

4    internal affairs.

5    **Q.**    Okay.

6    **A.**    And it was covered up.  They said the girl

7    was drunk, she might have had the knife, she

8    said she had the knife, but it was a coverup.

9         I saw the knife with this guy.  But by the

10   girl being drunk, we couldn't do anything.  I

11   went to Judge Lloyd O. Brown who instructed me

12   to go to internal affairs.  That is what I did.

13        A kid worked for me by the name of Ron

14   Turner, he worked for me.  This guy took so much

15   stuff on the Cleveland Police Department, it was

16   a shame what they did.  The supervisors did him

17   in because he was the real police, he did his

18   job.  They would steal his evidence, they would

19   throw his cases out.  I had to give him a

20   property book that he had, to keep them from

21   stealing evidence from him.  It was kind of

22   rough for him.

23   **Q.**    Let me ask you about the bank robber

24   matter.

25   **A.**    Yeah.

42

1   **Q.**   I think we were talking about occasions

2   where you said you saw supervisory police

3   officers instructing or training junior officers

4   to violate the Constitution.

5       That is what I thought we were talking

6   about.  Let me just go back and in that context.

7   The bank robbery case was a case where you are

8   saying a police officer was ostracized for

9   speaking to a bank robber?

10  **A.**   Yes.

11  **Q.**   Anything else about that incident that --

12  **A.**   That is what I am saying.  The reason you

13  don't say something, that was an example why you

14  don't say something, because you are ostracized;

15  and that was patrolmen and supervisors doing it

16  to this guy, because he said something to the

17  bank robber.

18  **Q.**   And you feel that was somehow a violation

19  of the Constitution or some state law?

20  **A.**   Well, it is a violation of free speech, if

21  they were bothering him for saying something.

22  **Q.**   The Pat Woods case, now, Pat Woods is the

23  officer who shot the woman?

24  **A.**   Shot the girl, yes.

25  **Q.**   And if I understood you correctly,

43

1    attempted to plant a knife on her?

2    **A.**    Yes.

3    **Q.**    And you are saying that that was covered up

4    by the Internal Affairs Unit?

5    **A.**    Yes.

6    **Q.**    And can you expand on that, how was it

7    covered up?

8    **A.**    Because I know he had that knife, and it

9    was covered up because their thing was, she was

10   drunk and she probably didn't remember, because

11   she was drunk, if she had the knife or not.

12   That was the way that they wrote it off, so to

13   say.

14   **Q.**    So the incident was investigated by

15   internal affairs?

16   **A.**    Yes, it was.

17   **Q.**    But the conclusion they reached, you felt

18   was purposefully untrue?

19   **A.**    Yes, correct.

20   **Q.**    And who were the internal affairs people

21   that were involved in that investigation?

22   **A.**    Lieutenant Rudolph, he was in charge of

23   internal affairs at that time.

24   **Q.**    Howard Rudolph?

25   **A.**    Howard Rudolph.

44

1   **Q.**   Did you report what you believe to be a

2   coverup to anybody?

3   **A.**   Judge Lloyd O. Brown.

4   **Q.**   Judge Lloyd O. Brown?

5   **A.**   That's correct.

6              **MR. GILBERT:**      That is a middle

7   initial.

8   **BY MR. MALLAMAD:**

9   **Q.**   I know.  Where was he a judge?

10  **A.**   Cuyahoga County Common Pleas Court.

11  **Q.**   What advice, if any, did Judge Brown give

12  you?

13  **A.**   He told me to go to internal affairs.

14  **Q.**   After you had learned of the product of

15  their investigation?

16  **A.**   No.  Before, you know, during the course of

17  the investigation, after this happened, I went

18  to him and told him what I saw.

19  **Q.**   Okay.

20  **A.**   He told me to go to internal affairs.

21  **Q.**   After you learned of the results of the

22  investigation, did you go to anybody in the

23  police department?

24  **A.**   No.

25  **Q.**   Why not?

45

1   **A.**    The police department was the one who

2   covered it up.  Who could I go to?

3   **Q.**    Well, you said Lieutenant Rudolph was the

4   person who headed up this investigation?

5   **A.**    Yeah.

6   **Q.**    Did you speak to any Commander, Deputy

7   Chief, the Chief of Police?

8   **A.**    No.

9   **Q.**    Why not?

10  **A.**    Rudolph made the call.  I can say that -- I

11  could say that I didn't agree with what he did,

12  but they wrote it off.  There was nothing you

13  could do.  They justified it, you know, the

14  shooting.

15  **Q.**    Mr. Tell, if I understand you correctly,

16  you disagreed with the conduct of Lieutenant

17  Rudolph in investigating this incident, correct?

18  **A.**    Yes.

19  **Q.**    And my question was, after you learned of

20  Lieutenant Rudolph's apparent misconduct, why

21  did you not report that to a higher ranked

22  officer?

23          **MS. WANG:**       Objection, asked

24  and answered.

25          **THE WITNESS:**      It was out of my

46

1   hands at that time.  It was out of my hands at
2   that time.
3   **BY MR. MALLAMAD:**
4   **Q.**   That is what I am having trouble
5   understanding.
6   **A.**   He had made a decision.  They are not going
7   to change -- you don't understand the way the
8   police department runs.  Lieutenant Rudolph was
9   a high ranking officer.  He went on to be Chief
10  of Police.  He had friends as the Chief of
11  Police at that time and all through the
12  department.  They are not going to change this
13  decision.
14  **Q.**   You didn't report it to a higher ranking
15  officer, because you felt it would not do any
16  good?
17  **A.**   It would not do any good.
18  **Q.**   Is there any other occasion where you had
19  firsthand knowledge of a senior officer
20  instructing or training junior officers to
21  violate the Constitution or some state law?
22  **A.**   No.
23  **Q.**   Do you need to take a short break,
24  Mr. Tell?
25  **A.**   No.

47

1   **Q.**   Mr. Tell, during your career, were you ever

2   involved in the development of policies for the

3   Division of Police?

4   **A.**   Yes.

5   **Q.**   What policies were those?

6   **A.**   As a Commander, I was assigned to a team to

7   institute the use of body armor by the Cleveland

8   Police Department.  I was in charge of putting

9   body armor on all the Cleveland policemen.

10      I worked with the mayor, we worked on with

11  the mayor, Mayor White, we worked on the City of

12  Cleveland mission statement and that was it.

13  **Q.**   Were you ever involved in developing any

14  general police orders that were eventually

15  adopted and passed on?

16  **A.**   No.

17  **Q.**   So when you say you were involved in the

18  subject of body armor, were you involved in

19  developing written policies about when to use

20  the body armor?

21  **A.**   Yes.

22  **Q.**   And where would one go to find that written

23  policy back then?

24  **A.**   Well, it would be in the general police

25  orders of the City of Cleveland.

48

1    **Q.**   So the body armor general police order was

2    something you worked on and eventually became

3    part of the set of general police orders?

4    **A.**   That's correct.  And that was the year of

5    2000, 1999, 2000.  That is when we started

6    giving everybody body armor.

7        I was assigned to that task by Deputy Chief

8    Rocco Polottro.

9    **Q.**   Any other policies of the Division of

10   Police you were involved in drafting, updating?

11   **A.**   Yeah.  I graduated from the Police

12   Executive Leadership College, and there I did a

13   paper, which is used to recruit and retain

14   minority employees for the City of Cleveland.

15       I first presented that to Chief Bill Hanton

16   in 1983 and then resubmitted it later in my

17   career as a Commander, between 1991 and 2001.

18   **Q.**   And the paper that you authored, did that

19   somehow become part of the general police orders

20   of the Division of Police?

21   **A.**   Not general police order.  It just is a

22   policy for the City of Cleveland.

23   **Q.**   And where --

24   **A.**   City of Cleveland Police Department.

25   **Q.**   And would that -- where would that policy

49

1    be found, I guess?

2    **A.**    It would be in the recruitment unit

3    probably.

4    **Q.**    Any other policies besides the recruitment

5    policy for the recruitment unit and the body

6    armor policy that you helped draft?

7    **A.**    That is all.

8    **Q.**    Did you ever serve in the Division of

9    Police's Policy Unit?

10    **A.**    No.

11    **Q.**    As a member of the Division of Police?

12    **A.**    No.

13    **Q.**    As a police officer, you are expected to

14    review general police orders that are passed

15    down from the Chief's office; is that a correct

16    statement?

17    **A.**    Correct.

18    **Q.**    And police officers who may have a question

19    about the general police order that is being

20    issued, would know to go to their supervisors to

21    have any questions answered?

22    **A.**    Yes.

23    **Q.**    Mr. Tell, what do you know about the issues

24    in these lawsuits that we are here about today?

25    **A.**    Well, I was contacted by an investigator,

50

1    because my name was mentioned in an

2    investigation that I was supposed to give some

3    information to a homicide detective concerning

4    this, these guys.  I don't know them, and I

5    can't remember what type of information I gave,

6    but somebody had my name on some papers.

7         Now, I did work in the neighborhood, and I

8    lived in the neighborhood there during this

9    time.  And everybody knew me, I was a paperboy,

10   then I got to be a Commander, they knew I was a

11   police officer.

12        Then I worked in a thing called the Fairfax

13   Security Patrol, so somewhere in that realm,

14   somebody might have gave me some information and

15   I passed information on.  But what it was, I

16   can't remember what happened.

17   **Q.**   First of all, who was the investigator that

18   contacted you?

19   **A.**   I don't know.  It was them people.

20   **Q.**   The investigator worked for one of the

21   attorneys?

22   **A.**   Yes.

23   **Q.**   Do you know which attorney he worked for?

24   **A.**   Terry Gilbert.

25   **Q.**   When were you contacted?

51

1   **A.**   About five or six, seven months ago,

2   something like that.

3   **Q.**   How were you contacted?

4   **A.**   They came to my house.

5   **Q.**   Just knocked on your door?

6   **A.**   Yes.

7   **Q.**   And was it just one person?

8   **A.**   Female, yes.

9   **Q.**   And tell me about that conversation.

10  **A.**   She just asked me if I knew anything about

11  this incident, and I couldn't remember.  I just

12  didn't know how many -- she showed me that my

13  name had been given, but I don't know how it got

14  there.

15  **Q.**   Is it your understanding that your name

16  appears somewhere in the investigation file of

17  the Harold Franks murder investigation?

18  **A.**   Yeah, yes.

19  **Q.**   How many times did you speak with the

20  investigator?

21  **A.**   Once.

22  **Q.**   Have you ever spoken to any of the

23  attorneys representing Mr. Jackson, Mr. Kwame or

24  Mr. Bridgeman?

25  **A.**   Terry Gilbert.

52

1    **Q.**    Just Terry Gilbert?

2    **A.**    Yes.

3    **Q.**    Tell me when you first spoke to Terry

4    Gilbert?

5    **A.**    It was after the investigator came to my

6    house.

7    **Q.**    Where did you speak with him?

8    **A.**    In his office.

9    **Q.**    How did you know to go to his office?

10   **A.**    I received a phone call from him.

11   **Q.**    Let me ask you about the phone call.  What

12   did you two talk about during the initial phone

13   call?

14   **A.**    He had asked me -- the thing about she had

15   asked me could I come down and expound on it.

16   **Q.**    How soon after the phone call did you speak

17   with Mr. Gilbert?

18   **A.**    I think a couple of days later.

19   **Q.**    How long was the meeting with Mr. Gilbert?

20   **A.**    Oh, about an hour.

21   **Q.**    Tell me everything you two talked about.

22   **A.**    Everything I talked to you about today, up

23   to right now.

24   **Q.**    Your career?

25   **A.**    Yes.  Misconduct, everything we have just

53

1    talked about, I discussed it with him.

2    **Q.**   Is there anything that you discussed with

3    Mr. Gilbert that we have not talked about up to

4    this point in your deposition?

5    **A.**   That's correct.

6    **Q.**   I am sorry, is there anything else that you

7    spoke to Mr. Gilbert about, that we have not

8    discussed to this point in your deposition?

9    **A.**   No.

10   **Q.**   Did you meet with Mr. Gilbert after that

11   initial meeting in his office?

12   **A.**   I came back to read my statement and sign

13   it, review and sign.

14   **Q.**   Did you speak with him on the phone, other

15   than the one occasion when he asked you to come

16   to his office?

17   **A.**   I talked to him yesterday.

18   **Q.**   Tell me about yesterday's conversation.

19   **A.**   I told him I had been out of town, and they

20   were trying to serve a subpoena on me, but had

21   the wrong address.  I was just letting him know

22   that I would be here today, that I received the

23   subpoena.

24   **Q.**   Have you spoken to any other attorneys in

25   this case, other than Terry Gilbert?

54

1   **A.**   No.

2   **Q.**   I know today, I believe you met with them

3   in the conference room next door, before your

4   deposition began?

5   **A.**   Right.  With an attorney, besides him.

6   **Q.**   With these attorneys to your right?

7   **A.**   Yeah, we --

8   **Q.**   Tell me about that conversation.

9   **A.**   We didn't have a conversation.  Just asked

10  me if I come in here, to answer the questions

11  that you gave me.  Okay.  Point of

12  clarification.

13  **Q.**   Go ahead, sir.

14  **A.**   The two individuals on the end, they were

15  at Mr. Gilbert's office the day that I made the

16  deposition, the statement.

17  **Q.**   The second meeting with Mr. Gilbert or the

18  first meeting?

19  **A.**   Both.

20  **Q.**   So you are referring to Attorney Jacqueline

21  Greene and Attorney David Mills?

22  **A.**   Yes.

23  **Q.**   You also had a conversation with them

24  during this meeting?

25  **A.**   They were in the interview, when we were

55

1    talking.

2    **Q.**    Were you also speaking with them?

3    **A.**    They were there, and they asked me

4    questions and I answered questions, yes.

5    **Q.**    Did you talk to them about anything else

6    that you have not already told me you talked to

7    Mr. Gilbert about?

8    **A.**    No.

9    **Q.**    Why don't we just take a short break here.

10                (Thereupon, a recess was taken.)

11                (Thereupon, Defendant's Exhibit 3 to

12                the W. Tell deposition was marked for

13                purposes of identification.)

14   **BY MR. MALLAMAD:**

15   **Q.**    Mr. Tell, I am going to hand you what we

16   have marked as Exhibit 3.  Take a look at that

17   and let me know if that is the affidavit that

18   you signed.

19                (Witness complies with the request.)

20   **A.**    That is it.

21   **Q.**    It is?

22   **A.**    Yes, it is.

23   **Q.**    Who prepared that affidavit?

24   **A.**    Mr. Gilbert, Attorney Gilbert.

25   **Q.**    So after you met with Mr. Gilbert on the

1    first occasion, when you came back to his office

2    on the second occasion, that affidavit was

3    prepared and ready for your signature?

4    **A.**   Yes.

5    **Q.**   Were there any other versions of this

6    affidavit besides the one that you signed?

7    **A.**   Not that I know of.

8    **Q.**   I am going to ask you about certain parts

9    of the affidavit.  Paragraph 10(a), I will quote

10   from the affidavit.  You state, "There was no

11   formal training on police policies, practices,

12   procedures after completing police academy

13   training.  All training after employment as a

14   police officer was on-the-job training from

15   other officers.  Training was not standard nor

16   uniform for every new officer because senior

17   officers who trained new officers did not all

18   use the same practices."

19        Did I read that correctly?

20   **A.**   Yes, you did.

21   **Q.**   Mr. Tell, the basis of that statement is

22   based on your -- your knowledge as a police

23   officer and the other officers that you knew; is

24   that correct?

25   **A.**   Yes, that is prior to the '80s and '90s,

57

1    when we started to have the formal training by
2    training officers.
3    Q.   You are not able to testify as to what
4    training every police officer received in the
5    1970s; is that correct?
6    A.   Repeat the question.
7    Q.   You are not able to testify as to what
8    training each police officer received in the
9    1970s?
10          MR. GILBERT:     Objection, form of
11   the question.
12          THE WITNESS:     Not every police
13   officer in the City of Cleveland, I can't tell
14   you how they were trained by the officer.
15   BY MR. MALLAMAD:
16   Q.   So this statement in paragraph 10(a) is
17   based on your experience as a police officer,
18   correct?
19   A.   That's correct.
20   Q.   And it is based on the training that you
21   learned other officers that you knew received?
22   A.   That's correct.
23   Q.   But no other officers in the Division of
24   Police for the 1970s?
25   A.   Right.

58

1    **Q.**   Besides yourself, how many officers whose

2    training you became familiar with, are we

3    talking about?

4    **A.**   Well, we had like 200 some officers in the

5    Fourth District when I started.  We had

6    detectives on the police department I worked

7    with over the years.

8        So the majority of the ones I worked with,

9    I knew, and you could see how they were trained,

10   because that was the standard operating

11   procedure at that time.

12   **Q.**   Just so I make sure I understand you, in

13   the 1970s, you were assigned to the --

14   **A.**   Fourth District.

15   **Q.**   -- Fourth District.  And there were

16   approximately 200 officers in the Fourth

17   District?

18   **A.**   Yeah.

19   **Q.**   And is it your testimony that you are

20   familiar with all of the training that each of

21   those 200 officers received in the 1970s?

22   **A.**   No, just the ones I worked with out of the

23   200.

24   **Q.**   That is what I am saying.  Can you estimate

25   for me how many of those officers we are talking

1    about?

2    **A.**    Sixty.

3    **Q.**    In paragraph 10(b), you state, "There was

4    no formal training whatsoever for detectives in

5    the 1970s."

6    **A.**    That's correct.

7    **Q.**    Is it a true statement, though, that

8    detectives were trained by senior detectives and

9    their supervisors?

10   **A.**    That's correct.

11   **Q.**    And the supervisors would oversee the

12   day-to-day activities of detectives, because

13   they had to review and sign off on their

14   reports?

15   **A.**    That's correct.

16   **Q.**    And the supervisors had an opportunity to

17   review and correct the detectives' activities

18   and provide further on-the-job training?

19   **A.**    That's correct.

20   **Q.**    Supervisors also provided direction or

21   training at roll calls by distributing general

22   police orders and announcing other departmental

23   changes?

24   **A.**    That's correct.

25   **Q.**    Mr. Tell, how is an investigation by a

60

1    detective different from an investigation being

2    conducted by a patrol officer?

3    A.    A patrol officer does the initial interview

4    of individuals, suspects and victims.  They make

5    a report and then they send the report to be

6    investigated by a detective, if the supervisor

7    felt it needed to be investigated.

8         Then the detective would take the report

9    and contact witnesses that the police officer

10   might have left out of the report and he wanted

11   to put in and do further investigations of that

12   type.

13   Q.    Well, both patrol officers and detectives

14   gather information as part of an investigation,

15   correct?

16   A.    That's correct.

17   Q.    Both detectives and patrol officers can

18   collect physical evidence, correct?

19   A.    Yes.

20   Q.    Both detectives and patrol officers can

21   interview witnesses and crime victims, correct?

22   A.    Yes.

23   Q.    Both detectives and patrol officers are

24   supervised by more senior officers, correct?

25   A.    Yes.

61

1    **Q.**    Both detectives and patrol officers are

2    required to turn over the product of their

3    investigation?

4    **A.**    Yes.

5    **Q.**    We talked earlier about when you joined the

6    Auto Theft Unit how you learned how to be an

7    auto theft detective by the more senior

8    detectives.

9    **A.**    Yes.

10   **Q.**    Do you recall that conversation?

11   **A.**    Yes.

12   **Q.**    I think we have talked this morning,

13   Mr. Tell, about the fact that you learned a

14   great deal of how to be a police officer by more

15   senior officers who showed you the ropes and

16   techniques of how to be a good police officer?

17   **A.**    Yes.

18   **Q.**    How is that training different from what

19   you have described as formal training?

20   **A.**    Well, formal training now basically they do

21   the same thing now they did in the '70s.  You

22   get assigned to the Detective Bureau, you come

23   in and someone will show you what you are

24   supposed to do.

25          It is basically being done the same way

62

1    today that a senior officer will show you what

2    to do.

3    **Q.**    Here is what I am trying to understand,

4    because of the words in your affidavit.  You

5    were an auto theft detective, you said you

6    learned how to be an auto theft detective by

7    working alongside more senior detectives.

8    **A.**    Yes.

9    **Q.**    Then through that process, you learned how

10   to be a competent auto theft detective?

11   **A.**    Yes.

12   **Q.**    And I have been referring to that as

13   on-the-job training.  Is that a fair statement?

14   **A.**    That's correct.

15   **Q.**    I am trying to find out how that type of

16   training would be different from what you have

17   been describing in your affidavit as formal

18   training?

19   **A.**    Well, formal training would be if they sent

20   you to the police academy, sat you down, gave

21   you a manual and said, "This is what you are

22   supposed to do."

23         If you went to the highway patrol and

24   received training there, later on I did go to

25   the highway patrol and receive training, I did

63

1    go to the National Auto Theft Bureau and receive

2    training; but on the Cleveland Police

3    Department, it was generally on-the-job

4    training, this is what you are supposed to do.

5         For instance, you have a prisoner who you

6    are going to let go, and my experience with it

7    was that I went to talk to the prisoner to let

8    him go, and he was laying on the bench and he

9    was asleep, acting like he was asleep.

10        As I stood there, "Sir, sir," old-timer, my

11   partner, senior officer said, "Come on, let's

12   go.  See you tomorrow," he said, and we left.

13        He said, "Wait.  Tomorrow when you go in,

14   he is going to be standing right there waiting

15   for you at the door, because he don't want to

16   spend another day in jail."  I actually

17   sentenced him to another day in jail, playing

18   games, acting like he was sleepy.

19        Next day I went down, sure enough, that guy

20   was standing holding the bars, he is ready to go

21   out.  That was a technique that old-timers

22   taught me not to be used by a prisoner.  You

23   passed it on, if you ever have a guy do this,

24   this is what you do, and it was passed down.

25        Certain things they do in order to get

1    testimony from people, or make a person give

2    some respect, so to say.

3    **Q.**    Would you agree that working closely with a

4    more seasoned detective through on-the-job

5    training, would be superior to formal training

6    in a classroom?

7    **A.**    Yes, yes.

8    **Q.**    You would agree?

9    **A.**    Yes.

10    **Q.**    In paragraph 10(c) of your affidavit you

11    state that "Information about changes in the law

12    was not provided to detectives through formal

13    training."

14         As a detective, how did you learn about

15    changes in the law that affected your job?

16    **A.**    Like I said before, we did things by

17    teletype.  People hoarded it and you found out

18    by different things and news media.  News media

19    tell you about changes in the law.

20         If you were a person that read things, you

21    would take it on yourself to do it.

22    **Q.**    And supervisors would also inform you and

23    instruct you as to changes in the law?

24    **A.**    Yes, at roll call, they would sometimes

25    read things, this is what is going to happen.

1    **Q.**   If a new general police order came out that

2    talked about changes in the law that you needed

3    to be aware of, the supervisor at roll call or

4    of your unit, would make you aware of that?

5    **A.**   He would read it, yes.

6    **Q.**   You also would learn about changes in the

7    law through in-service training that took place?

8    **A.**   Yes.

9    **Q.**   In paragraph 10(d) of your affidavit you

10   state, "New general police orders reflecting

11   changes in the law were issued and passed out to

12   detectives to review on their own time."

13   **A.**   Yes.

14   **Q.**   Do you see that?

15   **A.**   Yes.

16   **Q.**   A general police order is a directive from

17   the Chief of Police, correct?

18   **A.**   Yes.

19   **Q.**   And police officers are expected to adhere

20   to the general police order?

21   **A.**   That's correct.

22   **Q.**   A police officer who fails to follow the

23   mandates of a general police order is subject to

24   discipline?

25   **A.**   That's correct.

66

1    **Q.**   When you state that detectives were

2    expected to review general police orders on

3    their own time, is it a true statement that you

4    were expected to review the general police order

5    during your shift or while you were on the

6    clock, so to speak, as a police officer?

7    **A.**   Or at home, pick a copy of it and take it

8    home with you.  Like I said, if you are setting

9    up a notebook, we set up notebooks, guys that

10   wanted to be promoted, we would get these

11   general police orders and put them in notebooks,

12   so we could review them during the time we have

13   promotional exams.

14        So if you were the type of guy that wanted

15   to get promoted, you would keep up on it.  The

16   other guys would take them and throw them in

17   their lockers.

18   **Q.**   When a general police order that talked

19   about changes in the law was created, that would

20   be something that the supervisors would make

21   sure that the junior officers were aware of

22   during roll call?

23   **A.**   Aware of by reading it to them.

24   **Q.**   Yes.

25   **A.**   And then giving you a copy.

67

1   **Q.**   And then if the officers again had any

2   questions about that, the supervisor was there

3   to answer the questions?

4   **A.**   Yes.

5   **Q.**   In paragraph 11(a) of your affidavit you

6   state, "There were no formal, written

7   departmental rules dictating what information

8   detectives should or must provide to

9   prosecutors"?

10  **A.**   That's correct.

11  **Q.**   What was taught in the police academy about

12  disclosing exculpatory evidence?

13  **A.**   You were told to give it to them, to a

14  prosecutor in the police academy.  But once you

15  got out, you did what you wanted to do with it.

16  **Q.**   You were taught or trained that you were to

17  provide whatever exculpatory evidence that you

18  uncovered during your investigation to the

19  prosecutor?

20  **A.**   Yes.

21  **Q.**   And is it a fair statement, Mr. Tell, that

22  you were trained as a police officer to turn

23  over the entire investigation that you worked on

24  to the prosecutor?

25  **A.**   Yes.

68

1    **Q.**    And the prosecutor is the person that makes

2    the decision as to what is exculpatory evidence?

3    **A.**    Yes.

4    **Q.**    Do you know of any instance where a

5    Cleveland police officer failed to turn over

6    exculpatory evidence to a prosecutor?

7    **A.**    A lot of things you did, like I worked with

8    slips of paper, a lot of detectives wrote things

9    on pieces of paper.

10    And you keep certain things on pieces of

11    paper.  And sometimes, after the case is over,

12    you might have not given that information to the

13    prosecutor.  And so it happens.

14    **Q.**    Can you identify any instance where a

15    Cleveland police officer withheld exculpatory

16    evidence from a prosecutor?

17    **A.**    No.

18    **Q.**    And as to the notes that you were just

19    talking about, I assume from the time you were a

20    patrol officer, up to the time you were a

21    detective, maybe up through your career as a

22    Commander, if you were involved in an

23    investigation, sometimes you were out on the

24    streets and you were taking handwritten notes or

25    you are making handwritten notes, based on who

69

1    you may be speaking to or observations you made,

2    correct?

3    **A.**    Right.

4    **Q.**    But then eventually, you take those

5    handwritten notes and you go back and prepare a

6    Form 1 supplemental report?

7    **A.**    Yes.

8    **Q.**    And that becomes the official record of the

9    investigation, the typed up report, correct?

10   **A.**    That's correct.

11   **Q.**    So the handwritten notes, is it true that

12   they are just a tool for you to assist you in

13   preparing the formal, typed up report that

14   becomes part of the investigation?

15   **A.**    Yes.

16   **Q.**    And so if the notes, the handwritten notes

17   that were prepared, the information is then

18   transferred to a typed report, you would agree

19   that there is nothing lost if those handwritten

20   notes are eventually discarded by that officer

21   or detective?

22   **A.**    Well, it depends on the things on the

23   handwritten notes, that were not transferred and

24   transcribed back in that report.

25   **Q.**    But if everything that was handwritten is

70

1  transferred to the typed report, you would agree

2  the handwritten notes are no longer useful?

3  **A.**   They are no longer.  But I suggest that you

4  keep them.  That was my policy, I would keep

5  them.

6  **Q.**   You are familiar with what impeachment

7  evidence is?

8  **A.**   Yes.

9  **Q.**   Are you aware of any instance where a

10  Cleveland police officer withheld impeachment

11  evidence to a prosecutor?

12  **A.**   I think in the Feckner case, the case

13  called the Feckner case, where Officer

14  Bystrickey and some other guys withheld evidence

15  in a drug case for the City of Cleveland and a

16  drug dealer.  Feckner.

17  **Q.**   Were you involved in the investigation of

18  that case?

19  **A.**   No, I knew about it.  A major case in the

20  City of Cleveland.

21  **Q.**   Tell me the year of that case.

22  **A.**   I was a Sergeant at that time.  So it was

23  between the '80s and the '90s.

24  **Q.**   And who was the officer or officers who

25  withheld impeachment evidence from the

71

1   prosecutor?

2   **A.**   The name of Bystrickey.

3   **Q.**   Bystrickey is his name?

4   **A.**   Yes.  And the Defendant was Feckner.

5   **Q.**   Feckner was the Defendant's name?

6   **A.**   Yes.

7   **Q.**   What was the evidence that was withheld?

8   **A.**   Oh, information about some drugs and how

9   they bought drugs and transported drugs into the

10  City of Cleveland and allowed this guy to do a

11  lot of things illegally and to sell the drugs.

12  **Q.**   That case just as an aside, did not involve

13  a homicide, correct?

14  **A.**   No, just drugs.

15  **Q.**   What was the result of the criminal case?

16  **A.**   Oh, he was found guilty.

17  **Q.**   And was Mr. Feckner's guilty finding upheld

18  on appeal?

19  **A.**   Oh, no, Feckner -- I don't know what

20  happened to the case.  I think he was found

21  guilty.  You can look it up, it is a major case

22  in the City of Cleveland.

23  **Q.**   Do you know what happened to the

24  disposition of that criminal case against

25  Mr. Feckner?

72

1    **A.**    I think he was let go or something after

2    that, because of what happened.  He was a big

3    informer for the police department.

4    **Q.**    When you said because of what happened,

5    what do you mean?

6    **A.**    By the conduct of the Cleveland Police

7    Department allowed him to sell drugs inside the

8    City of Cleveland, I think he might have been

9    exonerated or erased on appeal or something like

10   that.  I can't tell you --

11   **Q.**    If you don't know, you don't know.

12   **A.**    No, no.

13   **Q.**    Did the eventual outcome of his criminal

14   case have anything to do with the withholding of

15   impeachment evidence that you state was done by

16   the detective?

17   **A.**    Possibly.

18   **Q.**    But you don't know?

19   **A.**    No.

20   **Q.**    And, Mr. Tell, I am sorry, were you at all

21   involved in that investigation?

22   **A.**    I had possession of the -- the police made

23   an initial raid on his place and I was in

24   charge, I had the initial control of the keys to

25   the crime scene.

73

1  **Q.**   Were you aware of the impeachment evidence

2  that you state the detective failed to turn over

3  to the prosecutor?

4  **A.**   Mainly the evidence was that they allowed

5  this guy to sell drugs in the City of Cleveland

6  without prosecuting him, arresting him.

7  **Q.**   Did you present that evidence to the

8  prosecutor?

9  **A.**   No, no.

10  **Q.**   Why not?

11  **A.**   They was investigating the case.

12  **Q.**   But you were aware of the impeachment

13  evidence?

14  **A.**   Yes.  Because reading reports and news

15  stories, news reports.

16  **Q.**   I guess just so I understand, is it true

17  you were aware of the impeachment evidence --

18       **MR. GILBERT:**     Shawn, he heard

19  about it after the fact.  Okay?  That is what he

20  is telling you.

21       **THE WITNESS:**     Yeah.

22       **MR. FUNK:**     Objection.  Don't

23  answer the question for him.

24       **MR. GILBERT:**     I mean, we are

25  going around in circles here.

74

1          **MR. MALLAMAD:**     Terry, I am trying

2    to understand.

3    **BY MR. MALLAMAD:**

4    **Q.**   Your knowledge of the withholding of the

5    impeachment evidence happened after the

6    conviction?

7    **A.**   Yes.

8    **Q.**   Did any supervisors of that detective --

9    were any supervisors of that detective aware

10   that that detective withheld the impeachment

11   evidence from the prosecutor?

12   **A.**   I think so.

13   **Q.**   Do you know?

14   **A.**   Yes.

15   **Q.**   What firsthand knowledge do you have that

16   the supervisors were aware?

17   **A.**   Just by information that we received during

18   the trial and after the trial.

19   **Q.**   You mean reading in the newspaper?

20   **A.**   Yes.  And, you know -- yes.

21   **Q.**   And who were the supervisors that were

22   aware of that?

23   **A.**   I think Howard Rudolph might have been

24   involved in that.

25   **Q.**   Mr. Tell, you don't have any firsthand

75

1    knowledge that the supervisors were aware, you

2    just know from reading the newspaper?

3    **A.**    Yes.

4    **Q.**    What actions did the supervisors take in

5    response to learning that the detective withheld

6    exculpatory evidence?

7    **A.**    I couldn't tell you.

8    **Q.**    You have no firsthand knowledge?

9    **A.**    No.

10   **Q.**    Cleveland police officers are trained and

11   instructed to turn over the entire product of

12   their investigation to the prosecutor; is that

13   correct?

14   **A.**    Yes.

15              **MS. WANG:**         Objection, asked

16   and answered.

17   **BY MR. MALLAMAD:**

18   **Q.**    Do you know of any case where a Cleveland

19   police officer failed to turn over the entire

20   product of an investigation to the prosecutor,

21   other than the Feckner case that you have

22   described?

23   **A.**    No.

24   **Q.**    In paragraph 11(c) of your affidavit, you

25   state, "It was the practice of Cleveland police

76

1    detectives to provide to prosecutors only arrest

2    reports, witness forms and written statements

3    taken by the Statement Unit."

4    **A.**    Yes.

5    **Q.**    Do you see that there?

6    **A.**    Yes.

7    **Q.**    Can you tell me any instance where this

8    conduct occurred?

9    **A.**    It happened all the time, every case.

10    **Q.**    Well, tell me the name of a detective who

11    engaged in that behavior.

12    **A.**    William Tell, Leonard Sims, Bystrickey and

13    many others.

14    **Q.**    Can you identify any others?

15    **A.**    Charlie Vavarina, Paskvan.

16    **Q.**    With respect to paragraph 11(c), are you

17    able to tell me of any occasion where a homicide

18    detective for the Division of Police engaged in

19    that conduct?

20    **A.**    I don't know.  It is a blanket statement.

21    I am saying that -- let me clarify.  When you do

22    reports, these are reports that you get and you

23    turn over to the prosecutor.  Now, if you find

24    some evidence, you turn that over.  These are

25    the basic things you give the prosecutor.

77

1   Every policeman, even today, these are the

2 things you give a prosecutor when you have a

3 case; basic statements, forms, that type of

4 thing.  There is nothing wrong with it now.

5 **Q.** Besides the items that you list in

6 paragraph 11(c), what are the other things that

7 a police detective would not turn over to the

8 prosecutor?

9 **A.** This is about all you turn over, besides

10 photos.  That is what you give to them.

11   What they might not turn over to them is a

12 statement made by someone that is immaterial to

13 what you investigate.  You might go out and talk

14 to the people and have new information, you

15 would turn the information over to them.  You

16 interview people.  If they didn't have anything

17 to give to the case, you would not turn that

18 information to the police department, just you

19 leave it in your file as an interview.

20 **Q.** So the police detectives would turn over to

21 the prosecutor the entire product of their

22 investigation that concerned the crime they were

23 investigating; is that correct?

24    **MR. GILBERT:**  Objection.

25    **THE WITNESS:**  Yes.

78

1    **BY MR. MALLAMAD:**

2    **Q.**    Again, Mr. Tell, as far as your career

3    goes, you don't have any firsthand knowledge

4    about what any homicide detective may or may not

5    have turned over to a prosecutor?

6    **A.**    No.

7    **Q.**    In paragraph 11(d) you state, "Unless a

8    prosecutor asked the detective working the case

9    if there was anything else related to the case

10   that he should know about, then the prosecutor

11   would not receive any additional information

12   beyond written statements"?

13   **A.**    That's correct.

14   **Q.**    Can you tell me of every instance where a

15   police officer engaged in that conduct?

16   **A.**    Almost every investigation you have, there

17   are some things that if you don't ask for them,

18   you don't get.  Don't ask, don't tell.  And you

19   don't give it to them.

20   **Q.**    I need to know if you can identify for me a

21   specific occasion where a detective engaged in

22   that conduct.

23            **MR. GILBERT:**    He just said

24   everybody does it.  You want the list of the

25   whole Cleveland Police Department?

