1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

- - -

| | | |
|---|---|---|
| RICKY JACKSON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 1:15-CV-00989 |
| CITY OF CLEVELAND, et | ) | JUDGE CHRISTOPHER A. |
| al., | ) | BOYKO |
| Defendants. | ) | _____ |
| _____ | ) | |
| | ) | |
| KWAME AJAMU, et al., | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 1:15-CV-01320 |
| CITY OF CLEVELAND, et | ) | JUDGE CHRISTOPHER A. |
| al., | ) | BOYKO |
| Defendants. | ) | |
| | ) | |
| | ) | |

- - -

Deposition of RONALD L. TURNER, a witness
herein, called by the Defendants for Examination
pursuant to the Federal Rules of Civil
Procedure, taken before me, the undersigned,

2

```
 1    Binnie Purser Martino, a Registered Diplomate
 2    Reporter, Certified Realtime Reporter and Notary
 3    Public in and for the State of Ohio, pursuant to
 4    Notice and agreement of counsel at the law
 5    offices of Roetzel & Andress, LPA, One Cleveland
 6    Center, 10th Floor, 1375 East Ninth Street,
 7    Cleveland, Ohio, on Monday, the 13th day of
 8    June, 2016, commencing at 1:03 o'clock p.m.
 9                        - - -
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

3

1    **APPEARANCES:**

2

3         On Behalf of the Plaintiff Ricky Jackson:

4              LOEVY & LOEVY

5         BY:    Elizabeth Wang, Attorney at Law

6              2060 Broadway

7              Suite 460

8              Boulder, Colorado 80302

9              720/328-5642

10             elizabethw@loevy.com

11

12        On Behalf of the Plaintiffs Kwame Ajamu and

13        Wiley Bridgeman:

14             FRIEDMAN & GILBERT

15        BY:    Terry H. Gilbert, Attorney at Law

16             55 Public Square

17             Suite 1055

18             Cleveland, Ohio 44113-1901

19             216/241-1430

20             tgilbert@f-glaw.com

21

22

23

24

25

4

1    APPEARANCES (Continued)

2

3        On Behalf of the Defendant City of

4        Cleveland:

5              FRANK G. JACKSON, MAYOR

6    BY:    Shawn M. Mallamad

7              Assistant Director of Law

8              Department of Law

9              601 Lakeside Avenue, Room 106

10             Cleveland, Ohio 44114

11             216/664-3774

12             SMallamad@city.cleveland.oh.us

13

14        On Behalf of individual and estate

15        Defendants:

16             ROETZEL & ANDRESS

17    BY:    Stephen W. Funk, Attorney at Law

18             222 South Main Street, Suite 400

19             Akron, Ohio 44308

20             330/376-2700

21             sfunk@ralaw.com

22

23

24                        -  -  -

25

5

1                    I N D E X

2

3

4     EXAMINATION (BY MR. MALLAMAD)          6

5     EXAMINATION (BY MR. FUNK)             76

6     EXAMINATION (BY MR. GILBERT)          85

7     EXAMINATION (BY MS. WANG)            113

8     FURTHER EXAMINATION (BY MR. MALLAMAD)  127

9     FURTHER EXAMINATION (BY MR. FUNK)    132

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

6

1                    RONALD L. TURNER

2    of lawful age, a witness herein, having been

3    first duly sworn, as hereinafter certified,

4    deposed and said as follows:

5                    EXAMINATION

6    **BY MR. MALLAMAD:**

7    **Q.**    Mr. Turner, my name is Shawn Mallamad, I

8    represent the City of Cleveland in this case.   I

9    know that you have been issued a subpoena to

10   appear today.

11        Let me ask you, just initially, have you

12   ever had your deposition taken before?

13   **A.**    Oh, yes.

14   **Q.**    What occasions were those?

15   **A.**    Sir, I can't remember.   There may have been

16   many.   Before you go any further, at 2:00, no

17   matter what we are doing, I must stop and take

18   my medicine.   Okay?

19   **Q.**    Absolutely.

20   **A.**    It has to be 2:00.

21   **Q.**    That is fine.

22   **A.**    Okay.   Now, with respect to depositions,

23   over the course of my being a policeman, lots of

24   times.   After being a policeman, lots of times.

25   **Q.**    This is an opportunity for us to ask you

7

1    questions about what information you may have

2    about these lawsuits we are here about today.

3    So as you know, I will be asking you questions

4    and the court reporter will be taking down your

5    answers verbally.

6          So you need to answer verbally, versus

7    gestures or nods.  Fair enough?

8    **A.**    Absolutely.

9    **Q.**    And if you need a break, we already talked

10   about the fact that at 2:00, you need to take

11   some medicine.  That is fine.  Just let me know

12   if you ever need to take a break.  The only

13   caveat, if I have a question pending, you need

14   to answer before we take a break.

15   **A.**    Okay.

16   **Q.**    Did you review any documents in advance of

17   today's deposition?

18   **A.**    No.

19   **Q.**    And obviously you have brought some

20   medication today.  I want to ask if you are

21   taking any medication that affects your ability

22   to remember or answer truthfully?

23   **A.**    Remember, yes.  Answer truthfully, no.

24   **Q.**    What medication do you take that affects

25   your ability to remember?

8

1   **A.**   I am fighting colon cancer and prostate

2   cancer.  This is an experimental drug called

3   Xtandy, and it affects my memory to a limited

4   degree, depending upon --

5   **Q.**   What can you tell me about what you have

6   learned about how it affects your memory?

7   **A.**   Well, sometimes I can't remember certain

8   things.  I have problems with recall.

9   **Q.**   You understand that this is the only

10   opportunity that we have before the trial of

11   these cases, to ask you the knowledge you have

12   about certain allegations and the claims that

13   you may be making today.

14   **A.**   I understand that.  I will give you my

15   honest truth -- the honest truth.

16   **Q.**   Besides the medication that you say causes

17   memory issues, do you have any other memory

18   issues that are separate and apart from any

19   medication?

20   **A.**   No, not that I say this is what it does and

21   I will tell you the truth.

22   **Q.**   Did you read the civil complaints in this

23   case?

24   **A.**   No.

25   **Q.**   Did you review any of the discovery

9

1    responses in this case?

2    **A.**    No.

3    **Q.**    Can you tell me your present marital

4    status?

5    **A.**    Single.

6    **Q.**    Were you ever married?

7    **A.**    Yes.

8    **Q.**    When were you married?

9    **A.**    A long time ago.

10   **Q.**    Can you tell me the dates?

11   **A.**    No.

12   **Q.**    You don't remember?

13   **A.**    No.

14   **Q.**    How many times were you married?

15   **A.**    Once.

16   **Q.**    And what is the highest level of education

17   you achieved?

18   **A.**    Two years of college.

19   **Q.**    Where was that?

20   **A.**    Community.

21   **Q.**    Tri-C?

22   **A.**    Yes.

23   **Q.**    And when was that?

24   **A.**    In the '60s.

25   **Q.**    And before we began the deposition today, I

10

1  believe you said you stopped being a police

2  officer in 1985?

3  **A.**   Yes.

4  **Q.**   And how long were you with the Cleveland

5  Police Department?

6  **A.**   From 1969 to 1985.

7  **Q.**   And did you have any employment before

8  1969?

9  **A.**   Yes.

10  **Q.**   Where did you work?

11  **A.**   I ran the Security Department at Zayre's

12  Department Store.  They are no longer in

13  existence.  And I was a regional supervisor for

14  the Grollier Company, and they sold

15  encyclopedias.

16  **Q.**   Anything else you did before you became a

17  police officer?

18  **A.**   Sir?

19  **Q.**   Any other employment before you became a

20  police officer?

21  **A.**   No.

22  **Q.**   Mr. Turner, what is your date of birth?

23  **A.**   6/15/47.

24  **Q.**   After you left the police department in

25  1985, did you have any employment?

11

1    **A.**    No.

2    **Q.**    Do you have any criminal convictions?

3    **A.**    No.

4    **Q.**    Have you ever been party to a lawsuit where

5    you have sued someone or have been sued by

6    somebody?

7    **A.**    Yes.

8    **Q.**    Tell me, how many are we talking about?

9    **A.**    Sir, I couldn't begin to tell you.  I don't

10   remember.

11   **Q.**    Tell me the ones you do remember.

12   **A.**    I was part of a lawsuit against the City of

13   Cleveland before Federal Judge Thomas for the

14   discriminatory practices in hiring and firing,

15   especially as it related to minorities.

16   **Q.**    What other lawsuits, where you have sued

17   someone or have been sued by somebody?

18   **A.**    I don't remember any where I have -- I just

19   don't remember that.

20   **Q.**    So as far as you can recall, just the one

21   lawsuit where you were a Plaintiff and you sued

22   the city, I assume other officers, based on

23   claimed discrimination?

24   **A.**    It was proven discrimination, yes.

25   **Q.**    And that was before Judge Thomas?

12

1    **A.**    That is correct.

2    **Q.**    And when was that case filed?

3    **A.**    In the '70s, I am going to say maybe '71,

4    '72.

5    **Q.**    Do you remember when it concluded?

6    **A.**    No.

7    **Q.**    Did you serve in the military?

8    **A.**    No.

9    **Q.**    When you became a Cleveland police officer

10   in 1969, I assume you filled out an

11   application --

12   **A.**    Yes.

13   **Q.**    -- to become a police officer?

14           Did you take a Civil Service test?

15   **A.**    Yes.

16   **Q.**    Were you interviewed for the job?

17   **A.**    Yes.

18   **Q.**    And then the next step in the process was

19   for you to attend the Cleveland Police Academy?

20   **A.**    Yes.

21   **Q.**    And where was the academy when you

22   attended?

23   **A.**    It was approximately Carnegie and I am

24   going to say 23rd.

25   **Q.**    How long did it last?

13

1  **A.**   Four months.

2  **Q.**   And tell me about the subjects that you

3  learned or that were covered as part of the

4  curriculum when you went to the police academy.

5  **A.**   Patrol procedures, criminal investigation,

6  traffic, reports, shooting.

7  **Q.**   Any other subjects you can recall besides

8  those four?

9  **A.**   No.  We had a lot of guest speakers.  No.

10  Physical education, I guess.

11  **Q.**   Besides the physical education and the four

12  subject areas that you talked about, can you

13  tell me if the academy covered other specific

14  areas when you attended?

15  **A.**   Such as?  I don't know.

16  **Q.**   I am asking you.

17  **A.**   I don't remember.

18  **Q.**   There may have been more, you just don't

19  recall?

20          **MS. WANG:**       Objection, asked

21  and answered.

22          **THE WITNESS:**      Right.

23  **BY MR. MALLAMAD:**

24  **Q.**   After you attended the academy, did you

25  undergo any in-service training as a member of

1  the Cleveland Police Department?

2          **MR. GILBERT:**     Can you be more

3  specific as to what you mean by --

4          **THE WITNESS:**     By in-service,

5  please.

6  **BY MR. MALLAMAD:**

7  **Q.**   Did you receive any additional training

8  after you left the police academy, once you

9  became a police officer?

10  **A.**   I had a crash course in narcotics.

11  **Q.**   Okay.  Any other subjects?

12  **A.**   No.

13  **Q.**   Did you have to undergo use of deadly force

14  training?

15  **A.**   No.

16  **Q.**   Aside from the crash course in narcotics,

17  did you -- were there any other areas where you

18  received additional training after the academy?

19  **A.**   No, not that I remember.

20  **Q.**   Once you became a member of the Division of

21  Police, I assume you went through a probationary

22  period; is that accurate?

23  **A.**   No.  The probationary period was in the

24  academy.

25  **Q.**   Did you ever serve with a field training

15

1    officer?

2    **A.**    No.

3    **Q.**    Were you ever assigned as basic patrol,

4    with a more experienced officer, more senior

5    officer?

6    **A.**    My first assignment was vice.

7    **Q.**    Out of the academy?

8    **A.**    Right out of the academy I went to vice.

9    **Q.**    Did you ever serve as a patrol officer?

10   **A.**    Yes.

11   **Q.**    I am going to ask you about your career in

12   a little bit more detail.  But what, where in

13   the city were you assigned to the Vice Unit?

14   **A.**    Third District.

15   **Q.**    When you were assigned to the Vice Unit,

16   were you a partner with a more senior officer?

17   **A.**    Yes.

18   **Q.**    And who was that officer?

19   **A.**    I couldn't tell you.  I don't remember.

20   **Q.**    When you began the police academy, were you

21   given general police orders --

22   **A.**    Yes.

23   **Q.**    -- as part of the material that was given

24   to you?

25   **A.**    Yes.

16

1  **Q.**   What other documents besides general police

2  orders were you given, while in the academy?

3  **A.**   Handouts on those subjects that you

4  covered.   That was it.

5  **Q.**   You received a manual of rules and

6  regulations while in the academy?

7  **A.**   Yes.

8  **Q.**   Which are different than general police

9  orders, right?

10  **A.**   No, those aren't the same.  Back then, they

11  were the same.  I don't know what they are now.

12  **Q.**   And were there departmental notices back

13  when you first became a member of the Division

14  of Police?

15  **A.**   Departmental notices?

16  **Q.**   Documents that were passed out to officers

17  with information regarding a variety of

18  subjects?

19  **A.**   There were GPOs, general police orders.  We

20  only got scattered GPOs, because they were in a

21  book that was ancient.  And then roll call, we

22  never covered anything like that, unless it was

23  a specific order or someplace where there was a

24  rise in crime.  So that is the best way I can

25  answer that.

17

1  **Q.**   So I understand you, Mr. Turner, when you

2  began as a police officer, you were given your

3  own set of GPOs?

4  **A.**   No, I was never given a set of GPOs.

5  **Q.**   Was there a set of GPOs at the district

6  where you were assigned?

7  **A.**   No.

8  **Q.**   How did you learn there were general police

9  orders?

10  **A.**   I was told, and whenever somebody screwed

11  up, they would get a GPO.

12  **Q.**   Did you ever see a general police order in

13  your career?

14  **A.**   Yeah, I saw them.  When somebody screwed

15  up, they put them on the desk and everybody read

16  them.  But the entire book, the entire list, no.

17  **Q.**   Up until when you left the police

18  department in 1985, your testimony is that you

19  never had your own set of general police orders?

20  **A.**   No.

21  **Q.**   And up until when you left in 1985, is your

22  testimony that wherever you were assigned, there

23  was not a book of current general police orders?

24  **A.**   No.

25  **Q.**   Is that a correct statement?

18

1   **A.**   That is a very fair statement.

2   **Q.**   Did you ever review the general police

3   orders that were in effect while you were a

4   police officer, other than the occasion where

5   you said someone screwed up and they would bring

6   out the GPO?

7   **A.**   Yes.

8   **Q.**   And how did you go about doing that?

9   **A.**   I subpoenaed them.

10   **Q.**   In which case?

11   **A.**   The case with Judge Thomas.

12   **Q.**   So not until the discrimination case with

13   Judge Thomas, were you able to have access to

14   the general police orders?

15   **A.**   That is correct.

16   **Q.**   And what is your understanding of what a

17   general police order sets forth for the members

18   of the Division of Police?

19   **A.**   Just what it says.  It is a general order

20   coming from the Chief, a general police order.

21   **Q.**   And that GPO sets forth the policies or

22   procedures of the Division of Police; is that a

23   fair statement?

24   **A.**   Sometimes.  Sometimes it was a policeman

25   can wear a short-sleeved shirt from May to

19

1    whatever, when the temperature exceeds whatever.

2    That is a general police order.

3    **Q.**    But as to the policies, procedures of the

4    Division of Police, if they were to be found,

5    they would be found inside of the general police

6    orders?

7              **MS. WANG:**          Objection.

8    **BY MR. MALLAMAD:**

9    **Q.**    That is just an objection.  You can go

10   ahead and answer.

11             **MS. WANG:**          You have to let me

12   state my objection for the record.

13             **MR. MALLAMAD:**    Go ahead, state

14   your objection.

15             **MS. WANG:**          Objection, asked

16   and answered, foundation.

17   **BY MR. MALLAMAD:**

18   **Q.**    You can answer, Mr. Turner.

19   **A.**    They would be found in the book of rules.

20   **Q.**    The manual of rules and regulations?

21   **A.**    Correct.

22   **Q.**    Let me ask you this, Mr. Turner:  You began

23   in 1969, correct?

24   **A.**    Correct.

25   **Q.**    And you left the Division of Police in

20

1    1985?

2    **A.**   Correct.

3    **Q.**   Okay.  Let's walk through all of the

4    assignments that you had during that period of

5    time.

6    **A.**   Okay.

7    **Q.**   So by my math, it looks like you had a 16

8    year career?

9    **A.**   Yes.

10   **Q.**   When you left the academy, you were

11   assigned to the Third District Vice Unit?

12   **A.**   That is correct.

13   **Q.**   How long did you work there?

14   **A.**   Maybe four months.

15   **Q.**   And where were you next assigned?

16   **A.**   Beat patrol.

17   **Q.**   Would that be in a zone car?

18   **A.**   No, walking a beat.

19   **Q.**   And what district was that?

20   **A.**   Third District.

21   **Q.**   How long were you assigned to that task?

22   **A.**   Oh, boy.  I am going to say from 1970 to

23   probably '71 or '72.

24   **Q.**   What was your next assignment?

25   **A.**   Well, my next assignment sprung from

21

```
 1    walking a beat.  I was involved in a special
 2    downtown detail, and that included all of the
 3    Third District, specifically, and mostly
 4    downtown.  However, we were requested on
 5    occasion to go different places.
 6    Q.   What was the specialty detail, where was
 7    the special detail?
 8    A.   It was we were allowed to handle any crime
 9    that we saw, and handle it right on the spot.
10    Q.   So you had citywide jurisdiction?
11    A.   Basically, I was in the Third District and
12    basically in the third -- in the downtown area,
13    but as I stated, occasionally, they would ask us
14    to go to different spots, if there was a trouble
15    spot --
16    Q.   Okay.
17    A.   -- and work that area.
18    Q.   Did that specialty unit, eventually be
19    known as the strike force?
20    A.   No.
21    Q.   Did it have a name?
22    A.   Yes.
23    Q.   What was the name?
24    A.   Mod Squad.
25    Q.   Did the Division of Police call it the Mod
```

1    Squad or is that something that the officers in

2    it called it?

3    **A.**    Everybody, the police, the papers, the

4    bosses, everybody.

5    **Q.**    It was for any type of street crime that

6    you encountered?

7    **A.**    For any type of crime while on the streets.

8    **Q.**    And were you assigned to a vehicle while

9    you were a member of the Mod Squad?

10   **A.**    Yes.

11   **Q.**    I assume that was an unmarked vehicle?

12   **A.**    That is correct.

13   **Q.**    How long were you in that detail?

14   **A.**    Oh, I am going to say '74, '75.  I may be

15   mistaken.

16   **Q.**    Where were you next assigned?

17   **A.**    Oh, yeah.  Well, the next assignment I had

18   was guarding the back door of the police

19   station, running the automatic elevator,

20   guarding license plates in the license bureau

21   after it closed, walking the cemetery.  That was

22   about it.

23   **Q.**    Where were you assigned to perform these

24   tasks, a district?

25   **A.**    The Third District.  Later before I

23

1    retired, Fourth District.

2    **Q.**    How long did you do this job that you just

3    described?

4    **A.**    The elevator and all that stuff?

5    **Q.**    Well, you said you guarded a back door of

6    the police station.

7    **A.**    That is correct.

8    **Q.**    Which is the Third District police station?

9    **A.**    Correct.  And the front door.  We must not

10   forget the front door.

11   **Q.**    You guarded the front and rear door of the

12   Third District police station?

13   **A.**    That is correct.

14   **Q.**    And what did you do with the elevator?

15   **A.**    I ran it.

16   **Q.**    You ran the elevator?

17   **A.**    I ran the automatic elevator.

18   **Q.**    In the Third District?

19   **A.**    That is correct.

20   **Q.**    And then you said you guarded the license

21   plates?

22   **A.**    The license bureau.

23   **Q.**    The license bureau?

24   **A.**    Yes, the license bureau was open from 8

25   until 4 and I worked it from 7 until 11.

24

1   **Q.**   Seven in the morning?

2   **A.**   Seven at night -- no, 11 at night until 7

3   in the morning.

4   **Q.**   You were there to guard the license bureau

5   while it was closed?

6   **A.**   No, I was there for punishment.

7   **Q.**   Why were you there for punishment?

8   **A.**   Because I wouldn't shut up.  I have a big

9   mouth and I saw things that I didn't like, some

10  injustices and I spoke out about them and I

11  wouldn't back down.

12  **Q.**   Let me finish the chronology of your career

13  and then we will come back and talk more about

14  that.  Okay?

15  **A.**   Okay.

16  **Q.**   You said you also walked a cemetery?

17  **A.**   Yes.

18  **Q.**   The one downtown?

19  **A.**   9th Street.

20  **Q.**   And how long --

21  **A.**   Excuse me, that is not correct.  I want to

22  make sure I tell you the absolute truth.

23  **Q.**   That is fine.

24  **A.**   I walked from -- I think it was either 9th

25  or 14th, I am not sure which one it was, to 22nd

25

1    and Prospect, with special attention given to

2    the cemetery.

3    **Q.**    So you were walking the beat again?

4    **A.**    Hmm, in a way, yes.

5    **Q.**    And how long did you do that in the Third

6    District?

7    **A.**    Until I went to the Fourth, and that was --

8    and I can't remember that date.

9    **Q.**    Do you remember what year that was?

10   **A.**    No.

11   **Q.**    When did you first begin working at the

12   Fourth District?

13   **A.**    I don't remember the year.  But I was there

14   with Inspector Balaga, Balaga.

15   **Q.**    Let me see if I can do it this way:  How

16   long were you assigned to the Third District

17   where you did the tasks you just described?

18   **A.**    Boy, I couldn't give you -- I am giving you

19   a general chronological order, but I couldn't

20   give you specific dates.

21   **Q.**    Were you doing those tasks for years?

22   **A.**    It was a long time.  For me it was a long

23   time.  I don't remember if it was years or not.

24   I don't think so.  So that is the best I can

25   tell you.

26

1  **Q.**  Approximately what year did you begin to
2  work at the Fourth District?
3  **A.**  Again, sir, I couldn't honestly tell you,
4  because I don't remember.
5  **Q.**  What decade?
6  **A.**  In the '70s.
7  **Q.**  So the work at the Third District you
8  described, and the work at the Fourth District,
9  were in the '70s?
10  **A.**  Yes.  That is my best recollection.
11  **Q.**  That is fine.  What did you do when you
12  moved from the Third District to the Fourth
13  District?
14  **A.**  Well, let's see.  I worked scooter patrol.
15  **Q.**  Okay.
16  **A.**  And then I was assigned to the exact same
17  thing I was doing in the Third District, with
18  respect to being sent to trouble spots and
19  handling anything that presented itself in front
20  of me.
21  **Q.**  You are referring to when you worked in the
22  Third District Mod Squad?
23  **A.**  I am referring to when I worked in the
24  Fourth District, but I did the same thing as
25  when I was in the Third District, yes.

27

1   **Q.**   When you say scooter patrol, is that a

2   motorcycle?

3   **A.**   No, it was a scooter.

4   **Q.**   Describe it for me.

5   **A.**   A scooter.  It had -- I don't know how

6   to -- it was a one man scooter.  It had a front

7   wheel, two wheels and it was a scooter.

8   **Q.**   It was motorized?

9   **A.**   Correct.  Oh, no, I didn't do it by foot,

10  of course.

11  **Q.**   I am trying to understand, because I wasn't

12  there.

13  **A.**   Okay.

14  **Q.**   How long were you in the Fourth District on

15  scooter patrol and doing what you previously did

16  for the Mod Squad in the Third District?

17  **A.**   I was there a couple of years, and then I

18  went to community relations.  Sir, I may have

19  that backwards, I may have had community

20  relations first and then the Fourth District or

21  the Fourth District and community relations.  I

22  am not sure.

23  **Q.**   In any event, those two assignments

24  followed your time in the Third District, where

25  you said you were guarding the doors and working

28

1   the elevator?

2   **A.**   Absolutely.

3   **Q.**   Is the community relations office, is that

4   the one that was in City Hall or is that --

5   **A.**   No, that is the one that was in the Third

6   District, when you walked through the door of

7   the police station, it was to the right.  It is

8   now a police museum, I do believe.

9   **Q.**   And what were your jobs while assigned to

10  community relations?

11  **A.**   I worked the community, I got involved with

12  groups that tried to help them in crime control.

13  I spoke to schools, I helped troubled teenagers

14  and troubled kids.  I talked to them and did

15  magic shows for an elementary school and tried

16  to show them there was a better way.

17  **Q.**   Part of what you did was sort of what

18  Officer Bob would do, if you know that

19  expression?

20  **A.**   Who is Officer Bob?

21  **Q.**   When a police officer goes to the school?

22          **MR. GILBERT:**      I have never heard

23  of it either.

24          **THE WITNESS:**      I am sorry, sir, I

25  don't know anything about an Officer Bob.

1              **MR. GILBERT:**      I am sure he is

2      white too.

3      **BY MR. MALLAMAD:**

4      **Q.**   It is a generational thing?

5      **A.**   I am sure.

6      **Q.**   How long were you in community relations?

7      **A.**   I think it was until I left in '85.

8      **Q.**   Is it a fair statement that you were in

9      community relations then for most of your

10     career?

11     **A.**   Community relations?

12     **Q.**   Yes.

13     **A.**   No.

14     **Q.**   Let me try to tell you what I understand to

15     be your career with the dates you have given me.

16     Okay?

17     **A.**   I am not quite -- again, let me state for

18     you, I am not quite sure of the exact dates.

19     They were spread out and I did many different

20     things, which you have there.  But I didn't

21     spend my entire time in community relation.

22     **Q.**   No, I understand.

23     **A.**   Okay.

24     **Q.**   I am trying to get a sense of how long you

25     were assigned these different jobs with the

30

1    Division of Police.

2        So we know you came out of the academy in

3    '69 and worked the Vice Unit.

4    **A.**   Correct.

5    **Q.**   And then you walked a beat patrol?

6    **A.**   Yes.

7    **Q.**   From approximately 1970 to '71 or '72?

8    **A.**   Yeah, maybe.  Maybe '70.  I did walk the

9    beat, yes.

10   **Q.**   Your next job is to work the Mod Squad in

11   the Third District from, I am just recalling the

12   dates that you gave me, from approximately '72

13   to '74 or '75.

14   **A.**   Um-hum.

15   **Q.**   Is that correct?

16   **A.**   That is close, yeah.  As best I can

17   remember.

18   **Q.**   Then after that, you were assigned to the

19   Third District, you said you were assigned these

20   tasks of guarding doors?

21   **A.**   I was always in the Third District.  That

22   was our home base, was the Third District, which

23   was on 21st and Payne.  So the guarding of the

24   doors was at the Third District itself.

25   **Q.**   No, I understand.

31

1    **A.**   Okay.

2    **Q.**   I am just trying to --

3    **A.**   I wasn't transferred back there.  I was

4    always there.

5    **Q.**   I know.  I am trying to figure out how long

6    you can tell me you were in these different

7    jobs.

8    **A.**   Okay.

9    **Q.**   We know you left the Mod Squad in '74 or

10   '75.

11        Can you tell me how long it was that you

12   worked at the Third District working the

13   elevator, guarding the doors, those jobs that

14   you described?

15   **A.**   No.

16   **Q.**   Was it a matter of years?

17   **A.**   I don't know.

18   **Q.**   It could have been a matter of just a few

19   weeks?

20   **A.**   Sir, I cannot remember that.  It has been a

21   while.

22   **Q.**   So you can't tell me whether it may have

23   been a matter of a few weeks or it may have been

24   a matter of several years that you worked those

25   jobs that you said you received --

32

1           MS. WANG:          Objection, asked

2    and answered.

3    BY MR. MALLAMAD:

4    Q.   You can answer, sir.

5    A.   It wasn't a couple of weeks, that is for

6    sure.  How long it was after that, I couldn't

7    tell you.

8    Q.   It could be, though, a matter of a few

9    months or it could be a matter of several years?

10           MS. WANG:          Objection, asked

11    and answered.  You are harassing at this point.

12           THE WITNESS:      I couldn't tell

13    you.

14    BY MR. MALLAMAD:

15    Q.   When you went to the Fourth District, when

16    you began the scooter patrol, can you tell me

17    what year that was?

18    A.   No.

19    Q.   Can you tell me what decade that was?

20    A.   Again, in the '70s.

21    Q.   And how long were you in the Fourth

22    District doing scooter patrol and working

23    trouble spots?

24    A.   Sir, I couldn't tell you.

25    Q.   You said before, Mr. Turner, you weren't

33

1     sure whether you did -- how long were you

2     assigned to work in community relations?

3     **A.**    I believe that was in the '80s.

4     **Q.**    How many years did you do that, if it was,

5     in fact, years?

6     **A.**    That I couldn't tell you.

7     **Q.**    Sometime in the '70s, though, you were

8     assigned to the Fourth District scooter patrol

9     and you worked trouble spots?

10    **A.**    Correct.

11            **MS. WANG:**       Asked and answered.

12    **BY MR. MALLAMAD:**

13    **Q.**    At some point in the 1980s, you were

14    assigned to the Community Relations Unit?

15            **MS. WANG:**       Objection, asked

16    and answered.

17            **THE WITNESS:**     Correct.

18    **BY MR. MALLAMAD:**

19    **Q.**    Is that where you worked until you retired?

20    **A.**    I believe so.

21    **Q.**    Mr. Turner, the written materials that you

22    received as a police officer from the City of

23    Cleveland, is it a fair statement they

24    instructed you to act in accordance with the

25    Constitution?

34

1          **MS. WANG:**        Objection, vague,

2    as far as written materials.

3          **THE WITNESS:**      There was never, to

4    the best of my knowledge, anything that said

5    according to the U.S. Constitution.

6    **BY MR. MALLAMAD:**

7    **Q.**   Were you ever provided any written

8    materials from the Division of Police that ever

9    told you to act contrary to the Constitution?

10          **MR. GILBERT:**      Are you saying with

11   the word "Constitution," were the words

12   Constitution specifically in the document?

13   **BY MR. MALLAMAD:**

14   **Q.**   How about we start with that.

15   **A.**   I never saw, to the best of my knowledge,

16   anything that said "According to the U.S.

17   Constitution," no.  May I clarify that?

18        The closest I got to that was search and

19   seizure.

20   **Q.**   What can you tell me about that?

21   **A.**   It dealt with search warrants, it basically

22   dealt with search warrants.

23   **Q.**   And the written material that you received,

24   whether it be a general police order, other

25   training materials, whatever it was that was

35

1    given to you in writing, or to which you had

2    access to as a police officer, did those

3    materials instruct you to act in accordance with

4    the law, when it comes to searches?

