# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| RICKY JACKSON, | ) | CASE NO. 1:15-CV-00989 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CLEVELAND, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING DEPOSITION TRANSCRIPTS FOR EDWARD TOMBA, WILLIAM TELL, SR., RONALD L. TURNER AND DONALD K. ANDERS

Please take notice that on the 27th day of January, 2017, Defendants, City of Cleveland, Karen Lamendola and Jerold Englehart, separately filed the full transcripts and exhibits for the following depositions in this case:

1. Edward Tomba [Doc. #102];

2. William Tell, Sr. [Doc. #103];

3. Ronald L. Turner [Doc. #104]; and

4. Donald K. Anders [Doc. #105].

The deposition transcripts were filed in support of Defendants' Motions for Summary Judgment, filed on January 27, 2017 [Doc. #99, Doc. #100 and Doc. #101].

          Respectfully submitted,

          BARBARA A. LANGHENRY (0038838)
          Director of Law

By:    *s/ Shawn Mallamad*
        Shawn Mallamad (0011398)
        Assistant Director of Law
        City of Cleveland Department of Law
        601 Lakeside Avenue, Room 106
        Cleveland, Ohio 44114-1077
        Tel: (216) 664-3774  Fax: (216) 664-2663
        Email: smallamad@city.cleveland.oh.us

*Attorneys for Defendant City of Cleveland*

*/s/ Stephen W. Funk*
Stephen W. Funk (0058506)
ROETZEL & ANDRESS, LPA
222 South Main Street, Suite 400
Akron, Ohio  44308
Telephone:  (330) 849.6602
Facsimile:   (330) 376.4577
Email: sfunk@ralaw.com

*Attorneys for All of the Estate Defendants and Individual Defendants*

## PROOF OF SERVICE

The undersigned hereby certifies that on this 31st day of January, 2017, the foregoing *Notice of Filing Deposition Transcripts for Edward Tomba, William Tell, Sr., Ronald L. Turner and Donald K. Anders* was electronically filed.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

          */s/ Stephen W. Funk*
          Stephen W. Funk