**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **RICKY JACKSON** ) | **CASE NO. 1:15CV989** |
| ) | |
| ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| ) | |
| **CITY OF CLEVELAND, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

The Court has filed its Opinion and Order in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

 s/Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**UNITED STATES DISTRICT JUDGE**

**DATED: August 4, 2017**