# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **RICKY JACKSON,** | ) | CASE NO. 1:15CV989 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| **CITY OF CLEVELAND, ET AL.,** | ) | ORDER OF REFERRAL |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| **KWAME AJAMU, ET AL.,** | ) | CASE NO. 1:15CV1320 |
| | ) | |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| | ) | |
| vs. | ) | ORDER OF REFERRAL |
| | ) | |
| **CITY OF CLEVELAND, ET AL.,** | ) | |
| | ) | |
| Defendants, | | |

**CHRISTOPHER A. BOYKO, J:**

This matter is before the Court on the Joint Motion to Refer Cases for Mediation filed in two cases before this Court, *Jackson v. City of Cleveland, et al.,* 15-989 (ECF # 169) and

*Ajamu, et al., v. City of Cleveland, et al.,* 15-1320 (ECF # 131).  With the consent of Judge Dan Aaron Polster, the Court grants the Motions and refers the above-captioned cases to Judge Polster for Mediation to be conducted in May 2020 subject to the availability of Judge Polster and the parties.

    IT IS SO ORDERED.


     /s/Christopher A. Boyko
    CHRISTOPHER A. BOYKO
    Senior United States District Judge