**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **RICKY JACKSON,** ) | CASE NO. 1:15CV989 |
| ) | |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| vs. ) | **MINUTES OF MEDIATION** |
| ) | **and** |
| **CITY OF CLEVELAND, ET AL.,** ) | **STIPULATED DISMISSAL** |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| **KWAME AJAMU, ET AL.,** ) | CASE NO. 1:15CV1320 |
| ) | |
| Plaintiffs, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| vs. ) | **MINUTES OF MEDIATION** |
| ) | **and** |
| **CITY OF CLEVELAND, ET AL.,** ) | **STIPULATED DISMISSAL** |
| ) | |
| Defendants. | |

**DAN A. POLSTER, J:**

The above captioned cases are before Judge Dan A. Polster on referral for mediation from Judge Christopher A. Boyko, Doc #: 170. Judge Polster conducted the mediation on May 6, 2020. The parties reached a settlement. Accordingly, the above captioned cases are dismissed

with prejudice, each party to pay its own costs.

Judge Polster retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

/s/Dan A. Polster          May 8, 2020
**Dan Aaron Polster**
**United States District Judge**