79

1          MR. MALLAMAD:     Terry, you can't
2    make --
3          MR. GILBERT:     I think it is a
4    ridiculous question.
5          MR. MALLAMAD:     You have made your
6    objection.
7    BY MR. MALLAMAD:
8    Q.   Can you tell me the criminal case that is
9    associated with that detective's conduct?
10          MR. GILBERT:     Objection,
11   harassment.
12          MR. MALLAMAD:     Come on, Terry.
13          MR. GILBERT:     Ambiguous,
14   badgering, everything else that is -- he has
15   already answered the question.  It was the
16   practice.
17   BY MR. MALLAMAD:
18   Q.   You can answer the question, Mr. Gilbert
19   has made his objection.
20   A.   I can't give you a specific case, because I
21   can't tell you the name of everybody that worked
22   on a case.
23   Q.   Can you tell me what the evidence was
24   withheld in any of those occasions?
25   A.   It could be anything suspect, another

80

1    suspect, a witness, those type of things.

2    **Q.**    But my question is, what specific evidence

3    can you identify for me that was withheld by a

4    detective that you are referring to in paragraph

5    11(d)?

6    **A.**    For instance, the Feckner case, they

7    withheld a lot of evidence in that case from the

8    prosecutor.   That is a case.

9    **Q.**    Besides the Feckner case, can you identify

10   for me any other evidence that you claim was

11   withheld by a Cleveland police detective in a

12   criminal case?

13   **A.**    Not unless I could see the names of the

14   police that worked on the police department

15   during that time.

16   **Q.**    In paragraph 11(e) you state, "If there was

17   evidence that an alternative suspect committed a

18   crime, detectives investigated and decided for

19   themselves whether this information would be

20   turned over to the prosecutor"?

21   **A.**    Yes.

22   **Q.**    Can you tell me every instance where that

23   type of conduct occurred?

24              **MR. GILBERT:**    Objection.

25              **THE WITNESS:**    I can't tell you

81

1    the incident, but I can tell you that it

2    occurred.

3    **BY MR. MALLAMAD:**

4    **Q.**   Can you identify for me the name of any

5    detective that engaged in that conduct?

6    **A.**   Bystrickey.

7    **Q.**   The Feckner case?

8    **A.**   Yes.

9    **Q.**   Besides the Feckner case, can you identify

10   any other detective that you claim engaged in

11   that conduct?

12   **A.**   I can't remember that.

13   **Q.**   Can you identify for me the name of the

14   criminal Defendant whose case the detective

15   engaged in that conduct?

16   **A.**   No.

17   **Q.**   Can you identify for me the specific

18   evidence that was withheld?

19   **A.**   No.  All I can say is I know it was done.

20   **Q.**   Paragraph 11(f) -- I am sorry.

21        With respect to paragraph 11(e) of your

22   affidavit, can you identify for me any homicide

23   detective that engaged in that conduct?

24   **A.**   No.

25   **Q.**   Paragraph 11(f) says, "If someone provided

82

1    a detective with a tip that an alternative

2    suspect committed a crime the detective was

3    investigating, the detective would follow up on

4    the tip.  If the detective felt that the tip did

5    not materialize, the detective would not tell

6    the prosecutor about the tip."

7    **A.**    That's correct.

8    **Q.**    Can you tell me on what occasions this type

9    of conduct occurred?

10   **A.**    That happens every day.

11   **Q.**    Can you identify for me any detective by

12   name who engaged in that conduct?

13   **A.**    Just Cleveland police detectives in

14   general.

15   **Q.**    Can you identify for me the criminal

16   Defendant's name in whose case that conduct

17   occurred?

18   **A.**    John Q. Public criminal.

19   **Q.**    Can you identify for me any Cleveland

20   homicide detective who engaged in that conduct?

21   **A.**    Homicide detectives in general, Cleveland

22   police.

23   **Q.**    Can you identify for me the specific case

24   that you are referring to when you say that

25   homicide detectives engaged in that conduct?

83

1    **A.**    Any case they investigate.

2    **Q.**    Well, you never worked in the Homicide

3    Unit?

4    **A.**    No.

5    **Q.**    How can you make that statement about

6    homicide detectives?

7    **A.**    Because that is a general thing done by all

8    detectives.  I am painting everybody with the

9    same brush.

10   **Q.**    But, Mr. Tell, you did not work with the

11   Homicide Unit, correct?

12   **A.**    Well, you know the practice and policies,

13   you know what was done.

14   **Q.**    I guess we are trying to find out today

15   what firsthand knowledge you have, versus what

16   opinions you may have about the department as a

17   whole.

18            **MR. GILBERT:**    Objection.  He

19   already told you how he knows it.

20   **BY MR. MALLAMAD:**

21   **Q.**    What firsthand knowledge do you have that

22   homicide detectives engaged in the behavior that

23   you are describing in paragraph 11(f)?

24   **A.**    No firsthand.  But I am aware of it.  I

25   can't give you the name of the guy.

84

1   **Q.**   In paragraph -- excuse me.  Paragraph 12(a)

2   of your affidavit you state, "Beyond academy

3   training, there was no other training for police

4   detectives in how to interrogate witnesses."

5   **A.**   That's correct.

6   **Q.**   What was taught in the academy about how to

7   interrogate witnesses?

8   **A.**   Well, they told you, you bring a guy in a

9   room, you face him, face-to-face, you don't lead

10   him on, you let him give you information, basic

11   interview techniques.

12   **Q.**   And you would agree that once you became a

13   detective in the Auto Theft Unit, that you

14   learned more about this -- about interrogation

15   techniques by senior officers?

16   **A.**   Yes.

17   **Q.**   Your interrogation techniques were

18   supervised by your supervisors?

19   **A.**   No.  Sometimes you could take -- you don't

20   have a supervisor with you when you interrogate

21   suspects at all times.

22   **Q.**   Well, the product of your interrogation

23   would be reviewed by a supervisor, right?

24   **A.**   On paper, yes.

25   **Q.**   In paragraph 12(b) you state, "Detectives

85

1   developed and used their own methods and

2   practices in interrogations."

3   **A.**   Yes.

4   **Q.**   Would you agree, Mr. Tell, that unless the

5   detective engaged in inappropriate conduct, that

6   many officers develop their own techniques as

7   far as how to conduct an interrogation?

8   **A.**   That's correct.

9   **Q.**   In fact, officers even in basic patrol

10  develop their own techniques?

11  **A.**   Yes.

12  **Q.**   And there are different techniques,

13  depending on the specialized units; is that a

14  fair statement?

15  **A.**   Fair statement.

16  **Q.**   For instance, a sex crime detective may

17  develop certain techniques that are unique to

18  that area of the law?

19  **A.**   That's correct.

20  **Q.**   And that may be different than techniques

21  than an auto theft detective may use?

22  **A.**   Yes.

23  **Q.**   And auto theft detective techniques may be

24  different than techniques a homicide detective

25  would use?

86

1   **A.**    Yes.

2   **Q.**    Or a narcotics detective?

3   **A.**    Yes.

4   **Q.**    And the variations in techniques are okay,

5   as long as the officer does not engage in

6   misconduct?

7   **A.**    That's correct.

8   **Q.**    In paragraph 12(c) you state, "There was no

9   formal written order or directive that

10  prohibited giving information to a suspect or

11  witness in the course of an interview or

12  interrogation concerning the facts of the

13  crime."

14          Do you see that?

15  **A.**    Yes.

16  **Q.**    With respect to that, is it a fair

17  statement that all officers are bound by the

18  rules of the Division of Police that prohibit

19  improper conduct?

20  **A.**    Yes.

21  **Q.**    And if it is improper to give information

22  to a suspect or witness in the course of an

23  interview or interrogation concerning the facts

24  of the crime, that officer would be subject to

25  discipline?

87

 1    **A.**    Yeah, possibly.

 2    **Q.**    Can you tell me of every instance where an

 3    officer engaged in the conduct you describe in

 4    paragraph 12(c) of your affidavit?

 5    **A.**    No, I can't.

 6    **Q.**    Paragraph 12(d) of your affidavit states

 7    that "During the 1970s, I recall Cleveland

 8    police officers conducting interrogations of

 9    suspects where officers punched suspects in the

10    face and head, knocking them down, in efforts to

11    get those suspects to confess or implicate

12    others.  When physically beating these people,

13    the officers would say things along the lines of

14    'Now you are going to tell us the truth.'  I

15    witnessed this conduct on occasions where

16    officers interrogated or interviewed black

17    people, both as suspects and as witnesses."

18    **A.**    That's correct.

19    **Q.**    Can you tell me every instance where this

20    occurred?

21    **A.**    Once there was a guy in the station,

22    Garfield Travis was the policeman.  T-r-a-v-i-s.

23    Garfield Travis was the police officer.  And

24    Garfield interviewed the guy, he knew the guy

25    was lying.  He knew he was lying to him.

88

1        And so the lie was so great and compelling

2    that Garfield slapped him out of the chair,

3    stomped and kicked him, sat the chair back up,

4    brushed him off and said, "Now you want to tell

5    me the truth?"  And the guy confessed.

6    Q.   What was the name of that Defendant?

7    A.   Don't know.  Just saw it, I was there when

8    it happened.

9    Q.   Was that a homicide case?

10   A.   No, no.

11   Q.   What was the result of the criminal case?

12   A.   I could not tell you.

13   Q.   What did you do to intervene, Mr. Tell,

14   when you saw this conduct?

15   A.   Didn't do anything.

16   Q.   Why not?

17   A.   The thin blue line again.  The thin blue

18   line again.  I don't want to be ostracized.  I

19   was young in my career then.

20   Q.   Garfield Travis was a more senior officer?

21   A.   Oh, yeah.

22   Q.   Was he a patrol officer?

23   A.   Yes.

24   Q.   And when in the 1970s did that happen?

25   A.   Between 1969 and 1971.

89

1    **Q.**    And what district was that?

2    **A.**    Fourth.

3    **Q.**    Do you have any firsthand knowledge that a

4    supervisor was aware of Officer Travis' conduct?

5    **A.**    I know they heard about it.

6    **Q.**    What --

7    **A.**    I know they heard about it.  But somebody

8    tell him?  Oh, yeah, it went through the

9    grapevine, but they knew what happened.

10    **Q.**    And you have firsthand knowledge of that?

11    **A.**    Pardon me?

12    **Q.**    You --

13    **A.**    I saw the incident happen.  And I am sure

14    the supervisor knew about it.

15    **Q.**    But do you have firsthand knowledge that a

16    supervisor was made aware of Officer Travis'

17    conduct?

18    **A.**    No.

19    **Q.**    Do you have any firsthand knowledge that

20    the Chief of Police or Safety Director became

21    aware of Officer Travis' conduct?

22    **A.**    No.  Detective Higgins, H-i-g-g-i-n-s,

23    Higgins, H-i-g-g-i-n-s, was the desk officer in

24    the Detective Bureau, and a white suspect came,

25    they brought a white suspect in, and Higgins

90

1    asked the man his name and the man told him that

2    "I don't give no nigger my name."

3        So at this time, Higgins took the Golden

4    Rule Book, Golden Rule Book is a book that you

5    put all the suspects' names in that you arrest

6    at the station, about 4 inches thick, and said

7    "Get back, he is mine."  He hit the guy in the

8    head with the book, knocked him down, went

9    around, stomped him and beat him, and stood the

10   guy back up and said, "Now, what's your name?"

11   And the guy gave him his name and everything,

12   after that beating.

13       I was a detective then.  That was in '71,

14   that year, I saw that happen at the Third

15   District Police Department, Detective Bureau in

16   the Third District.

17   **Q.**   What was the name of that individual?

18   **A.**   Don't know.  All I can say is he was a

19   white male that came into the station.

20   **Q.**   Do you know what was the disposition of the

21   criminal case?

22   **A.**   No.

23   **Q.**   Did that involve a homicide?

24   **A.**   No.

25   **Q.**   What action did you take, Mr. Tell, when

91

1    you saw Officer Higgins' conduct?

2    **A.**    None.

3    **Q.**    Why not?

4    **A.**    Same reason.  I did not want to be

5    ostracized by the police department.

6    **Q.**    Do you have any firsthand knowledge that a

7    supervisor became aware of Officer Higgins'

8    conduct?

9    **A.**    Oh, they were there when it happened.  They

10   saw it.

11   **Q.**    Which supervisor saw it?

12   **A.**    Lieutenant Lawerhouse, L-a-w-e-r-h-o-u-s-e.

13   **Q.**    Any other supervisors?

14   **A.**    Ralph -- I am sorry, not Ralph Perk.  What

15   is the guy's name?  I can't remember the name.

16   Lawerhouse saw it.

17   **Q.**    Do you have any firsthand knowledge as to

18   what Lieutenant Lawerhouse did following him

19   witnessing what Officer Higgins did?

20   **A.**    He laughed at it.  He felt the guy had it

21   coming from the comment that he made.

22   **Q.**    Do you have any firsthand knowledge that

23   Lieutenant Lawerhouse reported what he observed

24   to internal affairs?

25   **A.**    No.

1   **Q.**   Or that Lieutenant Lawerhouse otherwise

2   caused an investigation to be conducted?

3   **A.**   No.

4   **Q.**   Do you have any firsthand knowledge as to

5   whether the Chief of Police or Safety Director

6   came to learn of Officer Higgins' conduct?

7   **A.**   No.

8   **Q.**   In paragraph 12(e) of your affidavit -- I

9   am sorry, pardon me.

10       Besides from Officers Travis and Higgins,

11  do you have any other instances of the type of

12  conduct that you describe in paragraph 12(d) of

13  your affidavit?

14  **A.**   I told you about the incident in Shaker

15  Heights, they weren't interrogating him.  But it

16  was a form of brutality, I described earlier.

17  The Shaker Heights incident at Milverton and

18  Chagrin.

19  **Q.**   Yes.

20  **A.**   Okay.

21  **Q.**   Any other instances of the type of conduct

22  you described in paragraph 12(d) of your

23  affidavit?

24  **A.**   No.

25  **Q.**   Can you remind me again of the name of the

93

1    officer or officers who engaged in the Shaker

2    Heights incident?

3    **A.**    That was Lieutenant Troyon was the

4    Lieutenant who was there.  He was the guy that

5    was there when the incident happened.

6    **Q.**    And who were the officers involved in the

7    misconduct?

8    **A.**    One guy's last name was Saferight,

9    S-a-f-e-r-i-g-h-t.  Ayere, A-y-e-r-e, Wayne

10   Ayere.

11   **Q.**    Okay.

12   **A.**    Ivan Sevel, S-e-v-e-l.  That was about it.

13   **Q.**    Do you have any firsthand knowledge as to

14   whether Lieutenant Troyon --

15   **A.**    Troyon.

16   **Q.**    Troyon, excuse me -- took any action to

17   have the conduct of these officers investigated?

18   **A.**    They all retired from the Cleveland Police

19   Department.  So evidently, nothing happened.

20   **Q.**    But do you have any firsthand knowledge as

21   to what Lieutenant Troyon did with this, after

22   having observed this incident?

23   **A.**    He directed traffic.

24   **Q.**    I am talking about after the day of the

25   incident.  Do you have any firsthand knowledge

94

1    as to whether he communicated this to his

2    superiors?

3    **A.**    No.

4    **Q.**    Or caused an investigation to be conducted?

5    **A.**    There was no investigation conducted.  So

6    evidently he didn't do anything with it.

7    **Q.**    Do you have any evidence that the Chief of

8    Police or Safety Director ever became aware of

9    this incident?

10   **A.**    Of the shooting of the Shaker Heights

11   police officer?  Yes.  They knew about that.

12   But they didn't know about the actions that

13   happened.

14   **Q.**    The misconduct that you have described?

15   **A.**    Yes, yes.

16   **Q.**    Any other instances, Mr. Tell, that you can

17   identify that concerns the type of conduct you

18   have set forth in paragraph 12(d) of your

19   affidavit?

20   **A.**    No.

21   **Q.**    In paragraph 12(e) of your affidavit you

22   state that "In the 1970s, I was also aware of

23   other officers wrongfully conducting

24   interrogations of juveniles without their

25   parents present."

1       Do you see that?

2   **A.**   Yes, that happened in the '70s and it

3   happened when I was Chief of Detectives in the

4   '80s, when I was a Lieutenant in the Fourth

5   District, I saw it.  Interrogation happened that

6   way, yes.

7   **Q.**   Well, tell me of every instance where this

8   type of conduct occurred in the 1970s.

9   **A.**   Well, the '70s, you know, things were done

10  by the majority of the people, because there was

11  no set rules at that time that they would

12  follow.

13      So I say it was just done in general.  The

14  incident I am going to tell you about in the

15  '80s, where we had a kid that assaulted another

16  kid, and two of my detectives, Healean Medley

17  and another girl by the name of Bolden, were

18  interviewing these kids and taking statements

19  off of them.  I objected to it, because one, we

20  didn't have anyplace for a statement to be

21  taken.

22      Two, they weren't social workers.

23      Three, anytime a juvenile does stuff, you

24  make a juvenile fact sheet and you send it to

25  juvenile, and the parents weren't there.

96

1       I objected, and because of my objections, I
2   was kicked out of the Detective Bureau and that
3   is how I got to the Fifth District.  Because I
4   objected to these girls doing this and they were
5   friends with the Commander and I was moved.
6   **Q.**   Can you identify for me any instances in
7   the 1970s where officers engaged in the type of
8   conduct you have described in paragraph 12(e) of
9   your affidavit?
10  **A.**   That is too numerous.  I can't remember all
11  the incidents.  I can't give you the names.  But
12  I know it was done.
13  **Q.**   But is it fair to say you can't identify
14  for me any specific incident when this occurred?
15  **A.**   Well, give you names and dates and that
16  type of thing, no, I can't.  But I can tell you
17  it was done.
18  **Q.**   Can you identify for me the name of any
19  officer who engaged in this type of behavior in
20  the 1970s?
21  **A.**   No.
22  **Q.**   Can you tell me whether any homicide
23  detective engaged in the type of behavior that
24  you describe in paragraph 12(e)?
25  **A.**   No.

97

1   **Q.**   Do you have any evidence that the Chief of

2   Police or Safety Director ever became aware of

3   the type of conduct that you describe in

4   paragraph 12(e) of your affidavit?

5   **A.**   No.

6   **Q.**   Besides the incident in the 1980s that you

7   described, is there any other instance from the

8   1980s that you can specifically recall where

9   officers engaged in the type of behavior you

10  described in paragraph 12(e) of your affidavit?

11  **A.**   No.

12  **Q.**   How did you learn that you were being

13  removed from the Detective Bureau following the

14  1980s incident that you described?

15  **A.**   The Commander came and moved me.

16  **Q.**   What is the Commander's name?

17  **A.**   Alfred Walton, A. Leonard Walton.

18  **Q.**   And what did Commander Walton tell you was

19  the reason you were being removed from the

20  Detective Bureau?

21  **A.**   That he didn't like the way that I ran the

22  Detective Bureau and he had somebody that he

23  wanted to give the job to and that was his

24  prerogative to do what he wanted to do.

25  **Q.**   You understood this to be as a result of

98

1    your objecting to the interrogation of these
2    juveniles?
3    **A.**    Oh, yeah, yeah.
4    **Q.**   Any other instances later from the 1980s or
5    even later in your career, where officers
6    engaged in the type of conduct you describe in
7    paragraph 12(e) of your affidavit?
8    **A.**    No.  Oh, yeah, yeah.  It was a detective by
9    the name of -- they call him The Black Bull, The
10   Black Bull.  He worked in the Sixth District, I
11   was the Commander there, and he had a habit of
12   bringing folks in and talking to kids, like
13   he -- without their parents there.  I stopped
14   that practice when I got there.  No more of
15   this, that is the end of it.
16   **Q.**   Okay.
17   **A.**    Another guy, his name was Joe Williams, he
18   would take his belt and physically whip
19   juveniles in the police station, and I stopped
20   that practice in the Sixth District.  No parents
21   were around in either one of these situations.
22   I brought it to an end when I got to be the
23   Commander of the Sixth District.  This was
24   between -- up to 2001 I got there, five years
25   prior to 2001, in the area there.

99

1    **Q.**    So the instance that you just described

2    occurred between 1995 and the year 2001?

3    **A.**    Yes.

4    **Q.**    What was the officer's name that you

5    said --

6    **A.**    Amos Floyd is The Black Bull.  His name was

7    Amos Floyd.

8    **Q.**    Amos Floyd?

9    **A.**    Um-hum.

10   **Q.**    And are you able to identify the specific

11   instance or instances where Officer Floyd

12   engaged in this behavior?

13   **A.**    Yes.

14   **Q.**    Can you tell me the name of the juveniles?

15   **A.**    No.

16   **Q.**    The name of the criminal case?

17   **A.**    No.

18   **Q.**    But this is something you witnessed --

19   **A.**    You hear things.  My office in the building

20   was down the hall from him.  I walked into the

21   office, you would see him there, you know.

22   "Where is the kid's parents at?"  "Well --"

23        "Get him out of here."

24        He was a notorious crime fighter, and that

25   was what he did.

100

```
 1   Q.   How many occasions did you see Officer
 2   Floyd interrogating children without their
 3   parents there?
 4   A.   Just that one time.  I stopped it.
 5   Q.   As the Commander, you put a stop to that
 6   behavior?
 7   A.   Yes.
 8   Q.   Do you have any firsthand knowledge that
 9   Officer Floyd engaged in that behavior anytime
10   prior to that?
11   A.   No.
12   Q.   And Officer Williams, you said struck
13   children with a belt?
14   A.   Oh, yeah, yeah.  He would give them a real
15   thrashing.  And he was so good, he was so good
16   that the parents would bring their kids to the
17   police station, grandmothers, mothers, with
18   their husband, "Would you whip my son for me?"
19        He would put it to them, get the belt and
20   just whip them.
21   Q.   Did you ever witness Officer Williams do
22   this?
23   A.   Yes.
24   Q.   How many occasions?
25   A.   I saw him do it like four or five times.
```

1    Some of these the parents were there and the

2    last one I saw, the parents wasn't there.

3    **Q.**   And what were the dates that you witnessed

4    these four or five occasions?

5    **A.**   I can't tell you the dates.  I am just

6    telling you, I was the Commander of the Sixth

7    District, up to 1991, so we go back five years

8    from 1991, in that area there.

9    **Q.**   You mean 2001?

10   **A.**   Sorry, 2001.

11   **Q.**   So was that the beginning of your tenure as

12   the Commander when you witnessed this?

13   **A.**   At the beginning, yeah, at the beginning.

14   **Q.**   On the four or five occasions when you saw

15   Officer Williams striking children with a belt,

16   what did you do as the Commander?

17   **A.**   Nothing.  The mothers were standing there,

18   allowing him to do it.  Then I got tired of it

19   happening, because it was going on so regularly,

20   I finally put a stop to it.  He was given

21   permission by the parents to whip the kids.

22   **Q.**   Mr. Tell, you were the Commander of the

23   Sixth District.

24   **A.**   Yeah.

25   **Q.**   Did you believe that Officer Williams

102

1    striking children with a belt was misconduct?

2    **A.**    The last one, that he was beating the kid

3    without the parent being there -- you can kind

4    of generally say misconduct, but it was done

5    with the permission of the parents who were

6    standing there.

7    **Q.**    Even if the parents were there, wouldn't

8    you agree that a police officer striking a child

9    with a belt is misconduct?

10   **A.**    If you want to say misconduct, yes.

11   **Q.**    And why did you not cause discipline to

12   occur when you witnessed Officer Williams

13   engaging in this misconduct?

14   **A.**    Because he was doing it with the permission

15   of the parents.

16   **Q.**    And you felt that as long as the parents

17   gave their permission, that this is misconduct

18   that should not subject Officer Williams to

19   discipline?

20   **A.**    That's correct.

21   **Q.**    But on the one occasion, when you saw

22   Officer Williams striking a child with a belt

23   without the parents being there or giving

24   permission, that was misconduct that should have

25   subjected Officer Williams to discipline?

103

1  **A.**   Yes, it should have.

2  **Q.**   Did you cause discipline to be preferred

3  against Officer Williams?

4  **A.**   No.

5  **Q.**   Why not?

6  **A.**   Because I ended the process.

7  **Q.**   And you felt that that was all that was

8  necessary?

9  **A.**   That's correct.  I gave him a verbal

10  warning, never saw the conduct happen again.  He

11  would be subject to discipline.  I never saw it

12  again.

13  **Q.**   I have a little ways to go here still.

14  Does anybody need a break?

15          **MR. FUNK:**        I can use a break.

16          **MR. MALLAMAD:**     Okay.  We will take

17  a short break.

18          (Thereupon, a recess was taken.)

19  **BY MR. MALLAMAD:**

20  **Q.**   Mr. Tell, aside from the incidents

21  involving Officers Floyd and Williams that you

22  described, are you aware of any other instance

23  where an officer engaged in the conduct that you

24  describe in paragraph 12(e) of your affidavit?

25  **A.**   No.

1   **Q.**   Did you ever make the Chief of Police or

2   Safety Director aware of the conduct of Officers

3   Floyd and Williams?

4   **A.**   No.

5   **Q.**   Why not?  Why not?

6   **A.**   Because I handled the discipline, I handled

7   the incident.

8   **Q.**   And you thought --

9   **A.**   I gave him a warning, if it happened again,

10  charges.

11  **Q.**   And you felt no need to communicate what

12  you witnessed to the Chief of Police or Safety

13  Director?

14  **A.**   No.

15  **Q.**   Mr. Tell, in paragraph 14(a) of your

16  affidavit you state that "Many older white

17  police officers were racially biased at the

18  time," and you are referring to from the

19  previous paragraph, the 1970s.

20  **A.**   Yes.

21  **Q.**   Do you see that?

22  **A.**   Yes.

23  **Q.**   Can you tell me every instance where this

24  conduct occurred?

25  **A.**   How much time do we have, all day?

1   **Q.**   I am here to find out what information you

2   have about the contents of your affidavit and

3   other things.

4   **A.**   One, as a black police officer, I was not

5   allowed to work on a police car in Fourth

6   District past -- west of 116th and Kinsman,

7   north of Buckeye, south of Broadway, South

8   Broadway.

9        I was assigned to beats in the Fourth

10  District in a predominantly black neighborhood.

11  I couldn't work in a white neighborhood.  This

12  is the reason I was assigned to these, because

13  these were black neighborhoods and poor white

14  neighborhoods.

15       We had certain cars we could work on in the

16  police station.  We couldn't work in certain

17  areas as black police officers.

18       Black police officers weren't given the

19  opportunity to pick their partners, we weren't

20  given an opportunity to get off early.  As a

21  matter of fact, my son was born in 1960 -- 1970.

22  I wasn't allowed to go to the hospital to see my

23  wife when my son was born, because they said

24  they didn't have enough cars in the police

25  station that day.

1          When I got back to the police station with

2     the box of cigars saying it was a boy, there

3     were four police cars left in the police

4     station, all white officers that had been

5     released to go home.  That is bias toward me.

6          We weren't given promotions in those days.

7     We would receive harsher penalties than white

8     officers did.

9          We were not given time off work for off

10    days, like white officers were.  We had to sue

11    in Federal Court for right to be promoted.

12    Judge Thomas was the judge that handled that

13    case in Federal Court.

14          I saw instances where white officers would

15    bring a black subject into the police station,

16    hold his hands while white female police

17    officers would beat him in the station.  It was

18    bias.  These are things that I saw.

19          I can keep going, but I think that is

20    enough right now.

21    **Q.**   Well, if you have more, again, I am looking

22    for the basis for your statement in paragraph

23    12 -- 14(a) of your affidavit.

24          **MS. WANG:**          Objection, asked

25    and answered.  He just gave you a bunch of

107

1    examples.

2    **BY MR. MALLAMAD:**

3    **Q.**    Do you have any other examples besides what

4    you gave me?

5    **A.**    I am going to leave it there.

6    **Q.**    The person -- you said that black officers

7    weren't allowed to work in certain areas of the

8    Fourth District?

9    **A.**    That's correct.

10   **Q.**    Besides yourself --

11   **A.**    Wait a minute.  Let's go to the Sixth

12   District too.  I am going to go Sixth District.

13   Black officers were not allowed to work

14   St. Clair, 152nd Street, west of 152nd Street,

15   St. Clair east to the city line of Euclid to the

16   lake.  This is 1995 when I took over Sixth

17   District.  I changed that.

18   **Q.**    So the --

19   **A.**    They couldn't patrol neighborhoods in the

20   certain areas in north Collinwood, they weren't

21   allowed to patrol those areas.

22   **Q.**    And that occurred in --

23   **A.**    1995.

24   **Q.**    When you came in as the Commander, you

25   changed that?

1   **A.**   Yes.

2   **Q.**   As to the 1970s, aside from yourself, can

3   you identify for me any other black officers who

4   weren't allowed to patrol in other areas of the

5   Fourth District?

6   **A.**   Grover Collins, Frank Bibb, William

7   Stanley, William Robinson, Melvin Bankhead.

8   Every black officer that was assigned to the

9   police station could not.  I named about all of

10   them then.  There weren't that many of us there.

11   **Q.**   In the Fourth District?

12   **A.**   Fourth District, that's correct.

13   **Q.**   Who made the decision as to where they

14   couldn't patrol or work?

15   **A.**   The Deputy Chief down through the platoon

16   Sergeant, Deputy Inspector, or the Inspector

17   down to the platoon Sergeant.

18   **Q.**   Back in the '70s, the districts were run by

19   Deputy Inspectors?

20   **A.**   That's correct, or an Inspector.

21   **Q.**   Who was that person?

22   **A.**   Smith.  Last name was Smith.

23   **Q.**   Do you know a first name?

24   **A.**   No.

25   **Q.**   Do you have any firsthand knowledge that

1    the Chief of Police or Safety Director were

2    aware of what the Deputy Inspector Smith was

3    doing?

4    **A.**    Yeah, because we had to sue him in Federal

5    Court to get things.

6    **Q.**    I am talking about being able to patrol in

7    certain areas?

8    **A.**    Yes, because they allowed it to happen.

9    They were aware of it.  They allowed it to

10   happen.  If they weren't aware of it, it

11   wouldn't have ever happened.

12   **Q.**    Was the limitations on where black officers

13   could patrol the Fourth District part of the

14   lawsuit before Judge Thomas?

15   **A.**    No, promotions were.

16   **Q.**    I am talking just right now about what you

17   said were restrictions on where black officers

18   could patrol or work in the Fourth District in

19   the 1970s.

20   **A.**    Yes.

21   **Q.**    My question to you is, do you have any

22   firsthand knowledge that the Police Chief or

23   Safety Director were aware of what Deputy

24   Inspector Smith was doing?

25   **A.**    They had to have knowledge, because it

110

1    happened.

2    **Q.**    But do you have any firsthand knowledge

3    that they, in fact, knew?

4    **A.**    Yes.

5    **Q.**    What is your firsthand knowledge?

6    **A.**    That I was assigned to that area, and they

7    knew I was assigned to that area.  They reviewed

8    reports where everybody was assigned to in the

9    districts in the City of Cleveland, so they knew

10   where I was working at.

11   **Q.**    In the 1970s the Police Chief and Safety

12   Director would review where officers were

13   assigned?

14   **A.**    Yes.  Even today, they know where officers

15   are assigned to.

16   **Q.**    The same, with respect to the opportunity

17   to pick partners, would it be the same officers

18   that you previously identified for me whose

19   territory was restricted in the Fourth District?

20   **A.**    The reason I got on the Cleveland Police

21   Department, because Carl Stokes at that time

22   made it a business to integrate every police car

23   in the Cleveland Police Department because of

24   the bias.

25        I got on the police department, the black

1  officer, in order to integrate the police

2  department.  I was in charge to integrate the

3  Cleveland Police Department.

4  **Q.**  With respect to the opportunity to pick

5  partners and getting off duty, were those

6  decisions that were also made by Deputy

7  Inspector Smith?

8  **A.**  He knew of what was going on, because it

9  happened, it happened.

10  **Q.**  Under his command?

11  **A.**  Yes.

12  **Q.**  Do you have any firsthand knowledge that

13  the Police Chief or Safety Director also knew of

14  the problems with black officers being able to

15  pick their partners and issues of them not being

16  able to get off duty when they wanted to?

17  **A.**  Can I say yes and no?  No, I don't.  But I

18  feel he knew, I feel he knew.

19  **Q.**  But you have no firsthand knowledge that

20  they, in fact, knew?

21  **A.**  No.

22  **Q.**  Can you tell me instances where black

23  officers did, in fact, receive harsher penalties

24  than white officers for the same misconduct?

25  **A.**  Oh, yeah.  Can I give you names?  No, I

1   can't.  But I know it happened.

2   **Q.**   The occasion where the black suspects were

3   beaten by white officers in the Fourth District,

4   that happened in the 1970s?

5   **A.**   Yeah, yeah.

6   **Q.**   And can you tell me the officers that have

7   engaged in that misconduct?

8   **A.**   Koblenski and Kornowski.  A man came into

9   the station because he was in a bar on Fleet and

10  Broadway, and he made a pass at a white barmaid,

11  and so Kornowski and Koblenski slapped the man.

12  The man subsequently arrived at the police

13  station to file a complaint on these two

14  officers.

15      Well, the desk Sergeant called them in and

16  said, "Hey, there is a man out here to file a

17  complaint on you."  They immediately went out in

18  the hallway, grabbed the guy, brought him in and

19  beat him right there in the station in front of

20  the inspector, and threw the guy in jail.

21  **Q.**   Okay.

22  **A.**   That is why today you can make a police

23  report, a complaint against a police officer

24  anywhere in the City of Cleveland, you just

25  don't have to go to the police station, because

113

1    conduct like that was happening in those days.

2    **Q.**   Any other occasions -- I am sorry.  You

3    witnessed that beating; is that correct?

4    **A.**   Yeah.

5    **Q.**   Any other occasions in the Fourth District

6    in the 1970s, where you witnessed a black

7    suspect being beaten by white officers?

8    **A.**   One other incident where a guy robbed a bar

9    on Buckeye.  In the bar, he shot and killed a

10   police officer, shot a couple of other people in

11   the bar and left.

12       An hour later, he was apprehended, brought

13   to the police station.  When he got to the

14   police station, the Commander came down and

15   said, "Soften him up before you send him

16   downtown."

17       At that time the guy was administered a

18   severe beating in the driveway of the Fourth

19   District police station, which is located at

20   131st and Marston at that time.

21       Eighteen months later, they got the real

22   suspect.  The guy they beat was the wrong man;

23   he was found with identification of the dead

24   police officer on him.  To this day, I don't

25   know how he got it.  But he did take a terrible

114

1   whipping that day at the police station.

2   **Q.**   Any other instances that you witnessed in

3   the Fourth District in the 1970s, where black

4   suspects were beaten by white officers?

5   **A.**   They are too numerous to go through.  I

6   have been to the First District and seen things

7   happen between white officers and white people,

8   you know.  It is a different culture.

9        I have seen as a Sergeant, Sergeant in the

10  First District, where a white officer actually

11  stood on a man's head.  Just stood on his head,

12  you know, and wiggle under his feet.  I never

13  saw anything like that happen before in my

14  career.  I saw it there.

15       Things happen, different type of the way

16  they arrested people.  When I was there, if you

17  went to a white person's house, the guy would

18  come out and tell the police, "Look, would you

19  go around the corner and I will show up."

20       They would go around the corner, five

21  minutes later, the guy run through the parking

22  lot, through the backyard and get in the police

23  car and drive off.  He didn't want to be

24  embarrassed in front of his neighbors.

25       By the same token, you go to the east side.

115

1   They drag the guy out of the house, they don't

2   care who is looking, he got to go to jail.

3   These are the type of things I saw in my career

4   and the way things were enforced on the

5   Cleveland Police Department.

6   **Q.**   I know you were on the department for a

7   long time.

8   **A.**   Yes.

9   **Q.**   I am trying to learn what firsthand

10  knowledge you have about specific instances.

11  **A.**   There they go.

12  **Q.**   So besides the two that you have described

13  that happened in the Fourth District, do you

14  have any firsthand knowledge of other specific

15  instances where black suspects were beaten by

16  white officers?