5    **A.**    Correct.

6    **Q.**    And seizures?

7    **A.**    Correct.

8    **Q.**    Were you ever trained in any respect while

9    you were a member of the Division of Police to

10   act contrary to the law?

11   **A.**    To have a class or to go to school for

12   that, no.  To be a part of that in actual police

13   conduct, yes.

14   **Q.**    I am sorry, sir?

15   **A.**    To be trained to that, as far as going to a

16   school, no.  But to be a part of the actual

17   police activity while on the street, yes.

18   **Q.**    You are saying yes to what?

19   **A.**    With respect to doing something

20   controversial or different from the U.S.

21   Constitution.

22   **Q.**    You were trained as a police officer to act

23   contrary to established law?

24   **A.**    No, I didn't say that.  I said, as far as

25   being trained in a school to break the U.S.

36

1  Constitution, the answer is, no.

2       But as far as being a part of police

3  activity, the answer would be yes.

4  **Q.**  Who trained you as part of police activity

5  to act --

6  **A.**  Nobody.  Okay, sir, listen.  I don't know

7  how to make this any plainer to you.  No one

8  trained me to -- it was the norm, you were

9  there, you saw it, you either participated in it

10  or you didn't, and I chose not to do it.

11  **Q.**  Tell me -- I want to just focus on just you

12  right now.  Did any superior officer, Sergeant,

13  Lieutenant, all the way up the chain of command,

14  senior officer, field training officer, ever

15  train you or instruct you to conduct yourself as

16  a police officer in violation of the law?

17  **A.**  I don't know how to answer that.  Because I

18  have already answered it.

19       Everybody, Sergeants, the Lieutenants and

20  the Captains knew what was going on on the

21  street, they knew the violations that were

22  happening.  With respect to the violation of the

23  laws on the police department, in the police

24  department, and it was okay.

25  **Q.**  Okay.  This may take a while.  I want to

37

1    make sure you take your medicine at 2:00?

2    **A.**    I am going to take my medicine, sir.

3    **Q.**    Let me tell you what time it is.

4             **MR. GILBERT:**    It is not even a

5    quarter of yet.  So we have time.

6    **BY MR. MALLAMAD:**

7    **Q.**    Tell me every occasion that you have

8    firsthand knowledge of a Cleveland police

9    officer violating the Constitution or any state

10   or Federal law.

11   **A.**    Search and seizure was a good reason.

12   There was never probable cause to pull over --

13   and I am going to be very specific -- people of

14   minority.  Okay.  And many times, I would object

15   to that vocally, and I was kind of like shunned,

16   or I wasn't part of the group.

17   **Q.**    Okay.

18   **A.**    I would like to finish.

19   **Q.**    Go ahead.

20   **A.**    That existed a lot.  You would see a black

21   guy driving a car, and God, don't let him have a

22   white woman with him.  That happened to me many

23   times.  And I was pulled over for BWB.

24        Search and seizure was one, no probable

25   cause was another.  Smacking people around was a

38

1    third.  Becoming physically violent, shaking

2    people down, taking peoples' property, changing

3    the facts in an arrest, evidence disappearing,

4    even now.  I have firsthand knowledge even now

5    of that crap going on.

6    **Q.**    Any other things?

7    **A.**    That is enough for now.

8    **Q.**    You have listed by my count, eight

9    different things.  The first was that you said

10   yourself, you were pulled over without probable

11   cause?

12   **A.**    Correct.

13   **Q.**    Tell me the occasions you were pulled over

14   without probable cause.

15   **A.**    Well, let's see, once I was on 71st between

16   Woodland and Carnegie, I got pulled over.  They

17   didn't spend time talking to me, they spent time

18   looking at her.  She was white, by the way.

19   **Q.**    Okay.  When did that happen?

20   **A.**    That was in the '70s.

21   **Q.**    Can you be more specific?

22   **A.**    No.  I would really have to try and -- I

23   was in the Fourth District, I think, I think.

24   **Q.**    Would this have been the late '70s?

25   **A.**    In the '70s.  I was in the Terminal Tower,

39

1  and Captain Eddie told me he was tired of seeing

2  me with white women.  And I told him "I will

3  clean this up."

4      I told him that he was full of a word that

5  starts with S, ends with T and has hi in the

6  middle; and if he didn't like what I did, it was

7  none of his damn business.  Bigotry is alive and

8  well, still is.

9  **Q.**  I need to ask you about the times you were

10  pulled over without probable cause.  The one

11  time.

12  **A.**  That is another one, that is another issue.

13      I was on Carnegie and 105, I got pulled

14  over.

15  **Q.**  These are by patrol officers?

16  **A.**  Yes.  God don't let me go on the west side

17  back in the '60s.

18  **Q.**  Okay.  The time you were pulled over on

19  71st and Woodland or Carnegie, all you can tell

20  me is sometime in that ten year period in the

21  1970s?

22  **A.**  The officer was Moff, M-o-f-f.

23  **Q.**  Okay.  He was a patrol officer?

24  **A.**  Correct.

25  **Q.**  As far as when it happened, all you can

40

1    tell me is that it was sometime in that decade?

2    **A.**   Correct.

3    **Q.**   When you were pulled over, you were

4    describing a second time, 105th?

5    **A.**   105th, I think it was Euclid or Carnegie, I

6    was heading towards the lake.  I got pulled

7    over.

8    **Q.**   By patrol officers?

9    **A.**   Yes.

10   **Q.**   When did that happen?

11   **A.**   Again, I would say that was sometime in the

12   '70s.

13   **Q.**   Are you able to be more specific?

14   **A.**   No.  I can tell you the incident, I can't

15   tell you the time.

16   **Q.**   So sometime during that ten year period is

17   when it occurred?

18   **A.**   Absolutely.  That is the second time.

19   **Q.**   Okay.

20   **A.**   I was at the lake on East 72nd --

21   **Q.**   Is this a third time you are telling me

22   now?

23   **A.**   Yeah, I am just getting started.

24   **Q.**   Okay.

25   **A.**   I was on a blanket by the lake, up by the

41

1    old, I think that building was the aquarium, the

2    aquarium, getting the stuff out of the car, and

3    I got harassed.

4    **Q.**   By patrol officers?

5    **A.**   Yes, by patrol officers.  Oh, yeah.

6    **Q.**   When did that occur?

7    **A.**   Again, that was in the '60s.  That was late

8    in the '60s.

9    **Q.**   Were you a police officer?

10   **A.**   Yes, I was a police officer.

11   **Q.**   So it had to be '69?

12   **A.**   '69 or maybe '70.

13   **Q.**   And again, I assume this gets into the

14   category where you are saying you were being

15   stopped without probable cause by --

16   **A.**   Correct.  All I am telling you now is being

17   stopped without probable cause.

18   **Q.**   Are there any other occasions besides the

19   three you have mentioned where you were stopped

20   without probable cause?

21   **A.**   Yes.  I was at Edgewater Park one time.  I

22   was at Edgewater Park and I was followed from

23   East 55th, I was followed for awhile, and when I

24   pulled into Edgewater Park, the lights came on

25   and I pulled over.

42

1      I was sitting on my steps one day --

2  **Q.**  I want to finish Edgewater Park.  Were

3  those patrol officers?

4  **A.**  Yes.

5  **Q.**  When did that occur?

6  **A.**  Sir, I am going to tell you again.  The

7  incidents are fresh in my mind, because it is

8  very, very insulting and I don't like bigots.

9  **Q.**  Okay.

10  **A.**  But specific dates, no.

11  **Q.**  How about the decade it occurred?

12  **A.**  '70s.

13  **Q.**  Sometime during that ten year period?

14  **A.**  Correct.

15  **Q.**  Any other times you were stopped without

16  probable cause?

17  **A.**  Oh, yeah.  I was driving on my street, I

18  live on 36th street between Central and Cedar,

19  and I don't know if this falls into being

20  stopped, but I pulled over to go into my home

21  and the lights came on.  And I couldn't even get

22  up my steps.  Okay?

23  **Q.**  Those were all patrol officers?

24  **A.**  Yes.  I don't think I have ever been

25  stopped by a Lieutenant or -- I know Captain

43

1   Eddie gave me a rough time, but that didn't

2   last.

3   **Q.**   When did the incident occur that happened

4   in front of your house?

5   **A.**   In the '70s.

6   **Q.**   Somewhere during that ten year period?

7   **A.**   Yes.

8   **Q.**   Any other occasions when you were stopped

9   without probable cause?

10   **A.**   Yeah, there are a bunch more.  I am just

11   trying to remember.  I was in my car on the

12   shoreway, I got stopped.  I wasn't speeding.

13   Those were also police officers.

14   **Q.**   Patrol officers?

15   **A.**   Um-hum.

16   **Q.**   You have to say yes or no.

17   **A.**   Yes, that is correct.  I was stopped on --

18   **Q.**   Let me ask you this before you move on.

19   When did that occur?

20   **A.**   I am giving you incidents from the '70s

21   right now.

22   **Q.**   Again, this is sometime during that ten

23   year period?

24   **A.**   That is correct.

25   **Q.**   You can't be more specific about any of

44

1   these six we have talked about other than it

2   happened in that decade?

3   **A.**   Well, no, there are a lot more than six.

4   **Q.**   I know, we are going to go on here. I want

5   to make sure that the six you described --

6   **A.**   I couldn't give you specific dates.

7   **Q.**   And you can't tell me whether that was the

8   early '70s, mid or late '70s?

9         **MR. GILBERT:**     Objection. I think

10   he said the '70s.

11         **THE WITNESS:**     To answer your

12   question, no.

13   **BY MR. MALLAMAD:**

14   **Q.**   What was the next time you were stopped?

15   **A.**   I was stopped with my partner one time.

16   His name is Carl Walker, badge number was 2254,

17   I think. The lady he was with was Domita, and

18   we were stopped downtown, I think. Again, in

19   the '70s.

20   **Q.**   Patrol officers?

21   **A.**   That is correct. Fleet Avenue was another

22   time, Fleet or it may have been East 49th, I am

23   not sure. It was one of those.

24   **Q.**   Patrol officers?

25   **A.**   Yes.

45

1   **Q.**   In the '70s?

2   **A.**   Yes.  Track Avenue was another time.  Track

3   is the street that runs between Broadway and

4   55th, but you have to go -- then there is a

5   bridge called Jackass Bridge and Praha, it went

6   all the way to -- which is now an overpass,

7   going to Bessemer.  There is a school there

8   named Myron T. Herrick, St. Alexis Hospital was

9   there.  So --

10  **Q.**   Were you stopped by patrol officers?

11  **A.**   Yes, I was.

12  **Q.**   Was that also in the '70s?

13  **A.**   Yes, it was.

14  **Q.**   Mr. Turner, it is three minutes to two.

15  **A.**   2:00.  I can go for three minutes.

16  **Q.**   Any other times when you were stopped

17  without probable cause?

18  **A.**   Yeah, but that is just off the top of my

19  head.  There are more, but I just can't think of

20  anything right now.

21  **Q.**   If you can recall them during your

22  deposition, will you tell me?

23  **A.**   Yes.

24  **Q.**   On these nine occasions when you say you

25  were stopped by patrol officers without probable

46

1    cause, first of all, I assume these were all

2    Cleveland patrol officers?

3    **A.**    Absolutely.  Suburbs have their part, but

4    we are just talking about Cleveland.

5    **Q.**    Did you lodge a complaint with anybody in

6    the Division of Police about having been stopped

7    without probable cause?

8    **A.**    Yes, sometimes I did.

9    **Q.**    And which of these occasions did you?

10    **A.**    I am not sure.  There were times I handled

11    it myself.

12    **Q.**    When you say you handled it yourself, what

13    do you mean?

14    **A.**    I made it very plain that if they felt

15    froggy, then they should leap.

16    **Q.**    Let me ask you about the times when you

17    actually complained to the Division of Police

18    about having been stopped by patrol officers

19    without probable cause.

20    **A.**    Nothing happened.

21    **Q.**    I want to ask you, can you tell me which of

22    the occasions you described --

23    **A.**    No, I can't tell you that.  I can tell you

24    nothing ever happened.

25    **Q.**    Can you tell me who you ever complained to

47

1  about having been --

2  **A.**   Samuel --

3  **Q.**   Just a second.  -- having been stopped

4  without probable cause by a patrol officer?

5  **A.**   Lieutenant Orinski, Daniel Stevens, he was

6  a Sergeant, Lieutenant Seitz, George Seitz,

7  Richard Inocenze.

8             **MS. WANG:**        Inocenze?

9             **THE WITNESS:**     Inocenze.

10 BY MR. MALLAMAD:

11 **Q.**   What was his rank?

12 **A.**   Sergeant.

13            (Thereupon, a recess was taken.)

14 BY MR. MALLAMAD:

15 **Q.**   Mr. Turner, when you talked about being

16 tasked with guarding the doors at the Third

17 District, operating the elevator, guarding the

18 license bureau when it was closed, who was your

19 supervisor at the time?

20 **A.**   Well, any shift that came on -- see, they

21 change once a month.  So any supervisor from any

22 shift that worked the night shift, night shift,

23 was my supervisor.

24 **Q.**   Who assigned you to that detail?

25 **A.**   Oh, this came directly from the Chief's

48

1   office.

2   **Q.**   Who told you that you were assigned there,

3   the Chief of Police himself?

4   **A.**   No, one of his cronies.  I don't remember

5   which one it was.

6   **Q.**   When you say "cronies" --

7   **A.**   I mean what I said.  One of his people that

8   would do anything, because they weren't part of

9   the solution, they were part of the problem.

10  **Q.**   Was this person a police officer?

11  **A.**   No, it was always a Lieutenant, Sergeant,

12  Lieutenant, called me off to the side, "Ron,

13  listen, you have been reassigned."

14      "Okay."

15      "Report to the license bureau.  Come to the

16  Third District, get the keys, open the door and

17  lock yourself in."

18  **Q.**   Who told you that, to do that?

19  **A.**   One of the supervisors, whoever was on that

20  shift.  I don't remember.  It could have been

21  Orinski, Seitz, I don't know; I don't know who

22  the supervisor was.

23  **Q.**   It was either a Sergeant or Lieutenant

24  then?

25  **A.**   Correct.

49

1  Q.   And then you stayed doing those tasks at

2  the Third District for a period of time?

3           MS. WANG:        Objection, asked

4  and answered.

5           THE WITNESS:       There were no

6  tasks, sir.  There was nothing to do.

7  BY MR. MALLAMAD:

8  Q.   I understand.  The things you were asked to

9  do?

10  A.   There was nothing to do.

11  Q.   It was just the one occasion where you were

12  told "This is going to be your assignment"?

13           MS. WANG:        Objection,

14  mischaracterizes the witness' testimony.  Asked

15  and answered.

16           THE WITNESS:      The one time is all

17  it took.

18  BY MR. MALLAMAD:

19  Q.   That is all I am asking the one time.  It

20  was that Sergeant or Lieutenant?

21  A.   Correct.  They didn't come back and say

22  "You can go now."  I was there until whenever.

23  Q.   Did you say before that you were given that

24  assignment as a punishment?

25  A.   That is correct.

50

1    **Q.**    That was a punishment for speaking out?

2    **A.**    That is correct.

3    **Q.**    What were you speaking out about?

4    **A.**    I spoke out about the way minorities were

5    treated, I spoke out about police corruption, I

6    spoke out about how poor people were treated,

7    et cetera.

8    **Q.**    The et cetera part, is there anything else

9    you can tell me besides --

10   **A.**    That is basically what it was.

11   **Q.**    How did you speak out, was this in writing

12   you would file a report of some sort or did

13   you --

14   **A.**    I was interviewed on the radio about the

15   deplorable conditions in the police department,

16   why morale was so bad, what needs to be done,

17   and I gave examples of situations that existed

18   at that time.

19   **Q.**    Was this the one occasion that you spoke on

20   the radio?

21   **A.**    No, I had spoken before.  Let me put it

22   this way:  I had been warned unofficially that I

23   could not do what I was doing.  It was contrary

24   to the book of rules.

25          And my response was, "What I do on my day

51

1   off, on my own time, is none of your business,

2   as long as I don't break the law.  I am fine.  I

3   am not going to let you intimidate me either."

4   **Q.**   Who issued you that warning?

5   **A.**   I am going to say Inocenze.  I may be

6   mistaken, but I kind of remember going round and

7   round with him about it.

8   **Q.**   Sergeant Inocenze?

9   **A.**   Correct.

10   **Q.**   How many times did you end up speaking on

11   the radio until you were assigned these tasks in

12   the Third District?

13   **A.**   It just wasn't the radio, sir, if I may be

14   more specific.  It was schools.  I was told I

15   could not go to a school on my day off and speak

16   to young people about crime and crime prevention

17   and what to do and how to do it.  Now they have

18   a whole department that does it.

19   **Q.**   I am just trying to understand what you

20   said.  I thought you said you were on the radio

21   talking about --

22   **A.**   That was one of the other times.  I mean,

23   radios, newspaper interviews.  We, my partners

24   and I were very controversial, very

25   controversial.

52

1  **Q.**  I am just trying to understand, I wasn't

2  there.  You spoke on the radio on more than one

3  occasion?

4  **A.**  Correct.

5  **Q.**  You spoke in front of students?

6  **A.**  Correct.

7  **Q.**  You were interviewed for the newspaper?

8  **A.**  Correct.

9  **Q.**  And were all these occasions about how

10  minorities were being treated?

11  **A.**  Not all, sir, no, not all.

12  **Q.**  But at some point, you believe that

13  Sergeant Inocenze warned you that you have to

14  stop doing this?

15  **A.**  That is correct.

16  **Q.**  And then I assume you didn't stop doing it?

17  **A.**  They are not going to tell me what to do.

18  No, I did not stop doing it.

19  **Q.**  Then you were assigned these tasks in the

20  Third District?

21  **A.**  Oh, yes.  I would like to give you another

22  example too.  They would send detectives to sit

23  in on my lectures at community colleges, at

24  community college, and some of the high schools.

25  **Q.**  Mr. Turner, you never worked as a detective

53

1   for the Division of Police; is that correct?

2   **A.**   No, that is not correct.

3   **Q.**   You did work as a detective?

4   **A.**   Yes, sir, that is correct.

5   **Q.**   When did you work as a detective?

6   **A.**   In the '70s, maybe some in the '80s.

7   **Q.**   What units?

8   **A.**   Again, special downtown unit, that is what

9   we called it.  The newspapers and everybody else

10  named us the Mod Squad.  Community relations.

11  That is it.

12  **Q.**   You were never assigned to be a detective

13  in the homicide unit; is that a fair statement?

14  **A.**   No, I was never in the homicide unit.

15  **Q.**   Is it a fair statement that you don't know

16  what training the detectives who were assigned

17  to the homicide unit received?

18  **A.**   No.

19  **Q.**   That is not a fair statement?

20  **A.**   That is a fair statement.

21  **Q.**   Is it a fair statement that you don't have

22  any firsthand knowledge of any homicide

23  detective -- strike that.

24       Did you ever receive any promotions while

25  on the job?

54

1    **A.**   No.

2    **Q.**   Any demotions --

3    **A.**   No.

4    **Q.**   -- in rank?   Any commendations?

5    **A.**   Yes.

6    **Q.**   Did you ever serve as an academy

7    instructor?

8    **A.**   No.

9    **Q.**   Did you ever teach at Tri-C?

10   **A.**   Yes.

11   **Q.**   What did you teach at Tri-C?

12   **A.**   I taught the martial arts there.

13   **Q.**   Anything involving police practice or law

14   enforcement?

15   **A.**   I had a lot of policemen there.   And they

16   wanted to take the class.   But specifically, no.

17   **Q.**   You never served as an in-service

18   instructor during your career for officers

19   regarding any particular subject?

20   **A.**   No.   I taught them privately.

21   **Q.**   Were you ever disciplined while on the

22   job --

23   **A.**   Oh, all the time.

24   **Q.**   -- where you received anything from a

25   written reprimand to a suspension?

55

1   **A.**   Yes.

2   **Q.**   Tell me the times you were disciplined.

3   **A.**   Okay.  Let's see.  I received an oral

4   discipline for telling a prisoner in jail,

5   because I called him a flaming rectal orifice.

6   I was not going to swear, it is not my demeanor,

7   but I put it in such a way that he knew that I

8   was not happy with his conduct.

9   **Q.**   Okay.

10   **A.**   And I was disciplined, or given a verbal,

11   that is what it was.

12   **Q.**   Any other time you were disciplined besides

13   that one occasion?

14   **A.**   May I finish this?

15   **Q.**   Yes.  I am sorry, I thought you were done.

16   **A.**   No.  It is important that you understand

17   the dynamics of this police department.  So I

18   stepped back and I said, "Show me how to do it.

19   You are upset."

20        And he went to the bar and he said,

21   "Listen, this is what I want."  And the guy spit

22   on him.

23        I said, "Well, I am not going to let that

24   happen.  So I am glad you showed me what not to

25   do."  And that infuriated him.

56

1      "I am going to do this, I am going to do

2   that, I am telling you right now, this is your

3   oral discipline and I am going to mark it in

4   your file."

5      I said, "Knock yourself out."

6      I was disciplined for another -- they

7   didn't have the courage to put this in writing,

8   unless they could fabricate something.  So I was

9   disciplined, another verbal by Joseph Sindell,

10  Lieutenant Sindell, who called me all kinds of

11  names, because I disobeyed his order.  I

12  disobeyed his order.  And that I did, I am not

13  denying it.

14     He told me that on Friday night and

15  Saturday night, I was not allowed to do

16  narcotics work in the Fourth District.  And he

17  went -- he pushed the issue a little bit too

18  far, he was cussing and yelling and screaming

19  and I politely told him, "If you cuss at me one

20  more time, I am going to come behind that desk

21  and when I get through with you, your mama won't

22  recognize you.  And if you think I am playing,

23  say it again."  And I meant that.

24     Sir, I am looking at you and telling you

25  straight to your face, I meant that.  And he

1    knew I meant it.  And he shut the hell up.

2         And then I went to Inspector Balaga and

3    told him this guy was a pompous ass.  Why do you

4    take a guy off the street that is buying dope on

5    Friday and Saturday night in the district?  That

6    doesn't make any sense.

7         But I had said something he didn't like,

8    and that is the way it works.  You do something

9    they don't like, you are not in the group, you

10   are not in the clique, you get punished for it.

11   **Q.**   Did you ever receive any discipline that

12   was reduced to writing?

13   **A.**   Yeah, all the time, yeah.

14   **Q.**   Let me ask you about those.  Which of those

15   can you tell me about?

16   **A.**   Well, let's see.  I was fired for two years

17   because I was on the radio and I talked about

18   all the corruption and all the crap that goes on

19   in this department, all the things that I have

20   seen, but I would not be a part of, just like I

21   told you.

22        As an example, I said -- and I say it

23   now -- there is no crime that is allowed to

24   exist, key word here is continuously, without

25   one, the knowledge of the police department,

58

1  and, two, its permission.

2      I said those things which nobody wanted to

3  hear.  But that is not what I got fired for.  I

4  got fired because I said I was placed in the

5  license bureau for punishment, punishment.  All

6  that stuff I said which was true, they wouldn't

7  touch.  But the statement about punishment was

8  detrimental to the image of the police

9  department.  What image?

10  **Q.**  When were you terminated?

11  **A.**  Oh, boy.  That was in the '70s, and I got

12  my job back two years later with full

13  reinstatement, full back pay.

14  **Q.**  Was that through your union that you

15  grieved that?

16  **A.**  No, no.

17  **Q.**  How did you get your job back?

18  **A.**  I fought it.

19  **Q.**  When you say you fought it --

20  **A.**  I fought it in court.

21  **Q.**  You filed a lawsuit?

22  **A.**  That's correct.

23  **Q.**  Is that the lawsuit before Judge Thomas or

24  a different lawsuit?

25  **A.**  That was a different lawsuit.

59

1   **Q.**   I assume that was against the City of

2   Cleveland?

3   **A.**   That is correct.

4   **Q.**   After that lawsuit, you somehow got your

5   job back?

6   **A.**   It wasn't somehow.  I won, because what I

7   said had merit and it was the truth.

8   **Q.**   I am trying to figure out, Mr. Turner, just

9   again the chronology of your work here.

10  Sometime during that 16 year period, 17 year

11  period -- or 16 year period, between '69 and

12  '86 --

13  **A.**   '85.

14  **Q.**   -- '85, you were not working as a police

15  officer, you had been terminated for a two year

16  period?

17  **A.**   Correct, about two years.

18  **Q.**   You think that was in the '80s or the '70s?

19  **A.**   Sir, again, I am not sure.  You would have

20  to -- I am not telling you what to do, you would

21  have to get the right file this time and look at

22  it.

23          **MR. GILBERT:**    It is in the file

24  that you sent us in Dropbox, the letter from a

25  lawyer and all that.

60

1          **MS. WANG:**        There are some
2     things in the file that appear to relate to him
3     and some that don't.
4     **BY MR. MALLAMAD:**
5     **Q.**    Any other discipline in writing, besides
6     the termination?
7     **A.**    Yes.  There was a concert at City Hall,
8     there was a concert at City Hall, and Inspector
9     Antel called in off the street, and the
10    conversation went like, "The newspaper says that
11    they are smoking dope, and dope is passing like
12    wildfire.  What do you think can be done about
13    it?  Because narcotics says there is nothing
14    they can do."
15         I said, "There are no narcotic officers
16    there, so how can they do something if they are
17    not there?"
18         So he said, "Well, can you handle it?"
19         I said, "Of course we can."
20         All I needed was two spotters, that is all
21    I requested, of my choosing, and we went into
22    public hall and started popping them off like
23    flies.  And the next day, we have 20 or 30 dope
24    heads in front of the judge.
25         Well, it got to the point that Jules Belkin

61

1   got in my face and said, at a concert, "What are

2   you guys doing?"

3          I said, "We are working."

4          He said, "Do you know who I am?"

5          I said, "No."

6          He said, "I am Jules Belkin."

7          I said, "Okay."

8          He said, "I want you to stop."

9          I said, "No."

10         He said, "I am Jules Belkin."

11         I told him, "I don't care if you were Moses

12  in search of the Ten Commandments, I am not

13  going to stop."

14         So they went and got a superior officer,

15  who just happened to be Richard Inocenze, and he

16  ordered us to leave.  So we left.

17         The next week or so, we were brought up on

18  charges, suspended for ten days, without pay, by

19  the way, and I got my back pay from that too.

20  **Q.**   What was the charge?

21  **A.**   Charges?

22  **Q.**   Yes.

23  **A.**   Conduct unbecoming an officer, failure to

24  obey a direct order, not showing my

25  identification when asked, which is the dumbest,

62

1   asinine thing there, working a split shift and

2   general disrespect for Inocenze.  That didn't

3   fly either.

4   **Q.**   Was that grieved through your union?

5   **A.**   No.  I defended myself before the Civil

6   Service Commission.  The five members of the

7   Civil Service Commission unanimously,

8   unanimously, said that I was a hundred percent

9   right, and ruled against the city -- no, ruled

10  against the Division of Police.

11       It was after that then I started getting

12  all those choice jobs.

13  **Q.**   Was any of the discipline in writing,

14  besides the jail incident, and this matter

15  involving Jules Belkin?

16  **A.**   Yeah.

17  **Q.**   If you can, just tell me what the

18  discipline was and maybe we will have time to

19  have you elaborate.

20  **A.**   If you don't understand the whole story, it

21  makes no sense.  You will ask me a bunch of

22  questions that I will have to repeat over and

23  over and over again.

24       I got -- in our work downtown, we went back

25  on charges because we misappropriated evidence.

63

1    The evidence was a fake ring and a fake watch.

2         The ring -- let me tell you about the watch

3    first.  The watch was a Hormalton,

4    H-o-r-m-a-l-t-o-n, Hormalton.  So they will take

5    the hands of the watch and block out some of the

6    letters and it looks like a Hamilton.

7         So the watch costs -- from Freider's, which

8    used to be -- maybe $2 and they were selling it

9    for 50.

10        So we took that, I think it was on a

11   Friday, I think it was a Friday, I may be

12   mistaken, and we took that watch and that ring

13   and put it in my desk and entered it into the

14   property book on Monday and then transferred it.

15        Well, that delay was -- I am sorry -- that

16   delay was messing with evidence.  It was that

17   nitpicky stuff all the time I had to go through.

18   **Q.**   Have you ever spoken to Ricky Jackson?

19   **A.**   Sorry?

20   **Q.**   Have you ever spoken to Ricky Jackson, one

21   of the Plaintiffs in this case?

22   **A.**   No.

23   **Q.**   Wiley Bridgeman?

24   **A.**   No, sir.

25   **Q.**   Kwame Ajamu?

64

1    **A.**    No, sir.

2    **Q.**    What do you know about the issues in this

3    lawsuit?

4    **A.**    I talked to Attorney Gilbert and I talked

5    to Attorney Greene.  They explained to me that

6    they were three males who had done an enormous

7    amount of time in prison for a crime that they

8    didn't commit, and they wanted to know of my

9    knowledge of the practices of the police

10   department, which I told them.  That is all I

11   know of this case.

12   **Q.**    Did you contact Mr. Gilbert or did

13   Mr. Gilbert contact you initially?

14   **A.**    Mr. Gilbert contacted me.

15   **Q.**    Do you know how Mr. Gilbert got ahold of

16   your number?

17   **A.**    He has had it.

18   **Q.**    He has had it since --

19   **A.**    Since I have known him.

20   **Q.**    How long have you known Mr. Gilbert?

21   **A.**    Since I have been -- I don't know.

22   Forever, I guess.

23   **Q.**    Since the '60s?

24           **MR. GILBERT:**    I don't know.

25           **THE WITNESS:**    I don't know.

65

1    **BY MR. MALLAMAD:**

2    **Q.**   Since the '70s?

3    **A.**   Sir, I don't know.  As long as I -- I

4    became a policeman in '69.  I don't know when he

5    became a lawyer.  But I have known him for a

6    long time.

7    **Q.**   Are you friends with Mr. Gilbert?

8    **A.**   Well, we don't go to dinner together, if

9    that is what you mean, no.

10   **Q.**   Are you social -- you are not social

11   friends?

12   **A.**   No.

13   **Q.**   Tell me about -- is there anything more

14   that Mr. Gilbert or Ms. Greene talked to you

15   about the lawsuit, other than what you

16   described?

17   **A.**   No.

18   **Q.**   Did you ever speak with Ms. Wang?

19   **A.**   No, I met her today for the first time.

20   **Q.**   Did you ever speak with William Tell?

21   **A.**   The last time I saw William Tell was many

22   years ago, and not anything about this case.

23   **Q.**   Let's take a short break here.  Let me talk

24   to my co-counsel.