17  **A.**   I saw a guy at 7308 Central, the bar they

18  call the Sky Bar, it is no longer there, the

19  area is torn down, where a black man was inside

20  the bar and he was picking with the people in

21  the bar.  And he got into it, and he ran outside

22  and he was able to lock the door so the people

23  could not get out of the bar.

24       So they called the police.  Well, the

25  police came there, and this innocent guy who was

1  being assaulted by the people in the bar, was

2  standing outside.

3      So the police was taking the guy to the car

4  to actually take him to safety, and he threw the

5  two policemen down on the ground and took off

6  running.  They caught him and brought him back

7  and beat him and everything and put him in the

8  car and drove away.  Afraid of going to jail,

9  but he actually wasn't going to jail, he just

10  was afraid.  Things like that that I saw.

11  Q.   Any other specific instances that you have

12  firsthand knowledge of, where black suspects

13  were beaten by white officers?

14  A.   Even as a kid I saw it.  Because I was

15  raised up in a black neighborhood.  It happened.

16  I just don't want to sit here and keep going

17  through everything I saw.  I witnessed it.

18  Q.   I understand you don't want to.  This is

19  our one opportunity to speak to you about it.

20  A.   I gave you what I know.  That is it.

21  Q.   So on those occasions -- you described for

22  me three occasions.  Did you do anything to

23  intervene when those instances occurred?

24  A.   No.

25  Q.   Why not?

117

1   **A.**   Just odds were against me if I had

2   intervened.   There was too many white police

3   officers that were there for me to do anything,

4   for fear for my safety.

5   **Q.**   Did you ever report up through the chain of

6   command what you witnessed?

7   **A.**   No.

8   **Q.**   Why not?

9   **A.**   Chain of command was there participating in

10  it.

11  **Q.**   That was the head of the district, right?

12  **A.**   Yeah.

13  **Q.**   Did you ever report above his head?

14  **A.**   No.

15  **Q.**   Why not?

16  **A.**   Same thing.   You don't want to get yourself

17  in any difficulty with the people you have.   I

18  have to determine and depend on that guy to

19  protect me if I get into something.   They will

20  tell you, you know, "You might get in trouble,

21  man, you know, you don't want to be out there by

22  yourself."   You look at your own safety when you

23  take a stance like that.

24  **Q.**   Mr. Tell, do you have any evidence that the

25  Police Chief or Safety Director had actual

1  knowledge of these three incidents that you

2  described?

3         MR. GILBERT:     When you say

4  evidence, what do you mean?

5  BY MR. MALLAMAD:

6  Q.  Do you have any knowledge --

7         MR. GILBERT:     Circumstantial,

8  direct, personal?  There is all kinds of

9  evidence.  It is a term of art.

10 BY MR. MALLAMAD:

11 Q.  Do you know whether the Police Chief or

12 Safety Director knew of these three instances?

13 A.  I could not tell you, no.  I don't know if

14 he knew it or not.

15 Q.  In paragraph 14(c) of your affidavit you

16 state, "When black officers were present at the

17 scene, white officers engaged in less frequent

18 and/or less severe violent behavior toward black

19 suspects."

20 A.  Yes.

21 Q.  Can you tell me every instance where this

22 conduct occurred?

23 A.  No, I can't tell you every instance.  But I

24 can tell you that it happened, and that is why

25 we were put on the police department, to stop

119

1    this kind of incident.

2        You knew that, and they knew that when you

3    came around, they couldn't do anything.  I can't

4    give you names and dates.  But I can tell you

5    about things that I saw when you came in the

6    police station, they seen you coming, they

7    stopped.

8    **Q.**   Those are the instances I want to know

9    about.

10   **A.**   I can't tell you the dates and everything.

11   But I can tell you that is what happened.  That

12   was the culture.  I can tell you about the

13   culture.

14   **Q.**   Even if you can't tell me the names and

15   dates, do you have a recollection of instances

16   that fall into the category you describe in

17   paragraph 14(c)?

18   **A.**   Yes, I remember coming to the police

19   station, but I can't tell you who it was, what

20   they were doing, I am just telling you, police

21   officer in general, when you came in, if they

22   were doing something, they would stop when you

23   came in.

24   **Q.**   But you don't have a recollection of any

25   particular incident right now; is that correct?

120

1   **A.**   No.

2   **Q.**   That is correct?

3   **A.**   That's correct.

4   **Q.**   I am not going to read paragraph 14(d) into

5   the record, because it is very long.  If you

6   could take a look at that, Mr. Tell, and tell me

7   when you are done reading paragraph 14(d).

8   **A.**   I just explained it, I just explained it

9   just earlier, about they would let them go to

10  the neighborhood and come back and a black

11  person they wouldn't.  They would take them out

12  of the house.  I explained that one.  I answered

13  the question already.

14  **Q.**   So with respect to paragraph 14(d), can you

15  tell me every instance that you have knowledge

16  of that fits the category of behavior that you

17  describe in paragraph 14(d)?

18  **A.**   I just told you.  I worked in the First

19  District as a Sergeant, and I observed that

20  conduct, where we went to put a white man in

21  jail, and they allowed him to go to the next

22  street and turn hisself into the police.

23       I have been in the district where we go to

24  a black neighborhood and a black person didn't

25  get that same treatment.

121

1    **Q.**   So the one occasion happened in the First
2    District?

3    **A.**   That's correct.

4    **Q.**   It is a white suspect, he was permitted to
5    go turn himself in?

6    **A.**   On the next street, yeah, um-hum.

7    **Q.**   And do you have any other instances that
8    fit the behavior you describe in paragraph
9    14(d), besides that one occasion in the First
10   District?

11   **A.**   I know of incidents where white women work
12   at Cleveland Clinic, would drive down Carnegie
13   and go though Chester or Carnegie, go through
14   lights.  The police officer would stop them and
15   ask them, hey -- just a second.  A police
16   officer would stop them, "Where you work at?"

17         "Well, I work at Cleveland Clinic."

18         "Go ahead."

19         Black women come down the street and go
20   through a light, they give them a ticket.

21         I had an incident where a black woman -- a
22   white woman's car broke down, and a police
23   officer came up to help her fix her car.

24         The same police officer I am working with,
25   we ride down the street and we see a black woman

122

1    working, stopped in a car, "Let's help her out."

2         "She know how to fix her car.  They do it

3    in the neighborhood."  That is what the guy told

4    me.  I am like, "You got to be kidding.  Last

5    week, we helped a white woman fix her car, but

6    the black woman, you are going to say that."

7    That is culture, they know how to fix their

8    cars.  These are the types of things that

9    happened with me, with people.  I looked at the

10   guy, I go, "You know, you got to be kidding."

11   **Q.**   Any other instances that fall into the

12   category you are describing in paragraph 14(d)?

13   **A.**   No.

14   **Q.**   When did the incident in the First District

15   happen with the white man who was allowed to

16   turn himself in?

17   **A.**   1980.

18   **Q.**   And how many occasions did you witness

19   white women who worked at the Cleveland Clinic

20   be stopped by the police, but were not given

21   tickets?

22   **A.**   Pardon me?

23   **Q.**   Go ahead.  Do you need to get that?

24   **A.**   No, I am good.

25   **Q.**   On how many occasions did you witness white

123

1   women who worked at the Cleveland Clinic, be

2   stopped by police officers, but not be given

3   tickets?

4   **A.**   Numerous occasions.

5   **Q.**   Can you estimate for me?

6   **A.**   Thirty or more.

7   **Q.**   And is it because you were also in the

8   police car at the time?

9   **A.**   Yeah, or Patrol Sergeant on duty observing

10  what is happening.

11  **Q.**   You were the Patrol Sergeant for these

12  officers?

13  **A.**   Yeah.

14  **Q.**   How many occasions did you witness officers

15  stop black women who engaged in the same

16  vehicular violation and give tickets?

17  **A.**   Fifteen or more.

18  **Q.**   What is the period of time that we are

19  talking about, where you witnessed these

20  incidents?

21  **A.**   In the '80s, when I was Sergeant, or --

22  yeah, in the '80s, as a Sergeant, yeah.

23  **Q.**   That is Sergeant of the --

24  **A.**   Fifth District.

25  **Q.**   Fifth District.  Okay.

124

1      And the occasion where you witnessed a

2  white woman's car had mechanical trouble and it

3  was fixed or she was helped by the officer, but

4  the black woman's car the following week --

5  **A.**   Same guy, same guy.

6  **Q.**   When did that happen?

7  **A.**   That happened in 1970.

8  **Q.**   Do you have any firsthand knowledge that

9  the Police Chief or Safety Director ever became

10 aware of these instances you just described?

11 **A.**   No.

12 **Q.**   Mr. Tell, in paragraph 15(a) of your

13 affidavit you state, "It was well known among

14 police officers and detectives at the time,"

15 referring to the 1970s, "that they could get

16 away with serious misconduct without being

17 disciplined."

18      Do you see that?

19 **A.**   Yes.

20 **Q.**   Tell me every instance where that occurred.

21 **A.**   Once I saw the police officers going to a

22 numbers house.  They hadn't been paid off by the

23 police at that time.  They were Vice Sergeants,

24 vice police officers.  So they would go in and

25 they would tear the place up.

1      And next week they come back, they would
2   get the payoff.  They would defecate -- in those
3   days, some of those places had potbelly stoves
4   where they put coal and wood in it.  They would
5   urinate on the coal or the wood, so that the
6   next time that these guys put their wood or coal
7   in the stove, they would smell it and that would
8   remind them that you didn't pay the police last
9   month, so you need to get a reminder.  These are
10  the types of things that they would do, and they
11  got the payoffs.
12  Q.   Any other instances that fit the behavior
13  that you describe in paragraph 15(a)?
14  A.   I seen things happen, but I can't give you
15  every incident.  But I can just tell you that it
16  happened.  That one incident I have there.
17  Q.   I want to know today, since this is our
18  opportunity to talk to you, what instances you
19  can describe for me that you have firsthand
20  knowledge about that fit the behavior that you
21  identify in paragraph 15(a).
22  A.   One time we were stopping cars in the
23  neighborhood, a police, they call them a
24  sobriety checkpoint.
25       And the police would get in the car in

126

1    order to make an arrest, they would do something

2    to the car, break a light out on the car.  "Hey,

3    man, your light is broken."  And they would tow

4    the person's car.

5        Have a place broken into, Fourth District,

6    a TV store was broken into, and the police would

7    respond and they come out carrying TVs and going

8    to a liquor store, they are carrying out liquor.

9    Another place in the Fifth District, the police

10   went in and filled their pockets up with things

11   out of the store.

12       Another incident in the Sixth District

13   where a lady reported her wedding ring missing.

14   The policeman was given numerous opportunities

15   to return the ring, because we knew it was

16   stolen, even told where to put the ring, to find

17   it.  Refused to, was searched, the ring was

18   found on his person.

19       Now, he was disciplined, he was

20   disciplined, put out of the police department.

21       But these are the types of things that

22   happened.  You see it in neighborhoods where

23   they would raid places and put folks in jail or

24   take one person and not take everybody, and

25   things continued to operate as long as they were

127

1  able to put somebody in jail to justify the

2  operations.

3  **Q.**  How many of those instances can you detail

4  for me?

5  **A.**  I just did.

6  **Q.**  Any other instances that fit the category

7  of 15(a)?

8  **A.**  That is it.

9  **Q.**  The vice officers who in the 1970s urinated

10  in the potbelly stove, what district was that?

11  **A.**  Fifth.

12  **Q.**  The stopping cars, the sobriety checkpoint

13  and then breaking a part of the car to justify

14  the tow, what district was that?

15  **A.**  Fifth.

16  **Q.**  When was that?

17  **A.**  While I was Sergeant there.

18  **Q.**  So --

19  **A.**  In the '80s.

20  **Q.**  In the '80s?

21  **A.**  Um-hum.

22  **Q.**  The breaking and entering where the police

23  stole the TV, when was that?

24  **A.**  Fourth.  That was back in the '70s.

25  **Q.**  How about the B&E where the police stole

1    the liquor?

2    **A.**    That was in the '70s.

3    **Q.**    Fourth District?

4    **A.**    Yes.  That was a truck.  I am talking about

5    a truck of liquor.  That was not one bottle.

6    That was a truck of liquor.

7         They got a guy transporting liquor, and

8    they did.  You know, another occasion happened

9    in the Fifth District, a guy named Bob Ellis

10   owned a bar, and the guy that was bringing

11   illegal liquor into the City of Cleveland, into

12   Ohio from out of town, had an accident at 101st

13   and Quebec, and the wires fell down on the car.

14        The police left the man in the car and went

15   in and took all the liquor out and took it to

16   Bob Ellis, before they got the guy out of the

17   car.  Bob Ellis gave them money for protecting

18   his illegal liquor.

19        But they didn't care about the guy that was

20   laying there with electric sparking on the car

21   and everything.  These were the type of things

22   they would do.  That was illegal for them to do

23   that.  You take care of the person first.  But

24   they didn't care, they mainly wanted to get paid

25   off by Bob.

129

1   **Q.**   You said that in the Fifth District there

2   was an occasion where police officers stole from

3   a store?

4   **A.**   Yes.

5   **Q.**   When was that?

6   **A.**   That was -- I was a patrol officer then.

7   That was at East 83rd and Carnegie.

8   **Q.**   When was that?

9   **A.**   In the '80s -- in the '70s, '70s.

10  **Q.**   The stolen ring that resulted in the

11  termination of a police officer --

12  **A.**   That was in the '80s, Sixth District.

13  **Q.**   Was that officer white or black?

14  **A.**   White.

15  **Q.**   And the Bob Ellis' illegal liquor, where

16  was that and when was that?

17  **A.**   That was in the '80s on Quincy Avenue.

18  **Q.**   What district?

19  **A.**   Fifth.

20  **Q.**   Any other instances that fall into the

21  category you describe in paragraph 15(a)?

22  **A.**   Ron Turner worked for me, a policeman named

23  Ron Turner.  He worked for me.  Ron would put

24  people in jail and bring -- this is the Fourth

25  District -- and he would bring in the things,

130

1   drugs, money, stolen goods, and when he come

2   back for his case, the police had stole them,

3   they were gone.

4       And the guy who did it, was really doing it

5   to him, was a guy by the name of Lieutenant

6   Seidel.  He was the main guy that was picking

7   with this guy.  And it got so bad, that I

8   allowed him to make his own property book for

9   his own protection.

10      But that was illegal, what they were doing

11  to this guy.  They eventually ran him off of the

12  Cleveland Police Department, the way he was

13  treated.

14  **Q.**   Any other instances that fall in the

15  category you describe in 15(a)?

16  **A.**   That is about it.

17  **Q.**   You were the Commander when Lieutenant

18  Seidel was stealing --

19  **A.**   No, I was the Vice Sergeant in the Fourth

20  District.  I didn't say he stole it.  He allowed

21  it to happen.

22  **Q.**   And when was that?

23  **A.**   1980 to '83.

24  **Q.**   The things that you just described that fit

25  the category of paragraph 15(a), did you ever

1    report this misconduct to any of your

2    supervisors?

3    **A.**    I reported Seidel to Inspector Balaga.

4    **Q.**    What happened to Lieutenant Seidel as a

5    result of you reporting him?

6    **A.**    Balaga put it to him, discipline-wise,

7    verbally, verbally chewed him out and made him

8    leave Ron alone.

9    **Q.**    Did you report any of the other instances

10   you just described that fit the category of

11   paragraph 15(a)?

12   **A.**    The guy that I saw coming out of the store

13   on Carnegie, I made him take it back.  I was

14   making a report that day.  "Take it back,

15   because I am not going to have anybody accuse me

16   of stealing anything.  Take it back."  I made

17   him take it back in there.

18   **Q.**    You did not report his misconduct though,

19   to your superiors?

20   **A.**    No, he took it back.

21   **Q.**    Why didn't you report him?

22   **A.**    He was the son of a powerful police

23   Lieutenant.  I didn't want no problem with the

24   guy.  "Just take it back, man."  He eventually

25   worked for the Cleveland Browns and all those

1   folks later on.  But I made him take it back.

2   **Q.**   What was his name?

3   **A.**   Caroselli.

4   **Q.**   And I am sorry, the other occasions that

5   you have described that fit paragraph 15(a), did

6   you ever report any of those to your superiors?

7   **A.**   When he took all the liquor, the superior

8   was involved in it.  When they took all the

9   liquor in the truck, the superiors were there

10  passing it out to everybody, their friends.

11  **Q.**   Did you ever report it to their superiors?

12  **A.**   Uh-uh.

13  **Q.**   Why not?

14  **A.**   Same reason, you know.  If I get in some

15  trouble, I want somebody to look out for me.

16  **Q.**   Of the things you described in paragraph

17  15(a), do you have any firsthand knowledge that

18  the Chief of Police or Safety Director were ever

19  made aware of these instances of misconduct?

20  **A.**   No.

21          **MR. MALLAMAD:**    Those are all my

22  questions for now.  So I will pass it on to

23  Mr. Funk.  Thank you, Mr. Tell.

24          **MR. GILBERT:**    Just a 30 second

25  break.

133

1          (Thereupon, a recess was taken.)

2                      EXAMINATION

3      **BY MR. FUNK:**

4      **Q.**   Mr. Tell, my name is Stephen Funk, and I

5      represent the individual Defendants and the

6      estate Defendants in these two actions.  I just

7      have some follow-up questions for you.

8          As I understand it, you don't know Ricky

9      Jackson?

10     **A.**   No.

11     **Q.**   And you don't know Kwame Ajamu?

12     **A.**   No.

13     **Q.**   And you don't know Wiley Bridgeman?

14     **A.**   No.

15     **Q.**   You have never met or talked to them?

16     **A.**   Never.

17     **Q.**   And an investigator contacted you.  Did

18     that investigator tell you what your alleged

19     role was in the investigation of the Harold

20     Franks murder?

21     **A.**   No, he just told me that my name was given

22     to a detective, homicide detective or detective,

23     and it was in the file.

24     **Q.**   You don't have any memory of being involved

25     in the investigation of Harold Franks' murder in

134

1    any way?

2    **A.**   No, like I say, I put things down, write

3    things down.  Nothing in all of my stuff I have

4    at home from back in the day refreshed my memory

5    on this guy and all.  I told her that.  I

6    couldn't remember a thing.

7    **Q.**   In 1975, you don't have any memory of ever

8    being involved in any homicide investigations at

9    all?

10   **A.**   No.

11   **Q.**   At that time, you were working in the Auto

12   Theft Unit?

13   **A.**   Yes, I worked in Auto Theft Unit.  And also

14   I work for the Fairfax Security Patrol.  That

15   was an outside agency that was funded by the

16   neighborhood that patrolled this area where the

17   homicide happened at.

18   **Q.**   So you don't really have any personal

19   knowledge of anything relating to the

20   investigation of Harold Franks?

21   **A.**   No.

22   **Q.**   Or the prosecution of Ricky Jackson, Wiley

23   Bridgeman or at that time Ronnie Bridgeman?

24   **A.**   No.

25   **Q.**   I am going to give you some names of some

135

1    of the detectives and see if you know them.   One

2    is Sergeant Peter Comodeca.

3    **A.**    I know him.

4    **Q.**    What was your knowledge of

5    Sergeant Comodeca?

6    **A.**    He ran -- he was a detective, a Detective

7    Sergeant.

8    **Q.**    How did you know him?

9    **A.**    Just by his name.   He was a popular

10   detective.

11   **Q.**    Did you have occasion to work on an

12   investigation with Sergeant Comodeca?

13   **A.**    No.

14   **Q.**    Did you have an occasion to work on

15   anything work-related with Sergeant Comodeca?

16   **A.**    No.

17   **Q.**    You just knew him by reputation?

18   **A.**    Pete Comodeca?

19   **Q.**    Yes.

20   **A.**    Yes.

21   **Q.**    You knew him by reputation?

22   **A.**    Yes.

23   **Q.**    Were you aware of any misconduct or

24   improper conduct by Sergeant Comodeca?

25   **A.**    No.

136

1    **Q.**    Would you say that he had a reputation as

2    being a good Sergeant?

3                    **MR. GILBERT:**        Objection.

4                    **THE WITNESS:**        Just popular, you

5    know.

6    **BY MR. FUNK:**

7    **Q.**    Do you have any knowledge about Sergeant

8    Comodeca being involved in any kind of

9    wrongdoing?

10   **A.**    No.

11   **Q.**    And how long did you know Sergeant

12   Comodeca?

13   **A.**    Oh, from when I got to the Cleveland Police

14   Department until now, you told me about his

15   name, I remember him.

16   **Q.**    Did you have any occasion to be involved in

17   supervising Sergeant Comodeca in any capacity?

18   **A.**    No.

19   **Q.**    Do you know when Sergeant Comodeca retired

20   from the police force?

21   **A.**    No.

22   **Q.**    Do you recall any other positions he had

23   besides Sergeant?

24   **A.**    No.

25   **Q.**    Whether he ever became a Lieutenant?

137

1    **A.**    He might have been a Lieutenant at one

2    time.    Lieutenant.    I couldn't tell you; I am

3    not sure.

4    **Q.**    You don't know?

5    **A.**    I am not sure.

6    **Q.**    What about Eugene Terpay, do you know

7    Eugene Terpay?

8    **A.**    I heard of him.

9    **Q.**    What have you heard of him?

10   **A.**    He was a homicide detective.

11   **Q.**    Have you heard any negative things about

12   Eugene Terpay?

13   **A.**    No, they were just good detectives, good

14   investigators.    I forget, Terpay and Comodeca

15   and I forget his partner.    I know the partner

16   name when you give it.

17   **Q.**    You knew him as a detective who worked in

18   the Homicide Detective Bureau?

19   **A.**    Yes.

20   **Q.**    Do you know when Eugene Terpay retired as a

21   detective?

22   **A.**    No.

23   **Q.**    Do you have any personal knowledge of

24   Eugene Terpay's investigations?

25   **A.**    No.

138

1    **Q.**    Do you have any personal knowledge of any
2    misconduct at all by Eugene Terpay at any time?
3    **A.**    No.
4    **Q.**    James Farmer?
5    **A.**    Farmer.
6    **Q.**    Detective James Farmer?
7    **A.**    Farmer, they were partners.
8    **Q.**    Did you know James Farmer?
9    **A.**    As being Terpay's partner and working the
10   Homicide Unit, yes.
11   **Q.**    Other than that, did you have any personal
12   knowledge of James Farmer's work as a detective?
13   **A.**    Good team of detectives, they were popular.
14   You hear about guys.  They were workers.
15   **Q.**    So they had a reputation of being good
16   detectives?
17   **A.**    Yes.
18   **Q.**    And did you have any knowledge of any
19   misconduct by James Farmer?
20   **A.**    No.
21   **Q.**    Did you know John Staimpel?
22   **A.**    Staimpel?  Yeah.  I think Staimpel worked
23   in the Statement Unit.  I think he is the guy
24   that typed the statements for us.
25   **Q.**    You didn't know a John Staimpel that worked

139

1   in the Homicide Detective Bureau?

2   **A.**   They might have put him in there.   The name

3   is familiar.

4   **Q.**   Okay.

5   **A.**   Yeah.

6   **Q.**   So sitting here today, did you ever have

7   any experience working with John Staimpel as a

8   detective in the Homicide Detective Bureau?

9   **A.**   No.

10   **Q.**   When do you think that John Staimpel worked

11   in the Statement Unit?

12   **A.**   I think when I was an auto theft detective,

13   I think Staimpel typed up things for us.   I

14   think that was his name.

15   **Q.**   And do you recall what this Staimpel that

16   you are referring to in the Statement Unit,

17   looked like?

18   **A.**   White male, glasses, that is about it.

19   **Q.**   And at what time period would that have

20   been, that you recall a Staimpel working in the

21   Statement Unit?

22   **A.**   From '71, in that area there, 1971,

23   something like that.

24   **Q.**   And I think I asked this before, I just

25   want to make it clear.   You don't have any

1    knowledge of a John Staimpel who worked in the

2    Detective Bureau, homicide detective?

3    **A.**    He might be the same guy.

4    **Q.**    But you don't know?

5    **A.**    No.

6    **Q.**    You don't have any knowledge of John

7    Staimpel's work as a detective in the Homicide

8    Detective Bureau?

9    **A.**    No.

10   **Q.**    Any comments about the Staimpel you know

11   that worked in the Statement Unit, about that

12   detective doing anything wrong?

13   **A.**    No.

14   **Q.**    You don't have any information of any

15   misconduct?

16   **A.**    No.

17   **Q.**    What about Detective Frank Stoiker, do you

18   know Detective Frank Stoiker?

19   **A.**    Heard his name, don't know him personally.

20   **Q.**    You don't have any information about

21   Detective Stoiker's work as a homicide

22   detective?

23   **A.**    No.

24   **Q.**    Are you aware of any misconduct by

25   Detective Stoiker?

141

1   **A.**    No.

2   **Q.**    Do you know a Detective Gerald Englehart?

3   **A.**    Don't know him.  Name is familiar.

4   **Q.**    How do you know the name?

5   **A.**    Just by Englehart.

6   **Q.**    Do you know a Detective Gerald Englehart

7   that worked in the Criminal Statement Unit?

8   **A.**    Who?

9   **Q.**    A Gerald Englehart that worked in the

10  Criminal Statement Unit in the 1970s.

11  **A.**    Yeah.  Yeah, he worked in the Statement

12  Unit.

13  **Q.**    Did you have any experience working with

14  Gerald Englehart in the Statement Unit?

15  **A.**    He took statements, when I brought in

16  prisoners, he took statements.  That is about

17  all.

18  **Q.**    Every time that Gerald Englehart was

19  involved in typing a statement for you, are you

20  aware of any instance in which Gerald Englehart

21  did anything wrong?

22  **A.**    No.

23  **Q.**    Was he somebody who took down the

24  statements as they were being given by the

25  witness?

142

1   **A.**   Oh, yeah, he was great.  He was good, he

2   was good at it.

3   **Q.**   Did you recall him doing anything where he

4   didn't type down the statement correctly?

5   **A.**   No.

6   **Q.**   Do you recall Gerald Englehart typing down

7   any statements in which the witness was not

8   present?

9   **A.**   Not when I dealt with him, no.

10   **Q.**   You don't have any knowledge of any

11   instance like that?

12   **A.**   No.

13   **Q.**   And do you have any other knowledge of

14   Detective Englehart doing anything wrong?

15   **A.**   No.

16   **Q.**   Did you know a Detective Leo Allen?

17   **A.**   Yes.

18   **Q.**   How did you know Detective Allen?

19   **A.**   A personal friend of mine.  We played

20   softball together on the Cleveland Police

21   Department.

22   **Q.**   When would that have been?

23   **A.**   I played ball in the '80s, '70s and '80s.

24   **Q.**   Would you have worked with Detective Allen

25   on any investigations?

143

1   **A.**   No.

2   **Q.**   Do you have any personal knowledge of

3   Detective Allen's work as a homicide detective?

4   **A.**   A good detective.

5   **Q.**   Is that based upon his reputation?

6   **A.**   Both.

7   **Q.**   Okay.  And did you have occasion to observe

8   his work as a police detective?

9   **A.**   Yes.

10  **Q.**   When would that have been?

11  **A.**   I used to see him at different homicides,

12  he would come out and investigate a homicide on

13  the streets when they were called in.

14  **Q.**   What would be the occasion for you to be

15  there?

16  **A.**   Either I was the Sergeant or I was the

17  Lieutenant and they were called to the scene of

18  a homicide.

19  **Q.**   As Lieutenant of the Fourth District or

20  Lieutenant of the Fifth District?

21  **A.**   That's correct.

22  **Q.**   And Detective Allen would be there in his

23  role as the homicide detective?

24  **A.**   That's correct.

25  **Q.**   You didn't observe anything that Detective

144

1    Allen did wrong?

2    **A.**    No.

3    **Q.**    Do you have any knowledge of any misconduct

4    by Detective Allen?

5    **A.**    He struck out once in a baseball game.

6    **Q.**    Where it mattered?

7    **A.**    Yeah.  No.

8    **Q.**    How long have you known Detective Allen,

9    would you say?

10   **A.**    All the time on the Cleveland Police

11   Department.

12   **Q.**    When would you have first met him, back in

13   the '70s or later than that?

14   **A.**    Back in the '70s.

15   **Q.**    You don't recall specifically when?

16   **A.**    No.

17   **Q.**    So you have known him then through the

18   present day?

19   **A.**    Yes.

20   **Q.**    When was the last time you would have seen

21   him?

22   **A.**    Oh, years ago.

23   **Q.**    Now, the Detective Bureau in 1975, do you

24   know whether the Homicide Detective Bureau had

25   African-American detectives at that time?

145

1    **A.**    Yes.

2    **Q.**    Did you know any of those?

3    **A.**    Yes.

4    **Q.**    What were the names of some of those?

5    **A.**    Harvey Beavers worked there.  What is the

6    guy's name?  Harvey Beavers, you had Harvey.

7    **Q.**    There were a number of African-American

8    detectives in the Homicide Bureau?

9    **A.**    There was, yes.

10   **Q.**    Do you have a rough estimate of how many?

11   **A.**    At least six.

12   **Q.**    Okay.

13   **A.**    At least six.

14   **Q.**    And would there be occasions where an

15   African-American detective would be paired with

16   a white detective investigating homicide?

17   **A.**    Very rarely, because you had a partner, you

18   had a partner of the same race.

19   **Q.**    But you don't have any firsthand knowledge

20   as to how they were assigned on individual

21   homicides?

22   **A.**    You were given your assignments by your

23   work shift.  If you worked on the second shift,

24   assignment came in, if you were up, when I say

25   up, you were the next person in line.  He got

1   the last one, you were up, you got the homicide.

2   **Q.**   And how do you know that for homicide in

3   the 1970s?

4   **A.**   That was general practice in the detective

5   bureaus altogether.

6   **Q.**   You don't have any firsthand knowledge how

7   that was done in homicide in 1975?

8   **A.**   No.

9   **Q.**   You mentioned the name of Melvin Bankhead?

10   **A.**   Bankhead.  He was a homicide detective too.

11   **Q.**   He is an African-American detective?

12   **A.**   Yes.  Bankhead worked with me as a patrol

13   officer and then he went on to be a homicide

14   detective later.

15   **Q.**   Okay.

16   **A.**   Oliver was the name of another homicide

17   detective at that time, George Oliver.

18   **Q.**   Of the names you just mentioned, are any of

19   those detectives still alive?

20   **A.**   George Oliver might be still alive.

21   Because his son was the Chief of Police of the

22   Cleveland Police Department at one time.  Harvey

23   Beavers, did I give you that name?

24   **Q.**   Yes, you did.

25   **A.**   He is dead.  Bankhead might still be alive.

1   **Q.**   I want to draw your attention to paragraph

2   14 of your affidavit.  It is on page 4.

3   **A.**   Okay.

4   **Q.**   In paragraph 14(a) when you talk about many

5   older white police officers were racially biased

6   at the time, you don't have any information or

7   knowledge that Eugene Terpay was racially

8   biased?

9   **A.**   No.

10   **Q.**   You don't have any information or knowledge

11   that James Farmer was racially biased?

12   **A.**   No.

13   **Q.**   And you don't have any information or

14   knowledge that Frank Stoiker was racially

15   biased?

16   **A.**   No.

17   **Q.**   And you don't have any information that

18   John Staimpel was racially biased?

19   **A.**   No.

20   **Q.**   And you don't have any information that

21   Gerald Englehart was racially biased?

22   **A.**   No.

23   **Q.**   And you don't have any information that Leo

24   Allen was racially biased?

25   **A.**   No.

148

1 **Q.** Are you aware of Sergeant Comodeca being

2 racially biased?

3 **A.** No.

4 **Q.** Photograph 14(a) does not apply to any of

5 those detectives that I just referred to?

6 **A.** Right, yes.

7 **Q.** With respect to paragraph 14 as a whole,

8 none of these statements pertain to any

9 specific -- pertain to the detectives that I

10 just described?

11 **A.** No.

12 **Q.** I won't repeat their names again, but the

13 ones I just told you?

14 **A.** Yes.

15 **Q.** Now, in paragraph 12(e), you indicated you

16 were aware of other officers wrongfully

17 conducting interrogations of juveniles.

18 Do you see that?

19 **A.** Yes.

20 **Q.** When you use the word "interrogation," do

21 you see a difference between an interrogation of

22 a suspect versus an interviewing of a witness?

23 **A.** There is a difference between the two.

24 **Q.** So when you use the word "interrogations,"

25 what are you referring to in paragraph 12(e),

149

1    what is the difference?

2    **A.**   Bringing kids in the police station and

3    questioning them about things that is going on.

4    **Q.**   So would that include a juvenile who is a

5    suspect?

6    **A.**   Yeah.

7    **Q.**   What about, is there a difference between a

8    juvenile who is a suspect versus a juvenile who

9    is a witness?

10              **MR. GILBERT:**      Objection,

11   clarification.

12   **BY MR. FUNK:**

13   **Q.**   In your mind, is there a difference when

14   you are involved in questioning a suspect,

15   versus questioning a witness?

16   **A.**   There is a difference.

17   **Q.**   What is the difference?

18   **A.**   Well, a suspect, you are going to be asking

19   certain questions that might implicate him or

20   someone else with a crime.  Where just a

21   witness, you just ask him things like did you

22   know anything, can you tell me something about

23   something.

24   **Q.**   When you are referring to wrongfully

25   conducting interrogations of juveniles in

150

1    paragraph 12(e), is that referring to wrongfully
2    interrogating juveniles who are criminal
3    suspects?
4    **A.**    Yes.
5    **Q.**    Do you think that a detective who is out
6    questioning a witness, a juvenile who says that
7    they witnessed a crime, are they allowed to
8    question that person without their parent
9    present?
10   **A.**    Repeat that again.
11   **Q.**    If a police officer is investigating a
12   crime, and comes upon a juvenile who indicates
13   that they witnessed a crime, are they allowed to
14   question that person without the parent being
15   present?
16   **A.**    Yes, yes.
17   **Q.**    And why is that?
18   **A.**    Because that person, he is not a suspect.
19   He is not in police custody for the parent to be
20   there to protect his rights.
21   **Q.**    Were you involved in doing lineups?
22   **A.**    Yes, I have done lineups before.  Only
23   Sergeants and above do lineups.  A Sergeant has
24   to be present when a lineup is conducted also.
25   **Q.**    Have you done lineups, in which there was a

1   juvenile who was the witness?

2   **A.**   No.

3   **Q.**   So you don't have any personal knowledge of

4   any lineups in which a juvenile was a witness?

5   **A.**   No.

6   **Q.**   In a normal situation where you are doing a

7   lineup, the witness who is being asked to

8   identify the people, other than the police

9   detective, do they ever have any third parties

10  with them, when they are being asked to identify

11  somebody?  I will ask it again.

12      So you have a witness who is being asked to

13  identify people in a lineup.  As a general

14  practice, would you want to have other third

15  parties there with the witness when they are in

16  the course of doing their identification?

17  **A.**   No.

18  **Q.**   Why not?

19  **A.**   Not a police officer.

20      Generally, when you conduct the lineup, you

21  have the Sergeant or Lieutenant, often the

22  detective and the person doing the lineup.

23  **Q.**   And that is all?

24  **A.**   His attorney is there to protect his

25  rights.  Other than that, those are the only

1   people that are in the lineups.

2   **Q.**   That was the general practice?

3   **A.**   Yes.

4   **Q.**   And that is because you didn't want to have

5   the witness to be influenced by any other

6   parties?

7   **A.**   That's correct.  And that is why you always

8   had to have a supervisor there, to make sure

9   that that was done correctly.

10  **Q.**   In paragraph 11(g), it is on page 3.

11  **A.**   Yes.

12  **Q.**   Do you know whether any of the homicide

13  detectives that we have mentioned here in my

14  questioning, maintained a personal file for the

15  cases that they investigated, do you have any

16  personal knowledge of that?

17  **A.**   No.

18  **Q.**   And with respect to handwritten notes, if a

19  detective typed up his handwritten notes into

20  the supplemental report that was then presented

21  to the supervisor, do you have any knowledge as

22  to whether or not those handwritten notes would

23  have been kept in a personal file or not?

24  **A.**   They should be.  Always maintain -- we had

25  a jacket, you have a jacket, you throw

153

1  everything in the jacket.  They should be.  But

2  if they do it, I could not tell you.

3  Q.   When you say a manila jacket, there would

4  be an official investigative file?