25              (Thereupon, a recess was taken.)

66

1    **BY MR. MALLAMAD:**

2    **Q.**    Are you ready to proceed?

3    **A.**    I am ready, sir.

4    **Q.**    Mr. Turner, on how many occasions did you

5    speak with Terry Gilbert or Jacqueline Greene

6    about this matter?

7    **A.**    Twice.

8    **Q.**    Tell me what you told them on those

9    occasions.

10   **A.**    Well, the last time I spoke to him was

11   today, and we just verified the time, and he

12   asked me about my indictment.  I told him I was

13   never indicted.

14   **Q.**    Okay.

15   **A.**    The time before that is when we talked

16   about what he -- as I told you already, a little

17   bit about this case and how he wanted to pick my

18   brain.

19       I spoke to Ms. Greene today, to get a

20   verification of the time and the first time I

21   talked to Ms. Greene was when she was with

22   Mr. Gilbert and we discussed what I said about

23   this case, what limited things I know about this

24   case, and my testimony, or what I knew about the

25   workings of the police department.  That is it.

67

1    **Q.**    You were not involved in the investigation

2    of the May 1975 murder of Harold Franks, were

3    you?

4    **A.**    Oh, no.

5    **Q.**    So you don't have any firsthand knowledge

6    about the investigation; is that correct?

7    **A.**    That would be correct.

8    **Q.**    And I believe you already testified,

9    Mr. Turner, that you never were a detective in

10   the Homicide Unit of the Cleveland Police

11   Department?

12   **A.**    That is correct.

13   **Q.**    Do you have any firsthand knowledge of any

14   Cleveland homicide detective violating anyone's

15   constitutional rights prior to the May 1975

16   murder of Harold Franks?

17   **A.**    Yes.

18   **Q.**    What is that firsthand evidence?

19   **A.**    Shankland, his name was Detective

20   Shankland, and his brother was a judge, I think,

21   I think.

22        And I was -- boy, I was in the cafeteria,

23   fourth floor of the Justice Center or at Abby's,

24   which is directly across the street, and they

25   were bragging about taking property or taking

68

1    things on a dresser.  So, yes.

2    **Q.**    Is that the end of your answer?

3    **A.**    Yes.

4    **Q.**    Shankland was a homicide detective?

5    **A.**    Yes, Shankland and Fuerst, oh, his name is

6    Fuerst.  It was Shankland and Fuerst and his

7    brother, the judge, was Norman Fuerst.

8    **Q.**    And you were in the cafeteria or someplace

9    and overheard?

10   **A.**    They sat right next to me.

11   **Q.**    I am trying to understand.  On this

12   occasion, you say you overheard Shankland and

13   Fuerst discussing what?

14   **A.**    Discussing how they profit, that is the

15   word that I remember, how they profit in what

16   they take.

17   **Q.**    What exactly did they say?

18   **A.**    How they profit from taking things out of a

19   house, I guess it was a house.

20   **Q.**    You mean stealing?

21   **A.**    Well, they didn't say stealing.  They used

22   the word "profit."

23   **Q.**    And your testimony is that Shankland and

24   Fuerst were homicide detectives when you

25   overheard this conversation?

69

1    **A.**    That is correct.

2    **Q.**    And what year was that?

3    **A.**    '80, in the '80s.

4    **Q.**    So prior to May of 1975, do you have any

5    firsthand knowledge of any homicide detective

6    for the City of Cleveland's Division of Police,

7    violating anyone's constitutional rights as part

8    of an investigation or prosecution?

9    **A.**    I have knowledge of homicide violating

10   rights, but wait, I want to try and tell you the

11   truth.  There was a shooting, somebody was

12   killed, thus homicide, in Woodhill Park, and

13   homicide -- I am trying to give you the exact

14   thing.  This is important, so I am trying to

15   give it to you exactly as I remember it.  It has

16   been a while.

17         But homicide, I think they were searching

18   for a gun, Homicide Division searching for a gun

19   that related to a shooting in the park.  And

20   they couldn't find the gun and they scoured it,

21   they scoured the park.

22         Then that day or the next day, some

23   Sergeants or somebody went with a flashlight and

24   found the gun, where 40 policemen couldn't, with

25   a flashlight in the dead of night in Woodhill

70

1    Park and presented that gun to homicide and they

2    charged those guys.

3         And I think that is, not only is it morally

4    wrong, but it is a direct violation of their

5    rights.

6    **Q.**   Were you present during any of this time?

7    **A.**   No.

8    **Q.**   So you don't have any firsthand knowledge

9    of what you just said?

10   **A.**   I know they scoured the park, I know that,

11   because I was there, I just sat and watched.

12   **Q.**   You were there as you watched other police

13   officers scour a park for a gun related to a

14   shooting?

15   **A.**   Correct.

16   **Q.**   You were not involved in the actual search

17   yourself?

18   **A.**   No.

19   **Q.**   And then you hear that the next day a

20   Sergeant finds a gun?

21   **A.**   Correct.  From Woodhill Park.

22   **Q.**   You don't have any firsthand knowledge of

23   the Sergeant's activity?

24   **A.**   Be more specific.

25   **Q.**   You weren't there when the Sergeant was

71

1    searching?

2    **A.**   I saw -- the answer to that question would

3    be yes.  I saw the brass, the Sergeant and

4    Lieutenants and the men, and I saw the

5    flashlights, and I kind of said, "Okay.  Here we

6    go."  It was asinine.

7    **Q.**   Mr. Turner, let me ask you this:  What

8    district is Woodhill Park in?

9    **A.**   The Fourth.

10   **Q.**   There is a shooting at Woodhill Park?

11   **A.**   Correct.

12   **Q.**   You are a patrol officer at the time?

13   **A.**   No, I may have been a detective; I don't

14   know.

15   **Q.**   In any event, you are not involved in this

16   investigation of the shooting?

17   **A.**   No.

18   **Q.**   You were in a car watching the other

19   officers search for a gun?

20   **A.**   Yes.

21   **Q.**   And you were saying that you were there the

22   next day?

23   **A.**   No.

24   **Q.**   I thought you said that it was the next day

25   that a Sergeant went out there with a flashlight

72

1  and finds a gun?

2  **A.**   No, that is the day I am talking about.

3  The next day, they went out there with a

4  flashlight and searched for this gun.

5  **Q.**   Were you there the day they were out there

6  with a flashlight searching for the gun?

7  **A.**   Yes.

8  **Q.**   You weren't there the day before?

9  **A.**   No.

10  **Q.**   So what is the unconstitutional conduct

11  that you are referring to?

12  **A.**   In my opinion, this is my opinion and only

13  my opinion, that the likelihood of that type of

14  smokescreen -- I will use that word -- to find

15  something that no one else could find and then

16  miraculously it appears, is just wrong, morally

17  wrong and wrong.  It is just wrong.

18      And I think that that has to violate

19  somebody's rights.

20  **Q.**   I am just trying to understand what you are

21  talking about.

22  **A.**   I am talking about what I just told you.

23  It is wrong.

24  **Q.**   You are saying that the police planted a

25  gun?

73

1   **A.**   Sir, you can draw your own conclusions

2   here.  If you and I go out with everybody here

3   and we go into the next office and tear that

4   office apart, literally destroy it, and then the

5   next day someone from your office goes in in the

6   dead of night with no electricity and finds that

7   gun, that is highly improbable.  That is what I

8   am saying.  That is highly improbable.

9   **Q.**   Okay.

10  **A.**   Now, if you want to say that is planting

11  evidence, that is you.  All I am saying is that

12  is highly improbable.

13  **Q.**   Mr. Turner, we are here to talk about the

14  issues in this case.  And the question I asked

15  you is that prior to the May 1975 murder of

16  Harold Franks, that is a part of this lawsuit,

17  do you have firsthand knowledge of any Cleveland

18  homicide detective violating the Constitution as

19  part of an investigation or prosecution?  That

20  is my question to you.

21  **A.**   And my answer was yes.  I explained it the

22  best I could for you.  I can't do it any

23  further, any better, I guess.

24  **Q.**   The explanation is that there was a

25  shooting --

74

1          MS. WANG:        Objection, asked

2   and answered.  You are just restating what he

3   said in your own words.  That is not a question.

4   Asked and answered, harassing.  You can answer.

5          THE WITNESS:        Hmm?

6   BY MR. MALLAMAD:

7   Q.   I am not finished with my question.  The

8   evidence that you claim to have is that there

9   was a shooting at Woodhill Park, that you saw a

10  bunch of cops looking for a weapon, and that

11  later you were present when a police Sergeant

12  finds a gun in the park?

13  A.   I didn't say --

14         MS. WANG:        Objection.  He did

15  not say the police officer found a gun in the

16  park or that he saw a police officer --

17         THE WITNESS:        I didn't say

18  Sergeant for sure.  I said I saw the brass

19  searching.  There was more than one officer.  I

20  don't know who found it.

21  BY MR. MALLAMAD:

22  Q.   Okay.

23  A.   And what I am saying to you, sir -- it is

24  documented.  I mean, it is documented.  They

25  went one day, couldn't find anything, this guy

75

1   went out and found a gun.

2        In my mind, that is highly improbable,

3   highly.

4   **Q.**   And so it is your belief that the gun was

5   planted; is that correct?

6   **A.**   I am not saying planted, sir.  Again, if

7   you want to say planted, that is up to you.

8   **Q.**   I am asking you, Mr. Turner, whether this

9   is what you are saying is firsthand evidence,

10  firsthand knowledge of unconstitutional conduct

11  by Cleveland homicide detectives?

12  **A.**   And I told you again, it is my belief, this

13  is what I know to be fact.  Now, I don't know if

14  it was planted, just like I didn't use the word

15  stealing.  But I am telling you, it is highly

16  unlikely, it is highly unprobable, and I can't

17  say anything --

18            **MR. GILBERT:**     I am going to

19  object to your continuous use of the word

20  "constitutional" and I am going to give back to

21  you what you always do to me in depositions,

22  that he is not a lawyer.

23  **BY MR. MALLAMAD:**

24  **Q.**   Did you ever reduce to writing what

25  observations you made of the Woodhill Park

76

1    incident?

2    **A.**    No, no.

3    **Q.**    Did you ever speak with a prosecutor about

4    your observations?

5    **A.**    No.

6    **Q.**    Did you ever speak to a defense attorney?

7    **A.**    No.

8    **Q.**    Okay.  Besides the Woodhill Park shooting

9    incident, do you have any firsthand knowledge of

10   any Cleveland homicide detective doing anything

11   inappropriate with respect to their

12   investigation or their involvement in the

13   prosecution of a homicide?

14   **A.**    I couldn't tell you any more than I have

15   already done.  I can't remember.

16            **MR. MALLAMAD:**    Those are all my

17   questions.  Thanks.

18                     EXAMINATION

19   **BY MR. FUNK:**

20   **Q.**    Good afternoon, Mr. Turner.

21   **A.**    Greetings.

22   **Q.**    My name is Steve Funk, F-u-n-k.  I work for

23   Roetzel & Andress and I am representing the

24   individual Defendants in the case.  I just have

25   a couple of follow-up questions.

77

1      I think the question was asked whether you

2 had a conversation with Ricky Jackson.  Prior to

3 your conversation with Terry Gilbert, did you

4 know Ricky Jackson in any way?

5 **A.**   No, sir.

6 **Q.**   And prior to your conversation with

7 Mr. Gilbert, did you know Wiley Bridgeman in any

8 way?

9 **A.**   I don't know any of the Defendants in this

10 case.  I have never met them, I have never

11 talked to them.

12 **Q.**   And that also includes Kwame Ajamu?

13 **A.**   Any of them.  I don't know them.  I have

14 never talked to any of the three.

15 **Q.**   Do you know Peter Comodeca?

16 **A.**   I don't think so.

17 **Q.**   You have no knowledge of Peter Comodeca's

18 activities as a police detective or police

19 Sergeant?

20 **A.**   Maybe if I saw him.  I don't know him by

21 name.  Maybe if I saw him.

22 **Q.**   Do you know a Eugene Terpay?

23 **A.**   Again, maybe if I saw him to know who you

24 are talking about.

25 **Q.**   The name Eugene Terpay --

78

1   **A.**   Doesn't ring a bell at this time.

2   **Q.**   Are you aware of any misconduct by Eugene

3   Terpay?

4   **A.**   Sir, I don't know exactly who you are

5   talking about.  I would have to actually see

6   him -- maybe that would jar my memory.  But the

7   name does nothing for me.

8   **Q.**   Sitting here today, you don't have any --

9   you are not aware of any misconduct by Eugene

10  Terpay?

11  **A.**   No, sir.

12  **Q.**   Do you know James Farmer?

13  **A.**   That name sounds familiar, I think.

14  **Q.**   How do you know James Farmer?

15  **A.**   I just said the name sounds familiar.  That

16  is all.  Again, I would have to see them to see.

17  It has been a while.

18  **Q.**   Other than Detective Shankland and

19  Detective Fuerst, do you know any other homicide

20  detectives?

21  **A.**   Yeah, I knew a bunch of them.

22  **Q.**   Which detectives would you have known from

23  the Homicide Bureau?

24  **A.**   Oh, boy.

25  **Q.**   This would be during the time you were

79

1   working with the --
2   **A.**    Yeah, I would have to really think about.
3   Some have passed away, one got shot on the job
4   and died.
5   **Q.**    Who was that?
6   **A.**    I am trying to think right now for you,
7   sir.
8   **Q.**    Okay.
9   **A.**    I couldn't tell you this right now.
10  **Q.**    Would you have had occasion to work with
11  James Farmer in any capacity?
12  **A.**    Again, sir, I don't know.  I don't know the
13  name, it doesn't ring a bell.  I would have to
14  see him.
15  **Q.**    So you are not aware of any misconduct by
16  James Farmer?
17  **A.**    Sir, again, I don't know.  I haven't any
18  idea unless I could see them and it may jar my
19  memory.  But that is the best I can tell you.
20  **Q.**    What about John Staimpel, do you know John
21  Staimpel?
22  **A.**    I think I know John Staimpel.  I think I
23  know him by name, but I would have to see him to
24  see if I actually remember him or know him.
25  **Q.**    How do you think you know John Staimpel?

80

1   **A.**    By name.

2   **Q.**    What do you know about John Staimpel?

3   **A.**    His name is John Staimpel.  That is what I

4   know about him, by name.  That is it right now.

5   **Q.**    What about Frank Stoiker, do you know Frank

6   Stoiker?

7   **A.**    No, sir, same answer.

8   **Q.**    You don't know the name?

9   **A.**    It doesn't do anything for me right now.

10   **Q.**    What about Gerald Englehart?

11   **A.**    Same answer.

12   **Q.**    Do you know a Detective Leo Allen?

13   **A.**    Same answer.

14   **Q.**    Let's just take a quick break.

15            (Thereupon, a recess was taken.)

16   **BY MR. FUNK:**

17   **Q.**    I have got photographs that have been

18   previously numbered and by stipulation, have

19   been identified with various parties.  I am

20   going to show you each photograph and ask you to

21   take a look at it and see if you recognize the

22   person in the photograph, and if so, who it is.

23   Okay?

24   **A.**    Fine.

25   **Q.**    Take a look at photograph Exhibit Number 1.

81

1    Do you recognize that person?

2    **A.**   Wait a minute.

3    **Q.**   Okay.

4    **A.**   He looks kind of familiar.  But that is

5    about all I can tell you right now.  He looks

6    kind of familiar.

7    **Q.**   Would you know his name?

8    **A.**   No.

9    **Q.**   And in what way does he look familiar to

10   you?

11   **A.**   Just looks familiar.

12   **Q.**   Take a look at Exhibit 2.  Do you recognize

13   that individual?

14   **A.**   Nope.

15   **Q.**   Photograph number 3, do you recognize that

16   individual?

17   **A.**   Yeah, I recognize him.  I saw him around.

18   But I don't know who he is.

19   **Q.**   Do you recognize photograph number 4?

20   **A.**   Wait a minute.  Maybe.  I am not sure.

21   **Q.**   Do you know who the person is in number 4?

22   **A.**   No.

23   **Q.**   And with respect to number 3 or number 4,

24   do you recognize that person as being anybody

25   you would know would have engaged in any

82

1    wrongful conduct?

2    **A.**    I don't recognize.

3    **Q.**    Take a look at photograph number 5.  Do you

4    recognize the person in photograph number 5?

5    **A.**    Boy, he looks familiar.  I just don't know.

6    I don't know.  He just looks familiar.

7    **Q.**    Take a look at Exhibit Number 6.  Do you

8    recognize the person in photograph Number 6,

9    sorry?

10   **A.**    Wow.  I don't know.

11   **Q.**    Number 6, you don't know?

12   **A.**    No, no, it just looks like -- I may.  I am

13   not sure.

14   **Q.**    And then photograph number 7?

15   **A.**    It looks like a guy on the job now,

16   Lieutenant somebody.

17   **Q.**    But do you recognize him?

18   **A.**    Again, it looks like somebody on the job

19   right now.  But I couldn't swear to it.

20   **Q.**    Would you know what the name of that person

21   is?

22   **A.**    No.

23   **Q.**    Do you know the name of the person you

24   think he looks like?

25   **A.**    Lieutenant somebody.  Internal affairs, I

83

1    think he looks like somebody in internal

2    affairs.

3    **Q.**    This is our opportunity to depose you here

4    today.  And I think -- let me ask you real

5    quick, do you know -- yeah, I am sorry, I

6    already asked you everybody.

7         Do you have anything, any instances that

8    you are aware of in which Peter Comodeca, Eugene

9    Terpay, James Farmer, John Staimpel, Frank

10   Stoiker or George Englehart ever engaged in any

11   wrongful conduct?

12   **A.**    No.

13   **Q.**    Now, with respect to the Detective Bureau,

14   do you have any personal firsthand knowledge of

15   instance in which the Detective Bureau or the

16   City of Cleveland Police Department withheld

17   exculpatory evidence from the prosecutor in a

18   criminal case?

19             **MR. GILBERT:**    You mean homicide

20   or --

21             **MR. FUNK:**    Homicide Detective

22   Bureau.

23             **MR. GILBERT:**    You are talking

24   about homicide now?

25             **MR. FUNK:**    Yes.

84

1          **THE WITNESS:**      I am not sure.

2  BY MR. FUNK:

3  **Q.**   You are not prepared to testify today about

4  any particular instance?

5  **A.**   I can't specifically say anything at this

6  time.

7  **Q.**   And with respect to any lineups, were you

8  ever involved in any lineups, involved in any

9  homicide investigation?

10  **A.**   Oh, boy.  I don't think so.

11  **Q.**   Were you ever involved in any interviews of

12  a juvenile witness in connection with the

13  homicide investigation?

14  **A.**   I am not sure.

15  **Q.**   You are not prepared to testify about any

16  particular incidents?

17  **A.**   Sir, my answer is I am not sure.  I am not

18  trying to not testify.  I am trying to tell you

19  the truth.  So the way I can best tell you the

20  truth is I am not sure.

21  **Q.**   And given that you never worked in the

22  Homicide Detective Bureau for the City of

23  Cleveland Police Department, you would not have

24  any firsthand knowledge of the practices of

25  homicide detectives in the Homicide Bureau with

1   relationship to the questioning of juveniles in

2   connection with homicide?

3   **A.**   I don't think so.

4          **MR. FUNK:**        Okay.  I have no

5   further questions.

6          **MR. GILBERT:**       I have a few

7   questions.

8                        EXAMINATION

9   **BY MR. GILBERT:**

10  **Q.**   Earlier on in the deposition today, you

11  were asked about whether you were aware of any

12  training that was contrary to the Constitution.

13  Do you remember those questions?

14         And I think you indicated there was never

15  any formal training, but that the illegality or

16  practices that might be unconstitutional were

17  part of the norm.  Do you remember that?

18  **A.**   Yeah.

19         **MR. FUNK:**         Objection.

20         **MR. MALLAMAD:**     Objection.

21  **BY MR. GILBERT:**

22  **Q.**   Can you explain that further?

23  **A.**   Do you want me to answer that?

24  **Q.**   Yes.

25  **A.**   Okay.

86

1    Q.    Let me ask you this way --

2    A.    You learn, and rather quickly, that the way

3    things are handled on the street is contrary to

4    what it should be handled according to the book.

5    Q.    And can you give us an idea of the kind of

6    things that happened on the street that were

7    contrary to proper procedure and lawful actions?

8                 MR. MALLAMAD:      Objection.

9                 THE WITNESS:      The total

10   disrespect for human dignity, the way people are

11   treated, the way they are accosted, the

12   reference to their ethnic background or

13   heritage, the loss of probable cause, that is

14   wrong.

15   BY MR. GILBERT:

16   Q.    And what you just testified, are these

17   situations something that you have seen and

18   observed among Cleveland police officers?

19                MR. FUNK:      Objection.

20                MR. MALLAMAD:      Objection.

21                THE WITNESS:      Yes.

22   BY MR. GILBERT:

23   Q.    All right.  I think you mentioned smacking

24   people and violence?

25   A.    Yes.

87

1           **MR. FUNK:**        Objection.

2   **BY MR. GILBERT:**

3   **Q.**   Have you seen Cleveland police officers in

4   the '70s engaging in that kind of behavior?

5           **MR. FUNK:**        Objection.

6           **MR. MALLAMAD:**    Objection.

7           **THE WITNESS:**     Yes.  I am sorry.

8   **BY MR. GILBERT:**

9   **Q.**   Have you seen -- can you answer that?

10  **A.**   Yes.

11  **Q.**   And do you know if any of them were

12  disciplined or held accountable for those

13  actions?

14  **A.**   Of course not, they weren't disciplined and

15  they weren't held accountable for it.

16          **MR. FUNK:**        Objection.

17  **BY MR. GILBERT:**

18  **Q.**   How about shaking people down, you

19  mentioned that.  Did you see that kind of

20  activity occur during the '70s?

21          **MR. FUNK:**        Objection.

22          **MR. MALLAMAD:**    Objection.

23          **MR. GILBERT:**     You can just do a

24  continuing objection, if you want.

25          **THE WITNESS:**     Yes.

88

1    **BY MR. GILBERT:**

2    **Q.**   And did you know of anybody who was held

3    accountable by discipline for any of those kinds

4    of actions?

5              **MR. FUNK:**        Objection.

6              **MR. MALLAMAD:**    Objection.

7              **THE WITNESS:**     Not then and not

8    now.

9    **BY MR. GILBERT:**

10   **Q.**   How about taking peoples' property without

11   justification?

12             **MR. FUNK:**        Objection.

13             **MR. MALLAMAD:**    Objection.

14   **BY MR. GILBERT:**

15   **Q.**   Did you see that kind of activity go on?

16             **MR. MALLAMAD:**    Same objection.

17             **THE WITNESS:**     Yes.

18   **BY MR. GILBERT:**

19   **Q.**   And did you see, did you know of any

20   discipline or accountability that occurred with

21   respect to those activities?

22             **MR. MALLAMAD:**    Objection.

23             **MR. FUNK:**        Objection.

24   **BY MR. GILBERT:**

25   **Q.**   You can answer.

89

1    **A.**    No.

2    **Q.**    You talked about changing facts of an

3    arrest.  Could you be more specific what that

4    means?

5              **MR. FUNK:**        I am going to

6    object to that too.

7              **MR. MALLAMAD:**    Same objection.

8              **THE WITNESS:**     If we go back to no

9    probable cause, evidence in some cases

10   disappearing and evidence in other cases

11   miraculously appearing.

12   **BY MR. GILBERT:**

13   **Q.**    And you actually have firsthand knowledge

14   of that happening --

15   **A.**    I saw that a lot.

16   **Q.**    -- in the '70s?

17             **MR. FUNK:**        Objection.

18             **MR. MALLAMAD:**    Objection.

19   **BY MR. GILBERT:**

20   **Q.**    Is that right?

21   **A.**    '70s, '80s, I saw that a lot.

22   **Q.**    Did you ever see anybody being disciplined

23   or held accountable for that kind of activity?

24             **MR. MALLAMAD:**    Objection.

25             **MR. FUNK:**        Objection.

90

1                    **THE WITNESS:**      No.

2     **BY MR. GILBERT:**

3     **Q.**     Now, when you were out on the streets with

4     the Mod Squad, where you were empowered to deal

5     with any kind of criminal activity, primarily

6     downtown, did you, when you arrested somebody,

7     did you prepare a written report?

8     **A.**     Yes.

9     **Q.**     What was that called?

10    **A.**     Back then, it was called a Form 1.

11    **Q.**     And what kind of information would you put

12    in that report?

13    **A.**     Well, it was a description of what

14    happened, what I saw, what I believed to be

15    criminal activity, why they were arrested, let

16    it be known that I informed them of their

17    constitutional rights, depending upon the type

18    of crime, I either went to the Detective Bureau

19    for -- I had to go to the Prosecutor's Office --

20    but the Detective Bureau, it lasted a little

21    while.  And after a while, we had to start

22    charging them ourselves, we brought so many in,

23    or to the city prosecutor.

24    **Q.**     Now, did you ever have occasion when you

25    would write a report about an incident that you

91

1   had firsthand knowledge of and then it went to

2   the Detective Bureau?

3   **A.**   Yes.

4   **Q.**   And did you follow through on some of those

5   cases?

6   **A.**   Yes.

7   **Q.**   Did you encounter situations where the

8   facts were changed by the Detective Bureau?

9            **MR. FUNK:**        Objection.

10           **MR. MALLAMAD:**    Objection.

11           **THE WITNESS:**     I had occasions

12  where my report disappeared.

13  **BY MR. GILBERT:**

14  **Q.**   And did you complain about that?

15  **A.**   I just produced my signed copy.

16  **Q.**   Was there favoritism that was practiced in

17  the Cleveland Police Department?

18           **MR. FUNK:**        Objection.

19           **MR. MALLAMAD:**    Objection.

20           **THE WITNESS:**     Yes.

21  **BY MR. GILBERT:**

22  **Q.**   And can you explain that?

23  **A.**   It wasn't who you knew -- it wasn't what

24  you knew, it was who you knew.

25  **Q.**   Can you give me more specifics about how

92

1   that worked?

2   **A.**   Yeah, well, gentlemen, with all due

3   respect, I want you to know that I don't care.

4   You could be green and have blue teeth, it

5   didn't bother me at all.  I didn't like bullies,

6   I didn't like dope pushers, and if you did

7   something wrong, you were wrong.

8        On the other hand, I tried to understand

9   that every crime was different and I tried to

10  handle it in that way.  If a guy stole meat, he

11  may not necessarily be a thief, he just may be

12  hungry.  That is the way I looked at it.

13       I didn't play favorites, and when I stopped

14  somebody of importance or that knew some big

15  shot, which I was not, I treated them, to the

16  best of my ability, fairly.  I never took a

17  bribe, I never did anything to deliberately hurt

18  somebody.  I tried to do the very best I could,

19  I did, my entire career.  And that got me into

20  beaucoup trouble.

21  **Q.**   Would you recall any cases in which a

22  suspect that you had arrested and resulted in a

23  follow-up, where some favoritism was practiced

24  with that subject?

25            **MR. FUNK:**         Objection.

93

1          **MR. MALLAMAD:**     Objection.

2          **THE WITNESS:**     Bozie Mack was a

3    Lieutenant in the Narcotics Unit, and my partner

4    and I were attempting to help a lady of the

5    night break away from her young man who was

6    selling dope, et cetera, and we did all that

7    paperwork, and had the arrest, presented the

8    dope to the proper channels and followed

9    procedure, and we received a letter, a note, if

10   you will, from Bozie Mack, thanking us for the

11   work we did.  But he felt that per his

12   supervisors, there wasn't enough evidence to

13   charge that man and they dismissed it.  And I

14   promptly took it to the Grand Jury, they

15   indicted him and he pled guilty.  That is one.

16   **BY MR. GILBERT:**

17   **Q.**   Anything else?

18   **A.**   Yeah, there are others.  But you know, they

19   come to my mind and I can't give you bang, bang,

20   bang, bang, bang, because there are so many and

21   it has been so long.  So I am doing the best I

22   can.

23   **Q.**   Were black police officers treated

24   differently than white police officers?

25   **A.**   Absolutely.

1          **MR. FUNK:**          Objection.

2          **MR. MALLAMAD:**          Objection.

3          **THE WITNESS:**          Absolutely.

4    BY MR. GILBERT:

5    **Q.**   And tell us how that was practiced.

6          **MR. MALLAMAD:**    Same objection.

7          **THE WITNESS:**    Well, when I was

8    first a policeman, let's see, the city was, I

9    think it was 49.7 percent black and they had in

10   the police department one Captain and three or

11   four Sergeants and the rest were, as we called

12   them, deck hands.

13          And it was a -- by the way, this is

14   what led to the lawsuit with Judge Thomas.

15   Because it was my contention, and that was

16   upheld by the judge, that the way you were

17   instructed to dress and the way you were

18   instructed to handle situations was racist in

19   nature, and that the black hiring and the black

20   firing was way out of proportion, way out of

21   proportion.

22   BY MR. GILBERT:

23   **Q.**   In terms of race, were black suspects

24   treated differently than white suspects, from

25   your experience?

95

| | | |
|---|---|---|
| 1 | **MR. FUNK:** | Objection. |
| 2 | **MR. MALLAMAD:** | Objection. |
| 3 | **THE WITNESS:** | Yes. |
| 4 | **MR. FUNK:** | Objection. |

5 **BY MR. GILBERT:**

6 **Q.**  And this is in the '70s?

| | | |
|---|---|---|
| 7 | **MR. MALLAMAD:** | Objection. |
| 8 | **THE WITNESS:** | Yes. |

9 **BY MR. GILBERT:**

10 **Q.**  And how were blacks treated differently

11 than whites, in terms of how they were treated

12 by Cleveland police officer?

| | | |
|---|---|---|
| 13 | **MR. FUNK:** | Objection. |
| 14 | **MR. MALLAMAD:** | Objection. |

15  **THE WITNESS:**  No probable cause,

16 not being allowed to make a phone call, some

17 were physically abused, racist remarks, racist

18 diagrams, racist graffiti, racist stuff on the

19 police car, in the police car.  I have already

20 told you about the racism, if you are not -- if

21 you are not with a woman of your own kind, as it

22 was so nicely put to me, then you have a

23 problem.

24 **BY MR. GILBERT:**

25 **Q.**  I believe you testified earlier, if not,

96

1   clarify, that you had complained about this kind

2   of racist conduct in the police department; is

3   that right?

4                **MR. FUNK:**        Objection.

5                **MR. MALLAMAD:**     Objection.

6                **THE WITNESS:**      Yes.

7   **BY MR. GILBERT:**

8   **Q.**   And as far as you are concerned, did

9   anybody get disciplined for racist activity?

10               **MR. FUNK:**        Objection.