5  A.   Yes.

6  Q.   And that file would have all the material

7  information relating to the investigation?

8  A.   Yes, copies of the statements that was

9  given to the Statement Unit, everything that has

10  to do with the case is kept in that jacket.

11  Q.   That would include the Form 1s or the Form

12  10s --

13  A.   Yes.

14  Q.   -- that documented the actual

15  investigation?

16  A.   Yes.

17  Q.   So if the contents of a handwritten note

18  were typed into the official report, that

19  official information in those notes would be in

20  the file?

21            THE WITNESS:     Should be.

22            MR. GILBERT:     Objection.  Go

23  ahead.

24  BY MR. FUNK:

25  Q.   And do you have any personal knowledge as

154

1   to how that was handled within the Homicide

2   Unit?

3   **A.**   No.

4            **MR. FUNK:**       Okay.  I don't have

5   any further questions.  What time is it?

6            **MR. GILBERT:**      It is after one.

7   We should --

8            (Thereupon, a discussion was held off

9            the record.)

10                  EXAMINATION

11  BY MS. WANG:

12  **Q.**   You had earlier testified in response to

13  one of Mr. Funk's questions that police officers

14  were allowed to interview juvenile witnesses

15  without parents present because the juveniles in

16  those cases were witnesses and not suspects; is

17  that right?

18  **A.**   Yes.

19  **Q.**   Was that the practice of the Cleveland

20  Police Department?

21  **A.**   Yes.

22  **Q.**   And that was the policy of the Cleveland

23  Police Department?

24  **A.**   Yes.

25            **MR. FUNK:**       Objection.

155

1     **BY MS. WANG:**

2     **Q.**   Was that the policy and practice of the

3     Cleveland Police Department in the 1970s?

4              **MR. FUNK:**        Objection.

5              **THE WITNESS:**      It was a practice

6     that we used.  Policy, I couldn't tell you if it

7     was a policy or not.

8     **BY MS. WANG:**

9     **Q.**   Okay.

10    **A.**   It was a practice.

11    **Q.**   Sure.  How did you know that it was the

12    practice of the Cleveland Police Department to

13    allow juvenile witnesses to be interviewed

14    without their parents?

15             **MR. FUNK:**        Objection.

16             **MR. MALLAMAD:**      Objection.

17             **THE WITNESS:**      I saw it being

18    done.

19    **BY MS. WANG:**

20    **Q.**   On many occasions, could you approximate?

21    **A.**   On many occasions.

22    **Q.**   Did you ever see a policy, a written policy

23    of the Cleveland Police Department one way or

24    another about how to conduct interviews with

25    juvenile witnesses?

156

1    **A.**    No.

2    **Q.**    Were you ever made aware of any policies of

3    the Cleveland Police Department about how to

4    conduct juvenile witness interviews?

5    **A.**    Later, later, in the '80s.  They started

6    doing more in-service training and that type of

7    thing.

8    **Q.**    But as of 1975, there were no policies that

9    you were aware?

10   **A.**    No.

11   **Q.**    We have had some opportunity to go through

12   a lot of the things that were in your affidavit

13   here today, which has been marked as Deposition

14   Exhibit 3.

15        Is there anything in your affidavit that is

16   inaccurate?

17   **A.**    No.

18   **Q.**    Everything in your affidavit is true?

19   **A.**    Yes.

20   **Q.**    To the best of your knowledge?

21   **A.**    Yes.

22   **Q.**    And you testified earlier about -- and this

23   is in your affidavit as well -- about how there

24   was no formal training on police policies,

25   practices or procedures after completing the

157

1    police academy in the 1970s?

2    **A.**    That's correct.

3    **Q.**    And you talked a little bit about how there

4    was some on-the-job training, where you would

5    learn how to do things from, you know,

6    superiors?

7    **A.**    Co-workers.

8    **Q.**    Co-workers or supervising officers, right?

9    **A.**    Yes, yes.

10   **Q.**    Would it be fair to say that any -- sorry,

11   strike that.

12        Would it be fair to say that you learned

13   the practices of the police department from your

14   co-workers or your supervisors from whom you

15   learned things on the job?

16   **A.**    Yes.

17   **Q.**    And would it be fair to say that any

18   practices of your co-workers or your

19   supervisors, whether they were good or bad, were

20   then passed down to you when you learned how to

21   do things from them?

22             **MR. FUNK:**       Objection.

23             **THE WITNESS:**    Yes.

24   BY MS. WANG:

25   **Q.**    Do you know whether or not when you became

158

1      a -- sorry, strike that.

2           When you became a patrol officer in 1969,

3      do you know whether or not the people from whom

4      you learned, in terms of on-the-job training,

5      whether they had any formal training?

6                    MR. FUNK:       Objection.

7                    MR. MALLAMAD:   Objection.

8                    THE WITNESS:    No.

9      BY MS. WANG:

10     Q.   Did you have a sense of whether there was

11     any training that was provided by the Cleveland

12     Police Department to your co-workers or your

13     supervisors from whom you learned things when

14     you joined the police department?

15                   MR. FUNK:       Objection.

16                   MR. MALLAMAD:   Objection.

17                   THE WITNESS:    No.

18     BY MS. WANG:

19     Q.   And you became a detective yourself in the

20     Auto Theft Unit, right?

21     A.   Yes.

22     Q.   Did you become -- and did you receive any

23     specialized training to become a detective?

24                   MR. FUNK:       Objection.

25                   THE WITNESS:    No.  It is not what

1    you know, it is who you know.

2    **BY MS. WANG:**

3    **Q.**    What do you mean by that?

4    **A.**    Well, I got to be detective, I could play

5    softball.  I hit home runs and they needed a

6    thumper on the team.  So I was a detective.  So

7    they knew that and that is why I got to be a

8    detective.

9    **Q.**    Oh, because --

10   **A.**    I played softball.  And they wanted --

11   **Q.**    You are saying literally, it is not a

12   baseball analogy.

13   **A.**    No.

14   **Q.**    Okay.  Go ahead.

15   **A.**    They needed a home run hitter, they needed

16   a pitcher.  So I played softball, so I was a

17   detective.

18   **Q.**    Was there a specific superior officer that

19   promoted you to detective?

20   **A.**    Yes.

21   **Q.**    Who was it?

22   **A.**    Sergeant Dierker.

23   **Q.**    Was that Richard?

24   **A.**    Richard, yes.

25   **Q.**    And so how did you learn that you became a

160

1    detective from Sergeant Dierker?

2    **A.**    I was notified.  As a matter of fact, I was

3    made a detective by information from Judge Lloyd

4    O. Brown.  I played golf with him one day, and

5    he knew that they wanted a detective, and he

6    asked if I wanted the job.  He made a phone

7    call, and I got the job.

8    **Q.**    Did you have friends that became homicide

9    detectives?

10   **A.**    Yeah.

11   **Q.**    Were you aware of any training that they

12   received in order to become a homicide

13   detectives?

14              **MR. FUNK:**        Objection.

15              **MR. MALLAMAD:**    Objection.

16              **THE WITNESS:**     You were just

17   picked, you were picked.

18   **BY MS. WANG:**

19   **Q.**    Your friends who became homicide

20   detectives, you were aware they were just picked

21   to become homicide detectives?

22   **A.**    Yes.

23              **MR. FUNK:**        Objection.

24   **BY MS. WANG:**

25   **Q.**    You have personal knowledge of that?

1          MR. FUNK:        Objection.

2          THE WITNESS:      No testing for that

3    type of job.  You just know somebody, or you at

4    the right place at the right time.  Since then,

5    they have a policy where the union have to pick

6    and then you go by seniority.  As the years went

7    by, that is the way they put people in places.

8    BY MS. WANG:

9    Q.   You earlier discussed, you mentioned the

10   thin blue line.

11   A.   Yes.

12   Q.   What did you mean by that?

13   A.   That is the police department, police

14   officer, the police code of conduct, the thin

15   blue line.  You know, it is us and everybody

16   else.  The thin blue line.

17   Q.   And so what implication did the thin blue

18   line have for your daily work as a detective,

19   when you were a detective?

20          MR. FUNK:        Objection.

21          MR. MALLAMAD:      Objection.

22          THE WITNESS:      We just looked out

23   for each other, you know.

24   BY MS. WANG:

25   Q.   Would you say that an officer like Ron

162

1   Turner was treated differently because he spoke

2   out about things that he saw in the department

3   that he thought was wrong?

4           **MR. FUNK:**        Objection, leading.

5           **MR. MALLAMAD:**    Objection.

6           **THE WITNESS:**     Ron Turner, Fred

7   Johnson, those are the guys that were -- Russell

8   Johnson, they were the guys that spoke out and

9   were treated differently.

10  **BY MS. WANG:**

11  **Q.**   What do you know about how Fred Johnson was

12  treated differently?

13  **A.**   Fred was President of the Black Shield

14  Police Association, and he was transferred

15  because the Chief saw him one day, he was

16  transferred.  He was denied movement within the

17  police department.  That happened to him.

18  **Q.**   What about Russell Johnson?

19  **A.**   Same with Russell Johnson.  Not transferred

20  or that type of thing, but he was kind of

21  ostracized by the police department by the

22  stance that he made concerning the issues of

23  black police officers.

24  **Q.**   And what issues concerning black police

25  officers?

1  **A.**   Promotion, discrimination, that type of

2  thing.

3  **Q.**   You testified earlier a little bit about

4  how there was no policy or practice requiring

5  detectives to turn over everything in their

6  possession to prosecutors?

7  **A.**   Yes.

8             **MR. FUNK:**      Objection.

9             **MR. MALLAMAD:**    Objection.

10  **BY MS. WANG:**

11  **Q.**   And if an officer decided not to take any

12  notes or not to put in his investigative file

13  some exculpatory information that he knew, such

14  as a witness giving an officer exculpatory

15  information about a suspect, if an officer

16  decided not to document that, and then decided

17  not to tell the prosecutor about what he knew,

18  is there any way that the prosecutor would know

19  about that information?

20             **MR. FUNK:**      Objection,

21  hypothetical.

22             **MR. MALLAMAD:**    Objection.

23             **MR. FUNK:**      Calls for

24  speculation.

25             **THE WITNESS:**    No.

164

1    BY MS. WANG:

2    Q.   So if there -- strike that.

3         So if an officer, if a detective while

4    interviewing a suspect -- or sorry, strike that.

5         If an officer, while interviewing a

6    witness, provided details of the crime to the

7    witness in order to implicate a suspect, but

8    then the detective never documented it and did

9    not tell the prosecutor that he had done that,

10   then is there any way a prosecutor would know

11   about that?

12              MR. MALLAMAD:     Objection.

13              MR. FUNK:         Objection.  Same

14   objection.

15              THE WITNESS:      Not if the witness

16   told him what had happened, then he would be

17   kind of pissed off, I would think.

18   BY MS. WANG:

19   Q.   Were there any policies that you were aware

20   of that instructed officers on whether or not

21   they had to document information like that that

22   they learned from witnesses?

23   A.   No.

24              MR. FUNK:         Objection.

25              MR. MALLAMAD:     Objection.

165

1   **BY MS. WANG:**

2   **Q.**   And was it the practice of Cleveland Police

3   Department in the 1970s, for detectives not to

4   document everything like that that they learned

5   from witnesses?

6                   **MR. MALLAMAD:**     Objection.

7                   **MR. FUNK:**     Objection.

8                   **THE WITNESS:**     Firsthand

9   knowledge, there was none.

10  **BY MS. WANG:**

11  **Q.**   There was none --

12  **A.**   There was no policy telling them.

13  **Q.**   There was no policy telling officers how to

14  deal with that situation?

15  **A.**   Right.

16  **Q.**   Or what to document?

17  **A.**   Right.

18  **Q.**   And there were no policies in the 1970s,

19  instructing officers on what information they

20  could or could not provide to witnesses during

21  interviews?

22                  **MR. MALLAMAD:**     Objection.

23                  **MR. FUNK:**     Objection.

24                  **THE WITNESS:**     It was a

25  detective's discretion to do what he wanted to

166

1   do on certain cases, on a case.

2   **BY MS. WANG:**

3   **Q.**   And was that your understanding of -- was

4   that the policy and practice of the Cleveland

5   Police Department, as you understood it?

6                    **MR. MALLAMAD:**     Objection.

7                    **MR. FUNK:**         Objection.

8                    **THE WITNESS:**      Practice, no

9   policy.

10  **BY MS. WANG:**

11  **Q.**   That was the practice of the Cleveland

12  Police Department.  How did you know that was

13  the practice of the Cleveland Police Department?

14                   **MR. FUNK:**         Objection.

15                   **MR. MALLAMAD:**     Objection.

16                   **THE WITNESS:**      Because I was the

17  detective, I did it, the department did it,

18  other departments did it.  You see everybody

19  else doing what you want to do.

20                   You handle your case like you feel

21  you need to to get it solved.

22  **BY MS. WANG:**

23  **Q.**   Jumping ahead in time a little bit, when

24  you were Commander of --

25  **A.**   Fifth and Sixth District.

167

1  **Q.**   -- of Fifth and Sixth District, that was in

2  '95, or started in '95?

3  **A.**   '91 until 2001.

4  **Q.**   Okay.  '91 to 2001.  Can you talk a little

5  bit about your duties and responsibilities when

6  you were Commander.

7  **A.**   Well, I was in charge of operating the

8  police station, running the police station.  I

9  was in charge of the detectives, I was in charge

10  of strike force, Vice Squad, patrol.  And it was

11  my job to meet with the community, and foster

12  relations between the community and the police

13  department.

14  **Q.**   How many commanders were there in the

15  Cleveland Police Department?

16  **A.**   Six district commanders and then you had

17  bureau commanders, community relations.  I think

18  they had somewhere like 14, mandated by City

19  Council.

20  **Q.**   Then who was your supervisor when you were

21  the Commander?

22  **A.**   Chief.

23  **Q.**   The Chief of Police?

24  **A.**   Yeah.

25  **Q.**   Did you have meetings with the Chief of

168

1   Police to discuss anything that was going on in

2   your district that you thought he should know

3   about?

4   **A.**   Yes.

5   **Q.**   Can you tell me more how these meetings

6   occurred?

7   **A.**   We had monthly meetings or weekly meetings.

8   We had weekly meetings with the Chief where the

9   commanders would meet and discuss things.  Then

10  you had your own personal meeting with the Chief

11  or the Mayor.  I was unlucky that I was the

12  Commander of the Mayor's district.

13       So I had more meetings than other

14  commanders did, because I had to meet personally

15  with the Mayor to take care of things that he

16  wanted done.

17  **Q.**   So these were weekly meetings with the

18  Chief of Police and the commanders of all the

19  districts?

20  **A.**   Yes.

21  **Q.**   And how long would these meetings generally

22  last?

23  **A.**   Two hours.

24  **Q.**   What would be discussed at these meetings

25  generally?

169

1   **A.**   Just basically operation of the police

2   department, different initiatives we were doing

3   and housekeeping issues.

4   **Q.**   Would you also bring up any problems that

5   were going on in the districts that you felt the

6   Chief of Police should know about?

7   **A.**   Why, at one time he had a thing called

8   CompStat, similar to what they have in New York

9   City.  They would bring the commanders and you

10  would sit before the board and they would

11  question you about your knowledge of crimes that

12  happened in your neighborhood, in your district,

13  and what you did to combat that crime and how

14  did you go about doing it.

15  **Q.**   Would it be fair to say that any problems

16  that were widespread with detectives or police

17  officers in your district were things that you

18  might also raise in these meetings?

19             **MR. FUNK:**        Objection.

20             **THE WITNESS:**     Yes.

21  BY MS. WANG:

22  **Q.**   Do you have specific examples of that?

23  **A.**   If you are short of detectives or clearance

24  rate.  We did things by clearance.  If your

25  clearance rate was down, they wanted to know

170

1  why.  You had to explain why the detectives

2  weren't clearing crimes and why you had so many

3  certain types of crimes happening in your area.

4  **Q.**  And do you know whether in the 1970s, the

5  structure of having commanders who reported

6  directly to the Chief of Police was the same?

7            **MR. FUNK:**        Objection.

8            **THE WITNESS:**      It wasn't the same.

9  **BY MS. WANG:**

10  **Q.**  Okay?

11  **A.**  In the '70s, you had Deputy Chiefs --

12  sorry, Deputy Inspectors and Inspectors.

13  **Q.**  Okay.  And so was Deputy Inspector

14  equivalent to --

15  **A.**  To a Commander.

16  **Q.**  -- to a Commander.  Okay.  So they had a

17  different title.  But functionally, they were

18  the same?

19  **A.**  That's correct.

20  **Q.**  There were Deputy Inspectors for each

21  district?

22  **A.**  Yes.

23  **Q.**  And then what was the Inspector?

24  **A.**  He might be in charge of a district too.

25  Just two ranks of inspectors, Deputy Inspector

171

1    and Inspector.

2    Q.    And then they would report to the Chief of

3    Police?

4    A.    Yes.

5    Q.    As far as you are aware, did the Deputy

6    Inspectors and the Inspectors also have meetings

7    with the Chief of Police to talk about anything

8    that was going on in their districts?

9              MR. FUNK:        Objection.

10             MR. MALLAMAD:    Objection.

11             THE WITNESS:     I don't know.

12   BY MS. WANG:

13   Q.    Do you have any reason to believe that the

14   Deputy Inspectors and Inspectors in the 1970s,

15   did not have meetings with the Chief of Police?

16             MR. FUNK:        Objection, leading.

17             MR. MALLAMAD:    Objection.

18             THE WITNESS:     No.

19   BY MS. WANG:

20   Q.    Do you have any reason to believe that they

21   didn't have those meetings?

22             MR. FUNK:        Objection.

23             MR. MALLAMAD:    Objection.

24             THE WITNESS:     Oh, I believe they

25   had meetings.  They definitely had meetings.

1    When and how I could not tell you.

2    **BY MS. WANG:**

3    **Q.**   Why do you feel they definitely had

4    meetings?

5              **MR. FUNK:**        Objection.

6              **THE WITNESS:**      That is the chain

7    of command of the police department.  You have

8    to have a meeting with your supervisor.

9    **BY MS. WANG:**

10   **Q.**   That was part of your job as Commander?

11             **MR. MALLAMAD:**     Objection.

12             **THE WITNESS:**     Yes.

13   **BY MS. WANG:**

14   **Q.**   That was something that you expected was

15   part of the job as Deputy Inspectors and the

16   Inspectors as well?

17   **A.**   Yes.

18             **MR. MALLAMAD:**      Objection.

19   **BY MS. WANG:**

20   **Q.**   When you were a Commander, did you ever

21   meet with the Director of Public Safety?

22   **A.**   Yes.

23   **Q.**   So what was his role relative to the Chief

24   of Police?

25   **A.**   He was the administrator of the budgets and

173

1   housekeeping issues for the police department,

2   fire department, safety in general.

3   Q.   Was it your understanding that the Chief of

4   Police was responsible for policies and

5   practices in the police department?

6                   MR. MALLAMAD:     Objection.

7                   MR. FUNK:     Objection.

8                   THE WITNESS:     Yes.

9   BY MS. WANG:

10  Q.   Did the Director of Public Safety have

11  anything to do with the policies and practices

12  of the police department?

13                  MR. MALLAMAD:     Objection.

14                  THE WITNESS:     Somewhat.

15  BY MS. WANG:

16  Q.   In what way?

17  A.   Well, he reviews policies.  If he sees

18  something wrong, he would contact the Chief and

19  they would make changes.  He was the custodian

20  or the boss, he was the number one person.

21  Q.   When you were the Commander of the weekly

22  meetings that you described for the Chief of

23  Police, would the Public Safety Director be

24  there too?

25  A.   No.

174

1  **Q.**   Were you ever present for any meetings with

2  the Public Safety Director when you were

3  Commander?

4  **A.**   Yes.

5  **Q.**   What kind of meetings were those?

6  **A.**   Mainly he came to meetings when we were

7  dealing with the Ku Klux Klan within Cleveland,

8  and he would come in and we would sit down and

9  talk about what we were going to do to make the

10  city safe, what kind of barricade, that type of

11  thing.  He was handling those type of meetings.

12  **Q.**   Earlier, you were asked a series of

13  questions by Mr. Mallamad, about whether or not

14  you ever received written materials from the

15  Cleveland Police Department that instructed you

16  to act in accordance with the law or the U.S.

17  Constitution.  Do you remember those questions?

18           **MR. MALLAMAD:**    Objection.

19           **THE WITNESS:**    Yes.

20  **BY MS. WANG:**

21  **Q.**   You don't have a legal background, right?

22  **A.**   No.

23  **Q.**   And did the detectives that you worked with

24  and knew in the 1970s have legal training or

25  legal background?

175

1          **MR. FUNK:**        Objection.

2          **MR. MALLAMAD:**       Objection.

3          **THE WITNESS:**       Some, some were

4    attorneys.

5    **BY MS. WANG:**

6    **Q.**   Did you know -- with respect to the

7    officers who weren't attorneys, would you have

8    any sense of what the law was, unless you had

9    been given some training on it from the police

10   department?

11         **MR. MALLAMAD:**       Objection.

12         **MR. FUNK:**        Objection.

13         **THE WITNESS:**       Well, you had a

14   copy of the Ohio Criminal Code, and that is what

15   you guided yourself by when you dealt with

16   people.  We all, you know, adhered to the

17   criminal code.

18   **BY MS. WANG:**

19   **Q.**   So having a copy of the criminal code

20   helped you determine when somebody had -- when a

21   suspect had violated the laws that you would

22   have probable cause to arrest them, right?

23   **A.**   That's correct.

24   **Q.**   Besides getting a copy of the criminal

25   code, did you ever receive any training on what

1   your legal obligations were as a police officer?

2              **MR. FUNK:**        Objection.

3              **MR. MALLAMAD:**    Objection.

4              **THE WITNESS:**     Yes, we did.

5   **BY MS. WANG:**

6   **Q.**  And what kind of training did you receive?

7   **A.**  We got that in the police academy.

8   **Q.**  That is what you talked about earlier?

9   **A.**  Yes.

10  **Q.**  And besides what you already testified to,

11  was there any other kind of training that you

12  received on your legal obligations of a police

13  officer?

14  **A.**  Later on, when we started having in-service

15  training, we got those type of -- we got that

16  type of training.

17  **Q.**  That was in the 1980s?

18  **A.**  Yes.

19  **Q.**  That did not occur in the 1970s?

20  **A.**  No.

21             **MR. MALLAMAD:**    Objection.

22             **MR. FUNK:**        Objection.

23  **BY MS. WANG:**

24  **Q.**  You had testified earlier about how it was

25  not -- you stopped the practice of officers

1    interrogating juvenile suspects without their
2    parents?
3    **A.**   Yes.
4              **MR. MALLAMAD:**     Objection.
5    **BY MS. WANG:**
6    **Q.**   Why did you stop that practice?
7    **A.**   Because it was illegal; you just didn't do
8    it.
9    **Q.**   Would you say it was wrong to interrogate
10   juvenile suspects without their parents?
11             **MR. MALLAMAD:**     Objection.
12             **MR. FUNK:**     Objection.
13             **THE WITNESS:**     If they were a
14   suspect in a crime, you didn't do it.
15   **BY MS. WANG:**
16   **Q.**   Why, though?  I am trying to understand
17   why.
18   **A.**   Because you don't interview or question
19   juveniles without their parents being there to
20   protect their rights.
21   **Q.**   Is it because juveniles are more
22   susceptible to --
23   **A.**   Just a second.
24   **Q.**   Is it fair to say that it is because
25   juveniles are more susceptible to threats or

1  coercion or other types of misconduct than an

2  adult would be?

3              MR. FUNK:         Objection.

4              MR. MALLAMAD:     Objection.

5              THE WITNESS:      Juveniles, some are

6  smart.  The majority of them, they don't know

7  what -- they can be easily coerced, they can be

8  told to say certain things, they could be led a

9  certain way without having a grown-up there, and

10 sometimes that don't happen, because of the

11 mentality of the grown-up; they could stop it.

12             If your mother not smart, your father

13 not smart, anything can go on.  But generally,

14 you need them there to protect the rights of the

15 kid.

16 BY MS. WANG:

17 Q.   Have you ever interrogated a juvenile as

18 young as 12?

19 A.   No.

20 Q.   Have you seen other police officers in the

21 department, either interview a juvenile witness

22 or interrogate a juvenile suspect as young as

23 12?

24             MR. FUNK:         Objection.

25             THE WITNESS:      Yes.

1    **BY MS. WANG:**

2    **Q.**   On how many occasions?

3    **A.**   Numerous occasions.  I can't give you a

4    number.  But like I said, working in different

5    bureaus, and being a Commander, and walking

6    through the police stations, walking through

7    things, you see.

8    **Q.**   And are there any of those specific

9    instances where detectives were questioning

10   juveniles that young that stand out in your

11   mind?

12   **A.**   No.

13   **Q.**   Were parents there for those instances?

14   **A.**   Yes.

15   **Q.**   And were those instances that happened

16   after the 1970s?

17   **A.**   Yes.

18   **Q.**   You said that you were familiar with Gerald

19   Englehart from the Statement Unit?

20   **A.**   Yes.

21   **Q.**   And you had had him type up statements for

22   you of witnesses before?

23   **A.**   Yes.

24   **Q.**   How would you go about getting statements

25   from -- or getting him to type up statements

180

1    from you?

2    **A.**    See, in the '70s, they had a Statement

3    Unit.  Now the detectives type their own

4    statements up.  In the '70s, we had a report

5    center, where you would call in and a person

6    would type a report, a female would type a

7    report for you over the telephone.

8        Now they put them in computers.  Those

9    days, they had just got assigned to Statement

10   Unit, that is all they did was type up

11   statements.

12       You would bring your witness or your

13   suspect into the Statement Unit, sit them down

14   and you conduct a statement.  He would type as

15   you are talking.  He would even ask questions

16   also, that you probably didn't ask, because they

17   are so familiar with the questions that they ask

18   during a statement, some things you couldn't

19   remember, they would chime in, which was okay

20   with us, to ask those questions of the suspect

21   or the witness.

22   **Q.**    Did you have those occasions where you

23   brought somebody to the Statement Unit and had

24   Englehart type up a statement for you?

25   **A.**    Yes.

181

1   **Q.**  Do you have any knowledge of how the
2  statement of the juvenile witness in this case
3  was taken?

4   **A.**  No, I don't.

5   **Q.**  What were you going to say?

6   **A.**  I didn't allow statements to be taken of
7  juveniles, because really you don't have a place
8  for a statement of a juvenile in the system.  We
9  generally made fact sheets, we sent the fact
10  sheets through the Juvenile Court and the
11  Juvenile Court took the fact sheet and took care
12  of the juveniles.

13   **Q.**  Is that with reference to juvenile
14  suspects, is that what you are referring to?

15   **A.**  Yes, yes.

16   **Q.**  What about juvenile witnesses?  The
17  allegation in this case is that there was a
18  juvenile witness, a witness who was 12 years
19  old, who made a statement implicating the
20  Plaintiffs in this case, Ricky Jackson, Kwame
21  Ajamu and Wiley Bridgeman.

22    Did you have any experience one way or
23  another in the 1970s with respect to how
24  juvenile witness statements were taken?

25   **A.**  No.

182

1              **MR. MALLAMAD:**     Objection.

2              **MR. FUNK:**     Objection.

3    **BY MS. WANG:**

4    **Q.**   Did the detectives in the 1970s have access

5    to typewriters?

6    **A.**   Yes.

7    **Q.**   Did you ever see any detectives type their

8    own statements, statements of witnesses?

9    **A.**   Oh, yeah, I did.  My partner did.  We did

10   them.

11        Because you might not be able to get in the

12   Statement Unit, so you type your own statement,

13   witness statements, yes.

14   **Q.**   How would you go about typing up those

15   statements, would you do an interview with the

16   witness and type them up right there?

17   **A.**   Yes.

18   **Q.**   Or you would do it afterwards?

19   **A.**   No, while the witness was there.

20   **Q.**   So typewriters were available in the

21   Detective Bureau to detectives who wanted to

22   type their own statements?

23              **MR. MALLAMAD:**     Objection.

24              **THE WITNESS:**     Yes.

25

1    **BY MS. WANG:**

2    **Q.**   That was true in 1975?

3    **A.**   Yes.

4    **Q.**   Could we take a quick break?

5           (Thereupon, a recess was taken.)

6                   EXAMINATION

7    **BY MR. GILBERT:**

8    **Q.**   I have a few questions for you, Mr. Tell.

9           When you came to my office to discuss some

10   of the matters that were brought up today, did I

11   lead you into answering these questions the way

12   you have testified, did I suggest in any way

13   that this was the way things happened back in

14   the police department during your career or did

15   you voluntarily tell me these things?

16   **A.**   You didn't suggest anything.  I

17   volunteered, told you.

18   **Q.**   Everything in that affidavit was basically

19   what you told me; is that correct?

20   **A.**   That's correct.

21   **Q.**   Now, you came in the police department in

22   1969.  And you had mentioned that Mayor Stokes

23   was an advocate for bringing in minorities into

24   the police department, right?

25   **A.**   Yeah, the first time I mentioned that was

184

1    today, yes.

2    **Q.**    Did you know Mayor Stokes?

3    **A.**    Yes.

4    **Q.**    And were you aware whether Mayor Stokes was

5    concerned about the racial makeup in the police

6    department?

7    **A.**    Yes.

8    **Q.**    Were you aware whether Mayor Stokes was

9    concerned about the racial disparities with the

10   way blacks were treated by police, versus

11   whites?

12                   **MR. FUNK:**        Objection.

13                   **THE WITNESS:**     Yes.

14   **BY MR. GILBERT:**

15   **Q.**    You indicated that even you were put into a

16   position of monitoring the police academy to

17   make sure that there was fair treatment of

18   minorities; is that correct?

19   **A.**    That's correct.

20   **Q.**    Do you know who was responsible for putting

21   you in that position?

22   **A.**    Safety Director Reginald Turner.

23   **Q.**    Was he a black Safety Director?

24   **A.**    Yes.

25   **Q.**    Mr. Mallamad asked you about whether there

185

1  was any kind of actual training where police

2  were instructed to violate the Constitution or

3  other laws.  And you said no, there was no

4  training.  Correct?

5  **A.**    That's correct.

6  **Q.**    Now, you have listed today numerous

7  incidents of beatings of suspects, of misconduct

8  in terms of evidence and property, stealing by

9  police officers, all these kinds of things that

10  we went over today, that you had personal

11  knowledge of and you were aware of.

12      Would you consider those to be violations

13  of law?

14          **MR. MALLAMAD:**    Objection.

15          **THE WITNESS:**    Yes.

16  **BY MR. GILBERT:**

17  **Q.**    And these incidents occurred, I believe you

18  testified these incidents occurred even with

19  supervisors and even Lieutenants were aware of

20  these things occurring, correct?

21          **MR. FUNK:**    Objection.

22          **MR. MALLAMAD:**    Objection.

23          **THE WITNESS:**    It is something I

24  told you about today.  I didn't talk to you

25  about it in your office.

186

1    **BY MR. GILBERT:**

2    **Q.**    Right.   But you are telling us today that

3    there were these situations where serious

4    misconduct took place in the presence of

5    supervisors, correct?

6                     **MR. FUNK:**        Objection.

7                     **MR. MALLAMAD:**      Objection.

8                     **THE WITNESS:**      That's correct.

9    **BY MR. GILBERT:**

10   **Q.**   And were you aware of whether any of these

11   officers who committed these serious incidents

12   of misconduct were disciplined in any way?

13                    **MR. MALLAMAD:**      Objection.

14                    **MR. FUNK:**        Objection, asked

15   and answered.

16                    **THE WITNESS:**      Just the one.  The

17   case of the stolen ring.

18   **BY MR. GILBERT:**

19   **Q.**   Of all the various terrible things that you

20   were aware that fellow police officers did, you

21   only knew of one time where somebody was

22   disciplined; is that right?

23                    **MR. MALLAMAD:**      Objection.

24                    **MR. FUNK:**        Objection.

25                    **THE WITNESS:**      Yes, that's

187

1    correct.

2    **BY MR. GILBERT:**

3    **Q.**   Was there a prevailing understanding among

4    you and your fellow officers that police can get

5    away with this kind of behavior without being

6    held accountable?

7              **MR. MALLAMAD:**     Objection.

8              **MR. FUNK:**        Objection, leading.

9              **THE WITNESS:**     I was aware of it.

10   **BY MR. GILBERT:**

11   **Q.**   Now, you have talked about the thin blue

12   line.  Is that similar to the code of silence?

13   **A.**   Similar.

14   **Q.**   What would be the difference?

15   **A.**   Well, the code of silence is, you see

16   something happening and you don't want to tell.

17   The thin blue line is police in general, where

18   it is us against them.  And it is a thin blue

19   line.  I kind of look at it as a different code

20   of silence.

21   **Q.**   When you were Commander in a couple of

22   districts where you were involved, did you teach

23   officers to engage in the code of silence?

24   **A.**   No.

25   **Q.**   Did you --

188

1  **A.**   That is not taught.

2  **Q.**   That is not taught?

3  **A.**   No, that is learned.

4  **Q.**   And is that -- in the '70s, was that a

5  prevailing culture within the Cleveland Police

6  Department?

7              **MR. MALLAMAD:**     Objection.

8              **MR. FUNK:**        Objection.

9  Leading, no foundation.

10             **THE WITNESS:**     That was a

11  prevailing culture in all police departments in

12  the United States.

13  **BY MR. GILBERT:**

14  **Q.**   But I am asking you specifically in the

15  Cleveland Police Department in the '70s.

16  **A.**   Yes.

17             **MR. FUNK:**        Objection.

18             **MR. MALLAMAD:**     Objection.

19  **BY MR. GILBERT:**

20  **Q.**   Was that the custom of the members of the

21  Police Department to engage in that kind of code

22  of silence?

23             **MR. FUNK:**        Objection.

24             **MR. MALLAMAD:**     Objection.

25             **THE WITNESS:**     Yes.

189

1  **BY MR. GILBERT:**

2  **Q.**   And when there is a code of silence, then

3  it is not reported, the misconduct is not

4  reported to higher ups, correct?

5             **MR. MALLAMAD:**     Objection.

6             **THE WITNESS:**     That's correct.

7  **BY MR. GILBERT:**

8  **Q.**   If the higher ups don't know about it,

9  there is nothing they can do about it?

10             **MR. MALLAMAD:**     Objection.

11             **MR. FUNK:**         Objection.

12  **BY MR. GILBERT:**

13  **Q.**   Right?

14  **A.**   That's correct.

15  **Q.**   Were you aware of situations where officers

16  actually broke the code of silence and reported

17  misconduct?

18  **A.**   Yes.

19  **Q.**   And what happened to them?

20  **A.**   They were ostracized.

21             **MR. FUNK:**         Objection.

22             **THE WITNESS:**     They were -- things

23  happened to their cars, things happened to their

24  lockers, things happened to personal belongings

25  and they got the message.

1    **BY MR. GILBERT:**

2    **Q.**    So when you say you got the message, was it

3    if you see violations of the Constitution,

4    violations of the law, abusing people, beating

5    people, stealing things from people, you better

6    not talk about it, because something is going to

7    happen to you?

8                    **MR. MALLAMAD:**      Objection.

9                    **MR. FUNK:**      Objection, leading.

10                   **THE WITNESS:**      That's correct.

11   **BY MR. GILBERT:**

12   **Q.**    In your affidavit regarding that paragraph

13   10(a), where you talk about in 1975 regarding no

14   formal training after the police academy, and

15   that it was basically on-the-job training; you

16   indicated that there was no uniform, standard

17   training for every new officer, because senior

18   officers who trained new officers did not all

19   use the same practices.

20   **A.**    That's correct.  Now they call them field

21   training officers.  And the field training

22   officers today that started in the '80s, they

23   were sent to the police academy, they were given

24   instructions on how to train, how to grade, and

25   the police came out, they got graded.  You

191

1    actually get graded.

2    **Q.**   Okay.

3    **A.**   We didn't get graded.

4    **Q.**   So given this, as you say, different

5    practices that are not uniform, and apply it to

6    the situation where detectives turn over

7    information to prosecutors, is it your testimony

8    that some kinds of information could be turned

9    over than other kinds of information?