11               **MR. MALLAMAD:**     Objection.

12               **THE WITNESS:**      No.

13  **BY MR. GILBERT:**

14  **Q.**   Did you ever hear the term "run a nigger

15  target"?

16  **A.**   Oh, yes.

17  **Q.**   What does that mean?

18  **A.**   Sir, that was an 8 by 10 paper like that,

19  with the outline of a figure, black, with a big

20  afro, with a target on his body, and points for

21  where you could shoot him and the title was run

22  a nigger target.

23  **Q.**   And was this in the '70s?

24               **MR. FUNK:**        Objection.

25               **THE WITNESS:**      Yes.

97

1    **BY MR. GILBERT:**

2    **Q.**   And where did you see this target?

3    **A.**   It was in all the districts, all the

4    districts.

5    **Q.**   And so you actually saw this paper diagram

6    in all the districts?

7    **A.**   Yes.  I saw that with my own two eyes.

8    **Q.**   And did you hear any discussions amongst

9    police officers about the target?

10               **MR. FUNK:**        Objection.

11               **MR. MALLAMAD:**     Objection.

12               **THE WITNESS:**      Sir, I believe that

13   it was -- I may be wrong -- but I believe it was

14   Inspector Harry Antel that put a stop to it.

15   **BY MR. GILBERT:**

16   **Q.**   Do you remember around when that was?

17   **A.**   In the '70s.

18   **Q.**   And this was a caricature of an

19   African-American?

20               **MR. FUNK:**        Objection.

21               **THE WITNESS:**     Yes.

22   **BY MR. GILBERT:**

23   **Q.**   Did it have an indication of where the

24   police were supposed to shoot that individual?

25   **A.**   Yes.

98

1              **MR. FUNK:**        Objection.

2    **BY MR. GILBERT:**

3    **Q.**   Where was that?

4    **A.**   It had a target, and the target was

5    assigned points.

6         It was from the side, it wasn't from the

7    front, I think.

8    **Q.**   Now, you indicated that an Inspector Antel

9    had those diagrams removed, correct?

10   **A.**   Yes.

11   **Q.**   Do you know if anyone, if there was an

12   investigation by the Cleveland Police Department

13   to find out who was responsible for these

14   diagrams?

15   **A.**   No.  I know that there was no

16   investigation.  I guess that is the way to put

17   it.

18             **MR. FUNK:**        Objection.

19   **BY MR. GILBERT:**

20   **Q.**   Do you know whether anyone was held

21   accountable for that kind of diagram?

22   **A.**   No.

23             **MR. FUNK:**        Objection.

24             **MR. MALLAMAD:**    Objection.

25

99

1    **BY MR. GILBERT:**

2    **Q.**    Now, you indicated you were a detective.

3    Was that while you were in the Third District or

4    Fourth District, do you remember?

5    **A.**    Third District, I think.

6    **Q.**    And were there any rules in the detective

7    position that you had, as to how to be a

8    detective?

9    **A.**    No.

10   **Q.**    Was there any training, formal training

11   about how to be a detective?

12                **MR. FUNK:**        Objection.

13                **THE WITNESS:**     No.

14   **BY MR. GILBERT:**

15   **Q.**    Did the different detectives that you were

16   familiar with do the job differently than

17   others?

18                **MR. FUNK:**        Objection.

19                **MR. MALLAMAD:**    Objection.

20                **THE WITNESS:**     Yes.

21   **BY MR. GILBERT:**

22   **Q.**    In what way?

23                **MR. MALLAMAD:**    Same objection.

24                **THE WITNESS:**     Well, everybody has

25   their own way of working, sir.  And me

1    personally, I didn't go in for the dumb stuff, I

2    wasn't going to do that.  Let me say this:  I

3    try to treat everybody the same.

4    **BY MR. GILBERT:**

5    **Q.**   Well, I am asking you about what other

6    people did.

7    **A.**   That is it.

8    **Q.**   Was there any actual rules or tactics or

9    strategies or protocols that were handed down

10   from higher level supervisors as to how to deal

11   with evidence?

12              **MR. FUNK:**       Objection.

13              **THE WITNESS:**     If it all got put

14   into the property book, fine.  If there was some

15   discrepancies, minor discrepancies, that was

16   fine too.

17   **BY MR. GILBERT:**

18   **Q.**   Were there any -- were there any rules or

19   procedures regarding how to conduct a lineup

20   that came in the form of directions from higher

21   ups?

22              **MR. FUNK:**       Objection.

23              **THE WITNESS:**     Not that I know of.

24   **BY MR. GILBERT:**

25   **Q.**   Was there any instructions by anybody what

101

1   to do about exculpatory evidence when you were a

2   detective?

3               MR. FUNK:        Objection.

4               MR. MALLAMAD:        Objection.

5   BY MR. GILBERT:

6   Q.   You know what exculpatory evidence is?

7   A.   Yes.  I am going to ask you, because I

8   don't want to lie, so I am going to have to ask

9   you to be more specific.

10  Q.   If there was a case where, for example, you

11  were investigating a crime and you had some

12  information that the person was somewhere else

13  when the crime was committed and could not have

14  committed the crime, but you also had evidence

15  from somebody that he was involved, were there

16  any rules about the requirement of turning over

17  the evidence that showed an alibi, for example,

18  to the prosecutor?

19              MR. MALLAMAD:        Objection.

20              MR. FUNK:        Objection.

21              THE WITNESS:        Well, the rule was,

22  you should turn over all evidence acquired in an

23  investigation to the prosecution.  That was the

24  rule.

25

102

 1    **BY MR. GILBERT:**

 2    **Q.**    Okay.  But was it always practiced?

 3                **MR. MALLAMAD:**    Objection.

 4                **MR. FUNK:**    Objection.

 5                **THE WITNESS:**    No.

 6    **BY MR. GILBERT:**

 7    **Q.**    You had experience in interrogating

 8    witnesses and suspects?

 9    **A.**    Yes.

10    **Q.**    Were there any rules, protocols regarding

11    how to do that?

12                **MR. FUNK:**    Objection.

13                **MR. MALLAMAD:**    Objection.

14                **THE WITNESS:**    Well, let's see.

15    There was different techniques, I guess is the

16    way you can say it, for interrogating prisoners.

17    There were things you could say that may not be

18    quite truthful, and it was not so much what you

19    said maybe, it was how you said it.  And you

20    were never supposed to put your hands on

21    anybody.  And you were not supposed to treat

22    them like the decision has already been made

23    that they were guilty.  I guess that is the best

24    way to put it.

25

103

1  **BY MR. GILBERT:**

2  **Q.**   Okay.  You are looking at them, but you

3  should look at me.

4  **A.**   No, I am just trying to think.

5  **Q.**   Have you ever seen a detective either

6  threatening or coercing a suspect or engaging in

7  any kind of roughing?

8           **MR. MALLAMAD:**    Objection.

9           **MR. FUNK:**       Objection.

10          **THE WITNESS:**    Yeah, I have.

11  **BY MR. GILBERT:**

12  **Q.**   Can you tell us approximately when that

13  would have occurred?

14  **A.**   Again, I would have to tell you the same

15  thing I told you.  Incidents -- I have been gone

16  a while, so I just have to -- you know, I just

17  can't pop them out of my mind right now.

18  Especially some things come back to me right

19  away, and some things I really, really, really

20  have got to think about.

21  **Q.**   And that would have been in the '70s?

22          **MR. FUNK:**       Objection.

23          **MR. MALLAMAD:**    Objection.

24          **THE WITNESS:**    Yeah, and the '80s,

25  it happened then too.

104

1    **BY MR. GILBERT:**

2    **Q.**    And did you complain about it?

3    **A.**    Yes.

4    **Q.**    And who did you complain to, if you

5    remember?

6    **A.**    In the Fourth District, there was an

7    inspector named Balaga, who I thought was very

8    fair.  I thought he was fair.  And he handled

9    things in-house.

10          In the Third District, it was Harry Antel,

11   and those are the two that I trusted the most.

12   **Q.**    Are those two people the ones you

13   complained to about coerced or rough

14   interrogations?

15                **MR. FUNK:**        Objection.

16                **MR. MALLAMAD:**    Same objection.

17                **THE WITNESS:**     Yes, if it got to

18   the point where I was uncomfortable with crap,

19   if I was uncomfortable with stuff -- sorry I

20   said crap.  If I was uncomfortable with stuff,

21   that I thought was wrong, I didn't -- I had no

22   problem in voicing my opinion, none.

23   **BY MR. GILBERT:**

24   **Q.**    And did you see it, are you aware of any

25   case in the '70s or early '80s, where a police

1    officer or detective was held accountable for

2    any kind of rough interrogation or coercion of a

3    suspect?

4              **MR. FUNK:**        Objection.

5              **MR. MALLAMAD:**    Objection.

6              **THE WITNESS:**     No.

7    BY MR. GILBERT:

8    **Q.**   Had you ever -- did you have any knowledge

9    of a lineup where misconduct occurred?

10             **MR. FUNK:**        Objection.

11   BY MR. GILBERT:

12   **Q.**   I am speaking back then in the time you

13   were in the department.

14   **A.**   I remember there was a rape and I believe

15   it was the wife of the manager of the Grog Shop

16   and that was on Short Vincent.  And the suspect

17   in that rape was -- his street name was Sleepy.

18        I think his last name was Harris, Carl

19   Harris, Carl Harris.  And they had a lineup, and

20   he had -- I can't describe his pants, but his

21   pants were for use -- his pants were mod, they

22   were all kinds of multicolored, and when he came

23   out from the lineup, somebody else had on his

24   pants.  That I saw.

25        I don't know who, if anyone he knew, but I

1  do know when he came out from that lineup, he

2  was wearing someone else's pants; and Carl

3  Harris was black, and there was a white

4  gentleman in the lineup that was wearing Carl

5  Harris' pants, that I remember.

6  **Q.**   And were you there at the time?

7  **A.**   I was there.

8  **Q.**   Why were you there at the time?

9  **A.**   Because I arrested Carl Harris.  He was

10  wanted on a warrant for rape.  And I arrested

11  him.

12  **Q.**   And the pants that he had on when you

13  arrested him were not the same pants that he had

14  on in the lineup?

15  **A.**   No.

16  **Q.**   Did you find that to be a bit strange?

17  **A.**   Yes.

18          **MR. FUNK:**       Objection.

19          **MR. MALLAMAD:**    Objection.

20  **BY MR. GILBERT:**

21  **Q.**   Did you say anything about it?

22  **A.**   Yes.

23  **Q.**   To who?

24  **A.**   I think there was a Sergeant in charge of

25  that.  Boy.  It was in the old city jail, sir,

1    and it was on the fifth floor, and came out and

2    said somebody -- "They switched pants."  And I

3    was upset about it because Harris was in one

4    cell, and the other gentleman was in the cell on

5    the furthest end.  So in my mind, somebody had

6    to give them the pants to switch.

7    **Q.**    And you said this was at the old jail?

8    **A.**    21st and Payne, yes, sir.

9              **MR. FUNK:**         Objection.

10   **BY MR. GILBERT:**

11   **Q.**    That was before the Justice Center was

12   built?

13   **A.**    Yes, sir.

14             **MR. FUNK:**         Objection.

15   **BY MR. GILBERT:**

16   **Q.**    Was this in the early '70s?

17             **MR. FUNK:**         Objection.

18             **THE WITNESS:**     I don't remember.

19   It is a matter of police record, I know that.

20   **BY MR. GILBERT:**

21   **Q.**    His name was Carl Harris?

22   **A.**    Carl Harris.

23   **Q.**    Do you know what happened to Carl, was he

24   convicted of the rape?

25             **MR. FUNK:**         Objection.

1          **THE WITNESS:**      I think he skipped,

2     and I don't know if they ever found him.

3     **BY MR. GILBERT:**

4     **Q.**   Now, as a detective, did you ever have the

5     occasion to interview juveniles?

6     **A.**   Oh, yeah.

7     **Q.**   Both suspects as well as witnesses?

8     **A.**   Oh, yeah.

9     **Q.**   Was there any -- were there any policies or

10    procedures that you knew of back in your day as

11    to how to conduct interrogations of juveniles?

12              **MR. MALLAMAD:**     Objection.

13              **MR. FUNK:**        Objection.

14              **THE WITNESS:**      I would not talk to

15    a juvenile unless his parents were there.

16    **BY MR. GILBERT:**

17    **Q.**   And why is that?

18    **A.**   He is a juvenile.  He is not an adult, and

19    it could jeopardize my case.  I had a special

20    relationship with Juvenile Court.  That is the

21    way I handled it.

22    **Q.**   You said you would do it this way.  Was

23    there a rule or a policy or a GPO that required

24    a parent or guardian to be with the juvenile

25    before that juvenile would be interrogated?

 1              MR. MALLAMAD:     Objection.

 2              THE WITNESS:     Yeah, I am not sure

 3    if it is -- I am not sure if it is a -- I think

 4    that would be a GPO, I think that is a GPO.

 5    Yeah, I am going to say GPO on that one.

 6    BY MR. GILBERT:

 7    Q.   Do you know whether that was the common

 8    practice within the department, not to interview

 9    a juvenile unless their parent was available?

10              MR. FUNK:       Objection.

11              MR. MALLAMAD:     Objection.

12              THE WITNESS:     I am going to say

13    that was the rule.  That is what I believe to be

14    the rule.

15    BY MR. GILBERT:

16    Q.   Are you aware of a Cleveland police officer

17    back in the early '70s who had a swastika on his

18    car?

19    A.   Yes.

20              MR. FUNK:       Objection.

21    BY MR. GILBERT:

22    Q.   Who was that?

23    A.   Sergeant Baughman.  I may have the name

24    wrong.  But I am very much aware of him.

25              MR. FUNK:       Objection.

110

1    **BY MR. GILBERT:**

2    **Q.**   What are you aware that he had done?

3    **A.**   He wore a ring from the Nazi concentration

4    camp, and internal affairs had photographs of

5    him in a Nazi uniform doing the "Heil, Hitler"

6    thing.

7         In his car or on the door was a swastika

8    that I saw.

9    **Q.**   Was the FBI involved in that?

10   **A.**   Yes.

11   **Q.**   And what happened after that?

12                **MR. FUNK:**        Objection.

13                **MR. MALLAMAD:**    Objection.

14   **BY MR. GILBERT:**

15   **Q.**   Was there any discipline or anything like

16   that?

17                **MR. MALLAMAD:**    Objection.

18                **THE WITNESS:**     The day they went

19   to bring the car in, it miraculously went to the

20   paint shop and it was painted.

21   **BY MR. GILBERT:**

22   **Q.**   And this Baughman or Baughman, did he ever

23   get disciplined, if you know?

24                **MR. FUNK:**        Objection.

25                **MR. MALLAMAD:**    Objection.

111

1                **THE WITNESS:**     No.

2    **BY MR. GILBERT:**

3    **Q.**   All these things that we talked about, you

4    had mentioned, I believe, you were in a radio

5    show or other forums, right?

6                **MR. MALLAMAD:**     Objection.

7                **THE WITNESS:**     Yes.

8    **BY MR. GILBERT:**

9    **Q.**   Did you ever get a response, other than

10   being punished, as you say, from any supervisor,

11   Safety Director, Chief, regarding your

12   allegations?

13               **MR. MALLAMAD:**     Objection.

14               **MR. FUNK:**     Objection.

15               **THE WITNESS:**     Lieutenant Orinski

16   pulled me aside one day and said, "You are

17   walking on thin ice.  You are saying stuff that

18   no one else will say or has the courage to say.

19   You are walking on thin ice."  He was one,

20   Daniel Stevens was another.

21               There was an Italian Sergeant, I

22   can't think of his name.  He supported the

23   things that I said, he knew.  But they were all

24   afraid of the aftermath.  I really didn't care.

25

112

1   **BY MR. GILBERT:**

2   **Q.**   Now, were you part of a black police

3   officers association?

4   **A.**   No.   I knew -- I went to their meetings;

5   but formally joined?  No way.

6   **Q.**   And do you have knowledge of whether they

7   had complained about a lot of the things that we

8   have discussed today?

9           **MR. FUNK:**        Objection.

10          **MR. MALLAMAD:**    Objection.

11          **THE WITNESS:**     Yes.

12  **BY MR. GILBERT:**

13  **Q.**   And do you know whether any action was

14  taken by the administration or higher up

15  superior officers?

16          **MR. FUNK:**        Objection.

17          **MR. MALLAMAD:**    Objection.

18  **BY MR. GILBERT:**

19  **Q.**   Regarding those complaints?

20          **MR. MALLAMAD:**    Same objection.

21          **MR. GILBERT:**     Let's take a minute

22  here.

23          (Thereupon, a recess was taken.)

24

25

113

1                    EXAMINATION

2  **BY MS. WANG:**

3  **Q.**   I just have a few follow-up questions.

4  They might sound similar to things that Terry

5  was asking you.  But I have been listening

6  carefully to the language being used.  So I am

7  trying to ask you some more specific questions.

8        So you testified earlier about instances in

9  which you had seen police officers in the

10  Cleveland Police Department using coercion or

11  force on suspects?

12  **A.**   Yes.

13             **MR. FUNK:**        Objection.

14  **BY MS. WANG:**

15  **Q.**   On how many occasions, approximately, did

16  you see that happen?

17  **A.**   It is hard to give a number.  But I would

18  say -- and I am not trying to skirt the issue.

19  But I would say a lot.  More than ten.  That is

20  a lot.

21  **Q.**   And these were instances that you witnessed

22  with your own eyes?

23  **A.**   Yes.

24  **Q.**   Did you ever witness detectives in the

25  Cleveland Police Department threatening

1    witnesses to testify or give -- to testify

2    falsely or give false statements against

3    suspects?

4              **MR. FUNK:**        Objection.

5              **MR. MALLAMAD:**    Objection.

6              **THE WITNESS:**     Not directly, no.

7    **BY MS. WANG:**

8    **Q.**   And so did you see it or become aware of it

9    indirectly?

10             **MR. FUNK:**        Objection.

11             **MR. MALLAMAD:**    Objection.

12             **THE WITNESS:**     Yes.

13   **BY MS. WANG:**

14   **Q.**   And how was that?

15             **MR. MALLAMAD:**    Objection.

16             **THE WITNESS:**     It was the

17   language, the language.  "If you know what is

18   good for you," that type of thing, "If you know

19   what is good for you, you better."

20   **BY MS. WANG:**

21   **Q.**   When you are talking about the language,

22   you are talking about language that detectives

23   would use in interrogating a witness in trying

24   to get them to say something?

25   **A.**   Or not say something.

115

1   **Q.**   Or not say something?

2            **MR. FUNK:**          Objection.

3            **MR. MALLAMAD:**      Objection.

4   **BY MS. WANG:**

5   **Q.**   You gave an example of "If you know what is

6   good for you, say this or say that"?

7   **A.**   You won't do this or do that.  Mostly it

8   was always the negative.  You won't do this or

9   won't do that.  There were a few times there

10  was, "You better do this."  There were a few.

11           **MR. FUNK:**          Objection.

12  **BY MS. WANG:**

13  **Q.**   You witnessed these personally?

14  **A.**   Yes.

15  **Q.**   Did you ever complain about these

16  instances?

17  **A.**   Oh, yes.

18  **Q.**   To whom did you complain about these

19  instances?

20           **MR. FUNK:**          Objection.

21           **THE WITNESS:**       Well, Orinski,

22  never to Seitz.  Orinski, Stevens.  That is all.

23  **BY MS. WANG:**

24  **Q.**   Was any discipline ever handed down to any

25  of the detectives who were involved in any of

1   that kind of threatening or coercion of

2   witnesses?

3           MR. FUNK:        Objection.

4           MR. MALLAMAD:    Objection.

5           THE WITNESS:     Not that I know of.

6   BY MS. WANG:

7   Q.   Would you describe the -- strike that.  The

8   practice of threatening and coercing witnesses

9   to make false statements -- sorry, strike that.

10       Would you say that it was a widespread

11  practice that detectives in the department would

12  threaten or coerce witnesses to make statements

13  or not make statements about a particular crime?

14          MR. FUNK:        Objection.

15          MR. MALLAMAD:    Objection.

16          THE WITNESS:     It went on a lot.

17  BY MS. WANG:

18  Q.   Was it, in your experience, accepted by the

19  superiors or supervisors in the department?

20          MR. MALLAMAD:    Objection.

21          MR. FUNK:        Objection.

22          THE WITNESS:     Yes.

23  BY MS. WANG:

24  Q.   And the supervisors knew about the

25  practices of the detectives in this regard?

117

1              **MR. FUNK:**          Objection.  No

2    foundation.

3              **MR. MALLAMAD:**       Objection.

4              **THE WITNESS:**        They knew then and

5    they know now.

6    **BY MS. WANG:**

7    **Q.**  They knew in part, because you told them

8    about it, right?

9              **MR. FUNK:**          Objection.

10             **MR. MALLAMAD:**       Objection.

11             **THE WITNESS:**        Yes.

12   **BY MS. WANG:**

13   **Q.**  Are you aware of other police officers or

14   detectives who complained about these practices

15   within the department?

16             **MR. FUNK:**          Objection.

17             **MR. MALLAMAD:**       Objection.

18             **THE WITNESS:**        They are no longer

19   with us.  So, yes.

20   **BY MS. WANG:**

21   **Q.**  So you weren't the only one complaining to

22   supervisors within the department about the

23   practice of detectives of coercing or

24   threatening witnesses?

25             **MR. FUNK:**          Objection.

1              **MR. MALLAMAD:**     Objection.

2              **THE WITNESS:**     No.  I was the most

3     vocal, though.

4     **BY MS. WANG:**

5     **Q.**   Sure.  And earlier you testified about

6     being disciplined by being given these crappy

7     assignments when you were vocal about things you

8     had seen earlier, right?

9              **MR. FUNK:**     Objection,

10    mischaracterizes the testimony.

11             **MR. MALLAMAD:**     Objection.

12             **THE WITNESS:**     Yes.

13    **BY MS. WANG:**

14    **Q.**   And you said that came down from the Chief

15    of Police's office?

16             **MR. FUNK:**     Objection.

17             **MR. MALLAMAD:**     Objection.

18             **THE WITNESS:**     Yes.

19    **BY MS. WANG:**

20    **Q.**   Which Chief was it?

21    **A.**   Wow.  I think it was Gary, I think it was

22    Lloyd Gary was one of them.  There is another

23    one.  I can't think of his name.

24    **Q.**   Was it Gerald Rademaker?

25             **MR. FUNK:**     Objection, leading.

1              **MR. MALLAMAD:**    Objection.

2              **THE WITNESS:**    I don't remember.

3    But off the top of my head, I would say, no, I

4    don't remember.  I didn't have too much of a

5    problem with Rademaker.

6    **BY MS. WANG:**

7    **Q.**    During the time that you were a detective,

8    were you aware of other detectives fabricating

9    evidence?

10             **MR. FUNK:**    Objection.

11             **MR. MALLAMAD:**    Objection.

12             **THE WITNESS:**    I was aware of some

13   detectives manipulating the evidence.

14   **BY MS. WANG:**

15   **Q.**    And what do you mean by manipulating

16   evidence?

17   **A.**    Well, the evidence was there --

18             **MR. FUNK:**    Objection, lack of

19   foundation.  Go ahead.

20             **THE WITNESS:**    Making a mountain

21   out of a molehill.  It was always turned, it was

22   turned so that sometimes -- not all the time --

23   but sometimes -- it was never turned for the

24   defense, ever.  It was always for the

25   prosecution, because winning the case was what

120

1  it was all about.  It wasn't about what was

2  fair, it wasn't about what was honest, it was

3  about winning.

4          **MR. FUNK:**       Objection.

5  **BY MS. WANG:**

6  **Q.**  Were you aware of specific instances in

7  which this occurred?

8          **MR. MALLAMAD:**     Objection.

9          **MR. FUNK:**       Objection.

10          **THE WITNESS:**     That I would really

11  have to think about.  I am sure there are.  But

12  off the top of my head right now, I can't answer

13  that.

14  **BY MS. WANG:**

15  **Q.**  Was it a norm or a custom within the

16  department that the goal of police detectives

17  was to win a case?

18          **MR. FUNK:**       Objection.

19          **MR. MALLAMAD:**     Objection.

20          **THE WITNESS:**     The end results

21  was, yes.  But the most important thing, in my

22  opinion, was to make the pinch, to make the

23  arrest, to get credit for the arrest, to get

24  credit for the big bust, to get credit for that

25  type of thing.

121

1    BY MS. WANG:

2    Q.    What about getting the conviction, was that

3    seen as important within the department?

4              MR. FUNK:        Objection.

5              MR. MALLAMAD:        Objection.

6              THE WITNESS:        I would say that it

7    would depend on the individual person.  That is

8    the best way I can answer that.

9    BY MS. WANG:

10   Q.    What about getting enough evidence to make

11   an arrest and get criminal charges filed against

12   a suspect, was that seen as important?

13             MR. FUNK:        Objection, leading.

14             MR. MALLAMAD:        Objection.

15             THE WITNESS:        I would say that

16   that all depends on, A, the officer, and how the

17   evidence -- excuse me, how the evidence was

18   presented to the prosecution or the prosecutor,

19   and more oftentimes than not, they would charge

20   them with a plethora of violations and then

21   knock them down to misdemeanors or dismiss most

22   of them, so that it still looks like a

23   conviction.

24             I think they manipulated the numbers,

25   and I think that is the best way I can tell you.

122

1              **MR. FUNK:**         Objection.

2              **MR. MALLAMAD:**     Objection.

3              **MS. WANG:**         You can't object to

4     an answer.

5              **MR. FUNK:**         I can object to the

6     answer.  Move to strike then.

7     **BY MS. WANG:**

8     **Q.**   You earlier testified that there was a rule

9     that detectives should turn over all evidence to

10    prosecutors, but that this was not always

11    practiced?

12             **MR. FUNK:**         Objection.

13             **MR. MALLAMAD:**     Objection.

14             **THE WITNESS:**      Yes.

15    **BY MS. WANG:**

16    **Q.**   Is that correct?

17    **A.**   Yes.

18    **Q.**   Would you say it was a custom or widespread

19    practice for detectives not to turn over all the

20    evidence to prosecutors?

21             **MR. FUNK:**         Objection.

22             **MR. MALLAMAD:**     Objection.

23             **THE WITNESS:**      I would say that

24    practice happened, it happened more than it

25    should, and it happened and it happened more

123

1    than it should.

2              MR. FUNK:          Objection.

3              MR. MALLAMAD:       Objection.

4    BY MS. WANG:

5    Q.    Was there any policy that you ever saw

6    describing or telling officers or detectives

7    what evidence or what exculpatory evidence they

8    should turn over to prosecutors?

9              MR. FUNK:          Objection.

10             MR. MALLAMAD:       Objection.

11             THE WITNESS:       No.  The rules was

12   all evidence, not part, all.  And then it was

13   the prosecutor's job to determine what is valid

14   and what is not.  That was their job, that

15   wasn't our job.

16   BY MS. WANG:

17   Q.    And when you are talking about evidence,

18   what are you referring to?

19   A.    Evidence, evidence, evidence.  If there is

20   something that happens and it relates to the

21   crime and it points -- I just followed the

22   evidence.  If it was there and it was real, I

23   gave it up.

24   Q.    Did you see any -- sorry, strike that.

25         As a detective, were you trained to write

124

1  down things that witnesses said in every

2  interview you had with them?

3         MR. FUNK:        Objection.

4         MR. MALLAMAD:    Objection.

5         THE WITNESS:     Police officers

6  that conduct interviews are instructed to write

7  down the statement as close to what the witness

8  said as possible, whether it is good or bad.

9  But it is part of what was said, and it needs to

10  be, the entire thing needs to be presented to

11  the prosecutor, the entire thing, not parts of

12  it, the entire thing.

13  BY MS. WANG:

14  Q.   Do you recall receiving any training on

15  that?

16  A.   No.

17  Q.   Or seeing any policies on that?

18  A.   No.

19  Q.   You testified earlier about how if you did

20  something that other officers in the department

21  did not like, then you would be punished for it

22  and you also said along those lines that there

23  were people who were in the in group and people

24  -- you were either in or out?

25  A.   That's correct.

1           MR. FUNK:        Objection.

2           MR. MALLAMAD:        Objection.

3   BY MS. WANG:

4   Q.   Could you expand a little bit on what you

5   mean by that?

6           MR. FUNK:        Objection.

7           MR. MALLAMAD:        Objection.

8           THE WITNESS:        Well, as in every

9   organization, there are cliques, and if you are

10  not part of that clique, you don't really have

11  anybody who has your back.

12          And the more I spoke out for things

13  that I thought were wrong, the less I was able

14  to see how deep this ran.

15  BY MS. WANG:

16  Q.   Was it expected that police officers would

17  stay silent about misconducts that they

18  witnessed within the department?

19  A.   Yes.

20          MR. FUNK:        Objection.

21          MR. MALLAMAD:        Objection.

22          THE WITNESS:        Absolutely,

23  absolutely, keep your mouth shut, absolutely.

24          MR. FUNK:        Objection.

25

126

1    **BY MS. WANG:**

2    **Q.**    Have you heard the term "code of silence"?

3              **MR. FUNK:**         Objection.

4              **MR. MALLAMAD:**     Objection.

5              **THE WITNESS:**      Yes.

6    **BY MS. WANG:**

7    **Q.**    And what is your understanding of what that

8    means?

9    **A.**    Keep your mouth shut.

10   **Q.**    Would you say there was a code of silence

11   within the Cleveland Police Department as to

12   misconduct in the 1970s?

13             **MR. FUNK:**         Objection.

14             **MR. MALLAMAD:**     Objection.

15             **THE WITNESS:**      I would say that it

16   is a thin blue line, that is how I look at it.

17   Code of silence, thin blue line, yes,

18   absolutely.  Absolutely.

19             **MS. WANG:**         I have no further

20   questions.

21             **THE WITNESS:**      Okay.

22             **MR. MALLAMAD:**     I just have some

23   follow-ups.

24             **THE WITNESS:**      Of course.

25

1          FURTHER EXAMINATION

2  **BY MR. MALLAMAD:**

3  **Q.**   Let me ask you, Mr. Turner, why did your

4  career come to an end in 1985?

5  **A.**   Because I got tired of them stealing my

6  dope.  I got tired of the unnecessary stuff that

7  I was going through, and it had got to the point

8  that either I was going to do something awful

9  stupid and end up in the penitentiary, or it was

10  time for me to leave.  That is how I felt.  I

11  got really tired of it.

12  **Q.**   Who was stealing your dope?

13  **A.**   Can I give you an example?

14  **Q.**   Are you talking about police officers?