10              **MR. FUNK:**       Objection.

11              **MR. MALLAMAD:**    Objection.

12              **THE WITNESS:**     Yes.

13   **BY MR. GILBERT:**

14   **Q.**   And there was no way of monitoring and

15   controlling that disparity, was there?

16              **MR. FUNK:**       Objection.

17              **MR. MALLAMAD:**    Objection.

18              **THE WITNESS:**     No.

19   **BY MR. GILBERT:**

20   **Q.**   In terms of information about changes --

21   this is paragraph 10(c), information about

22   changes in the law were not provided through

23   formal training.

24        So some officers were able to get the

25   information about changes in law, and others

192

1    were not?

2                MR. FUNK:          Objection.

3                MR. MALLAMAD:      Objection.

4                MR. FUNK:          Lack of foundation.

5    BY MR. GILBERT:

6    Q.   Is that what you are saying?

7    A.   Yes.

8    Q.   So in terms of the changes of law would be

9    a hit or miss situation?

10               MR. FUNK:          Objection.

11               MR. MALLAMAD:      Objection.

12               THE WITNESS:       If you didn't come

13   to work today and they read a roll call about

14   something was happening, if your partner didn't

15   tell you or you didn't come back the next day

16   when they read it again, you didn't find out

17   about it until later, then, you know, you

18   started adhering to that.

19   BY MR. GILBERT:

20   Q.   You indicated in terms of -- if you look at

21   11(d) there, where it says, "Unless a prosecutor

22   asks the detective working the case if there was

23   anything else related to the case that he should

24   know about it, then the prosecutor would not

25   receive any additional information beyond

193

1  written statements."

2      Do you see that?

3  **A.**   Yes.

4  **Q.**   Are you saying there that it is up to the

5  detective to determine what additional

6  information beyond the written statements would

7  be provided?

8           **MR. FUNK:**       Objection, leading.

9           **MR. MALLAMAD:**   Objection.

10          **THE WITNESS:**    Yes, that is the

11  way it would go down.

12  **BY MR. GILBERT:**

13  **Q.**   Unless the prosecutor asked, do you have

14  any information other than what is in the file,

15  that prosecutor would not get it?

16          **MR. MALLAMAD:**   Objection.

17          **MR. FUNK:**       Objection,

18  speculation.

19          **THE WITNESS:**    Sure would not.  He

20  would not get it.

21  **BY MR. GILBERT:**

22  **Q.**   And that would hold true, what you just

23  testified in paragraph (f), regarding a tip that

24  an alternative suspect committed a crime?

25          **MR. FUNK:**       Objection.

1          **MR. MALLAMAD:**     Objection.

2  **BY MR. GILBERT:**

3  **Q.**   Would the same practice be involved?

4          **MR. FUNK:**        Objection.

5          **MR. MALLAMAD:**     Objection.

6          **THE WITNESS:**      Yes, yes.  Here is

7  the way that is done.  Say that a detective

8  interviews somebody and the guy say snitches.

9  Well, he is not going to get that information,

10  because he wants to take care of the snitch.  So

11  he just would not tell him, to protect the

12  person.

13  **BY MR. GILBERT:**

14  **Q.**   Um-hum, okay.

15  **A.**   That is one way it is done.

16  **Q.**   Maybe Liz had asked this before, I am

17  sorry.

18        There were two files, correct, one was the

19  official file and one was your own personal

20  file?

21          **MR. FUNK:**        Objection, leading.

22          **MR. GILBERT:**     What is wrong with

23  leading questions?

24          **MR. FUNK:**        You specifically

25  asked him at the beginning of the deposition

1  that you didn't lead him when you prepared his

2  affidavit.

3         **MR. GILBERT:**    This is based on

4  your, Shawn's about four or five hours of

5  testimony.

6         **MR. FUNK:**    This is your

7  witness.

8         **MR. GILBERT:**    Tell me what under

9  Rule 26 where I cannot ask a leading question in

10  a deposition.

11         **MR. FUNK:**    You are leading

12  your witness.  It is your witness.

13         **MR. GILBERT:**    All right.

14         **THE WITNESS:**    Repeat the

15  question.

16         **MR. GILBERT:**    Can you repeat the

17  question.

18         (Thereupon, the Reporter read the

19         record as requested.)

20         **THE WITNESS:**    That's correct.

21         **MR. FUNK:**    Same objection.

22         **MR. MALLAMAD:**    Same objection.

23  **BY MR. GILBERT:**

24  **Q.**  And did the personal file have information

25  that, sometimes have information that was not in

196

1    the official file?

2              **MR. FUNK:**        Objection.

3              **MR. MALLAMAD:**    Objection.

4              **THE WITNESS:**     Yes, the official

5    file is kept in the Statement Unit.

6    **BY MR. GILBERT:**

7    **Q.**   And there was no policies or procedures

8    that the personal file was to be turned over to

9    the prosecutor, correct?

10             **MR. MALLAMAD:**    Objection.

11             **MR. FUNK:**        Objection.

12             **THE WITNESS:**     Repeat the question

13   again.

14   **BY MR. GILBERT:**

15   **Q.**   Was it your understanding that there was a

16   requirement that the personal file with the

17   additional material was required to be turned

18   over to the prosecutor?

19             **MR. MALLAMAD:**    Objection.

20             **MR. FUNK:**        Objection.

21             **THE WITNESS:**     Yes.

22   **BY MR. GILBERT:**

23   **Q.**   So there was no policy?

24             **MR. MALLAMAD:**    Objection.

25

1    **BY MR. GILBERT:**

2    **Q.**   Is that what you are saying?

3    **A.**   There was, there is a policy.  Let's say on

4    the written, no, but it was understood that

5    anything you have in your file that is

6    pertinent, should go to the prosecutor.

7    **Q.**   And did you see any cases where some of

8    that information in the personal file was not

9    turned over to a prosecutor in the course of

10   your participation as a detective?

11              **MR. FUNK:**        Objection.

12              **MR. MALLAMAD:**     Objection.

13              **THE WITNESS:**     Yes.

14              **MR. GILBERT:**      I have no further

15   questions at this point.

16              **MR. MALLAMAD:**    I just have a

17   couple of follow-up questions, Mr. Tell.

18                   FURTHER EXAMINATION

19   **BY MR. MALLAMAD:**

20   **Q.**   Mr. Tell, you were never a member of the

21   Homicide Unit throughout your entire career?

22   **A.**   Never.

23   **Q.**   And you are not able to give any evidence

24   as to the training that the homicide detectives

25   who worked in the Homicide Bureau in the 1970s

1   received?

2   **A.**   I am not able to say that.

3   **Q.**   And you are not able to testify as to the

4   practices of homicide detectives who worked in

5   the Homicide Bureau in the 1970s; is that

6   correct?

7   **A.**   That's correct.

8   **Q.**   The Safety Director for the City of

9   Cleveland and the Police Chief for the City of

10  Cleveland have different abilities to impose

11  discipline?

12  **A.**   That's correct.

13  **Q.**   By that I mean, the Police Chief is limited

14  to what he or she can impose?

15  **A.**   He can give you up to ten days, Safety

16  Director can fire you.  You can be suspended up

17  to ten days by the Chief of Police.  The Safety

18  Director fires you.  The Chief of Police handles

19  all incidents that are misdemeanors.  The Safety

20  Director takes care of the felonies.

21  **Q.**   The Safety Director can impose discipline

22  beyond ten days, up to and including

23  termination?

24  **A.**   That's correct.

25                  **MR. MALLAMAD:**    Those are all my

199

1    questions.

2           **MR. FUNK:**          I have just a

3    couple of final as well.

4                    FURTHER EXAMINATION

5    **BY MR. FUNK:**

6    **Q.**   When you are talking about personal files,

7    are you talking about your own personal file?

8    **A.**   You have a working file, and then once you

9    take all the information out of your working

10   file, you give your -- the original file is sent

11   to the prosecutor.

12          But you also keep a copy of that, plus your

13   notes, pictures, additional pictures, that type

14   of thing.  That is your personal file which is

15   kept in a locker or a file cabinet in the

16   office.

17   **Q.**   So it is not -- when we are talking about

18   personal files, you are not talking about some

19   file that you kept, just you yourself

20   personally, in like a desk drawer, you are

21   talking about the file that was kept by the

22   homicide -- not the homicide, by your Detective

23   Bureau?

24   **A.**   Yes.

25   **Q.**   So when you speak of personal files, you

1    are talking about the official investigatory

2    file of the Detective Bureau?

3    **A.**    That's correct.

4    **Q.**    And that file, the contents of that file

5    was provided, if it related to the

6    investigation, it was material to the

7    investigation, that would be provided to the

8    prosecutor?

9    **A.**    A cleaner duplicate of that file, yes.

10   **Q.**    There wouldn't be any information in that

11   file that you would withhold from the

12   prosecutor, if it was material to the

13   investigation?

14             **MR. GILBERT:**    Which file are you

15   talking about, the handwritten notes?

16   **BY MR. FUNK:**

17   **Q.**    When he talked about personal file, you are

18   talking about the file that was kept by -- we

19   are talking about the Auto Theft Detective

20   Bureau, the file that was kept by the Auto Theft

21   Detective Bureau?

22   **A.**    Right.

23   **Q.**    So when you talked -- you had the question

24   from, the leading questions from Attorney

25   Gilbert, he said, there is a personal file and

201

1  then there is an official file.  I think when

2  you answered, when you were talking about an

3  official file, you were saying that was the file

4  kept by the Statement Unit?

5  **A.**   And the prosecutor.

6            **MR. GILBERT:**     No.

7            **MS. WANG:**        No.

8            **THE FUNK:**        Hold on, let me

9  explain.

10           **THE WITNESS:**     Point of

11 clarification:  Statements in a case was kept by

12 the Statement Unit, just the statements.

13 **BY MR. FUNK:**

14 **Q.**   Okay.

15 **A.**   The statements, plus photos, any other

16 investigative things, reports, they were all

17 given to the prosecutor.

18 **Q.**   So when you talk about the personal file,

19 that is just a copy of the file, the official

20 file that was given to the prosecutor?

21 **A.**   That's correct.

22 **Q.**   And you are not aware of any of the

23 homicide detectives that I listed for you

24 previously, Eugene Terpay, James Farmer, John

25 Staimpel, Frank Stoiker, Peter Comodeca, you are

202

1    not aware of any of those five detectives or

2    Sergeant keeping a separate personal file,

3    separate from the official homicide

4    investigation file?

5    **A.**    No.

6                    **MR. FUNK:**        Thank you.

7                    **MS. WANG:**        I have a few

8    follow-up.

9                    **MR. GILBERT:**      Let me just --

10                    FURTHER EXAMINATION

11   **BY MR. GILBERT:**

12   **Q.**    Okay.  Let's try to clear this up here in

13   my mind.  There were personal notes that were,

14   according to (h), if you look at (h), 11(h), in

15   your affidavit it says, "Detectives placed their

16   personal notes in the detective's personal case

17   folder."

18        Do you see that?

19   **A.**    Yes.

20   **Q.**    What is that?  What is the personal case

21   folder?

22   **A.**    That is the folder that is kept inside of

23   the file cabinet in the bureaus.

24   **Q.**    And that would have notes and handwritten

25   things in there as well, right?

1   **A.**    Yeah, you keep -- you keep them in your

2   possession until you clear the case.  Once the

3   case is cleared, they are filed away.  Until

4   then, they are yours, you keep them in your desk

5   drawer and you use them as a working tool.

6   **Q.**    And my question to you, is the personal

7   case folder that you prepare as a detective in

8   your unit, is that turned over to the

9   prosecutor?

10  **A.**    No.

11              **MR. GILBERT:**      Thank you.

12                  FURTHER EXAMINATION

13  **BY MR. FUNK:**

14  **Q.**    Okay.  You are talking about the Auto Theft

15  Detective Bureau, right?

16  **A.**    All detective bureaus.

17  **Q.**    I am sorry, did you have follow-up

18  questions?

19              **MS. WANG:**      No.

20  **BY MR. FUNK:**

21  **Q.**    I didn't mean to interrupt.

22  **A.**    I was the Chief Detective of the district.

23  **Q.**    You don't have any knowledge of how the

24  files were kept in Homicide Detective Bureau in

25  1975?

204

1   **A.**   They were all kept the same.  Statements

2   were given to the Statement Unit.  They stayed

3   there.  Every detective has a file that you use

4   when you go out on the street to talk to people,

5   it is in a manila envelope with the names of

6   suspects on them.

7   **Q.**   Right.

8   **A.**   Everything is in there.

9   **Q.**   And that is --

10  **A.**   That is your working file.

11  **Q.**   That file, there is only one file that has

12  all the information relating to the official

13  investigation, to your knowledge?

14  **A.**   There are two.  There are two files.

15  **Q.**   There is a Statement Unit file?

16  **A.**   Then once the case is presented to the

17  prosecutor, he gets the cleaned up version of

18  everything, statements and every other

19  supplemental report that you have in the folder,

20  that type of thing, are given to the prosecutor.

21      You also have in your possession the same

22  information, but it is not as cleaned up as the

23  original that you send him.

24  **Q.**   You don't have any knowledge that that

25  practice was followed by the detectives in the

205

```
1    Homicide Bureau in 1975, do you?
2              MR. GILBERT:      Objection, he
3    already answered that.
4              MR. FUNK:         No, he didn't.
5              MS. WANG:         He said all
6    detectives --
7              THE WITNESS:      All detectives did
8    that.
9    BY MR. FUNK:
10   Q.   You don't have any knowledge about the
11   Detectives Farmer, Terpay, you already answered
12   that question?
13   A.   No.
14   Q.   In this case, do you have any knowledge
15   that Detective Farmer, Terpay, Staimpel,
16   Stoiker, ever withheld any evidence from the
17   prosecutor?
18             MR. GILBERT:      Objection.  Beyond
19   the scope of the redirect.
20             THE WITNESS:      No.
21   BY MR. FUNK:
22   Q.   And do you know whether the official
23   investigative file in this case was provided to
24   the prosecutor?
25             MR. GILBERT:      Objection.  He
```

1    doesn't know anything about this case.

2    **BY MR. FUNK:**

3    **Q.**   So you don't have any knowledge as to

4    whether or not there was anything that was

5    withheld from the prosecutor in this case?

6    **A.**   No.

7              **MR. FUNK:**        Thank you.

8              **MR. GILBERT:**     Okay.  So you see

9    this court reporter here, who wrote

10   everything -- typed everything out in notes.

11   She is going to prepare a transcript of what you

12   said today.  You have a right to review that, to

13   see if there is any errors or things that you

14   don't agree with.

15             Do you want to do that or do you want

16   to just -- or do you want to waive it?

17             **THE WITNESS:**     I will waive it.

18             (Thereupon, the W. Tell, Sr.,

19             deposition was concluded at 2:04

20             o'clock p.m.)

21                        - - -

22

23

24

25

207

```
 1           C E R T I F I C A T E
 2
    STATE OF OHIO,    )
 3                    )  SS:
    SUMMIT COUNTY,    )
 4
         I, Binnie Purser Martino, a Registered
 5  Diplomate Reporter, Certified Realtime Reporter
    and Notary Public within and for the State of
 6  Ohio, duly commissioned and qualified, do hereby
    certify that the within-named witness, WILLIAM
 7  TELL, SR., was by me first duly sworn to testify
    the truth, the whole truth and nothing but the
 8  truth in the cause aforesaid; that the testimony
    then given by him was by me reduced to Stenotypy
 9  in the presence of said witness, afterwards
    prepared and produced by means of Computer-Aided
10  Transcription and that the foregoing is a true
    and correct transcription of the testimony so
11  given by him as aforesaid.
         I do further certify that this deposition
12  was taken at the time and place in the foregoing
    caption specified, and was completed without
13  adjournment.
         I do further certify that I am not a
14  relative, employee of or attorney for any party
    or counsel, or otherwise financially interested
15  in this action.
         I do further certify that I am not, nor is
16  the court reporting firm with which I am
    affiliated, under a contract as defined in Civil
17  Rule 28(D).
         IN WITNESS WHEREOF, I have hereunto set my
18  hand and affixed my seal of office at Akron,
    Ohio on this 20th day of June, 2016.
19
20
21
22
23          _____
              Binnie Purser Martino, RDR, CRR
24
         My commission expires June 25, 2019.
25                  - - -
```

**A**

**A-y-e-r-e**
36:16 93:9
**abilities**
198:10
**ability**
8:17 9:3
**able**
39:25 57:3,7
76:17 99:10
109:6 111:14
111:16 115:22
127:1 182:11
191:24 197:23
198:2,3
**abused**
39:23
**abusing**
190:4
**academy**
24:16,18,20 25:2
25:8,13,16
28:14,20 31:14
31:16,18,21,23
31:24 32:11,13
56:12 62:20
67:11,14 84:2
84:6 157:1
176:7 184:16
190:14,23
**access**
182:4
**accident**
10:14 128:12
**accidents**
10:9,11
**accountable**
187:6
**accuse**
131:15
**achieved**
9:15
**acquire**
29:8
**act**
30:14,22 31:4,10

35:6,15 36:1
174:16
**acting**
63:9,18
**action**
90:25 93:16
207:15
**actions**
75:4 94:12 133:6
**activities**
59:12,17
**actual**
117:25 153:14
185:1
**additional**
78:11 192:25
193:5 196:17
199:13
**address**
24:23 53:21
**adhere**
65:19
**adhered**
175:16
**adhering**
192:18
**adjacent**
24:21,22
**adjournment**
207:13
**administered**
113:17
**administrator**
172:25
**adopted**
47:15
**adult**
178:2
**advice**
44:11
**advocate**
183:23
**affairs**
39:5 41:2,4,12
43:4,15,20,23
44:13,20 91:24

**affect**
8:17 9:3 30:8
**affidavit**
55:17,23 56:2,6
56:9,10 62:4
62:17 64:10
65:9 67:5
75:24 81:22
84:2 87:4,6
92:8,13,23
94:19,21 96:9
97:4,10 98:7
103:24 104:16
105:2 106:23
118:15 124:13
147:2 156:12
156:15,18,23
183:18 190:12
195:2 202:15
**affiliated**
207:16
**affixed**
207:18
**aforesaid**
207:8,11
**afraid**
38:21 39:8,9
116:8,10
**African-Ameri...**
144:25 145:7,15
146:11
**age**
7:2
**agency**
134:15
**ago**
51:1 144:22
**agree**
45:11 64:3,8
69:18 70:1
84:12 85:4
102:8 206:14
**agreement**
2:4
**ahead**
54:13 121:18

122:23 153:23
159:14 166:23
**aid**
25:4 26:15 27:2
27:7
**Ajamu**
1:13 3:12 7:12
133:11 181:21
**Akron**
5:8 207:18
**al**
1:9,13,17
**Alfred**
97:17
**alive**
146:19,20,25
**allegation**
181:17
**alleged**
133:18
**Allen**
142:16,18,24
143:22 144:1,4
144:8 147:24
**Allen's**
143:3
**allow**
155:13 181:6
**allowed**
71:10 72:7 73:4
105:5,22 107:7
107:13,21
108:4 109:8,9
120:21 122:15
130:8,20 150:7
150:13 154:14
**allowing**
101:18
**alongside**
62:7
**alternative**
80:17 82:1
193:24
**altogether**
146:5
**ambiguous**

30:18 79:13
**ambulance**
37:19,21
**Amos**
99:6,7,8
**analogy**
159:12
**and/or**
118:18
**Andress**
2:5 5:5
**announcing**
59:22
**annual**
25:18
**answer**
8:4,10 9:6 13:18
54:10 67:3
73:23 79:18
**answered**
13:4,6 45:24
49:21 55:4
75:16 79:15
106:25 120:12
186:15 201:2
205:3,11
**answering**
183:11
**anybody**
44:2,22 103:14
131:15
**anyplace**
95:20
**anytime**
95:23 100:9
**apparent**
45:20
**appeal**
20:25 21:3 71:18
72:9
**appealed**
21:7
**APPEARANC...**
3:1 4:1 5:1
**appears**
51:16

**application**
24:12
**apply**
148:4 191:5
**apprehended**
113:12
**approximate**
155:20
**approximately**
58:16
**area**
23:3 26:13 34:7
85:18 98:25
101:8 110:6,7
115:19 134:16
139:22 170:3
**areas**
25:10,11 33:23
105:17 107:7
107:20,21
108:4 109:7
**armor**
47:7,9,18,20
48:1,6 49:6
**arrest**
76:1 90:5 126:1
175:22
**arrested**
114:16
**arresting**
73:6
**arrived**
36:14 112:12
**art**
118:9
**aside**
10:14 23:16
71:12 103:20
108:2
**asked**
18:15 45:23
51:10 52:14,15
53:15 54:9
55:3 75:15
78:8 90:1
106:24 139:24

151:7,10,12
160:6 174:12
184:25 186:14
193:13 194:16
194:25
**asking**
7:21 149:18
188:14
**asks**
192:22
**asleep**
63:9,9
**aspects**
34:24
**assaulted**
95:15 116:1
**assigned**
11:8,9,10 15:17
47:6 48:7
58:13 61:22
105:9,12 108:8
110:6,7,8,13
110:15 145:20
180:9
**assignment**
22:18 31:20
145:24
**assignments**
14:18 145:22
**assist**
8:13 32:10 69:12
**Assistant**
4:17
**associated**
79:9
**Association**
162:14
**assume**
8:3 9:6,22 24:9
29:25 68:19
**attempted**
43:1
**attend**
26:20
**attended**
26:5,18

**attention**
147:1
**attorney**
3:5,15 4:4,5 5:6
50:23 54:5,20
54:21 55:24
151:24 200:24
207:14
**attorneys**
20:11 21:16
50:21 51:23
53:24 54:6
175:4,7
**authored**
48:18
**auto**
11:6 13:11,22
14:7 22:10,11
22:12,19 27:16
27:20,25 28:5
28:11 31:9
61:6,7 62:5,6
62:10 63:1
84:13 85:21,23
134:11,13
139:12 158:20
200:19,20
203:14
**Automobile**
10:9
**available**
182:20
**Avenue**
4:19 24:21
129:17
**awards**
32:25 33:1
**aware**
65:3,4 66:21,23
70:9 73:1,12
73:17 74:9,16
74:22 75:1
83:24 89:4,16
89:21 91:7
94:8,22 97:2
103:22 104:2

109:2,9,10,23
124:10 132:19
135:23 140:24
141:20 148:1
148:16 156:2,9
160:11,20
164:19 171:5
184:4,8 185:11
185:19 186:10
186:20 187:9
189:15 201:22
202:1
**Ayere**
36:16 93:9,10

—————
**B**
**B-a-l-a-g-a**
14:21
**B-u-r-k**
16:11
**B&E**
127:25
**B.S**
40:25
**back**
12:9 24:7,18
32:2 40:10,16
42:6 47:23
53:12 56:1
69:5,24 88:3
90:7,10 101:7
106:1 108:18
116:6 120:10
125:1 127:24
130:2 131:13
131:14,16,17
131:20,24
132:1 134:4
144:12,14
183:13 192:15
**background**
174:21,25
**backyard**
114:22
**bad**
130:7 157:19

**badgering**
79:14
**Balaga**
14:21,22 15:18
17:6 131:3,6
**ball**
142:23
**bank**
39:22,23 40:5
41:23 42:7,9
42:17
**Bankhead**
108:7 146:9,10
146:12,25
**bar**
112:9 113:8,9,11
115:17,18,20
115:21,23
116:1 128:10
**barmaid**
112:10
**barricade**
174:10
**bars**
63:20
**baseball**
144:5 159:12
**based**
56:22 57:17,20
68:25 143:5
195:3
**basic**
76:25 77:3 84:10
85:9
**basically**
27:19 28:8 32:10
61:20,25 169:1
183:18 190:15
**basis**
56:21 106:22
**beat**
36:24 37:5 90:9
106:17 112:19
113:22 116:7
**beaten**
112:3 113:7

114:4 115:15
116:13
**beating**
87:12 90:12
102:2 113:3,18
190:4
**beatings**
185:7
**beats**
105:9
**Beavers**
145:5,6 146:23
**began**
12:5 28:22 54:4
**beginning**
24:7 28:13
101:11,13,13
194:25
**Behalf**
3:3,12 4:13 5:3
**behavior**
76:11 83:22
96:19,23 97:9
99:12 100:6,9
118:18 120:16
121:8 125:12
125:20 187:5
**believe**
44:1 54:2 101:25
171:13,20,24
185:17
**belongings**
189:24
**belt**
98:18 100:13,19
101:15 102:1,9
102:22
**bench**
63:8
**Bender**
20:14,15
**benders**
10:12
**best**
39:16 156:20
**better**

190:5
**beyond**
78:12 84:2
192:25 193:6
198:22 205:18
**bias**
106:5,18 110:24
**biased**
104:17 147:5,8
147:11,15,18
147:21,24
148:2
**Bibb**
108:6
**big**
26:23 72:2
**Bill**
48:15
**Binnie**
2:1 207:4,23
**birth**
10:2
**birthday**
40:14
**bit**
157:3 163:3
166:23 167:5
**black**
36:17 87:16 98:9
98:10 99:6
105:4,10,13,17
105:18 106:15
107:6,13 108:3
108:8 109:12
109:17 110:25
111:14,22
112:2 113:6
114:3 115:15
115:19 116:12
116:15 118:16
118:18 120:10
120:24,24
121:19,21,25
122:6 123:15
124:4 129:13
162:13,23,24

184:23
**blacks**
184:10
**blade**
40:10
**blanket**
76:20
**blue**
88:17,17 161:10
161:15,16,17
187:11,17,18
**board**
169:10
**Bob**
128:9,16,17,25
129:15
**body**
47:7,9,18,20
48:1,6 49:5
**Bolden**
95:17
**book**
28:15 29:15,21
41:20 90:4,4,4
90:8 130:8
**born**
105:21,23
**boss**
173:20
**bothering**
42:21
**bottle**
128:5
**bought**
71:9
**Boulder**
3:8
**bound**
86:17
**box**
106:2
**boy**
106:2
**boyfriend**
40:13,18
**BOYKO**

1:9,17
**break**
8:6,11 18:25
46:23 55:9
103:14,15,17
126:2 132:25
183:4
**breaking**
127:13,22
**Bridgeman**
3:13 7:13 51:24
133:13 134:23
134:23 181:21
**briefly**
12:4 32:3
**bring**
84:8 100:16
106:15 129:24
129:25 169:4,9
180:12
**bringing**
98:12 128:10
149:2 183:23
**Broadway**
3:6 105:7,8
112:10
**broke**
121:22 189:16
**broken**
34:9 126:3,5,6
**brought**
7:12 89:25 98:22
112:18 113:12
116:6 141:15
180:23 183:10
**Brown**
41:11 44:3,4,11
160:4
**Browns**
131:25
**brush**
83:9
**brushed**
88:4
**brutality**
92:16

**Buckeye**
39:22 105:7
113:9
**budgets**
172:25
**buffer**
35:6
**building**
24:22 99:19
**Bull**
98:9,10 99:6
**bunch**
106:25
**bureau**
16:18 17:5,11,18
17:19 18:1,4,9
18:12 61:22
63:1 89:24
90:15 96:2
97:13,20,22
137:18 139:1,8
140:2,8 144:23
144:24 145:8
167:17 182:21
197:25 198:5
199:23 200:2
200:20,21
203:15,24
205:1
**bureaus**
146:5 179:5
202:23 203:16
**Burk**
16:11
**business**
110:22
**Bystrickey**
70:14 71:2,3
76:12 81:6

──────
**C**

**C**
207:1,1
**cabinet**
199:15 202:23
**cadets**

32:6
**Cadillac**
24:22,23
**call**
27:12 34:2,8
45:10 52:10,11
52:13,16 64:24
65:3 66:22
98:9 115:18
125:23 160:7
180:5 190:20
192:13
**called**
1:23 13:3 25:20
50:12 70:13
112:15 115:24
143:13,17
169:7
**calls**
59:21 163:23
**capacity**
23:18 136:17
**Captain**
16:11,23,23,24
16:25
**caption**
207:12
**captioned**
21:21
**car**
27:14 37:22
40:15,17,18
105:5 110:22
114:23 116:3,8
121:22,23
122:1,2,5
123:8 124:2,4
125:25 126:2,2
126:4 127:13
128:13,14,17
128:20
**care**
115:2 128:19,23
128:24 168:15
181:11 194:10
198:20

**career**
9:4 10:20,22
12:10 22:4
24:3,8 25:16
26:4 27:21
47:1 48:17
52:24 68:21
78:2 88:19
98:5 114:14
115:3 183:14
197:21
**Carl**
110:21
**Carnegie**
24:21 121:12,13
129:7 131:13
**Caroselli**
12:24 132:3
**carrying**
126:7,8
**cars**
10:11 28:7
105:15,24
106:3 122:8
125:22 127:12
189:23
**case**
1:7,15 8:23 9:7
22:1,23 23:8
23:12,17,21,22
42:7,7,22
53:25 68:11
70:12,12,13,15
70:18,19,21
71:12,15,20,21
71:24 72:14
73:11 75:18,21
76:9 77:3,17
78:8,9 79:8,20
79:22 80:6,7,8
80:9,12 81:7,9
81:14 82:16,23
83:1 88:9,11
90:21 99:16
106:13 130:2
153:10 166:1

166:20 181:2
181:17,20
186:17 192:22
192:23 201:11
202:16,20
203:2,3,7
204:16 205:14
205:23 206:1,5
**cases**
22:7,16,24 23:1
23:2,6 28:8
41:19 152:15
154:16 166:1
197:7
**category**
119:16 120:16
122:12 127:6
129:21 130:15
130:25 131:10
**caught**
116:6
**cause**
102:11 103:2
175:22 207:8
**caused**
19:21 92:2 94:4
**caveat**
8:9
**celebrating**
40:13
**center**
2:6 180:5
**Central**
24:22,23 115:17
**certain**
56:8 63:25 68:10
85:17 105:15
105:16 107:7
107:20 109:7
149:19 166:1
170:3 178:8,9
**certified**
2:2 7:3 34:5
207:5
**certify**
207:6,11,13,15

**Chagrin**
36:10,13,19
92:18
**chain**
117:5,9 172:6
**chair**
8:8 88:2,3
**chance**
20:11
**change**
46:7,12
**changed**
107:17,25
**changes**
30:7 59:23 64:11
64:15,19,23
65:2,6,11
66:19 173:19
191:20,22,25
192:8
**charge**
16:17 17:11 18:1
18:3,11 43:22
47:8 72:24
111:2 167:7,9
167:9 170:24
**charges**
104:10
**Charlie**
76:15
**chasing**
40:12,14
**check**
35:1
**checkpoint**
125:24 127:12
**Chester**
121:13
**chewed**
131:7
**Chief**
11:16,16,20 13:3
13:4,9 19:5,8,9
19:15,21 40:2
45:7,7 46:9,10
48:7,15 65:17

89:20 92:5
94:7 95:3 97:1
104:1,12
108:15 109:1
109:22 110:11
111:13 117:25
118:11 124:9
132:18 146:21
162:15 167:22
167:23,25
168:8,10,18
169:6 170:6
171:2,7,15
172:23 173:3
173:18,22
198:9,13,17,18
203:22
**Chief's**
49:15
**Chiefs**
19:6 170:11
**child**
102:8,22
**children**
100:2,13 101:15
102:1
**chime**
180:19
**CHRISTOPH...**
1:8,16
**cigars**
106:2
**circles**
73:25
**Circumstantial**
118:7
**city**
1:8,16 4:13 7:11
10:21 11:5,21
12:10 19:15
21:21 22:8
47:11,25 48:14
48:22,24 57:13
70:15,20 71:10
71:22 72:8
73:5 107:15

110:9 112:24
128:11 167:18
169:9 174:10
198:8,9
**citywide**
13:23 16:2,3,4
**civil**
1:24 9:7 20:25
21:8,23 24:9
207:16
**civilian**
38:1
**claim**
80:10 81:10
**claims**
8:23
**Clair**
107:14,15
**clarification**
54:12 149:11
201:11
**clarify**
76:21
**class**
31:23,24
**classes**
32:7
**classroom**
64:6
**clean**
22:24
**cleaned**
204:17,22
**cleaner**
200:9
**clear**
13:13 139:25
202:12 203:2
**clearance**
169:23,24,25
**cleared**
203:3
**clearing**
170:2
**Clerk**
21:20

**Cleveland**
1:8,16 2:5,7
3:18 4:8,14,20
7:11 10:21
11:3,6,21
12:11 19:16
21:22 22:8
37:8,19 38:4
38:11 39:15
40:2 41:15
47:7,9,12,25
48:14,22,24
57:13 63:2
68:5,15 70:10
70:15,20 71:10
71:22 72:6,8
73:5 75:10,18
75:25 78:25
80:11 82:13,19
82:21 87:7
93:18 110:9,20
110:23 111:3
112:24 115:5
121:12,17
122:19 123:1
128:11 130:12
131:25 136:13
142:20 144:10
146:22 154:19
154:22 155:3
155:12,23
156:3 158:11
165:2 166:4,11
166:13 167:15
174:7,15 188:5
188:15 198:9
198:10
**Clinic**
121:12,17
122:19 123:1
**clock**
66:6
**closely**
64:3
**co-workers**
157:7,8,14,18

158:12
**coal**
125:4,5,6
**code**
25:4 161:14
175:14,17,19
175:25 187:12
187:15,19,23
188:21 189:2
189:16
**coerced**
178:7
**coercion**
178:1
**cold**
22:7,16,24 23:17
23:21 34:8
**collect**
60:18
**College**
48:12
**Collins**
108:6
**Collinwood**
107:20
**Colorado**
3:8
**combat**
169:13
**come**
12:14 34:2 52:15
53:15 54:10
61:22 63:11
79:12 114:18
120:10 121:19
125:1 126:7
130:1 143:12
174:8 192:12
192:15
**comes**
150:12
**coming**
91:21 119:6,18
131:12
**command**
111:10 117:6,9

172:7
**commander**
11:17 12:25 13:2
13:8 18:2,7,19
18:20,21 19:4
29:25 33:7,19
34:1,20 35:14
45:6 47:6
48:17 50:10
68:22 96:5
97:15,18 98:11
98:23 100:5
101:6,12,16,22
107:24 113:14
130:17 166:24
167:6,21
168:12 170:15
170:16 172:10
172:20 173:21
174:3 179:5
187:21
**Commander's**
97:16
**commanders**
167:14,16,17
168:9,14,18
169:9 170:5
**commence**
21:5
**commencing**
2:8
**commendations**
32:21
**comment**
91:21
**comments**
140:10
**commission**
21:1 207:24
**Commission's**
21:8,23
**commissioned**
207:6
**committed**
80:17 82:2
186:11 193:24

**Common**
21:6 44:10
**communicate**
104:11
**communicated**
94:1
**community**
25:5 26:22,24
27:1,6 32:25
33:1 167:11,12
167:17
**Comodeca**
135:2,5,12,15,18
135:24 136:8
136:12,17,19
137:14 148:1
201:25
**compelling**
88:1
**competent**
62:10
**complaint**
11:14 15:24
112:13,17,23
**complaints**
9:7 16:7
**completed**
207:12
**completing**
56:12 156:25
**complies**
55:19
**CompStat**
169:8
**Computer-Aid...**
207:9
**computers**
180:8
**concerned**
77:22 184:5,9
**concerning**
50:3 86:12,23
162:22,24
**concerns**
94:17
**conclude**

11:24
**concluded**
206:19
**conclusion**
43:17
**conduct**
32:15 36:6 45:16
72:6 76:8,19
78:15,22 79:9
80:23 81:5,11
81:15,23 82:9
82:12,16,20,25
85:5,7 86:19
87:3,15 88:14
89:4,17,21
91:1,8 92:6,12
92:21 93:17
94:17 95:8
96:8 97:3 98:6
103:10,23
104:2,24 113:1
118:22 120:20
135:24 151:20
155:24 156:4
161:14 180:14
**conducted**
60:2 92:2 94:4,5
150:24
**conducting**
87:8 94:23
148:17 149:25
**conference**
54:3
**confess**
87:11
**confessed**
88:5
**consider**
185:12
**Constitution**
30:15,23 31:5,11
35:16,19 36:2
36:6 42:4,19
46:21 174:17
185:2 190:3
**contact**