15  **A.**   Yes, I am talking about policemen.  Oh, and

16  by the way, I got tired of being -- those

17  officers trying to set me up.  I just got tired

18  of it.

19  **Q.**   Set you up for what, you mean for criminal

20  activity?

21  **A.**   Yes, absolutely.

22  **Q.**   And did you report to any supervisor that

23  people were stealing your dope?

24  **A.**   Setting me up and trying to -- and stealing

25  my dope, yes, absolutely.

128

1    **Q.**    Who was that you reported it to?

2    **A.**    Oh, boy.  Well, let's see.  In the Third

3    District -- I am sorry, at the Justice Center, I

4    parked my car on P2.

5    **Q.**    I am asking who you complained to.

6    **A.**    I am trying to get to that.  You need to

7    know the whole -- I parked my car on P2, where

8    only policemen can get to, and I went to my car,

9    I could see someone had been in it, and I looked

10   on the floor and there was some dope.

11         And I went right upstairs, and I think -- I

12   couldn't tell you the supervisor.  I can't think

13   of his name.  But I did complain and I did have

14   them come and take it -- I didn't touch it, no,

15   no, no, no, no.  And they plucked it with gloves

16   and took it, allegedly took it up for

17   analyzation.  Never heard anything else about

18   it.

19   **Q.**    You are referring to dope that was planted

20   in your car?

21   **A.**    Correct.

22   **Q.**    How many times did that happen?

23   **A.**    Twice.

24   **Q.**    And on each occasion, did you complain to a

25   supervisor?

1   **A.**   Absolutely.

2   **Q.**   Can you identify any supervisor that you

3   complained to?

4   **A.**   No, as I just told you, I couldn't remember

5   the --

6   **Q.**   When you said before that they were

7   stealing your dope, is that something different?

8   **A.**   Oh, yeah, that is a different -- the Fourth

9   District -- in fact, sir, it got so bad that

10  Lieutenant Tell gave us a separate property book

11  so that we would enter it into our property book

12  and then we would take it down to the property

13  room and transfer the evidence from our property

14  book to their property book.  That is how bad it

15  got.

16       And the guy, let me try to think of his

17  name.  I was in the booking, I was booking a

18  prisoner, for Christ sake, with dope, and I put

19  down, I think it was maybe, maybe, maybe ten

20  packets of weed.  I know it was weed.  And I

21  turned to do something to the prisoner, the

22  prisoner was acting stupid, and when I turned

23  back, half of my dope was gone.

24  **Q.**   That was a police officer that stole your

25  dope?

130

1   **A.**   It is the only way.  Because that is the

2   only people there.

3   **Q.**   On how many occasions did the police

4   officers steal the dope?

5   **A.**   That happened a lot.

6   **Q.**   Can you estimate for me?

7   **A.**   I think six or seven.

8   **Q.**   On each occasion, did you complain to a

9   supervisor?

10  **A.**   Absolutely.

11  **Q.**   And were there any black detectives in the

12  Homicide Unit in the 1970s?

13  **A.**   I am sure there were.

14  **Q.**   You have talked a lot today -- I am sorry.

15  You were a police officer 16 years for the

16  Division of Police.  And I assume that during

17  that period of time, you worked with hundreds

18  and hundreds of police officers; is that a fair

19  statement?

20  **A.**   Yes.

21  **Q.**   Is it true that most of the officers you

22  worked with were good, honest cops?

23  **A.**   Absolutely.

24  **Q.**   The ones you described here today engaging

25  in the misconduct, were really the exception to

1    the rule, when it comes to cops being good and

2    honest?

3    **A.**    Yes.

4    **Q.**    You talked a lot about different types of

5    misconduct today by police officers.  I want to

6    ask you, Mr. Turner, if you have any firsthand

7    knowledge that the Police Chief or the Safety

8    Director became aware of this misconduct that

9    you claim you knew about?

10   **A.**    Yes.

11   **Q.**    Tell me the occasions when --

12   **A.**    I went to Jim Carney, he was Acting Safety

13   Director back when, Jim Carney, and I told him

14   that there were things going on in that district

15   that weren't right, and that I wouldn't be a

16   part of it, and I wasn't.  I would not be a part

17   of that crap.

18   **Q.**    What district are you referring to?

19   **A.**    The Third.

20   **Q.**    And what was the conduct that you were --

21   **A.**    Everything we have been talking about.  The

22   disrespect of people, the treatment, the theft

23   of evidence, everything that we have talked

24   about today, that I was aware of and I told him,

25   Mr. Safety Director, sir, this is not right.

132

```
 1        And he basically told me to mind my own
 2   business.
 3   Q.   When was that?
 4   A.   We are talking the '70s.  I can't give you
 5   any more than that.
 6   Q.   But you recall --
 7   A.   I can tell you he was under Perk, if that
 8   helps.
 9   Q.   He was an Acting Safety Director under
10   Mayor Perk?
11   A.   That's correct.
12              MR. MALLAMAD:    Thank you,
13   Mr. Turner.  Those are my questions.
14              THE WITNESS:    You are welcome.
15                  FURTHER EXAMINATION
16   BY MR. FUNK:
17   Q.   I just have a few follow-up questions on
18   Mr. Gilbert.
19   A.   Of course.  Go ahead.
20   Q.   First, you testified that you became a
21   detective at some point during your career.
22        Do you recall when, did you actually take
23   the detective's exam?
24   A.   There is no detective's exam.
25   Q.   At what point did you become a detective?
```

1   **A.**    When they gave me the gold shield.

2   **Q.**    When was that?

3   **A.**    Sir, I don't know.  I mean, I can't -- oh,

4   boy.  Okay.  It is a long time ago.  And I am

5   trying to give you the best I can.  I am not

6   real sure on all these dates, because it has

7   been a while.

8        But I have a gold detective retired badge

9   that they gave to me sometime when I was a

10  police officer, that I can tell you, without any

11  hesitation.

12  **Q.**    And then I think you said you worked in the

13  Mod Squad until about 1974?

14  **A.**    Yes.

15  **Q.**    And then you were assigned the duties that

16  you talked about before, relating to guarding

17  the door and the other thing?

18  **A.**    Yes.

19  **Q.**    At that point, were you no longer a

20  detective?

21  **A.**    Well, I was still referred to as a

22  detective, I still had my gold shield, I never

23  turned that in for a regular shield, a regular

24  badge, I never went back to being 1686.

25  **Q.**    But you were not, from that point on, you

134

1    were not involved in any actual investigations?

2    **A.**    No, that is not true.  Because the people

3    that I then became -- the job that I did have

4    during that, in the Fourth District and in

5    community relations, I followed it all the way

6    through.  I did a lot of follow-up work, I did a

7    lot of interviews, I did a lot of talking to

8    witnesses, I did a lot of presenting the cases

9    to the prosecutor.  I was -- I tried to do the

10   best I could.  And I made it a point to make

11   sure that this was handled right, or I tried to

12   handle it right.

13   **Q.**    In your work as a detective in the Third

14   District, who would have been your supervisor as

15   a detective?

16   **A.**    Any shift -- well, no, that is not true.

17   Harry Antel, Inspector Antel presented myself

18   and Jerry West a gold shield.  So during those

19   days, we reported directly to the inspector.

20   **Q.**    And so when you filled out your report as a

21   detective, you would present that to your --

22   **A.**    No, I put it through channels.  I would

23   have it signed and leave it at the desk.  But if

24   I had a problem or if there was something that I

25   wanted to talk to the inspector about, I had an

1  open door policy where I could come in and talk

2  to him.

3  **Q.**   And when you say "leave it at the desk,"

4  when you would fill out an investigatory form --

5  **A.**   Form 1.

6  **Q.**   -- Form 1, you would submit it to a

7  supervisor who would review it and sign off?

8  **A.**   Yes.

9  **Q.**   And that was the practice throughout the

10  detective work that you did?

11  **A.**   Yes, sir.

12  **Q.**   Is it fair to say that in connection with

13  an investigation, that you as a person would not

14  have information about all the evidence relating

15  to that investigation, unless you were

16  personally involved in the investigation, or had

17  some supervisory responsibility for the

18  investigation?

19  **A.**   I don't understand that question.

20  **Q.**   Okay.  If there was an investigation that

21  was being undertaken by other detectives and you

22  were not involved in that investigation, you

23  would not have personal knowledge of all of the

24  evidence that was being compiled in connection

25  with that investigation?

136

1    **A.**    Sometimes, yes.

2    **Q.**    And what instances would you have knowledge

3    of all the evidence compiled in an investigation

4    that you were not part of?

5    **A.**    I was not the lead officer, I think would

6    be a better way to say it.

7    **Q.**    Okay.

8    **A.**    But if there was something going on in my

9    area that needed my expertise, I was made privy

10   to it, because of my knowledge.  They would call

11   me at home at 2:00 in the morning.

12   **Q.**    So that is my question.  If you were not

13   involved personally in any way in an

14   investigation, you would not have personal

15   knowledge of the evidence that was compiled in

16   that investigation, right?

17   **A.**    For the most part.  Again, that is my

18   answer to you, for the most part.  But there

19   were exceptions to that.

20   **Q.**    And were you, in any investigations that

21   you were involved in, were you aware of any

22   instances, in the investigation you were

23   involved in, in which evidence was withheld from

24   the prosecutor?

25   **A.**    I just described that to you about the

137

1    evidence being stolen, the evidence being

2    misappropriated, I explained to you about the

3    property book, the precautions that had to be

4    taken.  Yes.  The answer to your question is

5    yes.

6    **Q.**   So an investigation that you personally

7    were involved in?

8    **A.**   Yes.

9    **Q.**   Did you, in fact, go to the prosecutor and

10   present that evidence to the prosecutor and tell

11   them about that evidence?

12   **A.**   Yes, and I gave you that example as well.

13   **Q.**   What example is that?

14   **A.**   Bozie Mack.

15   **Q.**   What is the evidence of Bozie Mack?

16           **MS. WANG:**        Objection, asked

17   and answered.  He talked about that.

18           **THE WITNESS:**     Bozie Mack was a

19   Lieutenant in charge of the Narcotics Unit, and

20   I went to him with dope -- no, that is not true.

21   Let me go back.  Bozie Mack -- that was the

22   second incident.

23           See, the more I talk, the more comes

24   back.  I went to him with a lady of the night

25   who was being basically held captive by her

1    boyfriend and he was a dope dealer.

2            So we were able to get some narcotics

3    and take it to Bozie Mack and he told us thank

4    you for our work that we had done, but there was

5    nothing they could do or they dismissed it.

6    **BY MR. FUNK:**

7    **Q.**    So that person, there was no prosecution

8    undertaken in connection with that incident?

9    **A.**    Yes, there was.  Because I went directly to

10   the prosecutor myself, personally, and from

11   there, I went directly to the Grand Jury, we

12   presented the evidence, he was indicted, and he

13   pled.  He wasn't found guilty, he pled guilty.

14   That is the first incident.

15   **Q.**    So in that instance, the evidence was

16   presented to the prosecutor and the person was

17   indicted, based upon that evidence?

18   **A.**    Because I presented it.

19   **Q.**    So are you aware of any prosecution, of any

20   investigation that you personally were involved

21   in, where any prosecution proceeded, based upon

22   evidence that was withheld or a prosecution

23   where evidence was withheld and a person was

24   convicted in violation of Brady, because there

25   was exculpatory evidence withheld from the

139

1    prosecutor?

2    **A.**    Yeah.

3    **Q.**    Are you aware of any instance like that?

4    **A.**    Yeah, I would think that first case with

5    Bozie Mack is on point.  That was the first

6    time.  There was a second time.  We had gotten

7    cocaine, and we took it -- since I had already

8    dealt with Bozie, we took it to SIU to have it

9    analyzed.  SIU came back, they hadn't seen dope

10   like that in quite some while.  It was pure.

11        Then Bozie Mack calls us, "Where did you

12   get the dope?"

13        "Got it at the aid of an informant."

14        "Who was it?"

15        "I am not going to tell you."

16        "I am ordering you to bring it to my

17   office."

18        I brought it to his office.

19        I get a call a couple of days later, "That

20   is not the same evidence."

21        "The hell it ain't."

22        And they broke into my desk to get that

23   evidence and missed it again.  Missed it.  They

24   just screwed up.

25        I mean, the more we talk, the more that is

140

1  going to come back.  Because this happened all

2  the time.

3  **Q.**   I am looking for an instance in which you

4  were involved in a prosecution of an individual,

5  where evidence was withheld from the prosecutor.

6  That is what I am getting at.

7  **A.**   That is what I told you twice.

8  **Q.**   In both the instances that you just

9  described to me, the Lieutenant withheld

10  evidence then but you provided it to the

11  prosecutor?

12  **A.**   The Lieutenant did not go to the

13  prosecutor.

14  **Q.**   Actually, the Lieutenant didn't withhold

15  evidence.  He didn't charge the person.  You

16  then went to the prosecutor to charge him?

17  **A.**   He withheld the evidence, he did not go to

18  the prosecutor.

19  **Q.**   You then went to the prosecutor and that

20  evidence was presented to the prosecutor?

21  **A.**   I went to the Grand Jury.

22  **Q.**   To the Grand Jury and the evidence was

23  presented to the Grand Jury?

24  **A.**   Not with the prosecutor, per se.  I went

25  directly to the Grand Jury.  At that point -- I

141

1    don't know how it is now -- but at that point, a

2    police officer could go directly to the Grand

3    Jury.  I went directly to the Grand Jury,

4    presented what I had, he was indicted and he

5    pled guilty.

6    **Q.**   In that situation, he pled guilty, based

7    upon the evidence that you presented to the

8    Grand Jury?

9    **A.**   Correct.

10   **Q.**   Any other instances besides the two you

11   just described?

12   **A.**   I am sure there are more.  That is all I

13   can think of.

14   **Q.**   None you would have knowledge of?

15   **A.**   Sir, you are trying to play games here.

16   That is not what I said.  I said I am sure there

17   are more, but not that I can think of right now.

18        The more we talk, the more comes back.

19   Because this has been a while.

20   **Q.**   I am trying to get it based on your

21   knowledge, not what you think happened or what

22   you thought might have happened?

23   **A.**   I am telling you what I know happened with

24   those two.  There are more, but I cannot at this

25   point just rip them off the top of my mind.  It

142

1    has been a while.

2    **Q.**   And you are not aware of any situation

3    involving a homicide indictment in which there

4    was the withholding of evidence?

5    **A.**   No, as I said before, no.

6    **Q.**   Now, with respect to lack of probable

7    cause, are you aware of any situation -- with

8    respect to felonies and particularly homicides,

9    there would be a Grand Jury indictment before

10   somebody would be prosecuted for felony or

11   other --

12   **A.**   With respect to homicide, again, no.  With

13   respect to --

14   **Q.**   My question was, that there would be a

15   Grand Jury indictment before somebody would be

16   prosecuted for homicide or other major felonies?

17   **A.**   And I am answering the question as best I

18   can.  With respect to homicide, my answer would

19   be no.

20   **Q.**   Your answer is no what, that you -- what

21   are you saying no to?

22              **MS. WANG:**        Objection.

23              **THE WITNESS:**     Okay.  You have to

24   restate it.

25

143

1     BY MR. FUNK:

2     **Q.**   With respect to homicide, there would be a

3     Grand Jury indictment, correct?

4     **A.**   Correct.

5     **Q.**   So are you aware of any homicides and Grand

6     Jury indictments that were not based upon

7     probable cause?

8     **A.**   I would have to refer back to my statement

9     I made to you about finding the gun in Woodhill

10    Park.  I don't think that was probable cause, I

11    don't think that was properly handled.  So my

12    answer would be that I am aware of personally,

13    and I don't think that was right.

14    **Q.**   But you don't actually have any firsthand

15    knowledge as to where you actually observed them

16    where they found the gun?

17          **MR. GILBERT:**     I think we went

18    through that, Steve.

19    BY MR. FUNK:

20    **Q.**   But I am confirming, you did not personally

21    observe them where they actually found the gun,

22    or how they found the gun?

23          **MS. WANG:**     Objection, asked

24    and answered, five times.

25          **THE WITNESS:**     Again, I was there

144

1   watching when they scoured, I think is the word

2   I used the second time, the second time.  I

3   wasn't there the first time.  And I say that

4   with some -- the second time, I was there,

5   because I could see this coming, and I said,

6   "Here we go."

7                So I was there when they went out

8   with the flashlights, no spotlights,

9   flashlights, in the dead of night, in Woodhill

10  Park, and found a gun.  I was there.

11  **BY MR. FUNK:**

12  **Q.**   And you don't know, though, the name of the

13  Sergeant that found the gun?

14  **A.**   No.

15  **Q.**   You don't know the date of it?

16  **A.**   No, but that is police record.

17  **Q.**   You don't know the result of the

18  prosecution?

19  **A.**   No.

20  **Q.**   And you don't know what -- were there any

21  homicide detectives there at all?

22  **A.**   I don't know.

23  **Q.**   Now, with respect to questions you were

24  asked about threatening or coercing a suspect or

25  a witness, are you aware of any actions of any

145

1  homicide detectives regarding threatening or

2  coercing a suspect or witness?

3          MR. GILBERT:     Wait.  You know, I

4  made my questions specifically to his role as a

5  detective.

6          MS. WANG:        Do you want to take

7  the position that homicide detectives have

8  different constitutional obligations than other

9  detectives --

10          MR. GILBERT:     So you have your

11  answer as it was referenced.  So this is like, I

12  don't know, rebuttal?

13          MR. FUNK:        I am following up

14  on your questions.

15  BY MR. FUNK:

16  Q.   Can you identify for me any particular

17  detective that you are aware of that threatened

18  or coerced a suspect or witness, by name?

19          MS. WANG:        Objection, asked

20  and answered.

21          THE WITNESS:     I believe that I

22  told you about Shankland and Fuerst, I believe,

23  I believe, because I was telling you about how

24  they bragged about stealing something or --

25

1    **BY MR. FUNK:**

2    **Q.**    Now, that didn't relate to coercing a

3    suspect or interrogating a suspect?

4    **A.**    Sir, that is the best I can tell you.

5    **Q.**    Okay.  Are you aware of any instance that

6    you can identify by name --

7    **A.**    Okay.  At this point, I can't remember.

8    **Q.**    -- a detective who threatened or coerced a

9    witness?

10   **A.**    At this point, I can't remember.

11   **Q.**    And you said that you personally observed

12   that?

13   **A.**    Personally observed what?

14   **Q.**    Somebody threatening or coercing a suspect.

15   **A.**    Yes.

16   **Q.**    And what actions did you take to intervene

17   to prevent that conduct, misconduct, or alleged

18   misconduct?  Did you step in to prevent it at

19   that moment?

20   **A.**    I believe I had some words to the effect

21   that "That ain't cool."

22   **Q.**    After the fact or during it?

23   **A.**    After the fact.

24   **Q.**    Did you attempt to stop the interrogation

25   in the middle of the interrogation?

147

1  **A.**    Oh, no.

2  **Q.**    Why not?

3  **A.**    Because I know the games that are played,

4  and I am sure that I would have been looking at

5  interfering with a police function.  I could see

6  it sticking out.  So I --

7  **Q.**    Okay.

8  **A.**    I want to finish.  So I voiced my opinion

9  quite strongly that that wasn't cool, that

10  wasn't right.

11  **Q.**    So right now, when you are describing for

12  me, you have a memory of a particular instance

13  where that occurred?

14  **A.**    I have memories that -- some memories I can

15  state that are vivid to me, as we talk, that

16  come back, and some I don't remember.

17  **Q.**    Now, the ones that are vivid, can you

18  describe for me the name of the detective or

19  police officer that was engaged in that conduct?

20  **A.**    No.

21  **Q.**    Can you describe for me what they looked

22  like?

23  **A.**    No.

24  **Q.**    Can you describe for me what they actually

25  said?

148

1   **A.**   No.

2   **Q.**   Can you describe for me the name of the

3   person, the suspect's name?

4   **A.**   You have got to be kidding, right?  I don't

5   remember that.

6   **Q.**   Other than just a general reference to an

7   unknown detective, you don't have any other

8   information?

9   **A.**   It is not general, sir.  It is what

10  happened, and I am telling you the truth.

11  **Q.**   And when did that happen?

12  **A.**   I don't remember.

13  **Q.**   You have talked about a lineup involving

14  Carl Sleepy Harris.  Do you remember that?

15  **A.**   Yes.

16  **Q.**   What was your role in the lineup?

17  **A.**   I didn't have a role in the lineup.

18  **Q.**   You said you were present?

19  **A.**   Yes.

20  **Q.**   What were you doing?

21  **A.**   Watching.

22  **Q.**   Where were you watching it from?

23  **A.**   In the jail on the other side of the lineup

24  room.

25  **Q.**   So you were observing it from outside the

1    lineup room?

2    **A.**    Yes.  Behind the glass.

3    **Q.**    So behind the -- you are saying that there

4    was glass in the jail to the lineup room.

5    **A.**    The prisoners are on this side, there is a

6    glass, and the witnesses or victims are on the

7    other side.

8    **Q.**    And your understanding is that was glass in

9    the old jail?

10   **A.**    Yes.

11   **Q.**    And who -- you were standing with the

12   witness or the person that was actually

13   attempting to identify the people in the lineup?

14   **A.**    I believe so.

15   **Q.**    And who else was standing with you?

16   **A.**    Oh, I have no idea who else was there.

17   **Q.**    Anyone else?

18   **A.**    I am sure there were a bunch of people

19   there.

20   **Q.**    What role did you have, did you have a role

21   in saying anything to the witness?

22   **A.**    No, I never spoke one word to the witness

23   or anybody in that room.

24   **Q.**    Was there somebody else there, assuming any

25   other role, vis-a-vis the witness, besides

1    yourself?

2    **A.**    I am sure there was.

3    **Q.**    And did you at that time when you saw the

4    change in pants, did you attempt to stop the

5    lineup?

6    **A.**    No.

7    **Q.**    Did you say anything to the Sergeant who

8    was conducting the lineup?

9    **A.**    I don't know if there was a Sergeant there.

10   **Q.**    Did you say anything to anyone who was

11   conducting the lineup?

12   **A.**    I told them afterwards.

13   **Q.**    After the suspect had left the room, after

14   the people in the lineup left the room?

15   **A.**    They went back to lockup, yes.

16   **Q.**    Do you know whether Carl Harris was

17   prosecuted?

18   **A.**    He skipped.

19   **Q.**    Did you disclose your information to the

20   prosecutor?

21   **A.**    Yes.

22   **Q.**    Who was the prosecutor?

23   **A.**    Sir, I don't know.

24   **Q.**    And you don't know whether any action was

25   taken by the prosecutor with that information

1    that you gave him?

2    **A.**    Carl Sleepy Harris was charged and he

3    skipped.

4    **Q.**    Was Carl Harris identified by the witness

5    in the lineup?

6    **A.**    I don't remember if it was the witness

7    or -- I don't remember if it was the victim or a

8    witness.  There was a witness.  I don't remember

9    which one it was.

10    **Q.**    Did that person identify Carl Harris in the

11    lineup?

12    **A.**    Again, I am not sure which one it was.  But

13    somebody identified him.

14    **Q.**    I am asking in the lineup that you

15    observed --

16    **A.**    I am telling you.

17    **Q.**    -- did the person, did that person that you

18    observed watching the lineup, did that person,

19    whether it was a witness or a victim, did that

20    person identify Mr. Harris in the lineup?

21    **A.**    I don't know which one it was.

22        But somebody, it could have been either one

23    of them, identified Mr. Harris.

24    **Q.**    Okay.  So they identified Mr. Harris, even

25    though he did not have the same pants on that he

152

1   wore when he was arrested?

2   **A.**   Correct.

3   **Q.**   So the pants didn't affect the

4   identification of Mr. Harris?

5           **MR. GILBERT:**     Objection.  He

6   wasn't there at the --

7           **MR. FUNK:**     Object.  Let him

8   answer the question.  I am talking about his

9   observations.

10          **THE WITNESS:**     I don't know.  I

11  can only tell you what I saw and what I did.

12  Now, what it was that charged them, I don't

13  know.

14  **BY MR. FUNK:**

15  **Q.**   Right now, that is all I want to know is

16  what you saw.

17  **A.**   I am telling you, you won't accept it.

18  **Q.**   What you saw, the person who watched the

19  lineup actually identified Mr. Harris?

20  **A.**   I don't know what the person who watched

21  the lineup did; I don't know.

22  **Q.**   And you don't know, because you don't

23  remember or because you didn't see it?

24  **A.**   No, I didn't see who identified him.  I

25  know he was identified.  He was charged.  It had

153

1    to be from an identification of somebody in that
2    room.
3    Q.   But you did not observe the suspect,
4    because you were standing next to the witness or
5    whoever was doing the identifying?
6    A.   I don't know who I was standing next to.
7    But I was standing next to somebody in the
8    lineup room.
9    Q.   Did that person that you were standing next
10   to, identify anyone in the lineup?
11   A.   Sir, I don't know.
12   Q.   Can you identify any -- the name of any
13   detective that you personally observed using
14   force, physical force against a suspect?
15   A.   At this time, no.
16   Q.   When you personally observed an officer
17   using force, did you seek to intervene to
18   prevent the use of that force?
19   A.   Yes.
20   Q.   What did you do?
21   A.   Depending upon the situation, I would talk
22   or say that is not right, "That is not cool.
23   You need to stop this," and then I would report
24   it.
25   Q.   And did you, in fact, stop it?

154

1   **A.**   At certain times, yes; at certain times,
2   no.
3   **Q.**   But you can't specifically identify any
4   particular time with any specificity?  Can you
5   give me an instance where -- describe an
6   instance where you actually stopped the use of
7   force?
8   **A.**   Sir, no.  I have done the very best I can
9   now.  No.  At this point, I cannot do it, at
10  this point.
11  **Q.**   Well, this is the point.  This is our
12  chance to ask you questions.
13  **A.**   Yeah, but you want the truth, don't you?
14  **Q.**   Yes.
15  **A.**   You don't want me to lie, do you?
16  **Q.**   No, I don't.
17  **A.**   At this point, I can't do it.  It is that
18  simple, I have to have it, it has to come back
19  to me.  What, I have been gone what, 35 years?
20  **Q.**   You also testified about some detective
21  manipulating, quote, unquote, manipulating
22  evidence.  Do you remember that?
23  **A.**   Yes, and my response was they do it then
24  and they do it now.
25  **Q.**   And I think you said making -- when you

155

1    talk about manipulating evidence, can you

2    identify for me in specific the name of any

3    detective you are aware of that quote, unquote,

4    manipulated evidence?

5    **A.**    Now or then?

6    **Q.**    Then.  I am looking for the name of any

7    detective that you are aware of, that, quote,

8    unquote, manipulated evidence.

9    **A.**    I don't remember at this point.

10   **Q.**    And what efforts, if any, did you make to

11   prevent the, quote, unquote, manipulating of

12   evidence?

13   **A.**    How they manipulated their evidence, as

14   best I can remember, is I complained and went to

15   a supervisor or somebody.

16   **Q.**    And you did that in writing?

17   **A.**    I think I presented that to the inspector

18   via the property book.  I think I did that with

19   the inspector via the property book.

20   **Q.**    Are you aware of any criminal Defendant who

21   was, in any investigations that you were

22   involved in, who was wrongfully convicted based

23   upon false or manipulated evidence?

24   **A.**    That I was involved in?

25   **Q.**    Yes.

 1          **MR. GILBERT:**     So I am going to

 2   object, because I think that is beyond the scope

 3   of your redirect, whatever you want to --

 4          **MR. FUNK:**     That is not true.

 5   She just asked him questions about falsifying or

 6   manipulating evidence.  I am trying to gain

 7   whether it is based upon his personal knowledge.

 8          **MR. GILBERT:**     Go ahead.

 9          **THE WITNESS:**     I think I have

10   answered that.  At this point, I am not going

11   to --

12   **BY MR. FUNK:**

13   **Q.**   My question -- let me ask it again.  My

14   question was, are you aware of any Defendants,

15   criminal Defendants in connection with any

16   investigations that you have personal knowledge

17   of, who were wrongfully convicted based upon

18   false or misleading or manipulated evidence?

19   **A.**   I don't remember.  And that is what I am

20   going to say from now on.

21   **Q.**   So sitting here today, you can't recall any

22   specific prosecution --

23   **A.**   I don't remember, sir.  I don't remember.

24   At this time, I don't remember.

25          **MR. FUNK:**     Okay.  I have

157

1    nothing further.

2              MR. GILBERT:      All right.  So you

3    have a right to read the transcript of your

4    deposition today once it is prepared by the

5    court reporter.  If you do not want to read it,

6    then you would tell her -- tell us all you waive

7    it.  So it is up to you.

8              THE WITNESS:      Oh, no, I am not

9    going to waive it.  I want to see it.  I

10   definitely want to see it.

11             MR. GILBERT:      So she will be in

12   touch with you so you can see a copy of it.

13             (Thereupon, the R.L. Turner

14             deposition was concluded at 4:58

15             o'clock p.m.)

16                   - - -

17

18

19

20

21

22

23

24

25

158

1

2      I, RONALD L. TURNER, do verify that I have

3  read the foregoing transcript consisting of 159

4  pages and have had the opportunity to make

5  corrections/changes; and that the foregoing is a

6  true and correct transcript of my testimony

7  given Monday, June 13, 2016.

8

9  Corrections/Changes Made _____

10

11  No Corrections/Changes Made _____

12

13

                    _____

14                        RONALD L. TURNER

15

16      Sworn to before me, _____,

                        Notary Public

17

   this _____ day of _____, _____.

18

19

20

                    _____

21                        Notary Public

22

   My commission expires _____.

23

                    - - -

24

   bpm

25

1                    C E R T I F I C A T E
2
    STATE OF OHIO,    )
3                     )  SS:
    SUMMIT COUNTY,    )
4
         I, Binnie Purser Martino, a Registered
5   Diplomate Reporter, Certified Realtime Reporter
    and Notary Public within and for the State of
6   Ohio, duly commissioned and qualified, do hereby
    certify that the within-named witness, RONALD L.
7   TURNER, was by me first duly sworn to testify
    the truth, the whole truth and nothing but the
8   truth in the cause aforesaid; that the testimony
    then given by him was by me reduced to Stenotype
9   in the presence of said witness, afterwards
    prepared and produced by means of Computer-Aided
10  Transcription and that the foregoing is a true
    and correct transcript of the testimony so given
11  by him as aforesaid.
         I do further certify that this deposition
12  was taken at the time and place in the
    foregoing caption specified, and was completed
13  without adjournment.
         I do further certify that I am not a
14  relative, employee of or attorney for any party
    or counsel, or otherwise financially interested
15  in this action.
         I do further certify that I am not, nor is
16  the court reporting firm with which I am
    affiliated, under a contract as defined in Civil
17  Rule 28(D).
         IN WITNESS WHEREOF, I have hereunto set my
18  hand and affixed my seal of office at Akron,
    Ohio on this 16th day of June, 2016.