39:18,20 60:9
173:18
**contacted**
49:25 50:18,25
51:3 133:17
**contents**
105:2 153:17
200:4
**context**
42:6
**continued**
4:1 5:1 126:25
36:2
**contract**
207:16
**contrary**
30:22 31:4,10
36:2
**control**
72:24
**controlling**
191:15
**conversation**
51:9 53:18 54:8
54:9,23 61:10
**conviction**
74:6
**convictions**
9:23
**copies**
153:8
**copy**
66:7,25 175:14
175:19,24
199:12 201:19
**corner**
36:10,13,18,19
114:19,20
**correct**
7:23 9:25 13:11
13:15 14:10
15:19 18:20
19:18 20:23
21:9 22:3,6
24:1,5,6,11
30:4 31:22
43:19 44:5

45:17 48:4
49:15,17 53:5
56:24 57:5,18
57:19,22 59:6
59:10,15,17,19
59:24 60:15,16
60:18,21,24
62:14 65:17,21
65:25 67:10
69:2,9,10
71:13 75:13
77:23 78:13
82:7 83:11
84:5 85:8,19
86:7 87:18
102:20 103:9
107:9 108:12
108:20 113:3
119:25 120:2,3
121:3 143:21
143:24 152:7
157:2 170:19
175:23 183:19
183:20 184:18
184:19 185:4,5
185:20 186:5,8
187:1 189:4,6
189:14 190:10
190:20 194:18
195:20 196:9
198:6,7,12,24
200:3 201:21
207:10
**correctly**
42:25 45:15
56:19 142:4
152:9
**correspondence**
20:13,21
**Council**
167:19
**counsel**
2:4 207:14
**County**
21:6,20 44:10
207:3

**couple**
19:25 23:2 52:18
113:10 187:21
197:17 199:3
**course**
44:16 86:11,22
151:16 197:9
**court**
1:1 8:7 13:17
19:24 20:18
21:7 28:8
44:10 106:11
106:13 109:5
181:10,11
206:9 207:16
**Courts'**
21:20
**covered**
41:6 43:3,7,9
45:2
**coverup**
41:8 44:2
**crawled**
37:16
**create**
13:20
**created**
66:19
**crime**
60:21 72:25
77:22 80:18
82:2 85:16
86:13,24 99:24
149:20 150:7
150:12,13
164:6 169:13
177:14 193:24
**crimes**
169:11 170:2,3
**criminal**
9:22 25:4 71:15
71:24 72:13
79:8 80:12
81:14 82:15,18
88:11 90:21
99:16 141:7,10

150:2 175:14
175:17,19,24
**crook**
29:9
**CRR**
207:23
**cry**
37:10
**crying**
37:7
**culture**
114:8 119:12,13
122:7 188:5,11
**custodian**
173:19
**custody**
150:19
**custom**
188:20
**Cuyahoga**
21:6,18 44:10

———————

**D**

**D**
6:1
**D-i-e-r-k-e-r**
14:2
**daily**
161:18
**date**
10:2 30:3
**dates**
96:15 101:3,5
119:4,10,15
**David**
3:15 54:21
**day**
2:7 10:13 29:12
54:15 63:16,17
63:19 82:10
93:24 104:25
105:25 113:24
114:1 131:14
134:4 144:18
160:4 162:15
192:15 207:18

**day-to-day**
59:12
**days**
29:11 52:18
  106:6,10 113:1
  125:3 180:9
  198:15,17,22
**dead**
113:23 146:25
**deadly**
25:19,20
**deal**
61:14 165:14
**dealer**
70:16
**dealing**
174:7
**dealt**
142:9 175:15
**decided**
80:18 163:11,16
  163:16
**decision**
21:8,24 46:6,13
  68:2 108:13
**decisions**
111:6
**defecate**
125:2
**Defendant**
4:13 71:4 81:14
  88:6
**Defendant's**
6:14,15,16 20:2
  20:8 21:10,15
  55:11 71:5
  82:16
**Defendants**
1:10,18,23 5:4
  133:5,6
**defibrillator**
27:2
**defined**
207:16
**definitely**
171:25 172:3

**demotion**
32:18
**denial**
21:7
**denied**
21:4,5 162:16
**department**
4:18 10:11 11:4
  12:6 19:17,22
  20:16 39:16
  40:3 41:15
  44:23 45:1
  46:8,12 47:8
  48:24 58:6
  63:3 72:3,7
  77:18 78:25
  80:14 83:16
  90:15 91:5
  93:19 110:21
  110:23,25
  111:2,3 115:5
  115:6 118:25
  126:20 130:12
  136:14 142:21
  144:11 146:22
  154:20,23
  155:3,12,23
  156:3 157:13
  158:12,14
  161:13 162:2
  162:17,21
  165:3 166:5,12
  166:13,17
  167:13,15
  169:2 172:7
  173:1,2,5,12
  174:15 175:10
  178:21 183:14
  183:21,24
  184:6 188:6,15
  188:21
**departmental**
30:14 59:22 67:7
**departments**
166:18 188:11
**depend**

117:18
**depending**
85:13
**depends**
69:22
**deposed**
7:4
**deposition**
1:22 7:18 8:14
  20:3 21:11
  53:4,8 54:4,16
  55:12 156:13
  194:25 195:10
  206:19 207:11
**deputy**
13:3,4,9 14:20
  14:20 40:2
  45:6 48:7
  108:15,16,19
  109:2,23 111:6
  170:11,12,13
  170:20,25
  171:5,14
  172:15
**describe**
87:3 92:12 96:24
  97:3 98:6
  103:24 119:16
  120:17 121:8
  125:13,19
  129:21 130:15
**described**
61:19 75:22
  92:16,22 94:14
  96:8 97:7,10
  97:14 99:1
  103:22 115:12
  116:21 118:2
  124:10 130:24
  131:10 132:5
  132:16 148:10
  173:22
**describing**
62:17 83:23
  122:12
**desk**

89:23 112:15
  199:20 203:4
**detail**
127:3
**details**
164:6
**detective**
11:5,15,16 13:10
  13:22 16:17
  17:5,11,18,19
  18:1,4,9,12
  22:10,11,12
  27:16 28:5
  50:3 60:1,6,8
  61:7,22 62:5,6
  62:10 64:4,14
  68:21 69:21
  72:16 73:2
  74:8,9,10 75:5
  76:10,18 77:7
  78:4,8,21 80:4
  80:11 81:5,10
  81:14,23 82:1
  82:2,3,4,5,11
  82:20 84:13
  85:5,16,21,23
  85:24 86:2
  89:22,24 90:13
  90:15 96:2,23
  97:13,20,22
  98:8 133:22,22
  133:22 135:6,6
  135:10 137:10
  137:17,18,21
  138:6,12 139:1
  139:8,8,12
  140:2,2,7,8,12
  140:17,18,21
  140:22,25
  141:2,6 142:14
  142:16,18,24
  143:3,3,4,8,22
  143:23,25
  144:4,8,23,24
  145:15,16
  146:4,10,11,14

146:17 150:5
  151:9,22
  152:19 158:19
  158:23 159:4,6
  159:8,17,19
  160:1,3,5
  161:18,19
  164:3,8 166:17
  182:21 192:22
  193:5 194:7
  197:10 199:22
  200:2,19,21
  203:7,15,16,22
  203:24 204:3
  205:15
**detective's**
79:9 165:25
  202:16
**detectives**
24:2 58:6 59:4,8
  59:8,12 60:13
  60:17,20,23
  61:1,8 62:7
  64:12 65:12
  66:1 67:8 68:8
  76:1 77:20
  80:18 82:13,21
  82:25 83:6,8
  83:22 84:4,25
  95:3,16 124:14
  135:1 137:13
  138:13,16
  144:25 145:8
  146:19 148:5,9
  152:13 160:9
  160:13,20,21
  163:5 165:3
  167:9 169:16
  169:23 170:1
  174:23 179:9
  180:3 182:4,7
  182:21 191:6
  197:24 198:4
  201:23 202:1
  202:15 204:25
  205:6,7,11

detectives'
59:17
determine
117:18 175:20
193:5
develop
85:6,10,17
developed
85:1
developing
47:13,19
development
47:2
dictating
67:7
Dierker
14:2,3,7 159:22
160:1
difference
148:21,23 149:1
149:7,13,16,17
187:14
different
35:5 60:1 61:18
62:16 64:18
85:12,20,24
114:8,15
143:11 169:2
170:17 179:4
187:19 191:4
198:10
differently
162:1,9,12
difficulty
117:17
Diplomate
2:1 207:5
direct
37:2,4 118:8
directed
93:23
direction
59:20
directions
34:14
directive

65:16 86:9
directly
170:6
Director
4:17 20:15 31:19
89:20 92:5
94:8 97:2
104:2,13 109:1
109:23 110:12
111:13 117:25
118:12 124:9
132:18 172:21
173:10,23
174:2 184:22
184:23 198:8
198:16,18,20
198:21
disagreed
45:16
disarmed
33:12
discarded
69:20
discipline
65:24 86:25
102:11,19,25
103:2,11 104:6
198:11,21
discipline-wise
131:6
disciplined
33:14 124:17
126:19,20
186:12,22
disclosing
67:12
discovery
9:9
discretion
165:25
discrimination
163:1
discuss
168:1,9 183:9
discussed
53:1,2,8 161:9

168:24
discussion
154:8
disparities
184:9
disparity
191:15
disposition
71:24 90:20
distance
37:24
distributing
59:21
district
1:1,2 11:3,8,10
11:11,12,14,15
11:15,16,17,18
11:19 13:1,8,9
14:15,16,19
15:6,13,18
16:1,13,22
17:5,11,14
18:1,4,12,19
18:21,23,24
29:22 36:15
58:5,14,15,17
89:1 90:15,16
95:5 96:3
98:10,20,23
101:7,23 105:6
105:10 107:8
107:12,12,17
108:5,11,12
109:13,18
110:19 112:3
113:5,19 114:3
114:6,10
115:13 117:11
120:19,23
121:2,10
122:14 123:24
123:25 126:5,9
126:12 127:10
127:14 128:3,9
129:1,12,18,25
130:20 143:19

143:20 166:25
167:1,16 168:2
168:12 169:12
169:17 170:21
170:24 203:22
districts
108:18 110:9
168:19 169:5
171:8 187:22
Division
1:3 12:8 19:11
22:5 27:11,22
28:19,24 30:11
30:22 31:3
32:19 33:15
47:3 48:9,20
49:8,11 57:23
76:18 86:18
divorced
9:13
dm@MillsFed...
3:20
docket
22:1
document
21:17 36:1
163:16 164:21
165:4,16
documented
153:14 164:8
documents
8:12
doing
42:15 96:4
102:14 109:3
109:24 119:20
119:22 130:4
130:10 140:12
142:3,14
150:21 151:6
151:16,22
156:6 166:19
169:2,14
door
51:5 54:3 63:15
115:22

downtown
113:16
draft
49:6
drafting
48:10
drag
115:1
draw
147:1
drawer
199:20 203:5
drive
114:23 121:12
drivers
37:19
driveway
113:18
driving
10:13 27:7
drove
37:21,23 116:8
drug
70:15,16
drugs
71:8,9,9,11,14
72:7 73:5
130:1
drunk
40:20 41:7,10
43:10,11
duly
7:3 207:6,7
duplicate
200:9
duties
167:5
duty
111:5,16 123:9

_____ E _____
E
3:15 6:1 207:1,1
earlier
61:5 92:16 120:9
154:12 156:22

161:9 163:3
174:12 176:8
176:24
**early**
105:20
**easier**
13:16
**easily**
178:7
**east**
2:6 9:18 33:5
36:18 107:15
114:25 129:7
**EASTERN**
1:3
**education**
9:14
**efforts**
87:10
**eight**
39:1
**Eighteen**
113:21
**either**
37:2 98:21
143:16 178:21
**electric**
128:20
**Elizabeth**
3:5
**elizabethw@lo...**
3:10
**Ellis**
128:9,16,17
**Ellis'**
129:15
**embarrassed**
114:24
**employee**
207:14
**employees**
31:17 48:14
**employment**
11:25 20:22,24
56:13
**ended**

103:6
**enforced**
115:4
**engage**
36:5 86:5 187:23
188:21
**engaged**
76:11,18 78:15
78:21 81:5,10
81:15,23 82:12
82:20,25 83:22
85:5 87:3 93:1
96:7,19,23
97:9 98:6
99:12 100:9
103:23 112:7
118:17 123:15
**engaging**
102:13
**Englehart**
141:2,5,6,9,14
141:18,20
142:6,14
147:21 179:19
180:24
**entering**
127:22
**entire**
22:21 67:23
75:11,19 77:21
197:21
**envelope**
204:5
**equivalent**
170:14
**erased**
72:9
**errors**
206:13
**estate**
5:3 133:6
**estimate**
58:24 123:5
145:10
**et**
1:8,13,16

**Euclid**
107:15
**Eugene**
137:6,7,12,20,24
138:2 147:7
201:24
**eventual**
72:13
**eventually**
47:14 48:2 69:4
69:20 130:11
131:24
**everybody**
20:7 38:25 48:6
50:9 78:24
79:21 83:8
110:8 126:24
132:10 161:15
166:18
**evidence**
41:18,21 60:18
67:12,17 68:2
68:6,16 70:7
70:11,14,25
71:7 72:15
73:1,4,7,13,17
74:5,11 75:6
76:24 79:23
80:2,7,10,17
81:18 94:7
97:1 117:24
118:4,9 185:8
197:23 205:16
**evidently**
93:19 94:6
**exam**
24:9
**Examination**
1:23 6:4,5,6,7,8
6:9,10,11 7:5
133:2 154:10
183:6 197:18
199:4 202:10
203:12
**example**
42:13

**examples**
107:1,3 169:22
**exams**
66:13
**exculpatory**
67:12,17 68:2,6
68:15 75:6
163:13,14
**excuse**
84:1 93:16
**Executive**
48:12
**Exhibit**
6:14,15,16 20:2
20:8 21:10,15
55:11,16
156:14
**exonerated**
72:9
**expand**
43:6
**expected**
49:13 65:19 66:2
66:4 172:14
**experience**
15:12 57:17 63:6
139:7 141:13
181:22
**expires**
207:24
**explain**
170:1 201:9
**explained**
120:8,8,12
**expound**
52:15

F

**f**
193:23 207:1
**face**
84:9 87:10
**face-to-face**
84:9
**fact**
11:9 29:6 61:13

73:19 85:9
95:24 105:21
110:3 111:20
111:23 160:2
181:9,9,11
**facts**
86:12,23
**failed**
68:5 73:2 75:19
**fails**
65:22
**fair**
8:3 30:11 31:2
31:17 32:12
35:13 62:13
67:21 85:14,15
86:16 96:13
157:10,12,17
169:15 177:24
184:17
**Fairfax**
50:12 134:14
**fall**
119:16 122:11
129:20 130:14
**familiar**
20:9,9 34:7 58:2
58:20 70:6
139:3 141:3
179:18 180:17
**family**
35:4 39:15
**far**
25:24 29:5 78:2
85:7 171:5
**Farmer**
138:4,5,6,7,8,19
147:11 201:24
205:11,15
**Farmer's**
138:12
**father**
178:12
**FBI**
39:18,20
**fear**

117:4
**Feckner**
70:12,13,16 71:4
71:5,19,25
75:21 80:6,9
81:7,9
**Feckner's**
71:17
**Federal**
1:24 106:11,13
109:4
**feel**
42:18 111:18,18
166:20 172:3
**feet**
114:12
**fell**
128:13
**fellow**
186:20 187:4
**felonies**
198:20
**felt**
32:16 43:17
46:15 60:7
82:4 91:20
102:16 103:7
104:11 169:5
**female**
40:13 51:8
106:16 180:6
**fender**
10:12
**field**
27:9,13 34:4,5
190:20,21
**Fifteen**
123:17
**Fifth**
11:15,16,17
14:16 15:13
17:14,20 18:1
18:4,12,18,23
96:3 123:24,25
126:9 127:11
127:15 128:9

129:1,19
143:20 166:25
167:1
**fighter**
99:24
**file**
51:16 77:19
112:13,16
133:23 152:14
152:23 153:4,6
153:20 163:12
193:14 194:19
194:20 195:24
196:1,5,8,16
197:5,8 199:7
199:8,10,10,14
199:15,19,21
200:2,4,4,9,11
200:14,17,18
200:20,25
201:1,3,3,18
201:19,20
202:2,4,23
204:3,10,11,11
204:15 205:23
**filed**
21:22 203:3
**files**
194:18 199:6,18
199:25 203:24
204:14
**filled**
126:10
**final**
199:3
**finally**
101:20
**financially**
207:14
**find**
32:15 34:6 35:3
47:22 62:15
76:23 83:14
105:1 126:16
192:16
**finding**

71:17
**fine**
13:19
**finish**
13:17,18
**fire**
173:2 198:16
**firearm**
25:4,21
**firearms**
25:24 26:7,11
**fired**
19:23
**fires**
198:18
**firm**
207:16
**first**
7:3 8:11 11:8,9
11:10 14:14
15:6,9,11
18:23 25:4
26:3,9,15 27:2
27:7,10 28:14
48:15 50:17
52:3 54:18
56:1 108:23
114:6,10
120:18 121:1,9
122:14 128:23
144:12 183:25
207:7
**firsthand**
46:19 74:15,25
75:8 78:3
83:15,21,24
89:3,10,15,19
91:6,17,22
92:4 93:13,20
93:25 100:8
108:25 109:22
110:2,5 111:12
111:19 115:9
115:14 116:12
124:8 125:19
132:17 145:19

146:6 165:8
**fit**
121:8 125:12,20
127:6 130:24
131:10 132:5
**fits**
120:16
**five**
19:2 51:1 98:24
100:25 101:4,7
101:14 114:20
195:4 202:1
**fix**
121:23 122:2,5,7
**fixed**
124:3
**Fleet**
112:9
**flick**
40:10
**Floor**
2:6
**Floyd**
99:6,7,8,11
100:2,9 103:21
104:3
**folder**
202:17,21,22
203:7 204:19
**folks**
98:12 126:23
132:1
**follow**
65:22 82:3 95:12
**follow-up**
133:7 197:17
202:8 203:17
**followed**
204:25
**following**
25:13 91:18
97:13 124:4
**follows**
7:4
**force**
25:19,21 136:20

167:10
**foregoing**
207:10,12
**forget**
137:14,15
**form**
57:10 69:6 92:16
153:11,11
**formal**
56:11 57:1 59:4
61:19,20 62:17
62:19 64:5,12
67:6 69:13
86:9 156:24
158:5 190:14
191:23
**format**
34:11
**forms**
76:2 77:3
**forth**
40:11 94:18
**foster**
167:11
**found**
23:23 36:17 49:1
64:17 71:16,20
113:23 126:18
**foundation**
188:9 192:4
**four**
14:13 100:25
101:4,14 106:3
195:4
**Fourteen**
19:20
**Fourth**
11:3,11,12,14,15
11:18 12:25
14:15,19 15:17
16:1,12,19,22
17:5,11 36:15
58:5,14,15,16
89:2 95:4
105:5,9 107:8
108:5,11,12

109:13,18
110:19 112:3
113:5,18 114:3
115:13 126:5
127:24 128:3
129:24 130:19
143:19
**Frank**
4:15 108:6
140:17,18
147:14 201:25
**Franks**
51:17 133:20
134:20
**Franks'**
133:25
**Fred**
162:6,11,13
**free**
42:20
**frequent**
118:17
**FRIEDMAN**
4:3
**friend**
39:12,21 142:19
**friends**
46:10 96:5
132:10 160:8
160:19
**front**
38:10 112:19
114:24
**full-time**
31:20
**functionally**
170:17
**funded**
134:15
**Funk**
5:6 6:5,9,11
73:22 103:15
132:23 133:3,4
136:6 149:12
153:24 154:4
154:25 155:4

155:15 157:22
158:6,15,24
160:14,23
161:1,20 162:4
163:8,20,23
164:13,24
165:7,23 166:7
166:14 169:19
170:7 171:9,16
171:22 172:5
173:7 175:1,12
176:2,22
177:12 178:3
178:24 182:2
184:12 185:21
186:6,14,24
187:8 188:8,17
188:23 189:11
189:21 190:9
191:10,16
192:2,4,10
193:8,17,25
194:4,21,24
195:6,11,21
196:2,11,20
197:11 199:2,5
200:16 201:8
201:13 202:6
203:13,20
205:4,9,21
206:2,7
**Funk's**
154:13
**further**
6:8,9,10,11
59:18 60:11
154:5 197:14
197:18 199:4
202:10 203:12
207:11,13,15

──────── G ────────
**G**
4:15
**G-a-b-a-l-i-n-e**
12:21

**Gabaline**
12:21,22
**game**
144:5
**games**
63:18
**Garfield**
87:22,23,24 88:2
88:20
**gather**
60:14
**general**
28:16,23 29:15
29:21 30:6,13
35:25 47:14,24
48:1,3,19,21
49:14,19 59:21
65:1,10,16,20
65:23 66:2,4
66:11,18 82:14
82:21 83:7
95:13 119:21
146:4 151:13
152:2 173:2
187:17
**generally**
63:3 102:4
151:20 168:21
168:25 178:13
181:9
**George**
146:17,20
**Gerald**
141:2,6,9,14,18
141:20 142:6
147:21 179:18
**gestures**
7:22
**getting**
111:5 175:24
179:24,25
**Gilbert**
4:3,4 6:7,10
30:24 44:6
50:24 51:25
52:1,4,17,19

53:3,7,10,25
54:17 55:7,24
55:24,25 57:10
73:18,24 77:24
78:23 79:3,10
79:13,18 80:24
83:18 118:3,7
132:24 136:3
149:10 153:22
154:6 183:7
184:14 185:16
186:1,9,18
187:2,10
188:13,19
189:1,7,12
190:1,11
191:13,19
192:5,19
193:12,21
194:2,13,22
195:3,8,13,16
195:23 196:6
196:14,22
197:1,14
200:14,25
201:6 202:9,11
203:11 205:2
205:18,25
206:8
**Gilbert's**
54:15
**girl**
40:19,22 41:6,10
42:24 95:17
**girls**
96:4
**give**
12:15 21:15
23:14 41:19
44:11 50:2
64:1 67:13
76:25 77:2,10
77:17 78:19
79:20 83:25
84:10 86:21
90:2 96:11,15

97:23 100:14
111:25 119:4
121:20 123:16
125:14 134:25
137:16 146:23
179:3 197:23
198:15 199:10
**given**
28:15,18 51:13
68:12 101:20
105:18,20
106:6,9 122:20
123:2 126:14
133:21 141:24
145:22 153:9
175:9 190:23
191:4 201:17
201:20 204:2
204:20 207:8
207:11
**giving**
48:6 66:25 86:10
102:23 163:14
**glasses**
139:18
**go**
12:9,14 18:6
24:7 26:15,24
37:2,14 39:13
41:12 42:6
44:13,20,22
45:2 47:22
49:20 52:9
54:13 62:24
63:1,6,8,12,13
63:20 69:5
72:1 77:13
101:7 103:13
105:22 106:5
107:11,12
112:25 114:5
114:19,20,25
115:2,11 120:9
120:21,23
121:5,13,13,18
121:19 122:10

122:23 124:24
153:22 156:11
159:14 161:6
169:14 178:13
179:24 182:14
193:11 197:6
204:4
**goes**
78:3
**going**
7:20 19:25 24:7
33:13 37:9
46:6,12 55:15
56:8 63:6,14
64:25 73:25
87:14 95:14
101:19 106:19
107:5,12 111:8
116:8,9,16
120:4 122:6
124:21 126:7
131:15 134:25
149:3,18 168:1
169:5 171:8
174:9 181:5
190:6 194:9
206:11
**Golden**
90:3,4
**golf**
160:4
**good**
46:16,17 61:16
100:15,15
122:24 136:2
137:13,13
138:13,15
142:1,2 143:4
157:19
**goods**
130:1
**GPOs**
29:19
**grabbed**
40:20 112:18
**grade**

190:24
**graded**
190:25 191:1,3
**graduate**
9:19 32:13
**graduated**
48:11
**Grand**
28:8
**grandmothers**
100:17
**grapevine**
89:9
**great**
61:14 88:1 142:1
**Greene**
4:5 54:21
**ground**
37:13 116:5
**Grover**
108:6
**grown-up**
178:9,11
**guess**
26:3 49:1 73:16
83:14
**guided**
175:15
**guilty**
71:16,17,21
**gun**
40:21
**guy**
36:15 37:12,16
37:22,23 39:23
39:24 40:4,6
41:1,9,14
42:16 63:19,23
66:14 71:10
73:5 83:25
84:8 87:21,24
87:24 88:5
90:7,10,11
91:20 93:4
98:17 112:18
112:20 113:8

113:17,22
114:17,21
115:1,17,25
116:3 117:18
122:3,10 124:5
124:5 128:7,9
128:10,16,19
130:4,5,6,7,11
131:12,24
134:5 138:23
140:3 194:8
**guy's**
91:15 93:8 145:6
**guys**
39:1 50:4 66:9
66:16 70:14
125:6 138:14
162:7,8

---

## H

**h**
4:4 202:14,14
**H-a-n-t-o-n**
19:9
**H-i-g-g-i-n-s**
89:22,23
**habit**
98:11
**hair**
40:20
**half**
22:23
**hall**
99:20
**hallway**
112:18
**hand**
55:15 207:18
**handle**
166:20
**handled**
104:6,6 106:12
154:1
**handles**
198:18
**handling**

174:11
**hands**
46:1,1 106:16
**handwritten**
68:24,25 69:5,11
69:16,19,23,25
70:2 152:18,19
152:22 153:17
200:15 202:24
**Hanton**
19:9 48:15
**happen**
39:12 64:25
88:24 89:13
90:14 103:10
109:8,10 114:7
114:13,15
122:15 124:6
125:14 130:21
178:10 190:7
**happened**
34:18 44:17
50:16 71:20,23
72:2,4 74:5
76:9 88:8 89:9
91:9 93:5,19
94:13 95:2,3,5
104:9 109:11
110:1 111:9,9
112:1,4 115:13
116:15 118:24
119:11 121:1
122:9 124:7
125:16 126:22
128:8 131:4
134:17 162:17
164:16 169:12
179:15 183:13
189:19,23,23
189:24
**happening**
101:19 113:1
123:10 170:3
187:16 192:14
**happens**
68:13 82:10

**happy**
8:1
**harassment**
79:11
**Harold**
51:17 133:19,25
134:20
**harsher**
106:7 111:23
**Harvey**
145:5,6,6 146:22
**head**
11:11 87:10 90:8
114:11,11
117:11,13
**headed**
17:4 45:4
**Healean**
95:16
**hear**
99:19 138:14
**heard**
73:18 89:5,7
137:8,9,11
140:19
**Heights**
36:10,12,20 37:7
92:15,17 93:2
94:10
**held**
18:16 19:19
154:8 187:6
**help**
121:23 122:1
**helped**
49:6 122:5 124:3
175:20
**hereinafter**
7:3
**hereunto**
207:17
**Heroism**
32:24 33:3
**hey**
40:23 112:16
121:15 126:2

**Higgins**
89:22,23,25 90:3
  91:19 92:10
**Higgins'**
91:1,7 92:6
**high**
9:16,18 12:4
46:9
**higher**
45:21 46:14
  189:4,8
**highest**
9:14
**highway**
62:23,25
**hisself**
120:22
**hit**
90:7 159:5 192:9
**hitter**
159:15
**hoarded**
29:20,20 64:17
**hold**
106:16 193:22
201:8
**holding**
63:20
**home**
66:7,8 106:5
  134:4 159:5,15
**homicide**
22:6,8,16 23:17
23:19,25 24:2
50:3 71:13
76:17 78:4
81:22 82:20,21
82:25 83:2,6
83:11,22 85:24
88:9 90:23
96:22 133:22
134:8,17
137:10,18
138:10 139:1,8
140:2,7,21
143:3,12,18,23

144:24 145:8
145:16 146:1,2
146:7,10,13,16
152:12 154:1
160:8,12,19,21
197:21,24,25
198:4,5 199:22
199:22 201:23
202:3 203:24
205:1
**homicides**
143:11 145:21
**hook**
29:9
**hospital**
37:15,18 105:22
**Hough**
40:15
**hour**
52:20 113:12
**hours**
168:23 195:4
**house**
51:4 52:6 114:17
115:1 120:12
124:22
**housekeeping**
169:3 173:1
**houses**
37:21
**Howard**
43:24,25 74:23
**hurt**
39:24
**husband**
100:18
**hypothetical**
163:21

_____ **I** _____

**i-l-k**
12:16
**identification**
20:4 21:12 55:13
  113:23 151:16
**identified**

110:18
**identify**
68:14 76:14
78:20 80:3,9
81:4,9,13,17
81:22 82:11,15
82:19,23 94:17
96:6,13,18
99:10 108:3
125:21 151:8
151:10,13
**illegal**
128:11,18,22
  129:15 130:10
  177:7
**illegally**
71:11
**immaterial**
77:12
**immediately**
37:4 40:23
  112:17
**impeachment**
70:6,10,25 72:15
73:1,12,17
74:5,10
**implicate**
87:11 149:19
164:7
**implicating**
181:19
**implication**
161:17
**impose**
198:10,14,21
**impossible**
29:17
**improper**
86:19,21 135:24
**in-service**
25:14,18 26:4,10
26:14,21 27:1
27:4 65:7
156:6 176:14
**inaccurate**
156:16

**inappropriate**
32:16 85:5
**inches**
90:6
**incident**
33:9 40:6 42:11
43:14 45:17
51:11 81:1
89:13 92:14,17
93:2,5,22,25
94:9 95:14
96:14 97:6,14
104:7 113:8
119:1,25
121:21 122:14
125:15,16
126:12
**incidents**
96:11 103:20
118:1 121:11
123:20 185:7
185:17,18
186:11 198:19
**include**
149:4 153:11
**including**
198:22
**indicated**
148:15 184:15
190:16 192:20
**indicates**
150:12
**individual**
5:3 33:4 37:5,25
90:17 133:5
145:20
**individuals**
33:12 54:14 60:4
**influenced**
152:5
**inform**
64:22
**information**
23:14,23 34:11
50:3,5,14,15
60:14 64:11

67:7 68:12
69:17 71:8
74:17 77:14,15
77:18 78:11
80:19 84:10
86:10,21 105:1
140:14,20
147:6,10,13,17
147:20,23
153:7,19 160:3
163:13,15,19
164:21 165:19
191:7,8,9,20
191:21,25
192:25 193:6
193:14 194:9
195:24,25
197:8 199:9
200:10 204:12
204:22
**informed**
20:21
**informer**
72:3
**initial**
44:7 52:12 53:11
60:3 72:23,24
**initially**
7:17 16:21
**initiatives**
169:2
**innocent**
115:25
**inside**
72:7 115:19
202:22
**inspector**
14:21,21 15:18
17:6 108:16,16
108:20 109:2
109:24 111:7
112:20 131:3
170:13,23,25
171:1
**inspectors**
108:19 170:12

170:12,20,25
171:6,6,14,14
172:15,16
**instance**
35:8 63:5 68:4
68:14 70:9
76:7 78:14
80:6,22 85:16
87:2,19 95:7
97:7 99:1,11
103:22 104:23
118:21,23
120:15 124:20
141:20 142:11
**instances**
92:11,21 94:16
96:6 98:4
99:11 106:14
111:22 114:2
115:10,15
116:11,23
118:12 119:8
119:15 121:7
122:11 124:10
125:12,18
127:3,6 129:20
130:14 131:9
132:19 179:9
179:13,15
**institute**
47:7
**instruct**
36:5 64:23
**instructed**
30:14 31:4 35:15
35:18 36:1
37:1 41:11
75:11 164:20
174:15 185:2
**instructing**
42:3 46:20
165:19
**instruction**
33:24 34:24
**instructions**
190:24

**instructor**
31:13
**instructors**
32:9,16
**integrate**
110:22 111:1,2
**interested**
207:14
**internal**
39:5 41:2,4,12
43:4,15,20,23
44:13,20 91:24
**interrogate**
84:4,7,20 177:9
178:22
**interrogated**
87:16 178:17
**interrogating**
92:15 100:2
150:2 177:1
**interrogation**
84:14,17,22 85:7
86:12,23 95:5
98:1 148:20,21
**interrogations**
85:2 87:8 94:24
148:17,24
149:25
**interrupt**
203:21
**intervene**
88:13 116:23
**intervened**
117:2
**interview**
28:6 54:25 60:3
60:21 77:16,19
84:11 86:11,23
154:14 177:18
178:21 182:15
**interviewed**
23:13 24:13
87:16,24
155:13
**interviewing**
95:18 148:22

164:4,5
**interviews**
155:24 156:4
165:21 194:8
**investigate**
77:13 83:1
143:12
**investigated**
16:6 43:14 60:6
60:7 80:18
93:17 152:15
**investigating**
45:17 73:11
77:23 82:3
145:16 150:11
**investigation**
11:14 15:24
43:21 44:15,17
44:22 45:4
50:2 51:16,17
59:25 60:1,14
61:3 67:18,23
68:23 69:9,14
70:17 72:21
75:12,20 77:22
78:16 92:2
94:4,5 133:19
133:25 134:20
135:12 153:7
153:15 200:6,7
200:13 202:4
204:13
**investigations**
60:11 134:8
137:24 142:25
**investigative**
35:8,11 153:4
163:12 201:16
205:23
**investigator**
49:25 50:17,20
51:20 52:5
133:17,18
**investigators**
137:14
**investigatory**

200:1
**involve**
71:12 90:23
**involved**
16:5 32:4 37:2
43:21 47:2,13
47:17,18 48:10
68:22 70:17
72:21 74:24
93:6 132:8
133:24 134:8
136:8,16
141:19 149:14
150:21 187:22
194:3
**involving**
103:21
**issued**
49:20 65:11
**issues**
9:1 49:23 111:15
162:22,24
169:3 173:1
**items**
77:5
**Ivan**
93:12

— J —
**jacket**
152:25,25 153:1
153:3,10
**Jackson**
1:5 3:3 4:15
7:12 18:7
51:23 133:9
134:22 181:20
**Jacqueline**
4:5 54:20
**jail**
63:16,17 112:20
115:2 116:8,9
120:21 126:23
127:1 129:24
**James**
17:24 138:4,6,8

138:12,19
147:11 201:24
**jgreene@f-gla...**
4:11
**job**
16:5,8 27:17
30:8 32:4
33:20,21,25
34:25 39:16,17
41:3,18 64:15
97:23 157:15
160:6,7 161:3
167:11 172:10
172:15
**jobs**
34:21
**Joe**
28:10 98:17
**John**
82:18 138:21,25
139:7,10 140:1
140:6 147:18
201:24
**Johnson**
162:7,8,11,18,19
**joined**
61:5 158:14
**judge**
1:8,16 41:11
44:3,4,9,11
106:12,12
109:14 160:3
**July**
20:12
**jumped**
40:18
**Jumping**
166:23
**June**
2:8 207:18,24
**junior**
33:20,24 34:24
35:10,15,18,24
36:5 42:3
46:20 66:21
**Jury**

28:8
**justified**
45:13
**justify**
127:1,13
**juvenile**
95:23,24,25
149:4,8,8
150:6,12 151:1
151:4 154:14
155:13,25
156:4 177:1,10
178:17,21,22
181:2,8,10,11
181:13,16,18
181:24
**juveniles**
94:24 98:2,19
99:14 148:17
149:25 150:2
154:15 177:19
177:21,25
178:5 179:10
181:7,12

**K**
**keep**
41:20 66:15
68:10 70:4,4
106:19 116:16
199:12 203:1,1
203:4
**keeping**
202:2
**kept**
30:3 152:23
153:10 196:5
199:15,19,21
200:18,20
201:4,11
202:22 203:24
204:1
**keys**
72:24
**kick**
36:24