19
20
21
22
23          _____
            Binnie Purser Martino, RDR, CRR
24
         My commission expires June 25, 2019.
25                    - - -

**A**

**Abby's**
67:23
**ability**
7:21,25 92:16
**able**
18:13 40:13
125:13 138:2
**absolute**
24:22
**absolutely**
6:19 7:8 28:2
40:18 46:3
93:25 94:3
125:22,23,23
126:18,18
127:21,25
129:1 130:10
130:23
**abused**
95:17
**academy**
12:19,21 13:4,13
13:24 14:8,18
14:24 15:7,8
15:20 16:2,6
20:10 30:2
54:6
**accept**
152:17
**accepted**
116:18
**access**
18:13 35:2
**accosted**
86:11
**accountability**
88:20
**accountable**
87:12,15 88:3
89:23 98:21
105:1
**accurate**
14:22
**achieved**
9:17

**acquired**
101:22
**act**
33:24 34:9 35:3
35:10,22 36:5
**acting**
129:22 131:12
132:9
**action**
112:13 150:24
159:15
**actions**
86:7 87:13 88:4
144:25 146:16
**activities**
77:18 88:21
**activity**
35:17 36:3,4
70:23 87:20
88:15 89:23
90:5,15 96:9
127:20
**actual**
35:12,16 70:16
100:8 134:1
**additional**
14:7,18
**adjournment**
159:13
**administration**
112:14
**adult**
108:18
**advance**
7:16
**affairs**
82:25 83:2 110:4
**affect**
152:3
**affiliated**
159:16
**affixed**
159:18
**aforesaid**
159:8,11
**afraid**

**111:24**
**African-Ameri...**
97:19
**afro**
96:20
**aftermath**
111:24
**afternoon**
76:20
**age**
6:2
**ago**
9:9 65:22 133:4
**agreement**
2:4
**ahead**
19:10,13 37:19
119:19 132:19
156:8
**ahold**
64:15
**aid**
139:13
**ain't**
139:21 146:21
**Ajamu**
1:13 3:12 63:25
77:12
**Akron**
4:19 159:18
**al**
1:9,13,17
**Alexis**
45:8
**alibi**
101:17
**alive**
39:7
**allegations**
8:12 111:12
**alleged**
146:17
**allegedly**
128:16
**Allen**
80:12

**allowed**
21:8 56:15 57:23
95:16
**amount**
64:7
**analyzation**
128:17
**analyzed**
139:9
**ancient**
16:21
**Andress**
2:5 4:16 76:23
**answer**
7:6,14,22,23
16:25 19:10,18
32:4 36:1,3,17
44:11 68:2
71:2 73:21
74:4 80:7,11
80:13 84:17
85:23 87:9
88:25 120:12
121:8 122:4,6
136:18 137:4
142:18,20
143:12 145:11
152:8
**answered**
13:21 19:16 32:2
32:11 33:11,16
36:18 49:4,15
74:2,4 137:17
143:24 145:20
156:10
**answering**
142:17
**answers**
7:5
**Antel**
60:9 97:14 98:8
104:10 134:17
134:17
**anybody**
46:5 81:24 88:2
89:22 96:9

**100:25 102:21**
125:11 149:23
**anyone's**
67:14 69:7
**apart**
8:18 73:4
**appear**
6:10 60:2
**APPEARANC...**
3:1 4:1
**appearing**
89:11
**appears**
72:16
**application**
12:11
**approximately**
12:23 26:1 30:7
30:12 103:12
113:15
**aquarium**
41:1,2
**area**
21:12,17 136:9
**areas**
13:12,14 14:17
**arrest**
38:3 89:3 93:7
120:23,23
121:11
**arrested**
90:6,15 92:22
106:9,10,13
152:1
**arts**
54:12
**aside**
14:16 111:16
**asinine**
62:1 71:6
**asked**
13:20 19:15 32:1
32:10 33:11,15
49:3,8,14
61:25 66:12
73:14 74:1,4

77:1 83:6
85:11 137:16
143:23 144:24
145:19 156:5
**asking**
7:3 13:16 49:19
75:8 100:5
113:5 128:5
151:14
**ass**
57:3
**assigned**
15:3,13,15 17:6
17:22 20:11,15
20:21 22:8,16
22:23 25:16
26:16 28:9
29:25 30:18,19
33:2,8,14
47:24 48:2
51:11 52:19
53:12,16 98:5
133:15
**assignment**
15:6 20:24,25
22:17 49:12,24
**assignments**
20:4 27:23 118:7
**Assistant**
4:7
**association**
112:3
**assume**
11:22 12:10
14:21 22:11
41:13 46:1
52:16 59:1
130:16
**assuming**
149:24
**attempt**
146:24 150:4
**attempting**
93:4 149:13
**attend**
12:19

**attended**
12:22 13:14,24
**attention**
25:1
**attorney**
3:5,15 4:17 64:4
64:5 76:6
159:14
**automatic**
22:19 23:17
**available**
109:9
**Avenue**
4:9 44:21 45:2
**aware**
78:2,9 79:15
83:8 85:11
104:24 109:16
109:24 110:2
114:8 117:13
119:8,12 120:6
131:8,24
136:21 138:19
139:3 142:2,7
143:5,12
144:25 145:17
146:5 155:3,7
155:20 156:14
**awful**
127:8
**awhile**
41:23

_____
**B**
**back**
16:10,12 22:18
23:5 24:11,13
31:3 39:17
49:21 55:18
58:12,13,17
59:5 61:19
62:24 75:20
89:8 90:10
103:18 105:12
108:10 109:17
125:11 129:23

131:13 133:24
137:21,24
139:9 140:1
141:18 143:8
147:16 150:15
154:18
**background**
86:12
**backwards**
27:19
**bad**
50:16 124:8
129:9,14
**badge**
44:16 133:8,24
**Balaga**
25:14,14 57:2
104:7
**bang**
93:19,19,20,20
93:20
**bar**
55:20
**base**
30:22
**based**
11:22 138:17,21
141:6,20 143:6
155:22 156:7
156:17
**basic**
15:3
**basically**
21:11,12 34:21
50:10 132:1
137:25
**Baughman**
109:23 110:22
110:22
**beat**
20:16,18 21:1
25:3 30:5,9
**beaucoup**
92:20
**Becoming**
38:1

**began**
9:25 15:20 17:2
19:22 32:16
**Behalf**
3:3,12 4:3,14
**behavior**
87:4
**belief**
75:4,12
**believe**
10:1 28:8 33:3
33:20 52:12
67:8 95:25
97:12,13
105:14 109:13
111:4 145:21
145:22,23
146:20 149:14
**believed**
90:14
**Belkin**
60:25 61:6,10
62:15
**bell**
78:1 79:13
**Bessemer**
45:7
**best**
16:24 25:24
26:10 30:16
34:4,15 73:22
79:19 84:19
92:16,18 93:21
102:23 121:8
121:25 133:5
134:10 142:17
146:4 154:8
155:14
**better**
28:16 73:23
114:19 115:10
136:6
**beyond**
156:2
**big**
24:8 92:14 96:19

120:24
**Bigotry**
39:7
**bigots**
42:8
**Binnie**
2:1 159:4,23
**birth**
10:22
**bit**
15:12 56:17
66:17 106:16
125:4
**black**
37:20 93:23 94:9
94:19,19,23
96:19 106:3
112:2 130:11
**blacks**
95:10
**blanket**
40:25
**block**
63:5
**blue**
92:4 126:16,17
**Bob**
28:18,20,25
**body**
96:20
**book**
16:21 17:16,23
19:19 50:24
63:14 86:4
100:14 129:10
129:11,14,14
137:3 155:18
155:19
**booking**
129:17,17
**bosses**
22:4
**bother**
92:5
**Boulder**
3:8

**boy**
20:22 25:18
58:11 67:22
78:24 82:5
84:10 106:25
128:2 133:4
**boyfriend**
138:1
**BOYKO**
1:9,17
**Bozie**
93:2,10 137:14
137:15,18,21
138:3 139:5,8
139:11
**bpm**
158:24
**Brady**
138:24
**bragged**
145:24
**bragging**
67:25
**brain**
66:18
**brass**
71:3 74:18
**break**
7:9,12,14 35:25
51:2 65:23
80:14 93:5
**bribe**
92:17
**bridge**
45:5,5
**Bridgeman**
3:13 63:23 77:7
**bring**
18:5 110:19
139:16
**Broadway**
3:6 45:3
**broke**
139:22
**brother**
67:20 68:7

**brought**
7:19 61:17 90:22
139:18
**building**
41:1
**built**
107:12
**bullies**
92:5
**bunch**
43:10 62:21
74:10 78:21
149:18
**bureau**
22:20 23:22,23
23:24 24:4
47:18 48:15
58:5 78:23
83:13,15,22
84:22,25 90:18
90:20 91:2,8
**business**
39:7 51:1 132:2
**bust**
120:24
**buying**
57:4
**BWB**
37:23

_____
**C**
**C**
159:1,1
**cafeteria**
67:22 68:8
**call**
16:21 21:25
95:16 136:10
139:19
**called**
1:23 8:2 22:2
45:5 48:12
53:9 55:5
56:10 60:9
90:9,10 94:11
**calls**

139:11
**camp**
110:4
**cancer**
8:1,2
**capacity**
79:11
**Captain**
39:1 42:25 94:10
**Captains**
36:20
**caption**
159:12
**captive**
137:25
**car**
20:17 37:21 41:2
43:11 71:18
95:19,19
109:18 110:7
110:19 128:4,7
128:8,20
**care**
61:11 92:3
111:24
**career**
15:11 17:13 20:8
24:12 29:10,15
54:18 92:19
127:4 132:21
**carefully**
113:6
**caricature**
97:18
**Carl**
44:16 105:18,19
106:2,4,9
107:21,22,23
148:14 150:16
151:2,4,10
**Carnegie**
12:23 38:16
39:13,19 40:5
**Carney**
131:12,13
**case**

1:7,15 6:8 8:23
9:1 12:2 18:10
18:11,12 63:21
64:11 65:22
66:17,23,24
73:14 76:24
77:10 83:18
101:10 104:25
108:19 119:25
120:17 139:4
**cases**
8:11 89:9,10
91:5 92:21
134:8
**category**
41:14
**cause**
37:12,25 38:11
38:14 39:10
41:15,17,20
42:16 43:9
45:17 46:1,7
46:19 47:4
86:13 89:9
95:15 142:7
143:7,10 159:8
**causes**
8:16
**caveat**
7:13
**Cedar**
42:18
**cell**
107:4,4
**cemetery**
22:21 24:16 25:2
**Center**
2:6 67:23 107:11
128:3
**Central**
42:18
**certain**
8:7,12 154:1,1
**certified**
2:2 6:3 159:5
**certify**

159:6,11,13,15
**cetera**
50:7,8 93:6
**chain**
36:13
**chance**
154:12
**change**
47:21 150:4
**changed**
91:8
**changing**
38:2 89:2
**channels**
93:8 134:22
**charge**
61:20 93:13
106:24 121:19
137:19 140:15
140:16
**charged**
70:2 151:2
152:12,25
**charges**
61:18,21 62:25
121:11
**charging**
90:22
**Chief**
18:20 48:3
111:11 118:14
118:20 131:7
**Chief's**
47:25
**choice**
62:12
**choosing**
60:21
**chose**
36:10
**Christ**
129:18
**CHRISTOPH...**
1:8,16
**chronological**
25:19

chronology
24:12 59:9
city
1:8,16 4:3 6:8
11:12,22 15:13
28:4 33:22
59:1 60:7,8
62:9 69:6
83:16 84:22
90:23 94:8
106:25
citywide
21:10
civil
1:24 8:22 12:14
62:5,7 159:16
claim
74:8 131:9
claimed
11:23
claims
8:12
clarify
34:17 96:1
class
35:11 54:16
clean
39:3
Cleveland
1:8,16 2:5,7
3:18 4:4,10 6:8
10:4 11:13
12:9,19 14:1
33:23 37:8
46:2,4 59:2
67:10,14 73:17
75:11 76:10
83:16 84:23
86:18 87:3
91:17 95:12
98:12 109:16
113:10,25
126:11
Cleveland's
69:6
clique

57:10 125:10
cliques
125:9
close
30:16 124:7
closed
22:21 24:5 47:18
closest
34:18
co-counsel
65:24
cocaine
139:7
code
126:2,10,17
coerce
116:12
coerced
104:13 145:18
146:8
coercing
103:6 116:8
117:23 144:24
145:2 146:2,14
coercion
105:2 113:10
116:1
college
9:18 52:24
colleges
52:23
colon
8:1
Colorado
3:8
come
24:13 48:15
49:21 56:20
93:19 103:18
127:4 128:14
135:1 140:1
147:16 154:18
comes
35:4 131:1
137:23 141:18
coming

18:20 144:5
command
36:13
Commandments
61:12
commencing
2:8
commendations
54:4
commission
62:6,7 158:22
159:24
commissioned
159:6
commit
64:8
committed
101:13,14
common
109:7
community
9:20 27:18,19,21
28:3,10,11
29:6,9,11,21
33:2,14 52:23
52:24 53:10
134:5
Comodeca
77:15 83:8
Comodeca's
77:17
Company
10:14
compiled
135:24 136:3,15
complain
91:14 104:2,4
115:15,18
128:13,24
130:8
complained
46:17,25 96:1
104:13 112:7
117:14 128:5
129:3 155:14
complaining

117:21
complaint
46:5
complaints
8:22 112:19
completed
159:12
Computer-Aid...
159:9
concentration
110:3
concerned
96:8
concert
60:7,8 61:1
concluded
12:5 157:14
conclusions
73:1
conditions
50:15
conduct
35:13 36:15 55:8
61:23 72:10
75:10 82:1
83:11 96:2
100:19 108:11
124:6 131:20
146:17 147:19
conducting
150:8,11
confirming
143:20
connection
84:12 85:2
135:12,24
138:8 156:15
consisting
158:3
Constitution
33:25 34:5,9,11
34:12,17 35:21
36:1 37:9
73:18 85:12
constitutional
67:15 69:7 75:20

90:17 145:8
contact
64:12,13
contacted
64:14
contention
94:15
Continued
4:1
continuing
87:24
continuous
75:19
continuously
57:24
contract
159:16
contrary
34:9 35:10,23
50:23 85:12
86:3,7
control
28:12
controversial
35:20 51:24,25
conversation
60:10 68:25 77:2
77:3,6
convicted
107:24 138:24
155:22 156:17
conviction
121:2,23
convictions
11:2
cool
146:21 147:9
153:22
cops
74:10 130:22
131:1
copy
91:15 157:12
correct
12:1 17:25 18:15
19:21,23,24

20:2,12 22:12
23:7,9,13,19
24:21 27:9
30:4,15 33:10
33:17 35:5,7
38:12 39:24
40:2 41:16
42:14 43:17,24
44:21 48:25
49:21,25 50:2
51:9 52:4,6,8
52:15 53:1,2,4
58:22 59:3,17
67:6,7,12 69:1
70:15,21 71:11
75:5 98:9
122:16 124:25
128:21 132:11
141:9 143:3,4
152:2 158:6
159:10
**corrections/ch...**
158:5,9,11
**corruption**
50:5 57:18
**costs**
63:7
**counsel**
2:4 159:14
**count**
38:8
**COUNTY**
159:3
**couple**
27:17 32:5 76:25
139:19
**courage**
56:7 111:18
**course**
6:23 14:10,16
27:10 60:19
87:14 126:24
132:19
**court**
1:1 7:4 58:20
108:20 157:5

159:16
**covered**
13:3,13 16:4,22
**crap**
38:5 57:18
104:18,20
131:17
**crappy**
118:6
**crash**
14:10,16
**credit**
120:23,24,24
**crime**
16:24 21:8 22:5
22:7 28:12
51:16,16 57:23
64:7 90:18
92:9 101:11,13
101:14 116:13
123:21
**criminal**
11:2 13:5 83:18
90:5,15 121:11
127:19 155:20
156:15
**cronies**
48:4,6
**CRR**
159:23
**current**
17:23
**curriculum**
13:4
**cuss**
56:19
**cussing**
56:18
**custom**
120:15 122:18

—— **D** ——

**D**
5:1
**damn**
39:7

**Daniel**
47:5 111:20
**date**
10:22 25:8
144:15
**dates**
9:10 25:20 29:15
29:18 30:12
42:10 44:6
133:6
**day**
2:7 42:1 50:25
51:15 60:23
69:22,22 70:19
71:22,24 72:2
72:3,5,8 73:5
74:25 108:10
110:18 111:16
158:17 159:18
**days**
61:18 134:19
139:19
**dead**
69:25 73:6 144:9
**deadly**
14:13
**deal**
90:4 100:10
**dealer**
138:1
**dealt**
34:21,22 139:8
**decade**
26:5 32:19 40:1
42:11 44:2
**decision**
102:22
**deck**
94:12
**deep**
125:14
**Defendant**
4:3 155:20
**Defendants**
1:10,18,23 4:15
76:24 77:9

156:14,15
**defended**
62:5
**defense**
76:6 119:24
**defined**
159:16
**definitely**
157:10
**degree**
8:4
**delay**
63:15,16
**deliberately**
92:17
**demeanor**
55:6
**demotions**
54:2
**denying**
56:13
**department**
4:8 10:5,11,12
10:24 14:1
17:18 36:23,24
50:15 51:18
55:17 57:19,25
58:9 64:10
66:25 67:11
83:16 84:23
91:17 94:10
96:2 98:12
105:13 109:8
113:10,25
116:11,19
117:15,22
120:16 121:3
124:20 125:18
126:11
**departmental**
16:12,15
**depend**
121:7
**depending**
8:4 90:17 153:21
**depends**

121:16
**deplorable**
50:15
**depose**
83:3
**deposed**
6:4
**deposition**
1:22 6:12 7:17
9:25 45:22
85:10 157:4,14
159:11
**depositions**
6:22 75:21
**describe**
27:4 105:20
116:7 147:18
147:21,24
148:2 154:5
**described**
23:3 25:17 26:8
31:14 44:5
46:22 65:16
130:24 136:25
140:9 141:11
**describing**
40:4 123:6
147:11
**description**
90:13
**desk**
17:15 56:20
63:13 134:23
135:3 139:22
**destroy**
73:4
**detail**
15:12 21:2,6,7
22:13 47:24
**detective**
52:25 53:3,5,12
53:23 67:9,14
67:19 68:4
69:5 71:13
73:18 76:10
77:18 78:18,19

80:12 83:13,15
83:21 84:22
90:18,20 91:2
91:8 99:2,6,8
99:11 101:2
103:5 105:1
108:4 119:7
123:25 132:21
132:25 133:8
133:20,22
134:13,15,21
135:10 145:5
145:17 146:8
147:18 148:7
153:13 154:20
155:3,7
**detective's**
132:23,24
**detectives**
52:22 53:16
68:24 75:11
78:20,22 84:25
99:15 113:24
114:22 115:25
116:11,25
117:14,23
119:8,13
120:16 122:9
122:19 123:6
130:11 135:21
144:21 145:1,7
145:9
**determine**
123:13
**detrimental**
58:8
**diagram**
97:5 98:21
**diagrams**
95:18 98:9,14
**died**
79:4
**different**
16:8 21:5,14
29:19,25 31:6
35:20 38:9

58:24,25 92:9
99:15 102:15
129:7,8 131:4
145:8
**differently**
93:24 94:24
95:10 99:16
**dignity**
86:10
**dinner**
65:8
**Diplomate**
2:1 159:5
**direct**
61:24 70:4
**directions**
100:20
**directly**
47:25 67:24
114:6 134:19
138:9,11
140:25 141:2,3
**Director**
4:7 111:11 131:8
131:13,25
132:9
**disappeared**
91:12
**disappearing**
38:3 89:10
**discipline**
55:4 56:3 57:11
60:5 62:13,18
88:3,20 110:15
115:24
**disciplined**
54:21 55:2,10,12
56:6,9 87:12
87:14 89:22
96:9 110:23
118:6
**disclose**
150:19
**discovery**
8:25
**discrepancies**

100:15,15
**discrimination**
11:23,24 18:12
**discriminatory**
11:14
**discussed**
66:22 112:8
**discussing**
68:13,14
**discussions**
97:8
**dismiss**
121:21
**dismissed**
93:13 138:5
**disobeyed**
56:11,12
**disrespect**
62:2 86:10
131:22
**district**
1:1,2 15:14 17:5
20:11,19,20
21:3,11 22:24
22:25 23:1,8
23:12,18 25:6
25:12,16 26:2
26:7,8,12,13
26:17,22,24,25
27:14,16,20,21
27:24 28:6
30:11,19,21,22
30:24 31:12
32:15,22 33:8
38:23 47:17
48:16 49:2
51:12 52:20
56:16 57:5
71:8 99:3,4,5
104:6,10 128:3
129:9 131:14
131:18 134:4
134:14
**districts**
97:3,4,6
**Division**

1:3 14:20 16:13
18:18,22 19:4
19:25 21:25
30:1 34:8 35:9
46:6,17 53:1
62:10 69:6,18
130:16
**document**
34:12
**documented**
74:24,24
**documents**
7:16 16:1,16
**doing**
6:17 18:8 25:21
26:17 27:15
32:22 35:19
49:1 50:23
52:14,16,18
61:2 76:10
93:21 110:5
148:20 153:5
**Domita**
44:17
**door**
22:18 23:5,9,10
23:11 28:6
48:16 110:7
133:17 135:1
**doors**
27:25 30:20,24
31:13 47:16
**dope**
57:4 60:11,11,23
92:6 93:6,8
127:6,12,23,25
128:10,19
129:7,18,23,25
130:4 137:20
138:1 139:9,12
**downtown**
21:2,4,12 24:18
44:18 53:8
62:24 90:6
**draw**
73:1

**dress**
94:17
**dresser**
68:1
**driving**
37:21 42:17
**Dropbox**
59:24
**drug**
8:2
**due**
92:2
**duly**
6:3 159:6,7
**dumb**
100:1
**dumbest**
61:25
**duties**
133:15
**dynamics**
55:17

---
**E**
**E**
5:1 159:1,1
**earlier**
85:10 95:25
113:8 118:5,8
122:8 124:19
**early**
44:8 104:25
107:16 109:17
**East**
2:6 40:20 41:23
44:22
**EASTERN**
1:3
**Eddie**
39:1 43:1
**Edgewater**
41:21,22,24 42:2
**education**
9:16 13:10,11
**effect**
18:3 146:20

efforts
155:10
eight
38:8
either
24:24 28:23 36:9
48:23 51:3
62:3 90:18
103:5 124:24
127:8 151:22
elaborate
62:19
electricity
73:6
elementary
28:15
elevator
22:19 23:4,14,16
23:17 28:1
31:13 47:17
Elizabeth
3:5
elizabethw@lo...