**kicked**
88:3 96:2
**kid**
23:2 34:8 35:2
39:25 41:13
95:15,16 102:2
116:14 178:15
**kid's**
99:22
**kidding**
122:4,10
**kids**
34:16 95:18
98:12 100:16
101:21 149:2
**kill**
33:13
**killed**
23:3 113:9
**killing**
33:4
**kind**
35:3 41:21 102:3
119:1 136:8
162:20 164:17
174:5,10 176:6
176:11 185:1
187:5,19
188:21
**kinds**
118:8 185:9
191:8,9
**Kinsman**
105:6
**Klan**
174:7
**Klux**
174:7
**knew**
34:6 50:9,10
51:10 56:23
57:21 58:9
70:19 87:24,25
89:9,14 94:11
110:3,7,9
111:8,13,18,18

111:20 118:12
118:14 119:2,2
126:15 135:17
135:21 137:17
159:7 160:5
163:13,17
174:24 186:21
**knife**
40:9,23,24,25
41:7,8,9 43:1,8
43:11
**knocked**
51:5 90:8
**knocking**
87:10
**know**
8:8 9:21 10:12
10:20 15:3
39:25 43:8
44:9,16 45:13
49:20,23 50:4
50:19,23 51:12
51:13 52:9
53:21 54:2
55:11 56:7
68:4 71:19,23
72:11,11,18
74:13,20 75:2
75:18 76:20
78:10,20 81:19
83:12,13 88:7
89:5,7 90:18
90:20 94:12
95:9 96:12
99:21 108:23
110:14 112:1
113:25 114:8
114:12 115:6
116:20 117:20
117:21 118:11
118:13 119:8
121:11 122:2,7
122:10 125:17
128:8 132:14
133:8,11,13
135:1,3,8

136:5,11,19
137:4,6,15,20
138:8,21,25
140:4,10,18,19
141:2,3,4,6
142:16,18
144:24 145:2
146:2 149:22
152:12 155:11
157:5,25 158:3
159:1,1 161:3
161:15,23
162:11 163:18
164:10 166:12
168:2 169:6,25
170:4 171:11
175:6,16 178:6
184:2,20 189:8
192:17,24
205:22 206:1
**knowledge**
8:22 35:10 46:19
56:22 74:4,15
75:1,8 78:3
83:15,21 89:3
89:10,15,19
91:6,17,22
92:4 93:13,20
93:25 100:8
108:25 109:22
109:25 110:2,5
111:12,19
115:10,14
116:12 118:1,6
120:15 124:8
125:20 132:17
134:19 135:4
136:7 137:23
138:1,12,18
140:1,6 142:10
142:13 143:2
144:3 145:19
146:6 147:7,10
147:14 151:3
152:16,21
153:25 156:20

160:25 165:9
169:11 181:1
185:11 203:23
204:13,24
205:10,14
206:3
**known**
124:13 144:8,17
**knows**
83:19
**Koblenski**
112:8,11
**Kornowski**
112:8,11
**Ku**
174:7
**Kwame**
1:13 3:12 7:12
51:23 133:11
181:20

**L**
**L-a-w-e-r-h-o-...**
91:12
**Lack**
192:4
**lady**
126:13
**laid**
37:13
**lake**
107:16
**Lakeside**
4:19
**late**
26:12
**laughed**
91:20
**law**
2:4 3:5,14,15
4:4,5,17,18 5:6
30:7,23 31:5
31:11 35:20
36:2 42:19
46:21 64:11,15
64:19,23 65:2

65:7,11 66:19
85:18 174:16
175:8 185:13
190:4 191:22
191:25 192:8
**Lawerhouse**
91:12,16,18,23
92:1
**lawful**
7:2
**laws**
25:3 30:15 35:16
175:21 185:3
**lawsuit**
10:4,15 21:6,22
109:14
**lawsuits**
7:11 10:14 49:24
**laying**
36:17 63:8
128:20
**lead**
84:9 183:11
195:1
**Leadership**
48:12
**leading**
162:4 171:16
187:8 188:9
190:9 193:8
194:21,23
195:9,11
200:24
**learn**
27:17 64:14 65:6
92:6 97:12
115:9 157:5
159:25
**learned**
30:7 44:14,21
45:19 57:21
61:6,13 62:6,9
84:14 157:12
157:15,20
158:4,13
164:22 165:4

188:3
**learning**
75:5
**leave**
77:19 107:5
131:8
**led**
178:8
**Lee-Harvard**
23:3
**left**
60:10 63:12
106:3 113:11
128:14
**legal**
174:21,24,25
176:1,12
**Leo**
142:16 147:23
**Leonard**
76:12 97:17
**let's**
63:11 107:11
122:1 197:3
202:12
**letting**
53:21
**level**
9:14
**lie**
88:1
**Lieutenant**
11:13 12:24
15:21,23 16:16
16:17,21,24
17:4,10,15,16
17:18,23,24,25
18:3,11 34:22
36:24,25 38:12
39:2,3,4 43:22
45:3,16,20
46:8 91:12,18
91:23 92:1
93:3,4,14,21
95:4 130:5,17
131:4,23

136:25 137:1,2
143:17,19,20
151:21
**Lieutenants**
185:19
**light**
121:20 126:2,3
**lights**
121:14
**limitations**
109:12
**limited**
198:13
**line**
88:17,18 107:15
145:25 161:10
161:15,16,18
187:12,17,19
**lines**
87:13
**lineup**
150:24 151:7,13
151:20,22
**lineups**
150:21,22,23,25
151:4 152:1
**liquor**
126:8,8 128:1,5
128:6,7,11,15
128:18 129:15
132:7,9
**list**
77:5 78:24
**listed**
185:6 201:23
**literally**
159:11
**litigation**
19:23
**little**
103:13 157:3
163:3 166:23
167:4
**lived**
50:8
**Liz**

194:16
**LLC**
3:14
**Lloyd**
41:11 44:3,4
160:3
**locate**
23:13
**located**
113:19
**lock**
115:22
**locker**
199:15
**lockers**
66:17 189:24
**LOEVY**
3:4,4
**long**
9:22 10:20 16:8
18:3 22:21
24:18 52:19
86:5 102:16
115:7 120:5
126:25 136:11
144:8 168:21
**longer**
70:2,3 115:18
**look**
20:12 26:3 55:16
71:21 114:18
117:22 120:6
132:15 187:19
192:20 202:14
**looked**
122:9 139:17
161:22
**looking**
106:21 115:2
**lose**
39:17
**lost**
69:19
**lot**
10:13 68:7,8
71:11 80:7

114:22 156:12
**LPA**
2:5
**lying**
87:25,25

---

**M**

**M**
4:16
**main**
5:7 35:1 130:6
**maintain**
29:14 152:24
**maintained**
29:22 152:14
**major**
70:19 71:21
**majority**
58:8 95:10 178:6
**makeup**
184:5
**making**
68:25 131:14
**male**
36:17 90:19
139:18
**Mallamad**
4:16 6:4,8 7:6
7:10 20:5
21:13 30:20
31:1 44:8 46:3
55:14 57:15
74:1,3 75:17
78:1 79:1,5,7
79:12,17 81:3
83:20 103:16
103:19 107:2
118:5,10
132:21 155:16
158:7,16
160:15 161:21
162:5 163:9,22
164:12,25
165:6,22 166:6
166:15 171:10
171:17,23

172:11,18
173:6,13
174:13,18
175:2,11 176:3
176:21 177:4
177:11 178:4
182:1,23
184:25 185:14
185:22 186:7
186:13,23
187:7 188:7,18
188:24 189:5
189:10 190:8
191:11,17
192:3,11 193:9
193:16 194:1,5
195:22 196:3
196:10,19,24
197:12,16,19
198:25

**man**
33:4 36:24 90:1
90:1 112:8,11
112:12,16
113:22 115:19
117:21 120:20
122:15 126:3
128:14 131:24

**man's**
114:11

**mandated**
167:18

**mandates**
65:23

**manila**
153:3 204:5

**manual**
28:18 62:21

**manuals**
30:13

**marital**
9:11

**marked**
20:3,8 21:11,14
55:12,16
156:13

**Marston**
113:20

**Martino**
2:1 207:4,23

**material**
31:3 153:6
196:17 200:6
200:12

**materialize**
82:5

**materials**
30:12 35:24
174:14

**matter**
8:24 11:8 29:6
41:24 105:21
160:2

**mattered**
144:6

**matters**
183:10

**mayor**
4:15 31:16 47:10
47:11,11
168:11,15
183:22 184:2,4
184:8

**Mayor's**
168:12

**McDonald's**
12:7

**mean**
11:22 72:5 73:24
74:19 101:9
118:4 159:3
161:12 198:13
203:21

**means**
207:9

**mechanical**
124:2

**Medal**
32:24 33:3

**media**
64:18,18

**medication**

8:16

**Medley**
95:16

**meet**
53:10 167:11
168:9,14
172:21

**meeting**
52:19 53:11
54:17,18,24
168:10 172:8

**meetings**
167:25 168:5,7,7
168:8,13,17,21
168:24 169:18
171:6,15,21,25
171:25 172:4
173:22 174:1,5
174:6,11

**Melvin**
108:7 146:9

**member**
32:19 33:14
49:11 197:20

**members**
188:20

**memory**
9:1 133:24 134:4
134:7

**mentality**
178:11

**mentioned**
50:1 146:9,18
152:13 161:9
183:22,25

**message**
189:25 190:2

**met**
54:2 55:25
133:15 144:12

**methods**
85:1

**Michael**
31:16

**middle**
44:6

**military**
10:18

**Mills**
3:14,15 54:21

**Milverton**
36:10,13,19
37:22 92:17

**mind**
34:3 149:13
179:11 202:13

**mine**
39:12 90:7
142:19

**minor**
16:6

**minorities**
183:23 184:18

**minority**
11:9 31:17 32:6
48:14

**minute**
107:11

**minutes**
114:21

**misconduct**
45:20 52:25 86:6
93:7 94:14
102:1,4,9,10
102:13,17,24
111:24 112:7
124:16 131:1
131:18 132:19
135:23 138:2
138:19 140:15
140:24 144:3
178:1 185:7
186:4,12 189:3
189:17

**misdemeanor**
16:6

**misdemeanors**
198:19

**missing**
126:13

**mission**
47:12

**mistreated**
32:8 37:25

**mistreating**
38:3

**money**
128:17 130:1

**monitor**
31:15 32:5,7,15

**monitoring**
184:16 191:14

**month**
22:23,23 23:16
23:25 125:9

**monthly**
168:7

**months**
17:12 22:22
24:19 51:1
113:21

**morning**
61:12

**mother**
178:12

**mothers**
100:17 101:17

**motor-vehicle**
10:14

**moved**
17:8 96:5 97:15

**movement**
162:16

**mud**
40:21

**murder**
23:2,15 51:17
133:20,25

**music**
24:24

———— **N** ————

**N**
6:1

**name**
7:7,8,10 12:15
23:4 28:2
36:15 40:1,6

41:13 50:1,6
51:13,15 71:2
71:3,5 76:10
79:21 81:4,13
82:12,16 83:25
88:6 90:1,2,10
90:11,17 91:15
91:17 92:25
93:8 95:17
96:18 97:16
98:9,17 99:4,6
99:14,16
108:22,23
130:5 132:2
133:4,21 135:9
136:15 137:16
139:2,14
140:19 141:3,4
145:6 146:9,16
146:23
**named**
40:1 108:9 128:9
129:22
**names**
80:13 90:5 96:11
96:15 111:25
119:4,14
134:25 145:4
146:18 148:12
204:5
**narcotics**
86:2
**National**
63:1
**necessary**
103:8
**need**
7:22 8:6,10
46:23 78:20
103:14 104:11
122:23 125:9
166:21 178:14
**needed**
60:7 65:2 159:5
159:15,15
**negative**

137:11
**neighborhood**
50:7,8 105:10,11
116:15 120:10
120:24 122:3
125:23 134:16
169:12
**neighborhoods**
105:13,14
107:19 126:22
**neighbors**
114:24
**never**
22:5 23:23,24
24:2 31:2
32:20 35:18
83:2 103:10,11
114:12 133:15
133:16 164:8
197:20,22
**new**
34:2 56:16,17
65:1,10 77:14
169:8 190:17
190:18
**news**
64:18,18 73:14
73:15
**newspaper**
74:19 75:2
**nigger**
90:2
**night**
40:12
**nine**
13:25 14:4
**Ninth**
2:6 3:16
**nods**
7:22
**normal**
151:6
**Normally**
13:18
**north**
105:7 107:20

**northeast**
36:18
**NORTHERN**
1:2
**Notary**
2:2 207:5
**note**
153:17
**notebook**
66:9
**notebooks**
66:9,11
**notes**
68:18,24,25 69:5
69:11,16,16,20
69:23 70:2
152:18,19,22
153:19 163:12
199:13 200:15
202:13,16,24
206:10
**Notice**
2:4
**notices**
30:14
**notified**
160:2
**notorious**
99:24
**number**
145:7 173:20
179:4
**numbers**
124:22
**numerous**
96:10 114:5
123:4 126:14
179:3 185:6

——————
**O**
——————
**O**
41:11 44:3,4
160:4
**o'clock**
2:8 206:20
**objected**

95:19 96:1,4
**objecting**
98:1
**objection**
30:17,24 45:23
57:10 73:22
75:15 77:24
79:6,10,19
80:24 83:18
106:24 136:3
149:10 153:22
154:25 155:4
155:15,16
157:22 158:6,7
158:15,16,24
160:14,15,23
161:1,20,21
162:4,5 163:8
163:9,20,22
164:12,13,14
164:24,25
165:6,7,22,23
166:6,7,14,15
169:19 170:7
171:9,10,16,17
171:22,23
172:5,11,18
173:6,7,13
174:18 175:1,2
175:11,12
176:2,3,21,22
177:4,11,12
178:3,4,24
182:1,2,23
184:12 185:14
185:21,22
186:6,7,13,14
186:23,24
187:7,8 188:7
188:8,17,18,23
188:24 189:5
189:10,11,21
190:8,9 191:10
191:11,16,17
192:2,3,10,11
193:8,9,16,17

193:25 194:1,4
194:5,21
195:21,22
196:2,3,10,11
196:19,20,24
197:11,12
205:2,18,25
**objections**
96:1
**obligations**
176:1,12
**observations**
69:1
**observe**
143:7,25
**observed**
91:23 93:22
120:19
**observing**
123:9
**occasion**
46:18 53:15 56:1
56:2 76:17
78:21 102:21
112:2 121:1,9
124:1 128:8
129:2 135:11
135:14 136:16
143:7,14
**occasions**
36:8 42:1 79:24
82:8 87:15
100:1,24 101:4
101:14 113:2,5
116:21,22
122:18,25
123:4,14 132:4
145:14 155:20
155:21 179:2,3
180:22
**occur**
102:12 176:19
**occurred**
76:8 80:23 81:2
82:9,17 87:20
95:8 96:14

99:2 104:24
107:22 116:23
118:22 124:20
168:6 185:17
185:18
**occurring**
185:20
**October**
11:1 24:17
**odds**
117:1
**office**
3:14 29:12 30:1
34:3,9 49:15
52:8,9 53:11
53:16 54:15
56:1 99:19,21
183:9 185:25
199:16 207:18
**officer**
9:21 11:1 12:11
13:14 24:10
25:17 26:10
27:9,10,13,14
28:15,23 29:16
30:10,21 31:8
35:19 36:9,11
36:12,13,21
37:1,7 38:11
38:13 39:13,14
42:8,23 45:22
46:9,15,19
49:13 50:11
56:14,16,23
57:4,8,13,14
57:17 60:2,3,9
61:14,16 62:1
63:11 65:22
66:6 67:22
68:5,15,20
69:20 70:10,13
70:24 75:19
78:15 86:5,24
87:3,23 88:20
88:22 89:4,16
89:21,23 91:1

91:7,19 92:6
93:1 94:11
96:19 99:11
100:1,9,12,21
101:15,25
102:8,12,18,22
102:25 103:3
103:23 105:4
108:8 111:1
112:23 113:10
113:24 114:10
119:21 121:14
121:16,23,24
124:3 129:6,11
129:13 146:13
150:11 151:19
158:2 159:18
161:14,25
163:11,14,15
164:3,5 176:1
176:13 190:17
**officer's**
99:4
**officers**
16:7 27:14,18,24
29:2 31:7,10
33:20,24 34:4
34:5,24 35:6
35:10,15,24
36:5,5,23
37:20 38:3,4,6
38:8 42:3,3
46:20 49:18
56:15,17,17,23
57:2,21,23
58:1,4,16,21
58:25 60:13,17
60:20,23,24
61:1,15 65:19
66:21 67:1
70:24 75:10
84:15 85:6,9
86:17 87:8,9
87:13,16 92:10
93:1,6,17
94:23 96:7

97:9 98:5
103:21 104:2
104:17 105:17
105:18 106:4,8
106:10,14,17
107:6,13 108:3
109:12,17
110:12,14,17
111:14,23,24
112:3,6,14
113:7 114:4,7
115:16 116:13
117:3 118:16
118:17 123:2
123:12,14
124:14,21,24
127:9 129:2
147:5 148:16
154:13 157:8
162:23,25
164:20 165:13
165:19 169:17
175:7 176:25
178:20 185:9
186:11,20
187:4,23
189:15 190:18
190:18,21,22
191:24
**offices**
2:5
**official**
69:8 153:4,18,19
194:19 196:1,4
200:1 201:1,3
201:19 202:3
204:12 205:22
**Oh**
27:6 31:15 52:20
71:8,16,19
88:21 89:8
91:9 98:3,8
100:14 111:25
136:13 142:1
144:22 159:9
171:24 182:9

**Ohio**
1:2 2:3,7 3:18
4:8,20 5:8 25:3
30:16 128:12
175:14 207:2,6
207:18
**okay**
8:2 10:24 11:24
15:2 41:5
44:19 54:11
73:19 86:4
92:20 93:11
98:16 103:16
112:21 123:25
139:4 143:7
145:12 146:15
147:3 154:4
155:9 159:14
167:4 170:10
170:13,16
180:19 191:2
194:14 201:14
202:12 203:14
206:8
**old**
10:13 181:19
**old-timer**
63:10
**old-timers**
63:21
**older**
104:16 147:5
**Oliver**
146:16,17,20
**on-the-job**
56:14 59:18
62:13 63:3
64:4 157:4
158:4 190:15
**once**
36:9 51:21 67:14
84:12 87:21
124:21 144:5
199:8 203:2
204:16
**ones**

58:8,22 148:13
**operate**
126:25
**operating**
58:10 167:7
**operation**
169:1
**operations**
127:2
**opinions**
83:16
**opportunities**
126:14
**opportunity**
8:21 59:16
105:19,20
110:16 111:4
116:19 125:18
156:11
**order**
29:21 48:1,21
49:19 63:25
65:1,16,20,23
66:4,18 86:9
111:1 126:1
160:12 164:7
**orders**
28:16,24 29:15
30:6,13 35:25
47:14,25 48:3
48:19 49:14
59:22 65:10
66:2,11
**original**
199:10 204:23
**ostracized**
39:11 40:3 42:8
42:14 88:18
91:5 162:21
189:20
**outcome**
72:13
**outside**
115:21 116:2
134:15
**oversaw**

14:7
oversee
59:11
owned
128:10

**P**

P-o-p-e
12:23
p.m
2:8 206:20
page
147:2 152:10
paid
124:22 128:24
painting
83:8
paired
145:15
paper
48:13,18 68:8,9
68:11 84:24
paperboy
50:9
papers
50:6
paperwork
32:6
paragraph
56:9 57:16 59:3
64:10 65:9
67:5 75:24
76:16 77:6
78:7 80:4,16
81:20,21,25
83:23 84:1,1
84:25 86:8
87:4,6 92:8,12
92:22 94:18,21
96:8,24 97:4
97:10 98:7
103:24 104:15
104:19 106:22
118:15 119:17
120:4,7,14,17
121:8 122:12

124:12 125:13
125:21 129:21
130:25 131:11
132:5,16 147:1
147:4 148:7,15
148:25 150:1
152:10 190:12
191:21 193:23
pardon
89:11 92:9
122:22
parent
102:3 150:8,14
150:19
parents
94:25 95:25
98:13,20 99:22
100:3,16 101:1
101:2,21 102:5
102:7,15,16,23
154:15 155:14
177:2,10,19
179:13
parking
114:21
part
24:12 33:19 48:3
48:19 60:14
69:14 109:13
127:13 172:10
172:15
participating
117:9
participation
197:10
particular
119:25
parties
151:9,15 152:6
partner
37:8 63:11
137:15,15
138:9 145:17
145:18 182:9
192:14
partners

105:19 110:17
111:5,15 138:7
parts
56:8
party
10:4,15 207:14
Paskvan
28:10 76:15
pass
20:6 21:16 29:10
35:9 112:10
132:22
passed
47:15 49:14
50:15 63:23,24
65:11 157:20
passing
132:10
Pat
40:7,9,12 42:22
42:22
patrol
11:1,2,11,14,15
12:11,20 13:13
14:23 16:15,16
17:15,17,23
27:10 28:15,22
31:8 36:11
38:6,8,13
50:13 60:2,3
60:13,17,20,23
61:1 62:23,25
68:20 85:9
88:22 107:19
107:21 108:4
108:14 109:6
109:13,18
123:9,11 129:6
134:14 146:12
158:2 167:10
patrolled
134:16
patrolmen
42:15
Paul
20:14,15

pay
125:8
payoff
125:2
payoffs
125:11
penalties
106:7 111:23
pending
22:2
people
14:24,25 29:4
34:20 37:18
43:20 50:19
64:1,17 77:14
77:16 87:12,17
95:10 113:10
114:7,16
115:20,22
116:1 117:17
122:9 129:24
151:8,13 152:1
158:3 161:7
175:16 190:4,5
190:5 204:4
period
14:1,13,13 15:6
15:14 17:4
18:10,13,22,25
19:7 22:15
23:16,25 26:6
32:14 33:17,18
123:18 139:19
Perk
91:14
permission
101:21 102:5,14
102:17,24
permitted
121:4
person
18:8 45:4 51:7
64:1,20 68:1
107:6 108:21
120:11,24
126:18,24

128:23 145:25
150:8,14,18
151:22 173:20
180:5 194:12
person's
114:17 126:4
personal
29:15 118:8
134:18 137:23
138:1,11
142:19 143:2
151:3 152:14
152:16,23
153:25 160:25
168:10 185:10
189:24 194:19
195:24 196:8
196:16 197:8
199:6,7,14,18
199:25 200:17
200:25 201:18
202:2,13,16,16
202:20 203:6
personally
140:19 168:14
199:20
pertain
148:8,9
pertinent
197:6
Pete
135:18
Peter
135:2 201:25
phone
52:10,11,12,16
53:14 160:6
Photograph
148:4
photos
77:10 201:15
physical
60:18
physically
87:12 98:18
pick

66:7 105:19
110:17 111:4
111:15 161:5
**picked**
160:17,17,20
**picking**
115:20 130:6
**pictures**
199:13,13
**pieces**
68:9,10
**pissed**
164:17
**pitcher**
159:16
**place**
65:7 72:23
124:25 126:5,9
161:4 181:7
186:4 207:12
**placed**
202:15
**places**
125:3 126:23
161:7
**Plaintiff**
1:6,14 3:3
**Plaintiffs**
3:12 181:20
**plant**
43:1
**platoon**
40:4 108:15,17
**play**
159:4
**played**
40:10 142:19,23
159:10,16
160:4
**playing**
63:17
**Pleas**
21:6 44:10
**please**
7:7,25 8:7
**plus**

199:12 201:15
**pockets**
126:10
**point**
17:3 53:4,8
54:11 197:15
201:10
**police**
9:21 10:10,11
11:3,20 12:5
16:7 19:6,8,12
19:15,22 22:5
24:10,15 25:16
25:17 26:10
27:11,22 28:16
28:19,23,25
29:15,16,21
30:6,10,11,13
30:21,22 31:4
31:14,15,18
32:11,19 33:15
34:6,10 35:5
35:25 36:9,12
36:12,20 37:7
37:11,19 38:4
38:11 39:11,13
39:14,16 40:2
40:3,17 41:15
41:17 42:2,8
44:23 45:1,7
46:8,10,11
47:3,8,14,24
48:1,3,10,11
48:19,20,21,24
49:11,13,14,18
49:19 50:11
56:11,12,14,22
57:4,8,12,17
57:24 58:6
59:22 60:9
61:14,16 62:20
63:2 65:1,10
65:16,17,19,20
65:22,23 66:2
66:4,6,11,18
67:11,14,22

68:5,15 70:10
72:3,6,22
75:10,19,25
76:18 77:7,18
77:20 78:15,25
80:11,14,14
82:13,22 84:3
86:18 87:8,23
89:20 90:15
91:5 92:5
93:18 94:8,11
97:2 98:19
100:17 102:8
104:1,12,17
105:4,5,16,17
105:18,24
106:1,3,3,15
106:16 108:9
109:1,22
110:11,20,22
110:23,25
111:1,3,13
112:12,22,23
112:25 113:10
113:13,14,19
113:24 114:1
114:18,22
115:5,24,25
116:3 117:2,25
118:11,25
119:6,18,20
120:22 121:14
121:15,22,24
122:20 123:2,8
124:9,14,21,23
124:24 125:8
125:23,25
126:6,9,20
127:22,25
128:14 129:2
129:11 130:2
130:12 131:22
132:18 136:13
136:20 142:20
143:8 144:10
146:21,22

147:5 149:2
150:11,19
151:8,19
154:13,20,23
155:3,12,23
156:3,24 157:1
157:13 158:12
158:14 161:13
161:13,14
162:14,17,21
162:23,24
165:2 166:5,12
166:13 167:8,8
167:12,15,23
168:1,18 169:1
169:6,16 170:6
171:3,7,15
172:7,24 173:1
173:4,5,12,23
174:15 175:9
176:1,7,12
178:20 179:6
183:14,21,24
184:5,10,16
185:1,9 186:20
187:4,17 188:5
188:11,15,21
190:14,23,25
192:17 87:11
198:9,13,17,18
**Police's**
49:9
**policeman**
37:9 77:1 87:22
126:14 129:22
**policemen**
34:2 47:9 116:5
**policies**
47:2,5,19 48:9
49:4 56:11
83:12 156:2,8
156:24 164:19
165:18 173:4
173:11,17
196:7
**policing**
27:6

**policy**
47:23 48:22,25
49:5,6,9 70:4
154:22 155:2,6
155:7,22,22
161:5 163:4
165:12,13
166:4,9 196:23
197:3
**Polottro**
19:8 48:8
**poor**
105:13
**Pope**
12:22
**popular**
135:9 136:4
138:13
**posed**
8:10
**position**
18:16 184:16,21
**positions**
136:22
**possession**
72:22 163:6
203:2 204:21
**possibly**
72:17 87:1
**potbelly**
125:3 127:10
**powerful**
131:22
**practice**
75:25 79:16
83:12 98:14,20
146:4 151:14
152:2 154:19
155:2,5,10,12
163:4 165:2
166:4,8,11,13
176:25 177:6
194:3 204:25
**practices**
56:11,18 85:2
156:25 157:13

157:18 173:5
173:11 190:19
191:5 198:4
**predominantly**
105:10
**preferred**
103:2
**preparation**
8:13
**prepare**
69:5 203:7
206:11
**prepared**
55:23 56:3 69:17
195:1 207:9
**preparing**
69:13
**prerogative**
97:24
**presence**
186:4 207:9
**present**
9:11 73:7 94:25
118:16 142:8
144:18 150:9
150:15,24
154:15 174:1
**presented**
48:15 152:20
204:16
**President**
162:13
**prevailing**
187:3 188:5,11
**previous**
104:19
**previously**
110:18 201:24
**printed**
21:17
**prior**
8:23 9:6 56:25
98:25 100:10
**prisoner**
63:5,7,22
**prisoners**

141:16
**probable**
175:22
**probably**
12:14 26:2 43:10
49:3 180:16
**problem**
35:2,3 131:23
**problems**
32:11 35:4,5,5,7
111:14 169:4
169:15
**procedure**
1:25 58:11
**procedures**
56:12 156:25
196:7
**process**
28:7 39:14 62:9
103:6
**produced**
207:9
**product**
44:14 61:2 75:11
75:20 77:21
84:22
**prohibit**
86:18
**prohibited**
86:10
**promoted**
14:9 15:21 29:3
66:10,15
106:11 159:19
**Promotion**
163:1
**promotional**
66:13
**promotions**
29:8 106:6
109:15
**promulgated**
28:24
**property**
41:20 130:8
185:8

**prosecuted**
23:22
**prosecuting**
73:6
**prosecution**
134:22
**prosecutor**
67:14,19,24 68:1
68:6,13,16
70:11 71:1
73:3,8 74:11
75:12,20 76:23
76:25 77:2,8
77:21 78:5,8
78:10 80:8,20
82:6 163:17,18
164:9,10
192:21,24
193:13,15
196:9,18 197:6
197:9 199:11
200:8,12 201:5
201:17,20
203:9 204:17
204:20 205:17
205:24 206:5
**prosecutors**
67:9 76:1 163:6
191:7
**protect**
117:19 150:20
151:24 177:20
178:14 194:11
**protecting**
128:17
**protection**
130:9
**provide**
34:23 35:23
59:18 67:8,17
76:1 165:20
**provided**
28:23 33:24
59:20 64:12
81:25 158:11
164:6 191:22

193:7 200:5,7
205:23
**Public**
2:3 4:6 19:17,22
20:16 82:18
172:21 173:10
173:23 174:2
207:5
**pull**
40:24
**punched**
87:9
**purposefully**
43:18
**purposes**
20:4 21:12 55:13
**Purser**
2:1 207:4,23
**pursuant**
1:24 2:3
**pursue**
29:7
**pursuit**
27:7
**put**
27:13,18 37:20
37:20 60:11
66:11 90:5
100:5,19
101:20 116:7
118:25 120:20
125:4,6 126:16
126:20,23
127:1 129:23
131:6 134:2
139:2 161:7
163:12 180:8
184:15
**putting**
47:8 184:20

___

**Q**

**qualified**
207:6
**Quebec**
128:13

**quell**
35:6
**question**
7:24 8:4,4,10
13:17 45:19
49:18 57:6,11
73:23 79:4,15
79:18 80:2
109:21 120:13
150:8,14
169:11 177:18
195:9,15,17
196:12 200:23
203:6 205:12
**questioning**
149:3,14,15
150:6 152:14
179:9
**questions**
7:21 8:21 34:12
49:21 54:10
55:4,4 67:2,3
132:22 133:7
149:19 154:5
154:13 174:13
174:17 180:15
180:17,20
183:8,11
194:23 197:15
197:17 199:1
200:24 203:18
**quick**
183:4
**Quincy**
129:17
**quote**
56:9

___

**R**

**R**
207:1
**race**
145:18
**racial**
184:5,9
**racially**

104:17 147:5,7
147:11,14,18
147:21,24
148:2
**radio**
34:18
**raid**
72:23 126:23
**raise**
169:18
**raised**
116:15
**Ralph**
16:11 91:14,14
**ran**
40:19 97:21
115:21 130:11
135:6
**range**
27:7
**rank**
13:13
**ranked**
45:21
**ranking**
46:9,14
**ranks**
170:25
**rarely**
145:17
**rate**
169:24,25
**RDR**
207:23
**reached**
43:17
**read**
9:7 53:12 56:19
64:20,25 65:5
120:4 192:13
192:16 195:18
**reading**
66:23 73:14
74:19 75:2
120:7
**ready**

32:7 56:3 63:20
**real**
41:17 100:14
113:21
**really**
33:11 130:4
134:18 181:7
**realm**
50:13
**Realtime**
2:2 207:5
**reason**
42:12 91:4 97:19
105:12 110:20
132:14 171:13
171:20
**recall**
9:3 12:19 15:2,3
15:4,10,11,14
15:16 25:6
26:9,17,19
27:24 28:4
61:10 87:7
97:8 136:22
139:15,20
142:3,6 144:15
**receive**
32:18,21 62:25
63:1 78:11
106:7 111:23
158:22 175:25
176:6 192:25
**received**
7:14 30:13 31:3
31:17 32:12,24
32:24 52:10
53:22 57:4,8
57:21 58:21
62:24 74:17
160:12 174:14
176:12 198:1
**recess**
55:10 103:18
133:1 183:5
**recognize**
28:7

**recollection**
119:15,24
**record**
69:8 120:5 154:9
195:19
**recruit**
48:13
**recruitment**
49:2,4,5
**redirect**
205:19
**reduced**
27:8
**reference**
181:13
**referred**
148:5
**referring**
54:20 62:12 80:4
82:24 104:18
124:15 139:16
148:25 149:24
150:1 181:14
**reflecting**
65:10
**refreshed**
134:4
**Refused**
126:17
**regarding**
25:19 190:12,13
193:23
**Reggie**
31:19
**Reginald**
184:22
**Registered**
2:1 207:4
**regularly**
101:19
**regulations**
28:19
**related**
78:9 192:23
200:5
**relating**

134:19 153:7
204:12
**relations**
25:5 26:23,24
27:1 167:12,17
**relative**
21:23 172:23
207:14
**released**
106:5
**remember**
8:17 14:25 23:4
25:12 43:10
50:5,16 51:11
81:12 91:15
96:10 119:18
134:6 136:15
174:17 180:19
**remind**
92:25 125:8
**reminder**
125:9
**removed**
97:13,19
**repeat**
57:6 148:12
150:10 195:14
195:16 196:12
**rephrase**
7:25
**report**
19:3 34:10 38:22
39:3,5 44:1
45:21 46:14
60:5,5,8,10
69:6,9,13,18
69:24 70:1
112:23 117:5
117:13 131:1,9
131:14,18,21
132:6,11
152:20 153:18
171:2 180:4,6
180:7 204:19
**reported**
19:5,7 41:1,3

91:23 126:13
131:3 170:5
189:3,4,16
**reporter**
2:2,2 8:7 13:17
20:19 195:18
206:9 207:5,5
**reporting**
131:5 207:16
**reports**
59:14 73:14,15
76:2,22,22
110:8 201:16
**represent**
7:11 133:5
**representing**
51:23
**Republic**
12:7
**reputation**
135:17,21 136:1
138:15 143:5
**requalification**
25:24 26:6
**requalifications**
25:21
**request**
55:19
**requested**
195:19
**required**
29:14,17 61:2
196:17
**requirement**
196:16
**requiring**
163:4
**respect**
64:2 76:16 81:21
86:16 110:16
111:4 120:14
148:7 152:18
175:6 181:23
**respond**
126:7
**responded**

36:16,25 40:12
**response**
75:5 154:12
**responses**
9:9
**responsibilities**
167:5
**responsible**
173:4 184:20
**restaurant**
12:8
**restricted**
110:19
**restrictions**
109:17
**resubmitted**
48:16
**result**
21:3 71:15 88:11
97:25 131:5
**resulted**
129:10
**results**
44:21
**retain**
48:13
**retire**
19:11
**retired**
93:18 136:19
137:20
**retraining**
25:18
**return**
126:15
**review**
8:12 49:14 53:13
59:13,17 65:12
66:2,4,12
110:12 206:12
**reviewed**
84:23 110:7
**reviews**
173:17
**Richard**
159:23,24

**Ricky**
1:5 3:3 7:12
133:8 134:22
181:20
**ride**
121:25
**ridiculous**
79:4
**right**
10:1,22 13:7,21
14:11 38:5
52:23 54:5,6
57:25 63:14
69:3 84:23
106:11,20
109:16 112:19
117:11 119:25
148:6 154:17
157:8 158:20
161:4,4 165:15
165:17 174:21
175:22 182:16
183:24 186:2
186:22 189:13
195:13 200:22
202:25 203:15
204:7 206:12
**rights**
150:20 151:25
177:20 178:14
**rigid**
40:11
**ring**
126:13,15,16,17
129:10 186:17
**robbed**
40:5 113:8
**robber**
39:24 41:23 42:9
42:17
**robbery**
39:22,23 42:7
**Robinson**
108:7
**Rocco**
48:8

**Rocky**
19:8
**Roetzel**
2:5 5:5
**role**
133:19 143:23
172:23
**roll**
59:21 64:24 65:3
66:22 192:13
**Ron**
41:13 129:22,23
129:23 131:8
161:25 162:6
**Ronnie**
134:23
**room**
4:19 54:3 84:9
**ropes**
28:1 61:15
**rough**
41:22 145:10
**Rudolph**
43:22,24,25 45:3
45:10,17 46:8
74:23
**Rudolph's**
45:20
**Rule**
90:4,4 195:9
207:17
**rules**
1:24 28:18 67:7
86:18 95:11
**run**
108:18 114:21
159:15
**running**
116:6 167:8
**runs**
46:8 159:5
**Russell**
162:7,18,19