3:10
else's
106:2
employee
159:14
employment
10:7,19,25
empowered
90:4
encounter
91:7
encountered
22:6
encyclopedias
10:15
ends
39:5
enforcement
54:14
engaged
81:25 83:10
147:19
engaging

87:4 103:6
130:24
Englehart
80:10 83:10
enormous
64:6
enter
129:11
entered
63:13
entire
17:16,16 29:21
92:19 124:10
124:11,12
especially
11:15 103:18
established
35:23
estate
4:14
estimate
130:6
et
1:8,13,16 50:7,8
93:6
ethnic
86:12
Euclid
40:5
Eugene
77:22,25 78:2,9
83:8
event
27:23 71:15
eventually
21:18
everybody
17:15 22:3,4
36:19 53:9
73:2 83:6
99:24 100:3
evidence
38:3 62:25 63:1
63:16 67:18
73:11 74:8
75:9 83:17

89:9,10 93:12
100:11 101:1,6
101:14,17,22
119:9,13,16,17
121:10,17,17
122:9,20 123:7
123:7,12,17,19
123:19,19,22
129:13 131:23
135:14,24
136:3,15,23
137:1,1,10,11
137:15 138:12
138:15,17,22
138:23,25
139:20,23
140:5,10,15,17
140:20,22
141:7 142:4
154:22 155:1,4
155:8,12,13,23
156:6,18
exact
26:16 29:18
69:13
exactly
68:17 69:15 78:4
exam
132:23,24
Examination
1:23 5:4,5,6,7,8
5:9 6:5 76:18
85:8 113:1
127:1 132:15
example
52:22 57:22
101:10,17
115:5 127:13
137:12,13
examples
50:17
exceeds
19:1
exception
130:25
exceptions

136:19
exculpatory
83:17 101:1,6
123:7 138:25
excuse
24:21 121:17
Exhibit
80:5 81:12 82:7
exist
57:24
existed
37:20 50:17
existence
10:13
expand
125:4
expected
125:16
experience
94:25 102:7
116:18
experienced
15:4
experimental
8:2
expertise
136:9
expires
158:22 159:24
explain
85:22 91:22
explained
64:5 73:21 137:2
explanation
73:24
expression
28:19
eyes
97:7 113:22

_____
F
_____
F
159:1
F-u-n-k
76:22
fabricate

56:8
fabricating
119:8
face
56:25 61:1
fact
7:10 33:5 75:13
129:9 137:9
146:22,23
153:25
facts
38:3 89:2 91:8
failure
61:23
fair
7:7 18:1,23 29:8
33:23 53:13,15
53:19,20,21
104:8,8 120:2
130:18 135:12
fairly
92:16
fake
63:1,1
falls
42:19
false
114:2 116:9
155:23 156:18
falsely
114:2
falsifying
156:5
familiar
78:13,15 81:4,6
81:9,11 82:5,6
99:16
far
11:20 34:2 35:15
35:24 36:2
39:25 56:18
96:8
Farmer
78:12,14 79:11
79:16 83:9
favorites

92:13
**favoritism**
91:16 92:23
**FBI**
110:9
**Federal**
1:24 11:13 37:10
**felonies**
142:8,16
**felony**
142:10
**felt**
46:14 93:11
127:10
**field**
14:25 36:14
**fifth**
107:1
**fighting**
8:1
**figure**
31:5 59:8 96:19
**file**
50:12 56:4 59:21
59:23 60:2
**filed**
12:2 58:21
121:11
**fill**
135:4
**filled**
12:10 134:20
**financially**
159:14
**find**
69:20 72:14,15
74:25 98:13
106:16
**finding**
143:9
**finds**
70:20 72:1 73:6
74:12
**fine**
6:21 7:11 24:23
26:11 51:2

80:24 100:14
100:16
**finish**
24:12 37:18 42:2
55:14 147:8
**finished**
74:7
**fired**
57:16 58:3,4
**firing**
11:14 94:20
**firm**
159:16
**first**
6:3 15:6 16:13
25:11 27:20
38:9 46:1 63:3
65:19 66:20
94:8 132:20
138:14 139:4,5
144:3 159:7
**firsthand**
37:8 38:4 53:22
67:5,13,18
69:5 70:8,22
73:17 75:9,10
76:9 83:14
84:24 89:13
91:1 131:6
143:14
**five**
62:6 143:24
**flaming**
55:5
**flashlight**
69:23,25 71:25
72:4,6
**flashlights**
71:5 144:8,9
**Fleet**
44:21,22
**flies**
60:23
**floor**
2:6 67:23 107:1
128:10

**fly**
62:3
**focus**
36:11
**follow**
91:4
**follow-up**
76:25 92:23
113:3 132:17
134:6
**follow-ups**
126:23
**followed**
27:24 41:22,23
93:8 123:21
134:5
**following**
145:13
**follows**
6:4
**foot**
27:9
**force**
14:13 21:19
113:11 153:14
153:14,17,18
154:7
**foregoing**
158:3,5 159:10
159:12
**Forever**
64:22
**forget**
23:10
**form**
90:10 100:20
135:4,5,6
**formal**
85:15 99:10
**formally**
112:5
**forth**
18:17,21
**forums**
111:5
**fought**

58:18,19,20
**found**
19:4,5,19 69:24
74:15,20 75:1
108:2 138:13
143:16,21,22
144:10,13
**foundation**
19:16 117:2
119:19
**four**
13:1,8,11 20:14
94:11
**fourth**
23:1 25:7,12
26:2,8,12,24
27:14,20,21
32:15,21 33:8
38:23 56:16
67:23 71:9
99:4 104:6
129:8 134:4
**Frank**
4:5 80:5,5 83:9
**Franks**
67:2,16 73:16
**Freider's**
63:7
**fresh**
42:7
**Friday**
56:14 57:5 63:11
63:11
**FRIEDMAN**
3:14
**friends**
65:7,11
**froggy**
46:15
**front**
23:9,10,11 26:19
27:6 43:4 52:5
60:24 98:7
**Fuerst**
68:5,6,6,7,13,24
78:19 145:22

**full**
39:4 58:12,13
**function**
147:5
**Funk**
4:17 5:5,9 76:19
76:22 80:16
83:21,25 84:2
85:4,19 86:19
87:1,5,16,21
88:5,12,23
89:5,17,25
91:9,18 92:25
94:1 95:1,4,13
96:4,10,24
97:10,20 98:1
98:18,23 99:12
99:18 100:12
100:22 101:3
101:20 102:4
102:12 103:9
103:22 104:15
105:4,10
106:18 107:9
107:14,17,25
108:13 109:10
109:20,25
110:12,24
111:14 112:9
112:16 113:13
114:4,10 115:2
115:11,20
116:3,14,21
117:1,9,16,25
118:9,16,25
119:10,18
120:4,9,18
121:4,13 122:1
122:5,12,21
123:2,9 124:3
125:1,6,20,24
126:3,13
132:16 138:6
143:1,19
144:11 145:13
145:15 146:1

152:7,14 156:4
156:12,25
**further**
5:8,9 6:16 73:23
85:5,22 126:19
127:1 132:15
157:1 159:11
159:13,15
**furthest**
107:5

---

**G**

---

**G**
4:5
**gain**
156:6
**games**
141:15 147:3
**Gary**
118:21,22
**general**
15:21 16:1,8,19
17:8,12,19,23
18:2,14,17,19
18:20 19:2,5
25:19 34:24
62:2 148:6,9
**generational**
29:4
**gentleman**
106:4 107:4
**gentlemen**
92:2
**George**
47:6 83:10
**Gerald**
80:10 118:24
**gestures**
7:7
**getting**
40:23 41:2 62:11
121:2,10 140:6
**Gilbert**
3:14,15 5:6 14:2
28:22 29:1
34:10 37:4

44:9 59:23
64:4,12,13,14
64:15,20,24
65:7,14 66:5
66:22 75:18
77:3,7 83:19
83:23 85:6,9
85:21 86:15,22
87:2,8,17,23
88:1,9,14,18
88:24 89:12,19
90:2 91:13,21
93:16 94:4,22
95:5,9,24 96:7
96:13 97:1,15
97:22 98:2,19
99:1,14,21
100:4,17,24
101:5 102:1,6
103:1,11 104:1
104:23 105:7
105:11 106:20
107:10,15,20
108:3,16 109:6
109:15,21
110:1,14,21
111:2,8 112:1
112:12,18,21
132:18 143:17
145:3,10 152:5
156:1,8 157:2
157:11
**give**
8:14 25:18,20
44:6 52:21
69:13,15 75:20
86:5 91:25
93:19 107:6
113:17 114:1,2
127:13 132:4
133:5 154:5
**given**
15:21,23 16:2
17:2,4 25:1
29:15 35:1
49:23 55:10

84:21 118:6
158:7 159:8,10
**giving**
25:18 43:20
**glad**
55:24
**glass**
149:2,4,6,8
**gloves**
128:15
**go**
6:16 18:8 19:9
19:13 21:5,14
35:11 37:19
39:16 42:20
44:4 45:4,15
49:22 51:15
63:17 65:8
71:6 73:2,3
88:15 89:8
90:19 100:1
119:19 132:19
137:9,21
140:12,17
141:2 144:6
156:8
**goal**
120:16
**God**
37:21 39:16
**goes**
28:21 57:18 73:5
**going**
12:3,24 15:11
20:22 22:14
35:15 36:20
37:2,13 38:5
42:6 44:4 45:7
49:12 51:3,5,6
52:17 55:6,23
56:1,1,3,20
61:13 75:18,20
80:20 89:5
100:2 101:7,8
109:5,12 127:7
127:8 131:14

136:8 139:15
140:1 156:1,10
156:20 157:9
**gold**
133:1,8,22
134:18
**good**
37:11 76:20
114:18,19
115:6 124:8
130:22 131:1
**gotten**
139:6
**GPO**
17:11 18:6,21
108:23 109:4,4
109:5
**GPOs**
16:19,20 17:3,4
17:5
**graffiti**
95:18
**Grand**
93:14 138:11
140:21,22,23
140:25 141:2,3
141:8 142:9,15
143:3,5
**green**
92:4
**Greene**
64:5 65:14 66:5
66:19,21
**Greetings**
76:21
**grieved**
58:15 62:4
**Grog**
105:15
**Grollier**
10:14
**group**
37:16 57:9
124:23
**groups**
28:12

**guard**
24:4
**guarded**
23:5,11,20
**guardian**
108:24
**guarding**
22:18,20 27:25
30:20,23 31:13
47:16,17
133:16
**guess**
13:10 64:22
68:19 73:23
98:16 102:15
102:23
**guest**
13:9
**guilty**
93:15 102:23
138:13,13
141:5,6
**gun**
69:18,18,20,24
70:1,13,20
71:19 72:1,4,6
72:25 73:7
74:12,15 75:1
75:4 143:9,16
143:21,22
144:10,13
**guy**
37:21 55:21 57:3
57:4 74:25
82:15 92:10
129:16
**guys**
61:2 70:2

---

**H**

---

**H**
3:15
**H-o-r-m-a-l-t-...**
63:4
**half**
129:23

**hall**
28:4 60:7,8,22
**Hamilton**
63:6
**hand**
92:8 159:18
**handed**
100:9 115:24
**handle**
21:8,9 60:18
92:10 94:18
134:12
**handled**
46:10,12 86:3,4
104:8 108:21
134:11 143:11
**handling**
26:19
**Handouts**
16:3
**hands**
63:5 94:12
102:20
**happen**
38:19 40:10
55:24 113:16
128:22 148:11
**happened**
37:22 39:25 43:3
44:2 46:20,24
61:15 86:6
90:14 103:25
107:23 110:11
122:24,24,25
122:25 130:5
140:1 141:21
141:22,23
148:10
**happening**
36:22 89:14
**happens**
123:20
**happy**
55:8
**harassed**
41:3

**harassing**
32:11 74:4
**hard**
113:17
**Harold**
67:2,16 73:16
**Harris**
105:18,19,19
106:3,9 107:3
107:21,22
148:14 150:16
151:2,4,10,20
151:23,24
152:4,19
**Harris'**
106:5
**Harry**
97:14 104:10
134:17
**head**
45:19 119:3
120:12
**heading**
40:6
**heads**
60:24
**hear**
58:3 70:19 96:14
97:8
**heard**
28:22 126:2
128:17
**Heil**
110:5
**held**
87:12,15 88:2
89:23 98:20
105:1 137:25
**hell**
57:1 139:21
**help**
28:12 93:4
**helped**
28:13
**helps**
132:8

**hereinafter**
6:3
**hereunto**
159:17
**heritage**
86:13
**Herrick**
45:8
**hesitation**
133:11
**hi**
39:5
**high**
52:24
**higher**
100:10,20
112:14
**highest**
9:16
**highly**
73:7,8,12 75:2,3
75:15,16
**hiring**
11:14 94:19
**Hitler**
110:5
**Hmm**
25:4 74:5
**home**
30:22 42:20
136:11
**homicide**
53:13,14,17,22
67:10,14 68:4
68:24 69:5,9
69:12,13,17,18
70:1 73:18
75:11 76:10,13
78:19,23 83:19
83:21,24 84:9
84:13,22,25,25
85:2 130:12
142:3,12,16,18
143:2 144:21
145:1,7
**homicides**

142:8 143:5
**honest**
8:15,15 120:2
130:22 131:2
**honestly**
26:3
**Hormalton**
63:3,4
**Hospital**
45:8
**house**
43:4 68:19,19
**human**
86:10
**hundred**
62:8
**hundreds**
130:17,18
**hungry**
92:12
**hurt**
92:17

**I**

**ice**
111:17,19
**idea**
79:18 86:5
149:16
**identification**
61:25 152:4
153:1
**identified**
80:19 151:4,13
151:23,24
152:19,24,25
**identify**
129:2 145:16
146:6 149:13
151:10,20
153:10,12
154:3 155:2
**identifying**
153:5
**illegality**
85:15

**image**
58:8,9
**importance**
92:14
**important**
55:16 69:14
120:21 121:3
121:12
**improbable**
73:7,8,12 75:2
**in-house**
104:9
**in-service**
13:25 14:4 54:17
**inappropriate**
76:11
**incident**
40:14 43:3 62:14
76:1,9 90:25
137:22 138:8
138:14
**incidents**
42:7 43:20 84:16
103:15
**included**
21:2
**includes**
77:12
**indicated**
85:14 98:8 99:2
**indication**
97:23
**indicted**
66:13 93:15
138:12,17
141:4
**indictment**
66:12 142:3,9,15
143:3
**indictments**
143:6
**indirectly**
114:9
**individual**
4:14 76:24 81:13
81:16 97:24

121:7 140:4
**informant**
139:13
**information**
7:1 16:17 90:11
101:12 135:14
148:8 150:19
150:25
**informed**
90:16
**infuriated**
55:25
**initially**
6:11 64:13
**injustices**
24:10
**Inocenze**
47:7,8,9 51:5,8
52:13 61:15
62:2
**inside**
19:5
**inspector**
25:14 57:2 60:8
97:14 98:8
104:7 134:17
134:19,25
155:17,19
**instance**
83:15 84:4
138:15 139:3
140:3 146:5
147:12 154:5,6
**instances**
83:7 113:8,21
115:16,19
120:6 136:2,22
140:8 141:10
**instruct**
35:3 36:15
**instructed**
33:24 94:17,18
124:6
**instructions**
100:25
**instructor**

54:7,18
**insulting**
42:8
**interested**
159:14
**interfering**
147:5
**internal**
82:25 83:1 110:4
**interrogated**
108:25
**interrogating**
102:7,16 114:23
146:3
**interrogation**
105:2 146:24,25
**interrogations**
104:14 108:11
**intervene**
146:16 153:17
**interview**
108:5 109:8
124:2
**interviewed**
12:16 50:14 52:7
**interviews**
51:23 84:11
124:6 134:7
**intimidate**
51:3
**investigating**
101:11
**investigation**
13:5 67:1,6 69:8
71:16 73:19
76:12 84:9,13
98:12,16
101:23 135:13
135:15,16,18
135:20,22,25
136:3,14,16,22
137:6 138:20
**investigations**
134:1 136:20
155:21 156:16
**investigatory**

135:4
**involved**
21:1 28:11 67:1
70:16 71:15
84:8,8,11
101:15 110:9
115:25 134:1
135:16,22
136:13,21,23
137:7 138:20
140:4 155:22
155:24
**involvement**
76:12
**involving**
54:13 62:15
142:3 148:13
**issue**
39:12 56:17
113:18
**issued**
6:9 51:4
**issues**
8:17,18 64:2
73:14
**Italian**
111:21

――――――――
**J**
**Jackass**
45:5
**Jackson**
1:5 3:3 4:5
63:18,20 77:2
77:4
**Jacqueline**
66:5
**jail**
55:4 62:14
106:25 107:7
148:23 149:4,9
**James**
78:12,14 79:11
79:16 83:9
**jar**
78:6 79:18

**jeopardize**
108:19
**Jerry**
134:18
**Jim**
131:12,13
**job**
12:16 23:2 30:10
53:25 54:22
58:12,17 59:5
79:3 82:15,18
99:16 123:13
123:14,15
134:3
**jobs**
28:9 29:25 31:7
31:13,25 62:12
**John**
79:20,20,22,25
80:2,3 83:9
**joined**
112:5
**Joseph**
56:9
**judge**
1:8,16 11:13,25
18:11,13 58:23
60:24 67:20
68:7 94:14,16
**Jules**
60:25 61:6,10
62:15
**June**
2:8 158:7 159:18
159:24
**jurisdiction**
21:10
**Jury**
93:14 138:11
140:21,22,23
140:25 141:3,3
141:8 142:9,15
143:3,6
**Justice**
67:23 107:11
128:3

**justification**
88:11
**juvenile**
84:12 108:15,18
108:20,24,25
109:9
**juveniles**
85:1 108:5,11

――――――――
**K**
**keep**
125:23 126:9
**key**
57:24
**keys**
48:16
**kidding**
148:4
**kids**
28:14
**killed**
69:12
**kind**
37:15 51:6 71:5
81:4,6 86:5
87:4,19 88:15
89:23 90:5,11
95:21 96:1
98:21 103:7
105:2 116:1
**kinds**
56:10 88:3
105:22
**knew**
36:20,21 55:7
57:1 66:24
78:21 91:23,24
91:24 92:14
105:25 108:10
111:23 112:4
116:24 117:4,7
131:9
**knock**
56:5 121:21
**know**
6:9 7:3,11 13:15

16:11 27:5
28:18,25 30:2
31:5,9,17 36:6
36:17 42:19,25
44:4 48:21,21
53:15 61:4
64:2,8,11,15
64:21,24,25
65:3,4 66:23
70:10,10 71:14
74:20 75:13,13
77:4,7,9,13,15
77:20,22,23
78:4,12,14,19
79:12,12,17,20
79:22,23,24,25
80:2,4,5,8,12
81:7,18,21,25
82:5,6,10,11
82:20,23 83:5
87:11 88:2,19
92:3 93:18
98:11,15,20
100:23 101:6
103:16 105:25
106:1 107:19
107:23 108:2
109:7 110:23
112:13 114:17
114:18 115:5
116:5 117:5
128:7 129:20
133:3 141:1,23
144:12,15,17
144:20,22
145:3,12 147:3
150:9,16,23,24
151:21 152:10
152:13,15,20
152:21,22,25
153:6,11
**knowledge**
8:11 34:4,15
37:8 38:4
53:22 57:25
64:9 67:5,13

69:5,9 70:8,22
73:17 75:10
76:9 77:17
83:14 84:24
89:13 91:1
105:8 112:6
131:7 135:23
136:2,10,15
141:14,21
143:15 156:7
156:16
**known**
21:19 64:19,20
65:5 78:22
90:16
**Kwame**
1:13 3:12 63:25
77:12

_____

**L**

**L**
1:22 6:1 158:2
158:14 159:6
**lack**
119:18 142:6
**lady**
44:17 93:4
137:24
**lake**
40:6,20,25
**Lakeside**
4:9
**language**
113:6 114:17,17
114:21,22
**lasted**
90:20
**late**
38:24 41:7 44:8
**law**
2:4 3:5,15 4:7,8
4:17 35:4,10
35:23 36:16
37:10 51:2
54:13
**lawful**

6:2 86:7
**laws**
36:23
**lawsuit**
11:4,12,21 58:21
58:23,24,25
59:4 64:3
65:15 73:16
94:14
**lawsuits**
7:2 11:16
**lawyer**
59:25 65:5 75:22
**lead**
136:5
**leading**
118:25 121:13
**leap**
46:15
**learn**
17:8 86:2
**learned**
8:6 13:3
**leave**
61:16 127:10
134:23 135:3
**lectures**
52:23
**led**
94:14
**left**
10:24 14:8 17:17
17:21 19:25
20:10 29:7
31:9 61:16
150:13,14
**Leo**
80:12
**let's**
20:3 26:14 38:15
55:3 57:16
65:23 80:14
94:8 102:14
112:21 128:2
**letter**
59:24 93:9

**letters**
63:6
**level**
9:16 100:10
**license**
22:20,20 23:20
23:22,23,24
24:4 47:18
48:15 58:5
**lie**
101:8 154:15
**Lieutenant**
36:13 42:25 47:5
47:6 48:11,12
48:23 49:20
56:10 82:16,25
93:3 111:15
129:10 137:19
140:9,12,14
**Lieutenants**
36:19 71:4
**lights**
41:24 42:21
**likelihood**
72:13
**limited**
8:3 66:23
**line**
126:16,17
**lines**
124:22
**lineup**
100:19 105:9,19
105:23 106:1,4
106:14 148:13
148:16,17,23
149:1,4,13
150:5,8,11,14
151:5,11,14,18
151:20 152:19
152:21 153:8
153:10
**lineups**
84:7,8
**list**
17:16

**listed**
38:8
**listen**
36:6 48:13 55:21
**listening**
113:5
**literally**
73:4
**little**
15:12 56:17
66:16 90:20
125:4
**live**
42:18
**Lloyd**
118:22
**lock**
48:17
**lockup**
150:15
**lodge**
46:5
**LOEVY**
3:4,4
**long**
9:9 10:4 12:25
20:13,21 22:13
23:2 24:20
25:5,16,22,22
27:14 29:6,24
31:5,11 32:6
32:21 33:1
51:2 64:20
65:3,6 93:21
133:4
**longer**
10:12 117:18
133:19
**look**
59:21 80:21,25
81:9,12 82:3,7
103:3 126:16
**looked**
92:12 128:9
147:21
**looking**

38:18 56:24
74:10 103:2
140:3 147:4
155:6
**looks**
20:7 63:6 81:4,5
81:11 82:5,6
82:12,15,18,24
83:1 121:22
**loss**
86:13
**lot**
13:9 37:20 44:3
54:15 89:15,21
112:7 113:19
113:20 116:16
130:5,14 131:4
134:6,7,7,8
**lots**
6:23,24
**LPA**
2:5

**M**

**M**
4:6
**M-o-f-f**
39:22
**Mack**
93:2,10 137:14
137:15,18,21
138:3 139:5,11
**magic**
28:15
**Main**
4:18
**major**
142:16
**making**
8:13 119:20
154:25
**males**
64:6
**Mallamad**
4:6 5:4,8 6:6,7
13:23 14:6

19:8,13,17
29:3 32:3,14
33:12,18 34:6
34:13 37:6
44:13 47:10,14
49:7,18 60:4
65:1 66:1 74:6
74:21 75:23
76:16 85:20
86:8,20 87:6
87:22 88:6,13
88:16,22 89:7
89:18,24 91:10
91:19 93:1
94:2,6 95:2,7
95:14 96:5,11
97:11 98:24
99:19,23 101:4
101:19 102:3
102:13 103:8
103:23 104:16
105:5 106:19
108:12 109:1
109:11 110:13
110:17,25
111:6,13
112:10,17,20
114:5,11,15
115:3 116:4,15
116:20 117:3
117:10,17
118:1,11,17
119:1,11 120:8
120:19 121:5
121:14 122:2
122:13,22
123:3,10 124:4
125:2,7,21
126:4,14,22
127:2 132:12
**mama**
56:21
**man**
27:6 93:5,13
**manager**
105:15

**manipulated**
121:24 155:4,8
155:13,23
156:18
**manipulating**
119:13,15
154:21,21
155:1,11 156:6
**manual**
16:5 19:20
**marital**
9:3
**mark**
56:3
**married**
9:6,8,14
**martial**
54:12
**Martino**
2:1 159:4,23
**material**
15:23 34:23
**materials**
33:21 34:2,8,25
35:3
**math**
20:7
**matter**
6:17 31:16,18,23
31:24 32:8,9
62:14 66:6
107:19
**Mayor**
4:5 132:10
**mean**
14:3 46:13 48:7
51:22 65:9
68:20 74:24
83:19 96:17
119:15 125:5
127:19 133:3
139:25
**means**
89:4 126:8 159:9
**meant**
56:23,25 57:1

**meat**
92:10
**medication**
7:20,21,24 8:16
8:19
**medicine**
6:18 7:11 37:1,2
**meetings**
112:4
**member**
13:25 14:20
16:13 22:9
35:9
**members**
18:17 62:6
**memories**
147:14,14
**memory**
8:3,6,17,17 78:6
79:19 147:12
**men**
71:4
**mentioned**
41:19 86:23
87:19 111:4
**merit**
59:7
**messing**
63:16
**met**
65:19 77:10
**mid**
44:8
**middle**
39:6 146:25
**military**
12:7
**mind**
42:7 75:2 93:19
103:17 107:5
132:1 141:25
**minor**
100:15
**minorities**
11:15 50:4 52:10
**minority**

37:14
**minute**
81:2,20 112:21
**minutes**
45:14,15
**miraculously**
72:16 89:11
110:19
**misappropriat...**
62:25 137:2
**mischaracteriz...**
49:14 118:10
**misconduct**
78:2,9 79:15
105:9 126:12
130:25 131:5,8
146:17,18
**misconducts**
125:17
**misdemeanors**
121:21
**misleading**
156:18
**missed**
139:23,23
**mistaken**
22:15 51:6 63:12
**mod**
21:24,25 22:9
26:22 27:16
30:10 31:9
53:10 90:4
105:21 133:13
**Moff**
39:22
**molehill**
119:21
**moment**
146:19
**Monday**
2:7 63:14 158:7
**month**
47:21
**months**
13:1 20:14 32:9
**morale**

50:16
**morally**
70:3 72:16
**morning**
24:1,3 136:11
**Moses**
61:11
**motorcycle**
27:2
**motorized**
27:8
**mountain**
119:20
**mouth**
24:9 125:23
126:9
**move**
43:18 122:6
**moved**
26:12
**multicolored**
105:22
**murder**
67:2,16 73:15
**museum**
28:8
**Myron**
45:8

**N**

**N**
5:1
**name**
6:7 21:21,23
44:16 67:19
68:5 76:22
77:21,25 78:7
78:13,15 79:13
79:23 80:1,3,4
80:8 81:7
82:20,23
105:17,18
107:21 109:23
111:22 118:23
128:13 129:17
144:12 145:18

146:6 147:18
148:2,3 153:12
155:2,6
**named**
45:8 53:10 104:7
**names**
56:11
**narcotic**
60:15
**narcotics**
14:10,16 56:16
60:13 93:3
137:19 138:2
**nature**
94:19
**Nazi**
110:3,5
**necessarily**
92:11
**need**
7:6,9,10,12,13
39:9 128:6
153:23
**needed**
60:20 136:9
**needs**
50:16 124:9,10
**negative**
115:8
**never**
16:22 17:4,19
28:22 34:3,15
37:12 52:25
53:12,14 54:17
66:13 67:9
77:10,10,14
84:21 85:14
92:16,17
102:20 115:22
119:23 128:17
133:22,24
149:22
**newspaper**
51:23 52:7 60:10
**newspapers**
53:9

**nicely**
95:22
**nigger**
96:14,22
**night**
24:2,2 47:22,22
56:14,15 57:5
69:25 73:6
93:5 137:24
144:9
**nine**
45:24
**Ninth**
2:6
**nitpicky**
63:17
**nods**
7:7
**Nope**
81:14
**norm**
36:8 85:17
120:15
**Norman**
68:7
**NORTHERN**
1:2
**Notary**
2:2 158:16,21
159:5
**note**
93:9
**Notice**
2:4
**notices**
16:12,15
**number**
44:16 64:16
80:25 81:15,19
81:21,23,23
82:3,4,7,8,11
82:14 113:17
**numbered**
80:18
**numbers**
121:24

**O**

**o'clock**
2:8 157:15
**obey**
61:24
**object**
37:14 75:19 89:6
122:3,5 152:7
156:2
**objection**
13:20 19:7,9,12
19:14,15 32:1
32:10 33:15
34:1 44:9 49:3
49:13 74:1,14
85:19,20 86:8
86:19,20 87:1
87:5,6,16,21
87:22,24 88:5
88:6,12,13,16
88:22,23 89:7
89:17,18,24,25
91:9,10,18,19
92:25 93:1
94:1,2,6 95:1,2
95:4,7,13,14
96:4,5,10,11
96:24 97:10,11
97:20 98:1,18
98:23,24 99:12
99:18,19,23
100:12,22
101:3,4,19,20
102:3,4,12,13
103:8,9,22,23
104:15,16
105:4,5,10
106:18,19
107:9,14,17,25
108:12,13
109:1,10,11,20
109:25 110:12
110:13,17,24
110:25 111:6
111:13,14
112:9,10,16,17

112:20 113:13
114:4,5,10,11
114:15 115:2,3
115:11,20
116:3,4,14,15
116:20,21
117:1,3,9,10
117:16,17,25
118:1,9,11,16
118:17,25
119:1,10,11,18
120:4,8,9,18
120:19 121:4,5
121:13,14
122:1,2,12,13
122:21,22
123:2,3,9,10
124:3,4 125:1
125:2,6,7,20
125:21,24
126:3,4,13,14
137:16 142:22
143:23 145:19
152:5
**obligations**
145:8
**observations**
75:25 76:4 152:9
**observe**
143:21 153:3
**observed**
86:18 143:15
146:11,13
151:15,18
153:13,16
**observing**
148:25
**obviously**
7:19
**occasion**
18:4 21:5 37:7
49:11 50:19
52:3 55:13
68:12 79:10
90:24 108:5
128:24 130:8

occasionally
21:13
occasions
6:14 38:13 41:18
43:8 45:24
46:9,22 52:9
66:4,9 91:11
113:15 130:3
131:11
occur
41:6 42:5 43:3
43:19 87:20
occurred
40:17 42:11
88:20 103:13
105:9 120:7
147:13
office
28:3 48:1 73:3,4
73:5 90:19
118:15 139:17
139:18 159:18
officer
10:2,17,20 12:9
12:13 14:9
15:1,4,5,9,16
15:18 17:2
18:4 28:18,20
28:21,25 33:22
35:2,22 36:12
36:14,14,16
37:9 39:22,23
41:9,10 47:4
48:10 59:15
61:14,23 71:12
74:15,16,19
95:12 105:1
109:16 121:16
129:24 130:15
133:10 136:5
141:2 147:19
153:16
officers
11:22 16:16 22:1
39:15 40:8
41:4,5 42:3,23

43:13,14 44:20
44:24 45:10,25
46:2,18 54:18
60:15 70:13
71:19 86:18
87:3 93:23,24
97:9 112:3,15
113:9 117:13
123:6 124:5,20
125:16 127:14
127:17 130:4
130:18,21
131:5
offices
2:5
oftentimes
121:19
oh
6:13 20:22 22:14
22:17 27:9
41:5 42:17
47:25 52:21
54:23 58:11
67:4 68:5
78:24 84:10
96:16 108:6,8
115:17 127:15
128:2 129:8
133:3 147:1
149:16 157:8
Ohio
1:2 2:3,7 3:18
4:10,19 159:2
159:6,18
okay
6:18,22 7:15
14:11 20:3,6
21:16 24:14,15
26:15 27:13
29:16,23 31:1
31:8 36:6,24
36:25 37:14,17
38:19 39:18,23
40:19,24 42:9
42:22 48:14
55:3,9 61:7

66:14 71:5
73:9 74:22
76:8 79:8
80:23 81:3
85:4,25 102:2
103:2 126:21
133:4 135:20
136:7 142:23
146:5,7 147:7
151:24 156:25
old
41:1 106:25
107:7 149:9
once
9:15 14:8,20
38:15 47:21
157:4
ones
11:11 104:12
130:24 147:17
open
23:24 48:16
135:1
operating
47:17
opinion
72:12,12,13
104:22 120:22
147:8
opportunity
6:25 8:10 83:3
158:4
oral
55:3 56:3
order
16:23 17:12
18:17,19,20
19:2 25:19
34:24 56:11,12
61:24
ordered
61:16
ordering
139:16
orders
15:21 16:2,9,19

17:9,19,23
18:3,14 19:6
organization
125:9
orifice
55:5
Orinski
47:5 48:21
111:15 115:21
115:22
outline
96:19
outside
148:25
overheard
68:9,12,25
overpass
45:6

_____

**P**

p.m
2:8 157:15
P2
128:4,7
packets
129:20
pages
158:4
paint
110:20
painted
110:20
pants
105:20,21,21,24
106:2,5,12,13
107:2,6 150:4
151:25 152:3
paper
96:18 97:5
papers
22:3
paperwork
93:7
parent
108:24 109:9
parents

108:15
park
41:21,22,24 42:2
69:12,19,21
70:1,10,13,21
71:8,10 74:9
74:12,16 75:25
76:8 143:10
144:10
parked
128:4,7
part
11:12 13:3 15:23
28:17 35:12,16
36:2,4 37:16
46:3 48:8,9
50:8 57:20
69:7 73:16,19
85:17 112:2
117:7 123:12
124:9 125:10
131:16,16
136:4,17,18
participated
36:9
particular
54:19 84:4,16
116:13 145:16
147:12 154:4
particularly
142:8
parties
80:19
partner
15:16 44:15 93:3
partners
51:23
parts
124:11
party
11:4 159:14
passed
16:16 79:3
passing
60:11
patrol

13:5 15:3,9
20:16 26:14
27:1,15 30:5
32:16,22 33:8
39:15,23 40:8
41:4,5 42:3,23
43:14 44:20,24
45:10,25 46:2
46:18 47:4
71:12
**pay**
58:13 61:18,19
**Payne**
30:23 107:8
**pending**
7:13
**penitentiary**
127:9
**people**
37:13,25 38:2
48:7 50:6
51:16 86:10,24
87:18 100:6
104:12 124:23
124:23 127:23
130:2 131:22
134:2 149:13
149:18 150:14
**peoples'**
38:2 88:10
**percent**
62:8 94:9
**perform**
22:23
**period**
14:22,23 20:4
39:20 40:16
42:13 43:6,23
49:2 59:10,11
59:11,16
130:17
**Perk**
132:7,10
**permission**
58:1
**person**

48:10 80:22 81:1
81:21,24 82:4
82:8,20,23
101:12 121:7
135:13 138:7
138:16,23
140:15 148:3
149:12 151:10
151:17,17,18
151:20 152:18
152:20 153:9
**personal**
83:14 135:23
136:14 156:7
156:16
**personally**
100:1 115:13
135:16 136:13
137:6 138:10
138:20 143:12
143:20 146:11
146:13 153:13
153:16
**Peter**
77:15,17 83:8
**phone**
95:16
**photograph**
80:20,22,25
81:15,19 82:3
82:4,8,14
**photographs**
80:17 110:4
**physical**
13:10,11 153:14
**physically**
38:1 95:17
**pick**
66:17
**pinch**
120:22
**place**
159:12
**placed**
58:4
**places**

21:5
**plain**
46:14
**plainer**
36:7
**Plaintiff**
1:6,14 3:3 11:21
**Plaintiffs**
3:12 63:21
**planted**
72:24 75:5,6,7
75:14 128:19
**planting**
73:10
**plates**
22:20 23:21
**play**
92:13 141:15
**played**
147:3
**playing**
56:22
**please**
14:5
**pled**
93:15 138:13,13
141:5,6
**plethora**
121:20
**plucked**
128:15
**point**
32:11 33:13
52:12 60:25
104:18 127:7
132:21,25
133:19,25
134:10 139:5
140:25 141:1
141:25 146:7
146:10 154:9
154:10,11,17
155:9 156:10
**points**
96:20 98:5
123:21

**police**
10:1,5,17,20,24
12:9,13,19
13:4 14:1,8,9
14:21 15:20,21
16:1,8,14,19
17:2,8,12,17
17:19,23 18:2
18:4,14,17,18
18:20,22 19:2
19:4,5,25
21:25 22:3,18
23:6,8,12 28:7
28:8,21 30:1
33:22 34:8,24
35:2,9,12,17
35:22 36:2,4
36:16,23,23
37:8 41:9,10
43:13 46:6,17
48:3,10 50:5
50:15 53:1
54:13 55:17
57:25 58:8
59:14 62:10
64:9 66:25
67:10 69:6
70:12 72:24
74:11,15,16
77:18,18 83:16
84:23 86:18
87:3 91:17
93:23,24 94:10
95:12,19,19
96:2 97:9,24
98:12 104:25
107:19 109:16
112:2 113:9,10
113:25 117:13
120:16 124:5
125:16 126:11
127:14 129:24
130:3,15,16,18
131:5,7 133:10
141:2 144:16
147:5,19

**Police's**
118:15
**policeman**
6:23,24 18:24
65:4 94:8
**policemen**
54:15 69:24
127:15 128:8
**policies**
18:21 19:3 108:9
124:17
**policy**
108:23 123:5
135:1
**politely**
56:19
**pompous**
57:3
**poor**
50:6
**pop**
103:17
**popping**
60:22
**position**
99:7 145:7
**possible**
124:8
**practice**
54:13 109:8
116:8,11
117:23 122:19
122:24 135:9
**practiced**
91:16 92:23 94:5
102:2 122:11
**practices**
11:14 64:9 84:24
85:16 116:25
117:14
**Praha**
45:5
**precautions**
137:3
**prepare**
90:7

**prepared**
84:3,15 157:4
159:9
**presence**
159:9
**present**
9:3 70:6 74:11
134:21 137:10
148:18
**presented**
26:19 70:1 93:7
121:18 124:10
134:17 138:12
138:16,18
140:20,23
141:4,7 155:17
**presenting**
134:8
**prevent**
146:17,18
153:18 155:11
**prevention**
51:16
**previously**
27:15 80:18
**primarily**
90:5
**prior**
67:15 69:4 73:15
77:2,6
**prison**
64:7
**prisoner**
55:4 129:18,21
129:22
**prisoners**
102:16 149:5
**privately**
54:20
**privy**
136:9
**probable**
37:12,24 38:10
38:14 39:10
41:15,17,20
42:16 43:9

45:17,25 46:7
46:19 47:4
86:13 89:9
95:15 142:6
143:7,10
**probably**
20:23
**probationary**
14:21,23
**problem**
48:9 95:23
104:22 119:5
134:24
**problems**
8:8
**procedure**
1:25 86:7 93:9
**procedures**
13:5 18:22 19:3
100:19 108:10
**proceed**
66:2
**proceeded**
138:21
**process**
12:18
**produced**
91:15 159:9
**profit**
68:14,15,18,22
**promotions**
53:24
**promptly**
93:14
**proper**
86:7 93:8
**properly**
143:11
**property**
38:2 63:14 67:25
88:10 100:14
129:10,11,12
129:13,14
137:3 155:18
155:19
**proportion**

94:20,21
**prosecuted**
142:10,16
150:17
**prosecution**
69:8 73:19 76:13
101:23 119:25
121:18 138:7
138:19,21,22
140:4 144:18
156:22
**prosecutor**
76:3 83:17 90:23
101:18 121:18
124:11 134:9
136:24 137:9
137:10 138:10
138:16 139:1
140:5,11,13,16
140:18,19,20
140:24 150:20
150:22,25
**prosecutor's**
90:19 123:13
**prosecutors**
122:10,20 123:8
**Prospect**
25:1
**prostate**
8:1
**protocols**
100:9 102:10
**proven**
11:24
**provided**
34:7 140:10
**public**
2:3 3:16 60:22
158:16,21
159:5
**pull**
37:12
**pulled**
37:23 38:10,13
38:16 39:10,13
39:18 40:3,6

41:24,25 42:20
111:16
**punished**
57:10 111:10
124:21
**punishment**
24:6,7 49:24
50:1 58:5,5,7
**pure**
139:10
**Purser**
2:1 159:4,23
**pursuant**
1:24 2:3
**pushed**
56:17
**pushers**
92:6
**put**
17:15 50:21 55:7
56:7 63:13
90:11 95:22
97:14 98:16
100:13 102:20
102:24 129:18
134:22

**Q**

**qualified**
159:6
**quarter**
37:5
**question**
7:13 44:12 71:2
73:14,20 74:3
74:7 77:1
135:19 136:12
137:4 142:14
142:17 152:8
156:13,14
**questioning**
85:1
**questions**
7:1,3 62:22
76:17,25 85:5
85:7,13 113:3

113:7 126:20
132:13,17
144:23 145:4
145:14 154:12
156:5
**quick**
80:14 83:5
**quickly**
86:2
**quite**
29:17,18 102:18
139:10 147:9
**quote**
154:21 155:3,7
155:11

**R**

**R**
159:1
**R.L**
157:13
**race**
94:23
**racism**
95:20
**racist**
94:18 95:17,17
95:18,18 96:2
96:9
**Rademaker**
118:24 119:5
**radio**
50:14,20 51:11
51:13,20 52:2
57:17 111:4
**radios**
51:23
**ran**
10:11 23:15,16
23:17 125:14
**rank**
47:11 54:4
**rape**
105:14,17
106:10 107:24
**RDR**

159:23
**read**
8:22 17:15 157:3
157:5 158:3
**ready**
66:2,3
**real**
83:4 123:22
133:6
**really**
38:22 79:2
103:19,19,19
111:24 120:10
125:10 127:11
130:25
**Realtime**
2:2 159:5
**rear**
23:11
**reason**
37:11
**reassigned**
48:13
**rebuttal**
145:12
**recall**
8:8 11:20 13:7
13:19 45:21
92:21 124:14
132:6,22
156:21
**recalling**
30:11
**receive**
14:7 53:24 57:11
**received**
14:18 16:5 31:25
33:22 34:23
53:17 54:24
55:3 93:9
**receiving**
124:14
**recess**
47:13 65:25
80:15 112:23
**recognize**

56:22 80:21 81:1
81:12,15,17,19
81:24 82:2,4,8
82:17
**recollection**
26:10
**record**
19:12 107:19
144:16
**rectal**
55:5
**redirect**
156:3
**reduce**
75:24
**reduced**
57:12 159:8
**refer**
143:8
**reference**
86:12 148:6
**referenced**
145:11
**referred**
133:21
**referring**
26:21,23 72:11
123:18 128:19
131:18
**regard**
116:25
**regarding**
16:17 54:19
100:19 102:10
111:11 112:19
145:1
**regional**
10:13
**Registered**
2:1 159:4
**regular**
133:23,23
**regulations**
16:6 19:20
**reinstatement**
58:13

**relate**
60:2 146:2
**related**
11:15 69:19
70:13
**relates**
123:20
**relating**
133:16 135:14
**relation**
29:21
**relations**
27:18,20,21 28:3
28:10 29:6,9
29:11 33:2,14
53:10 134:5
**relationship**
85:1 108:20
**relative**
159:14
**remarks**
95:17
**remember**
6:15 7:22,23,25
8:7 9:12 11:10
11:11,18,19
12:5 13:17
14:19 15:19
25:8,9,13,23
26:4 30:17
31:20 43:11
48:4,20 51:6
68:15 69:15
76:15 79:24
85:13,17 97:16
99:4 104:5
105:14 106:5
107:18 119:2,4
129:4 146:7,10
147:16 148:5
148:12,14
151:6,7,8
152:23 154:22
155:9,14
156:19,23,23
156:24

**removed**
98:9
**repeat**
62:22
**report**
48:15 50:12 90:7
90:12,25 91:12
127:22 134:20
153:23
**reported**
128:1 134:19
**reporter**
2:2,2 7:4 157:5
159:5,5
**reporting**
159:16
**reports**
13:6
**represent**
6:8
**representing**
76:23
**reprimand**
54:25
**requested**
21:4 60:21
**required**
108:23
**requirement**
101:16
**respect**
6:22 26:18 35:8
35:19 36:22
76:11 81:23
83:13 84:7
88:21 92:3
142:6,8,12,13
142:18 143:2
144:23
**response**
50:25 111:9
154:23
**responses**
9:1
**responsibility**
135:17

**responsible**
98:13
**rest**
94:11
**restate**
142:24
**restating**
74:2
**result**
144:17
**resulted**
92:22
**results**
120:20
**retired**
23:1 33:19 133:8
**review**
7:16 8:25 18:2
135:7
**Richard**
47:7 61:15
**Ricky**
1:5 3:3 63:18,20
77:2,4
**right**
13:22 15:8 16:9
21:9 28:7
36:12 43:21
45:20 56:2
59:21 62:9
68:10 79:6,9
80:4,9 81:5
82:19 86:23
89:20 96:3
103:17,18
111:5 117:8
118:8 120:12
128:11 131:15
131:25 134:11
134:12 136:16
141:17 143:13
147:10,11
148:4 152:15
153:22 157:2,3
**rights**
67:15 69:7,10

70:5 72:19
90:17
**ring**
63:1,2,12 78:1
79:13 110:3
**rip**
141:25
**rise**
16:24
**Roetzel**
2:5 4:16 76:23
**role**
145:4 148:16,17
149:20,20,25
**roll**
16:21
**Ron**
48:12
**RONALD**
1:22 6:1 158:2
158:14 159:6
**room**
4:9 129:13
148:24 149:1,4
149:23 150:13
150:14 153:2,8
**rough**
43:1 104:13
105:2
**roughing**
103:7
**round**
51:6,7
**rule**
101:21,24
108:23 109:13
109:14 122:8
131:1 159:17
**ruled**
62:9,9
**rules**
1:24 16:5 19:19
19:20 50:24
99:6 100:8,18
101:16 102:10
123:11

**run**
96:14,21
**running**
22:19
**runs**
45:3

—————————
**S**
—————————

**S**
39:5
**Safety**
111:11 131:7,12
131:25 132:9
**sake**
129:18
**Samuel**
47:2
**sat**
68:10 70:11
**Saturday**
56:15 57:5
**saw**
17:14 21:9 24:9
34:15 36:9
65:21 71:2,3,4
74:9,16,18
77:20,21,23
81:17 89:15,21
90:14 97:5,7
105:24 110:8
123:5 150:3
152:11,16,18
**saying**
34:10 35:18
41:14 71:21
72:24 73:8,11
74:23 75:6,9
111:17 142:21
149:3,21
**says**
18:19 60:10,13
**scattered**
16:20
**school**
28:15,21 35:11
35:16,25 45:7

51:15
**schools**
28:13 51:14
52:24
**scooter**
26:14 27:1,3,5,6
27:7,15 32:16
32:22 33:8
**scope**
156:2
**scour**
70:13
**scoured**
69:20,21 70:10
144:1
**screaming**
56:18
**screwed**
17:10,14 18:5
139:24
**se**
140:24
**seal**
159:18
**search**
34:18,21,22
37:11,24 61:12
70:16 71:19
**searched**
72:4
**searches**
35:4
**searching**
69:17,18 71:1
72:6 74:19
**second**
40:4,18 47:3
137:22 139:6
144:2,2,4
**Security**
10:11
**see**
17:12 25:15
26:14 37:20
38:15 47:20
55:3 57:16

78:5,16,16
79:14,18,23,24
80:21 87:19
88:15,19 89:22
94:8 97:2
102:14 104:24
113:16 114:8
123:24 125:14
128:2,9 137:23
144:5 147:5
152:23,24
157:9,10,12
**seeing**
39:1 124:17
**seek**
153:17
**seen**
57:20 86:17 87:3
87:9 103:5
113:9 118:8
121:3,12 139:9
**Seitz**
47:6,6 48:21
115:22
**seizure**
34:19 37:11,24
**seizures**
35:6
**selling**
63:8 93:6
**send**
52:22
**senior**
15:4,16 36:14
**sense**
29:24 57:6 62:21
**sent**
26:18 59:24
**separate**
8:18 129:10
**Sergeant**
36:12 47:6,12
48:11,23 49:20
51:8 52:13
70:20,25 71:3
71:25 74:11,18

77:19 106:24
109:23 111:21
144:13 150:7,9
**Sergeant's**
70:23
**Sergeants**
36:19 69:23
94:11
**serve**
12:7 14:25 15:9
54:6
**served**
54:17
**Service**
12:14 62:6,7
**set**
17:3,4,5,19
127:17,19
159:17
**sets**
18:17,21
**Setting**
127:24
**seven**
24:1,2 130:7
**sfunk@ralaw....**
4:21
**shaking**
38:1 87:18
**Shankland**
67:19,20 68:4,5
68:6,12,23
78:18 145:22
**Shawn**
4:6 6:7
**shield**
133:1,22,23
134:18
**shift**
47:20,22,22,22
48:20 62:1
134:16
**shirt**
18:25
**shoot**
96:21 97:24

shooting
13:6 69:11,19
70:14 71:10,16
73:25 74:9
76:8
shop
105:15 110:20
shoreway
43:12
short
65:23 105:16
short-sleeved
18:25
shot
79:3 92:15
show
28:16 55:18
80:20 111:5
showed
55:24 101:17
showing
61:24
shows
28:15
shunned
37:15
shut
24:8 57:1 125:23
126:9
side
39:16 48:12 98:6
148:23 149:5,7
sign
135:7
signed
91:15 134:23
silence
126:2,10,17
silent
125:17
similar
113:4
simple
154:18
Sindell
56:9,10

Single
9:5
sir
6:15 10:18 11:9
26:3 27:18
28:24 31:20
32:4,24 35:14
36:6 37:2 42:6
49:6 51:13
52:11 53:4
56:24 59:19
63:24 64:1
65:3 66:3 73:1
74:23 75:6
77:5 78:4,11
79:7,12,17
80:7 84:17
96:18 97:12
99:25 106:25
107:8,13 129:9
131:25 133:3
135:11 141:15
146:4 148:9
150:23 153:11
154:8 156:23
sit
52:22
sitting
42:1 78:8 156:21
situation
141:6 142:2,7
153:21
situations
50:17 86:17 91:7
94:18
SIU
139:8,9
six
44:1,3,5 130:7
skipped
108:1 150:18
151:3
skirt
113:18
Sleepy
105:17 148:14

151:2
smacking
37:25 86:23
SMallamad@...