———————
**S**
**S-a-f-e-r-i-g-h-t**

93:9
**S-e-v-e-l**
93:12
**safe**
34:21 174:10
**Saferight**
93:8
**safety**
89:20 92:5 94:8
97:2 104:2,12
109:1,23
110:11 111:13
116:4 117:4,22
117:25 118:12
124:9 132:18
172:21 173:2
173:10,23
174:2 184:22
184:23 198:8
198:15,17,19
198:21
**sat**
62:20 88:3
**saw**
17:7 35:2 36:4,9
40:6,22,25
41:9 42:2
44:18 88:7,14
89:13 90:14
91:1,10,11,16
95:5 100:25
101:2,14
102:21 103:10
103:11 106:14
106:18 114:13
114:14 115:3
115:17 116:10
116:14,17
119:5 124:21
131:12 155:17
162:2,15
**saying**
42:8,12,21 43:3
58:24 76:21
106:2 159:11
192:6 193:4

197:2 201:3
**says**
81:25 150:6
192:21 202:15
**scared**
41:2
**scene**
36:14 37:1 39:4
40:22 72:25
118:17 143:17
**school**
9:16,18 12:5
**scope**
205:19
**scraped**
40:16
**seal**
207:18
**searched**
126:17
**seasoned**
64:4
**second**
18:24 21:15
35:22 54:17
56:2 121:15
132:24 145:23
177:23
**Security**
50:13 134:14
**see**
12:13 31:16 32:7
34:11 58:9
63:12 65:14
76:5 80:13
86:14 95:1
99:21 100:1
104:21 105:22
121:25 124:18
126:22 135:1
143:11 148:18
148:21 155:22
166:18 179:7
180:2 182:7
187:15 190:3
193:2 197:7

202:18 206:8
206:13
**seen**
35:21 39:12
114:6,9 119:6
125:14 144:20
178:20
**sees**
173:17
**Seidel**
130:6,18 131:3,4
**self**
37:16
**sell**
71:11 72:7 73:5
**send**
60:5 95:24
113:15 204:23
**senior**
7:9 27:14,18,24
31:7,9 36:4,22
37:1 46:19
56:16 59:8
60:24 61:7,15
62:1,7 63:11
84:15 88:20
190:17
**seniority**
161:6
**sense**
158:10 175:8
**sent**
31:18 62:19
181:9 190:23
199:10
**sentenced**
63:17
**separate**
202:2,3
**Sergeant**
11:7 12:15,17,21
12:22 14:2,2,6
14:10,14,22,23
15:5 32:1
33:18 34:23
35:14 38:22

39:3 40:7,9
70:22 108:16
108:17 112:15
114:9,9 120:19
123:9,11,21,22
123:23 127:17
130:19 135:2,5
135:7,12,15,24
136:2,7,11,17
136:19,23
143:16 148:1
150:23 151:21
159:22 160:1
202:2
**Sergeant's**
29:25
**Sergeants**
12:14 13:6
124:23 150:23
**series**
174:12
**serious**
124:16 186:3,11
**serve**
10:18 31:13 49:8
53:20
**served**
32:14 33:19
**Service**
21:1,8,23 24:9
**session**
31:21
**set**
48:3 66:9 94:18
95:11 207:17
**setting**
66:8
**Sevel**
93:12
**seven**
17:12 39:1 51:1
**severe**
113:18 118:18
**sex**
85:16
**sfunk@ralaw....**

5:10
**shake**
31:17 32:12
**Shaker**
36:9,12,20 37:7
92:14,17 93:1
94:10
**shame**
41:16
**Shawn**
4:16 7:10 73:18
**Shawn's**
195:4
**sheet**
95:24 181:11
**sheets**
181:9,10
**Shield**
162:13
**shift**
35:6 39:11 66:5
145:23,23
**shoot**
37:11
**shooting**
45:14 94:10
**short**
46:23 55:9
103:17 169:23
**shot**
36:12,20 37:8
40:21 42:23,24
113:9,10
**show**
19:25 21:14
37:10 61:23
62:1 114:19
**showed**
27:15,19,25
51:12 61:15
**showing**
20:7
**side**
114:25
**sign**
53:12,13 59:13

**signature**
56:3
**signed**
55:18 56:6
**silence**
187:12,15,20,23
188:22 189:2
189:16
**similar**
169:8 187:12,13
**Sims**
76:12
**sir**
54:13 63:10,10
**sit**
116:16 169:10
174:8 180:13
**sitting**
139:6
**situation**
151:6 165:14
191:6 192:9
**situations**
98:21 186:3
189:15
**six**
17:12 51:1
145:11,13
167:16
**Sixth**
11:18,19 18:21
18:23 98:10,20
98:23 101:6,23
107:11,12,16
126:12 129:12
166:25 167:1
**Sixty**
59:2
**Sky**
115:18
**slapped**
88:2 112:11
**sleepy**
63:18
**slipped**
40:20

**slips**
68:8
**SMallamad@...**
4:22
**smart**
178:6,12,13
**smell**
125:7
**Smith**
13:6,6 108:22,22
109:2,24 111:7
**snitch**
194:10
**snitches**
194:8
**sobriety**
125:24 127:12
**social**
95:22
**softball**
142:20 159:5,10
159:16
**Soften**
113:15
**solve**
35:4
**solved**
166:21
**somebody**
10:6,16 37:10
39:25 50:6,14
89:7 97:22
127:1 132:15
141:23 151:11
161:3 175:20
180:23 186:21
194:8
**Somewhat**
173:14
**son**
100:18 105:21
105:23 131:22
146:21
**soon**
52:16
**sorry**

11:18,23 18:15
53:6 72:20
81:20 91:14
92:9 101:10
113:2 132:4
157:10 158:1
164:4 170:12
194:17 203:17
**sort**
9:23
**sounds**
14:12
**south**
5:7 105:7,7
**sparking**
128:20
**speak**
45:6 51:19 52:7
52:16 53:14
66:6 116:19
199:25
**speaking**
40:4 42:9 55:2
69:1
**special**
22:7
**specialized**
27:20 85:13
158:23
**specific**
78:21 79:20 80:2
81:17 82:23
96:14 99:10
115:10,14
116:11 148:9
159:18 169:22
179:8
**specifically**
97:8 144:15
188:14 194:24
**specified**
207:12
**speculation**
163:24 193:18
**speech**
42:20

**spend**
63:16
**spoke**
25:11 52:3 53:7
162:1,8
**spoken**
51:22 53:24
**Squad**
11:12 167:10
**Square**
4:6
**Sr**
1:22 7:1 206:18
207:7
**SS**
207:3
**St**
107:14,15
**stages**
12:10
**Staimpel**
138:21,22,22,25
139:7,10,13,15
139:20 140:1
140:10 147:18
201:25 205:15
**Staimpel's**
140:7
**stance**
117:23 162:22
**stand**
37:9 179:10
**standard**
56:15 58:10
190:16
**standing**
37:6 63:14,20
101:17 102:6
116:2
**Stanley**
18:2 39:21 40:1
108:7
**start**
26:1
**started**
11:1 26:2,22

29:7 36:23
37:4,11 48:5
57:1 58:5
156:5 167:2
176:14 190:22
192:18
**state**
2:3 7:7 30:16,23
31:5,11,18
35:16,19 36:2
42:19 46:21
56:10 59:3
64:11 65:10
66:1 67:6
72:15 73:2
75:25 78:7
80:16 84:2,25
86:8 94:22
104:16 118:16
124:13 207:2,5
**statement**
24:1 30:12 31:2
35:13 47:12
49:16 53:12
54:16 56:21
57:16 59:7
62:13 66:3
67:21 76:3,20
77:12 83:5
85:14,15 86:17
95:20 106:22
138:23 139:11
139:16,21
140:11 141:7
141:10,11,14
141:19 142:4
153:9 179:19
180:2,9,13,14
180:18,23,24
181:2,8,19
182:12,12
196:5 201:4,12
204:2,15
**statements**
76:2 77:3 78:12
95:18 138:24

141:15,16,24
142:7 148:8
153:8 179:21
179:24,25
180:4,11 181:6
181:24 182:8,8
182:13,15,22
193:1,6 201:11
201:12,15
204:1,18
**states**
1:1 87:6 188:12
**station**
87:21 90:6,19
98:19 100:17
105:16,25
106:1,4,15,17
108:9 112:9,13
112:19,25
113:13,14,19
114:1 119:6,19
149:2 167:8,8
**stations**
179:6
**status**
9:12
**stay**
17:7 40:11
**stayed**
34:20 204:2
**steal**
29:3 41:18
**stealing**
41:21 130:18
131:16 185:8
190:5
**Steel**
12:7
**Steele**
16:24,25 17:1
**Stenotypy**
207:8
**Stephen**
5:6 133:4
**Stoiker**
140:17,18,25

147:14 201:25
205:16
**Stoiker's**
140:21
**Stokes**
110:21 183:22
184:2,4,8
**stole**
127:23,25 129:2
130:2,20
**stolen**
28:7 29:19
126:16 129:10
130:1 186:17
**stomp**
36:23
**stomped**
37:5 88:3 90:9
**stomping**
37:12,23
**stood**
63:10 90:9
114:11,11
**stop**
19:21 100:5
101:20 118:25
119:22 121:14
121:16 123:15
177:6 178:11
**stopped**
33:4 34:14 98:13
98:19 100:4
119:7 122:1,20
123:2 176:25
**stopping**
125:22 127:12
**store**
126:6,8,11 129:3
131:12
**stories**
73:15
**stove**
125:7 127:10
**stoves**
125:3
**street**

2:6 3:16 5:7
17:15 24:25
33:13 107:14
107:14 120:22
121:6,19,25
204:4
**streets**
34:17 68:24
143:13
**stretcher**
37:13,15,17,20
**strike**
157:11 158:1
164:2,4 167:10
**striking**
101:15 102:1,8
102:22
**struck**
100:12 144:5
**structure**
170:5
**stuff**
41:15 95:23
134:3
**subject**
26:13 47:18
65:23 86:24
102:18 103:11
106:15
**subjected**
102:25
**subjects**
25:1
**subpoena**
7:15 53:20,23
**subsequently**
112:12
**sue**
106:10 109:4
**sued**
10:5,6,16,16
**suggest**
70:3 183:12,16
**Suite**
3:7,17 4:7 5:7
**SUMMIT**

207:3
**superior**
64:5 132:7
159:18
**superiors**
94:2 131:19
132:6,9,11
157:6
**supervised**
12:13 24:2 60:24
84:18
**supervising**
38:11 136:17
157:8
**supervisor**
14:3 16:10,22
17:22 60:6
65:3 67:2
84:20,23 89:4
89:14,16 91:7
91:11 152:8,21
167:20 172:8
**supervisors**
12:12,19 13:25
14:17 15:9,13
41:16 42:15
49:20 59:9,11
59:16,20 64:22
66:20 74:8,9
74:16,21 75:1
75:4 84:18
91:13 131:2
157:14,19
158:13 185:19
186:5
**supervisory**
42:2
**supplemental**
69:6 152:20
204:19
**supposed**
50:2 61:24 62:22
63:4
**sure**
16:25 32:5,12
34:16,20 58:12

63:19 66:21
89:13 137:3,5
152:8 155:11
184:17 193:19
**susceptible**
177:22,25
**suspect**
79:25 80:1,17
82:2 86:10,22
89:24,25 113:7
113:22 121:4
148:22 149:5,8
149:14,18
150:18 163:15
164:4,7 175:21
177:14 178:22
180:13,20
193:24
**suspects**
60:4 84:21 87:9
87:9,11,17
112:2 114:4
115:15 116:12
118:19 150:3
154:16 177:1
177:10 181:14
185:7 204:6
**suspects'**
90:5
**suspended**
198:16
**sworn**
7:3 207:7
**system**
181:8

———————
**T**
———————
**T**
207:1,1
**T-e-l-l**
7:8
**T-r-a-v-i-s**
87:22
**T-r-o-y-o-n**
36:25
**take**

8:11 20:6 25:24
28:8 37:18
46:23 55:9,16
60:8 64:21
66:7,16 69:4
75:4 84:19
90:25 98:18
103:16 113:25
116:4 117:23
120:6,11
126:24,24
128:23 131:13
131:14,16,17
131:24 132:1
163:11 168:15
183:4 194:10
199:9
**taken**
1:25 7:18 55:10
76:3 95:21
103:18 133:1
181:3,6,24
183:5 207:12
**takes**
198:20
**talk**
13:19 52:12 55:5
63:7 77:13
125:18 147:4
167:4 171:7
174:9 185:24
190:6,13
201:18 204:4
**talked**
52:21,22 53:1,3
53:17 55:6
61:5,12 65:2
66:18 133:15
157:3 176:8
187:11 200:17
200:23
**talking**
18:10 42:1,5
55:1 58:3,25
68:19 93:24
98:12 109:6,16

123:19 128:4
180:15 199:6,7
199:17,18,21
200:1,15,18,19
201:2 203:14
**Tapco**
12:8
**task**
48:7
**taught**
28:4,6 63:22
67:11,16 84:6
188:1,2
**teach**
33:20 187:22
**team**
47:6 138:13
159:6
**tear**
124:25
**Technical**
9:18
**technique**
63:21
**techniques**
35:9,11 61:16
84:11,15,17
85:6,10,12,17
85:20,23,24
86:4
**telephone**
180:7
**teletype**
29:2,11 64:17
**tell**
1:22 7:1,8,10,17
8:6,16 9:11
10:8,10,20,25
12:9 13:16
14:17 15:2
16:5 17:8 20:1
20:3 21:11,17
21:21 22:4
24:8,23 28:13
29:1 32:3,23
33:23 34:8,13

34:15,18 35:13
36:8 45:15
46:24 47:1
49:23 51:9
52:3,21 53:18
54:8 55:12,15
56:21 57:13
59:25 61:13
64:19 67:21
70:21 72:10,20
74:25 75:7
76:7,10,12,17
78:2,14,18
79:8,21,23
80:22,25 81:1
82:5,8 83:10
85:4 87:2,14
87:19 88:4,12
88:13 89:8
90:25 94:16
95:7,14 96:16
96:22 97:18
99:14 101:5,22
103:20 104:15
104:23 111:22
112:6 114:18
117:20,24
118:13,21,23
118:24 119:4
119:10,11,12
119:14,19
120:6,6,15
124:12,20
125:15 132:23
133:4,18 137:2
149:22 153:2
155:6 163:17
164:9 168:5
172:1 183:8,15
187:16 192:15
194:11 195:8
197:17,20
206:18 207:7
**telling**
39:24 73:20
101:6 119:20

165:12,13
186:2
**ten**
18:25 19:7 26:3
26:5 198:15,17
198:22
**tenure**
41:1 101:11
**term**
22:18 118:9
**terminated**
20:22,24
**termination**
20:25 21:24
129:11 198:23
**terms**
158:4 185:8
191:20 192:8
192:20
**Terpay**
137:6,7,12,14,20
138:2 147:7
201:24 205:11
205:15
**Terpay's**
137:24 138:9
**terrible**
113:25 186:19
**territory**
110:19
**Terry**
4:4 50:24 51:25
52:1,3 53:25
74:1 79:1,12
**tested**
25:8,10
**testified**
154:12 156:22
163:3 176:10
176:24 183:12
185:18 193:23
**testify**
8:17 57:3,7
198:3 207:7
**testimony**
58:19 64:1 191:7

195:5 207:8,10
**testing**
161:2
**tests**
25:23
**tethered**
8:8
**tgilbert@f-gla...**
4:10
**Thank**
132:23 202:6
203:11 206:7
**theft**
11:6 13:11,22
14:7 22:10,11
22:12,19 27:17
27:20,25 28:5
28:11 31:9
61:6,7 62:5,6
62:10 63:1
84:13 85:21,23
134:12,13
139:12 158:20
200:19,20
203:14
**thick**
90:6
**thin**
88:17,17 161:10
161:14,16,17
187:11,17,18
**thing**
35:1 43:9 50:12
52:14 61:21
77:4 83:7
96:16 117:16
134:6 156:7
162:20 163:2
169:7 174:11
199:14 204:20
**things**
9:4 19:25 34:19
63:25 64:16,18
64:20,25 68:7
68:8,10 69:22
71:11 76:25

77:2,6 78:17
80:1 87:13
95:9 99:19
105:3 106:18
109:5 114:6,15
115:3,4 116:10
119:5 122:8
125:10,14
126:10,21,25
128:21 129:25
130:24 132:16
134:2,3 137:11
139:13 149:3
149:21 156:12
157:5,15,21
158:13 162:2
168:9,15
169:17,24
178:8 179:7
180:18 183:13
183:15 185:9
185:20 186:19
189:22,23,24
190:5 201:16
202:25 206:13
**think**
16:24,25 17:24
18:15 33:8
42:1 52:18
61:12 70:12
71:20 72:1,8
74:12,23 79:3
106:19 138:22
138:23 139:10
139:12,13,14
139:24 150:5
164:17 167:17
201:1
**third**
90:14,16 151:9
151:14
**Thirty**
123:6
**Thomas**
106:12 109:14
**thought**

42:5 104:8 162:3
168:2
**thrashing**
100:15
**threats**
177:25
**three**
14:12,13,18
24:19 95:23
116:22 118:1
118:12
**threw**
112:20 116:4
**throw**
41:19 66:16
152:25
**thumper**
159:6
**ticket**
121:20
**tickets**
122:21 123:3,16
**time**
8:6 9:22 13:2
15:7 18:13
19:1,9,24 20:6
22:7,11,15
23:16 24:1
25:20,25 27:12
29:6 30:10
32:1,14 33:7
33:17,18 36:11
36:22 37:6,17
38:13 40:7
43:23 46:1,2
46:11 50:9
58:11 65:12
66:3,12 68:19
68:20 70:22
76:9 80:15
90:3 95:11
100:4 104:18
104:25 106:9
110:21 113:17
113:20 115:7
123:8,18

124:14,23
125:6,22
134:11,23
137:2 138:2
139:19 141:18
144:10,20,25
146:17,22
147:6 154:5
161:4 166:23
169:7 183:25
186:21 207:12
**times**
34:4 51:19 84:21
100:25
**tip**
82:1,4,4,6
193:23
**tired**
101:18
**title**
170:17
**today**
7:14 8:13 49:24
52:22 53:22
54:2 62:1 77:1
83:14 110:14
112:22 125:17
139:6 156:13
183:10 184:1
185:6,10,24
186:2 190:22
192:13 206:12
**token**
114:25
**told**
8:7 37:9,14
44:13,18,20
53:19 55:6
67:13 83:19
84:8 90:1
92:14 120:18
122:3 126:16
133:21 134:5
136:14 148:13
164:16 178:8
183:17,19

185:24
**tomorrow**
63:12,13
**tool**
69:12 203:5
**torn**
115:19
**tow**
126:3 127:14
**town**
53:19 128:12
**traffic**
25:3 37:3,3,4
93:23
**train**
31:10 190:24
**trained**
30:21 35:18 36:1
56:17 57:14
58:9 59:8
67:16,22 75:10
190:18
**training**
25:1,4,14,18,22
26:5,14,21,23
26:24 27:1,2,3
27:5,9,13
28:14 34:4,5
34:23 42:3
46:20 56:11,13
56:13,14,15
57:1,2,4,8,20
58:2,20 59:4
59:18,21 61:18
61:19,20 62:13
62:16,18,19,24
62:25 63:2,4
64:5,5,13 65:7
84:3,3 156:6
156:24 157:4
158:4,5,11,23
160:11 174:24
175:9,25 176:6
176:11,15,16
185:1,4 190:14
190:15,17,21

190:21 191:23
197:24
**transcribed**
69:24
**transcript**
13:20 206:11
**transcription**
207:10,10
**transferred**
69:18,23 70:1
162:14,16,19
**transported**
71:9
**transporting**
128:7
**Travis**
87:22,23 88:20
92:10
**Travis'**
89:4,16,21
**treated**
130:13 162:1,9
162:12 184:10
**treatment**
120:25 184:17
**trial**
8:23 74:18,18
**tried**
23:13 37:16
40:19,24
**trouble**
46:4 117:20
124:2 132:15
**Troyon**
36:25 39:4 93:3
93:14,15,16,21
**truck**
128:4,5,6 132:9
**true**
59:7 66:3 69:11
73:16 156:18
183:2 193:22
207:10
**truth**
88:5 207:7,7,8
**truth.'**

87:14
**truthfully**
8:18
**TRW**
12:8
**try**
29:8 202:12
**trying**
13:20 22:24
53:20 62:3,15
74:1 83:14
115:9 177:16
**Tuesday**
2:7
**turn**
61:2 67:22 68:5
73:2 75:11,19
76:23,24 77:7
77:9,11,15,17
77:20 120:22
121:5 122:16
163:5 191:6
**turned**
40:16 78:5 80:20
191:8 196:8,17
197:9 203:8
**Turner**
31:19 41:14
129:22,23
162:1,6 184:22
**TV**
126:6 127:23
**TVs**
126:7
**two**
27:14,18 33:12
37:21 52:12,21
54:14 95:16,22
112:13 115:12
116:5 133:6
148:23 168:23
170:25 194:18
204:14,14
**type**
33:1 34:19 35:25
50:5 60:12

62:15 66:14
77:3 80:1,23
82:8 92:11,21
94:17 95:8
96:7,16,19,23
97:3,9 98:6
114:15 115:3
128:21 142:4
156:6 161:3
162:20 163:1
174:10,11
176:15,16
179:21,25
180:3,6,6,10
180:14,24
182:7,12,16,22
199:13 204:20
**typed**
69:9,13,18 70:1
138:24 139:13
152:19 153:18
206:10
**types**
122:8 125:10
126:21 170:3
178:1
**typewriters**
182:5,20
**typing**
141:19 142:6
182:14

---
**U**

**U.S**
174:16
**Uh-uh**
132:12
**um-hum**
12:18 17:2 20:17
23:9 99:9
121:6 127:21
194:14
**uncovered**
67:18
**undergo**
27:5

undergoing
26:9
undersigned
1:25
understand
7:20,25 8:20,25
45:15 46:7
58:12 62:3
73:16 74:2
116:18 133:8
177:16
understanding
46:5 51:15 166:3
173:3 187:3
196:15
understood
8:4 42:25 97:25
166:5 197:4
uniform
56:16 190:16
191:5
union
24:24 161:5
unique
85:17
unit
11:6 13:11,23,23
14:7 15:17,24
22:6,8,16,19
23:18,19,25
27:17,20,21,25
28:11 31:9
37:3 43:4 49:2
49:5,9 61:6
65:4 76:3 83:3
83:11 84:13
134:12,13
138:10,23
139:11,16,21
140:11 141:7
141:10,12,14
153:9 154:2
158:20 179:19
180:3,10,13,23
182:12 196:5
197:21 201:4

201:12 203:8
204:2,15
United
1:1 188:12
units
85:13
unlucky
168:11
untrue
43:18
updating
48:10
upheld
71:17
uphold
21:24
ups
189:4,8
urinate
125:5
urinated
127:9
use
7:22 25:19 47:7
47:19 56:18
85:21,25
103:15 148:20
148:24 190:19
203:5 204:3
useful
70:2
Utilities
11:21 19:15,17
19:22 20:16

———————— V ————————
V
12:15
V-a-v-a-r-i-n-a
28:3
vague
30:17
variations
86:4
various
12:9 186:19

Vavarina
28:3,3 76:15
vehicular
123:16
verbal
103:9
verbally
131:7,7
version
204:17
versions
56:5
versus
7:22 21:21 31:8
83:15 148:22
149:8,15
184:10
vice
11:11 14:22
15:17 124:23
124:24 127:9
130:19 167:10
victim
23:4
victims
60:4,21
Victor
12:16
Vilk
12:15,17
violate
35:19 42:4 46:21
185:2
violated
36:6 175:21
violation
42:18,20 123:16
violations
185:12 190:3,4
violent
118:18
voluntarily
183:15
volunteered
183:17
vs

1:7,15
———————— W ————————
W
5:6 20:3 21:11
55:12 206:18
W-a-l-z-i-k-i
28:2
wagon
37:17
Wait
63:13 107:11
waiting
63:14
waive
206:16,17
walk
10:22
walked
99:20
walking
179:5,6
Walton
97:17,17,18
Walziki
28:2,2
Wang
3:5 6:6 30:17
45:23 75:15
106:24 154:11
155:1,8,19
157:24 158:9
158:18 159:2
160:18,24
161:8,24
162:10 163:10
164:1,18 165:1
165:10 166:2
166:10,22
169:21 170:9
171:12,19
172:2,9,13,19
173:9,15
174:20 175:5
175:18 176:5
176:23 177:5

177:15 178:16
179:1 182:3
183:1 201:7
202:7 203:19
205:5
want
15:3 34:5,16
39:13,17 63:15
78:24 88:4,18
91:4 102:10
114:23 116:16
116:18 117:16
117:21 119:8
125:17 131:23
132:15 139:25
147:1 151:14
152:4 166:19
187:16 206:15
206:15,16
wanted
29:3 34:10 60:10
66:10,14 67:15
97:23,24
111:16 128:24
159:10 160:5,6
165:25 168:16
169:25 182:21
wants
37:14 194:10
warning
103:10 104:9
wasn't
13:2 25:20 29:12
101:2 105:22
116:9 170:8
way
27:18 30:6 33:18
35:14 43:12
46:7 61:25
95:6 97:21
114:15 115:4
130:12 134:1
155:23 161:7
163:18 164:10
173:16 178:9
181:22 183:11

183:12,13
184:10 186:12
191:14 193:11
194:7,15
**Wayne**
36:16 93:9
**ways**
103:13
**website**
21:19,20
**wedding**
126:13
**week**
122:5 124:4
125:1
**weekly**
168:7,8,17
173:21
**went**
16:12,16 17:14
17:18 18:18
25:3 27:6
37:23 39:22
40:1,15,21
41:11 44:17
46:9 62:23
63:7,19 89:8
90:8 112:17
114:17 120:20
126:10 128:14
146:13 161:6
185:10
**weren't**
32:8 92:15 95:22
95:25 105:18
105:19 106:6
107:7,20 108:4
108:10 109:10
170:2 175:7
**west**
3:16 105:6
107:14
**whatsoever**
59:4
**WHEREOF**
207:17

**whip**
98:18 100:18,20
101:21
**whipping**
114:1
**white**
31:16 33:5 47:11
89:24,25 90:19
104:16 105:11
105:13 106:4,7
106:10,14,16
111:24 112:3
112:10 113:7
114:4,7,7,10
114:17 115:16
116:13 117:2
118:17 120:20
121:4,11,22
122:5,15,19,25
124:2 129:13
129:14 139:18
145:16 147:5
**whites**
184:11
**widespread**
169:16
**wife**
105:23
**wiggle**
114:12
**Wiley**
3:13 7:12 133:13
134:22 181:21
**William**
1:22 7:1,8 21:21
40:1 76:12
108:6,7 207:6
**Williams**
98:17 100:12,21
101:15,25
102:12,18,22
102:25 103:3
103:21 104:3
**wires**
128:13
**withheld**

68:15 70:10,14
70:25 71:7
74:10 75:5
79:24 80:3,7
80:11 81:18
205:16 206:5
**withhold**
200:11
**withholding**
72:14 74:4
**within-named**
207:6
**witness**
1:22 7:2 30:19
30:25 45:25
55:19 57:12
73:21 76:2
77:25 80:1,25
86:11,22
100:21 122:18
122:25 123:14
136:4 141:25
142:7 148:22
149:9,15,21
150:6 151:1,4
151:7,12,15
152:5 153:21
155:5,17 156:4
157:23 158:8
158:17,25
160:16 161:2
161:22 162:6
163:14,25
164:6,7,15,15
165:8,24 166:8
166:16 169:20
170:8 171:11
171:18,24
172:6,12 173:8
173:14 174:19
175:3,13 176:4
177:13 178:5
178:21,25
180:12,21
181:2,18,18,24
182:13,16,19

182:24 184:13
185:15,23
186:8,16,25
187:9 188:10
188:25 189:6
189:22 190:10
191:12,18
192:12 193:10
193:19 194:6
195:7,12,14,14
195:20 196:4
196:12,21
197:13 201:10
205:7,20
206:17 207:6,9
207:17
**witnessed**
87:15 99:18
101:3,12
102:12 104:12
113:3,6 114:2
116:17 117:6
123:19 124:1
150:7,13
**witnesses**
23:13,14 60:9,21
84:4,7 87:17
154:14,16
155:13,25
164:22 165:5
165:20 179:22
181:16 182:8
**witnessing**
38:18 91:19
**woman**
42:23 121:21,25
122:5,6
**woman's**
121:22 124:2,4
**women**
121:11,19
122:19 123:1
123:15
**wood**
125:4,5,6
**Woods**

40:7,9 42:22,22
**word**
148:20,24
**words**
7:22 62:4
**work**
22:16 23:6,12,18
28:10 32:25
34:7 35:2,3
50:7 83:10
105:5,11,15,16
106:9 107:7,13
108:14 109:18
121:11,16,17
134:14 135:11
135:14 138:12
140:7,21 143:3
143:8 145:23
161:18 192:13
**work-related**
135:15
**worked**
10:10 11:2 12:2
12:7 14:19,20
14:22,24,25
22:5,7,22,23
23:1,17,21,24
27:21 29:23
36:15 41:13,14
47:10,10,11
48:2 50:12,20
50:23 58:6,8
58:22 67:23
68:7 79:21
80:14 83:2
98:10 120:18
122:19 123:1
129:22,23
131:25 134:13
137:17 138:22
138:25 139:10
140:1,11 141:7
141:9,11
142:24 145:5
145:23 146:12
174:23 197:25

198:4
**workers**
95:22 138:14
**working**
28:22 31:7 34:3
  62:7 64:3 78:8
  110:10 121:24
  122:1 134:11
  138:9 139:7,20
  141:13 179:4
  192:22 199:8,9
  203:5 204:10
**wouldn't**
40:11 102:7
  109:11 120:11
  200:10
**write**
134:2
**written**
25:23 30:12 31:3
  35:23 47:19,22
  67:6 76:2
  78:12 86:9
  155:22 174:14
  193:1,6 197:4
**wrong**
53:21 77:4
  113:22 140:12
  141:21 142:14
  144:1 162:3
  173:18 177:9
  194:22
**wrongdoing**
136:9
**wrongfully**
94:23 148:16
  149:24 150:1
**wrote**
43:12 45:12 68:8
  206:9

---
**X**
---
**X**
6:1

---
**Y**
---
**yeah**

10:7 14:5 15:8
  17:17 26:22
  30:19 38:14
  41:25 45:5
  48:11 51:18
  54:7 58:18
  73:21 87:1
  88:21 89:8
  98:3,3,8,8
  100:14,14
  101:13,24
  109:4 111:25
  112:5,5 113:4
  117:12 121:6
  123:9,13,22,22
  138:22 139:5
  141:11,11
  142:1 144:7
  149:6 160:10
  167:24 182:9
  183:25 203:1
**year**
14:1,12,13 16:9
  17:8 18:5,16
  18:25 19:7
  22:21 26:5
  48:4 70:21
  90:14 99:2
**years**
10:12,13 14:4,24
  15:1 17:10,12
  19:20 26:4
  58:7 98:24
  101:7 144:22
  161:6 181:18
**yesterday**
53:17
**yesterday's**
53:18
**York**
169:8
**young**
39:14 88:19
  178:18,22
  179:10

---
**Z**
---
---
**0**
---
---
**1**
---
**1**
6:14 20:2,8 69:6
**1:15-CV-00989**
1:7
**1:15-CV-01320**
1:15
**10**
20:12
**10(a)**
56:9 57:16
  190:13
**10(b)**
59:3
**10(c)**
64:10 191:21
**10(d)**
65:9
**10/23/1946**
10:3
**101st**
128:12
**1055**
4:7
**106**
4:19
**10s**
153:12
**10th**
2:6
**11(a)**
67:5
**11(c)**
75:24 76:16 77:6
**11(d)**
78:7 80:5 192:21
**11(e)**
80:16 81:21
**11(f)**
81:20,25 83:23
**11(g)**
152:10

**11(h)**
202:14
**116th**
39:22 105:6
**12**
106:23 178:18
  178:23 181:18
**12(a)**
84:1
**12(b)**
84:25
**12(c)**
86:8 87:4
**12(d)**
87:6 92:12,22
  94:18
**12(e)**
92:8 94:21 96:8
  96:24 97:4,10
  98:7 103:24
  148:15,25
  150:1
**1300**
3:16
**131st**
113:20
**133**
6:5
**1375**
2:6
**14**
147:2 148:7
  167:18
**14(a)**
104:15 106:23
  147:4 148:4
**14(c)**
118:15 119:17
**14(d)**
120:4,7,14,17
  121:9 122:12
**14th**
2:7
**15(a)**
124:12 125:13
  125:21 127:7

129:21 130:15
  130:25 131:11
  132:5,17
**152nd**
107:14,14
**154**
6:6
**183**
6:7
**19**
33:8
**1960**
105:21
**1965**
9:20
**1969**
11:1,2 12:6
  24:17,20 88:25
  158:2 183:22
**197**
6:8
**1970**
38:15 105:21
  124:7
**1970s**
57:5,9,24 58:13
  58:21 59:5
  87:7 88:24
  94:22 95:8
  96:7,20 104:19
  108:2 109:19
  110:11 112:4
  113:6 114:3
  124:15 127:9
  141:10 146:3
  155:3 157:1
  165:3,18 170:4
  171:14 174:24
  176:19 179:16
  181:23 182:4
  197:25 198:5
**1971**
11:2,5 88:25
  139:22
**1975**
134:7 144:23

146:7 156:8
183:2 190:13
203:25 205:1
**1980**
11:5,7 13:10
14:10 15:14
22:13,17 23:18
23:21 122:17
130:23
**1980s**
97:6,8,14 98:4
176:17
**1983**
11:7,13 48:16
**199**
6:9
**1990s**
27:4
**1991**
11:13,16,20
48:17 101:7,8
**1995**
99:2 107:16,23
**1996**
33:8
**1999**
48:5
**1s**
153:11

— 2 —

**2**
6:15 21:10,15
**2:04**
206:19
**20**
6:14
**200**
58:4,16,21,23
**2000**
48:5,5
**2001**
11:17,22,23
18:22 19:12
48:17 98:24,25
99:2 101:9,10

167:3,4
**2013**
20:12
**2014**
11:20 12:2
**2016**
2:8 207:18
**2019**
207:24
**202**
6:10
**203**
6:11
**2060**
3:6
**20th**
207:18
**21**
6:15
**216/241-1430**
4:9
**216/664-3774**
4:21
**216/929-4747**
3:19
**222**
5:7
**22nd**
24:25
**25**
207:24
**26**
195:9
**28(D)**
207:17

— 3 —

**3**
6:16 55:11,16
152:10 156:14
**30**
132:24
**330/376-2700**
5:9

— 4 —

**4**

90:6 147:2
**400**
5:7
**44113**
3:18
**44113-1901**
4:8
**44114**
4:20
**44308**
5:8
**460**
3:7

— 5 —

**52nd**
33:5
**55**
4:6 6:16

— 6 —

**601**
4:19
**636**
3:17
**69**
10:12 12:12
38:16

— 7 —

**7**
6:4
**70**
38:17
**70s**
26:12 61:21 95:2
95:9 108:18
127:24 128:2
129:9,9 142:23
144:13,14
170:11 180:2,4
188:4,15
**71**
12:12 13:10
22:13 38:16,16
38:17 90:13
139:22

**720/328-5642**
3:9
**7308**
115:17

— 8 —

**80**
14:9,13 22:17
40:8
**80302**
3:8
**80s**
26:2,20,25 32:2
32:2 56:25
70:23 95:4,15
123:21,22
127:19,20
129:9,12,17
142:23,23
156:5 190:22
**83**
14:9,14 15:14,20
15:21 17:3
18:10 40:8
130:23
**83rd**
129:7

— 9 —

**9:15**
2:8
**90s**
26:2 56:25 70:23
**91**
15:20 17:3 18:11
18:22 167:3,4
**95**
167:2,2