4:12
smokescreen
72:14
smoking
60:11
social
65:10,10
sold
10:14
solution
48:9
somebody
11:6,17 17:10,14
69:11,23 82:16
82:18,25 83:1
90:6 92:14,18
101:15 105:23
107:2,5 142:10
142:15 146:14
149:24 151:13
151:22 153:1,7
155:15
somebody's
72:19
someplace
16:23 68:8
sorry
28:24 35:14
55:15 63:15,19
82:9 83:5 87:7
104:19 116:9
123:24 128:3
130:14
sort
28:17 50:12
sound
113:4
sounds
78:13,15
South
4:18
speak

50:11 51:15
65:18,20 66:5
76:3,6
speakers
13:9
speaking
50:1,3 51:10
105:12
special
21:1,7 25:1 53:8
108:19
specialty
21:6,18
specific
13:13 14:3 16:23
25:20 37:13
38:21 40:13
42:10 43:25
44:6 51:14
70:24 89:3
101:9 113:7
120:6 155:2
156:22
specifically
21:3 34:12 54:16
84:5 145:4
154:3
specificity
154:4
specifics
91:25
specified
159:12
speeding
43:12
spend
29:21 38:17
spent
38:17
spit
55:21
split
62:1
spoke
24:10 28:13 50:4
50:5,6,19 52:2

52:5 66:10,19
125:12 149:22
spoken
50:21 63:18,20
spot
21:9,15
spotlights
144:8
spots
21:14 26:18
32:23 33:9
spotters
60:20
spread
29:19
sprung
20:25
Squad
21:24 22:1,9
26:22 27:16
30:10 31:9
53:10 90:4
133:13
Square
3:16
SS
159:3
St
45:8
Staimpel
79:20,21,22,25
80:2,3 83:9
standing
149:11,15 153:4
153:6,7,9
start
34:14 90:21
started
40:23 60:22
62:11
starts
39:5
state
2:3 19:12,13
29:17 37:9
147:15 159:2,5

stated
21:13
statement
17:25 18:1,23
29:8 33:23
53:13,15,19,20
53:21 58:7
124:7 130:19
143:8
statements
114:2 116:9,12
116:13
STATES
1:1
station
22:19 23:6,8,12
28:7
status
9:4
stay
125:17
stayed
49:1
steal
130:4
stealing
68:20,21 75:15
127:5,12,23,24
129:7 145:24
Stenotype
159:8
step
12:18 146:18
Stephen
4:17
stepped
55:18
steps
42:1,22
Steve
76:22 143:18
Stevens
47:5 111:20
115:22
sticking
147:6

stipulation
80:18
Stoiker
80:5,6 83:10
stole
92:10 129:24
stolen
137:1
stop
6:17 52:14,16,18
61:8,13 97:14
146:24 150:4
153:23,25
stopped
10:1 41:15,17,19
42:15,20,25
43:8,12,17
44:14,15,18
45:10,16,25
46:6,18 47:3
92:13 154:6
Store
10:12
story
62:20
straight
56:25
strange
106:16
strategies
100:9
street
2:6 4:18 22:5
24:19 35:17
36:21 42:17,18
45:3 57:4 60:9
67:24 86:3,6
105:17
streets
22:7 90:3
strike
21:19 53:23
116:7,9 122:6
123:24
strongly
147:9

students
52:5
stuff
23:4 41:2 58:6
63:17 95:18
100:1 104:19
104:20 111:17
127:6
stupid
127:9 129:22
subject
13:12 54:19
92:24
subjects
13:2,7 14:11
16:3,18
submit
135:6
subpoena
6:9
subpoenaed
18:9
Suburbs
46:3
sued
11:5,5,16,17,21
Suite
3:7,17 4:18
SUMMIT
159:3
superior
36:12 61:14
112:15
superiors
116:19
supervisor
10:13 47:19,21
47:23 48:22
111:10 127:22
128:12,25
129:2 130:9
134:14 135:7
155:15
supervisors
48:19 93:12
100:10 116:19

116:24 117:22
supervisory
135:17
stuff
111:22
supposed
97:24 102:20,21
sure
24:22,25 27:22
29:1,5,18 32:6
33:1 37:1 44:5
44:23 46:10
59:19 74:18
81:20 82:13
84:1,14,17,20
109:2,3 118:5
120:11 130:13
133:6 134:11
141:12,16
147:4 149:18
150:2 151:12
suspect
92:22 103:6
105:3,16
121:12 144:24
145:2,18 146:3
146:3,14
150:13 153:3
153:14
suspect's
148:3
suspects
94:23,24 102:8
108:7 113:11
114:3
suspended
61:18
suspension
54:25
swastika
109:17 110:7
swear
55:6 82:19
switch
107:6
switched

107:2
sworn
6:3 158:16 159:7

―――――― T ――――――

T
39:5 45:8 159:1
159:1
tactics
100:8
take
6:17 7:10,12,14
7:24 12:14
36:25 37:1,2
54:16 57:4
63:4 65:23
68:16 80:14,21
80:25 81:12
82:3,7 112:21
128:14 129:12
132:22 138:3
145:6 146:16
taken
1:25 6:12 47:13
65:25 80:15
112:14,23
137:4 150:25
159:12
talk
24:13 65:23
73:13 108:14
134:25 135:1
137:23 139:25
141:18 147:15
153:21 155:1
talked
7:9 13:12 28:14
44:1 47:15
57:17 64:4,4
65:14 66:15,21
77:11,14 89:2
111:3 130:14
131:4,23
133:16 137:17
148:13
talking

11:8 38:17
46:4 51:21
72:2,21,22
77:24 78:5
83:23 114:21
114:22 123:17
127:14,15
131:21 132:4
134:7 152:8
**target**
96:15,20,22 97:2
97:9 98:4,4
**task**
20:21
**tasked**
47:16
**tasks**
22:24 25:17,21
30:20 49:1,6
51:11 52:19
**taught**
54:12,20
**teach**
54:9,11
**tear**
73:3
**techniques**
102:15
**teenagers**
28:13
**teeth**
92:4
**tell**
8:5,21 9:3,10
11:8,9,11 13:2
13:13 15:19
24:22 25:25
26:3 29:14
31:6,11,22
32:7,12,16,19
32:24 33:6
34:20 36:11
37:3,7 38:13
39:19 40:1,14
40:15 42:6
44:7 45:22

46:21,23,23,25
50:9 52:17
55:2 57:15
62:17 63:2
65:13,20,21
66:8 69:10
76:14 79:9,19
81:5 84:18,19
94:5 103:12,14
121:25 128:12
129:10 131:11
132:7 133:10
137:10 139:15
146:4 152:11
157:6,6
**telling**
40:21 41:16 55:4
56:2,24 59:20
75:15 123:6
141:23 145:23
148:10 151:16
152:17
**temperature**
19:1
**ten**
39:20 40:16
42:13 43:6,22
61:12,18
113:19 129:19
**term**
96:14 126:2
**Terminal**
38:25
**terminated**
58:10 59:15
**termination**
60:6
**terms**
94:23 95:11
**Terpay**
77:22,25 78:3,10
83:9
**Terry**
3:15 66:5 77:3
113:4
**test**

12:14
**testified**
67:8 86:16 95:25
113:8 118:5
122:8 124:19
132:20 154:20
**testify**
84:3,15,18 114:1
114:1 159:7
**testimony**
17:18,22 49:14
66:24 68:23
118:10 158:6
159:8,10
**tgilbert@f-gla...**
3:20
**thank**
132:12 138:3
**thanking**
93:10
**Thanks**
76:17
**theft**
131:22
**thief**
92:11
**thin**
111:17,19
126:16,17
**thing**
26:17,24 29:4
62:1 69:14
103:15 110:6
114:18 120:21
120:25 124:10
124:11,12
133:17
**things**
8:8 24:9 29:20
38:6,9 49:8
57:19 58:2
60:2 66:23
68:1,18 86:3,6
102:17 103:18
103:19 104:9
111:3,23 112:7

113:4 118:7
124:1 125:12
131:14
**think**
24:24 25:24 29:7
38:23,23 40:5
41:1 42:24
44:9,17,18
45:19 56:22
59:18 60:12
63:10,11 67:20
67:21 69:17
70:3 72:18
77:1,16 78:13
79:2,6,22,22
79:25 82:24
83:1,4 84:10
85:3,14 86:23
94:9 98:7 99:5
103:4,20
105:18 106:24
108:1 109:3,4
111:22 118:21
118:21,23
120:11 121:24
121:25 128:11
128:12 129:16
129:19 130:7
133:12 136:5
139:4 141:13
141:17,21
143:10,11,13
143:17 144:1
154:25 155:17
155:18 156:2,9
**third**
15:14 20:11,20
21:3,11,12
22:25 23:8,12
23:18 25:5,16
26:7,12,17,22
26:25 27:16,24
28:5 30:11,19
30:21,22,24
31:12 38:1
40:21 47:16

48:16 49:2
51:12 52:20
99:3,5 104:10
128:2 131:19
134:13
**Thomas**
11:13,25 18:11
18:13 58:23
94:14
**thought**
51:20 55:15
71:24 104:7,8
104:21 125:13
141:22
**threaten**
116:12
**threatened**
145:17 146:8
**threatening**
103:6 113:25
116:1,8 117:24
144:24 145:1
146:14
**three**
41:19 45:14,15
64:6 77:14
94:10
**time**
9:9 20:5 25:22
25:23 27:24
29:21 37:3,5
38:17,17 39:11
39:18 40:4,15
40:18,21 41:21
43:1 44:14,15
44:22 45:2
47:19 49:2,16
49:19 50:18
51:1 54:23
55:12 56:20
57:13 59:21
62:18 63:17
64:7 65:6,19
65:21 66:10,11
66:15,20,20
70:6 71:12

78:1,25 84:6
105:12 106:6,8
119:7,22
127:10 130:17
133:4 139:6,6
140:2 144:2,2
144:3,4 150:3
153:15 154:4
156:24 159:12
**times**
6:24,24 9:14
37:14,23 39:9
42:15 45:16
46:10,16 51:10
51:22 55:2
115:9 128:22
143:24 154:1,1
**tired**
39:1 127:5,6,11
127:16,17
**title**
96:21
**today**
6:10 7:2,20 8:13
9:25 65:19
66:11,19 78:8
83:4 84:3
85:10 112:8
130:14,24
131:5,24
156:21 157:4
**today's**
7:17
**told**
17:10 34:9 39:1
39:2,4 48:2,18
49:12 51:14
56:14,19 57:3
57:21 61:11
64:10 66:8,12
66:16 72:22
75:12 95:20
103:15 117:7
129:4 131:13
131:24 132:1
138:3 140:7

145:22 150:12
**top**
45:18 119:3
120:12 141:25
**total**
86:9
**touch**
58:7 128:14
157:12
**Tower**
38:25
**Track**
45:2,2
**traffic**
13:6
**train**
36:15
**trained**
35:8,15,22,25
36:4,8 123:25
**training**
13:25 14:7,14,18
14:25 34:25
36:14 53:16
85:12,15 99:10
99:10 124:14
**transcript**
157:3 158:3,6
159:10
**Transcription**
159:10
**transfer**
129:13
**transferred**
31:3 63:14
**treat**
100:3 102:21
**treated**
50:5,6 52:10
86:11 92:15
93:23 94:24
95:10,11
**treatment**
131:22
**Tri-C**
9:21 54:9,11

**trial**
8:10
**tried**
28:12,15 92:8,9
92:18 134:9,11
**trouble**
21:14 26:18
32:23 33:9
92:20
**troubled**
28:13,14
**true**
58:6 130:21
134:2,16
137:20 156:4
158:6 159:10
**trusted**
104:11
**truth**
8:15,15,21 24:22
59:7 69:11
84:19,20
148:10 154:13
159:7,7,8
**truthful**
102:18
**truthfully**
7:22,23
**try**
29:14 38:22
69:10 100:3
129:16
**trying**
27:11 29:24 31:2
31:5 43:11
51:19 52:1
59:8 68:11
69:13,14 72:20
79:6 84:18,18
103:4 113:7,18
114:23 127:17
127:24 128:6
133:5 141:15
141:20 156:6
**turn**
101:22 122:9,19

123:8
**turned**
119:21,22,23
129:21,22
133:23
**Turner**
1:22 6:1,7 10:22
17:1 19:18,22
32:25 33:21
45:14 47:15
52:25 59:8
66:4 67:9 71:7
73:13 75:8
76:20 127:3
131:6 132:13
157:13 158:2
158:14 159:7
**turning**
101:16
**twice**
66:7 128:23
140:7
**two**
9:18 27:7,23
45:14 57:16
58:1,12 59:15
59:17 60:20
97:7 104:11,12
141:10,24
**type**
22:5,7 72:13
90:17 114:18
120:25
**types**
131:4

_____

**U**

**U.S**
34:5,16 35:20,25
**Um-hum**
30:14 43:15
**unanimously**
62:7,8
**unbecoming**
61:23
**uncomfortable**

104:18,19,20
**unconstitutional**
72:10 75:10
85:16
**undergo**
13:25 14:13
**undersigned**
1:25
**understand**
8:9,14 17:1
27:11 29:14,22
30:25 49:8
51:19 52:1
55:16 62:20
68:11 72:20
92:8 135:19
**understanding**
18:16 126:7
149:8
**undertaken**
135:21 138:8
**uniform**
110:5
**union**
58:14 62:4
**unit**
15:13,15 20:11
21:18 30:3
33:14 53:8,13
53:14,17 67:10
93:3 130:12
137:19
**UNITED**
1:1
**units**
53:7
**unknown**
148:7
**unmarked**
22:11
**unnecessary**
127:6
**unofficially**
50:22
**unprobable**
75:16

**unquote**
154:21 155:3,8
155:11
**upheld**
94:16
**ups**
100:21
**upset**
55:19 107:3
**upstairs**
128:11
**use**
14:13 72:14
75:14,19
105:21 114:23
153:18 154:6

**V**

**vague**
34:1
**valid**
123:13
**variety**
16:17
**various**
80:19
**vehicle**
22:8,11
**verbal**
55:10 56:9
**verbally**
7:5,6
**verification**
66:20
**verified**
66:11
**verify**
158:2
**versus**
7:6
**vice**
15:6,8,13,15
20:11 30:3
**victim**
151:7,19
**victims**

149:6
**Vincent**
105:16
**violate**
72:18
**violating**
37:9 67:14 69:7
69:9 73:18
**violation**
36:16,22 70:4
138:24
**violations**
36:21 121:20
**violence**
86:24
**violent**
38:1
**vis-a-vis**
149:25
**vivid**
147:15,17
**vocal**
118:3,7
**vocally**
37:15
**voiced**
147:8
**voicing**
104:22
**vs**
1:7,15

**W**

**W**
4:17
**wait**
69:10 81:2,20
145:3
**waive**
157:6,9
**walk**
20:3 30:8
**walked**
24:16,24 28:6
30:5
**Walker**

44:16
**walking**
20:18 21:1 22:21
25:3 111:17,19
**Wang**
3:5 5:7 13:20
19:7,11,15
32:1,10 33:11
33:15 34:1
47:8 49:3,13
60:1 65:18
74:1,14 113:2
113:14 114:7
114:13,20
115:4,12,23
116:6,17,23
117:6,12,20
118:4,13,19
119:6,14 120:5
120:14 121:1,9
122:3,7,15
123:4,16
124:13 125:3
125:15 126:1,6
126:19 137:16
142:22 143:23
145:6,19
**want**
7:20 24:21 36:11
36:25 42:2
44:4 46:21
55:21 61:8
69:10 73:10
75:7 85:23
87:24 92:3
101:8 131:5
145:6 147:8
152:15 154:13
154:15 156:3
157:5,9,10
**wanted**
54:16 58:2 64:8
66:17 106:10
134:25
**warned**
50:22 52:13

**warning**
51:4
**warrant**
106:10
**warrants**
34:21,22
**wasn't**
27:11 31:3 32:5
37:16 43:12
51:13 52:1
59:6 91:23,23
93:12 98:6
100:2 120:1,2
123:15 131:16
138:13 144:3
147:9,10 152:6
**watch**
63:1,2,3,5,7,12
**watched**
70:11,12 152:18
152:20
**watching**
71:18 144:1
148:21,22
151:18
**way**
16:24 25:4,15
28:16 36:13
38:18 45:6
50:4,22 55:7
57:8 61:19
77:4,8 81:9
84:19 86:1,2
86:10,11 92:10
92:12 94:13,16
94:17,20,20
98:16 99:22,25
102:16,24
108:21,22
112:5 121:8,25
127:16 130:1
134:5 136:6,13
**weapon**
74:10
**wear**
18:25

**wearing**
106:2,4
**weed**
129:20,20
**week**
61:17
**weeks**
31:19,23 32:5
**welcome**
132:14
**went**
13:4 14:21 15:8
25:7 27:18
32:15 45:5
55:20 56:17
57:2 60:10,21
61:14 62:24
69:23 71:25
72:3 74:25
75:1 90:18
91:1 110:18,19
112:4 116:16
128:8,11
131:12 133:24
137:20,24
138:9,11
140:16,19,21
140:24 141:3
143:17 144:7
150:15 155:14
**weren't**
32:25 48:8 70:25
72:8 87:14,15
117:21 131:15
**west**
39:16 134:18
**wheel**
27:7
**wheels**
27:7
**WHEREOF**
159:17
**white**
29:2 37:22 38:18
39:2 93:24
94:24 106:3

**whites**
95:11
**widespread**
116:10 122:18
**wife**
105:15
**wildfire**
60:12
**Wiley**
3:13 63:23 77:7
**William**
65:20,21
**win**
120:17
**winning**
119:25 120:3
**withheld**
83:16 136:23
138:22,23,25
140:5,9,17
**withhold**
140:14
**withholding**
142:4
**within-named**
159:6
**witness**
1:22 6:2 13:22
14:4 28:24
32:12 33:17
34:3 44:11
47:9 49:5,16
64:25 74:5,17
84:1,12 86:9
86:21 87:7,25
88:7,17 89:8
90:1 91:11,20
93:2 94:3,7
95:3,8,15 96:6
96:12,25 97:12
97:21 99:13,20
99:24 100:13
100:23 101:21
102:5,14
103:10,24
104:17 105:6

107:18 108:1
108:14 109:2
109:12 110:18
111:1,7,15
112:11 113:24
114:6,12,16,23
115:21 116:5
116:16,22
117:4,11,18
118:2,12,18
119:2,12,20
120:10,20
121:6,15
122:14,23
123:11 124:5,7
125:8,22 126:5
126:15,21,24
132:14 137:18
142:23 143:25
144:25 145:2
145:18,21
146:9 149:12
149:21,22,25
151:4,6,8,8,19
152:10 153:4
156:9 157:8
159:6,9,17
**witness'**
49:14
**witnessed**
113:21 115:13
125:18
**witnesses**
102:8 108:7
114:1 116:2,8
116:12 117:24
124:1 134:8
149:6
**woman**
37:22 95:21
**women**
39:2
**won**
59:6
**Woodhill**
69:12,25 70:21

71:8,10 74:9
75:25 76:8
143:9 144:9
**Woodland**
38:16 39:19
**word**
34:11 39:4 57:24
68:15,22 72:14
75:14,19 144:1
149:22
**words**
34:11 74:3
146:20
**wore**
110:3 152:1
**work**
10:10 20:13
21:17 26:2,7,8
30:10 33:2
53:3,5 56:16
59:9 62:24
76:22 79:10
93:11 134:6,13
135:10 138:4
**worked**
23:25 26:14,21
26:23 28:11
30:3 31:12,24
33:9,19 47:22
52:25 84:21
92:1 130:17,22
133:12
**working**
25:11 27:25
31:12 32:22
59:14 61:3
62:1 79:1
99:25
**workings**
66:25
**works**
57:8
**wouldn't**
24:8,11 58:6
131:15
**Wow**

82:10 118:21
**write**
90:25 123:25
124:6
**writing**
35:1 50:11 56:7
57:12 60:5
62:13 75:24
155:16
**written**
33:21 34:2,7,23
54:25 90:7
**wrong**
70:4 72:16,17,17
72:17,23 86:14
92:7,7 97:13
104:21 109:24
125:13
**wrongful**
82:1 83:11
**wrongly**
155:22 156:17

**X**

**X**
5:1
**Xtandy**
8:3

**Y**

**yeah**
17:14 22:17 30:8
30:16 40:23
41:5 42:17
43:10 45:18
57:13,13 62:16
78:21 79:2
81:17 83:5
85:18 92:2
93:18 103:10
103:24 108:6,8
109:2,5 129:8
139:2,4 154:13
**year**
20:8 25:9,13
26:1 32:17
39:20 40:16

42:13 43:6,23
59:10,10,11,15
69:2
**years**
9:18 25:21,23
27:17 31:16,24
32:9 33:4,5
57:16 58:12
59:17 65:22
130:15 154:19
**yelling**
56:18
**young**
51:16 93:5

**Z**

**Zayre's**
10:11
**zone**
20:17

**0**

**1**

**1**
80:25 90:10
135:5,6
**1:03**
2:8
**1:15-CV-00989**
1:7
**1:15-CV-01320**
1:15
**10**
96:18
**105**
39:13
**1055**
3:17
**105th**
40:4,5
**106**
4:9
**10th**
2:6
**11**
23:25 24:2

**113**
5:7
**127**
5:8
**13**
158:7
**132**
5:9
**1375**
2:6
**13th**
2:7
**14th**
24:25
**159**
158:3
**16**
20:7 59:10,11
130:15
**1686**
133:24
**16th**
159:18
**17**
59:10
**1969**
10:6,8 12:10
19:23
**1970**
20:22 30:7
**1970s**
39:21 126:12
130:12
**1974**
133:13
**1975**
67:2,15 69:4
73:15
**1980s**
33:13
**1985**
10:2,6,25 17:18
17:21 20:1
127:4

_____
**2**

**2**
63:8 81:12
**2:00**
6:16,20 7:10
37:1 45:15
136:11
**20**
60:23
**2016**
2:8 158:7 159:18
**2019**
159:24
**2060**
3:6
**216/241-1430**
3:19
**216/664-3774**
4:11
**21st**
30:23 107:8
**222**
4:18
**2254**
44:16
**22nd**
24:25
**23rd**
12:24
**25**
159:24
**28(D)**
159:17

_____
**3**

**3**
81:15,23
**30**
60:23
**330/376-2700**
4:20
**35**
154:19
**36th**
42:18

_____
**4**

**4**

23:25 81:19,21
81:23
**4:58**
157:14
**40**
69:24
**400**
4:18
**44113-1901**
3:18
**44114**
4:10
**44308**
4:19
**460**
3:7
**49.7**
94:9
**49th**
44:22

_____
**5**

**5**
82:3,4
**50**
63:9
**55**
3:16
**55th**
41:23 45:4

_____
**6**

**6**
5:4 82:7,8,11
**6/15/47**
10:23
**601**
4:9
**60s**
9:24 39:17 41:7
41:8 64:23
**69**
30:3 41:11,12
59:11 65:4

_____
**7**

**7**

23:25 24:2 82:14
**70**
30:8 41:12
**70s**
12:3 26:6,9
32:20 33:7
38:20,24,25
40:12 42:12
43:5,20 44:8,8
44:10,19 45:1
45:12 53:6
58:11 59:18
65:2 87:4,20
89:16,21 95:6
96:23 97:17
103:21 104:25
107:16 109:17
132:4
**71**
12:3 20:23 30:7
**71st**
38:15 39:19
**72**
12:4 20:23 30:7
30:12
**720/328-5642**
3:9
**72nd**
40:20
**74**
22:14 30:13 31:9
**75**
22:14 30:13
31:10
**76**
5:5

_____
**8**

**8**
23:24 96:18
**80**
69:3
**80302**
3:8
**80s**
33:3 53:6 59:18

69:3 89:21
103:24 104:25
**85**
5:6 29:7 59:13
59:14
**86**
59:12

_____
**9**

**9th**
24:19,24